**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 22-1378-UNA<br>) |
| MASIMO CORPORATION and<br>SOUND UNITED, LLC, | ) **JURY TRIAL DEMANDED**<br>)<br>) |
| Defendants. | ) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of John M. Desmarais of Desmarais LLP, 230 Park Avenue, New York, NY 10169 and Peter C. Magic of Desmarais LLP, 101 California Street San Francisco, CA 94111 to represent Plaintiff Apple Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteraderson.com

*Attorneys for Plaintiff Apple Inc.*

Dated: October 21, 2022
10386850/ 12209.00052

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                         _____
                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Date: October 21, 2022            Signed: */s/ John M. Desmarais*
                                                     John M. Desmarais
                                                     Desmarais LLP
                                                     230 Park Avenue
                                                     New York, NY 10169
                                                     Tel: (212) 351-3400
                                                     jdesmarais@desmaraisllp.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of California and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Date: October 21, 2022         Signed:  */s/ Peter C. Magic*
                                       Peter C. Magic
                                       Desmarais LLP
                                       101 California Street
                                       San Francisco, CA 94111
                                       Tel: (415) 573-1900
                                       pmagic@desmaraisllp.com