# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>         Plaintiff,<br><br>   v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>         Defendants. | Civil Action No. 22-1378 (MN) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac* vice of Adam Powell to represent Defendants Masimo Corporation and Sound United, LLC in the above-captioned matter.

Dated: December 12, 2022　　　　　　　PHILLIPS, MCLAUGHLIN & HALL, P.A.

　　　　　　　　　　　　　　　　　　　　*/s/ Megan C. Haney*
　　　　　　　　　　　　　　　　　　　　John C. Phillips, Jr. (#110)
　　　　　　　　　　　　　　　　　　　　Megan C. Haney (#5016)
　　　　　　　　　　　　　　　　　　　　1200 North Broom Street
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19806
　　　　　　　　　　　　　　　　　　　　(302) 655-4200
　　　　　　　　　　　　　　　　　　　　jcp@pmhdelaw.com
　　　　　　　　　　　　　　　　　　　　mch@pmhdelaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　The Honorable Maryellen Noreika
　　　　　　　　　　　　　　　　　United States District Court Judge