## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid  X   to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted _____ to the Clerk's Office upon the filing of this motion.

KNOBBE MARTENS

_____
Adam Powell
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Tel: (858) 707-4000
Fax: (858) 707-4001
Adam.powell@knobbe.com

Date:  December 12, 2022