IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>       Plaintiff,<br><br>  v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>       Defendants. | Civil Action No. 22-1378 (MN) |

**[PROPOSED] <u>ORDER</u>**

  At Wilmington, this _____ day of _____, 2022, having considered Defendant Sound United, LLC's Motion to Dismiss and the papers submitted in connection therewith;

  IT IS HEREBY ORDERED that Defendant Sound United, LLC's Motion to Dismiss is GRANTED.

                       _____
                        The Honorable Maryellen Noreika
                        United States District Court Judge