# EXHIBIT 12

**Exemplary Infringement Claim Chart for U.S. Patent No. 10,912,502**

Defendant Masimo Corporation and Counterclaimants Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") hereby provides exemplary evidence of infringement of the claims of U.S. Patent No. 10,912,502 ("the '502 Patent"). Masimo's chart below demonstrates infringement of Claim 19 of the '502 Patent by an exemplary accused product—Apple Watch Series 6. The chart shows how the exemplary accused product infringes that claim literally or under the doctrine of equivalents. The chart (including any images, annotations, and/or highlighting herein) is exemplary and demonstrates infringement of the identified claim regardless of whether the accused product is used with other modes and/or with other firmware or software. Masimo expressly reserves the right to amend or supplement this chart in view of further discovery, information, and analysis, including by, but not limited to, identifying additional accused products and evidence of infringement.

| Claim 19 | Apple Watch Series 6 |
|---|---|
| [19PRE] A user-worn device configured to non-invasively measure an oxygen saturation of a user, the user worn device comprising: | Apple Watch Series 6 is user-worn device configured to non-invasively measure an oxygen saturation of a user.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1PRE]. |
| [19A] a plurality of emitters configured to emit light, each of the emitters comprising at least two light emitting diodes (LEDs); | Apple Watch Series 6 includes a plurality of emitters configured to emit light, each of the emitters comprising at least two light emitting diodes (LEDs).<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1A]. |
| [19B] four photodiodes arranged within the user-worn device and configured to receive light after at least a portion of the light has been attenuated by tissue of the user; | Apple Watch Series 6 includes four photodiodes arranged within the user-worn device and configured to receive light after at least a portion of the light has been attenuated by tissue of the user.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1B]. |
| [19C] a protrusion comprising a convex surface including separate openings extending through the protrusion and lined with opaque material, each opening | Apple Watch Series 6 includes a protrusion comprising a convex surface including separate openings extending through the protrusion and lined with opaque material, each opening positioned over a different one of the four photodiodes, the opaque |

| Claim 19 | Apple Watch Series 6 |
| --- | --- |
| positioned over a different one of the four photodiodes, the opaque material configured to reduce an amount of light reaching the photodiodes without being attenuated by the tissue; | material configured to reduce an amount of light reaching the photodiodes without being attenuated by the tissue.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1C]. |
| [19D] optically transparent material within each of the openings; and | Apple Watch Series 6 includes optically transparent material (i.e., windows) within each of the openings.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1C]. |
| [19E] one or more processors configured to receive one or more signals from at least one of the four photodiodes and output measurements responsive to the one or more signals, the measurements indicative of the oxygen saturation of the user. | Upon information and belief, Apple Watch Series 6 includes one or more processors configured to receive one or more signals from at least one of the four photodiodes and output measurements responsive to the one or more signals, the measurements indicative of the oxygen saturation of the user.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1D]. |