# EXHIBIT 13

**Exemplary Infringement Claim Chart for U.S. Patent No. 10,945,648**

Defendant Masimo Corporation and Counterclaimants Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") hereby provides exemplary evidence of infringement of the claims of U.S. Patent No. 10,945,648 ("the '648 Patent"). Masimo's chart below demonstrates infringement of Claim 1 of the '648 Patent by an exemplary accused product—Apple Watch Series 6. The chart shows how the exemplary accused product infringes that claim literally or under the doctrine of equivalents. The chart (including any images, annotations, and/or highlighting herein) is exemplary and demonstrates infringement of the identified claim regardless of whether the accused product is used with other modes and/or with other firmware or software. Masimo expressly reserves the right to amend or supplement this chart in view of further discovery, information, and analysis, including by, but not limited to, identifying additional accused products and evidence of infringement.

| Claim 1 | Apple Watch Series 6 |
|---|---|
| [1PRE] A user-worn device configured to non-invasively determine measurements of physiological parameter of a user, the user-worn device comprising: | Apple Watch Series 6 is a user-worn device configured to non-invasively determine measurements of physiological parameter of a user.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1PRE]. |
| [1A] a plurality of light emitting diodes (LEDs); | Apple Watch Series 6 includes a plurality of light emitting diodes (LEDs).<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1A]. |
| [1B] four photodiodes configured to receive light emitted by the LEDs, the four photodiodes being arranged to capture light at different quadrants of tissue of a user; | Apple Watch Series 6 includes four photodiodes configured to receive light emitted by the LEDs, the four photodiodes being arranged to capture light at different quadrants of tissue of a user.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1B]. |
| [1C] a protrusion comprising a convex surface and a plurality of openings extending through the protrusion, the openings arranged over the photodiodes | Apple Watch Series 6 includes a protrusion comprising a convex surface and a plurality of openings extending through the protrusion, the openings arranged over the photodiodes and configured to allow light to pass through the protrusion to the photodiodes. |

| Claim 1 | Apple Watch Series 6 |
|---|---|
| and configured to allow light to pass through the protrusion to the photodiodes; and | *See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1C]. |
| [1D] one or more processors configured to receive one or more signals from at least one of the photodiodes and determine measurements of oxygen saturation of the user. | Upon information and belief, Apple Watch Series 6 includes one or more processors configured to receive one or more signals from at least one of the photodiodes and determine measurements of oxygen saturation of the user.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1D]. |