# EXHIBIT 14

**Exemplary Infringement Claim Chart for U.S. Patent No. 10,687,743**

Defendant Masimo Corporation and Counterclaimants Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") hereby provides exemplary evidence of infringement of the claims of U.S. Patent No. 10,687,743 ("the '743 Patent"). Masimo's chart below demonstrates infringement of Claim 1 of the '743 Patent by an exemplary accused product—Apple Watch Series 6. The chart shows how the exemplary accused product infringes that claim literally or under the doctrine of equivalents. The chart (including any images, annotations, and/or highlighting herein) is exemplary and demonstrates infringement of the identified claim regardless of whether the accused product is used with other modes and/or with other firmware or software. Masimo expressly reserves the right to amend or supplement this chart in view of further discovery, information, and analysis, including by, but not limited to, identifying additional accused products and evidence of infringement.

| Claim 1 | Apple Watch Series 6 |
|---|---|
| [1PRE] A physiological measurement device comprising: | Apple Watch Series 6 is a physiological measurement device.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1PRE]. |
| [1A] one or more emitters configured to emit light in an initial light pattern; | Apple Watch Series 6 has one or more emitters.<br><br>The optical (or "blood oxygen") sensor on the back of Apple Watch Series 6 has "four LED clusters"—or four sets of emitters—each cluster (or set) of emitters comprising "[g]reen, red, and infrared LED[]" emitters. *See, e.g.*, https://web.archive.org/web/20200917194525/https://www.apple.com/apple-watch-series-6/ (last visited Dec. 5, 2022) ("The new blood oxygen sensor is made up of four LED clusters and four photodiodes. Incorporated into the completely redesigned back crystal, this new sensor works in concert with the Blood Oxygen app to determine your blood oxygen level.") (excerpted and reproduced below). |

| Claim 1 | Apple Watch Series 6 |
| --- | --- |
| | <br>*See, e.g.*, https://www.apple.com/newsroom/2020/09/apple-watch-series-6-delivers-breakthrough-wellness-and-fitness-capabilities (last visited Dec. 5, 2022) (Apple's Sept. 15, 2020 press release announcing Apple Watch Series 6: "To compensate for natural variations in the skin and improve accuracy, the Blood Oxygen sensor employs four clusters of green, red, and infrared LEDs, along with the four photodiodes on the back crystal of Apple Watch, to measure light reflected back from blood…."); https://web.archive.org/web/20200917194525/https://www.apple.com/apple-watch-series-6/ (last visited Dec. 5, 2022) ("Green, red, and infrared LEDs shine light onto the blood vessels in your wrist, and photodiodes measure the amount of light reflected back."); https://web.archive.org/web/20220725113915/https://support.apple.com/en-us/HT211027 (last visited Dec. 5, 2022) ("In Apple Watch Series 6 and Series 7, the optical heart sensor has been redesigned to add blood oxygen measurement capabilities. During a blood oxygen measurement, the back crystal shines red and green LEDs and infrared light onto your wrist. |

| Claim 1 | Apple Watch Series 6 |
|---|---|
| | Photodiodes then measure the amount of light reflected back. Advanced algorithms use this data to calculate the color of your blood. The color determines your blood oxygen level — bright red blood has more oxygen, while dark red blood has less.") (excerpted and reproduced below).<br><br>**How the Blood Oxygen app works**<br><br>In Apple Watch Series 6 and Series 7, the optical heart sensor has been redesigned to add blood oxygen measurement capabilities. During a blood oxygen measurement, the back crystal shines red and green LEDs and infrared light onto your wrist. Photodiodes then measure the amount of light reflected back.<br><br>Advanced algorithms use this data to calculate the color of your blood. The color determines your blood oxygen level — bright red blood has more oxygen, while dark red blood has less.<br><br>For example, a teardown of Apple Watch Series 6 confirms that it contains four sets of emitters (i.e., sets of LEDs), each set of emitters including an infrared LED, a red LED, and a green LED: |

| Claim 1 | Apple Watch Series 6 |
| --- | --- |
| |   A teardown of Apple Watch Series 6 shows a magnified view of one set of emitters (set of LEDs), which includes an infrared LED, red LED, and green LED: |

| Claim 1 | Apple Watch Series 6 |
| --- | --- |
| | <br><br><br>The one or more emitters (LEDs) of Apple Watch Series 6 are configured to emit light in an initial light pattern or first shape.<br><br>For example, as shown in the following images, Apple Watch Series 6's red LED emits red light in an initial light pattern or first shape (top-left image, below) and the green LED emits green light in an initial light pattern or first shape (bottom-left image, below). |

| Claim 1 | Apple Watch Series 6 |
|---|---|
| | The following exemplary images further illustrate an initial pattern or first shape of the light emitted by each of the green, red, and IR LEDs (i.e., emitters) for a single cluster (or set) of emitters within Apple Watch Series 6. The top row images below ("top row images") show the light emitting surface of each of the LEDs, as captured by a camera. To further illustrate the initial pattern or first shape of the light as it is emitted by each of the three LEDs, an averaging |

| Claim 1 | Apple Watch Series 6 |
|---|---|
| | filter and thresholding was applied to the top row images, resulting in the bottom row images below ("bottom row images").<br><br>Green \| Red \| IR |
| [1B] an optical transmission material configured to be positioned between the one or more emitters and a tissue measurement site, wherein the optical transmission material is configured to alter a direction of at least a portion of the light emitted from the one or more emitters to shape an output light pattern by which the emitted light is directed toward a surface of the tissue measurement site, wherein the output light pattern comprises a | Apple Watch Series 6 includes an optical transmission material configured to be positioned between (and that is positioned between) the one or more emitters and a tissue measurement site when the device is in use, wherein the optical transmission material is configured to alter a direction of at least a portion of the light emitted from the one or more emitters to shape an output light pattern by which the emitted light is directed toward a surface of the tissue measurement site, wherein the output light pattern comprises a different geometric shape than the initial light pattern (i.e., the material is configured to change the first shape into a second shape).<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1C].<br><br>For example, Apple Watch Series 6 includes an optical transmission material over each of the four sets of emitters (and thus, over the red, green, and IR LED emitters in each set), as shown |

| Claim 1 | Apple Watch Series 6 |
|---|---|
| different geometric shape than the initial light pattern; | below. *See, e.g.*, https://www.apple.com/newsroom/2020/09/apple-watch-series-6-delivers-breakthrough-wellness-and-fitness-capabilities (last visited Dec. 5, 2022) (excerpted and reproduced below). The optical transmission material of Apple Watch Series 6 is located between the LED emitters and the user's wrist when the device is used to measure oxygen saturation.<br><br>Optical Transmission Material<br><br>The optical transmission material is configured to alter a direction of at least a portion of the light emitted from the one or more emitters to shape an output light pattern that is a different geometric shape than the initial light pattern (i.e., to shape an output light pattern that is a |

| Claim 1 | Apple Watch Series 6 |
| --- | --- |
| | second shape). For example, the optical transmission material changes the emitted LED light from an initial light pattern or first shape (left images, below; *see also supra* Limitation [1B], at top row images, bottom row images) to an output light pattern or second shape having a different geometric shape (right images, below).<br>Bare South: Emitter Trio Watch Back Diffuser G IR R ND 0.0<br>Bare South: Emitter Trio Watch Back Diffuser G IR R ND 0.0 |

| Claim 1 | Apple Watch Series 6 |
|---|---|
| | Further, as shown in the following images, the optical transmission material changes the emitted LED light from an initial light pattern or first shape ("Surface" or "Before MLA" images, below) to an output light pattern or second shape having a different geometric shape ("After MLA" images, below).<br><br>Surface / Before MLA / After MLA<br>Red<br>Green<br>IR |

| Claim 1 | Apple Watch Series 6 |
|---|---|
| | Surface / Before MLA / After MLA; Red / Green / IR |
| [1C] a plurality of detectors configured to detect at least a portion of the light after passing through tissue, the plurality of detectors further configured to output at least one signal responsive to the detected light; | Apple Watch Series 6 includes a plurality of detectors (or photodiodes) configured to detect at least a portion of the light after passing through tissue, the plurality of detectors (or photodiodes) further configured to output at least one signal responsive to the detected light.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1B]. |
| [1D] a light block configured to prevent at least a portion of the light emitted from the one or more emitters from reaching the plurality of detectors without first reaching the tissue; | Apple Watch Series 6 includes a light block configured to prevent at least a portion of the light emitted from the one or more emitters from reaching the plurality of detectors without first reaching the tissue, as shown for example in the teardown below. |

| Claim 1 | Apple Watch Series 6 |
|---|---|
| | Sets of Emitters<br>Light Block Configured to Prevent at least a Portion of Light Emitted from One or More Emitters from reaching Detectors without First Reaching Tissue<br>Detectors |
| [1E] a surface comprising a dark-colored coating, the surface positioned between the plurality of detectors and the tissue, wherein an opening defined in the dark-colored coating is configured to allow at least a portion of light reflected from the tissue to pass through the surface; and | Apple Watch Series 6 includes a surface comprising a dark-colored coating that is positioned between the plurality of detectors and the tissue, wherein an opening defined in the dark-colored coating is configured to allow at least a portion of light reflected from the tissue to pass through the surface, as shown for example in the teardown below. |

| Claim 1 | Apple Watch Series 6 |
| --- | --- |
| | Surface Comprising Dark-Colored Coating, Positioned Between Detectors and Tissue<br>Opening in Dark-Colored Coating<br>Detectors |
| [1F] a processor configured to receive and process one or more signals responsive to the outputted at least one signal and determine a physiological parameter of a user responsive to the one or more signals. | Apple Watch Series 6 includes a processor, and upon information and belief, the processor is configured to receive and process the outputted at least one signal and determine a physiological parameter of the user responsive to the outputted at least one signal.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1D]. |