# EXHIBIT 16

**Exemplary Infringement Claim Chart for U.S. Patent No. 10,722,159**

Defendant Masimo Corporation and Counterclaimants Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") hereby provides exemplary evidence of infringement of the claims of U.S. Patent No. 10,722,159 ("the '159 Patent"). Masimo's chart below demonstrates infringement of Claim 1 of the '159 Patent by an exemplary accused product—Apple Watch Series 6. The chart shows how the exemplary accused product infringes that claim literally or under the doctrine of equivalents. The chart (including any images, annotations, and/or highlighting herein) is exemplary and demonstrates infringement of the identified claim regardless of whether the accused product is used with other modes and/or with other firmware or software. Masimo expressly reserves the right to amend or supplement this chart in view of further discovery, information, and analysis, including by, but not limited to, identifying additional accused products and evidence of infringement.

| Claim 1 | Apple Watch Series 6 |
| --- | --- |
| [1PRE] A physiological monitoring device comprising: | Apple Watch Series 6 is a physiological monitoring device.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1PRE]. |
| [1A] a plurality of emitters configured to emit light in a first shape; | Apple Watch Series 6 includes a plurality of emitters configured to emit light in a first shape.<br><br>*See, e.g.*, Infringement Claim Chart for '743 Patent, at Claim Limitation [1A]. |
| [1B] a material positioned between the plurality of emitters and a tissue measurement site on a wrist of a user when the physiological monitoring device is in use, the material configured to change the first shape into a second shape by which the light emitted from one or more of the plurality of emitters is projected towards a surface of the tissue measurement site; | Apple Watch Series 6 includes a material positioned between the plurality of emitters and a tissue measurement site on a wrist of a user when the physiological monitoring device is in use, the material configured to change the first shape into a second shape by which the light emitted from one or more of the plurality of emitters is projected towards a surface of the tissue measurement site.<br><br>*See, e.g.*, Infringement Claim Chart for '743 Patent, at Claim Limitation [1B]. |

1

| Claim 1 | Apple Watch Series 6 |
|---|---|
| [1C] a plurality of detectors configured to detect at least a portion of the light after passing through tissue, the plurality of detectors further configured to output at least one signal responsive to the detected light; | Apple Watch Series 6 includes a plurality of detectors configured to detect at least a portion of the light after passing through tissue, the plurality of detectors further configured to output at least one signal responsive to the detected light.<br><br>*See, e.g.*, Infringement Claim Chart for '743 Patent, at Claim Limitation [1C]. |
| [1D] a surface comprising a dark-colored coating, the surface positioned between the plurality of detectors and the tissue when the physiological monitoring device is in use, wherein an opening defined in the dark-colored coating is configured to allow at least a portion of light reflected from the tissue to pass through the surface; | Apple Watch Series 6 includes a surface comprising a dark-colored coating, the surface positioned between the plurality of detectors and the tissue when the physiological monitoring device is in use, wherein an opening defined in the dark-colored coating is configured to allow at least a portion of light reflected from the tissue to pass through the surface.<br><br>*See, e.g.*, Infringement Claim Chart for '743 Patent, at Claim Limitation [1E]. |
| [1E] a light block configured to prevent at least a portion of the light emitted from the plurality of emitters from reaching the plurality of detectors without first reaching the tissue; and | Apple Watch Series 6 includes a light block configured to prevent at least a portion of the light emitted from the plurality of emitters from reaching the plurality of detectors without first reaching the tissue.<br><br>*See, e.g.*, Infringement Claim Chart for '743 Patent, at Claim Limitation [1D]. |
| [1F] a processor configured to receive and process one or more signals responsive to the at least one outputted signal and determine a physiological parameter of the user responsive to the one or more signals. | Apple Watch Series 6 includes a processor, and upon information and belief, the processor is configured to receive and process the outputted at least one signal and determine a physiological parameter of the user responsive to the outputted at least one signal.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1D]. |

2