# EXHIBIT 17

## Exemplary Infringement Claim Chart for U.S. Patent No. 7,761,127

Defendant Masimo Corporation and Counterclaimants Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") hereby provides exemplary evidence of infringement of the claims of U.S. Patent No. 7,761,127 ("the '127 Patent"). Masimo's chart below demonstrates infringement of Claim 7 of the '127 Patent by an exemplary accused product—Apple Watch Series 6. The chart shows how the exemplary accused product infringes that claim literally or under the doctrine of equivalents. The chart (including any images, annotations, and/or highlighting herein) is exemplary and demonstrates infringement of the identified claim regardless of whether the accused product is used with other modes and/or with other firmware or software. Masimo expressly reserves the right to amend or supplement this chart in view of further discovery, information, and analysis, including by, but not limited to, identifying additional accused products and evidence of infringement.

| Claim 7 | Apple Watch Series 6 |
|---|---|
| [7PRE] A physiological sensor capable of emitting light into tissue and producing an output signal usable to determine one or more physiological parameters of a patient, the physiological sensor comprising: | Apple Watch Series 6 includes a physiological sensor capable of emitting light into tissue and producing an output signal usable to determine one or more physiological parameters of a patient.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1PRE]. |
| [7A] a thermal mass; | Apple Watch Series 6 includes a thermal mass.<br><br>For example, a teardown of the device shows that its LEDs and photodiodes are mounted onto the top layer of a multilayer substrate. Between the top layer and the bottom layer of the multilayer substrate (i.e., disposed within the substrate) are internal layer(s), which act as a thermal mass. |

| Claim 7 | Apple Watch Series 6 |
|---|---|
| |  |
| [7B] a plurality of light emitting sources, including a substrate of the plurality of light emitting sources, thermally coupled to the thermal mass, the sources having a corresponding plurality of operating wavelengths, the thermal mass disposed within the substrate; | Apple Watch Series 6 includes four clusters (or sets) of three LEDs, which are a plurality of light emitting sources. *See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1A]. Each cluster (or set) of LEDs has a red LED, a green LED, and an infrared LED, each of which have different operating wavelengths. *See, e.g., id.*<br><br>The plurality of LEDs are mounted onto the top layer of a multilayer substrate, as shown above. *Supra* Claim Limitation [7A]. As is also shown above, the thermal mass is included between the top layer and the bottom layer of the multilayer substrate and thus the thermal mass is disposed within the substrate. *Id.*<br><br>Because of the proximity of the thermal mass to the LEDs, and because the thermal mass is disposed within the substrate of the plurality of LEDs, the LEDs and their substrate are thermally coupled to the thermal mass. *Supra* Claim Limitation [7A]. |

| Claim 7 | Apple Watch Series 6 |
|---|---|
|  |  |
| [7C] a temperature sensor thermally coupled to the thermal mass and capable of determining a bulk temperature for the thermal mass, the operating wavelengths dependent on the bulk temperature; and | Apple Watch Series 6 includes a temperature sensor thermally coupled to the thermal mass and capable of determining a bulk temperature for the thermal mass, the operating wavelengths dependent on the bulk temperature.<br><br>For example, a teardown of the device shows that Apple Watch Series 6 contains a temperature sensor mounted on the same top layer of the multilayer substrate as the LEDs and detectors, as shown below. Because of the proximity of the temperature sensor and the thermal mass, the temperature sensor is thermally coupled to the thermal mass and capable of determining a bulk temperature for the thermal mass. |

| Claim 7 | Apple Watch Series 6 |
|---|---|
| |  On information and belief, the operating wavelengths of the plurality of LEDs of Apple Watch Series 6 are dependent on the bulk temperature calculated by the temperature sensor.<br><br>*See, e.g.*, https://support.apple.com/en-us/HT204508 (last visited Dec. 5, 2022) (acknowledging that the Apple Watch, including Series 6, "regulate[s] its internal temperature," restricts what it displays when it "experiences above-normal temperatures," and "automatically turns back on" when it "cools down"). |

| Claim 7 | Apple Watch Series 6 |
|---|---|
| [7D] a detector capable of detecting light emitted by the light emitting sources after tissue attenuation, wherein the detector is capable of outputting a signal usable to determine one or more physiological parameters of a patient based upon the operating wavelengths. | Apple Watch Series 6 includes a detector capable of detecting (and configured to detect) light emitted by the light emitting sources after the light has been attenuated by tissue.  *See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1B].<br><br>The detector of Apple Watch Series 6 is capable of outputting a signal usable to determine one or more physiological parameters of a patient (e.g., oxygen saturation).  *See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitations [1B], [1D].  Upon information and belief, the signal that the detector is capable of outputting is usable to determine one or more physiological parameters of a patient based upon the operating wavelengths of the LEDs.  *See, e.g.*, *id.* |