# EXHIBIT 18

**Exemplary Infringement Claim Chart for U.S. Patent No. 8,190,223**

Defendant Masimo Corporation and Counterclaimants Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") hereby provides exemplary evidence of infringement of the claims of U.S. Patent No. 8,190,223 ("the '223 Patent"). Masimo's chart below demonstrates infringement of Claim 27 of the '223 Patent by an exemplary accused product—Apple Watch Series 6. The chart shows how the exemplary accused product infringes that claim literally or under the doctrine of equivalents. The chart (including any images, annotations, and/or highlighting herein) is exemplary and demonstrates infringement of the identified claim regardless of whether the accused product is used with other modes and/or with other firmware or software. Masimo expressly reserves the right to amend or supplement this chart in view of further discovery, information, and analysis, including by, but not limited to, identifying additional accused products and evidence of infringement.

| Claim 27 | Apple Watch Series 6 |
|---|---|
| [27PRE] A patient monitor capable of determining a plurality of physiological parameters from an output signal of a light sensitive detector capable of detecting light attenuated by body tissue, the patient monitor comprising: | Apple Watch Series 6 is a patient monitor capable of determining a plurality of physiological parameters (e.g., heart rate, oxygen saturation) from an output signal of a light sensitive detector (e.g., photodiode(s)) capable of detecting light attenuated by body tissue.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1PRE]. |
| [27A] a display capable of displaying a measured value of a first blood parameter of body tissue of a monitored patient or displaying a measured value of a second blood parameter of the body tissue; and | Apple Watch Series 6 has a display capable of displaying a measured value of a first blood parameter of body tissue of a monitored patient (e.g., oxygen saturation (or "blood oxygen")) or displaying a measured value of a second blood parameter of the body tissue (e.g., heart rate).<br><br>For example, Apple Watch Series 6 has either a 44 mm display or a 40 mm display. *See, e.g.,* https://support.apple.com/kb/SP826?locale=en_US (last visited Dec. 5, 2022) (excerpted and reproduced below). |

| Claim 27 | Apple Watch Series 6 |
|---|---|
|  | **Display**<br>- **44mm**<br>  368 by 448 pixels<br>  977 sq mm display area<br>- **40mm**<br>  324 by 394 pixels<br>  759 sq mm display area<br>- **Always-On Retina LTPO OLED display**<br>  1000 nits brightness<br><br>Apple Watch Series 6 is configured to measure and display the user's oxygen saturation. *See, e.g.*, https://www.apple.com/newsroom/2020/09/apple-watch-series-6-delivers-breakthrough-wellness-and-fitness-capabilities (last visited Dec. 5, 2022) (Apple's Sept. 15, 2020 press release announcing Apple Watch Series 6: "Apple today announced Apple Watch Series 6, introducing a revolutionary Blood Oxygen feature that offers users even more insight into their overall wellness …." ) (excerpted and reproduced below). |

| **Claim 27** | **Apple Watch Series 6** |
|---|---|
| | <br><br>Further, Apple Watch Series 6 is configured to measure and display heart rate. *See, e.g.*, https://web.archive.org/web/20220610053603/https://support.apple.com/guide/watch/heart-rate-apda88aefe4c/watchos (last visited Dec. 5, 2022) ("Check your heart rate on Apple Watch"; "Your Apple Watch continues measuring your heart rate as long as you're wearing it.") (excerpted and reproduced below). |

3

| Claim 27 | Apple Watch Series 6 |
|---|---|
| | See your heart rate<br><br>Open the Heart Rate app on your Apple Watch to view your current heart rate, resting rate, and walking average rate.<br><br>Your Apple Watch continues measuring your heart rate as long as you're wearing it. |
| [27B] a user input button, the activation of which replaces the display of the measured value of the first blood parameter with the measured value of the second blood parameter, wherein the display of the measured value of the first blood parameter is replaced by the measured value of the second blood parameter when the second blood parameter passes an alarm threshold, | Apple Watch Series 6 includes a user input button on the side, the activation of which replaces the display of the measured value of the first blood parameter (e.g., oxygen saturation) with the measured value of the second blood parameter (e.g., heart rate).<br><br>For example, Apple Watch Series 6 includes a home button (or digital crown) on the side. When viewing the result of an oxygen saturation measurement, activating the home button switches the user from the Blood Oxygen app to, for example, the watch face or home screen, which can be configured with "complications" including the display of heart rate measurements. |

4

| **Claim 27** | **Apple Watch Series 6** |
|---|---|
| | *See, e.g.*, https://www.apple.com/newsroom/2020/09/apple-watch-series-6-delivers-breakthrough-wellness-and-fitness-capabilities/ (last visited Aug. 26, 2022) (showing a digital crown or home button) (excerpted and reproduced below). *See, e.g.*, https://support.apple.com/en-us/HT205552 ("Press or rotate the Digital Crown": "Press to see the watch face or Home screen.") (excerpted and reproduced below). |

5

| Claim 27 | Apple Watch Series 6 |
|---|---|
| | **Press or rotate the Digital Crown**<br>• Press to see the watch face or Home screen.<br>• Double-click to return to the last app.<br>• Press and hold to use Siri.<br>• Turn to zoom, scroll, or adjust what's on the screen.<br>• On Apple Watch Series 2 or later and Apple Watch SE,* turn to unlock the screen during a swimming workout.<br><br>*See, e.g.*, https://support.apple.com/guide/watch/customize-the-watch-face-apda6559ad78/watchos (last visited Dec. 5, 2022) ("Add complications to the watch face …. Tap a complication to select it, then turn the Digital Crown to choose a new one …. Heart Rate, for example.") (excerpted and reproduced below). |

| Claim 27 | Apple Watch Series 6 |
|---|---|
| | **Add complications to the watch face** You can add special features—called *complications*—to some watch faces, so you can instantly check things like stock prices, the weather report, or information from other apps you installed. 1. With the watch face showing, touch and hold the display, then tap Edit. 2. Swipe left all the way to the end. If a face offers complications, they're shown on the last screen. 3. Tap a complication to select it, then turn the Digital Crown to choose a new one—Activity or Heart Rate, for example. 4. When you're finished, press the Digital Crown to save your changes, then tap the face to switch to it. Some apps you get from the App Store also include complications. Apple Watch Series 6 is also configured to automatically receive high or low heart rate notifications. *See, e.g.*, https://support.apple.com/en-us/HT208931 (last visited Dec. 5, 2022) ("You can enable notifications from the Heart Rate app on your Apple Watch to alert you to high or low heart rates and irregular heart rhythms.") (excerpted and reproduced below). |

7

| **Claim 27** | **Apple Watch Series 6** |
|---|---|
| | **Heart health notifications on your Apple Watch**<br><br>You can enable notifications from the Heart Rate app on your Apple Watch to alert you to high or low heart rates and irregular heart rhythms.<br><br>**High and low heart rate notifications**<br><br>If your heart rate remains above or below a chosen beats per minute (BPM), your Apple Watch can notify you. These notifications are available only on Apple Watch Series 1 or later for ages 13 and up.<br><br>You can turn on heart rate notifications when you first open the Heart Rate app on your Apple Watch, or at any time later from your iPhone:<br><br>1. On your iPhone, open the Apple Watch app.<br>2. Tap the My Watch tab, then tap Heart.<br>3. Tap High Heart Rate, then choose a BPM.<br>4. Tap Low Heart Rate, then choose a BPM.<br><br>*See, e.g.*, https://web.archive.org/web/20220610053603/https://support.apple.com/guide/watch/heart-rate-apda88aefe4c/watchos (last visited Dec. 5, 2022) ("Your Apple Watch can notify you if your heart rate remains above a chosen threshold or below a chosen threshold after you've been inactive for at least 10 minutes. You can turn on heart rate notifications when you first open the Heart Rate app, or at any time later.") (excerpted and reproduced below). |

8

| Claim 27 | Apple Watch Series 6 |
|---|---|
| | **Receive high or low heart rate notifications**<br><br>Your Apple Watch can notify you if your heart rate remains above a chosen threshold or below a chosen threshold after you've been inactive for at least 10 minutes. You can turn on heart rate notifications when you first open the Heart Rate app, or at any time later.<br><br>1. Open the Settings app on your Apple Watch, then tap Heart.<br>2. Tap High Heart Rate Notifications or Low Rate Notifications, then set a heart rate threshold.<br><br>You can also open the Apple Watch app on your iPhone, tap My Watch, then tap Heart. Tap High Heart Rate or Low Heart Rate, then set a threshold.<br><br>[Image: Apple Watch showing "HEART RATE — High Heart Rate: Your heart rate rose above 120 BPM while you seemed to be inactive for 10 minutes starting at 9:59 AM." at 10:09]<br><br>The display of Apple Watch Series 6 can show an oxygen saturation measurement and then switch to showing a heart rate measurement when that parameter falls below a pre-set alarm threshold such that an alarm or notification is triggered, as shown below. |

9

| Claim 27 | Apple Watch Series 6 |
|---|---|
|  | **Blood Oxygen Display**      **Display Indicating Alarm**<br><br>After displaying an indication that the alarm has occurred, Apple Watch Series 6 can display information regarding why the alarm was triggered including information regarding the values of the most recent heart rate measurements, as shown below. |

| Claim 27 | Apple Watch Series 6 |
|---|---|
|  | Apple Watch Series 6 Automatically Displaying Heart Rate When Alarm Triggered |
| [27C] wherein the measured values of the first and second blood parameters are determined using an output signal of a noninvasive light sensitive detector capable of detecting light attenuated by the body tissue. | Apple Watch Series 6 measures oxygen saturation (first blood parameter) and heart rate (second blood parameter) using an output signal of a noninvasive light sensitive detector, that is capable of detecting light attenuated by the body tissue.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim 1. |

11