# EXHIBIT 19

**Exemplary Infringement Claim Chart for U.S. Patent No. 10,736,507**

Defendant Masimo Corporation and Counterclaimants Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") hereby provides exemplary evidence of infringement of the claims of U.S. Patent No. 10,736,507 ("the '507 Patent"). Masimo's chart below demonstrates infringement of Claim 13 of the '507 Patent by an exemplary accused product—Apple Watch Series 6. The chart shows how the exemplary accused product infringes that claim literally or under the doctrine of equivalents. The chart (including any images, annotations, and/or highlighting herein) is exemplary and demonstrates infringement of the identified claim regardless of whether the accused product is used with other modes and/or with other firmware or software. Masimo expressly reserves the right to amend or supplement this chart in view of further discovery, information, and analysis, including by, but not limited to, identifying additional accused products and evidence of infringement.

| Claim 13 | Apple Watch Series 6 |
|---|---|
| [13PRE] A computer-implemented method of informing a user of mobile measurement of oxygen saturation ("SpO2"), the computer-implemented method comprising: | Apple Watch Series 6 practices a computer-implemented method of informing a user of mobile measurement of oxygen saturation ($SpO_2$).<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1PRE]. |
| [13A] outputting, from an optical sensor of an SpO2 measurement system, one or more signals responsive to light from a light source attenuated by tissue of the user at a measurement site, said one or more signals responsive to an oxygen saturation of said tissue; and | In measuring the oxygen saturation of the user, Apple Watch Series 6 practices the step of outputting, from the optical sensor of its $SpO_2$ measurement system, one or more signals (from photodiodes) responsive to light from a light source (LEDs) attenuated by tissue of the user at a measurement site, said one or more signals responsive to an oxygen saturation of said tissue.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitations [1A] (describing the light source (LEDs) of Apple Watch Series 6), [1B] (describing the photodiodes of Apple Watch Series 6, which detect emitted light after it has been attenuated and output one or more signals), [1D] (demonstrating the one or more signals are responsive to an oxygen saturation of said tissue because the Apple Watch Series 6 $SpO_2$ measurement system uses the one or more signals to calculate the user's oxygen saturation). |

| Claim 13 | Apple Watch Series 6 |
|---|---|
| [13B] via a processing board of the SpO2 measurement system, the processing board in data communication with the optical sensor and a mobile computing device including a display:<br><br>receiving said one or more signals from the optical sensor;<br><br>processing said one or more signals to generate the SpO2 measurement values; and<br><br>outputting the SpO2 measurement values to the mobile computing device; and | The SpO$_2$ measurement system of Apple Watch Series 6 uses a processing board (or one or more processors) in data communication with the optical sensor and a mobile computing device including a display. The processing board receives the one or more signals from the optical sensor, processes the signals to generate SpO$_2$ measurement values, and outputs the SpO$_2$ measurement values to a mobile computing device.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1D].<br><br>Apple acknowledges that Apple Watch Series 6 has a "Chip" (a processing board) that comprises an "S6 SiP with 64-bit dual-core processor," a "W3 Apple wireless chip," and a "U1 chip." *See, e.g.,* https://support.apple.com/kb/SP826?locale=en_US (last visited Dec. 5, 2022) (excerpted and reproduced below);<br><br>**Chip**<br>- S6 SiP with 64-bit dual-core processor<br>- W3<br>  Apple wireless chip<br>- U1 chip<br>  (Ultra Wideband)[8]<br><br>Upon information and belief, the chip (processing board) of Apple Watch Series 6 is in data communication with (1) the optical sensor to receive the one or more signals from the photodiodes and generate SpO$_2$ measurement values as well as (2) the user's iPhone, which is a mobile computing device including a display for reviewing SpO$_2$ measurement values communicated to the iPhone.<br><br>Apple Watch Series 6 has both Bluetooth and optional cellular network interfaces enabling the wireless communication of data, including SpO$_2$ measurement values, to an iPhone. Apple Watch Series 6 has a "Bluetooth 5.0" network interface and an "802.11b/g/n" Wi-Fi |

| Claim 13 | Apple Watch Series 6 |
|---|---|
| | network interface, and "GPS + Cellular" models of Apple Watch Series 6 also include an "LTE and UMTS" network interface. *See, e.g.,* https://support.apple.com/kb/SP826?locale=en_US (last visited Dec., 2022) ("Apple Watch Series 6 - Technical Specifications") (excerpted and reproduced below).<br><br>**Connectivity**<br>- LTE and UMTS[7]<br>  GPS + Cellular models<br>  Learn more about available carriers<br>- Wi-Fi<br>  802.11b/g/n 2.4GHz and 5GHz<br>- Bluetooth 5.0<br><br>Apple acknowledges that "All blood oxygen measurements, whether on-demand or in the background, are saved in the Health app on [the user's] iPhone." *See, e.g.,* https://support.apple.com/en-us/HT211027 (last visited Dec. 5, 2022). Upon information and belief, the Health app on the iPhone is an application configured to execute commands and display information on the iPhone (a mobile computing device), including information based on optical sensor data communicated by Apple Watch Series 6 to the iPhone, as shown below. *See, e.g., id.* (excerpted and reproduced below). |

| Claim 13 | Apple Watch Series 6 |
|---|---|
| | **View your Health information**<br><br>All blood oxygen measurements, whether on-demand or in the background, are saved in the Health app on your iPhone.<br><br>1. Open the Health app.<br>2. Tap the Browse tab, then tap Respiratory > Blood Oxygen.<br><br>You can also filter and view measurements taken only while sleeping or in a high-elevation environment. |
| [13C] via an application configured to execute commands on the mobile computing device: | The Health app is an application configured to execute commands on the iPhone (a mobile computing device).  The Health app on the iPhone generates a graphical user interface with a plurality of display portions, displays a representation of at least SpO$_2$ measurement values in at least one portion of the display portions, and displays (in a different portion of |

4

| Claim 13 | Apple Watch Series 6 |
|---|---|
| generating a graphical user interface having a plurality of display portions;<br><br>displaying, in at least one portion of the plurality of display portions, a representation of a physiological parameter of a plurality of physiological parameters comprising at least the SpO2 measurement values; and<br><br>displaying, in a different portion of the plurality of portions, a plurality of user inputs configured to allow the user to interact with at least one of the plurality of display portions or the application. | the plurality of portions) a plurality of user inputs configured to allow the user to interact with at least one of the plurality of display portions or the application.<br><br>For example, as shown below, the Health app on the iPhone generates a graphical user interface having a plurality of display portions. The Health app has a display portion for pulse rate ("Heart Rate") and a display portion for SpO$_2$ ("Blood Oxygen"). The Health app thus generates a graphical user interface with a plurality of display portions, and displays (in at least one portion of the plurality of display portions) a representation of a physiological parameter of a plurality of physiological parameters comprising at least the SpO$_2$ measurement values from Apple Watch Series 6 (or later series Watch). |

| Claim 13 | Apple Watch Series 6 |
|---|---|
|  |  |

| Claim 13 | Apple Watch Series 6 |
|---|---|
| | In a different portion of the plurality of display portions, the Health app also displays a plurality of user inputs (for example below "Summary" and "Browse") that are configured to allow the user to interact with the application, as shown below.<br><br> |

7