# EXHIBIT 20

**Exemplary Infringement Claim Chart for U.S. Patent No. 10,984,911**

Defendant Masimo Corporation and Counterclaimants Masimo Corporation and Cercacor Laboratories, Inc. ("Masimo") hereby provides exemplary evidence of infringement of the claims of U.S. Patent No. 10,984,911 ("the '911 Patent"). Masimo's chart below demonstrates infringement of Claim 19 of the '911 Patent by an exemplary accused product—Apple Watch Series 6. The chart shows how the exemplary accused product infringes that claim literally or under the doctrine of equivalents. The chart (including any images, annotations, and/or highlighting herein) is exemplary and demonstrates infringement of the identified claim regardless of whether the accused product is used with other modes and/or with other firmware or software. Masimo expressly reserves the right to amend or supplement this chart in view of further discovery, information, and analysis, including by, but not limited to, identifying additional accused products and evidence of infringement.

| Claim 19 | Apple Watch Series 6 |
|---|---|
| [19PRE] A method for determining a physiological parameter of a living patient, the method comprising: | Apple Watch Series 6 is configured for use, and is used, on the wrist of a living patient to measure a physiological parameter (e.g., heart rate, oxygen saturation (or "blood oxygen")). Using Apple Watch Series 6 to measure the oxygen saturation of a living patient practices this method.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1PRE]. |
| [19A] positioning a sensor with respect to body tissue of a living patient, the sensor comprising at least three LEDs, at least one detector, and a light block at least partially surrounding the at least one detector, wherein a top of the light block comprises only one opening through which light is configured to pass; | Measuring the oxygen saturation of a living patient using Apple Watch Series 6 involves positioning the optical sensor of the watch on the body tissue of a living patient. *See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1PRE].<br><br>*See, e.g.*, https://support.apple.com/en-us/HT204665 (last visited Dec. 5, 2022) ("Wearing your Apple Watch"; "the sensors will work only if you wear your Apple Watch on the top of your wrist") (excerpted and reproduced below). |

1

| Claim 19 | Apple Watch Series 6 |
|---|---|
|  | ## Wearing your Apple Watch<br><br>To make sure that you have the best experience, here's some information about getting a good fit when you wear your Apple Watch and being aware of potential skin sensitivities.<br><br>## A better fit means better readings<br><br>For best results, the back of your Apple Watch needs skin contact for features like Wrist Detect, the Taptic Engine, and the electrical and optical heart sensors. Wearing your Apple Watch with the right fit—not too tight, not too loose, and with room for your skin to breathe—keeps you comfortable and let the sensors do their jobs.<br><br>You may want to tighten your Apple Watch band for workouts, then loosen it when you're done. In addition, the sensors will work only if you wear your Apple Watch on the top of your wrist.<br><br>Learn more about getting the best results when you use the Blood Oxygen app on Apple Watch Series 6 and Series 7.<br><br>**Too loose**<br><br>If your Apple Watch doesn't stay in place, or the sensors aren't reading your heart rate, tighten the band a bit.<br><br>**Just right**<br><br>Your Apple Watch should be snug but comfortable. |

2

| **Claim 19** | **Apple Watch Series 6** |
|---|---|
| | *See, e.g.*, https://web.archive.org/web/20220725113915/https://support.apple.com/en-us/HT211027 (last visited Dec. 5, 2022) (explaining "How to take a blood oxygen measurement" using the Blood Oxygen app) (excerpted and reproduced below).<br><br>How to take a blood oxygen measurement<br><br>You can take a blood oxygen measurement at any time with the Blood Oxygen app.<br><br>1. Make sure that your Apple Watch is snug but comfortable on your wrist.<br>2. Open the Blood Oxygen app on your Apple Watch.<br>3. Stay still, and make sure your wrist is flat with the Apple Watch facing up.<br>4. Tap Start, then keep your arm steady for 15 seconds.<br>5. Wait. The measurement takes 15 seconds. At the end of the measurement, you will receive the results.<br>6. Tap Done.<br><br>The optical sensor of Apple Watch Series 6 comprises at least three LEDs and at least one detector. *See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitations [1A]-[1B].<br><br>The optical sensor of Apple Watch Series 6 also includes a light block at least partially surrounding a detector, and a top of that light block includes only one opening through which light is configured to pass, as shown in the teardown below. |

| **Claim 19** | **Apple Watch Series 6** |
|---|---|
| | Light Block at least Partially Surrounding the Detector<br><br>Top of Light Block Comprises Only One Opening Through Which Light Is Configured to Pass<br><br>Detector |
| [19B] activating the at least three LEDs such that at least three wavelengths of light are emitted from the at least three LEDs; | After positioning the optical sensor on the user's wrist tissue, measuring the oxygen saturation of a living patient using Apple Watch Series 6 involves using the watch's Blood Oxygen app, which activates the at least three LEDs such that at least three wavelengths of light are emitted from the at least three LEDs.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1A]. |
| [19C] detecting, at the at least one detector, at least a portion of the light emitted from the at least three LEDs after at least a portion of the | After activating the at least three LEDs, measuring the oxygen saturation of a living patient using Apple Watch Series 6 involves detecting, at the at least one detector, at least a portion of the light emitted from the at least three LEDs after at least a portion of the light has been |

4

| **Claim 19** | **Apple Watch Series 6** |
|---|---|
| light has been attenuated by the body tissue and passed through the opening of the top of the light block, wherein the at least one detector outputs at least one signal responsive to the detected light; and | attenuated by the body tissue and passed through the opening of the top of the light block, wherein the at least one detector outputs at least one signal responsive to the detected light.<br><br>*See, e.g.*, Claim Limitation [19A], *supra*; Infringement Claim Chart for '501 Patent, at Claim Limitations [1B]-[1C]. |
| [19D] determining a physiological parameter of the living patient responsive to the outputted at least one signal. | Upon information and belief, after detecting attenuated light, measuring the oxygen saturation of a living patient using Apple Watch Series 6 involves determining a physiological parameter of the living patient (e.g., oxygen saturation) responsive to the outputted at least one signal from the at least one detector.<br><br>*See, e.g.*, Infringement Claim Chart for '501 Patent, at Claim Limitation [1D]. |