AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Delaware__ on the following

☐ Trademarks or   ☒ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>22-1378 | DATE FILED<br>10/20/2022 | U.S. DISTRICT COURT<br>Delaware | |
|---|---|---|---|
| PLAINTIFF<br>Apple Inc. | | DEFENDANT<br>Masimo Corporation, Sound United, LLC, and Cercacor Laboratories, Inc. | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>12/12/2022 | INCLUDED BY<br>☐ Amendment   ☒ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  10,912,501 | 2/9/2021 | Masimo Corporation | |
| 2  10,912,502 | 2/9/2021 | Masimo Corporation | |
| 3  10,945,648 | 3/16/2021 | Masimo Corporation | |
| 4  10,687,743 | 6/23/2020 | Masimo Corporation | |
| 5  10,687,745 | 6/23/2020 | Masimo Corporation | |

Please see second page

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director     **Copy 4**—Case file copy

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 10,722,159 | 7/28/2020 | Masimo Corporation |
| 7,761,127 | 7/20/2010 | Ceracor Laboratories, Inc. |
| 8,190,223 | 5/29/2012 | Ceracor Laboratories, Inc. |
| 10,736,507 | 8/11/2021 | Masimo Corporation |
| 10,984,911 | 4/20/2021 | Ceracor Laboratories, Inc. |