IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br><br>    *Plaintiff*, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br>    *Defendants*. | C.A. No. 1:22-cv-01378-MN |

**DEFENDANT MASIMO CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Masimo Corporation discloses that it has no parent corporation; BlackRock, Inc. owns at least 10% of Masimo Corporation's stock.

December 12, 2022

*Of Counsel:*

Joseph R. Re
Stephen C. Jensen
Stephen W. Larson
Perry D. Oldham
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
(949) 760-0404 Telephone
(949) 760-9502 Facsimile
joe.re@knobbe.com

Brian Horne
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
(310) 551-3450 Telephone
(310) 551-3458 Facsimile
brian.horne@knobbe.com

PHILLIPS MCLAUGHLIN & HALL, P.A.

By: */s/ John C. Phillips, Jr.*
  John C. Phillips, Jr. (#110)
  Megan C. Haney (#5016)
  1200 North Broom Street
  Wilmington, DE 19806
  (302) 655-4200 Telephone
  (302) 655-4210 Fax
  jcp@pmhdelaw.com

*Counsel for Defendants*
*Masimo Corporation and Sound United, LLC*

-1-

Adam Powell
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
(858) 707-4000 Telephone
(858) 707-4001 Facsimile
adam.powell@knobbe.com