# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE, INC., | ) |
| Plaintiff, | ) C.A. No. 1:22-cv-01378-MN |
| v. | ) |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) JURY TRIAL DEMANDED |
| Defendants. | ) |
| MASIMO CORPORATION, | ) |
| Counter-Claimant, | ) |
| v. | ) |
| APPLE INC., | ) |
| Counter-Defendant. | ) |

## COUNTERCLAIMANT CERCACOR LABORATORIES, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Cercacor Laboratories, Inc. states that it has no parent corporation; no publicly held company owns at least 10% of Cercacor Laboratories, Inc.'s stock.

December 12, 2022                           PHILLIPS MCLAUGHLIN & HALL, P.A.

*Of Counsel:*                               By: */s/ John C. Phillips, Jr.*
                                                John C. Phillips, Jr. (#110)
Joseph R. Re                                    Megan C. Haney (#5016)
Stephen C. Jensen                               1200 North Broom Street

-2-

Stephen W. Larson
Perry D. Oldham
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
(949) 760-0404 Telephone
(949) 760-9502 Facsimile
joe.re@knobbe.com

Brian Horne
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
(310) 551-3450 Telephone
(310) 551-3458 Facsimile
brian.horne@knobbe.com

Adam Powell
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
(858) 707-4000 Telephone
(858) 707-4001 Facsimile
adam.powell@knobbe.com

Wilmington, DE 19806
(302) 655-4200 Telephone
(302) 655-4210 Fax
jcp@pmhdelaw.com

*Counsel for Defendants*
*Masimo Corporation and Sound United, LLC*