# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| APPLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-1378-MN |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and ) | |
| SOUND UNITED, LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by the parties and subject to the approval of the Court, that the time for Plaintiff Apple Inc. to respond to Defendant Sound United, LLC's Motion to Dismiss (D.I. 13) is extended to January 10, 2023.

| POTTER ANDERSON & CORROON LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
|---|---|
| By: */s/ David E. Moore* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com | By: */s/ John C. Phillips, Jr.* <br> John C. Phillips, Jr. (#110) <br> Megan C. Haney (#5016) <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> Tel: (302) 655-4200 <br> jcp@pmhdelaw.com <br> mch@pmhdelaw.com |
| *Attorneys for Plaintiff Apple Inc.* | *Attorneys for Defendants Masimo Corporation and Sound United, LLC* |

Dated: December 20, 2022
10501744 / 12209.00052

IT IS SO ORDERED this ____ day of _____, 2022.

_____
The Honorable Maryellen Noreika
United States District Court Judge