## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>                    Plaintiff,<br><br>          v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>                    Defendants. | Civil Action No. 22-1378 (MN) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac* vice of Jared C. Bunker to represent Defendants Masimo Corporation and Sound United, LLC in the above-captioned matter.

Dated:  December 21, 2022         PHILLIPS, MCLAUGHLIN & HALL, P.A.

                                  */s/ Megan C. Haney*
                                  John C. Phillips, Jr. (#110)
                                  Megan C. Haney (#5016)
                                  1200 North Broom Street
                                  Wilmington, DE 19806
                                  (302) 655-4200
                                  jcp@pmhdelaw.com
                                  mch@pmhdelaw.com

                                  *Attorneys for Defendants*

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____         _____
                               The Honorable Maryellen Noreika
                               United States District Court Judge