**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

APPLE INC.,

Plaintiff,

v.

MASIMO CORPORATION and SOUND UNITED, LLC,

Defendants.

MASIMO CORPORATION and CERCACOR LABORATORIES, INC.,

Counter-Claimants,

v.

APPLE INC.,

Counter-Defendant.

C.A. No. 22-1378-MN

**JURY TRIAL DEMANDED**

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and through counsel for Plaintiff Apple Inc. ("Apple") and Defendant/Counterclaimant Masimo Corporation and Counterclaimant Cercacor Laboratories, Inc. (collectively "Masimo"), subject to the approval of the Court, that Apple's time to respond (whether by answer or motion) to Masimo's Answer to Complaint and Counterclaims (D.I. 15), and any opposition thereto (if Apple responds by motion), and reply, shall be extended as follows.

| EVENT | DEADLINE |
|---|---|
| Apple's response | 2/21/2023 |
| Masimo's opposition brief to Apple's motion (if any) | 3/28/2023 |
| Apple's reply brief in support of its motion (if any) | 4/18/2023 |

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiff Apple Inc.*

PHILLIPS MCLAUGHLIN & HALL, P.A.

By: */s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
Tel: (302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants Masimo Corporation and Sound United, LLC*

Dated: December 28, 2022
10509431 / 12209.00052

IT IS SO ORDERED this____day of_____________, 2022.

____________________________________
The Honorable Maryellen Noreika
United States District Court Judge