**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22- 1378-MN |
| | ) | |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Kerri-Ann Limbeek, Cosmin Maier, Jordan N. Malz, Benjamin N. Luehrs, Joze Welsh and Jamie L. Kringstein of Desmarais LLP, 230 Park Avenue, New York, NY 10169 to represent Plaintiff Apple Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteraderson.com

*Attorneys for Plaintiff Apple Inc.*

Dated: January 10, 2023
10386850/ 12209.00052

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                    _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Date: January 9, 2023           Signed: /s/ *signature*
                                                           Kerri-Ann Limbeek
                                                           Desmarais LLP
                                                           230 Park Avenue
                                                           New York, NY 10169
                                                           Tel: (212) 351-3400
                                                           klimbeek@desmaraisllp.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

&boxtimes;    has been paid to the Clerk of the Court

☐    will be submitted to the Clerk's Office upon the filing of this motion

Date: January 9, 2023

Signed: /s/ *C. Maier*
Cosmin Maier
Desmarais LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
cmaier@desmaraisllp.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐　　has been paid to the Clerk of the Court

☒　　will be submitted to the Clerk's Office upon the filing of this motion

Date: January 9, 2023　　　　　　　　　　Signed: /s/ 
　　　　　　　　　　　　　　　　　　　　Jordan N. Malz
　　　　　　　　　　　　　　　　　　　　Desmarais LLP
　　　　　　　　　　　　　　　　　　　　230 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10169
　　　　　　　　　　　　　　　　　　　　Tel: (212) 351-3400
　　　　　　　　　　　　　　　　　　　　jmalz@desmaraisllp.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Connecticut and Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 10, 2023

Signed: /s/ _____
Benjamin N. Luehrs
Desmarais LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
bluehrs@desmaraisllp.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Date: January 9, 2023            Signed: _____
                                 Joze Welsh
                                 Desmarais LLP
                                 230 Park Avenue
                                 New York, NY 10169
                                 Tel: (212) 351-3400
                                 jwelsh@desmaraisllp.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐     has been paid to the Clerk of the Court

☒     will be submitted to the Clerk's Office upon the filing of this motion

Date: January 9, 2023            Signed: /s/ *Jamie Kringstein*
                                                      Jamie L. Kringstein
                                                      Desmarais LLP
                                                      230 Park Avenue
                                                      New York, NY 10169
                                                     Tel: (212) 351-3400
                                                     jkringstein@desmaraisllp.com