# EXHIBIT 1

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PURSUANT TO D. DEL LR 26.2

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br>     *Plaintiff*, <br> v. <br> MASIMO CORPORATION and SOUND UNITED, LLC, <br>     *Defendants*. | C.A. No. 1:22-cv-01377-MN |

**DEFENDANTS MASIMO CORPORATION AND SOUND UNITED, LLC'S RESPONSES AND OBJECTIONS TO APPLE'S INTERROGATORY NO. 1**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendants Masimo Corporation and Sound United, LLC (collectively, "Defendants" or "Masimo") hereby respond to Plaintiff Apple Inc.'s ("Apple") Interrogatory No. 1.

**GENERAL STATEMENT AND OBJECTIONS**

Defendants assert each of the following General Objections to each of Apple's instructions, definitions, and interrogatories. In addition to these General Objections, Defendants state specific objections to individual interrogatories, including objections that are not generally applicable to all interrogatories. By setting forth specific objections, Defendants are not limiting or restricting these General Objections.

1. Defendants object generally to Apple's definitions and instructions to the extent that they fail to comply with, or impose obligations in excess of, Rule 33 of the Federal Rules of Civil Procedure and the applicable Local Rules of this Court. Defendants will respond to the interrogatories in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

2. Defendants object to Interrogatory No. 1 to the extent it seeks information that is neither relevant to any claim or defense in this case nor proportional to the needs of the case. By responding to this interrogatory, Defendants do not concede that the information sought by this is relevant or proportional.

3. Defendants' responses are made without, in any way, waiving or intending to waive, but, on the contrary, intending to preserve and preserving:

   a. The right to raise all objections as to relevance and admissibility with regard to any information or documents identified, provided, or produced in response to Interrogatory No. 1, which may arise in any subsequent proceeding in, or the trial of, this or any other action;

   b. The right to object to the use of the information or documents for any purpose, including without limitation their use in any subsequent proceeding in, or the trial of, this or any other action; and

   c. The right to object on any ground at any time to interrogatories or other discovery relating to information and/or information or the subject matter thereof.

4. Without waiving the specific objections set forth below, and subject to the limitations and General Objections set forth above, Defendants provide the following responses:

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify all of Masimo's (including Sound United's) actual and planned channels for distribution or sale of the W1 in the United States.

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PURSUANT TO D. DEL LR 26.2**

**RESPONSE TO INTERROGATORY NO. 1:**

Defendants object to this interrogatory because it seeks information that is irrelevant. Subject to the foregoing general and specific objections, Defendants respond as follows:

Masimo currently sells the W1 directly to consumers and, outside the United States only, to professional medical caregiver customers such as hospitals. In the future, Masimo may sell the W1 to consumers through distribution channels it was using before acquiring Sound United (e.g., Amazon). ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ For example, the W1 is not sold at brick-and-mortar stores such as Best Buy. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Pending regulatory clearances, Masimo plans to also sell the W1 directly to professional medical caregiver customers in the United States. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PURSUANT TO D. DEL LR 26.2**

January 11, 2023                                                           K<small>NOBBE</small>, M<small>ARTENS</small>, O<small>LSON</small> & B<small>EAR</small>, LLP

By: */s/ Brian C. Horne*
    Brian C. Horne
    KNOBBE, MARTENS, OLSON & BEAR, LLP
    1925 Century Park East, Suite 600
    Los Angeles, CA 90067
    (310) 551-3450 Telephone
    (310) 551-3458 Facsimile
    brian.horne@knobbe.com

    Joseph R. Re
    Stephen C. Jensen
    Stephen W. Larson
    Jared C. Bunker
    KNOBBE, MARTENS, OLSON & BEAR, LLP
    2040 Main Street, 14th Floor
    Irvine, CA  92614
    (949) 760-0404 Telephone
    (949) 760-9502 Facsimile
    joe.re@knobbe.com
    steve.jensen@knobbe.com
    stephen.larson@knobbe.com
    jared.bunker@knobbe.com

    Adam B. Powell
    KNOBBE, MARTENS, OLSON & BEAR, LLP
    3579 Valley Centre Drive
    San Diego, CA 92130
    (858) 707-4000 Telephone
    (858) 707-4001 Facsimile
    adam.powell@knobbe.com

    John C. Phillips, Jr. (#110)
    Megan C. Haney (#5016)
    PHILLIPS MCLAUGHLIN & HALL, P.A.
    1200 North Broom Street
    Wilmington, DE 19806
    (302) 655-4200 Telephone
    (302) 655-4210 Fax
    jcp@pmhdelaw.com
    mch@pmhdelaw.com

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PURSUANT TO D. DEL LR 26.2**

*Counsel for Defendants*
*Masimo Corporation and Sound United, LLC*

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY PURSUANT TO D. DEL LR 26.2**

# CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2023, a true and correct copy of the foregoing document was served on the following counsel of record at the addresses and in the manner indicated:

***VIA ELECTRONIC MAIL:***

| | |
|---|---|
| David E. Moore<br>Bindu A. Palapura<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com | John M. Desmarais<br>Kerri-Ann Limbeek<br>Cosmin Maier<br>Jordan N. Malz<br>Benjamin N. Luehrs<br>Joze Welsh<br>Jamie L. Kringstein<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>jdesmarais@desmaraisllp.com<br>klimbeek@desmaraisllp.com<br>cmaier@desmaraisllp.com<br>jmalz@desmaraisllp.com<br>bluehrs@desmaraisllp.com<br>jwelsh@desmaraisllp.com<br>jkringstein@desmaraisllp.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>pmagic@desmaraisllp.com | |

January 11, 2023

                                                        */s/ Brian C. Horne*
                                                        Brian C. Horne

56811088