# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MASIMO CORPORATION and ) <br> SOUND UNITED, LLC, ) <br> ) <br> Defendants. ) <br> ───────────────────────── ) <br> MASIMO CORPORATION and ) <br> CERCACOR LABORATORIES, INC., ) <br> ) <br> Counter-Claimants, ) <br> ) <br> v. ) <br> ) <br> APPLE INC., ) <br> ) <br> Counter-Defendant. ) | C.A. No. 22-1378-MN <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF APPLE INC.'S MOTION TO

**(1) SEVER MASIMO'S 16 UNRELATED ANTITRUST, FALSE ADVERTISING, AND PATENT INFRINGEMENT COUNTERCLAIMS AND**

**(2) STAY MASIMO'S PATENT INFRINGEMENT COUNTERCLAIMS RELATED TO OTHER INFRINGEMENT COUNTERCLAIMS ALREADY STAYED PURSUANT TO 28 U.S.C. § 1659**

Plaintiff and Counterclaim Defendant Apple Inc. ("Apple") moves to (1) sever Defendant Masimo Corporation's ("Masimo") antitrust, false advertising, and patent infringement counterclaims (i.e., the First through Sixteenth Counts) and (2) stay Masimo's patent infringement counterclaims related to those the Court has already stayed pursuant to 28 U.S.C. § 1659 (i.e., the Tenth, Twelfth, Fourteenth, Fifteenth, and Sixteenth Counts). In support of the instant motion to sever and stay, Apple submits the following:

- Apple's Opening Brief in Support of Its Motion to Sever and Stay;

- The Declaration of Jordan N. Malz in Support of Apple's Motion to Sever and Stay, and all exhibits attached thereto (Exhibits 1-4); and

- A proposed order.

Apple respectfully requests that the Court grant this motion as further described in Apple's opening brief.

|  |  |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: 212-351-3400 | By: */s/ David E. Moore*<br>     David E. Moore (#3983)<br>     Bindu A. Palapura (#5370)<br>     Andrew L. Brown (#6766)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street<br>     Wilmington, DE 19801<br>     Tel: (302) 984-6000<br>     dmoore@potteranderson.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: 415-573-1900 | bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |
| Leon B. Greenfield<br>Jennifer Milici<br>Mark A. Ford<br>Dominic Vote<br>WILMER CUTLER PICKERING HALE<br>   AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington DC 20006<br>Tel: (202) 663-6000 | |

Dated: February 3, 2023
10580500 / 12209.00052

2