# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASIMO CORPORATION and )<br>SOUND UNITED, LLC, )<br>)<br>Defendants. )<br>──────────────────────── )<br>MASIMO CORPORATION and )<br>CERCACOR LABORATORIES, INC., )<br>)<br>Counter-Claimants, )<br>)<br>v. )<br>)<br>APPLE INC., )<br>)<br>Counter-Defendant. ) | C.A. No. 22-1378-MN<br><br>**JURY TRIAL DEMANDED** |

## STATEMENT UNDER LOCAL RULE 7.1.1

Pursuant to District of Delaware Local Rule 7.1.1, counsel for Plaintiff certifies that they have met and conferred with opposing counsel regarding Plaintiff Apple Inc.'s Motion (1) sever Defendant Masimo Corporation's ("Masimo") antitrust, false advertising, and patent infringement counterclaims (i.e., the First through Sixteenth Counts) and (2) stay Masimo's patent infringement counterclaims related to those the Court has already stayed pursuant to 28 U.S.C. § 1659 (i.e., the Tenth, Twelfth, Fourteenth, Fifteenth, and Sixteenth Counts). A reasonable effort has been made to reach agreement with the opposing party on the matters set forth in the motion, but as of the time of this filing, no agreement has been reached.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: 212-351-3400 | By: /s/ David E. Moore<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: 415-573-1900 | bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |
| Leon B. Greenfield<br>Jennifer Milici<br>Mark A. Ford<br>Dominic Vote<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington DC 20006<br>Tel: (202) 663-6000 |  |

Dated: February 3, 2023
10580759 / 12209.00052