# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>      Plaintiff,<br><br>  v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>      Defendants. | Civil Action No. 22-1378 (MN) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by the parties and subject to the approval of the Court, for that the time for Defendants to file their Answering Brief in Opposition to Plaintiff Apple Inc.'s Motion to Sever Masimo's Antitrust, False Advertising, and Patent Infringement Counterclaims and to Stay Masimo's Patent Infringement Counterclaims Related to Other Infringement Counterclaims (D.I. 34) is extended to February 24, 2023.

Dated: February 8, 2023

| POTTER ANDERSON & CORROON LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
|---|---|
| /s/ *David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Attorneys for Plaintiff* | /s/ *Megan C. Haney*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, Delaware  19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED this ___ day of _____, 2023.

_____
The Honorable Maryellen Noreika
United States District Court Judge