IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>                    Plaintiff,<br><br>         v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>                    Defendants. | Civil Action No. 22-1378 (MN) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac* vice of Benjamin A. Katzenellenbogen to represent Defendants Masimo Corporation and Sound United, LLC in the above-captioned matter.

Dated: February 13, 2023                     PHILLIPS, MCLAUGHLIN & HALL, P.A.

                                            */s/ Megan C. Haney*
                                            John C. Phillips, Jr. (#110)
                                            Megan C. Haney (#5016)
                                            1200 North Broom Street
                                            Wilmington, DE 19806
                                            (302) 655-4200
                                            jcp@pmhdelaw.com
                                            mch@pmhdelaw.com

                                            *Attorneys for Defendants*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____            _____
                                            The Honorable Maryellen Noreika
                                            United States District Court Judge