**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MASIMO CORPORATION and ) <br> SOUND UNITED, LLC, ) <br> ) <br> Defendants. ) <br> ──────────────────────────── ) <br> MASIMO CORPORATION and ) <br> CERCACOR LABORATORIES, INC., ) <br> ) <br> Counterclaim-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> APPLE INC., ) <br> ) <br> Counterclaim-Defendant. ) | C.A. No. 22-1378-MN <br><br> **JURY TRIAL DEMANDED** |

**APPLE INC'S MOTION TO DISMISS MASIMO CORPORATION'S
COUNTERCLAIMS AND STRIKE ITS INEQUITABLE CONDUCT
<u>AFFIRMATIVE DEFENSE</u>**

Plaintiff and Counterclaim-Defendant Apple Inc. moves to (1) dismiss Defendant Masimo Corporation's ("Masimo") counterclaims I-VI, (2) dismiss all counterclaims for declaratory judgment of unenforceability due to inequitable conduct, (3) strike Masimo's Second Defense of inequitable conduct, and (4) dismiss all counterclaims of pre-suit willful and indirect infringement (as part of Counts X, XII, XIV, XV, XVI). The grounds for this Motion are set forth in the accompanying Opening Brief in Support filed contemporaneously herewith.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| John M. Desmarais | By: */s/ David E. Moore* |
| Jordan N. Malz | David E. Moore (#3983) |
| Cosmin Maier | Bindu A. Palapura (#5370) |
| Kerri-Ann Limbeek | Andrew L. Brown (#6766) |
| Jamie L. Kringstein | Hercules Plaza, 6th Floor |
| DESMARAIS LLP | 1313 N. Market Street |
| 230 Park Avenue | Wilmington, DE  19801 |
| New York, NY 10169 | Tel:  (302) 984-6000 |
| Tel: 212-351-3400 | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| Peter C. Magic | abrown@potteranderson.com |
| DESMARAIS LLP | |
| 101 California Street | *Attorneys for Plaintiff/Counter-Defendant* |
| San Francisco, CA 94111 | *Apple Inc.* |
| Tel: 415-573-1900 | |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
Thad Eagles
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated:  February 21, 2023
10650641 / 12209.00052