## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MASIMO CORPORATION and ) <br> SOUND UNITED, LLC, ) <br> ) <br> Defendants. ) <br> _____ ) <br> MASIMO CORPORATION and ) <br> CERCACOR LABORATORIES, INC., ) <br> ) <br> Counterclaim-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> APPLE INC., ) <br> ) <br> Counterclaim-Defendant. ) | C.A. No. 22-1378-MN <br><br> **JURY TRIAL DEMANDED** |

## **[PROPOSED] ORDER**

At Wilmington this _____ day of _____, 2023, the Court having considered Plaintiff and Counterclaim-Defendant Apple Inc.'s Motion To Dismiss Masimo Corporation's Counterclaims And Strike Its Inequitable Conduct Affirmative Defense;

IT IS HEREBY ORDERED that Plaintiff and Counterclaim-Defendant Apple Inc.'s Motion is GRANTED.

_____
The Honorable Maryellen Noreika
United States District Judge

10650636/12209.00052