# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MASIMO CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 09-80-LPS |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION and PHILIPS MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 11-742-LPS-MPT |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| PHILIPS ELECTRONICS NORTH AMERICA CORPORATION and PHILIPS MEDIZIN SYSTEME BÖBLINGEN GMBH, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION REGARDING JOINT PROPOSED
SCHEDULES FOR "*MASIMO II*" AND "*MASIMO III*"
AND DISCOVERY LIMITS FOR "*MASIMO III*"**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff Masimo Corporation ("Masimo") and Defendants Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen GmbH (collectively "Philips"), subject to the approval of the Court, that the case schedules in the *Masimo II* (the remaining patents) and *Masimo III* (Philips' patent misuse defense and antitrust counterclaims) cases are set forth below:

## *Masimo v. Philips II*
## Joint Proposed Schedule Regarding the Remaining Patents[1]

| Masimo II Event | Deadline |
|---|---|
| Parties exchange a list of supplemental claim terms/phrases that they believe need construction and/or terms/phrases they believe are indefinite | July 28, 2015 (already completed) |
| Parties exchange proposed construction of the disputed claim terms/phrases | August 7, 2015 (already completed) |
| Philips' Opening Brief regarding Claim Construction and Summary Judgment on indefiniteness (25 pages) | August 18, 2015 (already completed) |
| Masimo's Answering Brief (25 pages) | September 4, 2015 (already completed) |
| Philips' Reply Brief (15 pages) | September 11, 2015 (already completed) |
| Parties file joint brief with remaining objections to previous *Markman* Report and Recommendation (D.I. 48) – no new arguments | September 15, 2015 (already completed) |
| Masimo's Sur-Reply Brief (5 pages) | September 16, 2015 |
| Parties file Joint Claim Construction Brief | September 17, 2015 |
| Hearing on claim construction | October 2, 2015 at 1:00 pm |
| Parties to submit their positions on mediation, pursuant to Court's Oral Order dated July 27, 2015 (D.I. 1006 ('080 case); D.I. 74 ('742 case)) | 10 days from *Markman* Order |
| Opening Expert Reports | The earlier of: (1) 30 days from *Markman* Order; or (2) February 26, 2016 |
| Rebuttal Expert Reports | 30 days from Opening Expert Reports |
| Reply Expert Reports | 21 days from Rebuttal Expert Reports |

---

[1] The "Remaining Patents" are: Masimo's U.S. Patent Nos. 6,157,850; 7,509,154; 7,530,949; 8,019,400; and Philips' U.S. Patent No. 5,337,745.

2

| *Masimo II* Event | Deadline |
|---|---|
| Close of Expert Discovery (including all depositions) | 30 days from Reply Expert Reports |
| Case Dispositive Motions; objections to expert testimony | 30 days from Close of Expert Discovery |
| Response to Case Dispositive Motions | 30 days from Opening Case Dispositive Motions |
| Reply to Response to Case Dispositive Motions | 30 days from Response to Case Dispositive Motions |
| Hearing regarding Case Dispositive Motions | 20 days from Reply regarding Case Dispositive Motions |
| Telephonic hearing regarding order, scope, and structure of *Masimo II* and *Masimo III* trials [1pm] | October 4, 2016, at the convenience of the Court if the Court deems it necessary [GPS] |
| Pretrial Order | December 12, 2016 or February 27, 2017 |
| Pretrial Conference | December 21, 2016 at 2:00 pm or March 7, 2017 at 3:00 pm |
| Trial begins (10 days) | January 9, 2017 or March 20, 2017 |

3

## *Masimo v. Philips III*
## Joint Proposed Schedule Regarding
## Philips' Patent Misuse Defense and Antitrust Counterclaims

| *Masimo III* Event | Deadline |
|---|---|
| Stay on antitrust and patent misuse discovery is lifted | July 23, 2015 |
| The parties shall make and/or supplement their initial disclosures under Fed. R. Civ. P. 26(a)(1) | August 7, 2015 |
| Production of documents shall be substantially complete | February 12, 2016 |
| Fact discovery cut-off | April 29, 2016 |
| Deadline for amendment of pleadings concerning antitrust and patent misuse claims | April 29, 2016 |
| Opening expert reports are due | May 27, 2016 |
| Rebuttal expert reports are due | June 27, 2016 |
| Reply expert reports are due | July 28, 2016 |
| Expert discovery cutoff including all depositions | August 19, 2016 |
| Case dispositive motions; objections to expert testimony | September 19, 2016 |
| Telephonic hearing regarding order, scope, and structure of *Masimo II* and *Masimo III* trials | October 4, 2016, at 1 pm at the convenience of the Court if the Court deems it necessary |
| Oppositions to case dispositive motions | October 19, 2016 |
| Replies to case dispositive motions | November 9, 2016 |
| Hearing on case dispositive motions | December 1, 2016 |
| Pre-trial Order | December 12, 2016 or February 27, 2017 |
| Pre-trial Conference | December 21, 2016 at 2:00 pm or March 7, 2017 at 3:00 pm |
| Trial begins | January 9, 2017 or March 20, 2017 |

*(handwritten initials in margin: GPS)*

4

IT IS FURTHER STIPULATED AND AGREED by the undersigned counsel for the Parties, subject to the approval of the Court, that the following discovery limitations shall apply in the *Masimo III* action:

1. Fact depositions: 175 hours per side, excluding experts.

2. Interrogatories: 35 total per side.

3. Requests for Admission: 50 per side.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan ((#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com<br>   *Attorneys for Plaintiff, Masimo Corporation* | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com |
| OF COUNSEL:<br><br>Joseph R. Re<br>Jon W. Gurka<br>Perry D. Oldham<br>Stephen Larson<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>(949) 760-0404<br><br>Karen Vogel Weil<br>Brian C. Horne<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>10100 Santa Monica Boulevard, Suite 1600<br>Los Angeles, CA 90067<br>(310) 551-3450 | *Attorneys for Defendants, Philips Electronics North America Corporation and Philips Medizin Systeme Böblingen Gmbh*<br><br>OF COUNSEL:<br><br>Alan M. Grimaldi<br>Brian A. Rosenthal<br>Ann Marie Duffy<br>Clinton H. Brannon<br>Brian K. Andrea<br>Cody I. Gillians<br>John X. Zhu<br>MAYER BROWN LLP<br>1999 K Street, N.W.<br>Washington, DC 20006<br>(202) 263-3000 |

5

M. Laurence Popofsky  
Robert A. Rosenfeld  
ORRICK, HERRINGTON & SUTCLIFFE LLP  
The Orrick Building  
405 Howard Street  
San Francisco, CA 94105  
(415) 773-5700  

Steven Yovits  
MAYER BROWN LLP  
71 South Wacker Drive  
Chicago, IL 60606  
(312) 782-0600  

September 15, 2015

IT IS SO ORDERED this 18th day of September, 2015.

_____  
Chief Judge, U.S. District Court

6