# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC, <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. <br><br> MASIMO CORPORATION and CERCACOR LABORATORIES, INC., <br><br> Counter-Claimants, <br><br> v. <br><br> APPLE INC, <br><br> Counter-Defendant | Civil Action No. 22-1378 (MN) |

**[PROPOSED] ORDER**

At Wilmington, this _____ day of _____, 2023, having considered Defendants Masimo Corporation and Sound United, LLC's Motion to Consolidate and the papers submitted in connection therewith;

IT IS HEREBY ORDERED that Defendants Masimo Corporation and Sound United, LLC's Motion to Consolidate is GRANTED, and Civil Action No. 22-1377 (MN) is hereby consolidated with this case.  This case shall be the lead case and all papers filed shall be filed in this case.

_____
The Honorable Maryellen Noreika
United States District Court Judge