**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC.,  )<br>  )<br>     Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>MASIMO CORPORATION and  )<br>SOUND UNITED, LLC,  )<br>  )<br>     Defendants.  )<br>  )<br>MASIMO CORPORATION and  )<br>CERCACOR LABORATORIES, INC.,  )<br>  )<br>     Counter-Claimants,  )<br>  )<br>  v.  )<br>  )<br>APPLE INC.,  )<br>  )<br>     Counter-Defendant.  )  | C.A. No. 22-1378-MN-JLH<br><br>**JURY TRIAL DEMANDED** |

**SUPPLEMENTAL DECLARATION OF JORDAN N. MALZ IN SUPPORT OF PLAINTIFF APPLE INC.'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO**

**(1) SEVER MASIMO'S 16 UNRELATED ANTITRUST, FALSE ADVERTISING, AND PATENT INFRINGEMENT COUNTERCLAIMS AND**

**(2) STAY MASIMO'S PATENT INFRINGEMENT COUNTERCLAIMS RELATED TO OTHER INFRINGEMENT COUNTERCLAIMS ALREADY STAYED PURSUANT TO 28 U.S.C. § 1659**

I, Jordan N. Malz, declare and state as follows:

1. I am an attorney and partner at the law firm Desmarais LLP, counsel of record for Plaintiff Apple Inc. ("Apple") in the above-captioned case. I submit this declaration based on personal knowledge, and if called upon as a witness, could competently testify to the truth of each statement herein.

2. Attached as **Exhibit 5** is a true and correct screenshot of the Westlaw website showing Citing References in District Courts for the case, *In re Innotron Diagnostics*, 800 F.2d 1077 (Fed. Cir. 1986).

3. Attached as **Exhibit 6** is a true and correct screenshot of the Westlaw website showing Citing References in District Courts for the case, *In re Theodor Groz & Sohne*, 972 F.2d 1352 (Fed. Cir. 1992).

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated:  March 3, 2023 | By:  */s/ Jordan N. Malz*<br>Jordan N. Malz |

10670474/12209.00052