# EXHIBIT 5

🚩 In re Innotron Diagnostics
United States Court of Appeals, Federal Circuit  •  August 27, 1986  •  800 F.2d 1077  •  55 USLW 2216  •  231 U.S.P.Q. 178  •  See All Citations  (Approx. 12 pages)

| Document | Filings (0) | Negative Treatment (4) | History (0) | **Citing References (1,041)** | Table of Authorities |

**KeyCite. Citing References (141)**  1-50  >  Sort By: Depth: Highest First

☐ Select all items  •  No items selected

| Treatment | Title Date ⇵ | Type | Depth | Headnote(s) |
|---|---|---|---|---|
| ☐ Examined by | 1. **Xeta, Inc. v. Atex, Inc.** 〟<br><br>825 F.2d 604, 606+, 1st Cir.(N.H.)<br><br>Manufacturer of computer system for newspaper and printing industries brought unfair competition and antitrust law action against competitor alleging competitor had illegally tied… | Aug. 06, 1987 | Case | ▮▮▮▮ | 1<br>2<br>6<br>F.2d |
| ☐ Examined by | 🚩 2. **In re Princo Corp.** 〟<br><br>478 F.3d 1345, 1352+, Fed.Cir.(N.Y.)<br><br>PATENTS - Writs. Competitor demonstrated that right to mandamus relief, staying district court's patent infringement proceeding. | Mar. 01, 2007 | Case | ▮▮▮▮ | 4<br>5<br>6<br>F.2d |
| ☐ Examined by | 3. **Wang Laboratories Inc. v. Mitsubishi Electronics America Inc.** 〟<br><br>1993 WL 574424, *4+, C.D.Cal.<br><br>On December 7, 1992, the following motions came before the Court for argument: (1) Wang Laboratories, Inc.'s Motion for Issuance of a Scheduling Order; (2) Wang Laboratories,… | Mar. 24, 1993 | Case | ▮▮▮▮ | 4<br>6<br>7<br>F.2d |
| ☐ Examined by | 4. **Implant Innovations, Inc. v. Nobelpharma AB** 〟<br><br>1996 WL 568791, *2+, N.D.Ill.<br><br>Plaintiff Implant Innovations, Inc. ("3i") brought a four count Third Amended Complaint ("Complaint") against Defendant Nobelpharma AB ("NAB"), alleging a violation of… | Oct. 02, 1996 | Case | ▮▮▮▮ | 6<br>7<br>8<br>F.2d |
| ☐ Examined by | 5. **IGT v. Alliance Gaming Corporation** 〟<br><br>2008 WL 11450898, *1+, D.Nev.<br><br>This matter comes before the Court on Plaintiff IGT's Motion for Bifurcation of Patent and Antitrust Claims (#747) and Motion for Protective Order (#771). The Court has considered… | May 29, 2008 | Case | ▮▮▮▮ | 4<br>6<br>7<br>F.2d |
| ☐ Examined by | 6. **Hunter Douglas, Inc. v. Comfortex Corp.** 〟<br><br>44 F.Supp.2d 145, 147+, N.D.N.Y.<br><br>Patentee brought infringement action. Alleged infringer filed antitrust counterclaims. Parties filed motions for separation of issues at trial. The District Court, Kahn, J., held… | Mar. 03, 1999 | Case | ▮▮▮▮ | 1<br>6<br>7<br>F.2d |

**Filters panel:**

Content types | Filters

Content type: Cases (141)

Select multiple filters / Clear

Search within results

Jurisdiction —
Narrow Jurisdiction
- ☐ Federal — 140
  - ☐ Courts Of Appeals — 33
  - ☐ District Courts — 107
- ☐ State — 1

Date +
Depth of Treatment +
Headnote Topics +
Treatment Status +
Reported Status +

# EXHIBIT 6

In re Theodor Groz & Sohne
United States Court of Appeals, Federal Circuit. · May 18, 1992 · 972 F.2d 1352 · 1992 WL 188908 (Table)   (Approx. 3 pages)

Case 1:22-cv-01378-MN-JLH   Document 51-1   Filed 03/03/23   Page 4 of 4 PageID #: 3056

| | Document | Filings (0) | Negative Treatment (0) | History (9) | Citing References (45) | Table of Authorities |

**KeyCite** Citing References (5)   1-5   Sort By: Depth: Highest First

**Content types** | **Filters**

Content type: Cases (5)

Select multiple filters

Clear

**Search within results**

**Jurisdiction**

Narrow Jurisdiction

☐ Federal — 5
  ☐ District Courts — 5

Date
Depth of Treatment
Treatment Status
Reported Status

☐ Select all items · No items selected

| Treatment | Title Date | Type | Depth | Headnote(s) |
|---|---|---|---|---|
| ☐ Discussed by | 1. Malibu Boats, LLC v. MasterCraft Boat Company, LLC  2016 WL 8317032, *2+, E.D.Tenn.  This civil case is before the Court on the parties' Joint Motion to Bifurcate and Stay Discovery and Trial Regarding MasterCraft's Antitrust Counterclaim [Doc. 42]. The Court has… | Oct. 28, 2016 | Case | ▰▰▰▱ | — |
| ☐ Discussed by | 2. j2 Global Communications, Inc. v. Captaris, Inc.  2009 WL 10672155, *3+, E.D.Tex.  Before the Court is Plaintiff j2 Global Communications, Inc.'s ("j2") Motion to Bifurcate Trial of, and Stay Discovery Related to, Defendant's Antitrust and State-law Restraint of… | Apr. 16, 2009 | Case | ▰▰▰▱ | — |
| ☐ Discussed by | 3. Audio MPEG, Inc. v. Dell Inc.  254 F.Supp.3d 798, 804+, E.D.Va.  PATENTS — Inequitable Conduct. Factors of judicial economy and convenience weighed in favor of bifurcating antitrust counterclaims and patent infringement claims. | May 31, 2017 | Case | ▰▰▰▱ | — |
| ☐ Cited by ⚑ | 4. Climax Molybdenum Co. v. Molychem, L.L.C.  414 F.Supp.2d 1007, 1014+, D.Colo.  ANTITRUST - Monopolies. Competitor could maintain claims under § 2 of Sherman Act against parent corporation and its wholly-owned subsidiary. | Dec. 06, 2005 | Case | ▰▰▱▱ | — |
| ☐ Cited by | 5. Ecrix Corp. v. Exabyte Corp.  191 F.R.D. 611, 614, D.Colo.  INTELLECTUAL PROPERTY - Bifurcation. Patent infringement claim was bifurcated from antitrust counterclaim. | Mar. 10, 2000 | Case | ▰▰▱▱ | — |