# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-1378-MN-JLH |
| ) | |
| MASIMO CORPORATION and ) | **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| MASIMO CORPORATION and ) | |
| CERCACOR LABORATORIES, INC., ) | |
| ) | |
| Counter-Claimants, ) | |
| ) | |
| v. ) | |
| ) | |
| APPLE INC., ) | |
| ) | |
| Counter-Defendant. ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Plaintiff Apple Inc. respectfully requests oral argument on its Motion to Sever Masimo's 16 Unrelated Antitrust, False Advertising, and Patent Infringement Counterclaims and to Stay Masimo's Patent Infringement Counterclaims Related to Other Infringement Counterclaims Already Stayed Pursuant To 28 U.S.C. § 1659 (D.I. 34).  Briefing is complete on this motion.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>Jamie L. Kringstein<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: 212-351-3400 | By: *Bindu A. Palapura*<br>     David E. Moore (#3983)<br>     Bindu A. Palapura (#5370)<br>     Andrew L. Brown (#6766)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street<br>     Wilmington, DE 19801<br>     Tel: (302) 984-6000<br>     dmoore@potteranderson.com<br>     bpalapura@potteranderson.com<br>     abrown@potteranderson.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: 415-573-1900 | *Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
   AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: March 3, 2023
10670673 / 12209.00052