# PHILLIPS, McLAUGHLIN & HALL, P.A.

JOHN C. PHILLIPS, JR.
LISA C. McLAUGHLIN+
JAMES P. HALL
DAVID A. BILSON***
MEGAN C. HANEY
TODD L. GOODMAN

ATTORNEYS AT LAW
PENNSYLVANIA AVE. AND BROOM ST.
1200 N. BROOM STREET
WILMINGTON, DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)
pmhdelaw.com

ALSO MEMBER OF
*PENNSYLVANIA BAR
**NEW JERSEY BAR
+MARYLAND BAR

March 9, 2023

**VIA CM/ECF & HAND DELIVERY**
The Honorable Maryellen Noreika
United States District Court
844 North King Street
Unit 19, Room 4324
Wilmington, DE 19801

      Re:    *Apple Inc. v. Masimo Corporation, et al.,*
              C.A. Nos. 22-1377 & 22-1378 (MN) (JLH)

Dear Judge Noreika,

      Pursuant to the Court's Oral Order of March 2, 2023 (D.I. 64, C.A. No. 22-1377; D.I. 49, C.A. No. 22-1378), I write on behalf of the parties to inform the Court that the parties do not consent to Judge Hall's jurisdiction in any capacity. Counsel are available at the convenience of the Court should the Court require anything further.

                                  Respectfully,

                                  */s/ John C. Phillips, Jr.*

                                  John C. Phillips, Jr. (#110)

cc:      All Counsel of Record (via CM/ECF & Email)