# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>   *Plaintiff*,<br><br>v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>   *Defendants*. | C.A. No. 1:22-cv-01378-MN-JLH |

## DEFENDANTS MASIMO CORPORATION AND SOUND UNITED, LLC'S REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Defendants Masimo Corporation and Sound United, LLC respectfully request oral argument on Plaintiff Apple Inc.'s "Motion to (1) Sever Masimo's 16 Unrelated Antitrust, False Advertising, and Patent Infringement Counterclaims and (2) to Stay Masimo's Patent Infringement Counterclaims Related to Other Infringement Counterclaims Already Stayed Pursuant To 28 U.S.C. § 1659" (D.I. 34). Briefing is complete on this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| March 10, 2023 | PHILLIPS MCLAUGHLIN & HALL, P.A. |
|  | By: */s/ John C. Phillips, Jr.* |
| *Of Counsel:* | John C. Phillips, Jr. (No. 110) |
|  | Megan C. Haney (No. 5016) |
| Joseph R. Re | 1200 North Broom Street |
| Stephen C. Jensen | Wilmington, DE 19806 |
| Stephen W. Larson | (302) 655-4200 Telephone |
| Perry D. Oldham | (302) 655-4210 Fax |
| Benjamin A. Katzenellenbogen | jcp@pmhdelaw.com |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | mch@pmhdelaw.com |
| 2040 Main Street, 14th Floor |  |
| Irvine, CA 92614 | *Counsel for Defendants* |

-1-

-2-

(949) 760-0404 Telephone　　　　　　　　　　　　*Masimo Corporation and Sound United, LLC*
(949) 760-9502 Facsimile
joe.re@knobbe.com

Brian Horne
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
(310) 551-3450 Telephone
(310) 551-3458 Facsimile
brian.horne@knobbe.com

Adam Powell
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
(858) 707-4000 Telephone
(858) 707-4001 Facsimile
adam.powell@knobbe.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2023, a true and correct copy of the foregoing document was served on the following counsel of record at the addresses and in the manner indicated:

***VIA ELECTRONIC MAIL:***

| | |
|---|---|
| David E. Moore<br>Bindu A. Palapura<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com | John M. Desmarais<br>Kerri-Ann Limbeek<br>Cosmin Maier<br>Jordan N. Malz<br>Benjamin N. Luehrs<br>Joze Welsh<br>Jamie L. Kringstein<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>jdesmarais@desmaraisllp.com<br>klimbeek@desmaraisllp.com<br>cmaier@desmaraisllp.com<br>jmalz@desmaraisllp.com<br>bluehrs@desmaraisllp.com<br>jwelsh@desmaraisllp.com<br>jkringstein@desmaraisllp.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>pmagic@desmaraisllp.com | Jennifer Milici<br>Dominic Vote<br>Leon B. Greenfield<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>1875 Pennsylvania Avenue, NW<br>Washington DC 20006<br>jennifer.milici@wilmerhale.com<br>dominic.vote@wilmerhale.com<br>leon.greenfield@wilmerhale.com |
| Mark A. Ford<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>mark.ford@wilmerhale.com | |

March 10, 2023

                                             */s/ Megan C. Haney*
                                             Megan C. Haney (#5016)