**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 22-1377-MN-JLH |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and ) | |
| SOUND UNITED, LLC, ) | |
| ) | |
| Defendants. ) | |
| MASIMO CORPORATION, ) | |
| ) | |
| Counter-Claimant, ) | |
| ) | |
| v. ) | |
| ) | |
| APPLE INC., ) | |
| ) | |
| Counter-Defendant. ) | |
| APPLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-1378-MN-JLH |
| ) | |
| MASIMO CORPORATION and ) | **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, ) | |
| ) | |
| Defendants. ) | |
| MASIMO CORPORATION and ) | |
| CERCACOR LABORATORIES, INC., ) | |
| ) | |
| Counter-Claimants, ) | |
| ) | |
| v. ) | |
| ) | |
| APPLE INC., ) | |
| ) | |
| Counter-Defendant. ) | |

**DECLARATION OF JORDAN N. MALZ IN SUPPORT OF
PLAINTIFF APPLE INC.'S ANSWERING BRIEF IN OPPOSITION TO
<u>DEFENDANTS' MOTION TO CONSOLIDATE</u>**

I, Jordan N. Malz, declare and state as follows:

1. I am an attorney and partner at the law firm Desmarais LLP, counsel of record for Plaintiff Apple Inc. ("Apple") in the above-captioned case. I submit this declaration based on personal knowledge, and if called upon as a witness, could competently testify to the truth of each statement herein.

2. Attached as **Exhibit 1** is a true and correct copy of the Order issued by Judge Matthew F. Kennelly on January 24, 2023, D.I. 83 in *10X Genomics, Inc. v. Nanostring Techs., Inc.*, No. 22-cv-261-MFK (D. Del. Jan. 24, 2023).

3. Attached as **Exhibit 2** is a true and correct copy of the Memorandum Opinion and Order issued by Judge Noel L. Hillman on August 30, 2019, D.I. 134 in *GI Sportz, Inc. v. Valken, Inc.*, No. 1:16-cv-07170-NLH-KMW (D.N.J. Aug. 30, 2019).

4. Attached as **Exhibit 3** is a true and correct copy of Masimo's proposed consolidated schedule, received via email from Masimo's counsel on January 11, 2023.

5. Attached as **Exhibit 4** is a true and correct copy of a news article, *Sound United Officially Rebrands as Masimo Consumer*, authored by Robert Archer and published by *CE Pro* on March 8, 2023, also available at https://www.cepro.com/news/sound-united-rebrands-as-masimo-consumer/ (last visited Mar. 10, 2023).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 10, 2023  By:  */s/ Jordan N. Malz*  
                             Jordan N. Malz

10682702