# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>MASIMO CORPORATION and  )<br>SOUND UNITED, LLC,  )<br>  )<br>Defendants.  )<br>_____  )<br>MASIMO CORPORATION and  )<br>CERCACOR LABORATORIES, INC.,  )<br>  )<br>Counter-Claimants,  )<br>  )<br>v.  )<br>  )<br>APPLE INC.,  )<br>  )<br>Counter-Defendant.  )  | C.A. No. 22-1378-MN-JLH<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S
MOTION TO STAY DISCOVERY PENDING RESOLUTION OF
<u>MOTION TO DISMISS</u>**

Plaintiff and Counterclaim-Defendant Apple Inc. moves to stay discovery on Defendant Masimo Corporation's counterclaims I-VI pending resolution of Apple's motion to dismiss these counterclaims in their entirety. *See* D.I. 39. The grounds for this Motion are set forth in the accompanying Opening Brief in Support filed contemporaneously herewith.

Counsel for the parties met and conferred pursuant to D. Del. L.R. 7.1.1. Masimo opposes this Motion.

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP |

| | |
|---|---|
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>Jamie L. Kringstein<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: 212-351-3400<br><br>Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: 415-573-1900<br><br>Jennifer Milici<br>Leon B. Greenfield<br>Dominic Vote<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>2100 Pennsylvania Avenue, NW<br>Washington DC 20037<br>Tel: (202) 663-6000<br><br>Mark A. Ford<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Tel: (617) 526-6423 | By: */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com<br><br>*Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Dated:  March 15, 2023
10684864 / 12209.00052