**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC.,                                )<br>                                            )<br>         Plaintiff,                        )<br>                                            )<br>    v.                                      )   C.A. No. 22-1378-MN-JLH<br>                                            )<br>MASIMO CORPORATION and                      )   **JURY TRIAL DEMANDED**<br>SOUND UNITED, LLC,                          )<br>                                            )<br>         Defendants.                        )<br>_____ )<br>MASIMO CORPORATION and                      )<br>CERCACOR LABORATORIES, INC.,                )<br>                                            )<br>         Counter-Claimants,                 )<br>                                            )<br>    v.                                      )<br>                                            )<br>APPLE INC.,                                 )<br>                                            )<br>         Counter-Defendant.                 ) | |

**[PROPOSED] ORDER**

At Wilmington this _____ day of _____, 2023, the Court having considered Plaintiff and Counterclaim-Defendant Apple Inc.'s Motion to Stay Discovery Pending Resolution of Motion to Dismiss;

IT IS HEREBY ORDERED that Plaintiff and Counterclaim-Defendant Apple Inc.'s Motion is GRANTED.

_____<br>
The Honorable Jennifer L. Hall<br>
United States Magistrate Judge

10684865 / 12209.00052