# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
|       Plaintiff, | ) |
| v. | ) C.A. No. 22-1378-MN-JLH |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) **JURY TRIAL DEMANDED** |
|       Defendants. | ) |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., | ) |
|       Counter-Claimants, | ) |
| v. | ) |
| APPLE INC., | ) |
|       Counter-Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Jennifer M. Przybylski and Carson Olsheski of Desmarais LLP, 230 Park Avenue, New York, NY 10169 to represent Plaintiff/Counter-Defendant Apple Inc. in this matter.

          POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

Dated: March 24, 2023
10702896 / 12209.00052

*Attorneys for Plaintiff/Counter-Defendant Apple Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐   has been paid to the Clerk of the Court

☒   will be submitted to the Clerk's Office upon the filing of this motion

Date: March 24, 2023              Signed:  */s/ Jennifer M. Przybylski*
                                                      Jennifer M. Przybylski
                                                     Desmarais LLP
                                                     230 Park Avenue
                                                     New York, NY 10169
                                                     Tel: (212) 351-3400
                                                     jprzybylski@desmaraisllp.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

  In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

  ☐  has been paid to the Clerk of the Court

  ☒  will be submitted to the Clerk's Office upon the filing of this motion

Date: March 24, 2023        Signed: */s/ Carson Olsheski*
                  Carson Olsheski
                  Desmarais LLP
                  230 Park Avenue
                  New York, NY 10169
                  Tel: (212) 351-3400
                  colsheski@desmaraisllp.com