# EXHIBIT 1



# 17/672,653 | P22914USC8:

## WEARABLE ELECTRONIC DEVICE

| Application # | Attorney Docket # | Patent # | Status | Filing or 371 (c) date |
|---|---|---|---|---|
| 17/672,653 | P22914USC8 | 11,474,483<br>Issued - 10/18/2022 | Patented Case - 09/28/2022 | 02/15/2022 |

## Address & Attorney/Agent Information

### Power of attorney

**62579 - APPLE INC./BROWNSTEIN**
c/o Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street
Suite 2200
Denver, CO 80202
UNITED STATES

### Correspondence address

**62579 - APPLE INC./BROWNSTEIN**
c/o Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street
Suite 2200
Denver, CO 80202
UNITED STATES

### Maintenance fee address

**197 - CPA GLOBAL**
Clarivate
3133 W. Frye Rd.
STE 400
Chandler, AZ 85226
UNITED STATES

| OSTERLOTH, GREGORY | 36232 |
|---|---|
| (303) 223-1273 | |

| OSTERLOTH, GREGORY | 36232 |
|---|---|
| (303) 223-1273 | |

No attorney/agent data found

| HEMINGER, SUSAN | 36449 |
|---|---|
| (408) 862-5906 | |

| HEMINGER, SUSAN | 36449 |
|---|---|
| (408) 862-5906 | |

| | | | | |
|---|---|---|---|---|
| MYERS, JEFFREY | 44252 | MYERS, JEFFREY | 44252 | |
| (408) 974-0110 | | (408) 974-0110 | | |
| HEMENWAY, S. | 44759 | HEMENWAY, S. | 44759 | |
| (303) 223-1104 | | (303) 223-1104 | | |
| HOELLWARTH, QUIN | 45738 | HOELLWARTH, QUIN | 45738 | |
| (208) 922-3571 | | (208) 922-3571 | | |
| JONAS, TAMALA | 47688 | JONAS, TAMALA | 47688 | |
| (303) 223-1100 | | (303) 223-1100 | | |
| WOHLD, RICHARD | 48018 | WOHLD, RICHARD | 48018 | |
| (408) 974-8738 | | (408) 974-8738 | | |
| BLOCK, LETICIA | 50167 | BLOCK, LETICIA | 50167 | |
| (408) 974-5875 | | (408) 974-5875 | | |
| CHANG, CHI-HSIN | 52717 | CHANG, CHI-HSIN | 52717 | |
| (408) 862-3597 | | (408) 862-3597 | | |
| HARTOUNIAN, ARLEN | 52997 | HARTOUNIAN, ARLEN | 52997 | |
| (408) 783-1802 | | (408) 783-1802 | | |

| | | | |
|---|---|---|---|
| FAN, JASON | 54092 | FAN, JASON | 54092 |
| 4 (078) 41 -2343 | | 4 (078) 41 -2343 | |
| GADKARI, SANJAY | 55796 | GADKARI, SANJAY | 55796 |
| (408) 862-9599 | | (408) 862-9599 | |
| ATKINSON, DAVID | 56655 | ATKINSON, DAVID | 56655 |
| (303) 223-1105 | | (303) 223-1105 | |
| KINDER, DARRELL | 57460 | KINDER, DARRELL | 57460 |
| (408) 974-6473 | | (408) 974-6473 | |
| SHAH, ALI | 58803 | SHAH, ALI | 58803 |
| (408) 862-4362 | | (408) 862-4362 | |
| PETRO, ANTHONY | 59391 | PETRO, ANTHONY | 59391 |
| (512) 657-0440 | | (512) 657-0440 | |
| REESLUND, MARCUS | 59394 | REESLUND, MARCUS | 59394 |
| (650) 813-5676 | | (650) 813-5676 | |
| LU, LAWRENCE | 60372 | LU, LAWRENCE | 60372 |
| (408) 783-4880 | | (408) 783-4880 | |

| Name | Number | Name | Number |
|---|---|---|---|
| TCHAKERIAN, SHANT (760) 814-1738 | 61825 | TCHAKERIAN, SHANT (760) 814-1738 | 61825 |
| PILLING, CAMERON (206) 359-8000 | 62085 | PILLING, CAMERON (206) 359-8000 | 62085 |
| LUKACH, DAVID (512) 474-5201 | 62579 | LUKACH, DAVID (512) 474-5201 | 62579 |
| WACTER, BRIAN (669) 227-3892 | 63851 | WACTER, BRIAN (669) 227-3892 | 63851 |
| ASARO, ELISSA (303) 352-1153 | 64659 | ASARO, ELISSA (303) 352-1153 | 64659 |
| SYDENHAM, RYAN (408) 783-4920 | 65409 | SYDENHAM, RYAN (408) 783-4920 | 65409 |
| HIMEDA, CHAD (650) 813-5727 | 65486 | HIMEDA, CHAD (650) 813-5727 | 65486 |
| SRIRAMAN, NIKHIL (312) 316-0357 | 65825 | SRIRAMAN, NIKHIL (312) 316-0357 | 65825 |

| | | | |
|---|---|---|---|
| OLSON, JOSHUA<br>(408) 974-6064 | 65865 | OLSON, JOSHUA<br>(408) 974-6064 | 65865 |
| DHARIA, ANUJ<br>(512) 318-9651 | 66004 | DHARIA, ANUJ<br>(512) 318-9651 | 66004 |
| GUGGENHEIMER, BENNO<br>(303) 223-1202 | 66686 | GUGGENHEIMER, BENNO<br>(303) 223-1202 | 66686 |
| SANTRY, JEFFREY<br>(303) 223-1195 | 66702 | SANTRY, JEFFREY<br>(303) 223-1195 | 66702 |
| CHIU, EUBORN<br>(925) 389-6681 | 67443 | CHIU, EUBORN<br>(925) 389-6681 | 67443 |
| GROSVENOR, STEPHANIE<br>(703) 205-8034 | 67592 | GROSVENOR, STEPHANIE<br>(703) 205-8034 | 67592 |
| HSU, MING-YUH<br>(408) 783-2678 | 67936 | HSU, MING-YUH<br>(408) 783-2678 | 67936 |
| NAGLE, PETER<br>(303) 223-1180 | 70361 | NAGLE, PETER<br>(303) 223-1180 | 70361 |

| | | | |
|---|---|---|---|
| BERNSEN, ERIC | 71624 | BERNSEN, ERIC | 71624 |
| (619) 944-4720 | | (619) 944-4720 | |
| DHALIWAL, KIRANJIT | 72274 | DHALIWAL, KIRANJIT | 72274 |
| (408) 111-1111 | | (408) 111-1111 | |
| PARIKH, KEYUR | 72807 | PARIKH, KEYUR | 72807 |
| (303) 223-1265 | | (303) 223-1265 | |
| MAO, STEPHEN | 73418 | MAO, STEPHEN | 73418 |
| (650) 326-2400 | | (650) 326-2400 | |
| BASU, PALASH | 73919 | BASU, PALASH | 73919 |
| (202) 860-8028 | | (202) 860-8028 | |
| MYUNG, HYUNG | 74737 | MYUNG, HYUNG | 74737 |
| (858) 207-0359 | | (858) 207-0359 | |
| RECH, BRYAN | 75138 | RECH, BRYAN | 75138 |
| (303) 223-1129 | | (303) 223-1129 | |
| ZHANG, PEILING | 75402 | ZHANG, PEILING | 75402 |
| (503) 595-5300 | | (503) 595-5300 | |

| | | | |
|---|---|---|---|
| SONG, OSOK | 78183 | SONG, OSOK | 78183 |
| (858) 209-5183 | | (858) 209-5183 | |
| FREYER, ANDREW | 78711 | FREYER, ANDREW | 78711 |
| (303) 223-1148 | | (303) 223-1148 | |
| RODRIGUEZ GONZALEZ, PATRICIA | 80107 | RODRIGUEZ GONZALEZ, PATRICIA | 80107 |
| (303) 223-1113 | | (303) 223-1113 | |
| ZHAO, YIQUN *(Not Active)* | L0798 | ZHAO, YIQUN *(Not Active)* | L0798 |
| - | | - | |