# EXHIBIT 2



# 15/261,917 | P22914USC3:

## WEARABLE ELECTRONIC DEVICE

| Application # | Attorney Docket # | Patent # | Status | Filing or 371 (c) date |
|---|---|---|---|---|
| 15/261,917 | P22914USC3 | 10,627,783<br>Issued - 04/21/2020 | Patented Case - 04/01/2020 | 09/10/2016 |

## Address & Attorney/Agent Information

### Power of attorney

**62579 - APPLE INC./BROWNSTEIN**
c/o Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street
Suite 2200
Denver, CO 80202
UNITED STATES

| OSTERLOTH, GREGORY | 36232 |
|---|---|
| (303) 223-1273 | |

| HEMINGER, SUSAN | 36449 |
|---|---|
| (408) 862-5906 | |

### Correspondence address

**62579 - APPLE INC./BROWNSTEIN**
c/o Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street
Suite 2200
Denver, CO 80202
UNITED STATES

| OSTERLOTH, GREGORY | 36232 |
|---|---|
| (303) 223-1273 | |

| HEMINGER, SUSAN | 36449 |
|---|---|
| (408) 862-5906 | |

### Maintenance fee address

**197 - CPA GLOBAL**
Clarivate
3133 W. Frye Rd.
STE 400
Chandler, AZ 85226
UNITED STATES

No attorney/agent data found

| | | | |
|---|---|---|---|
| MYERS, JEFFREY<br><br>(408) 974-0110 | 44252 | MYERS, JEFFREY<br><br>(408) 974-0110 | 44252 |
| HEMENWAY, S.<br><br>(303) 223-1104 | 44759 | HEMENWAY, S.<br><br>(303) 223-1104 | 44759 |
| HOELLWARTH, QUIN<br><br>(208) 922-3571 | 45738 | HOELLWARTH, QUIN<br><br>(208) 922-3571 | 45738 |
| JONAS, TAMALA<br><br>(303) 223-1100 | 47688 | JONAS, TAMALA<br><br>(303) 223-1100 | 47688 |
| WOHLD, RICHARD<br><br>(408) 974-8738 | 48018 | WOHLD, RICHARD<br><br>(408) 974-8738 | 48018 |
| BLOCK, LETICIA<br><br>(408) 974-5875 | 50167 | BLOCK, LETICIA<br><br>(408) 974-5875 | 50167 |
| CHANG, CHI-HSIN<br><br>(408) 862-3597 | 52717 | CHANG, CHI-HSIN<br><br>(408) 862-3597 | 52717 |
| HARTOUNIAN, ARLEN<br><br>(408) 783-1802 | 52997 | HARTOUNIAN, ARLEN<br><br>(408) 783-1802 | 52997 |

| | | | |
|---|---|---|---|
| FAN, JASON | 54092 | FAN, JASON | 54092 |
| 4 (078) 41 -2343 | | 4 (078) 41 -2343 | |
| GADKARI, SANJAY | 55796 | GADKARI, SANJAY | 55796 |
| (408) 862-9599 | | (408) 862-9599 | |
| ATKINSON, DAVID | 56655 | ATKINSON, DAVID | 56655 |
| (303) 223-1105 | | (303) 223-1105 | |
| KINDER, DARRELL | 57460 | KINDER, DARRELL | 57460 |
| (408) 974-6473 | | (408) 974-6473 | |
| SHAH, ALI | 58803 | SHAH, ALI | 58803 |
| (408) 862-4362 | | (408) 862-4362 | |
| PETRO, ANTHONY | 59391 | PETRO, ANTHONY | 59391 |
| (512) 657-0440 | | (512) 657-0440 | |
| REESLUND, MARCUS | 59394 | REESLUND, MARCUS | 59394 |
| (650) 813-5676 | | (650) 813-5676 | |
| LU, LAWRENCE | 60372 | LU, LAWRENCE | 60372 |
| (408) 783-4880 | | (408) 783-4880 | |

| Name | Number | Name | Number |
|---|---|---|---|
| TCHAKERIAN, SHANT | 61825 | TCHAKERIAN, SHANT | 61825 |
| (760) 814-1738 | | (760) 814-1738 | |
| PILLING, CAMERON | 62085 | PILLING, CAMERON | 62085 |
| (206) 359-8000 | | (206) 359-8000 | |
| LUKACH, DAVID | 62579 | LUKACH, DAVID | 62579 |
| (512) 474-5201 | | (512) 474-5201 | |
| WACTER, BRIAN | 63851 | WACTER, BRIAN | 63851 |
| (669) 227-3892 | | (669) 227-3892 | |
| ASARO, ELISSA | 64659 | ASARO, ELISSA | 64659 |
| (303) 352-1153 | | (303) 352-1153 | |
| SYDENHAM, RYAN | 65409 | SYDENHAM, RYAN | 65409 |
| (408) 783-4920 | | (408) 783-4920 | |
| HIMEDA, CHAD | 65486 | HIMEDA, CHAD | 65486 |
| (650) 813-5727 | | (650) 813-5727 | |
| SRIRAMAN, NIKHIL | 65825 | SRIRAMAN, NIKHIL | 65825 |
| (312) 316-0357 | | (312) 316-0357 | |

| | | | |
|---|---|---|---|
| OLSON, JOSHUA | 65865 | OLSON, JOSHUA | 65865 |
| (408) 974-6064 | | (408) 974-6064 | |
| DHARIA, ANUJ | 66004 | DHARIA, ANUJ | 66004 |
| (512) 318-9651 | | (512) 318-9651 | |
| GUGGENHEIMER, BENNO | 66686 | GUGGENHEIMER, BENNO | 66686 |
| (303) 223-1202 | | (303) 223-1202 | |
| SANTRY, JEFFREY | 66702 | SANTRY, JEFFREY | 66702 |
| (303) 223-1195 | | (303) 223-1195 | |
| CHIU, EUBORN | 67443 | CHIU, EUBORN | 67443 |
| (925) 389-6681 | | (925) 389-6681 | |
| GROSVENOR, STEPHANIE | 67592 | GROSVENOR, STEPHANIE | 67592 |
| (703) 205-8034 | | (703) 205-8034 | |
| HSU, MING-YUH | 67936 | HSU, MING-YUH | 67936 |
| (408) 783-2678 | | (408) 783-2678 | |
| NAGLE, PETER | 70361 | NAGLE, PETER | 70361 |
| (303) 223-1180 | | (303) 223-1180 | |

| BERNSEN, ERIC | 71624 | BERNSEN, ERIC | 71624 |
|---|---|---|---|
| (619) 944-4720 | | (619) 944-4720 | |
| DHALIWAL, KIRANJIT | 72274 | DHALIWAL, KIRANJIT | 72274 |
| (408) 111-1111 | | (408) 111-1111 | |
| PARIKH, KEYUR | 72807 | PARIKH, KEYUR | 72807 |
| (303) 223-1265 | | (303) 223-1265 | |
| MAO, STEPHEN | 73418 | MAO, STEPHEN | 73418 |
| (650) 326-2400 | | (650) 326-2400 | |
| BASU, PALASH | 73919 | BASU, PALASH | 73919 |
| (202) 860-8028 | | (202) 860-8028 | |
| MYUNG, HYUNG | 74737 | MYUNG, HYUNG | 74737 |
| (858) 207-0359 | | (858) 207-0359 | |
| RECH, BRYAN | 75138 | RECH, BRYAN | 75138 |
| (303) 223-1129 | | (303) 223-1129 | |
| ZHANG, PEILING | 75402 | ZHANG, PEILING | 75402 |
| (503) 595-5300 | | (503) 595-5300 | |

| | | | |
|---|---|---|---|
| SONG, OSOK<br><br>(858) 209-5183 | 78183 | SONG, OSOK<br><br>(858) 209-5183 | 78183 |
| FREYER, ANDREW<br><br>(303) 223-1148 | 78711 | FREYER, ANDREW<br><br>(303) 223-1148 | 78711 |
| RODRIGUEZ GONZALEZ, PATRICIA<br><br>(303) 223-1113 | 80107 | RODRIGUEZ GONZALEZ, PATRICIA<br><br>(303) 223-1113 | 80107 |
| ZHAO, YIQUN *(Not Active)*<br><br>- | L0798 | ZHAO, YIQUN *(Not Active)*<br><br>- | L0798 |