# EXHIBIT 7

PUBLIC VERSION

## UNITED STATES INTERNATIONAL TRADE COMMISSION
## WASHINGTON, D.C.

| | |
|---|---|
| **In the Matter of Certain Light-Based Physiological Measurement Devices and Components Thereof** | Investigation No. 337-TA-1276 |

## APPENDIX A: IDENTIFICATION OF EXEMPLARY PRIOR ART TO THE ASSERTED PATENTS

I.  **Identification of Exemplary Prior Art to U.S. Patent No. 10,912,501**

A.  **U.S. Patent Publications**

1.  U.S. Patent No. 3,452,291A (Alessio), titled "Light bulb socket adapter," and issued June 24, 1969.

2.  U.S. Patent No. 3,760,582A (Thiess et al.), titled "Electronic timepiece with power conserving features," and issued September 25, 1973.

3.  U.S. Patent No. 3,789,601A (Bergey), titled "Solid state watch with magnetic setting," and issued February 5, 1974.

4.  U.S. Patent No. 3,910,701A (Henderson et al.), titled "Method and apparatus for measuring light reflectance absorption and or transmission," and issued October 7, 1975.

5.  U.S. Patent No. 4,015,595A (Benjamin), titled "Photoplethysmographs," and issued April 5, 1977.

6.  U.S. Patent No. 4,114,604A (Shaw et al.), titled "Catheter oximeter apparatus and method," and issued September 19, 1978.

7.  U.S. Patent No. 4,129,124A (Thalmann), titled "Pulse-rate indicator," and issued December 12, 1978.

8.  U.S. Patent No. 4,224,948A (Cramer et al.), titled "Wrist borne pulse meter/chronometer," and issued September 30, 1980.

9.  U.S. Patent No. 4,258,719A (Lewyn), titled "Heart rate measurement system," and issued March 31, 1981.

10.  U.S. Patent No. 4,267,844A (Yamanishi), titled "Medical instrument for determining jaundice," and issued May 19, 1981.

11.  U.S. Patent No. 4,409,470A (Shepard et al.), titled "Narrow-bodied, single-and twin-windowed portable laser scanning head for reading bar code symbols," and issued October 11, 1983.

12.  U.S. Patent No. 4,438,338A (Stitt et al.), titled "Low profile optical coupling for an optoelectronic module," and issued March 20, 1984.

13.  U.S. Patent No. 4,444,471A (Ford et al.), titled "Variable focus lens system employing elastomeric lens," and issued April 24, 1984.

14.  U.S. Patent No. 4,447,150A (Heinemann), titled "Apparatus and method for measuring blood oxygen saturation," and issued May 8, 1984.

PUBLIC VERSION

15.     U.S. Patent No. 4,547,075A (Fei), titled "Device for the detection and calculation of particles present in a moving suspension for hematological analyses and the like," and issued October 15, 1985.

16.     U.S. Patent No. 4,653,498A (New, Jr. et al.), titled "Pulse oximeter monitor," and issued March 31, 1987.

17.     U.S. Patent No. 4,655,225A (Dahne et al.), titled "Spectrophotometric method and apparatus for the non-invasive," and issued April 7, 1987.

18.     U.S. Patent No. 4,684,245A (Goldring), titled "Electro-optical coupler for catheter oximeter," and issued August 4, 1987.

19.     U.S. Patent No. 4,709,413A (Forrest et al.), titled "Bidirectional fiber optic systems," and issued November 24, 1987.

20.     U.S. Patent No. 4,755,676A (Gaalema et al.), titled "Infrared detector with improved heat dissipation," and issued July 5, 1988.

21.     U.S. Patent No. 4,759,369A (Taylor), titled "Pulse oximeter," and issued July 26, 1988.

22.     U.S. Patent No. 4,781,195A (Martin), titled "Blood monitoring apparatus and methods with amplifier input dark current correction," and issued November 1, 1988.

23.     U.S. Patent No. 4,782,836A (Alt), titled "Rate adaptive cardiac pacemaker responsive to patient activity and temperature," and issued November 8, 1988.

24.     U.S. Patent No. 4,802,486A (Goodman et al.), titled "Method and apparatus for detecting optical pulses," and issued February 7, 1989.

25.     U.S. Patent No. 4,805,623A (Jöbsis), titled "Spectrophotometric method for quantitatively determining the concentration of a dilute component in a light- or other radiation-scattering environment," and issued February 21, 1989.

26.     U.S. Patent No. 4,819,860A (Hargrove et al.), titled "Wrist-mounted vital functions monitor and emergency locator," and issued April 11, 1989.

27.     U.S. Patent No. 4,825,872A (Tan et al.), titled "Finger sensor for pulse oximetry system," and issued May 2, 1989.

28.     U.S. Patent No. 4,859,057A (Taylor et al.), titled "Oximeter apparatus," and issued August 22, 1989.

29.   U.S. Patent No. 4,865,038A (Rich et al.), titled "Sensor appliance for non-invasive monitoring," and issued September 12, 1989.

30.   U.S. Patent No. 4,867,557A (Takatani et al.), titled "Reflection type oximeter for applying light pulses to a body tissue to measure oxygen saturation," and issued September 19, 1989.

31.   U.S. Patent No. 4,869,253A (Craig, Jr. et al.), titled "Method and apparatus for indicating perfusion and oxygen saturation trends in oximetry," and issued September 26, 1989.

32.   U.S. Patent No. 4,880,304A (Jaeb et al.), titled "Optical sensor for pulse oximeter," and issued November 14, 1989.

33.   U.S. Patent No. 4,903,701A (Moore et al.), titled "Oxygen sensing pacemaker," and issued February 27, 1990.

34.   U.S. Patent No. 4,928,692A (Goodman et al.), titled "Method and apparatus for detecting optical pulses," and issued May 29, 1990.

35.   U.S. Patent No. 4,933,545A (Saaski et al.), titled "Optical pressure-sensing system using optical resonator cavity," and issued June 12, 1990.

36.   U.S. Patent No. 4,938,218A (Goodman et al.), titled "Perinatal pulse oximetry sensor," and issued July 3, 1990.

37.   U.S. Patent No. 4,941,236A (Sherman et al.), titled "Magnetic clasp for wristwatch strap," and issued July 17, 1990.

38.   U.S. Patent No. 4,945,239A (Wist et al.), titled "Early detection of breast cancer using transillumination," and issued July 31, 1990.

39.   U.S. Patent No. 4,955,379A (Hall), titled "Motion artefact rejection system for pulse oximeters," and issued September 11, 1990.

40.   U.S. Patent No. 4,960,128A (Gordon et al.), titled "Method and apparatus for continuously and non-invasively measuring the blood pressure of a patient," and issued October 2, 1990.

41.   U.S. Patent No. 4,960,314A (Smith et al.), titled "Diffraction optics diffusing screen laminate for full color on-axis viewing," and issued October 2, 1990.

42.   U.S. Patent No. 4,964,408A (Hink et al.), titled "Oximeter sensor assembly with integral cable," and issued October 23, 1990.

43.    U.S. Patent No. 5,007,423A (Branstetter et al.), titled "Oximeter sensor temperature control," and issued April 16, 1991.

44.    U.S. Patent No. 5,025,791A (Niwa), titled "Pulse oximeter with physical motion sensor," and issued June 25, 1991.

45.    U.S. Patent No. 5,028,787A (Rosenthal et al.), titled "Non-invasive measurement of blood glucose," and issued July 2, 1991.

46.    U.S. Patent No. 5,035,243A (Muz), titled "Holder sleeve for positioning a detecting and measuring sensor," and issued July 30, 1991.

47.    U.S. Patent No. 5,041,187A (Hink et al.), titled "Oximeter sensor assembly with integral cable and method of forming the same," and issued August 20, 1991.

48.    U.S. Patent No. 5,043,820A (Wyles et al.), titled "Focal plane array readout employing one capacitive feedback transimpedance amplifier for each column," and issued August 27, 1991.

49.    U.S. Patent No. 5,069,213A (Polczynski), titled "Oximeter sensor assembly with integral cable and encoder," and issued December 3, 1991.

50.    U.S. Patent No. 5,069,214A (Samaras et al.), titled "Flash reflectance oximeter," and issued December 3, 1991.

51.    U.S. Patent No. 5,069,680A (Grandjean), titled "Muscle stimulator with variable duty cycle," and issued December 3, 1991.

52.    U.S. Patent No. 5,077,476A (Rosenthal), titled "Instrument for non-invasive measurement of blood glucose," and issued December 31, 1991.

53.    U.S. Patent No. 5,086,229A (Rosenthal et al.), titled "Non-invasive measurement of blood glucose," and issued February 4, 1992.

54.    U.S. Patent No. 5,099,842A (Mannheimer et al.), titled "Perinatal pulse oximetry probe," and issued March 31, 1992.

55.    U.S. Patent No. 5,109,849A (Goodman et al.), titled "Perinatal pulse oximetry sensor," and issued May 5, 1992.

56.    U.S. Design Patent No. D326,715S (Schmidt), titled "Medical sensors for measuring oxygen saturation or the like," and issued June 2, 1992.

57.    U.S. Patent No. 5,122,925A (Inpyn), titled "Package for electronic components," and issued June 16, 1992.

58.     U.S. Patent No. 5,131,391 A (Sakai et al.), titled "Pulse oxymeter having probe with warming means," and issued July 21, 1992.

59.     U.S. Patent No. 5,137,023 A (Mendelson et al.), titled "Method and apparatus for monitoring blood analytes noninvasively by pulsatile photoplethysmography," and issued August 11, 1992.

60.     U.S. Patent No. 5,158,082 A (Jones), titled "Apparatus for heating tissue with a photoplethysmograph sensor," and issued October 27, 1992.

61.     U.S. Patent No. 5,158,091 A (Butterfiled et al.), titled "Tonometry system for determining blood pressure," and issued October 27, 1992.

62.     U.S. Patent No. 5,159,929 A (McMillen et al.), titled "Insulated RF shield," and issued November 3, 1992.

63.     U.S. Patent No. 5,163,438 A (Gordon et al.), titled "Method and apparatus for continuously and noninvasively measuring the blood pressure of a patient," and issued November 17, 1992.

64.     U.S. Patent No. 5,176,137 A (Erickson et al.), titled "Apparatus for discrimination of stable and unstable ventricular tachycardia and for treatment thereof," and issued January 5, 1993.

65.     U.S. Patent No. 5,190,038 A (Polson et al.), titled "Pulse oximeter with improved accuracy and response time," and issued March 2, 1993.

66.     U.S. Patent No. 5,203,329 A (Takatani et al.), titled "Noninvasive reflectance oximeter sensor providing controlled minimum optical detection depth," and issued April 20, 1993.

67.     U.S. Patent No. 5,218,962 A (Mannheimer et al.), titled "Multiple region pulse oximetry probe and oximeter," and issued June 15, 1993.

68.     U.S. Patent No. 5,222,295 A (Dorris, Jr.), titled "Method for repairing diesel engine cylinder blocks," and issued June 29, 1993.

69.     U.S. Patent No. 5,222,495 A (Clarke et al.), titled "Non-invasive blood analysis by near infrared absorption measurements using two closely spaced wavelengths," and issued June 29, 1993.

70.     U.S. Patent No. 5,222,496 A (Clarke et al.), titled "Infrared glucose sensor," and issued June 29, 1993.

71.     U.S. Patent No. 5,228,449 A (Christ et al.), titled "System and method for detecting out-of-hospital cardiac emergencies and summoning emergency assistance," and issued July 20, 1993.

72.     U.S. Patent No. 5,249,576A (Goldberger et al.), titled "Universal pulse oximeter probe," and issued October 5, 1993.

73.     U.S. Patent No. 5,250,342A (Lang et al.), titled "Composite EMI shield having clean, highly conductive surfaces for conductive bonding," and issued October 5, 1993.

74.     U.S. Patent No. 5,251,011A (Fujiwara et al.), titled "Displacement detection system," and issued October 5, 1993.

75.     U.S. Patent No. 5,254,388A (Melby et al.), titled "Light control film with reduced ghost images," and issued October 19, 1993.

76.     U.S. Patent No. 5,254,992A (Keen et al.), titled "Low power electronic measuring system," and issued October 19, 1993.

77.     U.S. Patent No. 5,273,036A (Kronberg et al.), titled "Apparatus and method for monitoring respiration," and issued December 28, 1993.

78.     U.S. Patent No. 5,278,627A (Aoyagi et al.), titled "Apparatus for calibrating pulse oximeter," and issued January 11, 1994.

79.     U.S. Patent No. 5,297,548A (Pologe), titled "Arterial blood monitoring probe," and issued March 29, 1994.

80.     U.S. Patent No. 5,319,355A (Russek), titled "Alarm for patient monitor and life support equipment system," and issued June 7, 1994.

81.     U.S. Patent No. 5,333,616A (Mills et al.), titled "Wrist-worn ECG monitor," and issued August 2, 1994.

82.     U.S. Patent No. 5,337,744A (Branigan), titled "Low noise finger cot probe," and issued August 16, 1994.

83.     U.S. Patent No. 5,337,745A (Benaron), titled "Device and method for in vivo qualitative or quantative measurement of blood chromophore concentration using blood pulse spectrophotometry," and issued August 16, 1994.

84.     U.S. Patent No. 5,341,805A (Stavridi et al.), titled "Glucose fluorescence monitor and method," and issued August 30, 1994.

85.     U.S. Patent No. 5,355,242A (Eastmond et al.), titled "Receiver for binary coded wireless optical data," and issued October 11, 1994.

86.     U.S. Patent No. 5,358,519A (Grandjean), titled "Muscle control and monitoring system," and issued October 25, 1994.

87. U.S. Patent No. 5,362,966A (Rosenthal et al.), titled "Measurement of finger temperature in near-infrared quantitative measurement instrument," and issued November 8, 1994.

88. U.S. Design Patent No. D353,195S (Savage et al.), titled "Electronic stethoscope housing," and issued December 6, 1994.

89. U.S. Design Patent No. D353,196S (Savage et al.), titled "Stethoscope head," and issued December 6, 1994.

90. U.S. Patent No. 5,372,135A (Mendelson et al.), titled "Blood constituent determination based on differential spectral analysis," and issued December 13, 1994.

91. U.S. Patent No. 5,377,676A (Vari et al.), titled "Method for determining the biodistribution of substances using fluorescence spectroscopy," and issued January 3, 1995.

92. U.S. Design Patent No. D356,870S (Ivers et al.), titled "Pulse oximetry sensor," and issued March 28, 1995.

93. U.S. Design Patent No. D359,546S (Savage et al.), titled "Housing for a dental unit disinfecting device," and issued June 20, 1995.

94. U.S. Patent No. 5,427,093A (Ogawa et al.), titled "Oximeter probe," and issued June 27, 1995.

95. U.S. Patent No. 5,431,170A (Mathews), titled "Pulse responsive device," and issued July 11, 1995.

96. U.S. Patent No. 5,436,499A (Namavar et al.), titled "High performance gas devices and method," and issued July 25, 1995.

97. U.S. Patent No. 5,437,275A (Amundsen et al.), titled "Pulse oximetry sensor," and issued August 1, 1995.

98. U.S. Patent No. 5,441,054A (Tsuchiya), titled "Apparatus for measuring absorption information in scattering medium and method therefor," and issued August 15, 1995.

99. U.S. Design Patent No. D361,840S (Savage et al.), titled "Stethoscope head," and issued August 29, 1995.

100. U.S. Design Patent No. D362,063S (Savage et al.), titled "Stethoscope headset," and issued September 5, 1995.

101. U.S. Patent No. 5,452,717A (Branigan et al.), titled "Finger-cot probe," and issued September 26, 1995.

102. U.S. Design Patent No. D363,120S (Savage et al.), titled "Stethoscope ear tip," and issued October 10, 1995.

103. U.S. Patent No. 5,456,252A (Vari et al.), titled "Induced fluorescence spectroscopy blood perfusion and ph monitor and method," and issued October 10, 1995.

104. U.S. Patent No. 5,462,051A (Oka et al.), titled "Medical communication system," and issued October 31, 1995.

105. U.S. Patent No. 5,479,934A (Imran), titled "EEG headpiece with disposable electrodes and apparatus and system and method for use therewith," and issued January 2, 1996.

106. U.S. Patent No. 5,482,034A (Lewis et al.), titled "Method and apparatus for spectrophotometric cerebral oximetry and the like," and issued January 9, 1996.

107. U.S. Patent No. 5,482,036A (Diab et al.), titled "Signal processing apparatus and method," and issued January 9, 1996.

108. U.S. Patent No. 5,490,505A (Diab et al.), titled "Signal processing apparatus," and issued February 13, 1996.

109. U.S. Patent No. 5,490,506A (Takatani et al.), titled "Peripheral blood flow evaluating apparatus," and issued February 13, 1996.

110. U.S. Patent No. 5,490,523A (Isaacson et al.), titled "Finger clip pulse oximeter," and issued February 13, 1996.

111. U.S. Patent No. 5,494,043A (O'Sullivan et al.), titled "Arterial sensor," and issued February 27, 1996.

112. U.S. Patent No. 5,497,771A (Rosenheimer), titled "Apparatus for measuring the oxygen saturation of fetuses during childbirth," and issued March 12, 1996.

113. U.S. Patent No. 5,511,546A (Hon), titled "Finger apparatus for measuring continuous cutaneous blood pressure and electrocardiogram electrode," and issued April 30, 1996.

114. U.S. Patent No. 5,533,511A (Kaspari et al.), titled "Apparatus and method for noninvasive blood pressure measurement," and issued July 9, 1996.

115.   U.S. Patent No. 5,534,851 A (Russek), titled "Alarm for patient monitor and life support equipment," and issued July 9, 1996.

116.   U.S. Patent No. 5,542,146 A (Hoekstra et al.), titled "Electronic vacuum cleaner control system," and issued August 6, 1996.

117.   U.S. Patent No. 5,551,422 A (Simonsen et al.), titled "Method and apparatus for analytical determination of glucose in a biological matrix," and issued September 3, 1996.

118.   U.S. Patent No. 5,553,614 A (Chance), titled "Examination of biological tissue using frequency domain spectroscopy," and issued September 10, 1996.

119.   U.S. Patent No. 5,553,615 A (Carim et al.), titled "Method and apparatus for noninvasive prediction of hematocrit," and issued September 10, 1996.

120.   U.S. Patent No. 5,553,616 A (Ham et al.), titled "Determination of concentrations of biological substances using raman spectroscopy and artificial neural network discriminator," and issued September 10, 1996.

121.   U.S. Patent No. 5,555,882 A (Richardson et al.), titled "Method and apparatus for reducing ambient noise effects in electronic monitoring instruments," and issued September 17, 1996.

122.   U.S. Patent No. 5,561,275 A (Savage et al.), titled "Headset for electronic stethoscope," and issued October 1, 1996.

123.   U.S. Patent No. 5,562,002 A (Lalin), titled "Positive displacement piston flow meter with damping assembly," and issued October 8, 1996.

124.   U.S. Patent No. 5,564,429 A (Bornn et al.), titled "Method of identifying valid signal-carrying channels in a cardiorespiratory alert system," and issued October 15, 1996.

125.   U.S. Patent No. 5,581,069 A (Shepard et al.), titled "Louvered light collection arrangement in electro-optical reading systems," and issued December 3, 1996.

126.   U.S. Patent No. 5,584,296 A (Cui et al.), titled "Patient sensor for optical cerebral oximeters and the like," and issued December 17, 1996.

127.   U.S. Patent No. 5,590,649 A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine blood pressure," and issued January 7, 1997.

128.   U.S. Patent No. 5,601,079A (Wong et al.), titled "Non-invasive quantification of glucose control, aging, and advanced maillard products by stimulated fluorescence," and issued February 11, 1997.

129.   U.S. Patent No. 5,601,080A (Oppenheimer), titled "Spectrophotometric blood analysis," and issued February 11, 1997.

130.   U.S. Patent No. 5,602,924A (Durand et al.), titled "Electronic stethescope," and issued February 11, 1997.

131.   U.S. Design Patent No. D378,414S (Allen et al.), titled "Combined pulse rate measurement and display device," and issued March 11, 1997.

132.   U.S. Patent No. 5,623,925A (Swenson et al.), titled "Virtual medical instrument for performing medical diagnostic testing on patients," and issued April 29, 1997.

133.   U.S. Patent No. 5,625,458A (Alfano et al.), titled "Method and system for imaging objects in turbid media using diffusive fermat photons," and issued April 29, 1997.

134.   U.S. Patent No. 5,632,272A (Diab et al.), titled "Signal processing apparatus," and issued May 27, 1997.

135.   U.S. Patent No. 5,635,700A (Fazekas), titled "Bar code scanner with multi-channel light collection," and issued June 3, 1997.

136.   U.S. Patent No. 5,638,816A (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued June 17, 1997.

137.   U.S. Patent No. 5,638,818A (Diab et al.), titled "Low noise optical probe," and issued June 17, 1997.

138.   U.S. Patent No. 5,645,440A (Tobler et al.), titled "Patient cable connector," and issued July 8, 1997.

139.   U.S. Patent No. 5,671,914A (Kalkhoran et al.), titled "Multi-band spectroscopic photodetector array," and issued September 30, 1997.

140.   U.S. Patent No. 5,676,143A (Simonsen et al.), titled "Apparatus for analytical determination of glucose in a biological matrix," and issued October 14, 1997.

141.   U.S. Patent No. 5,685,299A (Diab et al.), titled "Signal processing apparatus," and issued November 11, 1997.

142.  U.S. Patent No. 5,687,717A (Halpern et al.), titled "Patient monitoring system with chassis mounted or remotely operable modules and portable computer," and issued November 18, 1997.

143.  U.S. Patent No. 5,699,808A (John), titled "EEG operative and post-operative patient monitoring system and method," and issued December 23, 1997.

144.  U.S. Patent No. 5,702,429A (King), titled "Neural stimulation techniques with feedback," and issued December 30, 1997.

145.  U.S. Design Patent No. D390,666S (Lagerlof), titled "Patient computer for controlled individualized medication," and issued February 10, 1998.

146.  U.S. Patent No. 5,719,557A (Rattman et al.), titled "Photoelectric smoke detector," and issued February 17, 1998.

147.  U.S. Patent No. 5,726,440A (Kalkhoran et al.), titled "Wavelength selective photodetector," and issued March 10, 1998.

148.  U.S. Patent No. 5,729,203A (Oka et al.), titled "Emergency call system," and issued March 17, 1998.

149.  U.S. Design Patent No. D393,830S (Tobler et al.), titled "Patient cable connector," and issued April 28, 1998.

150.  U.S. Patent No. 5,743,262A (Lepper, Jr. et al.), titled "Blood glucose monitoring system," and issued April 28, 1998.

151.  U.S. Patent No. 5,746,206A (Mannheimer), titled "Isolated layer pulse oximetry," and issued May 5, 1998.

152.  U.S. Patent No. 5,746,697A (Swedlow et al.), titled "Medical diagnostic apparatus with sleep mode," and issued May 5, 1998.

153.  U.S. Patent No. 5,747,806A (Khalil et al.), titled "Method and apparatus for multi-spectral analysis in noninvasive NIR spectroscopy," and issued May 5, 1998.

154.  U.S. Patent No. 5,750,927A (Baltazar), titled "Fire protection arrangement for temperature-sensitive, heat-producing article," and issued May 12, 1998.

155.  U.S. Patent No. 5,750,994A (Schlager), titled "Positive correlation filter systems and methods of use thereof," and issued May 12, 1998.

156.  U.S. Patent No. 5,752,914 A (Delonzor et al.), titled "Continuous mesh EMI shield for pulse oximetry sensor," and issued May 19, 1998.

157.  U.S. Patent No. 5,758,644 A (Diab et al.), titled "Manual and automatic probe calibration," and issued June 2, 1998.

158.  U.S. Patent No. 5,760,910 A (Lepper Jr. et al.), titled "Optical filter for spectroscopic measurement and method of producing the optical filter," and issued June 2, 1998.

159.  U.S. Patent No. 5,766,131 A (Kondo et al.), titled "Pulse-wave measuring apparatus," and issued June 16, 1998.

160.  U.S. Patent No. 5,769,785 A (Diab et al.), titled "Signal processing apparatus and method," and issued June 23, 1998.

161.  U.S. Patent No. 5,782,757 A (Diab et al.), titled "Low-noise optical probes," and issued July 21, 1998.

162.  U.S. Patent No. 5,785,659 A (Caro et al.), titled "Automatically activated blood pressure measurement device," and issued July 28, 1998.

163.  U.S. Patent No. 5,791,347 A (Flaherty et al.), titled "Motion insensitive pulse detector," and issued August 11, 1998.

164.  U.S. Patent No. 5,792,052 A (Isaacson et al.), titled "Finger clip pulse oximeter," and issued August 11, 1998.

165.  U.S. Patent No. 5,795,300 A (Bryars), titled "Heart pulse monitor," and issued August 18, 1998.

166.  U.S. Patent No. 5,797,841 A (Delonzor et al.), titled "Shunt barrier in pulse oximeter sensor," and issued August 25, 1998.

167.  U.S. Patent No. 5,800,348 A (Kaestle), titled "Apparatus and method for medical monitoring, in particular pulse oximeter," and issued September 1, 1998.

168.  U.S. Patent No. 5,800,349 A (Isaacson et al.), titled "Offset pulse oximeter sensor," and issued September 1, 1998.

169.  U.S. Patent No. 5,807,247 A (Merchant et al.), titled "Method and apparatus for facilitating compatibility between pulse oximeters and sensor probes," and issued September 15, 1998.

170.   U.S. Patent No. 5,810,734A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physiological parameter," and issued September 22, 1998.

171.   U.S. Patent No. 5,817,008A (Rafert et al.), titled "Conformal pulse oximetry sensor and monitor," and issued October 6, 1998.

172.   U.S. Patent No. 5,823,950A (Diab et al.), titled "Manual and automatic probe calibration," and issued October 20, 1998.

173.   U.S. Patent No. 5,826,885A (Helgeland), titled "Magnetic fluid sealing device," and issued October 27, 1998.

174.   U.S. Patent No. 5,830,131A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physical condition of the human arterial system," and issued November 3, 1998.

175.   U.S. Patent No. 5,830,137A (Scharf), titled "Green light pulse oximeter," and issued November 3, 1998.

176.   U.S. Patent No. 5,833,618A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physiological parameter," and issued November 10, 1998.

177.   U.S. Patent No. 5,842,982A (Mannheimer), titled "Infant neonatal pulse oximeter sensor," and issued December 1, 1998.

178.   U.S. Design Patent No. D403,070S (Maeda et al.), titled "Sphygmomanometer,"" and issued December 22, 1998.

179.   U.S. Patent No. 5,851,178A (Aronow), titled "Instrumented laser diode probe connector," and issued December 22, 1998.

180.   U.S. Patent No. 5,854,706A (Alb), titled "System for viewing stereoscopic images," and issued December 29, 1998.

181.   U.S. Patent No. 5,860,919A (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring method," and issued January 19, 1999.

182.   U.S. Patent No. 5,860,932A (Goto et al.), titled "Blood pressure monitor," and issued January 19, 1999.

183.   U.S. Patent No. 5,890,929A (Mills et al.), titled "Shielded medical connector," and issued April 6, 1999.

184.   U.S. Patent No. 5,891,022A (Pologe), titled "Apparatus for performing multiwavelength photoplethysmography," and issued April 6, 1999.

185.   U.S. Patent No. 5,893,364 A (Haar et al.), titled "Apparatus for light reflection measurements," and issued April 13, 1999.

186.   U.S. Patent No. 5,902,235 A (Lewis et al.), titled "Optical cerebral oximeter," and issued May 11, 1999.

187.   U.S. Patent No. 5,903,357 A (Colak), titled "Method and apparatus for imaging an interior of a turbid medium," and issued May 11, 1999.

188.   U.S. Patent No. 5,904,654 A (Wohltmann et al.), titled "Exciter-detector unit for measuring physiological parameters," and issued May 18, 1999.

189.   U.S. Patent No. 5,911,689 A (Smith et al.), titled "Subcutaneous radiation reflection probe," and issued June 15, 1999.

190.   U.S. Patent No. 5,919,134 A (Diab), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued July 6, 1999.

191.   U.S. Patent No. 5,923,021 A (Dvorkis et al.), titled "Light collection systems in electro-optical readers," and issued July 13, 1999.

192.   U.S. Patent No. 5,924,979 A (Swedlow et al.), titled "Medical diagnostic apparatus with sleep mode," and issued July 20, 1999.

193.   U.S. Patent No. 5,934,925 A (Tobler et al.), titled "Patient cable connector," and issued August 10, 1999.

194.   U.S. Patent No. 5,936,986 A (Cantatore et al.), titled "Methods and apparatus for driving a laser diode," and issued August 10, 1999.

195.   U.S. Patent No. 5,940,182 A (Lepper, Jr. et al.), titled "Optical filter for spectroscopic measurement and method of producing the optical filter," and issued August 17, 1999.

196.   U.S. Patent No. 5,957,840 A (Terasawa et al.), titled "Pinch device for detecting a biomedical signal," and issued September 28, 1999.

197.   U.S. Design Patent No. D414,870 S (Saltzstein et al.), titled "Vital signs monitor," and issued October 5, 1999.

198.   U.S. Patent No. 5,987,343 A (Kinast), titled "Method for storing pulse oximetry sensor characteristics," and issued November 16, 1999.

199.   U.S. Patent No. 5,991,467 A (Kamiko), titled "Image reading apparatus containing light receiving transistors and switching transistors," and issued November 23, 1999.

200.    U.S. Patent No. 5,995,855 A (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued November 30, 1999.

201.    U.S. Patent No. 5,997,343 A (Mills et al.), titled "Patient cable sensor switch," and issued December 7, 1999.

202.    U.S. Patent No. 6,002,952 A (Diab et al.), titled "Signal processing apparatus and method," and issued December 14, 1999.

203.    U.S. Patent No. 6,010,937 A (Karam et al.), titled "Reduction of dislocations in a heteroepitaxial semiconductor structure," and issued January 4, 2000.

204.    U.S. Patent No. 6,011,986 A (Diab et al.), titled "Manual and automatic probe calibration," and issued January 4, 2000.

205.    U.S. Patent No. 6,018,403 A (Shirakura et al.), titled "Image reproducing method and apparatus," and issued January 25, 2000.

206.    U.S. Patent No. 6,018,673 A (Chin et al.), titled "Motion compatible sensor for non-invasive optical blood analysis," and issued January 25, 2000.

207.    U.S. Patent No. 6,022,321 A (Amano et al.), titled "Blood pulse wave detecting apparatus and motion intensity measuring apparatus," and issued February 8, 2000.

208.    U.S. Patent No. 6,027,452 A (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued February 22, 2000.

209.    U.S. Patent No. 6,031,603 A (Fine et al.), titled "Sensor, method and device for optical blood oximetry," and issued February 29, 2000.

210.    U.S. Patent No. 6,035,223 A (Baker), titled "Method and apparatus for determining the state of an oximetry sensor," and issued March 7, 2000.

211.    U.S. Patent No. 6,036,642 A (Diab et al.), titled "Signal processing apparatus and method," and issued March 14, 2000.

212.    U.S. Patent No. 6,040,578 A (Malin et al.), titled "Method and apparatus for multi-spectral analysis of organic blood analytes in noninvasive infrared spectroscopy," and issued March 21, 2000.

213.    U.S. Patent No. 6,041,247 A (Weckstrom et al.), titled "Non-invasive optical measuring sensor and measuring method," and issued March 21, 2000.

214.  U.S. Patent No. 6,045,509 A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physiological parameter," and issued April 4, 2000.

215.  U.S. Patent No. 6,049,727 A (Crothall), titled "Implantable sensor and system for in vivo measurement and control of fluid constituent levels," and issued April 11, 2000.

216.  U.S. Patent No. 6,058,331 A (King), titled "Apparatus and method for treating peripheral vascular disease and organ ischemia by electrical stimulation with closed loop feedback control," and issued May 2, 2000.

217.  U.S. Patent No. 6,066,204 A (Haven), titled "High pressure MOCVD reactor system," and issued May 23, 2000.

218.  U.S. Patent No. 6,067,462 A (Diab et al.), titled "Signal processing apparatus and method," and issued May 23, 2000.

219.  U.S. Patent No. 6,081,735 A (Diab et al.), titled "Signal processing apparatus," and issued June 27, 2000.

220.  U.S. Patent No. 6,088,607 A (Diab et al.), titled "Low noise optical probe," and issued July 11, 2000.

221.  U.S. Patent No. 6,102,856 A (Groff et al.), titled "Wearable vital sign monitoring system," and issued August 15, 2000.

222.  U.S. Patent No. 6,110,522 A (Lepper, Jr. et al.), titled "Blood glucose monitoring system," and issued August 29, 2000.

223.  U.S. Patent No. 6,115,673 A (Malin et al.), titled "Method and apparatus for generating basis sets for use in spectroscopic analysis," and issued September 5, 2000.

224.  U.S. Patent No. 6,122,042 A (Wunderman et al.), titled "Devices and methods for optically identifying characteristics of material objects," and issued September 19, 2000.

225.  U.S. Patent No. 6,122,536 A (Sun et al.), titled "Implantable sensor and system for measurement and control of blood constituent levels," and issued September 19, 2000.

226.  U.S. Patent No. 6,124,597 A (Shehada et al.), titled "Method and devices for laser induced fluorescence attenuation spectroscopy," and issued September 26, 2000.

227.   U.S. Patent No. 6,126,595 A (Amano et al.), titled "Device for diagnosing physiological state and device for controlling the same," and issued October 3, 2000.

228.   U.S. Patent No. 6,128,521 A (Marro et al.), titled "Self adjusting headgear appliance using reservoir electrodes," and issued October 3, 2000.

229.   U.S. Patent No. 6,129,675 A (Jay), titled "Device and method for measuring pulsus paradoxus," and issued October 10, 2000.

230.   U.S. Patent No. 6,133,871 A (Krasner), titled "GPS receiver having power management," and issued October 17, 2000.

231.   U.S. Patent No. 6,144,866 A (Miesel et al.), titled "Multiple sensor assembly for medical electric lead," and issued November 7, 2000.

232.   U.S. Patent No. 6,144,868 A (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued November 7, 2000.

233.   U.S. Patent No. 6,151,516 A (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued November 21, 2000.

234.   U.S. Patent No. 6,152,754 A (Gerhardt et al.), titled "Circuit board based cable connector," and issued November 28, 2000.

235.   U.S. Patent No. 6,157,850 A (Diab et al.), titled "Signal processing apparatus," and issued December 5, 2000.

236.   U.S. Patent No. 6,165,005 A (Mills et al.), titled "Patient cable sensor switch," and issued December 26, 2000.

237.   U.S. Patent No. 6,167,258 A (Schmidt et al.), titled "Programmable wireless data acquisition system," and issued December 26, 2000.

238.   U.S. Patent No. 6,167,303 A (Thompson), titled "Power consumption reduction in medical devices employing just-in-time clock," and issued December 26, 2000.

239.   U.S. Patent No. 6,172,743 B1 (Kley et al.), titled "Technique for measuring a blood analyte by non-invasive spectrometry in living tissue," and issued January 9, 2001.

240.   U.S. Patent No. 6,175,752 B1 (Say et al.), titled "Analyte monitoring device and methods of use," and issued January 16, 2001.

241.  U.S. Patent No. 6,178,343B1 (Bindszus et al.), titled "Pulse rate and heart rate coincidence detection for pulse oximetry," and issued January 23, 2001.

242.  U.S. Patent No. 6,181,958B1 (Steuer et al.), titled "Method and apparatus for non-invasive blood constituent monitoring," and issued January 30, 2001.

243.  U.S. Patent No. 6,184,521B1 (Coffin, IV et al.), titled "Photodiode detector with integrated noise shielding," and issued February 6, 2001.

244.  U.S. Patent No. 6,185,454B1 (Thompson), titled "Power consumption reduction in medical devices employing just-in-time voltage control," and issued February 6, 2001.

245.  U.S. Patent No. 6,192,261B1 (Gratton et al.), titled "Photosensor with multiple light sources," and issued February 20, 2001.

246.  U.S. Patent No. 6,198,951B1 (Kosuda et al.), titled "Reflection photodetector and biological information measuring instrument," and issued March 6, 2001.

247.  U.S. Patent No. 6,198,952B1 (Miesel), titled "Multiple lens oxygen sensor for medical electrical lead," and issued March 6, 2001.

248.  U.S. Patent No. 6,202,930B1 (Plesko), titled "Low power pen shaped and wearable scan systems with ergonomic actuation," and issued March 20, 2001.

249.  U.S. Patent No. 6,206,830B1 (Diab et al.), titled "Signal processing apparatus and method," and issued March 27, 2001.

250.  U.S. Patent No. 6,223,063B1 (Chaiken et al.), titled "Method and device for tissue modulation," and issued April 24, 2001.

251.  U.S. Patent No. 6,226,539B1 (Potratz), titled "Pulse oximeter having a low power led drive," and issued May 1, 2001.

252.  U.S. Patent No. 6,229,856B1 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 8, 2001.

253.  U.S. Patent No. 6,232,609B1 (Snyder et al.), titled "Glucose monitoring apparatus and method using laser-induced emission spectroscopy," and issued May 15, 2001.

254. U.S. Patent No. 6,236,872B1 (Diab et al.), titled "Signal processing apparatus," and issued May 22, 2001.

255. U.S. Patent No. 6,241,680B1 (Miwa), titled "Blood-pressure monitoring apparatus," and issued June 5, 2001.

256. U.S. Patent No. 6,241,683B1 (Macklem et al.), titled "Phonospirometry for non-invasive monitoring of respiration," and issued June 5, 2001.

257. U.S. Patent No. 6,241,684B1 (Amano et al.), titled "Exercise workout support device," and issued June 5, 2001.

258. U.S. Patent No. 6,252,977B1 (Salganicoff et al.), titled "Method and apparatus for illuminating and imaging eyes through eyeglasses using multiple sources of illumination," and issued June 26, 2001.

259. U.S. Patent No. 6,253,097B1 (Aronow et al.), titled "Noninvasive medical monitoring instrument using surface emitting laser devices," and issued June 26, 2001.

260. U.S. Patent No. 6,255,708B1 (Sudharsanan et al.), titled "Semiconductor P-I-N detector," and issued July 3, 2001.

261. U.S. Patent No. 6,256,523B1 (Diab et al.), titled "Low-noise optical probes," and issued July 3, 2001.

262. U.S. Patent No. 6,263,222B1 (Diab et al.), titled "Signal processing apparatus," and issued July 17, 2001.

263. U.S. Patent No. 6,270,223B1 (Del Bon et al.), titled "Active electro-optical filter device and glare-protection device," and issued August 7, 2001.

264. U.S. Patent No. 6,278,522B1 (Lepper, Jr. et al.), titled "Optical filter for spectroscopic measurement and method of producing the optical filter," and issued August 21, 2001.

265. U.S. Patent No. 6,278,889B1 (Robinson), titled "Robust accurate non-invasive analyte monitor," and issued August 21, 2001.

266. U.S. Patent No. 6,280,213B1 (Tobler et al.), titled "Patient cable connector," and issued August 28, 2001.

267. U.S. Patent No. 6,280,381B1 (Malin et al.), titled "Intelligent system for noninvasive blood analyte prediction," and issued August 28, 2001.

268.  U.S. Patent No. 6,285,896B1 (Tobler et al.), titled "Fetal pulse oximetry sensor," and issued September 4, 2001.

269.  U.S. Patent No. 6,293,915B1 (Amano et al.), titled "Pulse wave examination apparatus, blood pressure monitor, pulse waveform monitor, and pharmacological action monitor," and issued September 25, 2001.

270.  U.S. Patent No. 6,297,906B1 (Allen et al.), titled "Light fixture containing optical film," and issued October 2, 2001.

271.  U.S. Patent No. 6,297,969B1 (Mottahed), titled "Electromagnetic interference shielding enclosure," and issued October 2, 2001.

272.  U.S. Patent No. 6,301,493B1 (Marro et al.), titled "Reservoir electrodes for electroencephalograph headgear appliance," and issued October 9, 2001.

273.  U.S. Patent No. 6,304,766B1 (Colvin, Jr.), titled "Optical-based sensing devices, especially for in-situ sensing in humans," and issued October 16, 2001.

274.  U.S. Patent No. 6,308,089B1 (von der Ruhr et al.), titled "Limited use medical probe," and issued October 23, 2001.

275.  U.S. Patent Application Publication No. 2001/0034477A1 (Mansfield et al.), titled "Multivariate analysis of green to ultraviolet spectra of cell and tissue samples," and published October 25, 2001.

276.  U.S. Patent Application Publication No. 2001/0034479A1 (Ring et al.), titled "Optically based transcutaneous blood gas sensor," and published October 25, 2001.

277.  U.S. Patent Application Publication No. 2001/0039483A1 (Brand et al.), titled "Reduction of inter-subject variation via transfer standardization," and published November 8, 2001.

278.  U.S. Patent No. 6,317,627B1 (Ennen et al.), titled "Anesthesia monitoring system based on electroencephalographic signals," and issued November 13, 2001.

279.  U.S. Patent No. 6,321,100B1 (Parker), titled "Reusable pulse oximeter probe with disposable liner," and issued November 20, 2001.

280.  U.S. Patent No. 6,325,761B1 (Jay), titled "Device and method for measuring pulsus paradoxus," and issued December 4, 2001.

281.    U.S. Design Patent No. D452,012S (Phillips), titled "Medical monitoring device," and issued December 11, 2001.

282.    U.S. Patent No. 6,334,065B1 (Al-Ali et al.), titled "Stereo pulse oximeter," and issued December 25, 2001.

283.    U.S. Patent Application Publication No. 2001/0056243A1 (Ohsaki et al.), titled "Wristwatch-type human pulse wave sensor attached on back side of user's wrist," and published December 27, 2001.

284.    U.S. Patent Application Publication No. 2002/0010401A1 (Bushmakin et al.), titled "Pre- and post-processing of spectral data for calibration using mutivariate analysis techniques," and published January 24, 2002.

285.    U.S. Patent No. 6,343,223B1 (Chin et al.), titled "Oximeter sensor with offset emitters and detector and heating device," and issued January 29, 2002.

286.    U.S. Patent No. 6,343,224B1 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued January 29, 2002.

287.    U.S. Patent No. 6,345,194B1 (Nelson et al.), titled "Enhanced high resolution breast imaging device and method utilizing non-ionizing radiation of narrow spectral bandwidth," and issued February 5, 2002.

288.    U.S. Patent No. 6,349,228B1 (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued February 19, 2002.

289.    U.S. Patent No. 6,351,217B1 (Kuhn), titled "Clinical thermometer," and issued February 26, 2002.

290.    U.S. Patent No. 6,353,750B1 (Kimura et al.), titled "Living body inspecting apparatus and noninvasive blood analyzer using the same," and issued March 5, 2002.

291.    U.S. Patent No. 6,356,203B1 (Halleck et al.), titled "Apparatus and method for detecting a rotational movement of a body," and issued March 12, 2002.

292.    U.S. Patent No. 6,356,774B1 (Bernstein et al.), titled "Oximeter sensor with encoded temperature characteristic," and issued March 12, 2002.

293.    U.S. Patent No. 6,360,113B1 (Dettling), titled "Photoplethysmographic instrument," and issued March 19, 2002.

294.    U.S. Patent No. 6,360,114B1 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued March 19, 2002.

295.    U.S. Patent No. 6,360,115B1 (Greenwald et al.), titled "System for imaging mechanically stabilized tissue," and issued March 19, 2002.

296.    U.S. Patent No. 6,368,283B1 (Xu et al.), titled "Method and apparatus for estimating systolic and mean pulmonary artery pressures of a patient," and issued April 9, 2002.

297.    U.S. Design Patent No. D455,834S (Donars et al.), titled "Finger oximeter," and issued April 16, 2002.

298.    U.S. Patent No. 6,371,921B1 (Caro et al.), titled "System and method of determining whether to recalibrate a blood pressure monitor," and issued April 16, 2002.

299.    U.S. Patent Application Publication No. 2002/0045836A1 (Alkawwas), titled "Operation of wireless biopotential monitoring system," and published April 18, 2002.

300.    U.S. Patent No. 6,377,829B1 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued April 23, 2002.

301.    U.S. Patent No. 6,388,240B2 (Schulz et al.), titled "Shielded optical probe and method having a longevity indication," and issued May 14, 2002.

302.    U.S. Patent Application Publication No. 2002/0058864A1 (Mansfield et al.), titled "Reduction of spectral site to site variation," and published May 16, 2002.

303.    U.S. Patent No. 6,393,311B1 (Edgar et al.), titled "Method, apparatus and system for removing motion artifacts from measurements of bodily parameters," and issued May 21, 2002.

304.    U.S. Patent No. 6,396,873B1 (Goldstein et al.), titled "Optical device," and issued May 28, 2002.

305.    U.S. Patent No. 6,397,091B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued May 28, 2002.

306.    U.S. Patent No. 6,398,727B1 (Bui et al.), titled "Method and apparatus for providing patient care," and issued June 4, 2002.

307.    U.S. Patent No. 6,402,690B1 (Rhee et al.), titled "Isolating ring sensor design," and issued June 11, 2002.

308.    U.S. Patent No. 6,411,373B1 (Garside et al.), titled "Fiber optic illumination and detection patterns, shapes, and locations for use in spectroscopic analysis," and issued June 25, 2002.

309.    U.S. Patent No. 6,415,166B1 (Van Hoy et al.), titled "Photoplethysmographic device with remote facsimile," and issued July 2, 2002.

310.    U.S. Patent No. 6,415,167B1 (Blank et al.), titled "Fiber optic probe placement guide," and issued July 2, 2002.

311.    U.S. Patent Application Publication No. 2002/0099279A1 (Pfeiffer et al.), titled "Device for the determination of tissue perfusion and operative use thereof," and published July 25, 2002.

312.    U.S. Patent No. 6,430,423B2 (DeLonzor et al.), titled "Shunt barrier in pulse oximeter sensor," and issued August 6, 2002.

313.    U.S. Patent No. 6,430,437B1 (Marro), titled "Module for acquiring electroencephalograph signals from a patient," and issued August 6, 2002.

314.    U.S. Patent No. 6,430,525B1 (Weber et al.), titled "Variable mode averager," and issued August 6, 2002.

315.    U.S. Patent Application Publication No. 2002/0111546A1 (Cook et al.), titled "Method and apparatus for providing high contrast imaging," and published August 15, 2002.

316.    U.S. Patent Application Publication No. 2002/0133080A1 (Apruzzese et al.), titled "Layered calibration standard for tissue sampling," and published September 19, 2002.

317.    U.S. Design Patent No. D463,561S (Fukatsu et al.), titled "Pulse oximeter," and issued September 24, 2002.

318.    U.S. Patent No. 6,463,187B1 (Baruch et al.), titled "Variable coupler fiberoptic sensor and sensing apparatus using the sensor," and issued October 8, 2002.

319.    U.S. Patent No. 6,463,311B1 (Diab), titled "Plethysmograph pulse recognition processor," and issued October 8, 2002.

320.    U.S. Patent No. 6,470,199B1 (Kopotic et al.), titled "Elastic sock for positioning an optical probe," and issued October 22, 2002.

321.    U.S. Patent No. 6,470,893B1 (Boesen), titled "Wireless biopotential sensing device and method with capability of short-range radio frequency transmission and reception," and issued October 29, 2002.

322.    U.S. Patent No. 6,473,008B2 (Kelly et al.), titled "System for sampling a data signal," and issued October 29, 2002.

323.   U.S. Patent No. 6,475,153B1 (Khair et al.), titled "Method for obtaining blood pressure data from optical sensor," and issued November 5, 2002.

324.   U.S. Patent No. 6,487,429B2 (Hockersmith et al.), titled "Use of targeted glycemic profiles in the calibration of a noninvasive blood glucose monitor," and issued November 26, 2002.

325.   U.S. Patent No. 6,491,647B1 (Bridger et al.), titled "Physiological sensing device," and issued December 10, 2002.

326.   U.S. Reissued Patent No. RE37,922E (Sharan), titled "Method and apparatus to determine and control the carbon content of steel in a BOF vessel," and issued December 10, 2002.

327.   U.S. Patent Application Publication No. 2002/0188210A1 (Aizawa), titled "Pulse wave sensor and pulse rate detector," and published December 12, 2002.

328.   U.S. Patent No. 6,501,975B2 (Diab et al.), titled "Signal processing apparatus and method," and issued December 31, 2002.

329.   U.S. Patent No. 6,505,059B1 (Kollias et al.), titled "Non-invasive tissue glucose level monitoring," and issued January 7, 2003.

330.   U.S. Patent Application Publication No. 2003/0013975A1 (Kiani), titled "Method of selling a continuous mode blood pressure monitor," and published January 16, 2003.

331.   U.S. Patent Application Publication No. 2003/0018243A1 (Gerhardt et al.), titled "Selectively plated sensor," and published January 23, 2003.

332.   U.S. Patent No. 6,515,273B2 (Al-Ali), titled "System for indicating the expiration of the useful operating life of a pulse oximetry sensor," and issued February 4, 2003.

333.   U.S. Patent No. 6,516,289B2 (David), titled "Physiological measuring system comprising a garment and sensing apparatus incorporated in the garment," and issued February 4, 2003.

334.   U.S. Patent No. 6,519,487B1 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued February 11, 2003.

335.   U.S. Patent No. 6,522,521B2 (Mizuno et al.), titled "Reduction-resistant dielectric ceramic compact and laminated ceramic capacitor," and issued February 18, 2003.

336. U.S. Patent Application Publication No. 2003/0036690A1 (Geddes et al.), titled "Body-member-illuminating pressure cuff for use in optical noninvasive measurement of blood parameters," and published February 20, 2003.

337. U.S. Patent No. 6,525,386B1 (Mills et al.), titled "Non-protruding optoelectronic lens," and issued February 25, 2003.

338. U.S. Patent No. 6,526,300B1 (Kiani et al.), titled "Pulse oximeter probe-off detection system," and issued February 25, 2003.

339. U.S. Patent No. 6,527,729B1 (Turcott), titled "Method for monitoring patient using acoustic sensor," and issued March 4, 2003.

340. U.S. Patent No. 6,534,012B1 (Hazen et al.), titled "Apparatus and method for reproducibly modifying localized absorption and scattering coefficients at a tissue measurement site during optical sampling," and issued March 18, 2003.

341. U.S. Patent No. 6,541,756B2 (Schulz et al.), titled "Shielded optical probe having an electrical connector," and issued April 1, 2003.

342. U.S. Patent No. 6,542,764B1 (Al-Ali et al.), titled "Pulse oximeter monitor for expressing the urgency of the patient's condition," and issued April 1, 2003.

343. U.S. Patent No. 6,553,242B1 (Sarussi), titled "Physiological stress detector device and method," and issued April 22, 2003.

344. U.S. Patent Application Publication No. 2003/0078504A1 (Rowe), titled "Spectroscopic cross-channel method and apparatus for improved optical measurements of tissue," and published April 24, 2003.

345. U.S. Patent No. 6,556,852B1 (Schulze et al.), titled "Earpiece with sensors to measure/monitor multiple physiological variables," and issued April 29, 2003.

346. U.S. Patent Application Publication No. 2003/0088162A1 (Yamamoto et al.), titled "Biological photometric device," and published May 8, 2003.

347. U.S. Patent Application Publication No. 2003/0098969A1 (Katz et al.), titled "Spectroscopic fluid analyzer," and published May 29, 2003.

348. U.S. Patent Application Publication No. 2003/0100840A1 (Sugiura et al.), titled "Pulse photometry probe," and published May 29, 2003.

349.    U.S. Patent No. 6,580,086B1 (Schulz et al.), titled "Shielded optical probe and method," and issued June 17, 2003.

350.    U.S. Patent No. 6,584,336B1 (Al-Ali et al.), titled "Universal/upgrading pulse oximeter," and issued June 24, 2003.

351.    U.S. Patent No. 6,587,196B1 (Stippick et al.), titled "Oscillating mechanism driven monochromator," and issued July 1, 2003.

352.    U.S. Patent No. 6,587,199B1 (Luu), titled "Embedded data acquisition and control system for non-invasive glucose prediction instrument," and issued July 1, 2003.

353.    U.S. Patent No. 6,595,316B2 (Cybulski et al.), titled "Tension-adjustable mechanism for stethoscope earpieces," and issued July 22, 2003.

354.    U.S. Patent No. 6,596,016B1 (Vreman et al.), titled "Phototherapy of jaundiced newborns using garments containing semiconductor light-emitting devices," and issued July 22, 2003.

355.    U.S. Patent No. 6,597,932B2 (Tian et al.), titled "Generation of spatially-averaged excitation-emission map in heterogeneous tissue," and issued July 22, 2003.

356.    U.S. Patent No. 6,597,933B2 (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued July 22, 2003.

357.    U.S. Patent Application Publication No. 2003/0144582A1 (Cohen et al.), titled "Portable non-invasive glucose monitor," and published July 31, 2003.

358.    U.S. Patent No. 6,606,509B2 (Schmitt), titled "Method and apparatus for improving the accuracy of noninvasive hematocrit measurements," and issued August 12, 2003.

359.    U.S. Patent No. 6,606,511B1 (Al-Ali et al.), titled "Pulse oximetry pulse indicator," and issued August 12, 2003.

360.    U.S. Patent Application Publication No. 2003/0156288A1 (Barnum et al.), titled "Sensor band for aligning an emitter and a detector," and published August 21, 2003.

361.    U.S. Patent Application Publication No. 2003/0158501A1 (Uchida et al.), titled "Biological information measuring instrument and biological information measuring method," and published August 21, 2003.

362.    U.S. Patent No. 6,632,181B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued October 14, 2003.

363.    U.S. Patent No. 6,635,559B2 (Greenwald et al.), titled "Formation of insulating aluminum oxide in semiconductor substrates," and issued October 21, 2003.

364.    U.S. Patent No. 6,636,759B2 (Robinson), titled "Apparatus and method for determination of the adequacy of dialysis by non-invasive near-infrared spectroscopy," and issued October 21, 2003.

365.    U.S. Design Patent No. D481,459S (Nahm), titled "Vein function monitor," and issued October 28, 2003.

366.    U.S. Patent No. 6,639,668B1 (Trepagnier), titled "Asynchronous fluorescence scan," and issued October 28, 2003.

367.    U.S. Patent No. 6,639,867B2 (Shim), titled "Decoder circuit in a semiconductor memory device," and issued October 28, 2003.

368.    U.S. Patent No. 6,640,116B2 (Diab), titled "Optical spectroscopy pathlength measurement system," and issued October 28, 2003.

369.    U.S. Patent No. 6,640,117B2 (Makarewicz et al.), titled "Method and apparatus for minimizing spectral effects attributable to tissue state variations during NIR-based non-invasive blood analyte determination," and issued October 28, 2003.

370.    U.S. Patent No. 6,643,530B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued November 4, 2003.

371.    U.S. Patent Application Publication No. 2003/0212312A1 (Coffin et al.), titled "Low noise patient cable," and published November 13, 2003.

372.    U.S. Patent No. 6,650,917B2 (Diab et al.), titled "Signal processing apparatus," and issued November 18, 2003.

373.    U.S. Patent No. 6,650,939B2 (Takpke, II et al.), titled "Universal interface for implantable medical device data management," and issued November 18, 2003.

374.    U.S. Patent No. 6,654,624B2 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued November 25, 2003.

375.    U.S. Patent No. 6,658,276B2 (Kiani et al.), titled "Pulse oximeter user interface," and issued December 2, 2003.

376.   U.S. Patent No. 6,661,161B1 (Lanzo et al.), titled "Piezoelectric biological sound monitor with printed circuit board," and issued December 9, 2003.

377.   U.S. Patent No. 6,668,185B2 (Toida), titled "Endoscope apparatus for setting a scanning area," and issued December 23, 2003.

378.   U.S. Patent No. 6,671,526B1 (Aoyagi et al.), titled "Probe and apparatus for determining concentration of light-absorbing materials in living tissue," and issued December 30, 2003.

379.   U.S. Patent No. 6,671,531B2 (Al-Ali et al.), titled "Sensor wrap including foldable applicator," and issued December 30, 2003.

380.   U.S. Patent No. 6,678,543B2 (Diab et al.), titled "Optical probe and positioning wrap," and issued January 13, 2004.

381.   U.S. Patent No. 6,681,133B2 (Chaiken et al.), titled "Methods and apparatus for obtaining enhanced spectroscopic information from living tissue," and issued January 20, 2004.

382.   U.S. Patent No. 6,684,090B2 (Al-Ali et al.), titled "Pulse oximetry data confidence indicator," and issued January 27, 2004.

383.   U.S. Patent No. 6,684,091B2 (Parker), titled "Reusable pulse oximeter probe and disposable bandage method," and issued January 27, 2004.

384.   U.S. Patent No. 6,694,157B1 (Stone et al.), titled "Method and apparatus for determination of ph pco2, hemoglobin, and hemoglobin oxygen saturation," and issued February 17, 2004.

385.   U.S. Patent No. 6,697,656B1 (Al-Ali), titled "Pulse oximetry sensor compatible with multiple pulse oximetry systems," and issued February 24, 2004.

386.   U.S. Patent No. 6,697,657B1 (Shehada et al.), titled "Method and devices for laser induced fluorescence attenuation spectroscopy (LIFAS)," and issued February 24, 2004.

387.   U.S. Patent No. 6,697,658B2 (Al-Ali), titled "Low power pulse oximeter," and issued February 24, 2004.

388.   U.S. Patent No. 6,699,194B1 (Diab et al.), titled "Signal processing apparatus and method," and issued March 2, 2004.

389.   U.S. Patent Application Publication No. 2004/0054290A1 (Chance), titled "Spectrophotometer for in vivo examination of biological tissue," and published March 18, 2004.

390.   U.S. Patent Application Publication No. 2004/0054291A1 (Schulz et al.), titled "Pulse oximetry ear sensor," and published March 18, 2004.

391.   U.S. Patent No. 6,714,803B1 (Mortz), titled "Pulse oximetry spo2 determination," and issued March 30, 2004.

392.   U.S. Patent No. 6,714,804B2 (Al-Ali et al.), titled "Stereo pulse oximeter," and issued March 30, 2004.

393.   U.S. Reissued Patent No. RE38,476E (Diab et al.), titled "Signal processing apparatus," and issued March 30, 2004.

394.   U.S. Reissued Patent No. RE38,492E (Diab et al.), titled "Signal processing apparatus and method," and issued April 6, 2004.

395.   U.S. Patent No. 6,721,582B2 (Trepagnier et al.), titled "Non-invasive tissue glucose level monitoring," and issued April 13, 2004.

396.   U.S. Patent No. 6,721,585B1 (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued April 13, 2004.

397.   U.S. Patent No. 6,725,075B2 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued April 20, 2004.

398.   U.S. Patent No. 6,728,560B2 (Kollias et al.), titled "Non-invasive tissue glucose level monitoring," and issued April 27, 2004.

399.   U.S. Patent No. 6,735,459B2 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued May 11, 2004.

400.   U.S. Patent No. 6,738,652B2 (Mattu et al.), titled "Classification and screening of test subjects according to optical thickness of skin," and issued May 18, 2004.

401.   U.S. Patent No. 6,745,060B2 (Diab et al.), titled "Signal processing apparatus," and issued June 1, 2004.

402.   U.S. Patent Application Publication No. 2004/0106163A1 (Workman et al.), titled "Non-invasive measurement of analytes," and published June 3, 2004.

403.   U.S. Patent No. 6,748,254B2 (O'Neil et al.), titled "Stacked adhesive optical sensor," and issued June 8, 2004.

404.   U.S. Patent No. 6,751,283B2 (van de Haar), titled "Reconstruction method for tilted-gantry computed tomography," and issued June 15, 2004.

405.   U.S. Patent Application Publication No. 2004/0114783A1 (Spycher et al.), titled "Device for imaging the papillary lines of a finger," and published June 17, 2004.

406.   U.S. Patent No. 6,760,607B2 (Al-Ali), titled "Ribbon cable substrate pulse oximetry sensor," and issued July 6, 2004.

407.   U.S. Patent Application Publication No. 2004/0132197A1 (Zahniser et al.), titled "Cytological imaging system and method," and published July 8, 2004.

408.   U.S. Patent Application Publication No. 2004/0133081A1 (Teller et al.), titled "Method and apparatus for auto journaling of continuous or discrete body states utilizing physiological and/or contextual parameters," and published July 8, 2004.

409.   U.S. Patent Application Publication No. 2004/0138568A1 (Lo et al.), titled "Ultrasonic monitor for measuring heart rate and blood flow rate," and published July 15, 2004.

410.   U.S. Patent No. 6,770,028B1 (Al-Ali et al.), titled "Dual-mode pulse oximeter," and issued August 3, 2004.

411.   U.S. Patent No. 6,771,994B2 (Kiani et al.), titled "Pulse oximeter probe-off detection system," and issued August 3, 2004.

412.   U.S. Patent Application Publication No. 2004/0152957A1 (Stivoric et al.), titled "Apparatus for detecting, receiving, deriving and displaying human physiological and contextual information," and published August 5, 2004.

413.   U.S. Patent No. 6,785,568B2 (Chance), titled "Transcranial examination of the brain," and issued August 31, 2004.

414.   U.S. Patent No. 6,788,965B2 (Ruchti et al.), titled "Intelligent system for detecting errors and determining failure modes in noninvasive measurement of blood and tissue analytes," and issued September 7, 2004.

415.   U.S. Patent No. 6,792,300B1 (Diab et al.), titled "Low-noise optical probes for reducing light piping," and issued September 14, 2004.

416.   U.S. Patent No. 6,801,799B2 (Mendelson), titled "Pulse oximeter and method of operation," and issued October 5, 2004.

417.   U.S. Patent No. 6,811,535B2 (Palti et al.), titled "Device for monitoring a vital sign," and issued November 2, 2004.

418.   U.S. Patent No. 6,813,511B2 (Diab et al.), titled "Low-noise optical probes for reducing ambient noise," and issued November 2, 2004.

419.   U.S. Patent Application Publication No. 2004/0220738A1 (Nissila), titled "Portable personal data processing device," and published November 4, 2004.

420.   U.S. Patent No. 6,816,010B2 (Seetharaman et al.), titled "Transimpedance amplifier," and issued November 9, 2004.

421.   U.S. Patent No. 6,816,241B2 (Grubisic), titled "LED light source-based instrument for non-invasive blood analyte determination," and issued November 9, 2004.

422.   U.S. Patent No. 6,816,741B2 (Diab et al.), titled "Plethysmograph pulse recognition processor," and issued November 9, 2004.

423.   U.S. Patent No. 6,822,564B2 (Al-Ali), titled "Parallel measurement alarm processor," and issued November 23, 2004.

424.   U.S. Patent No. 6,826,419B2 (Diab et al.), titled "Signal processing apparatus and method," and issued November 30, 2004.

425.   U.S. Patent No. 6,830,711B2 (Mills et al.), titled "Mold tool for an optoelectronic element," and issued December 14, 2004.

426.   U.S. Patent No. 6,831,266B2 (Paritsky et al.), titled "Optical transducers of high sensitivity," and issued December 14, 2004.

427.   U.S. Patent Application Publication No. 2005/0020927A1 (Blondeau et al.), titled "Portable instrument provided with an optical device for measuring a physiological quantity and means for transmitting and/or receiving data," and published January 27, 2005.

428.   U.S. Patent No. 6,850,787B2 (Weber et al.), titled "Signal component processor," and issued February 1, 2005.

429.   U.S. Patent No. 6,850,788B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued February 1, 2005.

430.   U.S. Patent No. 6,852,083B2 (Caro et al.), titled "System and method of determining whether to recalibrate a blood pressure monitor," and issued February 8, 2005.

431.   U.S. Patent No. 6,853,304B2 (Reisman et al.), titled "Monitoring device," and issued February 8, 2005.

432.  U.S. Patent No. 6,861,639B2 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued March 1, 2005.

433.  U.S. Design Patent No. D502,655S (Huang), titled "Electrochemical sensor apparatus," and issued March 8, 2005.

434.  U.S. Patent Application Publication No. 2005/0054940A1 (Almen), titled "Apparatus and method for monitoring heart rate variability," and published March 10, 2005.

435.  U.S. Patent Application Publication No. 2005/0055276A1 (Kiani et al.), titled "Sensor incentive method," and published March 10, 2005.

436.  U.S. Patent No. 6,871,089B2 (Korzinov et al.), titled "Portable ECG monitor and method for atrial fibrillation detection," and issued March 22, 2005.

437.  U.S. Patent No. 6,876,931B2 (Lorenz et al.), titled "Automatic process for sample selection during multivariate calibration," and issued April 5, 2005.

438.  U.S. Patent Application Publication No. 2005/0075548A1 (Al-Ali et al.), titled "Multipurpose sensor port," and published April 7, 2005.

439.  U.S. Patent Application Publication No. 2005/0075553A1 (Sakai et al.), titled "Portable biological information monitor apparatus and information management apparatus," and published April 7, 2005.

440.  U.S. Patent No. 6,882,872B2 (Uchida et al.), titled "Biological information detecting probe, biological information measuring apparatus, fabrication method for biological information detecting probe, and method of measuring biological information," and issued April 19, 2005.

441.  U.S. Patent No. 6,897,788B2 (Khair et al.), titled "Wireless system protocol for telemetry monitoring," and issued May 24, 2005.

442.  U.S. Patent No. 6,898,452B2 (Al-Ali et al.), titled "Stereo pulse oximeter," and issued May 24, 2005.

443.  U.S. Patent Application Publication No. 2005/0116820A1 (Goldreich), titled "Method and device for measuring physiological parameters at the wrist," and published June 2, 2005.

444.  U.S. Patent No. 6,912,413B2 (Rantala et al.), titled "Pulse oximeter," and issued June 28, 2005.

PUBLIC VERSION

445.    U.S. Patent No. 6,920,345B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued July 19, 2005.

446.    U.S. Patent No. 6,931,268B1 (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued August 16, 2005.

447.    U.S. Patent No. 6,934,570B2 (Kiani et al.), titled "Physiological sensor combination," and issued August 23, 2005.

448.    U.S. Design Patent No. D508,862S (Behar et al.), titled "Hand-held electronic device," and issued August 30, 2005.

449.    U.S. Patent Application Publication No. 2005/0192490A1 (Yamamoto et al.), titled "Living body light measurement system and signal processing method," and published September 1, 2005.

450.    U.S. Patent No. 6,939,305B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued September 6, 2005.

451.    U.S. Patent Application Publication No. 2005/0197555A1 (Mouradian et al.), titled "Methods and devices for non-invasively measuring quantitative information of substances in living organisms," and published September 8, 2005.

452.    U.S. Patent No. 6,943,348B1 (Coffin, IV), titled "System for detecting injection holding material," and issued September 13, 2005.

453.    U.S. Patent No. 6,950,687B2 (Al-Ali), titled "Isolation and communication element for a resposable pulse oximetry sensor," and issued September 27, 2005.

454.    U.S. Design Patent No. D510,625S (Widener et al.), titled "Portable oncologic external dosimeter reader," and issued October 11, 2005.

455.    U.S. Patent No. 6,956,649B2 (Acosta et al.), titled "Spectroscopic system and method using a ceramic optical reference," and issued October 18, 2005.

456.    U.S. Patent Application Publication No. 2005/0234317A1 (Kiani), titled "Low power and personal pulse oximetry systems," and published October 20, 2005.

457.    U.S. Patent No. 6,961,598B2 (Diab), titled "Pulse and active pulse spectraphotometry," and issued November 1, 2005.

458.    U.S. Patent No. 6,970,792B1 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued November 29, 2005.

459.    U.S. Patent Application Publication No. 2005/0276164A1 (Amron), titled "Watch adapted to rotate a displayed image so as to appear in a substantially constant upright orientation," and published December 15, 2005.

460.    U.S. Patent No. 6,979,812B2 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued December 27, 2005.

461.    U.S. Patent Application Publication No. 2005/0288592A1 (Yamamoto), titled "Light measurement system for living body," and published December 29, 2005.

462.    U.S. Patent No. 6,985,764B2 (Mason et al.), titled "Flex circuit shielded optical sensor," and issued January 10, 2006.

463.    U.S. Patent Application Publication No. 2006/0005944A1 (Wang et al.), titled "Thermoelectric heat dissipation device and method for fabricating the same," and published January 12, 2006.

464.    U.S. Patent Application Publication No. 2006/0009607A1 (Lutz et al.), titled "Polyurea coatings for golf equipment," and published January 12, 2006.

465.    U.S. Patent Application Publication No. 2006/0009688A1 (Lamego et al.), titled "Multi-wavelength physiological monitor," and published January 12, 2006.

466.    U.S. Patent No. 6,990,364B2 (Ruchti et al.), titled "Noninvasive measurement of glucose through the optical properties of tissue," and issued January 24, 2006.

467.    U.S. Patent Application Publication No. 2006/0020180A1 (Al-Ali), titled "Isolation and communication element for a resposable pulse oximetry sensor," and published January 26, 2006.

468.    U.S. Patent No. 6,993,371B2 (Kiani et al.), titled "Pulse oximetry sensor adaptor," and issued January 31, 2006.

469.    U.S. Patent Application Publication No. 2006/0025659A1 (Kiguchi et al.), titled "Optical measuring device for substances in vivo," and published February 2, 2006.

470.  U.S. Design Patent No. D514,461S (Harju), titled "Combination of a sensor and an upper and a lower part of a fastening device," and issued February 7, 2006.

471.  U.S. Patent No. 6,995,400B2 (Mizuyoshi), titled "Light emitting device and manufacturing method thereof," and issued February 7, 2006.

472.  U.S. Patent No. 6,996,427B2 (Al-Ali et al.), titled "Pulse oximetry data confidence indicator," and issued February 7, 2006.

473.  U.S. Patent No. 6,997,879B1 (Turcott), titled "Methods and devices for reduction of motion-induced noise in optical vascular plethysmography," and issued February 14, 2006.

474.  U.S. Patent No. 6,998,247B2 (Monfre et al.), titled "Method and apparatus using alternative site glucose determinations to calibrate and maintain noninvasive and implantable analyzers," and issued February 14, 2006.

475.  U.S. Patent No. 6,999,685B1 (Kawase et al.), titled "Polarized light communication device, transmitter, laser, polarized light communication device for physiological use, reflected light detector and pulse wave detecting device," and issued February 14, 2006.

476.  U.S. Patent No. 6,999,904B2 (Weber et al.), titled "Variable indication estimator," and issued February 14, 2006.

477.  U.S. Patent No. 7,003,338B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals," and issued February 21, 2006.

478.  U.S. Patent No. 7,003,339B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued February 21, 2006.

479.  U.S. Patent Application Publication No. 2006/0041198A1 (Kondoh et al.), titled "Biological information arithmetic apparatus, biological information arithmetic method, computer-executable program, and recording medium," and published February 23, 2006.

480.  U.S. Patent No. 7,015,451B2 (Dalke et al.), titled "Power supply rail controller," and issued March 21, 2006.

481.  U.S. Patent No. 7,024,233B2 (Al-Ali et al.), titled "Pulse oximetry data confidence indicator," and issued April 4, 2006.

482.  U.S. Patent Application Publication No. 2006/0073719A1 (Kiani), titled "Multiple key position plug," and published April 6, 2006.

483.    U.S. Patent No. 7,026,619B2 (Cranford), titled "Detector with coated lens assembly," and issued April 11, 2006.

484.    U.S. Patent No. 7,027,849B2 (Al-Ali), titled "Blood parameter measurement system," and issued April 11, 2006.

485.    U.S. Patent No. 7,030,749B2 (Al-Ali), titled "Parallel measurement alarm processor," and issued April 18, 2006.

486.    U.S. Patent No. 7,031,728B2 (Beyer, Jr.), titled "Cellular phone/PDA communication system," and issued April 18, 2006.

487.    U.S. Patent Application Publication No. 2006/0089557A1 (Grajales et al.), titled "Method and apparatus to facilitate heart rate detection," and published April 27, 2006.

488.    U.S. Patent No. 7,039,449B2 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued May 2, 2006.

489.    U.S. Patent No. 7,041,060B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued May 9, 2006.

490.    U.S. Patent No. 7,044,918B2 (Diab), titled "Plethysmograph pulse recognition processor," and issued May 16, 2006.

491.    U.S. Patent No. 7,046,347B1 (Amend et al.), titled "Instrument with colorimeter and sensor inputs for interfacing with a computer," and issued May 16, 2006.

492.    U.S. Patent No. 7,047,054B2 (Benni), titled "Laser diode optical transducer assembly for non-invasive spectrophotometric blood oxygenation monitoring," and issued May 16, 2006.

493.    U.S. Patent No. 7,048,687B1 (Reuss et al.), titled "Limited use medical probe," and issued May 23, 2006.

494.    U.S. Patent No. 7,060,963B2 (Maegawa et al.), titled "Organism information measuring device and organism information measuring method," and issued June 13, 2006.

495.    U.S. Patent No. 7,061,595B2 (Cabuz et al.), titled "Miniaturized flow controller with closed loop regulation," and issued June 13, 2006.

496.    U.S. Patent No. 7,062,307B2 (Norris et al.), titled "Oversampling pulse oximeter," and issued June 13, 2006.

497.   U.S. Patent No. 7,067,893B2 (Mills et al.), titled "Optoelectronic element with a non-protruding lens," and issued June 27, 2006.

498.   U.S. Patent Application Publication No. 2006/0161054A1 (Reuss et al.), titled "Limited use medical probe," and published July 20, 2006.

499.   U.S. Patent No. 7,088,040B1 (Ducharme et al.), titled "Light source using emitting particles to provide visible light," and issued August 8, 2006.

500.   U.S. Design Patent No. D526,719S (Richie, Jr. et al.), titled "Noninvasive glucose analyzer," and issued August 15, 2006.

501.   U.S. Patent No. 7,092,735B2 (Osann, Jr.), titled "Video-voicemail solution for wireless communication devices," and issued August 15, 2006.

502.   U.S. Patent No. 7,092,757B2 (Larson et al.), titled "Minute ventilation sensor with dynamically adjusted excitation current," and issued August 15, 2006.

503.   U.S. Patent Application Publication No. 2006/0182659A1 (Unlu et al.), titled "Resonant cavity biosensor," and published August 17, 2006.

504.   U.S. Patent No. 7,096,052B2 (Mason et al.), titled "Optical probe including predetermined emission wavelength based on patient type," and issued August 22, 2006.

505.   U.S. Patent No. 7,096,054B2 (Abdul-Hafiz et al.), titled "Low noise optical housing," and issued August 22, 2006.

506.   U.S. Patent Application Publication No. 2006/0189871A1 (Al-Ali et al.), titled "Portable patient monitor," and published August 24, 2006.

507.   U.S. Patent No. 7,107,706B1 (Bailey, Sr.  et al.), titled "Ergonomic systems and methods providing intelligent adaptive surfaces and temperature control," and issued September 19, 2006.

508.   U.S. Patent No. 7,109,490B2 (Fuchs et al.), titled "Method and medical device designed for implementing this method," and issued September 19, 2006.

509.   U.S. Patent No. 7,113,815B2 (O'Neil et al.), titled "Stacked adhesive optical sensor," and issued September 26, 2006.

510.   U.S. Patent Application Publication No. 2006/0217608A1 (Fein et al.), titled "Oximeter sensor with digital memory encoding sensor data," and published September 28, 2006.

511.    U.S. Design Patent No. D529,616S (Deros et al.), titled "Noninvasive glucose analyzer," and issued October 3, 2006.

512.    U.S. Patent Application Publication No. 2006/0226992A1 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and published October 12, 2006.

513.    U.S. Patent No. 7,130,672B2 (Pewzner et al.), titled "Apparatus and method for monitoring tissue vitality parameters," and issued October 31, 2006.

514.    U.S. Patent Application Publication No. 2006/0247531A1 (Pogue et al.), titled "System and method for spectral-encoded high-rate hemodynamic tomography," and published November 2, 2006.

515.    U.S. Patent No. 7,132,641B2 (Schulz et al.), titled "Shielded optical probe having an electrical connector," and issued November 7, 2006.

516.    U.S. Patent No. 7,133,710B2 (Acosta et al.), titled "Compact apparatus for noninvasive measurement of glucose through near-infrared spectroscopy," and issued November 7, 2006.

517.    U.S. Patent Application Publication No. 2006/0253010A1 (Brady et al.), titled "Monitoring device, method and system," and published November 9, 2006.

518.    U.S. Patent Application Publication No. 2006/0258928A1 (Ortner et al.), titled "Patient interface for spectroscopy applications," and published November 16, 2006.

519.    U.S. Patent No. 7,142,901B2 (Kiani et al.), titled "Parameter compensated physiological monitor," and issued November 28, 2006.

520.    U.S. Patent Application Publication No. 2006/0270919A1 (Brenner), titled "Biomarkers sensing," and published November 30, 2006.

521.    U.S. Patent No. 7,149,561B2 (Diab), titled "Optical spectroscopy pathlength measurement system," and issued December 12, 2006.

522.    U.S. Design Patent No. D535,031S (Barrett et al.), titled "Vital signs monitor," and issued January 9, 2007.

523.    U.S. Patent Application Publication No. 2007/0038049A1 (Huang), titled "System for adjusting power employed by a medical device," and published February 15, 2007.

524.     U.S. Design Patent No. D537,164S (Shigemori et al.), titled "Viewer," and issued February 20, 2007.

525.     U.S. Patent No. 7,186,966B2 (Al-Ali), titled "Amount of use tracking device and method for medical product," and issued March 6, 2007.

526.     U.S. Patent Application Publication No. 2007/0055119A1 (Lash et al.), titled "Optical probe for optical imaging system," and published March 8, 2007.

527.     U.S. Patent No. 7,190,261B2 (Al-Ali), titled "Arrhythmia alarm processor," and issued March 13, 2007.

528.     U.S. Patent Application Publication No. 2007/0073116A1 (Kiani et al.), titled "Patient identification using physiological sensor," and published March 29, 2007.

529.     U.S. Patent Application Publication No. 2007/0073117A1 (Raridan), titled "Medical sensor and technique for using the same," and published March 29, 2007.

530.     U.S. Patent Application Publication No. 2007/0093786A1 (Goldsmith et al.), titled "Watch controller for a medical device," and published April 26, 2007.

531.     U.S. Patent Application Publication No. 2007/0100222A1 (Mastrototaro et al.), titled "Analyte sensing apparatus for hospital use," and published May 3, 2007.

532.     U.S. Patent No. 7,215,984B2 (Diab et al.), titled "Signal processing apparatus," and issued May 8, 2007.

533.     U.S. Patent No. 7,215,986B2 (Diab et al.), titled "Signal processing apparatus," and issued May 8, 2007.

534.     U.S. Patent Application Publication No. 2007/0106172A1 (Abreu), titled "Apparatus and method for measuring biologic parameters," and published May 10, 2007.

535.     U.S. Patent No. 7,220,254B2 (Altshuler et al.), titled "Dermatological treatment with visualization," and issued May 22, 2007.

536.     U.S. Patent No. 7,221,971B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 22, 2007.

537.    U.S. Patent No. 7,225,006B2 (Al-Ali et al.), titled "Attachment and optical probe," and issued May 29, 2007.

538.    U.S. Patent No. 7,225,007B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued May 29, 2007.

539.    U.S. Patent No. 7,227,156B2 (Colvin et al.), titled "System and method for attenuating the effect of ambient light on an optical sensor," and issued June 5, 2007.

540.    U.S. Patent No. 7,228,166B1 (Kawasaki et al.), titled "Biological light measuring instrument," and issued June 5, 2007.

541.    U.S. Reissued Patent No. RE39,672E (Shehada et al.), titled "Method and devices for laser induced fluorescence attenuation spectroscopy," and issued June 5, 2007.

542.    U.S. Patent No. 7,230,227B2 (Wilcken et al.), titled "Lenslet/detector array assembly for high data rate optical communications," and issued June 12, 2007.

543.    U.S. Patent Application Publication No. 2007/0145255A1 (Nishikawa et al.), titled "Lens-equipped light-emitting diode device and method of manufacturing the same," and published June 28, 2007.

544.    U.S. Patent Application Publication No. 2007/0149864A1 (Laakkonen), titled "Monitoring device for multiple tissue sites," and published June 28, 2007.

545.    U.S. Patent No. 7,239,905B2 (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued July 3, 2007.

546.    U.S. Patent No. 7,245,953B1 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatii," and issued July 17, 2007.

547.    U.S. Design Patent No. D547,454S (Hsieh), titled "Transcutaneous nerve stimulator," and issued July 24, 2007.

548.    U.S. Patent No. 7,251,513B2 (Kondoh et al.), titled "Method of measuring biological information using light and apparatus of measuring biological information using light," and issued July 31, 2007.

549.    U.S. Patent Application Publication No. 2007/0180140A1 (Welch et al.), titled "Physiological alarm notification system," and published August 2, 2007.

550. U.S. Patent No. 7,252,639B2 (Kimura et al.), titled "Method and apparatus for measuring biological condition," and issued August 7, 2007.

551. U.S. Patent No. 7,254,429B2 (Schurman et al.), titled "Method and apparatus for monitoring glucose levels in a biological tissue," and issued August 7, 2007.

552. U.S. Patent No. 7,254,431B2 (Al-Ali et al.), titled "Physiological parameter tracking system," and issued August 7, 2007.

553. U.S. Patent No. 7,254,433B2 (Diab et al.), titled "Signal processing apparatus," and issued August 7, 2007.

554. U.S. Patent No. 7,254,434B2 (Schulz et al.), titled "Variable pressure reusable sensor," and issued August 7, 2007.

555. U.S. Patent Application Publication No. 2007/0191691A1 (Polanco), titled "Identification of guilty knowledge and malicious intent," and published August 16, 2007.

556. U.S. Patent Application Publication No. 2007/0197886A1 (Naganuma et al.), titled "Constituent concentration measuring apparatus and constituent concentration measuring apparatus controlling method," and published August 23, 2007.

557. U.S. Patent Application Publication No. 2007/0208395 (Laclerc et al.), titled "Phototherapy Device and Method of Providing Phototherapy to a Body Surface," and published September 6, 2007.

558. U.S. Design Patent No. D549,830S (Behar et al.), titled "Hand-held electronic device," and issued August 28, 2007.

559. U.S. Design Patent No. D550,364S (Glover et al.), titled "Handheld medical information terminal," and issued September 4, 2007.

560. U.S. Design Patent No. D551,350S (Lorimer et al.), titled "Medical instrument," and issued September 18, 2007.

561. U.S. Patent No. 7,272,425B2 (Al-Ali), titled "Pulse oximetry sensor including stored sensor data," and issued September 18, 2007.

562. U.S. Patent No. 7,274,955B2 (Kiani et al.), titled "Parameter compensated pulse oximeter," and issued September 25, 2007.

563. U.S. Patent No. 7,280,858B2 (Al-Ali et al.), titled "Pulse oximetry sensor," and issued October 9, 2007.

564.     U.S. Patent Application Publication No. 2007/0238955A1 (Tearney et al.), titled "Systems and methods for generating data using one or more endoscopic microscopy techniques," and published October 11, 2007.

565.     U.S. Design Patent No. D553,248S (Nguyen), titled "Kick counting device," and issued October 16, 2007.

566.     U.S. Patent Application Publication No. 2007/0244377A1 (Cozad et al.), titled "Pulse oximeter sleeve," and published October 18, 2007.

567.     U.S. Patent Application Publication No. 2007/0249916A1 (Pesach et al.), titled "Wearable glucometer," and published October 25, 2007.

568.     U.S. Design Patent No. D554,263S (Al-Ali et al.), titled "Portable patient monitor," and issued October 30, 2007.

569.     U.S. Patent No. 7,289,835B2 (Mansfield et al.), titled "Multivariate analysis of green to ultraviolet spectra of cell and tissue samples," and issued October 30, 2007.

570.     U.S. Patent No. 7,292,883B2 (De Felice et al.), titled "Physiological assessment system," and issued November 6, 2007.

571.     U.S. Patent Application Publication No. 2007/0260130A1 (Chin), titled "Medical sensor and technique for using the same," and published November 8, 2007.

572.     U.S. Patent No. 7,295,866B2 (Al-Ali), titled "Low power pulse oximeter," and issued November 13, 2007.

573.     U.S. Patent Application Publication No. 2007/0282178A1 (Scholler et al.), titled "Method and device for the identification of at least one substance of content of a body fluid," and published December 6, 2007.

574.     U.S. Patent Application Publication No. 2007/0293792A1 (Sliwa et al.), titled "Prostate BPH and tumor detector also useable on other tissues," and published December 20, 2007.

575.     U.S. Patent Application Publication No. 2008/0004513A1 (Walker et al.), titled "Vcsel tissue spectrometer," and published January 3, 2008.

576.     U.S. Patent Application Publication No. 2008/0015424A1 (Bernreuter), titled "Tissue Oximetry Apparatus and Method," and published January 17, 2008.

577.     U.S. Patent No. 7,328,053B1 (Diab et al.), titled "Signal processing apparatus," and issued February 5, 2008.

578.  U.S. Patent Application Publication No. 2008/0031497A1 (Kishigami et al.), titled "Imaging device and biometrics authentication apparatus," and published February 7, 2008.

579.  U.S. Patent No. 7,332,784B2 (Mills et al.), titled "Method of providing an optoelectronic element with a non-protruding lens," and issued February 19, 2008.

580.  U.S. Design Patent No. D562,985S (Brefka et al.), titled "Medical device with cable," and issued February 26, 2008.

581.  U.S. Patent No. 7,340,287B2 (Mason et al.), titled "Flex circuit shielded optical sensor," and issued March 4, 2008.

582.  U.S. Patent No. 7,341,559B2 (Schulz et al.), titled "Pulse oximetry ear sensor," and issued March 11, 2008.

583.  U.S. Patent No. 7,343,186B2 (Lamego et al.), titled "Multi-wavelength physiological monitor," and issued March 11, 2008.

584.  U.S. Patent Application Publication No. 2008/0064965A1 (Jay et al.), titled "Devices and methods for measuring pulsus paradoxus," and published March 13, 2008.

585.  U.S. Patent Application Publication No. 2008/0076980A1 (Hoarau), titled "Medical sensor for reducing signal artifacts and technique for using the same," and published March 27, 2008.

586.  U.S. Patent Application Publication No. 2008/0076993A1 (Ostrowski), titled "Medical sensor and technique for using the same," and published March 27, 2008.

587.  U.S. Patent Application Publication No. 2008/0081966A1 (Debreczeny et al.), titled "Symmetric LED array for pulse oximetry," and published April 3, 2008.

588.  U.S. Design Patent No. D566,282S (Al-Ali et al.), titled "Stand for a portable patient monitor," and issued April 8, 2008.

589.  U.S. Patent No. 7,355,512B1 (Al-Ali), titled "Parallel alarm processor," and issued April 8, 2008.

590.  U.S. Patent No. 7,356,365B2 (Schurman), titled "Method and apparatus for tissue oximetry," and issued April 8, 2008.

591.  U.S. Design Patent No. D567,125S (Okabe et al.), titled "Stress meter," and issued April 22, 2008.

592.  U.S. Patent Application Publication No. 2008/0094228A1 (Welch et al.), titled "Patient monitor using radio frequency identification tags," and published April 24, 2008.

593.  U.S. Patent Application Publication No. 2008/0097172A1 (Sawada et al.), titled "Sensor Unit and Biosensor," and published April 24, 2008.

594.  U.S. Patent No. 7,365,923B2 (Hargis et al.), titled "Heat sink tab for optical sub-assembly," and issued April 29, 2008.

595.  U.S. Design Patent No. D569,001S (Omaki), titled "Blood pressure monitor," and issued May 13, 2008.

596.  U.S. Patent No. 7,371,981B2 (Abdul-Hafiz), titled "Connector switch," and issued May 13, 2008.

597.  U.S. Patent No. 7,373,193B2 (Al-Ali et al.), titled "Pulse oximetry data capture system," and issued May 13, 2008.

598.  U.S. Patent No. 7,373,194B2 (Weber et al.), titled "Signal component processor," and issued May 13, 2008.

599.  U.S. Design Patent No. D569,521S (Omaki), titled "Blood pressure monitor," and issued May 20, 2008.

600.  U.S. Patent No. 7,376,453B1 (Diab et al.), titled "Signal processing apparatus," and issued May 20, 2008.

601.  U.S. Patent No. 7,377,794B2 (Al-Ali et al.), titled "Multiple wavelength sensor interconnect," and issued May 27, 2008.

602.  U.S. Patent No. 7,377,899B2 (Weber et al.), titled "Sine saturation transform," and issued May 27, 2008.

603.  U.S. Patent Application Publication No. 2008/0122796A1 (Jobs et al.), titled "Touch Screen Device, Method, and Graphical User Interface for Determining Commands by Applying Heuristics," and published May 29, 2008.

604.  U.S. Patent No. 7,383,070B2 (Diab et al.), titled "Signal processing apparatus," and issued June 3, 2008.

605.  U.S. Patent Application Publication No. 2008/0130232A1 (Yamamoto et al.), titled "Heat sink," and published June 5, 2008.

606. U.S. Patent Application Publication No. 2008/0139908A1 (Kurth), titled "Multi-Wavelength Spatial Domain Near Infrared Oximeter to Detect Cerebral Hypoxia-Ischemia," and published June 12, 2008.

607. U.S. Patent No. 7,395,158B2 (Monfre et al.), titled "Method of screening for disorders of glucose metabolism," and issued July 1, 2008.

608. U.S. Patent No. 7,395,189B2 (Qing et al.), titled "Method and apparatus for switching among elements of a structural health monitoring system," and issued July 1, 2008.

609. U.S. Patent Application Publication No. 2008/0190436A1 (Jaffe et al.), titled "Nasal and oral patient interface," and published August 14, 2008.

610. U.S. Patent Application Publication No. 2008/0194932A1 (Ayers et al.), titled "Small animal pulse oximeter user interface," and published August 14, 2008.

611. U.S. Patent No. 7,415,297B2 (Al-Ali et al.), titled "Physiological parameter system," and issued August 19, 2008.

612. U.S. Patent Application Publication No. 2008/0221418A1 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and published September 11, 2008.

613. U.S. Patent Application Publication No. 2008/0221426A1 (Baker et al.), titled "Methods and apparatus for detecting misapplied optical sensors," and published September 11, 2008.

614. U.S. Patent Application Publication No. 2008/0221463A1 (Baker), titled "System and method for venous pulsation detection using near infrared wavelengths," and published September 11, 2008.

615. U.S. Patent No. 7,428,432B2 (Al-Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and issued September 23, 2008.

616. U.S. Patent Application Publication No. 2008/0242958A1 (Al-Ali et al.), titled "Multiple wavelength optical sensor," and published October 2, 2008.

617. U.S. Patent No. 7,438,683B2 (Al-Ali et al.), titled "Application identification sensor," and issued October 21, 2008.

618. U.S. Patent No. 7,440,787B2 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued October 21, 2008.

619. U.S. Patent Application Publication No. 2008/0262325A1 (Lamego), titled "Tissue profile wellness monitor," and published October 23, 2008.

620. U.S. Patent No. 7,454,240B2 (Diab et al.), titled "Signal processing apparatus," and issued November 18, 2008.

621. U.S. Patent No. 7,467,002B2 (Weber et al.), titled "Sine saturation transform," and issued December 16, 2008.

622. U.S. Patent No. 7,469,157B2 (Diab et al.), titled "Signal processing apparatus," and issued December 23, 2008.

623. U.S. Patent Application Publication No. 2008/0319290A1 (Mao et al.), titled "Tissue retractor oximeter," and published December 25, 2008.

624. U.S. Patent No. 7,471,969B2 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued December 30, 2008.

625. U.S. Patent No. 7,471,971B2 (Diab et al.), titled "Signal processing apparatus and method," and issued December 30, 2008.

626. U.S. Patent Application Publication No. 2009/0024013A1 (Soller), titled "Physical Performance Monitoring and Monitors," and published January 22, 2009.

627. U.S. Patent No. 7,483,729B2 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and issued January 27, 2009.

628. U.S. Patent No. 7,483,730B2 (Diab et al.), titled "Low-noise optical probes for reducing ambient noise," and issued January 27, 2009.

629. U.S. Patent Application Publication No. 2009/0030327A1 (Chance), titled "Optical coupler for in vivo examination of biological tissue," and published January 29, 2009.

630. U.S. Patent Application Publication No. 2009/0036759A1 (Ault et al.), titled "Collapsible noninvasive analyzer method and apparatus," and published February 5, 2009.

631. U.S. Patent No. 7,489,958B2 (Diab et al.), titled "Signal processing apparatus and method," and issued February 10, 2009.

632. U.S. Patent Application Publication No. 2009/0043180A1 (Tschautscher et al.), titled "Sensor and system providing physiologic data and biometric identification," and published February 12, 2009.

633. U.S. Patent No. 7,496,391B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued February 24, 2009.

634. U.S. Patent No. 7,496,393B2 (Diab et al.), titled "Signal processing apparatus," and issued February 24, 2009.

635. U.S. Design Patent No. D587,657S (Al-Ali et al.), titled "Connector assembly," and issued March 3, 2009.

636. U.S. Patent No. 7,499,741B2 (Diab et al.), titled "Signal processing apparatus and method," and issued March 3, 2009.

637. U.S. Patent No. 7,499,835B2 (Weber et al.), titled "Variable indication estimator," and issued March 3, 2009.

638. U.S. Patent No. 7,500,950B2 (Al-Ali et al.), titled "Multipurpose sensor port," and issued March 10, 2009.

639. U.S. Patent No. 7,509,153B2 (Blank et al.), titled "Method and apparatus for control of skin perfusion for indirect glucose measurement," and issued March 24, 2009.

640. U.S. Patent No. 7,509,154B2 (Diab et al.), titled "Signal processing apparatus," and issued March 24, 2009.

641. U.S. Patent No. 7,509,494B2 (Al-Ali), titled "Interface cable," and issued March 24, 2009.

642. U.S. Patent No. 7,510,849B2 (Schurman et al.), titled "OCT based method for diagnosis and therapy," and issued March 31, 2009.

643. U.S. Patent No. 7,514,725B2 (Wojtczuk et al.), titled "Nanophotovoltaic devices," and issued April 7, 2009.

644. U.S. Patent Application Publication No. 2009/0093687A1 (Telfort et al.), titled "Systems and methods for determining a physiological condition using an acoustic monitor," and published April 9, 2009.

645. U.S. Patent No. 7,519,327B2 (White), titled "Athletic monitoring system and method," and issued April 14, 2009.

646. U.S. Patent No. 7,519,406B2 (Blank et al.), titled "Noninvasive analyzer sample probe interface method and apparatus," and issued April 14, 2009.

647. U.S. Patent Application Publication No. 2009/0095926A1 (MacNeish), titled "Physiological parameter detector," and published April 16, 2009.

648.     U.S. Patent No. 7,526,328B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued April 28, 2009.

649.     U.S. Patent No. 7,530,942B1 (Diab), titled "Remote sensing infant warmer," and issued May 12, 2009.

650.     U.S. Patent No. 7,530,949B2 (Al-Ali et al.), titled "Dual-mode pulse oximeter," and issued May 12, 2009.

651.     U.S. Patent No. 7,530,955B2 (Diab et al.), titled "Signal processing apparatus," and issued May 12, 2009.

652.     U.S. Design Patent No. D592,507S (Wachman et al.), titled "Top for medicine container," and issued May 19, 2009.

653.     U.S. Patent Application Publication No. 2009/0129102A1 (Xiao et al.), titled "Led lamp with a heat sink," and published May 21, 2009.

654.     U.S. Patent Application Publication No. 2009/0156918A1 (Davis et al.), titled "Implantable optical sensor and method for use," and published June 18, 2009.

655.     U.S. Patent Application Publication No. 2009/0163775A1 (Barrett et al.), titled "Physiological sensor," and published June 25, 2009.

656.     U.S. Patent Application Publication No. 2009/0163783A1 (Mannheimer et al.), titled "Medical sensor and technique for using the same," and published June 25, 2009.

657.     U.S. Patent Application Publication No. 2009/0163787A1 (Mannheimer et al.), titled "Medical sensor and technique for using the same," and published June 25, 2009.

658.     U.S. Patent No. 7,558,622B2 (Tran), titled "Mesh network stroke monitoring appliance," and issued July 7, 2009.

659.     U.S. Patent Application Publication No. 2009/0177097A1 (Ma et al.), titled "Exercise device, sensor and method of determining body parameters during exercise," and published July 9, 2009.

660.     U.S. Patent No. 7,563,110B2 (Al-Ali et al.), titled "Multiple wavelength sensor interconnect," and issued July 21, 2009.

661.     U.S. Patent Application Publication No. 2009/0187085A1 (Pav), titled "System and method for estimating physiological parameters by deconvolving artifacts," and published July 23, 2009.

662.   U.S. Patent Application Publication No. 2009/0234206A1 (Gaspard et al.), titled "Medical device for diagnosing pressure ulcers," and published September 17, 2009.

663.   U.S. Patent No. 7,593,230B2 (Abul-Haj et al.), titled "Apparatus for absorbing and dissipating excess heat generated by a system," and issued September 22, 2009.

664.   U.S. Patent No. 7,596,398B2 (Al-Ali et al.), titled "Multiple wavelength sensor attachment," and issued September 29, 2009.

665.   U.S. Patent Application Publication No. 2009/0247885A1 (Suzuki et al.), titled "Pulse wave measuring apparatus and autonomic nervous analysis system having the same," and published October 1, 2009.

666.   U.S. Patent Application Publication No. 2009/0247984A1 (Lamego et al.), titled "Use of microneedles for small molecule metabolite reporter delivery," and published October 1, 2009.

667.   U.S. Patent No. 7,601,123B2 (Tweed et al.), titled "Non-invasive blood pressure monitoring device and methods," and issued October 13, 2009.

668.   U.S. Patent Application Publication No. 2009/0259114A1 (Johnson et al.), titled "Non-invasive optical sensor," and published October 15, 2009.

669.   U.S. Patent No. 7,606,606B2 (Laakkonen), titled "Patient monitoring device with multiple sensors," and issued October 20, 2009.

670.   U.S. Patent No. 7,606,608B2 (Blank et al.), titled "Optical sampling interface system for in-vivo measurement of tissue," and issued October 20, 2009.

671.   U.S. Patent Application Publication No. 2009/0270699A1 (Scholler et al.), titled "Device for Determining Physiological Variables," and published October 29, 2009.

672.   U.S. Patent No. 7,613,490B2 (Sarussi et al.), titled "Physiological stress detector device and system," and issued November 3, 2009.

673.   U.S. Patent Application Publication No. 2009/0275813A1 (Davis), titled "External ear-placed non-invasive physiological sensor," and published November 5, 2009.

674.   U.S. Patent Application Publication No. 2009/0275844A1 (Al-Ali), titled "Monitor configuration system," and published November 5, 2009.

675.    U.S. Design Patent No. D603,966S (Jones et al.), titled "Pulse oximeter with integrated sensor," and issued November 10, 2009.

676.    U.S. Patent No. 7,618,375B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued November 17, 2009.

677.    U.S. Patent No. 7,620,674B2 (Ruchti et al.), titled "Method and apparatus for enhanced estimation of an analyte property through multiple region transformation," and issued November 17, 2009.

678.    U.S. Patent No. 7,629,039B2 (Eckerbom et al.), titled "Air gas analyzer window and a method for producing such a window," and issued December 8, 2009.

679.    U.S. Patent Application Publication No. 2009/0306487A1 (Crowe et al.), titled "Photoplethysmography," and published December 10, 2009.

680.    U.S. Design Patent No. D606,659S (Kiani et al.), titled "Patient monitor," and issued December 22, 2009.

681.    U.S. Patent No. 7,640,140B2 (Ruchti et al.), titled "Method of processing noninvasive spectra," and issued December 29, 2009.

682.    U.S. Patent Application Publication No. 2009/0326346A1 (Kracker et al.), titled "Optical perfusion sensor detector," and published December 31, 2009.

683.    U.S. Patent Application Publication No. 2010/0004518A1 (Vo et al.), titled "Heat sink for noninvasive medical sensor," and published January 7, 2010.

684.    U.S. Patent No. 7,647,083B2 (Al-Ali et al.), titled "Multiple wavelength sensor equalization," and issued January 12, 2010.

685.    U.S. Design Patent No. D609,193S (Al-Ali et al.), titled "Connector assembly," and issued February 2, 2010.

686.    U.S. Patent No. 7,656,393B2 (King et al.), titled "Electronic device having display and surrounding touch sensitive bezel for user interface and control," and issued February 2, 2010.

687.    U.S. Patent No. 7,657,294B2 (Eghbal et al.), titled "Compliant diaphragm medical sensor and technique for using the same," and issued February 2, 2010.

688.    U.S. Patent No. 7,657,295B2 (Coakley et al.), titled "Medical sensor and technique for using the same," and issued February 2, 2010.

689. U.S. Patent No. 7,657,296B2 (Raridan et al.), titled "Unitary medical sensor assembly and technique for using the same," and issued February 2, 2010.

690. U.S. Patent Application Publication No. 2010/0030040A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published February 4, 2010.

691. U.S. Patent Application Publication No. 2010/0030043A1 (Kuhn), titled "Implantable medical system including multiple sensing modules," and published February 4, 2010.

692. U.S. Patent No. 7,658,613B1 (Griffin et al.), titled "Magnetic connector," and issued February 9, 2010.

693. U.S. Patent No. 7,676,253B2 (Raridan, Jr.), titled "Medical sensor and technique for using the same," and issued March 9, 2010.

694. U.S. Patent No. 7,683,926B2 (Schechterman et al.), titled "Optical device," and issued March 23, 2010.

695. U.S. Patent No. 7,697,966B2 (Monfre et al.), titled "Noninvasive targeting system method and apparatus," and issued April 13, 2010.

696. U.S. Patent No. 7,698,105B2 (Ruchti et al.), titled "Method and apparatus for improving performance of noninvasive analyte property estimation," and issued April 13, 2010.

697. U.S. Design Patent No. D614,305S (Al-Ali et al.), titled "Connector assembly," and issued April 20, 2010.

698. U.S. Patent No. 7,698,909B2 (Hannula et al.), titled "Headband with tension indicator," and issued April 20, 2010.

699. U.S. Patent Application Publication No. 2010/0099964A1 (O'Reilly et al.), titled "Hemoglobin monitor," and published April 22, 2010.

700. U.S. Reissued Patent No. RE41,317E (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued May 4, 2010.

701. U.S. Patent Application Publication No. 2010/0113948A1 (Yang et al.), titled "Heart rate measurement," and published May 6, 2010.

702. U.S. Reissued Patent No. RE41,333E (Blank et al.), titled "Multi-tier method of developing localized calibration models for non-invasive blood analyte prediction," and issued May 11, 2010.

703.   U.S. Patent Application Publication No. 2010/0130841A1 (Ozawa et al.), titled "Noninvasive living body measurement apparatus and noninvasive living body measurement method," and published May 27, 2010.

704.   U.S. Patent No. 7,726,209B2 (Ruotoistenmäki), titled "Force or pressure sensor and method for applying the same," and issued June 1, 2010.

705.   U.S. Patent No. 7,729,733B2 (Al-Ali et al.), titled "Configurable physiological measurement system," and issued June 1, 2010.

706.   U.S. Patent No. 7,734,320B2 (Al-Ali), titled "Sensor isolation," and issued June 8, 2010.

707.   U.S. Patent No. 7,740,588B1 (Sciarra), titled "Wireless respiratory and heart rate monitoring system," and issued June 22, 2010.

708.   U.S. Patent No. 7,740,589B2 (Maschke et al.), titled "Method and apparatus for training adjustment in sports, in particular in running sports," and issued June 22, 2010.

709.   U.S. Patent No. 7,761,127B2 (Al-Ali et al.), titled "Multiple wavelength sensor substrate," and issued July 20, 2010.

710.   U.S. Patent No. 7,761,128B2 (Al-Ali et al.), titled "Physiological monitor," and issued July 20, 2010.

711.   U.S. Patent No. 7,764,982B2 (Dalke et al.), titled "Multiple wavelength sensor emitters," and issued July 27, 2010.

712.   U.S. Patent No. 7,764,983B2 (Mannheimer et al.), titled "Method and circuit for storing and providing historical physiological data," and issued July 27, 2010.

713.   U.S. Design Patent No. D621,516S (Kiani et al.), titled "Patient monitoring sensor," and issued August 10, 2010.

714.   U.S. Patent Application Publication No. 2010/0210925A1 (Holley et al.), titled "Optical Apparatus for Measuring a Physiological Property of a Body Part and Method Therefore," and published August 19, 2010.

715.   U.S. Patent No. 7,791,155B2 (Diab), titled "Detector shield," and issued September 7, 2010.

716.   U.S. Patent Application Publication No. 2010/0234718A1 (Sampath et al.), titled "Open architecture medical communication system," and published September 16, 2010.

717.    U.S. Patent No. 7,801,581B2 (Diab), titled "Optical spectroscopy pathlength measurement system," and issued September 21, 2010.

718.    U.S. Patent No. 7,809,418B2 (Xu), titled "Optical device components," and issued October 5, 2010.

719.    U.S. Patent No. 7,822,452B2 (Schurman et al.), titled "Method for data reduction and calibration of an OCT-based blood glucose monitor," and issued October 26, 2010.

720.    U.S. Patent Application Publication No. 2010/0270257A1 (Wachman et al.), titled "Medicine bottle cap with electronic embedded curved display," and published October 28, 2010.

721.    U.S. Reissued Patent No. RE41,912E (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued November 2, 2010.

722.    U.S. Patent No. 7,844,313B2 (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued November 30, 2010.

723.    U.S. Patent No. 7,844,314B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued November 30, 2010.

724.    U.S. Patent No. 7,844,315B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued November 30, 2010.

725.    U.S. Patent Application Publication No. 2010/0305416A1 (Bedard et al.), titled "Non-invasive pressured probing device," and published December 2, 2010.

726.    U.S. Patent No. 7,862,523B2 (Ruotoistenmäki), titled "Force or pressure sensor and method for applying the same," and issued January 4, 2011.

727.    U.S. Patent No. 7,865,222B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and issued January 4, 2011.

728.    U.S. Patent Application Publication No. 2011/0001605A1 (Kiani et al.), titled "Medical monitoring system," and published January 6, 2011.

729.    U.S. Patent Application Publication No. 2011/0003665A1 (Burton et al.), titled "Athletic watch," and published January 6, 2011.

730.    U.S. Patent Application Publication No. 2011/0004079A1 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and published January 6, 2011.

731.   U.S. Patent Application Publication No. 2011/0004106A1 (Iwamiya et al.), titled "Optical biological information detecting apparatus and optical biological information detecting method," and published January 6, 2011.

732.   U.S. Patent No. 7,869,849B2 (Ollerdessen et al.), titled "Opaque, electrically nonconductive region on a medical sensor," and issued January 11, 2011.

733.   U.S. Patent No. 7,873,497B2 (Weber et al.), titled "Variable indication estimator," and issued January 18, 2011.

734.   U.S. Patent No. 7,880,606B2 (Al-Ali), titled "Physiological trend monitor," and issued February 1, 2011.

735.   U.S. Patent No. 7,880,626B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued February 1, 2011.

736.   U.S. Patent Application Publication No. 2011/0028806A1 (Merritt et al.), titled "Reflectance calibration of fluorescence-based glucose measurements," and published February 3, 2011.

737.   U.S. Patent Application Publication No. 2011/0028809A1 (Goodman), titled "Patient monitor ambient display device," and published February 3, 2011.

738.   U.S. Patent No. 7,884,314B2 (Hamada et al.), titled "Light guide mechanism for guiding a light to an illuminance sensor," and issued February 8, 2011.

739.   U.S. Patent Application Publication No. 2011/0040197A1 (Welch et al.), titled "Wireless patient monitoring system," and published February 17, 2011.

740.   U.S. Patent No. 7,891,355B2 (Al-Ali et al.), titled "Physiological monitor," and issued February 22, 2011.

741.   U.S. Patent No. 7,894,868B2 (Al-Ali et al.), titled "Physiological monitor," and issued February 22, 2011.

742.   U.S. Patent No. 7,899,506B2 (Xu et al.), titled "Composite spectral measurement method and its spectral detection instrument," and issued March 1, 2011.

743.   U.S. Patent No. 7,899,507B2 (Al-Ali et al.), titled "Physiological monitor," and issued March 1, 2011.

744.   U.S. Patent No. 7,899,510B2 (Hoarau), titled "Medical sensor and technique for using the same," and issued March 1, 2011.

745.   U.S. Patent No. 7,899,518B2 (Trepagnier et al.), titled "Non-invasive tissue glucose level monitoring," and issued March 1, 2011.

746.   U.S. Patent No. 7,904,130B2 (Raridan, Jr.), titled "Medical sensor and technique for using the same," and issued March 8, 2011.

747.   U.S. Patent No. 7,904,132B2 (Weber et al.), titled "Sine saturation transform," and issued March 8, 2011.

748.   U.S. Patent No. 7,909,772B2 (Popov et al.), titled "Non-invasive measurement of second heart sound components," and issued March 22, 2011.

749.   U.S. Patent No. 7,910,875B2 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued March 22, 2011.

750.   U.S. Patent No. 7,918,779B2 (Haber et al.), titled "Therapeutic methods using electromagnetic radiation," and issued April 5, 2011.

751.   U.S. Patent No. 7,919,713B2 (Al-Ali et al.), titled "Low noise oximetry cable including conductive cords," and issued April 5, 2011.

752.   U.S. Patent Application Publication No. 2011/0082711A1 (Poeze et al.), titled "Personal digital assistant or organizer for monitoring glucose levels," and published April 7, 2011.

753.   U.S. Patent Application Publication No. 2011/0085721A1 (Guyon et al.), titled "Method and device for diffuse excitation in imaging," and published April 14, 2011.

754.   U.S. Patent Application Publication No. 2011/0087081A1 (Kiani et al.), titled "Personalized physiological monitor," and published April 14, 2011.

755.   U.S. Patent No. 7,937,128B2 (Al-Ali), titled "Cyanotic infant sensor," and issued May 3, 2011.

756.   U.S. Patent No. 7,937,129B2 (Mason et al.), titled "Variable aperture sensor," and issued May 3, 2011.

757.   U.S. Patent No. 7,937,130B2 (Diab et al.), titled "Signal processing apparatus," and issued May 3, 2011.

758.   U.S. Patent Application Publication No. 2011/0105854A1 (Kiani et al.), titled "Medical monitoring system," and published May 5, 2011.

759. U.S. Patent Application Publication No. 2011/0105865A1 (Yu et al.), titled "Diffuse reflectance spectroscopy device for quantifying tissue absorption and scattering," and published May 5, 2011.

760. U.S. Patent No. 7,941,199B2 (Kiani), titled "Sepsis monitor," and issued May 10, 2011.

761. U.S. Patent Application Publication No. 2011/0118561A1 (Tari et al.), titled "Remote control for a medical monitoring device," and published May 19, 2011.

762. U.S. Patent No. 7,951,086B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued May 31, 2011.

763. U.S. Patent No. 7,957,780B2 (Lamego et al.), titled "Physiological parameter confidence measure," and issued June 7, 2011.

764. U.S. Patent Application Publication No. 2011/0137297A1 (Kiani et al.), titled "Pharmacological management system," and published June 9, 2011.

765. U.S. Patent No. 7,962,188B2 (Kiani et al.), titled "Robust alarm system," and issued June 14, 2011.

766. U.S. Patent No. 7,962,190B1 (Diab et al.), titled "Signal processing apparatus," and issued June 14, 2011.

767. U.S. Patent No. 7,976,472B2 (Kiani), titled "Noninvasive hypovolemia monitor," and issued July 12, 2011.

768. U.S. Patent Application Publication No. 2011/0172498A1 (Olsen et al.), titled "Spot check monitor credit system," and published July 14, 2011.

769. U.S. Patent No. 7,988,637B2 (Diab), titled "Plethysmograph pulse recognition processor," and issued August 2, 2011.

770. U.S. Patent No. 7,990,382B2 (Kiani), titled "Virtual display," and issued August 2, 2011.

771. U.S. Patent No. 7,991,446B2 (Al-Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and issued August 2, 2011.

772. U.S. Patent No. 8,000,761B2 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued August 16, 2011.

773.   U.S. Patent Application Publication No. 2011/0208015A1 (Welch et al.), titled "Wireless patient monitoring system," and published August 25, 2011.

774.   U.S. Patent No. 8,008,088B2 (Bellott et al.), titled "SMMR (small molecule metabolite reporters) for use as in vivo glucose biosensors," and issued August 30, 2011.

775.   U.S. Patent Application Publication No. 2011/0213212A1 (Al-Ali), titled "Adaptive alarm system," and published September 1, 2011.

776.   U.S. Patent No. 8,019,400B2 (Diab et al.), titled "Signal processing apparatus," and issued September 13, 2011.

777.   U.S. Patent Application Publication No. 2011/0230733A1 (Al-Ali), titled "Wellness analysis system," and published September 22, 2011.

778.   U.S. Reissued Patent No. RE42,753E (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued September 27, 2011.

779.   U.S. Patent Application Publication No. 2011/0237911A1 (Lamego et al.), titled "Multiple-wavelength physiological monitor," and published September 29, 2011.

780.   U.S. Patent No. 8,028,701B2 (Al-Ali et al.), titled "Respiratory monitoring," and issued October 4, 2011.

781.   U.S. Patent No. 8,029,765B2 (Bellott et al.), titled "SMMR (small molecule metabolite reporters) for use as in vivo glucose biosensors," and issued October 4, 2011.

782.   U.S. Patent Application Publication No. 2011/0245697A1 (Miettinen), titled "Heart pulse detection," and published October 6, 2011.

783.   U.S. Patent No. 8,036,727B2 (Schurman et al.), titled "Methods for noninvasively measuring analyte levels in a subject," and issued October 11, 2011.

784.   U.S. Patent No. 8,036,728B2 (Diab et al.), titled "Signal processing apparatus," and issued October 11, 2011.

785.   U.S. Patent No. 8,040,758B1 (Dickinson), titled "Golf watch having heart rate monitoring for improved golf game," and issued October 18, 2011.

786.   U.S. Patent No. 8,044,998B2 (Heenan), titled "Sensing apparatus and method for vehicles," and issued October 25, 2011.

787.  U.S. Patent No. 8,046,040B2 (Al-Ali et al.), titled "Pulse oximetry data confidence indicator," and issued October 25, 2011.

788.  U.S. Patent No. 8,046,041B2 (Diab et al.), titled "Signal processing apparatus," and issued October 25, 2011.

789.  U.S. Patent No. 8,046,042B2 (Diab et al.), titled "Signal processing apparatus," and issued October 25, 2011.

790.  U.S. Patent No. 8,048,040B2 (Kiani), titled "Fluid titration system," and issued November 1, 2011.

791.  U.S. Patent No. 8,050,728B2 (Al-Ali et al.), titled "Multiple wavelength sensor drivers," and issued November 1, 2011.

792.  U.S. Patent No. 8,071,935B2 (Besko et al.), titled "Optical detector with an overmolded faraday shield," and issued December 6, 2011.

793.  U.S. Reissued Patent No. RE43,169E (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued February 7, 2012.

794.  U.S. Patent No. 8,118,620B2 (Al-Ali et al.), titled "Connector assembly with reduced unshielded area," and issued February 21, 2012.

795.  U.S. Patent No. 8,126,528B2 (Diab et al.), titled "Signal processing apparatus," and issued February 28, 2012.

796.  U.S. Patent No. 8,126,531B2 (Crowley), titled "Miniature spectrometer," and issued February 28, 2012.

797.  U.S. Patent No. 8,128,572B2 (Diab et al.), titled "Signal processing apparatus," and issued March 6, 2012.

798.  U.S. Patent No. 8,130,105B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued March 6, 2012.

799.  U.S. Patent Application Publication No. 2012/0059267A1 (Lamego et al.), titled "Blood pressure measurement system," and published March 8, 2012.

800.  U.S. Patent No. 8,145,287B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued March 27, 2012.

801.  U.S. Patent Application Publication No. 2012/0078069A1 (Melker), titled "Blood flow monitoring," and published March 29, 2012.

802.   U.S. Patent No. 8,150,487B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued April 3, 2012.

803.   U.S. Patent No. 8,165,662B2 (Cinbis et al.), titled "Implantable tissue perfusion sensing system and method," and issued April 24, 2012.

804.   U.S. Patent No. 8,175,672B2 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatii," and issued May 8, 2012.

805.   U.S. Patent No. 8,177,720B2 (Nanba et al.), titled "Apparatus for detecting vital functions, control unit and pulse wave sensor," and issued May 15, 2012.

806.   U.S. Patent No. 8,180,420B2 (Diab et al.), titled "Signal processing apparatus and method," and issued May 15, 2012.

807.   U.S. Patent Application Publication No. 2012/0123231A1 (O'Reilly), titled "Monitoring cardiac output and vessel fluid volume," and published May 17, 2012.

808.   U.S. Patent No. 8,182,443B1 (Kiani), titled "Drug administration controller," and issued May 22, 2012.

809.   U.S. Patent No. 8,185,180B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 22, 2012.

810.   U.S. Patent No. 8,190,223B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued May 29, 2012.

811.   U.S. Patent No. 8,190,227B2 (Diab et al.), titled "Signal processing apparatus and method," and issued May 29, 2012.

812.   U.S. Patent Application Publication No. 2012/0150052A1 (Buchheim et al.), titled "Heart rate monitor," and published June 14, 2012.

813.   U.S. Patent No. 8,203,438B2 (Kiani et al.), titled "Alarm suspend system," and issued June 19, 2012.

814.   U.S. Patent No. 8,203,704B2 (Merritt et al.), titled "Multi-stream sensor for noninvasive measurement of blood constituents," and issued June 19, 2012.

815.   U.S. Patent No. 8,204,566B2 (Schurman et al.), titled "Method and apparatus for monitoring blood constituent levels in biological tissue," and issued June 19, 2012.

816. U.S. Patent Application Publication No. 2012/0165629A1 (Merritt et al.), titled "Systems and methods of monitoring a patient through frequency-domain photo migration spectroscopy," and published June 28, 2012.

817. U.S. Patent No. 8,219,170B2 (Hausmann et al.), titled "System and method for practicing spectrophotometry using light emitting nanostructure devices," and issued July 10, 2012.

818. U.S. Patent No. 8,219,172B2 (Schurman et al.), titled "System and method for creating a stable optical interface," and issued July 10, 2012.

819. U.S. Patent Application Publication No. 2012/0179006A1 (Jansen et al.), titled "Non-invasive intravascular volume index monitor," and published July 12, 2012.

820. U.S. Patent No. 8,224,411B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued July 17, 2012.

821. U.S. Patent No. 8,228,181B2 (Al-Ali), titled "Physiological trend monitor," and issued July 24, 2012.

822. U.S. Patent No. 8,229,532B2 (Davis), titled "External ear-placed non-invasive physiological sensor," and issued July 24, 2012.

823. U.S. Patent No. 8,229,533B2 (Diab et al.), titled "Low-noise optical probes for reducing ambient noise," and issued July 24, 2012.

824. U.S. Patent No. 8,233,955B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued July 31, 2012.

825. U.S. Patent Application Publication No. 2012/0197093A1 (LeBoeuf et al.), titled "Apparatus and methods for monitoring physiological data during environmental interference," and published August 2, 2012.

826. U.S. Patent Application Publication No. 2012/0197137A1 (Jeanne et al.), titled "Method and system for carrying out photoplethysmography," and published August 2, 2012.

827. U.S. Patent No. 8,244,325B2 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and issued August 14, 2012.

828. U.S. Patent No. 8,244,326B2 (Ninomiya et al.), titled "Probe device," and issued August 14, 2012.

829. U.S. Patent Application Publication No. 2012/0209084A1 (Olsen et al.), titled "Respiratory event alert system," and published August 16, 2012.

830. U.S. Patent No. 8,255,026B1 (Al-Ali), titled "Patient monitor capable of monitoring the quality of attached probes and accessories," and issued August 28, 2012.

831. U.S. Patent No. 8,255,027B2 (Al-Ali et al.), titled "Multiple wavelength sensor substrate," and issued August 28, 2012.

832. U.S. Patent No. 8,255,028B2 (Al-Ali et al.), titled "Physiological monitor," and issued August 28, 2012.

833. U.S. Patent No. 8,260,577B2 (Weber et al.), titled "Variable indication estimator," and issued September 4, 2012.

834. U.S. Patent Application Publication No. 2012/0226117A1 (Lamego et al.), titled "Handheld processing device including medical applications for minimally and non invasive glucose measurements," and published September 6, 2012.

835. U.S. Patent No. 8,265,723B1 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and issued September 11, 2012.

836. U.S. Patent Application Publication No. 2012/0227739A1 (Kiani), titled "Drug administration controller," and published September 13, 2012.

837. U.S. Patent No. 8,274,360B2 (Sampath et al.), titled "Systems and methods for storing, analyzing, and retrieving medical data," and issued September 25, 2012.

838. U.S. Patent No. 8,280,469B2 (Baker), titled "Method for detection of aberrant tissue spectra," and issued October 2, 2012.

839. U.S. Patent No. 8,280,473B2 (Al-Ali), titled "Perfusion index smoother," and issued October 2, 2012.

840. U.S. Patent No. 8,289,130B2 (Nakajima et al.), titled "Systems and methods for identifying unauthorized users of an electronic device," and issued October 16, 2012.

841. U.S. Patent No. 8,301,217B2 (Al-Ali et al.), titled "Multiple wavelength sensor emitters," and issued October 30, 2012.

842. U.S. Patent No. 8,306,596B2 (Schurman et al.), titled "Method for data reduction and calibration of an OCT-based physiological monitor," and issued November 6, 2012.

843.   U.S. Patent Application Publication No. 2012/0283524A1 (Kiani et al.), titled "Pediatric monitor sensor steady game," and published November 8, 2012.

844.   U.S. Patent No. 8,310,336B2 (Muhsin et al.), titled "Systems and methods for storing, analyzing, retrieving and displaying streaming medical data," and issued November 13, 2012.

845.   U.S. Patent No. 8,315,683B2 (Al-Ali et al.), titled "Duo connector patient cable," and issued November 20, 2012.

846.   U.S. Patent Application Publication No. 2012/0296178A1 (Lamego et al.), titled "Personal health device," and published November 22, 2012.

847.   U.S. Patent No. 8,332,006B2 (Naganuma et al.), titled "Constituent concentration measuring apparatus and constituent concentration measuring apparatus controlling method," and issued December 11, 2012.

848.   U.S. Reissued Patent No. RE43,860E (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued December 11, 2012.

849.   U.S. Patent Application Publication No. 2012/0319816A1 (Al-Ali), titled "Patient monitor capable of monitoring the quality of attached probes and accessories," and published December 20, 2012.

850.   U.S. Patent No. 8,337,403B2 (Al-Ali et al.), titled "Patient monitor having context-based sensitivity adjustments," and issued December 25, 2012.

851.   U.S. Patent Application Publication No. 2012/0330112A1 (Lamego et al.), titled "Patient monitoring system," and published December 27, 2012.

852.   U.S. Patent No. 8,343,026B2 (Gardiner et al.), titled "Therapeutic methods using electromagnetic radiation," and issued January 1, 2013.

853.   U.S. Patent No. 8,346,330B2 (Lamego), titled "Reflection-detector sensor position indicator," and issued January 1, 2013.

854.   U.S. Patent No. 8,352,003B2 (Sawada et al.), titled "Sensor unit and biosensor," and issued January 8, 2013.

855.   U.S. Patent No. 8,353,842B2 (Al-Ali et al.), titled "Portable patient monitor," and issued January 15, 2013.

856.   U.S. Patent No. 8,355,766B2 (MacNeish, III et al.), titled "Ceramic emitter substrate," and issued January 15, 2013.

857. U.S. Patent Application Publication No. 2013/0018233A1 (Cinbis et al.), titled "Implantable tissue perfusion sensing system and method," and published January 17, 2013.

858. U.S. Patent No. 8,359,080B2 (Diab et al.), titled "Signal processing apparatus," and issued January 22, 2013.

859. U.S. Patent Application Publication No. 2013/0023775A1 (Lamego et al.), titled "Magnetic reusable sensor," and published January 24, 2013.

860. U.S. Patent No. 8,364,223B2 (Al-Ali et al.), titled "Physiological monitor," and issued January 29, 2013.

861. U.S. Patent No. 8,364,226B2 (Diab et al.), titled "Signal processing apparatus," and issued January 29, 2013.

862. U.S. Patent No. 8,364,389B2 (Dorogusker et al.), titled "Systems and methods for integrating a portable electronic device with a bicycle," and issued January 29, 2013.

863. U.S. Patent No. 8,374,665B2 (Lamego), titled "Tissue profile wellness monitor," and issued February 12, 2013.

864. U.S. Patent No. 8,374,825B2 (Vock et al.), titled "Personal items network, and associated methods," and issued February 12, 2013.

865. U.S. Patent Application Publication No. 2013/0041591A1 (Lamego), titled "Multiple measurement mode in a physiological sensor," and published February 14, 2013.

866. U.S. Patent No. 8,380,272B2 (Barrett et al.), titled "Physiological sensor," and issued February 19, 2013.

867. U.S. Patent Application Publication No. 2013/0045685A1 (Kiani), titled "Health care sanitation monitoring system," and published February 21, 2013.

868. U.S. Patent Application Publication No. 2013/0046204A1 (Lamego et al.), titled "Modulated physiological sensor," and published February 21, 2013.

869. U.S. Patent No. 8,385,995B2 (Al-Ali et al.), titled "Physiological parameter tracking system," and issued February 26, 2013.

870. U.S. Patent No. 8,385,996B2 (Smith et al.), titled "Multiple wavelength sensor emitters," and issued February 26, 2013.

871. U.S. Patent No. 8,388,353B2 (Kiani et al.), titled "Magnetic connector," and issued March 5, 2013.

872. U.S. Patent Application Publication No. 2013/0060147A1 (Welch et al.), titled "Occlusive non-inflatable blood pressure device," and published March 7, 2013.

873. U.S. Patent No. 8,399,822B2 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued March 19, 2013.

874. U.S. Patent No. 8,401,602B2 (Kiani), titled "Secondary-emitter sensor position indicator," and issued March 19, 2013.

875. U.S. Patent No. 8,405,608B2 (Al-Ali et al.), titled "System and method for altering a display mode," and issued March 26, 2013.

876. U.S. Patent Application Publication No. 2013/0085346A1 (Lin et al.), titled "Real-time physiological signal measurement and feedback system," and published April 4, 2013.

877. U.S. Patent No. 8,414,499B2 (Al-Ali et al.), titled "Plethysmograph variability processor," and issued April 9, 2013.

878. U.S. Patent No. 8,418,524B2 (Al-Ali), titled "Non-invasive sensor calibration device," and issued April 16, 2013.

879. U.S. Patent No. 8,421,022B2 (Rozenfeld), titled "Method and apparatus for tissue equivalent solid state microdosimetry," and issued April 16, 2013.

880. U.S. Patent No. 8,423,106B2 (Lamego et al.), titled "Multi-wavelength physiological monitor," and issued April 16, 2013.

881. U.S. Patent Application Publication No. 2013/0096405A1 (Garfio), titled "Fingertip pulse oximeter," and published April 18, 2013.

882. U.S. Patent Application Publication No. 2013/0096936A1 (Sampath et al.), titled "Systems and methods for storing, analyzing, and retrieving medical data," and published April 18, 2013.

883. U.S. Patent No. 8,428,674B2 (Duffy et al.), titled "Apparatus for spectrometric based oximetry," and issued April 23, 2013.

884. U.S. Patent No. 8,428,967B2 (Olsen et al.), titled "Spot check monitor credit system," and issued April 23, 2013.

885.  U.S. Patent No. 8,430,817B1 (Al-Ali et al.), titled "System for determining confidence in respiratory rate measurements," and issued April 30, 2013.

886.  U.S. Patent No. 8,437,825B2 (Dalvi et al.), titled "Contoured protrusion for improving spectroscopic measurement of blood constituents," and issued May 7, 2013.

887.  U.S. Patent Application Publication No. 2013/0131474A1 (Gu et al.), titled "Remote controller and display system," and published May 23, 2013.

888.  U.S. Patent No. 8,452,364B2 (Hannula et al.), titled "System and method for attaching a sensor to a patient's skin," and issued May 28, 2013.

889.  U.S. Patent No. 8,455,290B2 (Siskavich), titled "Method of fabricating epitaxial structures," and issued June 4, 2013.

890.  U.S. Patent No. 8,457,703B2 (Al-Ali), titled "Low power pulse oximeter," and issued June 4, 2013.

891.  U.S. Patent No. 8,457,707B2 (Kiani), titled "Congenital heart disease monitor," and issued June 4, 2013.

892.  U.S. Patent No. 8,463,349B2 (Diab et al.), titled "Signal processing apparatus," and issued June 11, 2013.

893.  U.S. Patent No. 8,466,286B2 (Bellot et al.), titled "SMMR (small molecule metabolite reporters) for use as in vivo glucose biosensors," and issued June 18, 2013.

894.  U.S. Patent No. 8,471,713B2 (Poeze et al.), titled "Interference detector for patient monitor," and issued June 25, 2013.

895.  U.S. Patent No. 8,473,020B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued June 25, 2013.

896.  U.S. Patent No. 8,483,787B2 (Al-Ali et al.), titled "Multiple wavelength sensor drivers," and issued July 9, 2013.

897.  U.S. Patent No. 8,487,256B2 (Kwong et al.), titled "Proximity sensor," and issued July 16, 2013.

898.  U.S. Patent No. 8,489,364B2 (Weber et al.), titled "Variable indication estimator," and issued July 16, 2013.

899.   U.S. Patent Application Publication No. 2013/0190581A1 (Al-Ali et al.), titled "Automated cchd screening and detection," and published July 25, 2013.

900.   U.S. Patent No. 8,496,595B2 (Jornod), titled "Method and device for measuring the pulse by means of light waves with two wavelengths," and issued July 30, 2013.

901.   U.S. Patent No. 8,498,684B2 (Weber et al.), titled "Sine saturation transform," and issued July 30, 2013.

902.   U.S. Patent Application Publication No. 2013/197328A1 (Diab et al.), titled "Signal processing apparatus and method," and published August 1, 2013.

903.   U.S. Patent No. 8,504,128B2 (Blank et al.), titled "Method and apparatus for coupling a channeled sample probe to tissue," and issued August 6, 2013.

904.   U.S. Patent Application Publication No. 2013/0204112A1 (White et al.), titled "Perfusion assessment using transmission laser speckle imaging," and published August 8, 2013.

905.   U.S. Patent No. 8,509,867B2 (Workman et al.), titled "Non-invasive measurement of analytes," and issued August 13, 2013.

906.   U.S. Patent Application Publication No. 2013/0211214A1 (Olsen), titled "Configurable patient monitoring system," and published August 15, 2013.

907.   U.S. Patent No. 8,515,509B2 (Bruinsma et al.), titled "Multi-stream emitter for noninvasive measurement of blood constituents," and issued August 20, 2013.

908.   U.S. Patent No. 8,515,511B2 (Boutelle), titled "Sensor with an optical coupling material to improve plethysmographic measurements and method of using the same," and issued August 20, 2013.

909.   U.S. Patent No. 8,515,515B2 (McKenna et al.), titled "Medical sensor with compressible light barrier and technique for using the same," and issued August 20, 2013.

910.   U.S. Patent No. 8,523,781B2 (Al-Ali), titled "Bidirectional physiological information display," and issued September 3, 2013.

911.   U.S. Patent No. 8,529,301B2 (Al-Ali et al.), titled "Shielded connector assembly," and issued September 10, 2013.

912.   U.S. Patent No. 8,532,727B2 (Al-Ali et al.), titled "Dual-mode pulse oximeter," and issued September 10, 2013.

913.   U.S. Patent No. 8,532,728B2 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued September 10, 2013.

914.   U.S. Patent Application Publication No. 2013/0243021A1 (Siskavich), titled "Epitaxial structures on sides of a substrate," and published September 19, 2013.

915.   U.S. Patent No. 8,547,209B2 (Kiani et al.), titled "Alarm suspend system," and issued October 1, 2013.

916.   U.S. Patent No. 8,548,548B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued October 1, 2013.

917.   U.S. Patent No. 8,548,549B2 (Schurman et al.), titled "Methods for noninvasively measuring analyte levels in a subject," and issued October 1, 2013.

918.   U.S. Patent No. 8,548,550B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued October 1, 2013.

919.   U.S. Patent No. 8,560,032B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued October 15, 2013.

920.   U.S. Patent No. 8,560,034B1 (Diab et al.), titled "Signal processing apparatus," and issued October 15, 2013.

921.   U.S. Design Patent No. D692,145S (Al-Ali et al.), titled "Medical proximity detection token," and issued October 22, 2013.

922.   U.S. Patent No. 8,570,167B2 (Al-Ali), titled "Physiological trend monitor," and issued October 29, 2013.

923.   U.S. Patent No. 8,570,503B2 (Vo et al.), titled "Heat sink for noninvasive medical sensor," and issued October 29, 2013.

924.   U.S. Patent No. 8,571,617B2 (Reichgott et al.), titled "Flowometry in optical coherence tomography for analyte level estimation," and issued October 29, 2013.

925.   U.S. Patent No. 8,571,618B1 (Lamego et al.), titled "Adaptive calibration system for spectrophotometric measurements," and issued October 29, 2013.

926.  U.S. Patent No. 8,571,619B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued October 29, 2013.

927.  U.S. Patent No. 8,577,431B2 (Lamego et al.), titled "Noise shielding for a noninvasive device," and issued November 5, 2013.

928.  U.S. Patent Application Publication No. 2013/0296672A1 (O'Neil et al.), titled "Noninvasive physiological sensor cover," and published November 7, 2013.

929.  U.S. Patent No. 8,581,732B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued November 12, 2013.

930.  U.S. Patent No. 8,584,345B2 (Al-Ali et al.), titled "Reprocessing of a physiological sensor," and issued November 19, 2013.

931.  U.S. Patent No. 8,588,880B2 (Abdul-Hafiz et al.), titled "Ear sensor," and issued November 19, 2013.

932.  U.S. Patent No. 8,591,426B2 (Onoe et al.), titled "Self-luminous sensor device," and issued November 26, 2013.

933.  U.S. Patent No. 8,600,467B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued December 3, 2013.

934.  U.S. Patent No. 8,600,494B2 (Schroeppel et al.), titled "Method and device for treating abnormal tissue growth with electrical therapy," and issued December 3, 2013.

935.  U.S. Patent Application Publication No. 2013/0324808A1 (Al-Ali et al.), titled "Duo connector patient cable," and published December 5, 2013.

936.  U.S. Patent No. 8,602,971B2 (Farr), titled "Opto-Electronic illumination and vision module for endoscopy," and issued December 10, 2013.

937.  U.S. Patent No. 8,606,342B2 (Diab), titled "Pulse and active pulse spectraphotometry," and issued December 10, 2013.

938.  U.S. Patent Application Publication No. 2013/0331670A1 (Kiani), titled "Congenital heart disease monitor," and published December 12, 2013.

939.  U.S. Patent No. 8,611,095B2 (Kwong et al.), titled "Integration of sensors and other electronic components," and issued December 17, 2013.

940.   U.S. Patent Application Publication No. 2013/0338461A1 (Lamego et al.), titled "Multi-wavelength physiological monitor," and published December 19, 2013.

941.   U.S. Patent No. 8,615,290B2 (Lin et al.), titled "Seamlessly embedded heart rate monitor," and issued December 24, 2013.

942.   U.S. Patent Application Publication No. 2013/0345921A1 (Al-Ali et al.), titled "Physiological monitoring of moving vehicle operators," and published December 26, 2013.

943.   U.S. Patent No. 8,626,255B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued January 7, 2014.

944.   U.S. Patent Application Publication No. 2014/0012100A1 (Al-Ali et al.), titled "Dual-mode patient monitor," and published January 9, 2014.

945.   U.S. Patent No. 8,630,691B2 (Lamego et al.), titled "Multi-stream sensor front ends for noninvasive measurement of blood constituents," and issued January 14, 2014.

946.   U.S. Patent No. 8,634,889B2 (Al-Ali et al.), titled "Configurable physiological measurement system," and issued January 21, 2014.

947.   U.S. Patent No. 8,641,631B2 (Sierra et al.), titled "Non-invasive monitoring of respiratory rate, heart rate and apnea," and issued February 4, 2014.

948.   U.S. Patent Application Publication No. 2014/0034353A1 (Al-Ali et al.), titled "Automated assembly sensor cable," and published February 6, 2014.

949.   U.S. Patent No. 8,652,060B2 (Al-Ali), titled "Perfusion trend indicator," and issued February 18, 2014.

950.   U.S. Patent No. 8,655,004B2 (Prest et al.), titled "Sports monitoring system for headphones, earbuds and/or headsets," and issued February 18, 2014.

951.   U.S. Patent Application Publication No. 2014/0051953A1 (Lamego et al.), titled "Adaptive calibration system for spectrophotometric measurements," and published February 20, 2014.

952.   U.S. Patent Application Publication No. 2014/0051955A1 (Tiao et al.), titled "Detecting device," and published February 20, 2014.

953.    U.S. Patent Application Publication No. 2014/0058230A1 (Abdul-Hafiz et al.), titled "Ear sensor," and published February 27, 2014.

954.    U.S. Patent No. 8,663,107B2 (Kiani), titled "Sepsis monitor," and issued March 4, 2014.

955.    U.S. Patent No. 8,666,468B1 (Al-Ali), titled "Patient monitor for determining microcirculation state," and issued March 4, 2014.

956.    U.S. Patent No. 8,667,967B2 (Al-Ali et al.), titled "Respiratory monitoring," and issued March 11, 2014.

957.    U.S. Patent No. 8,668,643B2 (Kinast), titled "Patient-worn medical monitoring device," and issued March 11, 2014.

958.    U.S. Patent No. 8,670,811B2 (O'Reilly), titled "Pulse oximetry system for adjusting medical ventilation," and issued March 11, 2014.

959.    U.S. Patent No. 8,670,814B2 (Diab et al.), titled "Low-noise optical probes for reducing ambient noise," and issued March 11, 2014.

960.    U.S. Patent Application Publication No. 2014/0073887A1 (Petersen et al.), titled "Systems and methods for determining physiological characteristics of a patient using pulse oximetry," and published March 13, 2014.

961.    U.S. Patent Application Publication No. 2014/0073960A1 (Rodriguez-Llorente et al.), titled "Methods and systems for determining physiological information based on a combined autocorrelation sequence," and published March 13, 2014.

962.    U.S. Patent No. 8,676,286B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and issued March 18, 2014.

963.    U.S. Patent Application Publication No. 2014/0077956A1 (Sampath et al.), titled "Intelligent medical network edge router," and published March 20, 2014.

964.    U.S. Patent Application Publication No. 2014/0081100A1 (Muhsin et al.), titled "Physiological monitor with mobile computing device connectivity," and published March 20, 2014.

965.    U.S. Patent Application Publication No. 2014/0081175A1 (Telfort), titled "Acoustic patient sensor coupler," and published March 20, 2014.

966.    U.S. Patent No. 8,682,407B2 (Al-Ali), titled "Cyanotic infant sensor," and issued March 25, 2014.

967.    U.S. Patent No. 8,688,183B2 (Bruinsma et al.), titled "Emitter driver for noninvasive patient monitor," and issued April 1, 2014.

968.    U.S. Reissued Patent No. RE44,823E (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued April 1, 2014.

969.    U.S. Patent Application Publication No. 2014/0094667A1 (Schurman et al.), titled "Noninvasively measuring analyte levels in a subject," and published April 3, 2014.

970.    U.S. Patent No. 8,690,799B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued April 8, 2014.

971.    U.S. Patent Application Publication No. 2014/0100434A1 (Diab et al.), titled "Pulse oximeter probe-off detector," and published April 10, 2014.

972.    U.S. Patent No. 8,700,111B2 (LeBoeuf et al.), titled "Light-guiding devices and monitoring devices incorporating same," and issued April 15, 2014.

973.    U.S. Patent No. 8,700,112B2 (Kiani), titled "Secondary-emitter sensor position indicator," and issued April 15, 2014.

974.    U.S. Patent Application Publication No. 2014/0107493A1 (Yuen et al.), titled "Portable Biometric Monitoring Devices and Methods of Operating Same," and published April 17, 2014.

975.    U.S. Patent No. 8,702,627B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued April 22, 2014.

976.    U.S. Patent No. 8,706,179B2 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatii," and issued April 22, 2014.

977.    U.S. Patent Application Publication No. 2014/0114199A1 (Lamego et al.), titled "Magnetic-flap optical sensor," and published April 24, 2014.

978.    U.S. Patent No. 8,712,494B1 (MacNeish, III et al.), titled "Reflective non-invasive sensor," and issued April 29, 2014.

979.    U.S. Reissued Patent No. RE44,875E (Kiani et al.), titled "Active pulse blood constituent monitoring," and issued April 29, 2014.

980. U.S. Patent Application Publication No. 2014/0120564A1 (Workman et al.), titled "Non-invasive measurement of analytes," and published May 1, 2014.

981. U.S. Patent Application Publication No. 2014/0121482A1 (Merritt et al.), titled "Multi-stream sensor for noninvasive measurement of blood constituents," and published May 1, 2014.

982. U.S. Patent Application Publication No. 2014/0121483A1 (Kiani), titled "Universal medical system," and published May 1, 2014.

983. U.S. Patent No. 8,715,206B2 (Telfort et al.), titled "Acoustic patient sensor," and issued May 6, 2014.

984. U.S. Patent No. 8,718,735B2 (Lamego et al.), titled "Physiological parameter confidence measure," and issued May 6, 2014.

985. U.S. Patent No. 8,718,737B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 6, 2014.

986. U.S. Patent No. 8,718,738B2 (Blank et al.), titled "Method and apparatus for coupling a sample probe with a sample site," and issued May 6, 2014.

987. U.S. Patent Application Publication No. 2014/0127137A1 (Bellott et al.), titled "Smmr (small molecule metabolite reporters) for use as in vivo glucose biosensors," and published May 8, 2014.

988. U.S. Patent Application Publication No. 2014/0129702A1 (Lamego et al.), titled "Physiological test credit method," and published May 8, 2014.

989. U.S. Patent No. 8,720,249B2 (Al-Ali), titled "Non-invasive sensor calibration device," and issued May 13, 2014.

990. U.S. Patent No. 8,721,541B2 (Al-Ali et al.), titled "Physiological monitor," and issued May 13, 2014.

991. U.S. Patent No. 8,721,542B2 (Al-Ali et al.), titled "Physiological parameter system," and issued May 13, 2014.

992. U.S. Patent No. 8,723,677B1 (Kiani), titled "Patient safety system with automatically adjusting bed," and issued May 13, 2014.

993. U.S. Patent Application Publication No. 2014/0135588A1 (Al-Ali et al.), titled "Medical monitoring system," and published May 15, 2014.

994. U.S. Patent Application Publication No. 2014/0142401A1 (Al-Ali et al.), titled "Reprocessing of a physiological sensor," and published May 22, 2014.

995. U.S. Patent No. 8,740,792B1 (Kiani et al.), titled "Patient monitor capable of accounting for environmental conditions," and issued June 3, 2014.

996. U.S. Patent Application Publication No. 2014/0163344A1 (Al-Ali), titled "Perfusion trend indicator," and published June 12, 2014.

997. U.S. Patent Application Publication No. 2014/0163402A1 (Lamego et al.), titled "Patient monitoring system," and published June 12, 2014.

998. U.S. Patent No. 8,754,776B2 (Poeze et al.), titled "Interference detector for patient monitor," and issued June 17, 2014.

999. U.S. Patent No. 8,755,535B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued June 17, 2014.

1000. U.S. Patent No. 8,755,856B2 (Diab et al.), titled "Signal processing apparatus," and issued June 17, 2014.

1001. U.S. Patent No. 8,755,872B1 (Marinow), titled "Patient monitoring system for indicating an abnormal condition," and issued June 17, 2014.

1002. U.S. Patent Application Publication No. 2014/0166076A1 (Kiani et al.), titled "Pool solar power generator," and published June 19, 2014.

1003. U.S. Patent Application Publication No. 2014/0171146A1 (Ma et al.), titled "Method and Apparatus for Automatically Setting Alarms and Notifications," and published June 19, 2014.

1004. U.S. Patent Application Publication No. 2014/0171763A1 (Diab), titled "Pulse and active pulse spectraphotometry," and published June 19, 2014.

1005. U.S. Patent No. 8,760,517B2 (Sarwar et al.), titled "Polarized images for security," and issued June 24, 2014.

1006. U.S. Patent No. 8,761,850B2 (Lamego et al.), titled "Reflection-detector sensor position indicator," and issued June 24, 2014.

1007. U.S. Patent Application Publication No. 2014/0180154A1 (Sierra et al.), titled "Non-invasive monitoring of respiratory rate, heart rate and apnea," and published June 26, 2014.

1008.   U.S. Patent Application Publication No. 2014/0180160A1 (Brown et al.), titled "System and method for monitoring and controlling a state of a patient during and after administration of anesthetic compound," and published June 26, 2014.

1009.   U.S. Patent No. 8,764,671B2 (Kiani), titled "Disposable active pulse sensor," and issued July 1, 2014.

1010.   U.S. Patent No. 8,768,423B2 (Shakespeare et al.), titled "Multispot monitoring for use in optical coherence tomography," and issued July 1, 2014.

1011.   U.S. Patent No. 8,768,426B2 (Haisley et al.), titled "Y-shaped ear sensor with strain relief," and issued July 1, 2014.

1012.   U.S. Patent Application Publication No. 2014/0187973A1 (Brown et al.), titled "System and method for tracking brain states during administration of anesthesia," and published July 3, 2014.

1013.   U.S. Patent No. 8,771,204B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued July 8, 2014.

1014.   U.S. Patent Application Publication No. 2014/0192177A1 (Bartula et al.), titled "Camera for generating a biometrical signal of a living being," and published July 10, 2014.

1015.   U.S. Patent Application Publication No. 2014/0194709A1 (Al-Ali et al.), titled "Configurable physiological measurement system," and published July 10, 2014.

1016.   U.S. Patent Application Publication No. 2014/0194711A1 (Al-Ali), titled "Patient monitor for determining microcirculation state," and published July 10, 2014.

1017.   U.S. Patent Application Publication No. 2014/0194766A1 (Al-Ali et al.), titled "Respiratory monitoring," and published July 10, 2014.

1018.   U.S. Patent No. 8,777,634B2 (Kiani et al.), titled "Magnetic connector," and issued July 15, 2014.

1019.   U.S. Patent No. 8,781,543B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued July 15, 2014.

1020.   U.S. Patent No. 8,781,544B2 (Al-Ali et al.), titled "Multiple wavelength optical sensor," and issued July 15, 2014.

1021.  U.S. Patent No. 8,781,549B2 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and issued July 15, 2014.

1022.  U.S. Patent No. 8,788,003B2 (Schurman et al.), titled "Monitoring blood constituent levels in biological tissue," and issued July 22, 2014.

1023.  U.S. Patent Application Publication No. 2014/0206954A1 (Yuen et al.), titled "Portable Monitoring Devices for Processing Applications and Processing Analysis of Physiological Conditions of a User Associated With the Portable Monitoring Device," and published July 24, 2014.

1024.  U.S. Patent Application Publication No. 2014/0206963A1 (Al-Ali), titled "Cyanotic infant sensor," and published July 24, 2014.

1025.  U.S. Patent No. 8,790,268B2 (Al-Ali), titled "Bidirectional physiological information display," and issued July 29, 2014.

1026.  U.S. Patent Application Publication No. 2014/0213864A1 (Abdul-Hafiz et al.), titled "Ear sensor," and published July 31, 2014.

1027.  U.S. Patent Application Publication No. 2014/0221854A1 (Wai), titled "Measuring device, including a heart rate sensor, configured to be worn on the wrist of a user," and published August 7, 2014.

1028.  U.S. Patent No. 8,801,613B2 (Al-Ali et al.), titled "Calibration for multi-stage physiological monitors," and issued August 12, 2014.

1029.  U.S. Patent Application Publication No. 2014/0243627A1 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and published August 28, 2014.

1030.  U.S. Patent No. 8,821,397B2 (Al-Ali et al.), titled "Depth of consciousness monitor including oximeter," and issued September 2, 2014.

1031.  U.S. Patent No. 8,821,415B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued September 2, 2014.

1032.  U.S. Patent No. 8,830,449B1 (Lamego et al.), titled "Blood analysis system," and issued September 9, 2014.

1033.  U.S. Patent No. 8,831,700B2 (Schurman et al.), titled "Apparatus and method for creating a stable optical interface," and issued September 9, 2014.

1034.   U.S. Patent No. 8,838,210B2 (Wood et al.), titled "Scanned laser vein contrast enhancer using a single laser," and issued September 16, 2014.

1035.   U.S. Patent Application Publication No. 2014/0266790A1 (Al-Ali et al.), titled "Systems and methods for monitoring a patient health network," and published September 18, 2014.

1036.   U.S. Patent Application Publication No. 2014/0275808A1 (Poeze et al.), titled "Patient monitor placement indicator," and published September 18, 2014.

1037.   U.S. Patent Application Publication No. 2014/0275871A1 (Lamego et al.), titled "Wireless optical communication between noninvasive physiological sensors and patient monitors," and published September 18, 2014.

1038.   U.S. Patent Application Publication No. 2014/0275872A1 (Merritt et al.), titled "Systems and methods for testing patient monitors," and published September 18, 2014.

1039.   U.S. Patent Application Publication No. 2014/0275881A1 (Lamego et al.), titled "Patient monitor as a minimally invasive glucometer," and published September 18, 2014.

1040.   U.S. Patent Application Publication No. 2014/0276013A1 (Muehlemann et al.), titled "Optical tomography sensor and related apparatus and methods," and published September 18, 2014.

1041.   U.S. Patent Application Publication No. 2014/0276116A1 (Takahashi et al.), titled "Biological information detection apparatus," and published September 18, 2014.

1042.   U.S. Patent No. 8,840,549B2 (Al-Ali et al.), titled "Modular patient monitor," and issued September 23, 2014.

1043.   U.S. Patent Application Publication No. 2014/0288400A1 (Diab et al.), titled "Manual and automatic probe calibration," and published September 25, 2014.

1044.   U.S. Patent No. 8,847,740B2 (Kiani et al.), titled "Alarm suspend system," and issued September 30, 2014.

1045.   U.S. Patent No. 8,849,365B2 (Smith et al.), titled "Multiple wavelength sensor emitters," and issued September 30, 2014.

1046.   U.S. Patent Application Publication No. 2014/0296664A1 (Bruinsma et al.), titled "Emitter driver for noninvasive patient monitor," and published October 2, 2014.

1047.   U.S. Patent No. 8,852,094B2 (Al-Ali et al.), titled "Physiological parameter system," and issued October 7, 2014.

1048.   U.S. Patent No. 8,852,994B2 (Wojtczuk et al.), titled "Method of fabricating bifacial tandem solar cells," and issued October 7, 2014.

1049.   U.S. Patent Application Publication No. 2014/0303520A1 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and published October 9, 2014.

1050.   U.S. Patent No. 8,868,147B2 (Stippick et al.), titled "Method and apparatus for controlling positioning of a noninvasive analyzer sample probe," and issued October 21, 2014.

1051.   U.S. Patent No. 8,868,150B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued October 21, 2014.

1052.   U.S. Patent Application Publication No. 2014/0316217A1 (Purdon et al.), titled "System and method for monitoring anesthesia and sedation using measures of brain coherence and synchrony," and published October 23, 2014.

1053.   U.S. Patent Application Publication No. 2014/0316218A1 (Purdon et al.), titled "Systems and methods for monitoring brain metabolism and activity using electroencephalogram and optical imaging," and published October 23, 2014.

1054.   U.S. Patent Application Publication No. 2014/0316228A1 (Blank et al.), titled "Method and apparatus for coupling a sample probe with a sample site," and published October 23, 2014.

1055.   U.S. Patent No. 8,870,792B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued October 28, 2014.

1056.   U.S. Patent Application Publication No. 2014/0323825A1 (Al-Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and published October 30, 2014.

1057.   U.S. Patent Application Publication No. 2014/0323897A1 (Brown et al.), titled "System and method for estimating high time-frequency resolution eeg spectrograms to monitor patient state," and published October 30, 2014.

1058.   U.S. Patent Application Publication No. 2014/0323898A1 (Purdon et al.), titled "System and Method for Monitoring Level of Dexmedatomidine-Induced Sedation," and published October 30, 2014.

1059.   U.S. Patent Application Publication No. 2014/0330098A1 (Merritt et al.), titled "Reflectance calibration of fluorescence-based glucose measurements," and published November 6, 2014.

1060.   U.S. Patent Application Publication No. 2014/0330099A1 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and published November 6, 2014.

1061.   U.S. Patent No. 8,886,271B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued November 11, 2014.

1062.   U.S. Patent Application Publication No. 2014/0333440A1 (Kiani), titled "Patient safety system with automatically adjusting bed," and published November 13, 2014.

1063.   U.S. Patent Application Publication No. 2014/0336481A1 (Shakespeare et al.), titled "Multispot monitoring for use in optical coherence tomography," and published November 13, 2014.

1064.   U.S. Patent No. 8,888,539B2 (Al-Ali et al.), titled "Shielded connector assembly," and issued November 18, 2014.

1065.   U.S. Patent No. 8,888,701B2 (LeBoeuf et al.), titled "Apparatus and methods for monitoring physiological data during environmental interference," and issued November 18, 2014.

1066.   U.S. Patent No. 8,888,708B2 (Diab et al.), titled "Signal processing apparatus and method," and issued November 18, 2014.

1067.   U.S. Patent No. 8,892,180B2 (Weber et al.), titled "Sine saturation transform," and issued November 18, 2014.

1068.   U.S. Patent Application Publication No. 2014/0343436A1 (Kiani), titled "Disposable active pulse sensor," and published November 20, 2014.

1069.   U.S. Patent No. 8,897,847B2 (Al-Ali), titled "Digit gauge for noninvasive optical sensor," and issued November 25, 2014.

1070.   U.S. Patent Application Publication No. 2014/0357966A1 (Al-Ali et al.), titled "Modular patient monitor," and published December 4, 2014.

1071.   U.S. Patent No. 8,909,310B2 (Lamego et al.), titled "Multi-stream sensor front ends for noninvasive measurement of blood constituents," and issued December 9, 2014.

1072.   U.S. Patent Application Publication No. 2014/0361147A1 (Fei), titled "Systems and Methods for Monitoring Physiological Parameters," and published December 11, 2014.

1073.   U.S. Patent No. 8,911,377B2 (Al-Ali), titled "Patient monitor including multi-parameter graphical display," and issued December 16, 2014.

1074.   U.S. Patent No. 8,912,909B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued December 16, 2014.

1075.   U.S. Patent Application Publication No. 2014/0378844A1 (Fei), titled "Systems and Methods for Optical Sensor Arrangements," and published December 25, 2014.

1076.   U.S. Patent No. 8,920,317B2 (Al-Ali et al.), titled "Multipurpose sensor port," and issued December 30, 2014.

1077.   U.S. Patent No. 8,920,332B2 (Hong et al.), titled "Wearable heart rate monitor," and issued December 30, 2014.

1078.   U.S. Patent No. 8,921,699B2 (Al-Ali et al.), titled "Low noise oximetry cable including conductive cords," and issued December 30, 2014.

1079.   U.S. Patent No. 8,922,382B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued December 30, 2014.

1080.   U.S. Patent Application Publication No. 2015/0005600A1 (Blank et al.), titled "Finger-placement sensor tape," and published January 1, 2015.

1081.   U.S. Patent No. 8,929,964B2 (Al-Ali et al.), titled "Multiple wavelength sensor drivers," and issued January 6, 2015.

1082.   U.S. Patent No. 8,929,967B2 (Mao et al.), titled "Noninvasive sensor housing," and issued January 6, 2015.

1083.   U.S. Patent Application Publication No. 2015/0011907A1 (Purdon et al.), titled "Systems and Methods To Infer Brain State During Burst Suppression," and published January 8, 2015.

1084.   U.S. Patent Application Publication No. 2015/0018650A1 (Al-Ali et al.), titled "Physiological monitor," and published January 15, 2015.

1085.   U.S. Patent No. 8,942,777B2 (Diab et al.), titled "Signal processing apparatus," and issued January 27, 2015.

1086.   U.S. Patent Application Publication No. 2015/0032029A1 (Al-Ali et al.), titled "Calibration for multi-stage physiological monitors," and published January 29, 2015.

1087.   U.S. Patent No. 8,948,834B2 (Diab et al.), titled "Signal processing apparatus," and issued February 3, 2015.

1088.   U.S. Patent No. 8,948,835B2 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued February 3, 2015.

1089.   U.S. Patent No. 8,965,471B2 (Lamego), titled "Tissue profile wellness monitor," and issued February 24, 2015.

1090.   U.S. Patent Application Publication No. 2015/0065889A1 (Gandelman et al.), titled "Bodily worn multiple optical sensors heart rate measuring device and method," and published March 5, 2015.

1091.   U.S. Patent Application Publication No. 2015/0073235A1 (Kateraas et al.), titled "Physical activity monitor and data collection unit," and published March 12, 2015.

1092.   U.S. Patent Application Publication No. 2015/0073241A1 (Lamego), titled "Medical device management system," and published March 12, 2015.

1093.   U.S. Patent No. 8,983,564B2 (Al-Ali), titled "Perfusion index smoother," and issued March 17, 2015.

1094.   U.S. Patent Application Publication No. 2015/0080754A1 (Purdon et al.), titled "Systems and Methods For Improved Brain Monitoring During General Anesthesia And Sedation," and published March 19, 2015.

1095.   U.S. Patent No. 8,989,831B2 (Al-Ali et al.), titled "Disposable components for reusable physiological sensor," and issued March 24, 2015.

1096.   U.S. Patent Application Publication No. 2015/0087936A1 (Al-Ali et al.), titled "Physiological parameter system," and published March 26, 2015.

1097.   U.S. Patent No. 8,996,085B2 (Kiani et al.), titled "Robust alarm system," and issued March 31, 2015.

1098.   U.S. Patent Application Publication No. 2015/0094546A1 (Al-Ali), titled "Patient monitor including multi-parameter graphical display," and published April 2, 2015.

1099.   U.S. Patent No. 8,998,809B2 (Kiani), titled "Systems and methods for calibrating minimally invasive and non-invasive physiological sensor devices," and issued April 7, 2015.

1100.   U.S. Patent Application Publication No. 2015/0099950A1 (Al-Ali et al.), titled "Regional oximetry sensor," and published April 9, 2015.

1101.   U.S. Patent No. 9,005,129B2 (Venkatraman et al.), titled "Wearable heart rate monitor," and issued April 14, 2015.

1102.   U.S. Patent Application Publication No. 2015/0101844A1 (Al-Ali et al.), titled "Low noise oximetry cable including conductive cords," and published April 16, 2015.

1103.   U.S. Patent Application Publication No. 2015/0106121A1 (Muhsin et al.), titled "Alarm notification system," and published April 16, 2015.

1104.   U.S. Patent Application Publication No. 2015/0119725A1 (Martin et al.), titled "System and method for obtaining bodily function measurements using a mobile device," and published April 30, 2015.

1105.   U.S. Patent No. 9,028,429B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued May 12, 2015.

1106.   U.S. Patent No. 9,037,207B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued May 19, 2015.

1107.   U.S. Patent No. 9,060,721B2 (Reichgott et al.), titled "Flowometry in optical coherence tomography for analyte level estimation," and issued June 23, 2015.

1108.   U.S. Patent No. 9,063,160B2 (Stamler et al.), titled "Method for liberating and detecting nitric oxide from nitrosothiols and iron nitrosyls in blood," and issued June 23, 2015.

1109.   U.S. Patent Application Publication No. 2015/0173671A1 (Paalasmaa et al.), titled "Physiological Monitoring Method and System," and published June 25, 2015.

1110.   U.S. Patent No. 9,066,666B2 (Kiani), titled "Patient monitor for monitoring microcirculation," and issued June 30, 2015.

1111.   U.S. Patent No. 9,066,680B1 (Al-Ali et al.), titled "System for determining confidence in respiratory rate measurements," and issued June 30, 2015.

1112.  U.S. Patent No. 9,072,437B2 (Paalasmaa), titled "Method, apparatus and computer program product for detecting heart rate," and issued July 7, 2015.

1113.  U.S. Patent No. 9,072,474B2 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and issued July 7, 2015.

1114.  U.S. Patent No. 9,078,560B2 (Schurman et al.), titled "Method for data reduction and calibration of an OCT-based physiological monitor," and issued July 14, 2015.

1115.  U.S. Patent No. 9,081,889B2 (Ingrassia, Jr. et al.), titled "Supporting the monitoring of a physical activity," and issued July 14, 2015.

1116.  U.S. Patent Application Publication No. 2015/0196249A1 (Brown et al.), titled "Reversal of General Anesthesia by Administration of Methylphenidate, Amphetamine, Modafinil, Amantadine, and/or Caffeine," and published July 16, 2015.

1117.  U.S. Patent No. 9,084,569B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and issued July 21, 2015.

1118.  U.S. Patent No. 9,095,316B2 (Welch et al.), titled "System for generating alarms based on alarm patterns," and issued August 4, 2015.

1119.  U.S. Patent Application Publication No. 2015/0216459A1 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and published August 6, 2015.

1120.  U.S. Patent No. 9,106,038B2 (Telfort et al.), titled "Pulse oximetry system with low noise cable hub," and issued August 11, 2015.

1121.  U.S. Patent No. 9,107,625B2 (Telfort et al.), titled "Pulse oximetry system with electrical decoupling circuitry," and issued August 18, 2015.

1122.  U.S. Patent No. 9,107,626B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued August 18, 2015.

1123.  U.S. Patent No. 9,113,831B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued August 25, 2015.

1124.  U.S. Patent No. 9,113,832B2 (Al-Ali), titled "Wrist-mounted physiological measurement device," and issued August 25, 2015.

1125.  U.S. Patent No. 9,119,595B2 (Lamego), titled "Reflection-detector sensor position indicator," and issued September 1, 2015.

1126.   U.S. Patent Application Publication No. 2015/0255001A1 (Haughav et al.), titled "Systems and methods for providing automated workout reminders," and published September 10, 2015.

1127.   U.S. Patent No. 9,131,881B2 (Diab et al.), titled "Hypersaturation index," and issued September 15, 2015.

1128.   U.S. Patent No. 9,131,882B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued September 15, 2015.

1129.   U.S. Patent No. 9,131,883B2 (Al-Ali), titled "Physiological trend monitor," and issued September 15, 2015.

1130.   U.S. Patent No. 9,131,917B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued September 15, 2015.

1131.   U.S. Patent Application Publication No. 2015/0257689A1 (Al-Ali et al.), titled "Physiological monitor calibration system," and published September 17, 2015.

1132.   U.S. Patent No. 9,138,180B1 (Coverston et al.), titled "Sensor adapter cable," and issued September 22, 2015.

1133.   U.S. Patent No. 9,138,182B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued September 22, 2015.

1134.   U.S. Patent No. 9,138,192B2 (Weber et al.), titled "Variable indication estimator," and issued September 22, 2015.

1135.   U.S. Patent No. 9,142,117B2 (Muhsin et al.), titled "Systems and methods for storing, analyzing, retrieving and displaying streaming medical data," and issued September 22, 2015.

1136.   U.S. Patent Application Publication No. 2015/0281424A1 (Vock et al.), titled "Personal items network, and associated methods," and published October 1, 2015.

1137.   U.S. Patent No. 9,153,112B1 (Kiani et al.), titled "Modular patient monitor," and issued October 6, 2015.

1138.   U.S. Patent No. 9,153,121B2 (Kiani et al.), titled "Alarm suspend system," and issued October 6, 2015.

1139.   U.S. Patent No. 9,161,696B2 (Al-Ali et al.), titled "Modular patient monitor," and issued October 20, 2015.

1140.   U.S. Patent No. 9,161,713B2 (Al-Ali et al.), titled "Multi-mode patient monitor configured to self-configure for a selected or determined mode of operation," and issued October 20, 2015.

1141.   U.S. Patent No. 9,167,995B2 (Lamego et al.), titled "Physiological parameter confidence measure," and issued October 27, 2015.

1142.   U.S. Patent No. 9,176,141B2 (Al-Ali et al.), titled "Physiological monitor calibration system," and issued November 3, 2015.

1143.   U.S. Patent Application Publication No. 2015/0318100A1 (Rothkopf et al.), titled "Actuator assisted alignment of connectible devices," and published November 5, 2015.

1144.   U.S. Patent No. 9,186,102B2 (Bruinsma et al.), titled "Emitter driver for noninvasive patient monitor," and issued November 17, 2015.

1145.   U.S. Patent No. 9,192,312B2 (Al-Ali), titled "Patient monitor for determining microcirculation state," and issued November 24, 2015.

1146.   U.S. Patent No. 9,192,329B2 (Al-Ali), titled "Variable mode pulse indicator," and issued November 24, 2015.

1147.   U.S. Patent No. 9,192,351B1 (Telfort et al.), titled "Acoustic respiratory monitoring sensor with probe-off detection," and issued November 24, 2015.

1148.   U.S. Patent No. 9,195,385B2 (Al-Ali et al.), titled "Physiological monitor touchscreen interface," and issued November 24, 2015.

1149.   U.S. Patent No. 9,210,566B2 (Ziemianska et al.), titled "Method and apparatus for automatically adjusting the operation of notifications based on changes in physical activity level," and issued December 8, 2015.

1150.   U.S. Patent Application Publication No. 2015/0351697A1 (Weber et al.), titled "Variable indication estimator," and published December 10, 2015.

1151.   U.S. Patent Application Publication No. 2015/0351704A1 (Kiani et al.), titled "Modular patient monitor," and published December 10, 2015.

1152.   U.S. Patent No. 9,211,072B2 (Kiani), titled "Disposable active pulse sensor," and issued December 15, 2015.

1153.   U.S. Patent No. 9,211,095B1 (Al-Ali), titled "Physiological measurement logic engine," and issued December 15, 2015.

1154. U.S. Patent No. 9,218,454B2 (Kiani et al.), titled "Medical monitoring system," and issued December 22, 2015.

1155. U.S. Patent Application Publication No. 2015/0366472A1 (Kiani), titled "Patient monitor for monitoring microcirculation," and published December 24, 2015.

1156. U.S. Patent Application Publication No. 2015/0366507A1 (Blank), titled "Proximity sensor in pulse oximeter," and published December 24, 2015.

1157. U.S. Patent Application Publication No. 2015/0374298A1 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and published December 31, 2015.

1158. U.S. Patent Application Publication No. 2015/0380875A1 (Coverston et al.), titled "Sensor adapter cable," and published December 31, 2015.

1159. U.S. Patent No. 9,226,696B2 (Kiani), titled "Patient safety system with automatically adjusting bed," and issued January 5, 2016.

1160. U.S. Patent Application Publication No. 2016/0000362A1 (Diab et al.), titled "Hypersaturation index," and published January 7, 2016.

1161. U.S. Patent Application Publication No. 2016/0007930A1 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and published January 14, 2016.

1162. U.S. Patent Application Publication No. 2016/0019360A1 (Pahwa et al.), titled "Wellness aggregator," and published January 21, 2016.

1163. U.S. Patent No. 9,241,662B2 (Al-Ali et al.), titled "Configurable physiological measurement system," and issued January 26, 2016.

1164. U.S. Patent No. 9,245,668B1 (Vo et al.), titled "Low noise cable providing communication between electronic sensor components and patient monitor," and issued January 26, 2016.

1165. U.S. Patent Application Publication No. 2016/0022160A1 (Pi et al.), titled "Optical heart rate sensor," and published January 28, 2016.

1166. U.S. Patent Application Publication No. 2016/0023245A1 (Zadesky et al.), titled "Portable electronic device using a tactile vibrator," and published January 28, 2016.

1167. U.S. Patent Application Publication No. 2016/0029932A1 (Al-Ali), titled "Physiological measurement communications adapter," and published February 4, 2016.

1168. U.S. Patent Application Publication No. 2016/0029933A1 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and published February 4, 2016.

1169. U.S. Patent Application Publication No. 2016/0038045A1 (Shapiro), titled "Motion artifact removal by time domain projection," and published February 11, 2016.

1170. U.S. Patent Application Publication No. 2016/0041531A1 (Mackie et al.), titled "Biofeedback watches," and published February 11, 2016.

1171. U.S. Patent No. 9,259,185B2 (Abdul-Hafiz et al.), titled "Ear sensor," and issued February 16, 2016.

1172. U.S. Patent Application Publication No. 2016/0045118A1 (Kiani), titled "Opticoustic sensor," and published February 18, 2016.

1173. U.S. Patent No. 9,267,572B2 (Barker et al.), titled "Cable tether system," and issued February 23, 2016.

1174. U.S. Patent Application Publication No. 2016/0051157A1 (Waydo), titled "Frequency domain projection algorithm," and published February 25, 2016.

1175. U.S. Patent Application Publication No. 2016/0051158A1 (Silva), titled "Harmonic template classifier," and published February 25, 2016.

1176. U.S. Patent Application Publication No. 2016/0051205A1 (Al-Ali et al.), titled "System for determining confidence in respiratory rate measurements," and published February 25, 2016.

1177. U.S. Patent Application Publication No. 2016/0058302A1 (Raghuram et al.), titled "Latent load calibration for calorimetry using sensor fusion," and published March 3, 2016.

1178. U.S. Patent Application Publication No. 2016/0058309A1 (Han), titled "Reflective surfaces for ppg signal detection," and published March 3, 2016.

1179. U.S. Patent Application Publication No. 2016/0058310A1 (Iijima), titled "Biological information detection device," and published March 3, 2016.

1180. U.S. Patent Application Publication No. 2016/0058312A1 (Han et al.), titled "Multiple light paths architecture and obscuration methods for signal and perfusion index optimization," and published March 3, 2016.

1181.   U.S. Patent Application Publication No. 2016/0058338A1 (Schurman et al.), titled "Method for data reduction and calibration of an oct-based physiological monitor," and published March 3, 2016.

1182.   U.S. Patent Application Publication No. 2016/0058356A1 (Raghuram et al.), titled "Method and system to calibrate fitness level and direct calorie burn using motion, location sensing, and heart rate," and published March 3, 2016.

1183.   U.S. Patent Application Publication No. 2016/0058370A1 (Raghuram et al.), titled "Accurate calorimetry for intermittent exercises," and published March 3, 2016.

1184.   U.S. Patent No. 9,277,880B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued March 8, 2016.

1185.   U.S. Patent Application Publication No. 2016/0066823A1 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and published March 10, 2016.

1186.   U.S. Patent Application Publication No. 2016/0066824A1 (Al-Ali et al.), titled "Total hemoglobin screening sensor," and published March 10, 2016.

1187.   U.S. Patent Application Publication No. 2016/0066879A1 (Telfort et al.), titled "Acoustic sensor assembly," and published March 10, 2016.

1188.   U.S. Patent Application Publication No. 2016/0071392A1 (Hankey et al.), titled "Care event detection and alerts," and published March 10, 2016.

1189.   U.S. Patent Application Publication No. 2016/0072429A1 (Kiani et al.), titled "Pool solar power generator," and published March 10, 2016.

1190.   U.S. Patent Application Publication No. 2016/0073967A1 (Lamego et al.), titled "Physiological parameter confidence measure," and published March 17, 2016.

1191.   U.S. Patent No. 9,289,167B2 (Diab et al.), titled "Signal processing apparatus and method," and issued March 22, 2016.

1192.   U.S. Patent No. 9,295,421B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued March 29, 2016.

1193.   U.S. Patent No. 9,307,928B1 (Al-Ali et al.), titled "Plethysmographic respiration processor," and issued April 12, 2016.

1194. U.S. Patent No. 9,311,382B2 (Varoglu et al.), titled "Method and apparatus for personal characterization data collection using sensors," and issued April 12, 2016.

1195. U.S. Patent Application Publication No. 2016/0106367A1 (Jorov et al.), titled "Wearable health sensor," and published April 21, 2016.

1196. U.S. Patent No. 9,323,894B2 (Kiani), titled "Health care sanitation monitoring system," and issued April 26, 2016.

1197. U.S. Patent Application Publication No. 2016/0113527A1 (Al-Ali), titled "Patient monitor for determining microcirculation state," and published April 28, 2016.

1198. U.S. Design Patent No. D755,392S (Hwang et al.), titled "Pulse oximetry sensor," and issued May 3, 2016.

1199. U.S. Patent No. 9,326,712B1 (Kiani), titled "Opticoustic sensor," and issued May 3, 2016.

1200. U.S. Patent No. 9,333,316B2 (Kiani), titled "Drug administration controller," and issued May 10, 2016.

1201. U.S. Patent No. 9,339,220B2 (Lamego et al.), titled "Multi-wavelength physiological monitor," and issued May 17, 2016.

1202. U.S. Patent No. 9,339,236B2 (Frix et al.), titled "Continuous transdermal monitoring system and method," and issued May 17, 2016.

1203. U.S. Patent No. 9,341,565B2 (Lamego et al.), titled "Multiple-wavelength physiological monitor," and issued May 17, 2016.

1204. U.S. Patent Application Publication No. 2016/0143548A1 (Al-Ali), titled "Variable mode pulse indicator," and published May 26, 2016.

1205. U.S. Patent No. 9,351,673B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 31, 2016.

1206. U.S. Patent No. 9,351,675B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued May 31, 2016.

1207. U.S. Patent No. 9,357,665B2 (Myers et al.), titled "Handheld device enclosure," and issued May 31, 2016.

1208.   U.S. Patent Application Publication No. 2016/0154950A1 (Nakajima et al.), titled "Systems and methods for identifying unauthorized users of an electronic device," and published June 2, 2016.

1209.   U.S. Patent Application Publication No. 2016/0157780A1 (Rimminen et al.), titled "Sleep measurement computer system," and published June 9, 2016.

1210.   U.S. Patent No. 9,364,181B2 (Kiani et al.), titled "Physiological sensor combination," and issued June 14, 2016.

1211.   U.S. Patent No. 9,368,671B2 (Wojtczuk et al.), titled "Bifacial tandem solar cells," and issued June 14, 2016.

1212.   U.S. Patent Application Publication No. 2016/0166210A1 (Al-Ali), titled "Physiological measurement logic engine," and published June 16, 2016.

1213.   U.S. Patent No. 9,370,325B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued June 21, 2016.

1214.   U.S. Patent No. 9,370,326B2 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and issued June 21, 2016.

1215.   U.S. Patent No. 9,370,335B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued June 21, 2016.

1216.   U.S. Patent No. 9,375,185B2 (Al-Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and issued June 28, 2016.

1217.   U.S. Patent Application Publication No. 2016/0192869A1 (Kiani et al.), titled "Non-invasive physiological sensor cover," and published July 7, 2016.

1218.   U.S. Patent Application Publication No. 2016/0196388A1 (Lamego), titled "Medical device management system," and published July 7, 2016.

1219.   U.S. Patent Application Publication No. 2016/0197436A1 (Barker et al.), titled "Cable tether system," and published July 7, 2016.

1220.   U.S. Patent No. 9,386,953B2 (Al-Ali), titled "Method of sterilizing a reusable portion of a noninvasive optical probe," and issued July 12, 2016.

1221.   U.S. Patent No. 9,386,961B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued July 12, 2016.

1222.   U.S. Patent No. 9,392,945B2 (Al-Ali et al.), titled "Automated CCHD screening and detection," and issued July 19, 2016.

1223.   U.S. Patent No. 9,397,448B2 (Al-Ali et al.), titled "Shielded connector assembly," and issued July 19, 2016.

1224.   U.S. Patent Application Publication No. 2016/0213281A1 (Eckerbom et al.), titled "Nasal/oral cannula system and manufacturing," and published July 28, 2016.

1225.   U.S. Patent Application Publication No. 2016/0213309A1 (Sannholm et al.), titled "System for determining the quality of sleep," and published July 28, 2016.

1226.   U.S. Patent No. 9,408,542B1 (Kinast et al.), titled "Non-invasive blood pressure measurement system," and issued August 9, 2016.

1227.   U.S. Patent No. 9,436,645B2 (Al-Ali et al.), titled "Medical monitoring hub," and issued September 6, 2016.

1228.   U.S. Patent Application Publication No. 2016/0256058A1 (Pham et al.), titled "Statistical heart rate monitoring for estimating calorie expenditure," and published September 8, 2016.

1229.   U.S. Patent Application Publication No. 2016/0256082A1 (Ely et al.), titled "Sensors and applications," and published September 8, 2016.

1230.   U.S. Patent Application Publication No. 2016/0267238A1 (Nag), titled "Systems and Methods for Facilitating Health Research," and published September 15, 2016.

1231.   U.S. Patent No. 9,445,759B1 (Lamego et al.), titled "Blood glucose calibration system," and issued September 20, 2016.

1232.   U.S. Patent Application Publication No. 2016/0270735A1 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and published September 22, 2016.

1233.   U.S. Patent Application Publication No. 2016/0283665A1 (Sampath et al.), titled "Medical communication protocol translator," and published September 29, 2016.

1234.   U.S. Patent Application Publication No. 2016/0287107A1 (Szabados et al.), titled "Intelligent photoplethysmograph signal-to-noise ratio control for recovery of biosignals during times of motion," and published October 6, 2016.

1235. U.S. Patent Application Publication No. 2016/0287181A1 (Han et al.), titled "Wearable multi-modal physiological sensing system," and published October 6, 2016.

1236. U.S. Patent Application Publication No. 2016/0287786A1 (Kiani), titled "Drug administration controller," and published October 6, 2016.

1237. U.S. Patent No. 9,466,919B2 (Kiani et al.), titled "Magnetic connector," and issued October 11, 2016.

1238. U.S. Patent Application Publication No. 2016/0296173A1 (Culbert), titled "Motion artifact cancelation," and published October 13, 2016.

1239. U.S. Patent Application Publication No. 2016/0296174A1 (Isikman et al.), titled "Method of reducing motion artifacts on wearable optical sensor devices," and published October 13, 2016.

1240. U.S. Patent No. 9,474,474B2 (Lamego et al.), titled "Patient monitor as a minimally invasive glucometer," and issued October 25, 2016.

1241. U.S. Patent Application Publication No. 2016/0310027A1 (Han), titled "Dynamically reconfigurable apertures for optimization of ppg signal and ambient light mitigation," and published October 27, 2016.

1242. U.S. Patent Application Publication No. 2016/0314260A1 (Kiani), titled "Health care sanitation monitoring system," and published October 27, 2016.

1243. U.S. Patent No. 9,480,422B2 (Al-Ali), titled "Cyanotic infant sensor," and issued November 1, 2016.

1244. U.S. Patent No. 9,480,435B2 (Olsen), titled "Configurable patient monitoring system," and issued November 1, 2016.

1245. U.S. Patent No. 9,489,081B2 (Anzures et al.), titled "Electronic touch communication," and issued November 8, 2016.

1246. U.S. Patent Application Publication No. 2016/0327984A1 (Al-Ali et al.), titled "Medical monitoring hub," and published November 10, 2016.

1247. U.S. Patent No. 9,492,110B2 (Al-Ali et al.), titled "Physiological monitor," and issued November 15, 2016.

1248. U.S. Patent No. 9,497,534B2 (Prest et al.), titled "Sports monitoring system for headphones, earbuds and/or headsets," and issued November 15, 2016.

1249.   U.S. Patent No. 9,510,779B2 (Poeze et al.), titled "Analyte monitoring using one or more accelerometers," and issued December 6, 2016.

1250.   U.S. Patent No. 9,517,024B2 (Kiani et al.), titled "Optical-based physiological monitoring system," and issued December 13, 2016.

1251.   U.S. Patent Application Publication No. 2016/0367173A1 (Dalvi et al.), titled "Non-invasive optical physiological differential pathlength sensor," and published December 22, 2016.

1252.   U.S. Patent No. 9,526,430B2 (Srinivas et al.), titled "Method and system to estimate day-long calorie expenditure based on posture," and issued December 27, 2016.

1253.   U.S. Patent Application Publication No. 2016/0378069A1 (Rothkopf), titled "Wearable electronic device," and published December 29, 2016.

1254.   U.S. Patent Application Publication No. 2016/0378071A1 (Rothkopf), titled "Wearable electronic device," and published December 29, 2016.

1255.   U.S. Patent No. 9,532,722B2 (Lamego et al.), titled "Patient monitoring system," and issued January 3, 2017.

1256.   U.S. Patent No. 9,538,949B2 (Al-Ali et al.), titled "Depth of consciousness monitor including oximeter," and issued January 10, 2017.

1257.   U.S. Patent No. 9,538,980B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued January 10, 2017.

1258.   U.S. Patent Application Publication No. 2017/0007183A1 (Dusan et al.), titled "Wearing Dependent Operation of Wearable Device," and published January 12, 2017.

1259.   U.S. Patent Application Publication No. 2017/0010858A1 (Prest et al.), titled "Sports Monitoring System for Headphones, Earbuds and/or Headsets," and published January 12, 2017.

1260.   U.S. Patent Application Publication No. 2017/0014083A1 (Diab et al.), titled "Signal processing apparatus and method," and published January 19, 2017.

1261.   U.S. Patent No. 9,549,696B2 (Lamego et al.), titled "Physiological parameter confidence measure," and issued January 24, 2017.

1262.   U.S. Patent No. 9,553,625B2 (Hatanaka et al.), titled "Modular functional band links for wearable devices," and issued January 24, 2017.

1263.  U.S. Patent Application Publication No. 2017/0024748A1 (Haider), titled "Guided discussion platform for multiple parties," and published January 26, 2017.

1264.  U.S. Patent No. 9,554,737B2 (Schurman et al.), titled "Noninvasively measuring analyte levels in a subject," and issued January 31, 2017.

1265.  U.S. Patent No. 9,560,996B2 (Kiani), titled "Universal medical system," and issued February 7, 2017.

1266.  U.S. Patent No. 9,560,998B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued February 7, 2017.

1267.  U.S. Patent No. 9,566,019B2 (Al-Ali et al.), titled "Respiratory monitoring," and issued February 14, 2017.

1268.  U.S. Patent Application Publication No. 2017/0042488A1 (Muhsin), titled "Medical monitoring analysis and replay including indicia responsive to light attenuated by body tissue," and published February 16, 2017.

1269.  U.S. Patent No. 9,579,039B2 (Jansen et al.), titled "Non-invasive intravascular volume index monitor," and issued February 28, 2017.

1270.  U.S. Patent Application Publication No. 2017/0055896A1 (Al-Ali et al.), titled "Systems and methods to monitor repositioning of a patient," and published March 2, 2017.

1271.  U.S. Patent No. 9,591,975B2 (Dalvi et al.), titled "Contoured protrusion for improving spectroscopic measurement of blood constituents," and issued March 14, 2017.

1272.  U.S. Patent No. 9,593,969B2 (King), titled "Concealed electrical connectors," and issued March 14, 2017.

1273.  U.S. Patent Application Publication No. 2017/0074897A1 (Mermel et al.), titled "Calculating an estimate of wind resistance experienced by a cyclist," and published March 16, 2017.

1274.  U.S. Patent Application Publication No. 2017/0084133A1 (Cardinali et al.), titled "Indicators for wearable electronic devices," and published March 23, 2017.

1275.  U.S. Patent Application Publication No. 2017/0086689A1 (Shui et al.), titled "Electronic device including ambient light compensation circuit for heart rate generation and related methods," and published March 30, 2017.

1276.    U.S. Patent Application Publication No. 2017/0086742A1 (Harrison-Noonan et al.), titled "Band tightness sensing," and published March 30, 2017.

1277.    U.S. Patent Application Publication No. 2017/0086743A1 (Bushnell et al.), titled "Sensing Contact Force Related to User Wearing an Electronic Device," and published March 30, 2017.

1278.    U.S. Patent Application Publication No. 2017/0094450A1 (Tu et al.), titled "Crowdsourcing activity detection for group activities," and published March 30, 2017.

1279.    U.S. Patent No. 9,622,692B2 (Lamego et al.), titled "Personal health device," and issued April 18, 2017.

1280.    U.S. Patent No. 9,622,693B2 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued April 18, 2017.

1281.    U.S. Patent No. 9,636,055B2 (Al-Ali et al.), titled "Pulse and confidence indicator displayed proximate plethysmograph," and issued May 2, 2017.

1282.    U.S. Patent No. 9,636,056B2 (Al-Ali), titled "Physiological trend monitor," and issued May 2, 2017.

1283.    U.S. Patent No. 9,649,054B2 (Lamego et al.), titled "Blood pressure measurement method," and issued May 16, 2017.

1284.    U.S. Patent No. 9,651,405B1 (Gowreesunker et al.), titled "Dynamic adjustment of a sampling rate for an optical encoder," and issued May 16, 2017.

1285.    U.S. Patent Application Publication No. 2017/0143281A1 (Olsen), titled "Configurable patient monitoring system," and published May 25, 2017.

1286.    U.S. Patent Application Publication No. 2017/0147774A1 (Kiani), titled "Universal medical system," and published May 25, 2017.

1287.    U.S. Design Patent No. D788,312S (Al-Ali et al.), titled "Wireless patient monitoring device," and issued May 30, 2017.

1288.    U.S. Patent No. 9,662,052B2 (Al-Ali et al.), titled "Reprocessing of a physiological sensor," and issued May 30, 2017.

1289.    U.S. Patent No. 9,668,676B2 (Culbert), titled "User identification system based on plethysmography," and issued June 6, 2017.

1290.   U.S. Patent No. 9,668,679B2 (Schurman et al.), titled "Method for data reduction and calibration of an OCT-based physiological monitor," and issued June 6, 2017.

1291.   U.S. Patent No. 9,668,680B2 (Bruinsma et al.), titled "Emitter driver for noninvasive patient monitor," and issued June 6, 2017.

1292.   U.S. Patent No. 9,668,703B2 (Al-Ali), titled "Bidirectional physiological information display," and issued June 6, 2017.

1293.   U.S. Patent No. 9,675,286B2 (Diab), titled "Plethysmograph pulse recognition processor," and issued June 13, 2017.

1294.   U.S. Patent Application Publication No. 2017/0164884A1 (Culbert et al.), titled "Measuring respiration rate with multi-band plethysmography," and published June 15, 2017.

1295.   U.S. Patent No. 9,681,812B2 (Presura), titled "Optical device for measuring a heart rate of a user," and issued June 20, 2017.

1296.   U.S. Patent No. 9,684,900B2 (Motoki et al.), titled "Authentication on mobile device using two-dimensional code," and issued June 20, 2017.

1297.   U.S. Patent Application Publication No. 2017/0172435A1 (Presura), titled "Physiological property determination apparatus," and published June 22, 2017.

1298.   U.S. Patent Application Publication No. 2017/0172476A1 (Schilthuizen), titled "Body worn measurement device," and published June 22, 2017.

1299.   U.S. Patent Application Publication No. 2017/0173632A1 (Al-Ali), titled "Varnish-coated release liner," and published June 22, 2017.

1300.   U.S. Patent No. 9,687,160B2 (Kiani), titled "Congenital heart disease monitor," and issued June 27, 2017.

1301.   U.S. Patent No. 9,693,719B2 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and issued July 4, 2017.

1302.   U.S. Patent No. 9,693,737B2 (Al-Ali), titled "Physiological measurement logic engine," and issued July 4, 2017.

1303.   U.S. Patent No. 9,697,928B2 (Al-Ali et al.), titled "Automated assembly sensor cable," and issued July 4, 2017.

1304.   U.S. Patent No. 9,699,546B2 (Qian et al.), titled "Earbuds with biometric sensing," and issued July 4, 2017.

1305.   U.S. Patent No. 9,700,249B2 (Johnson et al.), titled "Non-invasive optical sensor," and issued July 11, 2017.

1306.   U.S. Patent Application Publication No. 2017/0196464A1 (Jansen et al.), titled "Non-invasive intravascular volume index monitor," and published July 13, 2017.

1307.   U.S. Patent Application Publication No. 2017/0196470A1 (Lamego et al.), titled "Patient monitoring system," and published July 13, 2017.

1308.   U.S. Patent Application Publication No. 2017/0202505A1 (Kirenko et al.), titled "Unobtrusive skin tissue hydration determining device and related method," and published July 20, 2017.

1309.   U.S. Patent No. 9,716,937B2 (Qian et al.), titled "Earbuds with biometric sensing," and issued July 25, 2017.

1310.   U.S. Patent Application Publication No. 2017/0209095A1 (Wagner et al.), titled "Optical Physiological Sensor Modules with Reduced Signal Noise," and published July 27, 2017.

1311.   U.S. Patent No. 9,717,425B2 (Kiani et al.), titled "Noise shielding for a noninvaise device," and issued August 1, 2017.

1312.   U.S. Patent No. 9,717,448B2 (Frix et al.), titled "Continuous transdermal monitoring system and method," and issued August 1, 2017.

1313.   U.S. Patent No. 9,717,458B2 (Lamego et al.), titled "Magnetic-flap optical sensor," and issued August 1, 2017.

1314.   U.S. Patent No. 9,723,997B1 (Lamego), titled "Electronic device that computes health data," and issued August 8, 2017.

1315.   U.S. Patent No. 9,724,016B1 (Al-Ali et al.), titled "Respiration processor," and issued August 8, 2017.

1316.   U.S. Patent No. 9,724,024B2 (Al-Ali), titled "Adaptive alarm system," and issued August 8, 2017.

1317.   U.S. Patent No. 9,724,025B1 (Kiani et al.), titled "Active-pulse blood analysis system," and issued August 8, 2017.

1318.   U.S. Patent Application Publication No. 2017/0228516A1 (Sampath et al.), titled "Intelligent medical escalation process," and published August 10, 2017.

1319.   U.S. Patent No. 9,730,640B2 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued August 15, 2017.

1320.   U.S. Patent No. 9,743,887B2 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and issued August 29, 2017.

1321.   U.S. Patent No. 9,749,232B2 (Sampath et al.), titled "Intelligent medical network edge router," and issued August 29, 2017.

1322.   U.S. Patent Application Publication No. 2017/0245790A1 (Al-Ali et al.), titled "Reprocessing of a physiological sensor," and published August 31, 2017.

1323.   U.S. Patent Application Publication No. 2017/0248446A1 (Gowreesunker et al.), titled "Dynamic Adjustment of a Sampling Rate for an Optical Encoder," and published August 31, 2017.

1324.   U.S. Patent No. 9,750,442B2 (Olsen), titled "Physiological status monitor," and issued September 5, 2017.

1325.   U.S. Patent No. 9,750,443B2 (Smith et al.), titled "Multiple wavelength sensor emitters," and issued September 5, 2017.

1326.   U.S. Patent No. 9,750,461B1 (Telfort), titled "Acoustic respiratory monitoring sensor with probe-off detection," and issued September 5, 2017.

1327.   U.S. Patent No. 9,752,925B2 (Chu et al.), titled "Optical sensor," and issued September 5, 2017.

1328.   U.S. Patent Application Publication No. 2017/0251974A1 (Shreim et al.), titled "Nose sensor," and published September 7, 2017.

1329.   U.S. Patent Application Publication No. 2017/0273619A1 (Alvarado et al.), titled "Techniques for jointly calibrating load and aerobic capacity," and published September 28, 2017.

1330.   U.S. Patent No. 9,775,545B2 (Al-Ali et al.), titled "Magnetic electrical connector for patient monitors," and issued October 3, 2017.

1331.   U.S. Patent No. 9,775,546B2 (Diab et al.), titled "Hypersaturation index," and issued October 3, 2017.

1332.  U.S. Patent No. 9,775,570B2 (Al-Ali), titled "Adaptive alarm system," and issued October 3, 2017.

1333.  U.S. Patent No. 9,778,079B1 (Al-Ali et al.), titled "Physiological monitor gauge panel," and issued October 3, 2017.

1334.  U.S. Patent Application Publication No. 2017/0281024A1 (Narasimhan et al.), titled "Wrist worn accelerometer for pulse transit time (ptt) measurements of blood pressure," and published October 5, 2017.

1335.  U.S. Patent No. 9,781,984B2 (Baranski et al.), titled "Dynamic fit adjustment for wearable electronic devices," and issued October 10, 2017.

1336.  U.S. Patent No. 9,782,077B2 (Lamego et al.), titled "Modulated physiological sensor," and issued October 10, 2017.

1337.  U.S. Patent No. 9,782,110B2 (Kiani), titled "Opticoustic sensor," and issued October 10, 2017.

1338.  U.S. Patent No. 9,787,568B2 (Lamego et al.), titled "Physiological test credit method," and issued October 10, 2017.

1339.  U.S. Patent Application Publication No. 2017/0293727A1 (Klaassen et al.), titled "Intelligent blood pressure monitoring," and published October 12, 2017.

1340.  U.S. Patent No. 9,788,735B2 (Al-Ali), titled "Body worn mobile medical patient monitor," and issued October 17, 2017.

1341.  U.S. Patent No. 9,788,768B2 (Al-Ali et al.), titled "Physiological parameter tracking system," and issued October 17, 2017.

1342.  U.S. Patent No. 9,795,300B2 (Al-Ali), titled "Wearable portable patient monitor," and issued October 24, 2017.

1343.  U.S. Patent No. 9,795,310B2 (Al-Ali et al.), titled "Patient monitor for determining microcirculation state," and issued October 24, 2017.

1344.  U.S. Patent No. 9,795,358B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued October 24, 2017.

1345.  U.S. Patent No. 9,795,739B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued October 24, 2017.

1346.  U.S. Patent No. 9,801,556B2 (Kiani), titled "Patient monitor for monitoring microcirculation," and issued October 31, 2017.

1347. U.S. Patent No. 9,801,588B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and issued October 31, 2017.

1348. U.S. Patent Application Publication No. 2017/0311891A1 (Kiani et al.), titled "Optical sensor tape," and published November 2, 2017.

1349. U.S. Patent No. 9,808,188B1 (Perea et al.), titled "Robust fractional saturation determination," and issued November 7, 2017.

1350. U.S. Patent No. 9,814,418B2 (Weber et al.), titled "Sine saturation transform," and issued November 14, 2017.

1351. U.S. Patent Application Publication No. 2017/0325698A1 (Allec et al.), titled "Systems and methods for non-pulsatile blood volume measurements," and published November 16, 2017.

1352. U.S. Patent Application Publication No. 2017/0325744A1 (Allec et al.), titled "Systems and methods for increasing localized pressure to improve ppg motion performance," and published November 16, 2017.

1353. U.S. Patent No. 9,820,691B2 (Kiani), titled "Fluid titration system," and issued November 21, 2017.

1354. U.S. Patent Application Publication No. 2017/0340209A1 (Klaassen et al.), titled "Blood pressure monitoring using a multi-function wrist-worn device," and published November 30, 2017.

1355. U.S. Patent Application Publication No. 2017/0340219A1 (Sullivan et al.), titled "Electrical coupling of pulse transit time (ptt) measurement system to heart for blood pressure measurment," and published November 30, 2017.

1356. U.S. Patent Application Publication No. 2017/0340293A1 (Al-Ali et al.), titled "Automated condition screening and detection," and published November 30, 2017.

1357. U.S. Patent No. 9,833,152B2 (Kiani et al.), titled "Optical-based physiological monitoring system," and issued December 5, 2017.

1358. U.S. Patent No. 9,833,180B2 (Shakespeare et al.), titled "Multispot monitoring for use in optical coherence tomography," and issued December 5, 2017.

1359. U.S. Patent No. 9,838,775B2 (Qian et al.), titled "Earbuds with biometric sensing," and issued December 5, 2017.

1360.   U.S. Patent Application Publication No. 2017/0347885A1 (Tan et al.), titled "Detecting activity by a wheelchair user," and published December 7, 2017.

1361.   U.S. Patent No. 9,839,379B2 (Al-Ali et al.), titled "Regional oximetry pod," and issued December 12, 2017.

1362.   U.S. Patent No. 9,839,381B1 (Weber et al.), titled "Physiological measurement system with automatic wavelength adjustment," and issued December 12, 2017.

1363.   U.S. Patent Application Publication No. 2017/0354332A1 (Lamego et al.), titled "Electronic device that computes health data," and published December 14, 2017.

1364.   U.S. Patent Application Publication No. 2017/0354795A1 (Blahnik et al.), titled "Breathing sequence user interface," and published December 14, 2017.

1365.   U.S. Patent Application Publication No. 2017/0358239A1 (Arney et al.), titled "Breathing Synchronization and Monitoring," and published December 14, 2017.

1366.   U.S. Patent Application Publication No. 2017/0358240A1 (Blahnik et al.), titled "Fluctuating progress indicator," and published December 14, 2017.

1367.   U.S. Patent Application Publication No. 2017/0358242A1 (Thompson et al.), titled "Managing presentation of fitness achievements," and published December 14, 2017.

1368.   U.S. Patent No. 9,847,002B2 (Kiani et al.), titled "Modular patient monitor," and issued December 19, 2017.

1369.   U.S. Patent No. 9,847,749B2 (Kiani et al.), titled "Pool solar power generator," and issued December 19, 2017.

1370.   U.S. Patent Application Publication No. 2017/0360306A1 (Narasimhan et al.), titled "Systems, devices, and methods for measuring blood pressure of a user," and published December 21, 2017.

1371.   U.S. Patent Application Publication No. 2017/0366657A1 (Thompson et al.), titled "Tracking activity data between wearable devices paired with a companion device," and published December 21, 2017.

1372.   U.S. Patent No. 9,848,800B1 (Lee et al.), titled "Respiratory pause detector," and issued December 26, 2017.

1373.   U.S. Patent No. 9,848,806B2 (Al-Ali), titled "Low power pulse oximeter," and issued December 26, 2017.

1374.   U.S. Patent No. 9,848,807B2 (Lamego), titled "Tissue profile wellness monitor," and issued December 26, 2017.

1375.   U.S. Patent No. 9,848,823B2 (Raghuram et al.), titled "Context-aware heart rate estimation," and issued December 26, 2017.

1376.   U.S. Patent No. 9,861,298B2 (Eckerbom et al.), titled "Gas sampling line," and issued January 9, 2018.

1377.   U.S. Patent No. 9,861,304B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued January 9, 2018.

1378.   U.S. Patent No. 9,861,305B1 (Weber et al.), titled "Method and apparatus for calibration to reduce coupling between signals in a measurement system," and issued January 9, 2018.

1379.   U.S. Patent No. 9,866,671B1 (Thompson et al.), titled "Tracking activity data between wearable devices paired with a companion device," and issued January 9, 2018.

1380.   U.S. Patent Application Publication No. 2018/0008146A1 (Al-Ali et al.), titled "Wearable pulse oximeter and respiration monitor," and published January 11, 2018.

1381.   U.S. Patent No. 9,867,575B2 (Maani et al.), titled "Heart rate path optimizer," and issued January 16, 2018.

1382.   U.S. Patent No. 9,867,578B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued January 16, 2018.

1383.   U.S. Patent Application Publication No. 2018/0014781A1 (Clavelle et al.), titled "Sensor window with integrated isolation feature," and published January 18, 2018.

1384.   U.S. Patent No. 9,872,623B2 (Al-Ali), titled "Arm mountable portable patient monitor," and issued January 23, 2018.

1385.   U.S. Patent No. 9,876,320B2 (Coverston et al.), titled "Sensor adapter cable," and issued January 23, 2018.

1386.   U.S. Patent Application Publication No. 2018/0025287A1 (Mathew et al.), titled "Using proxies to enable on-device machine learning," and published January 25, 2018.

1387.   U.S. Patent No. 9,877,650B2 (Muhsin et al.), titled "Physiological monitor with mobile computing device connectivity," and issued January 30, 2018.

1388.   U.S. Patent No. 9,877,686B2 (Al-Ali et al.), titled "System for determining confidence in respiratory rate measurements," and issued January 30, 2018.

1389.   U.S. Patent No. 9,891,079B2 (Dalvi), titled "Pulser with double-bearing position encoder for non-invasive physiological monitoring," and issued February 13, 2018.

1390.   U.S. Patent No. 9,891,590B2 (Shim et al.), titled "Reverse battery protection device and operating method thereof," and issued February 13, 2018.

1391.   U.S. Patent Application Publication No. 2018/0042556A1 (Shahparnia et al.), titled "Vital signs monitoring system," and published February 15, 2018.

1392.   U.S. Patent No. 9,895,107B2 (Al-Ali et al.), titled "Disposable components for reusable physiological sensor," and issued February 20, 2018.

1393.   U.S. Patent No. 9,898,049B2 (Myers et al.), titled "Handheld device enclosure having outer periphery members and a front cover assembly," and issued February 20, 2018.

1394.   U.S. Patent Application Publication No. 2018/0049694A1 (Singh Alvarado et al.), titled "Systems and methods for determining individualized energy expenditure," and published February 22, 2018.

1395.   U.S. Patent Application Publication No. 2018/0050235A1 (Tan et al.), titled "Pose and heart rate energy expenditure for yoga," and published February 22, 2018.

1396.   U.S. Patent Application Publication No. 2018/0055375A1 (Martinez et al.), titled "Systems and methods for determining an intensity level of an exercise using photoplethysmogram (ppg)," and published March 1, 2018.

1397.   U.S. Patent Application Publication No. 2018/0055390A1 (Kiani et al.), titled "Noise shielding for a noninvasive device," and published March 1, 2018.

1398.   U.S. Patent Application Publication No. 2018/0055439A1 (Pham et al.), titled "Detecting unmeasurable loads using heart rate and work rate," and published March 1, 2018.

1399.   U.S. Patent Application Publication No. 2018/0056129A1 (Narasimha Rao et al.), titled "Systems and methods of swimming calorimetry," and published March 1, 2018.

1400.   U.S. Patent Application Publication No. 2018/0064381A1 (Shakespeare et al.), titled "Multispot monitoring for use in optical coherence tomography," and published March 8, 2018.

1401.   U.S. Patent No. 9,913,617B2 (Al-Ali et al.), titled "Medical monitoring hub," and issued March 13, 2018.

1402.   U.S. Patent Application Publication No. 2018/0070867A1 (Smith et al.), titled "Multiple wavelength sensor emitters," and published March 15, 2018.

1403.   U.S. Patent No. 9,918,646B2 (Singh Alvarado et al.), titled "Sensor fusion approach to energy expenditure estimation," and issued March 20, 2018.

1404.   U.S. Patent Application Publication No. 2018/0078151A1 (Allec et al.), titled "Systems and methods for determining physiological signals using ambient light," and published March 22, 2018.

1405.   U.S. Patent Application Publication No. 2018/0078182A1 (Chen et al.), titled "Workout monitor interface," and published March 22, 2018.

1406.   U.S. Patent Application Publication No. 2018/0082767A1 (Al-Ali et al.), titled "Automated assembly sensor cable," and published March 22, 2018.

1407.   U.S. Patent No. 9,924,893B2 (Schurman et al.), titled "Apparatus and method for creating a stable optical interface," and issued March 27, 2018.

1408.   U.S. Patent No. 9,924,897B1 (Abdul-Hafiz et al.), titled "Heated reprocessing of physiological sensors," and issued March 27, 2018.

1409.   U.S. Patent Application Publication No. 2018/0085068A1 (Telfort), titled "Acoustic respiratory monitoring sensor with probe-off detection," and published March 29, 2018.

1410.   U.S. Patent Application Publication No. 2018/0087937A1 (Al-Ali et al.), titled "Physiological monitor gauge panel," and published March 29, 2018.

1411.   U.S. Patent No. 9,936,917B2 (Poeze et al.), titled "Patient monitor placement indicator," and issued April 10, 2018.

1412.   U.S. Patent No. 9,943,269B2 (Muhsin et al.), titled "System for displaying medical monitoring data," and issued April 17, 2018.

1413.  U.S. Patent Application Publication No. 2018/0103874A1 (Lee et al.), titled "Systems and methods for patient fall detection," and published April 19, 2018.

1414.  U.S. Patent Application Publication No. 2018/0103905A1 (Kiani), titled "Fluid titration system," and published April 19, 2018.

1415.  U.S. Patent No. 9,949,676B2 (Al-Ali), titled "Patient monitor capable of monitoring the quality of attached probes and accessories," and issued April 24, 2018.

1416.  U.S. Patent No. 9,952,095B1 (Hotelling et al.), titled "Methods and systems for modulation and demodulation of optical signals," and issued April 24, 2018.

1417.  U.S. Patent Application Publication No. 2018/0110469A1 (Maani et al.), titled "Heart rate path optimizer," and published April 26, 2018.

1418.  U.S. Patent No. 9,955,937B2 (Telfort), titled "Acoustic patient sensor coupler," and issued May 1, 2018.

1419.  U.S. Patent No. 9,965,946B2 (Al-Ali et al.), titled "Systems and methods for monitoring a patient health network," and issued May 8, 2018.

1420.  U.S. Patent Application Publication No. 2018/0125368A1 (Lamego et al.), titled "Modulated physiological sensor," and published May 10, 2018.

1421.  U.S. Patent Application Publication No. 2018/0125430A1 (Al-Ali et al.), titled "Physiological parameter system," and published May 10, 2018.

1422.  U.S. Patent Application Publication No. 2018/0132769A1 (Weber et al.), titled "Physiological measurement system with automatic wavelength adjustment," and published May 17, 2018.

1423.  U.S. Patent No. 9,980,667B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued May 29, 2018.

1424.  U.S. Patent Application Publication No. 2018/0146901A1 (Al-Ali et al.), titled "Regional oximetry pod," and published May 31, 2018.

1425.  U.S. Patent Application Publication No. 2018/0146902A1 (Kiani et al.), titled "Active-pulse blood analysis system," and published May 31, 2018.

1426.  U.S. Patent No. 9,986,919B2 (Lamego et al.), titled "Patient monitoring system," and issued June 5, 2018.

1427.   U.S. Patent No. 9,986,952B2 (Dalvi et al.), titled "Heart sound simulator," and issued June 5, 2018.

1428.   U.S. Patent No. 9,989,560B2 (Poeze et al.), titled "Interference detector for patient monitor," and issued June 5, 2018.

1429.   U.S. Patent Application Publication No. 2018/0153418A1 (Sullivan et al.), titled "Cuff designs and methods," and published June 7, 2018.

1430.   U.S. Patent Application Publication No. 2018/0153442A1 (Eckerbom et al.), titled "Gas Sampling Line for Respiratory Gases," and published June 7, 2018.

1431.   U.S. Patent Application Publication No. 2018/0153446A1 (Kiani), titled "Opticoustic sensor," and published June 7, 2018.

1432.   U.S. Patent Application Publication No. 2018/0153448A1 (Weber et al.), titled "Method and apparatus for calibration to reduce coupling between signals in a measurement system," and published June 7, 2018.

1433.   U.S. Patent No. 9,993,207B2 (Al-Ali et al.), titled "Medical monitoring hub," and issued June 12, 2018.

1434.   U.S. Patent Application Publication No. 2018/0164853A1 (Myers et al.), titled "Handheld device enclosure," and published June 14, 2018.

1435.   U.S. Design Patent No. D820,865S (Muhsin et al.), titled "Display screen or portion thereof for graphical user interface for physiological monitoring," and issued June 19, 2018.

1436.   U.S. Patent Application Publication No. 2018/0168491A1 (Al-Ali et al.), titled "Regional oximetry sensor," and published June 21, 2018.

1437.   U.S. Patent No. 10,007,758B2 (Al-Ali et al.), titled "Medical monitoring system," and issued June 26, 2018.

1438.   U.S. Design Patent No. D822,215S (Al-Ali et al.), titled "Medical monitoring device," and issued July 3, 2018.

1439.   U.S. Design Patent No. D822,216S (Barker et al.), titled "Medical monitoring device," and issued July 3, 2018.

1440.   U.S. Patent No. 10,010,276B2 (Al-Ali et al.), titled "Regional oximetry user interface," and issued July 3, 2018.

1441. U.S. Patent Application Publication No. 2018/0184917A1 (Kiani), titled "Patient monitor for monitoring microcirculation," and published July 5, 2018.

1442. U.S. Patent Application Publication No. 2018/0192924A1 (Al-Ali), titled "Low power pulse oximeter," and published July 12, 2018.

1443. U.S. Patent Application Publication No. 2018/0192953A1 (Shreim et al.), titled "Nose sensor," and published July 12, 2018.

1444. U.S. Patent Application Publication No. 2018/0196514A1 (Allec et al.), titled "Motion and gesture input from a wearable device," and published July 12, 2018.

1445. U.S. Patent No. 10,024,655B2 (Raguin et al.), titled "Ambient light rejection for non-imaging contact sensors," and issued July 17, 2018.

1446. U.S. Patent Application Publication No. 2018/0199871A1 (Pauley et al.), titled "Methods and devices for detecting intensity of light with translucent detector," and published July 19, 2018.

1447. U.S. Patent No. 10,032,002B2 (Kiani et al.), titled "Medical monitoring system," and issued July 24, 2018.

1448. U.S. Patent Application Publication No. 2018/0206795A1 (Al-Ali), titled "Optical patient monitor," and published July 26, 2018.

1449. U.S. Patent Application Publication No. 2018/0206815A1 (Telfort), titled "Acoustic patient sensor coupler," and published July 26, 2018.

1450. U.S. Patent Application Publication No. 2018/0213583A1 (Al-Ali), titled "Patient-worn wireless physiological sensor wtih pairing functionality," and published July 26, 2018.

1451. U.S. Patent No. 10,039,080B2 (Miller et al.), titled "Situationally-aware alerts," and issued July 31, 2018.

1452. U.S. Patent Application Publication No. 2018/0214090A1 (Al-Ali et al.), titled "System and method for monitoring respiratory rate measurements," and published August 2, 2018.

1453. U.S. Patent Application Publication No. 2018/0216370A1 (Ishiguro et al.), titled "Vehicle door latch device," and published August 2, 2018.

1454. U.S. Patent Application Publication No. 2018/0218792A1 (Muhsin et al.), titled "Alarm notification system," and published August 2, 2018.

1455. U.S. Patent No. 10,039,482B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued August 7, 2018.

1456. U.S. Patent No. 10,039,491B2 (Thompson et al.), titled "Methods for reducing noise in optical biological sensors," and issued August 7, 2018.

1457. U.S. Patent Application Publication No. 2018/0225960A1 (Al-Ali et al.), titled "Systems and methods for monitoring a patient health network," and published August 9, 2018.

1458. U.S. Patent Application Publication No. 2018/0228414A1 (Shao et al.), titled "Light restriction designs in optical sensing applications having shared windows," and published August 16, 2018.

1459. U.S. Patent No. 10,052,037B2 (Kinast et al.), titled "Non-invasive blood pressure measurement system," and issued August 21, 2018.

1460. U.S. Patent No. 10,055,121B2 (Chaudhri et al.), titled "Activity based thresholds and feedbacks," and issued August 21, 2018.

1461. U.S. Patent Application Publication No. 2018/0238718A1 (Dalvi), titled "Double-bearing position encoder for non-invasive physiological monitoring," and published August 23, 2018.

1462. U.S. Patent Application Publication No. 2018/0238734A1 (Hotelling et al.), titled "Methods and systems for modulation and demodulation of optical signals," and published August 23, 2018.

1463. U.S. Patent No. 10,058,275B2 (Al-Ali et al.), titled "Multipurpose sensor port," and issued August 28, 2018.

1464. U.S. Patent Application Publication No. 2018/0242853A1 (Al-Ali), titled "Arm mountable portable patient monitor," and published August 30, 2018.

1465. U.S. Patent Application Publication No. 2018/0242923A1 (Al-Ali et al.), titled "Medical monitoring hub," and published August 30, 2018.

1466. U.S. Patent Application Publication No. 2018/0242926A1 (Muhsin et al.), titled "System for displaying medical monitoring data," and published August 30, 2018.

1467. U.S. Patent Application Publication No. 2018/0247353A1 (Al-Ali et al.), titled "Managing dynamic licenses for physiological parameters in a patient monitoring environment," and published August 30, 2018.

1468. U.S. Patent Application Publication No. 2018/0247712A1 (Muhsin et al.), titled "System for displaying medical monitoring data," and published August 30, 2018.

1469. U.S. Patent No. 10,064,562B2 (Al-Ali), titled "Variable mode pulse indicator," and issued September 4, 2018.

1470. U.S. Patent No. 10,066,970B2 (Gowreesunker et al.), titled "Dynamic range control for optical encoders," and issued September 4, 2018.

1471. U.S. Patent Application Publication No. 2018/0256087A1 (Al-Ali et al.), titled "Pneumonia screener," and published September 13, 2018.

1472. U.S. Patent No. 10,076,257B2 (Lin et al.), titled "Seamlessly embedded heart rate monitor," and issued September 18, 2018.

1473. U.S. Patent No. 10,078,052B2 (Ness et al.), titled "Reflective surface treatments for optical sensors," and issued September 18, 2018.

1474. U.S. Patent No. 10,086,138B1 (Novak), titled "Autonomous drug delivery system," and issued October 2, 2018.

1475. U.S. Patent Application Publication No. 2018/0279956A1 (Waydo et al.), titled "Detecting conditions using heart rate sensors," and published October 4, 2018.

1476. U.S. Patent Application Publication No. 2018/0285094A1 (Housel et al.), titled "Medical monitoring hub," and published October 4, 2018.

1477. U.S. Patent No. 10,092,200B2 (Al-Ali et al.), titled "Plethysmograph variability processor," and issued October 9, 2018.

1478. U.S. Patent No. 10,092,244B2 (Chuang et al.), titled "Biometric detection module with denoising function and biometric detection method thereof," and issued October 9, 2018.

1479. U.S. Patent No. 10,092,249B2 (Kiani et al.), titled "Robust alarm system," and issued October 9, 2018.

1480. U.S. Patent No. 10,098,550B2 (Al-Ali et al.), titled "Plethysmographic respiration rate detection," and issued October 16, 2018.

1481. U.S. Patent No. 10,098,591B2 (Al-Ali et al.), titled "Physiological parameter system," and issued October 16, 2018.

1482. U.S. Patent No. 10,098,610B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued October 16, 2018.

1483.   U.S. Patent Application Publication No. 2018/0296161A1 (Shreim et al.), titled "Nose sensor," and published October 18, 2018.

1484.   U.S. Patent Application Publication No. 2018/0300919A1 (Muhsin et al.), titled "Augmented reality system for displaying patient data," and published October 18, 2018.

1485.   U.S. Patent No. 10,111,591B2 (Dyell et al.), titled "Real-time monitoring systems and methods in a healthcare environment," and issued October 30, 2018.

1486.   U.S. Patent Application Publication No. 2018/0310822A1 (Indorf et al.), titled "Spot check measurement system," and published November 1, 2018.

1487.   U.S. Patent Application Publication No. 2018/0310823A1 (Al-Ali et al.), titled "Medical monitoring device having multiple configurations," and published November 1, 2018.

1488.   U.S. Patent No. 10,117,587B2 (Han), titled "Dynamically reconfigurable apertures for optimization of PPG signal and ambient light mitigation," and issued November 6, 2018.

1489.   U.S. Patent Application Publication No. 2018/0317826A1 (Muhsin et al.), titled "System for displaying and controlling medical monitoring data," and published November 8, 2018.

1490.   U.S. Patent Application Publication No. 2018/0317841A1 (Novak), titled "Autonomous drug delivery system," and published November 8, 2018.

1491.   U.S. Design Patent No. D833,624S (DeJong et al.), titled "Medical device," and issued November 13, 2018.

1492.   U.S. Patent No. 10,123,726B2 (Al-Ali et al.), titled "Configurable physiological measurement system," and issued November 13, 2018.

1493.   U.S. Patent No. 10,123,729B2 (Dyell et al.), titled "Alarm fatigue management systems and methods," and issued November 13, 2018.

1494.   U.S. Patent No. 10,130,289B2 (Al-Ali et al.), titled "Pulse and confidence indicator displayed proximate plethysmograph," and issued November 20, 2018.

1495.   U.S. Patent No. 10,130,291B2 (Schurman et al.), titled "Method for data reduction and calibration of an OCT-based physiological monitor," and issued November 20, 2018.

1496.   U.S. Patent Application Publication No. 2018/0333055A1 (Lamego et al.), titled "Patient monitoring system," and published November 22, 2018.

1497.   U.S. Patent Application Publication No. 2018/0333087A1 (Al-Ali), titled "Patient monitor capable of monitoring the quality of attached probes and accessories," and published November 22, 2018.

1498.   U.S. Design Patent No. D835,282S (Barker et al.), titled "Medical monitoring device," and issued December 4, 2018.

1499.   U.S. Design Patent No. D835,283S (Barker et al.), titled "Medical monitoring device," and issued December 4, 2018.

1500.   U.S. Design Patent No. D835,284S (Barker et al.), titled "Medical monitoring device," and issued December 4, 2018.

1501.   U.S. Design Patent No. D835,285S (Barker et al.), titled "Medical monitoring device," and issued December 4, 2018.

1502.   U.S. Patent No. 10,149,616B2 (Al-Ali et al.), titled "Wireless patient monitoring device," and issued December 11, 2018.

1503.   U.S. Patent No. 10,154,815B2 (Al-Ali et al.), titled "Modular physiological sensors," and issued December 18, 2018.

1504.   U.S. Patent No. 10,159,412B2 (Lamego et al.), titled "Handheld processing device including medical applications for minimally and non invasive glucose measurements," and issued December 25, 2018.

1505.   U.S. Patent No. 10,165,954B2 (Lee), titled "Integrated sensor modules," and issued January 1, 2019.

1506.   U.S. Patent Application Publication No. 2019/0000317A1 (Muhsin et al.), titled "Physiological monitor with mobile computing device connectivity," and published January 3, 2019.

1507.   U.S. Patent Application Publication No. 2019/0015023A1 (Monfre), titled "Medical monitoring device for harmonizing physiological measurements," and published January 17, 2019.

1508.   U.S. Patent No. 10,188,296B2 (Al-Ali et al.), titled "Wireless patient monitoring device," and issued January 29, 2019.

1509.   U.S. Patent No. 10,188,331B1 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued January 29, 2019.

1510.  U.S. Patent No. 10,188,348B2 (Al-Ali et al.), titled "Parameter upgrade system," and issued January 29, 2019.

1511.  U.S. Patent Application Publication No. 2019/0029574A1 (Schurman et al.), titled "Method for data reduction and calibration of an oct-based physiological monitor," and published January 31, 2019.

1512.  U.S. Patent Application Publication No. 2019/0029578A1 (Al-Ali et al.), titled "Regional oximetry user interface," and published January 31, 2019.

1513.  U.S. Patent No. 10,194,847B2 (Al-Ali), titled "Perfusion index smoother," and issued February 5, 2019.

1514.  U.S. Patent No. 10,194,848B1 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued February 5, 2019.

1515.  U.S. Reissued Patent No. RE47,218E (Al-Ali), titled "Adaptive alarm system," and issued February 5, 2019.

1516.  U.S. Patent No. 10,201,286B2 (Waydo), titled "Frequency domain projection algorithm," and issued February 12, 2019.

1517.  U.S. Patent No. 10,201,298B2 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and issued February 12, 2019.

1518.  U.S. Patent No. 10,205,272B2 (Kiani et al.), titled "Magnetic connector," and issued February 12, 2019.

1519.  U.S. Patent No. 10,205,291B2 (Scruggs et al.), titled "Pogo pin connector," and issued February 12, 2019.

1520.  U.S. Reissued Patent No. RE47,244E (Kiani et al.), titled "Alarm suspend system, and issued February 19, 2019.

1521.  U.S. Reissued Patent No. RE47,249E (Kiani et al.), titled "Alarm suspend system," and issued February 19, 2019.

1522.  U.S. Patent Application Publication No. 2019/0058280A1 (Al-Ali et al.), titled "Water resistant connector for noninvasive patient monitor," and published February 21, 2019.

1523.  U.S. Patent No. 10,213,108B2 (Al-Ali), titled "Arm mountable portable patient monitor," and issued February 26, 2019.

1524.   U.S. Patent No. 10,215,698B2 (Han et al.), titled "Multiple light paths architecture and obscuration methods for signal and perfusion index optimization," and issued February 26, 2019.

1525.   U.S. Patent No. 10,219,706B2 (Al-Ali), titled "Physiological measurement device," and issued March 5, 2019.

1526.   U.S. Patent No. 10,219,746B2 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and issued March 5, 2019.

1527.   U.S. Patent No. 10,219,754B1 (Lamego), titled "Modulation and demodulation techniques for a health monitoring system," and issued March 5, 2019.

1528.   U.S. Patent Application Publication No. 2019/0069813A1 (Al-Ali), titled "Low power pulse oximeter," and published March 7, 2019.

1529.   U.S. Patent No. 10,226,187B2 (Al-Ali et al.), titled "Patient-worn wireless physiological sensor," and issued March 12, 2019.

1530.   U.S. Patent No. 10,226,576B2 (Kiani), titled "Sepsis monitor," and issued March 12, 2019.

1531.   U.S. Patent Application Publication No. 2019/0076028A1 (Al-Ali et al.), titled "Plethysmographic respiration rate detection," and published March 14, 2019.

1532.   U.S. Patent No. 10,231,657B2 (Al-Ali et al.), titled "Total hemoglobin screening sensor," and issued March 19, 2019.

1533.   U.S. Patent No. 10,231,670B2 (Blank et al.), titled "Proximity sensor in pulse oximeter," and issued March 19, 2019.

1534.   U.S. Patent No. 10,231,676B2 (Al-Ali et al.), titled "Dual-mode patient monitor," and issued March 19, 2019.

1535.   U.S. Patent Application Publication No. 2019/0082979A1 (Al-Ali et al.), titled "Plethysmograph variability processor," and published March 21, 2019.

1536.   U.S. Patent Application Publication No. 2019/0090760A1 (Kinast et al.), titled "Non-invasive blood pressure measurement system," and published March 28, 2019.

1537.   U.S. Patent Application Publication No. 2019/0090764A1 (Al-Ali), titled "Variable mode pulse indicator," and published March 28, 2019.

1538. U.S. Patent No. 10,247,670B2 (Ness et al.), titled "Reflective surface treatments for optical sensors," and issued April 2, 2019.

1539. U.S. Patent No. 10,251,585B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued April 9, 2019.

1540. U.S. Patent No. 10,251,586B2 (Lamego), titled "Tissue profile wellness monitor," and issued April 9, 2019.

1541. U.S. Patent No. 10,255,994B2 (Sampath et al.), titled "Physiological parameter alarm delay," and issued April 9, 2019.

1542. U.S. Patent No. 10,258,265B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 16, 2019.

1543. U.S. Patent No. 10,258,266B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 16, 2019.

1544. U.S. Reissued Patent No. RE47,353E (Kiani et al.), titled "Alarm suspend system," and issued April 16, 2019.

1545. U.S. Patent No. 10,265,024B2 (Lee et al.), titled "Sensor system for heart rate measurement per axis of shared orientation," and issued April 23, 2019.

1546. U.S. Patent Application Publication No. 2019/0117070A1 (Muhsin et al.), titled "Medical monitoring system," and published April 25, 2019.

1547. U.S. Patent Application Publication No. 2019/0117139A1 (Al-Ali et al.), titled "Multipurpose sensor port," and published April 25, 2019.

1548. U.S. Patent Application Publication No. 2019/0117141A1 (Al-Ali), titled "Perfusion index smoother," and published April 25, 2019.

1549. U.S. Patent Application Publication No. 2019/0117930A1 (Al-Ali), titled "Assistive capnography device," and published April 25, 2019.

1550. U.S. Patent Application Publication No. 2019/0122763A1 (Sampath et al.), titled "Medical monitoring system," and published April 25, 2019.

1551. U.S. Patent No. 10,271,748B2 (Al-Ali), titled "Patient monitor for determining microcirculation state," and issued April 30, 2019.

1552. U.S. Patent No. 10,278,626B2 (Schurman et al.), titled "Apparatus and method for creating a stable optical interface," and issued May 7, 2019.

1553.   U.S. Patent No. 10,278,648B2 (Al-Ali et al.), titled "Automated CCHD screening and detection," and issued May 7, 2019.

1554.   U.S. Patent No. 10,279,247B2 (Kiani), titled "Avatar-incentive healthcare therapy," and issued May 7, 2019.

1555.   U.S. Patent Application Publication No. 2019/0133525A1 (Al-Ali et al.), titled "Modular physiological sensors," and published May 9, 2019.

1556.   U.S. Patent No. 10,285,626B1 (Kestelli et al.), titled "Activity identification using an optical heart rate monitor," and issued May 14, 2019.

1557.   U.S. Patent Application Publication No. 2019/0142283A1 (Lamego et al.), titled "Handheld processing device including medical applications for minimally and non invasive glucose measurements," and published May 16, 2019.

1558.   U.S. Patent Application Publication No. 2019/0142344A1 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and published May 16, 2019.

1559.   U.S. Patent No. 10,292,628B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued May 21, 2019.

1560.   U.S. Patent No. 10,292,657B2 (Abdul-Hafiz et al.), titled "Ear sensor," and issued May 21, 2019.

1561.   U.S. Patent No. 10,292,664B2 (Al-Ali), titled "Monitor configuration system," and issued May 21, 2019.

1562.   U.S. Patent Application Publication No. 2019/0150856A1 (Kiani et al.), titled "Robust alarm system," and published May 23, 2019.

1563.   U.S. Patent No. 10,299,708B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued May 28, 2019.

1564.   U.S. Patent No. 10,299,709B2 (Perea et al.), titled "Robust fractional saturation determination," and issued May 28, 2019.

1565.   U.S. Patent No. 10,299,720B2 (Brown et al.), titled "Reversal of general anesthesia by administration of methylphenidate, amphetamine, modafinil, amantadine, and/or caffeine," and issued May 28, 2019.

1566.  U.S. Patent No. 10,305,775B2 (Lamego et al.), titled "Physiological test credit method," and issued May 28, 2019.

1567.  U.S. Patent No. 10,307,111B2 (Muhsin et al.), titled "Patient position detection system," and issued June 4, 2019.

1568.  U.S. Patent Application Publication No. 2019/0167161A1 (Al-Ali et al.), titled "Total hemoglobin screening sensor," and published June 6, 2019.

1569.  U.S. Patent Application Publication No. 2019/0175019A1 (Al-Ali et al.), titled "Wireless patient monitoring device," and published June 13, 2019.

1570.  U.S. Patent No. 10,325,681B2 (Sampath et al.), titled "Physiological alarm threshold determination," and issued June 18, 2019.

1571.  U.S. Patent No. 10,327,337B2 (Triman et al.), titled "Fold flex circuit for LNOP," and issued June 18, 2019.

1572.  U.S. Patent No. 10,327,713B2 (Barker et al.), titled "Modular multi-parameter patient monitoring device," and issued June 25, 2019.

1573.  U.S. Patent No. 10,332,630B2 (Al-Ali), titled "Medical characterization system," and issued June 25, 2019.

1574.  U.S. Patent Application Publication No. 2019/0192076A1 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and published June 27, 2019.

1575.  U.S. Patent No. 10,335,033B2 (Al-Ali), titled "Physiological measurement device," and issued July 2, 2019.

1576.  U.S. Patent No. 10,335,068B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued July 2, 2019.

1577.  U.S. Patent No. 10,335,072B2 (Al-Ali et al.), titled "Physiological monitor," and issued July 2, 2019.

1578.  U.S. Patent Application Publication No. 2019/0200941A1 (Chandran et al.), titled "System for displaying oxygen state indications," and published July 4, 2019.

1579.  U.S. Patent Application Publication No. 2019/0201623A1 (Kiani), titled "Sepsis monitor," and published July 4, 2019.

1580.  U.S. Patent No. 10,342,470B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued July 9, 2019.

1581. U.S. Patent No. 10,342,487B2 (Al-Ali et al.), titled "Disposable components for reusable physiological sensor," and issued July 9, 2019.

1582. U.S. Patent No. 10,342,497B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued July 9, 2019.

1583. U.S. Patent Application Publication No. 2019/0209025A1 (Al-Ali), titled "Patient monitor for determining microcirculation state," and published July 11, 2019.

1584. U.S. Patent Application Publication No. 2019/0214778A1 (Scruggs et al.), titled "Pogo pin connector," and published July 11, 2019.

1585. U.S. Patent No. 10,349,895B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued July 16, 2019.

1586. U.S. Patent No. 10,349,898B2 (Al-Ali et al.), titled "Automated CCHD screening and detection," and issued July 16, 2019.

1587. U.S. Patent No. 10,354,504B2 (Kiani et al.), titled "Modular patient monitor," and issued July 16, 2019.

1588. U.S. Patent Application Publication No. 2019/0216319A1 (Poeze et al.), titled "Personal digital assistant or organizer for monitoring glucose levels," and published July 18, 2019.

1589. U.S. Patent Application Publication No. 2019/0216379A1 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and published July 18, 2019.

1590. U.S. Patent Application Publication No. 2019/0221966A1 (Kiani et al.), titled "Magnetic connector," and published July 18, 2019.

1591. U.S. Patent No. 10,357,206B2 (Weber et al.), titled "Variable indication estimator," and issued July 23, 2019.

1592. U.S. Patent No. 10,357,209B2 (Al-Ali), titled "Bidirectional physiological information display," and issued July 23, 2019.

1593. U.S. Patent Application Publication No. 2019/0223804A1 (Blank et al.), titled "Proximity sensor in pulse oximeter," and published July 25, 2019.

1594. U.S. Patent No. 10,366,787B2 (Sampath et al.), titled "Physiological alarm threshold determination," and issued July 30, 2019.

1595.   U.S. Patent Application Publication No. 2019/0231199A1 (Al-Ali et al.), titled "Patient-worn wireless physiological sensor," and published August 1, 2019.

1596.   U.S. Patent Application Publication No. 2019/0231241A1 (Al-Ali et al.), titled "Wireless patient monitoring device," and published August 1, 2019.

1597.   U.S. Patent Application Publication No. 2019/0231270A1 (Abdul-Hafiz et al.), titled "Physiological measurement device," and published August 1, 2019.

1598.   U.S. Patent No. 10,368,787B2 (Reichgott et al.), titled "Flowometry in optical coherence tomography for analyte level estimation," and issued August 6, 2019.

1599.   U.S. Patent Application Publication No. 2019/0239787A1 (Pauley et al.), titled "Limb-worn patient monitoring device," and published August 8, 2019.

1600.   U.S. Patent Application Publication No. 2019/0239824A1 (Muhsin et al.), titled "Patient position detection system," and published August 8, 2019.

1601.   U.S. Patent No. 10,376,190B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued August 13, 2019.

1602.   U.S. Patent No. 10,376,191B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued August 13, 2019.

1603.   U.S. Patent No. 10,383,520B2 (Wojtczuk et al.), titled "Enhanced visible near-infrared photodiode and non-invasive physiological sensor," and issued August 20, 2019.

1604.   U.S. Patent No. 10,383,527 (Al-Ali), titled "Wireless Patient Monitoring Systems and Methods," and issued August 20, 2019.

1605.   U.S. Patent No. 10,388,120B2 (Muhsin et al.), titled "Localized projection of audible noises in medical settings," and issued August 20, 2019.

1606.   U.S. Patent Application Publication No. 2019/0254578A1 (Lamego), titled "Tissue profile wellness monitor," and published August 22, 2019.

1607.   U.S. Patent No. 10,390,716B2 (Shimuta), titled "Pulse transmission time measuring apparatus and biological state estimating apparatus," and issued August 27, 2019.

1608.   U.S. Patent Application Publication No. 2019/0261857A1 (Al-Ali), titled "Physiological measurement device," and published August 29, 2019.

1609.   U.S. Patent No. 10,398,320B2 (Kiani et al.), titled "Optical-based physiological monitoring system," and issued September 3, 2019.

1610.   U.S. Patent No. 10,398,383B2 (van Dinther et al.), titled "Motion artifact reduction using multi-channel PPG signals," and issued September 3, 2019.

1611.   U.S. Patent Application Publication No. 2019/0269370A1 (Al-Ali et al.), titled "Physiological parameter system," and published September 5, 2019.

1612.   U.S. Patent No. 10,405,804B2 (Al-Ali), titled "Physiological measurement logic engine," and issued September 10, 2019.

1613.   U.S. Patent No. 10,406,445B2 (Vock et al.), titled "Personal items network, and associated methods," and issued September 10, 2019.

1614.   U.S. Patent Application Publication No. 2019/0274627A1 (Al-Ali et al.), titled "Disposable components for reusable physiological sensor," and published September 12, 2019.

1615.   U.S. Patent Application Publication No. 2019/0274635A1 (Al-Ali et al.), titled "Automated cchd screening and detection," and published September 12, 2019.

1616.   U.S. Patent No. 10,413,666B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued September 17, 2019.

1617.   U.S. Patent No. 10,416,079B2 (Magnussen et al.), titled "Device and method for determining a concentration in a sample," and issued September 17, 2019.

1618.   U.S. Patent No. 10,420,493B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued September 24, 2019.

1619.   U.S. Patent Application Publication No. 2019/0290136A1 (Dalvi et al.), titled "Blood pressure monitor with valve-chamber assembly," and published September 26, 2019.

1620.   U.S. Patent Application Publication No. 2019/0298270A1 (Al-Ali et al.), titled "Automated condition screening and detection," and published October 3, 2019.

1621.  U.S. Patent Application Publication No. 2019/0304601A1 (Sampath et al.), titled "Physiological parameter alarm delay," and published October 3, 2019.

1622.  U.S. Patent Application Publication No. 2019/0304605A1 (Al-Ali), titled "Medical characterization system," and published October 3, 2019.

1623.  U.S. Patent No. 10,433,776B2 (Al-Ali), titled "Low power pulse oximeter," and issued October 8, 2019.

1624.  U.S. Patent Application Publication No. 2019/0307377A1 (Perea et al.), titled "Robust fractional saturation determination," and published October 10, 2019.

1625.  U.S. Patent No. 10,441,181B1 (Telfort et al.), titled "Acoustic pulse and respiration monitoring system," and issued October 15, 2019.

1626.  U.S. Patent No. 10,441,196B2 (Eckerbom et al.), titled "Nasal/oral cannula system and manufacturing," and issued October 15, 2019.

1627.  U.S. Design Patent No. D864,120S (Forrest et al.), titled "Connector," and issued October 22, 2019.

1628.  U.S. Patent No. 10,448,844B2 (Al-Ali et al.), titled "Systems and methods for patient fall detection," and issued October 22, 2019.

1629.  U.S. Patent No. 10,448,871B2 (Al-Ali), titled "Advanced pulse oximetry sensor," and issued October 22, 2019.

1630.  U.S. Patent Application Publication No. 2019/0320906A1 (Olsen), titled "Easy insert finger sensor for transmission based spectroscopy sensor," and published October 24, 2019.

1631.  U.S. Patent Application Publication No. 2019/0320959A1 (Al-Ali), titled "Perfusion index smoother," and published October 24, 2019.

1632.  U.S. Patent Application Publication No. 2019/0320988A1 (Ahmed et al.), titled "Mobile patient alarm display," and published October 24, 2019.

1633.  U.S. Patent Application Publication No. 2019/0325722A1 (Kiani et al.), titled "Modular patient monitor," and published October 24, 2019.

1634.  U.S. Patent No. 10,456,038B2 (Lamego et al.), titled "Cloud-based physiological monitoring system," and issued October 29, 2019.

1635.   U.S. Patent No. 10,463,284B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued November 5, 2019.

1636.   U.S. Patent No. 10,463,340B2 (Telfort et al.), titled "Acoustic respiratory monitoring systems and methods," and issued November 5, 2019.

1637.   U.S. Patent No. 10,470,695B2 (Al-Ali), titled "Advanced pulse oximetry sensor," and issued November 12, 2019.

1638.   U.S. Patent No. 10,471,159B1 (Lapotko et al.), titled "Diagnosis, removal, or mechanical damaging of tumor using plasmonic nanobubbles," and issued November 12, 2019.

1639.   U.S. Patent No. 10,478,107B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued November 19, 2019.

1640.   U.S. Patent Application Publication No. 2019/0350506A1 (Al-Ali), titled "Advanced pulse oximetry sensor," and published November 21, 2019.

1641.   U.S. Patent Application Publication No. 2019/0357813A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published November 28, 2019.

1642.   U.S. Patent Application Publication No. 2019/0357823A1 (Reichgott et al.), titled "Flowometry in optical coherence tomography for analyte level estimation," and published November 28, 2019.

1643.   U.S. Patent Application Publication No. 2019/0357824A1 (Al-Ali), titled "Advanced pulse oximetry sensor," and published November 28, 2019.

1644.   U.S. Patent Application Publication No. 2019/0358524A1 (Kiani), titled "Avatar-incentive healthcare therapy," and published November 28, 2019.

1645.   U.S. Patent Application Publication No. 2019/0365294A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published December 5, 2019.

1646.   U.S. Patent No. 10,503,379B2 (Al-Ali et al.), titled "Physiological monitor touchscreen interface," and issued December 10, 2019.

1647.   U.S. Patent No. 10,505,311B2 (Al-Ali et al.), titled "Water resistant connector for noninvasive patient monitor," and issued December 10, 2019.

1648.   U.S. Patent Application Publication No. 2019/0374139A1 (Kiani et al.), titled "Opioid overdose monitoring," and published December 12, 2019.

1649. U.S. Patent Application Publication No. 2019/0374173A1 (Kiani et al.), titled "Opioid overdose monitoring," and published December 12, 2019.

1650. U.S. Patent Application Publication No. 2019/0374713A1 (Kiani et al.), titled "Opioid overdose monitoring," and published December 12, 2019.

1651. U.S. Patent Application Publication No. 2019/0386908A1 (Lamego et al.), titled "Physiological test credit method," and published December 19, 2019.

1652. U.S. Patent No. 10,512,436B2 (Muhsin et al.), titled "System for displaying medical monitoring data," and issued December 24, 2019.

1653. U.S. Patent Application Publication No. 2019/0388039A1 (Al-Ali), titled "Bidirectional physiological information display," and published December 26, 2019.

1654. U.S. Patent Application Publication No. 2020/0000338A1 (Lamego et al.), titled "Cloud-based physiological monitoring system," and published January 2, 2020.

1655. U.S. Patent Application Publication No. 2020/0000415A1 (Barker et al.), titled "Modular multi-parameter patient monitoring device," and published January 2, 2020.

1656. U.S. Patent No. 10,524,671B2 (Lamego), titled "Electronic device that computes health data," and issued January 7, 2020.

1657. U.S. Patent No. 10,524,706B2 (Telfort et al.), titled "Pulse oximetry system with electrical decoupling circuitry," and issued January 7, 2020.

1658. U.S. Patent No. 10,524,738B2 (Olsen), titled "Noninvasive sensor system with visual infographic display," and issued January 7, 2020.

1659. U.S. Patent No. 10,531,811B2 (Al-Ali et al.), titled "Depth of consciousness monitor including oximeter," and issued January 14, 2020.

1660. U.S. Patent No. 10,531,819B2 (Diab et al.), titled "Hypersaturation index," and issued January 14, 2020.

1661. U.S. Patent No. 10,531,835B2 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and issued January 14, 2020.

1662. U.S. Patent No. 10,532,174B2 (Al-Ali), titled "Assistive capnography device," and issued January 14, 2020.

1663.   U.S. Patent Application Publication No. 2020/0015716A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published January 16, 2020.

1664.   U.S. Patent Application Publication No. 2020/0021930A1 (Iswanto et al.), titled "Patient monitor alarm speaker analyzer," and published January 16, 2020.

1665.   U.S. Patent No. 10,537,285B2 (Shreim et al.), titled "Nose sensor," and issued January 21, 2020.

1666.   U.S. Patent No. 10,542,903B2 (Al-Ali et al.), titled "Depth of consciousness monitor," and issued January 28, 2020.

1667.   U.S. Patent Application Publication No. 2020/0037453A1 (Triman et al.), titled "Fold flex circuit for lnop," and published January 30, 2020.

1668.   U.S. Patent No. 10,548,561B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued February 4, 2020.

1669.   U.S. Patent Application Publication No. 2020/0037891A1 (Kiani et al.), titled "Optical-based physiological monitoring system," and published February 6, 2020.

1670.   U.S. Patent Application Publication No. 2020/0037966A1 (Al-Ali), titled "Monitor configuration system," and published February 6, 2020.

1671.   U.S. Patent No. 10,555,678B2 (Dalvi et al.), titled "Blood pressure monitor with valve-chamber assembly," and issued February 11, 2020.

1672.   U.S. Patent Application Publication No. 2020/0046257A1 (Eckerbom et al.), titled "Gas sampling line," and published February 13, 2020.

1673.   U.S. Patent Application Publication No. 2020/0054253A1 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and published February 20, 2020.

1674.   U.S. Patent No. 10,568,514B2 (Wojtczuk et al.), titled "Enhanced visible near-infrared photodiode and non-invasive physiological sensor," and issued February 25, 2020.

1675.   U.S. Patent No. 10,568,553B2 (O'Neil et al.), titled "Soft boot pulse oximetry sensor," and issued February 25, 2020.

1676.   U.S. Patent Application Publication No. 2020/0060591A1 (Diab et al.), titled "Hypersaturation index," and published February 27, 2020.

1677.   U.S. Patent Application Publication No. 2020/0060628A1 (Al-Ali et al.), titled "Optical patient monitor," and published February 27, 2020.

1678.   U.S. Patent Application Publication No. 2020/0060629A1 (Muhsin et al.), titled "System for displaying medical monitoring data," and published February 27, 2020.

1679.   U.S. Patent Application Publication No. 2020/0060869A1 (Telfort et al.), titled "Core body temperature measurement," and published February 27, 2020.

1680.   U.S. Patent No. 10,575,779B2 (Poeze et al.), titled "Patient monitor placement indicator," and issued March 3, 2020.

1681.   U.S. Reissued Patent No. RE47,882E (Al-Ali), titled "Adaptive alarm system," and issued March 3, 2020.

1682.   U.S. Patent Application Publication No. 2020/0074819A1 (Muhsin et al.), titled "Localized projection of audible noises in medical settings," and published March 5, 2020.

1683.   U.S. Patent No. 10,582,886B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued March 10, 2020.

1684.   U.S. Patent No. 10,588,518B2 (Kiani), titled "Congenital heart disease monitor," and issued March 17, 2020.

1685.   U.S. Patent No. 10,588,553B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued March 17, 2020.

1686.   U.S. Patent No. 10,588,554B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued March 17, 2020.

1687.   U.S. Patent No. 10,588,556B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued March 17, 2020.

1688.   U.S. Patent No. 10,595,747B2 (Al-Ali et al.), titled "Respiration processor," and issued March 24, 2020.

1689.   U.S. Patent No. 10,608,817B2 (Haider et al.), titled "Secure and zero knowledge data sharing for cloud applications," and issued March 31, 2020.

1690.   U.S. Design Patent No. D880,477S (Forrest et al.), titled "Connector," and issued April 7, 2020.

1691.   U.S. Patent No. 10,610,138B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 7, 2020.

1692.   U.S. Patent Application Publication No. 2020/0111552A1 (Ahmed), titled "Patient database analytics," and published April 9, 2020.

1693.   U.S. Patent No. 10,617,302B2 (Al-Ali et al.), titled "Wearable pulse oximeter and respiration monitor," and issued April 14, 2020.

1694.   U.S. Patent No. 10,617,335B2 (Al-Ali et al.), titled "Regional oximetry sensor," and issued April 14, 2020.

1695.   U.S. Patent No. 10,617,338B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 14, 2020.

1696.   U.S. Patent Application Publication No. 2020/0113435A1 (Muhsin), titled "Medical systems and methods," and published April 16, 2020.

1697.   U.S. Patent Application Publication No. 2020/0113488A1 (Al-Ali et al.), titled "Patient monitoring device with improved user interface," and published April 16, 2020.

1698.   U.S. Patent Application Publication No. 2020/0113496A1 (Scruggs et al.), titled "Patient connector assembly with vertical detents," and published April 16, 2020.

1699.   U.S. Patent Application Publication No. 2020/0113497A1 (Triman et al.), titled "Low noise oximetry cable," and published April 16, 2020.

1700.   U.S. Patent Application Publication No. 2020/0113520A1 (Abdul-Hafiz et al.), titled "Stretch band with indicators or limiters," and published April 16, 2020.

1701.   U.S. Patent No. 10,624,563B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 21, 2020.

1702.   U.S. Patent No. 10,624,564B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 21, 2020.

1703.  U.S. Patent No. 10,631,765B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 28, 2020.

1704.  U.S. Patent No. 10,637,181B2 (Al-Ali et al.), titled "Water resistant connector for noninvasive patient monitor," and issued April 28, 2020.

1705.  U.S. Patent No. 10,638,961B2 (Al-Ali), titled "Physiological measurement devices, systems, and methods," and issued May 5, 2020.

1706.  U.S. Patent Application Publication No. 2020/0138288A1 (Al-Ali et al.), titled "System for transmission of sensor data using dual communication protocol," and published May 7, 2020.

1707.  U.S. Patent Application Publication No. 2020/0138368A1 (Kiani et al.), titled "System to manage patient hydration," and published May 7, 2020.

1708.  U.S. Patent No. 10,646,146B2 (Al-Ali), titled "Physiological monitoring devices, systems, and methods," and issued May 12, 2020.

1709.  U.S. Patent Application Publication No. 2020/0163597A1 (Dalvi et al.), titled "Assembly for medical monitoring device with multiple physiological sensors," and published May 28, 2020.

1710.  U.S. Patent No. 10,667,764B2 (Ahmed et al.), titled "Mobile patient alarm display," and issued June 2, 2020.

1711.  U.S. Design Patent No. D887,548S (Abdul-Hafiz et al.), titled "Flow alarm device housing," and issued June 16, 2020.

1712.  U.S. Design Patent No. D887,549S (Abdul-Hafiz et al.), titled "Cap for a flow alarm device," and issued June 16, 2020.

1713.  U.S. Patent No. 10,687,743B1 (Al-Ali), titled "Physiological measurement devices, systems, and methods," and issued June 23, 2020.

1714.  U.S. Patent No. 10,687,744B1 (Al-Ali), titled "Physiological measurement devices, systems, and methods," and issued June 23, 2020.

1715.  U.S. Patent No. 10,687,745B1 (Al-Ali), titled "Physiological monitoring devices, systems, and methods," and issued June 23, 2020.

1716.  U.S. Patent Application Publication No. 2020/0196877A1 (Vo et al.), titled "Noninvasive physiological sensor," and published June 25, 2020.

1717.   U.S. Patent Application Publication No. 2020/0196882A1 (Kiani et al.), titled "Noise shielding for a noninvasive device," and published June 25, 2020.

1718.   U.S. Patent No. 10,702,194B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued July 7, 2020.

1719.   U.S. Patent No. 10,702,195B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued July 7, 2020.

1720.   U.S. Patent No. 10,709,366B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued July 14, 2020.

1721.   U.S. Patent Application Publication No. 2020/0221980A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published July 16, 2020.

1722.   U.S. Design Patent No. D890,708S (Forrest et al.), titled "Connector," and issued July 21, 2020.

1723.   U.S. Patent No. 10,721,785B2 (Al-Ali), titled "Patient-worn wireless physiological sensor with pairing functionality," and issued July 21, 2020.

1724.   U.S. Patent No. 10,722,159B2 (Al-Ali), titled "Physiological monitoring devices, systems, and methods," and issued July 28, 2020.

1725.   U.S. Patent No. 10,736,518B2 (Al-Ali et al.), titled "Systems and methods to monitor repositioning of a patient," and issued August 11, 2020.

1726.   U.S. Patent Application Publication No. 2020/0253474A1 (Muhsin et al.), titled "Modular wireless physiological parameter system," and published August 13, 2020.

1727.   U.S. Patent Application Publication No. 2020/0253544A1 (Belur Nagaraj et al.), titled "Combining multiple QEEG features to estimate drug-independent sedation level using machine learning," and published August 13, 2020.

1728.   U.S. Patent No. 10,750,984B2 (Pauley et al.), titled "Methods and devices for detecting intensity of light with translucent detector," and issued August 25, 2020.

1729.   U.S. Patent Application Publication No. 2020/0275841 A1 (Telfort et al.), titled "Non-contact core body temperature measurement systems and methods," and published September 3, 2020.

1730.   U.S. Patent No. 10,779,098 B2 (Iswanto et al.), titled "Patient monitor alarm speaker analyzer," and issued September 15, 2020.

1731.   U.S. Patent Application Publication No. 2020/0288983 A1 (Telfort), titled "Respiratory core body temperature measurement systems and methods," and published September 17, 2020.

**B.**     **Foreign Patent Publications**

1.     Canadian Patent No. CA2264029 (Negin), titled "Apparatus for the iris acquiring images," and published March 5, 1998.

2.     Chinese Patent No. CN101484065 (Hayes-Gill et al.), titled "Photoplethysmography," and published November 9, 2011.

3.     Chinese Patent No. CN101564290 (Qingming et al.), titled "Optical multi-parameter physiology monitoring instrument," and published May 25, 2011.

4.     Chinese Patent No. CN103906468 (Leon et al.), titled "Wearable pulse oximetry device," and published July 2, 2014.

5.     Chinese Patent No. CN1270793, titled "Wound-less continuous blood pressure measuring method and device," and published October 25, 2000.

6.     European Patent Application No. EP0102816 (New et al.), titled "Pulse oximeter," and published March 14, 1984.

7.     European Patent Application No. EP0419223 (James B. C/O Board of Regents of the Callis, et al.), titled "Characterizing biological matter in a dynamic condition using near infrared spectroscopy," and published March 27, 1991.

8.     European Patent Application No. EP0630208 (Myllymaki), titled "Wrist-held monitoring device for physical condition," and published December 28, 1994.

9.     European Patent Application No. EP0665727 (Richardson et al.), titled "Method and apparatus for reducing ambient noise effects in electronic monitoring instruments," and published January 29, 1997.

10. European Patent Application No. EP0760223 (Kastle), titled "Apparatus for monitoring, in particular pulse oximeter," and published March 5, 1997.

11. European Patent Application No. EP0770349 (Akasaka et al.), titled "Apparatus for monitoring patients," and published May 2, 1997.

12. European Patent Application No. EP0781527 (Weckstrom et al.), titled "Pulsoximeter sensor," and published July 2, 1997.

13. European Patent Application No. EP0880936 (Akai), titled "Monitoring physical condition of a patient by telemetry," and published December 2, 1998.

14. European Patent Application No. EP0922432 (Amano et al.), titled "Pulse wave detector, pulsation detector and pressure detector," and published June 16, 1999.

15. European Patent Application No. EP0985373 (Cvetkovic), titled "Device for monitoring and evaluation of human body functions such as heart rate, blood pressure etc," and published March 15, 2000.

16. European Patent Application No. EP1124609 (Miesel), titled "Multiple lens oxygen sensor for medical electrical lead," and published August 2, 2006.

17. European Patent Application No. EP1518494 (Cho et al.), titled "Optical measurement apparatus and blood sugar level measuring apparatus using the same," and published March 30, 2005.

18. European Patent Application No. EP1526805 (Choon M. Healthstats International Pte Ltd. et al.), titled "Method and device for monitoring blood pressure," and published May 4, 2005.

19. European Patent Application No. EP1860989 (Diab et al.), titled "Physiological parameter confidence measure," and published November 21, 2018.

20. European Patent Application No. EP1875213 (Colvin et al.), titled "Optical-based sensing devices," and published January 9, 2008.

21. European Patent Application No. EP1880666 (Klopfenstein et al.), titled "Method and wrist worn device for pulse rate detection," and published January 23, 2008.

22.     European Patent Application No. EP2165196 (Lee et al.), titled "Diagnosis device using image sensor and method of manufacturing the same," and published March 24, 2010.

23.     European Patent Application No. EP2277440 (Onoe et al.), titled "Self-luminous sensor device, and published January 26, 2011.

24.     UK Patent Application No. GB2243691 (Payne et al.), titled "Physiological monitor," and published November 6, 1991.

25.     Japanese Patent No. JP2001066990 (Kaneda et al.), titled "Protective filter and protection method of ic tag," and published March 16, 2001.

26.     Japanese Patent No. JP2001087250 (Benni), titled "Near infrared radiation spectrophotometric inspection device," and published April 3, 2001.

27.     Japanese Patent No. JP2002-500908, titled "Tissue modulation apparatus and method," and published January 15, 2002.

28.     Japanese Patent No. JP2003024276 (Takahashi), titled "Endoscope," and published January 28, 2003.

29.     Japanese Patent No. JP2003265444 (Hayashi), titled "Organism measuring device," and published September 24, 2003.

30.     Japanese Patent No. JP2003508104, titled "Small device for measuring tissue components," and published March 4, 2003.

31.     Japanese Patent No. JP2004329406 (Cameron et al.), titled "Medical sensor, pulse type oxygen concentration sensor, and kit for attaching these sensors to body of patient," and published November 25, 2004.

32.     Japanese Patent No. JP2004344668 (Gueissaz), titled "Portable measuring instrument measuring physiological numerical value and including device irradiating surface of organic tissue," and published December 9, 2004.

33.     Japanese Patent No. JP2005160641 (Nishii), titled "Pulse wave detector," and published June 23, 2005.

34.     Japanese Patent No. JP2005270543 (Maekawa et al.), titled "Biological information measuring device," and published October 6, 2005.

35.     Japanese Patent No. JP2006102164 (Aihara et al.), titled "Biological information detector," and published April 20, 2006.

36.     Japanese Patent No. JP2006177837 (Harada et al.), titled "Luminescence detection apparatus," and published July 6, 2006.

37.     Japanese Patent No. JP2006198321 (Cho et al.), titled "Blood sugar level measuring apparatus," and published August 3, 2006.

38.     Japanese Patent No. JP2006296564 (Inokawa et al.), titled "Optical biological sensor, base device, biological information collecting system, and sensor communication method," and published November 2, 2006.

39.     Japanese Patent No. JP2007289463 (Ishibashi), titled "Biological information measuring apparatus," and published November 8, 2007.

40.     Japanese Patent No. JP2007319232 (Kameyama et al.), titled "Biological information measurement apparatus," and published December 13, 2007.

41.     Japanese Patent No. JP2008099222 (Shimizu et al.), titled "Head-mounted display," and published April 24, 2008

42.     Japanese Patent Application No. JP2009106373 (Maruo et al.), titled "Sensing apparatus for biological surface tissue," and published May 21, 2009.

43.     Japanese Patent Application No. JP2011-147746 (Iwamiya et al.), titled "Apparatus and method for detecting biological information," and published August 4, 2011.

44.     Japanese Patent No. JP2013515528, titled "Monitoring device," and published May 9, 2013.

45.     Japanese Patent No. JP2919326, titled "Helper system," and published July 12, 1999.

46.     Japanese Patent No. JP3741147, titled "Pulse wave sensor," and published February 1, 2006.

47.     Japanese Patent No. JP3803351, titled "Pulse wave information measuring device," and published August 2, 2006.

48.     Japanese Patent No. JPH05325705 (Sasaki), titled "Illumination type contact sheet," and published December 10, 1993.

49.     Japanese Patent No. JPH08185864 (Kaiya et al.), titled "Electrode plate for alkaline storage battery and its manufacture," and published July 16, 1996.

50.     Japanese Patent No. JPH09-173322 (Ristolainen et al.), titled "Pulse oximeter sensor," and published July 8, 1997.

51.    Japanese Patent No. JPH09257508 (Fujisaki et al.), titled "Radio guide system," and published October 3, 1997.

52.    Japanese Patent No. JPH10314133 (Ido), titled "Biological signal radio equipment of arm mounting type," and published December 2, 1998.

53.    Japanese Patent No. JPH11197127 (Maeda), titled "Biological signal detection sensor," and published July 27, 1999.

54.    Japanese Patent No. JPH11235320 (Kondo), titled "Biological information measuring device," and published August 31, 1999.

55.    Japanese Patent No. JPH1170086 (Nakai), titled "Emergency informing system," and published March 16, 1999.

56.    Japanese Patent No. JPS5756752 (Fujii), titled "Measuring method for bod of compost," and published April 5, 1982.

57.    South Korea Patent No. KR100755079, titled "Biosignal-measuring instrument," and published September 6, 2007.

58.    South Korea Patent No. KR20070061122, titled "Method and system for providing health management service," and published June 13, 2007.

59.    South Korea Patent No. KR20100091592, titled "Pulse wave measuring apparatus capable of wearing on a wrist," and published August 19, 2010.

60.    PCT Publication No. WO 00/18290 (Bernstein et al.), titled "Oximeter sensor with encoded temperature characteristic," and published April 6, 2000.

61.    PCT Publication No. WO 00/25112 (Rolfe), titled "Optical monitoring," and published May 4, 2000.

62.    PCT Publication No. WO 01/09589 (Khalil et al.), titled "Optical sensor having a selectable sampling distance for determining of analytes," and published February 8, 2001.

63.    PCT Publication No. WO 01/50433 (Halleck et al.), titled "Apparatus and method for reducing power consumption in physiological condition monitors," and published July 12, 2001.

64.    PCT Publication No. WO 1995/000070, titled "A device for measuring quantities related to blood circulation," and published January 5, 1995.

65.     PCT Publication No. WO 1996/27325 (Huch et al.), titled "Device for measuring oxygen saturation in the blood present in the body," and published September 12, 1996.

66.     PCT Publication No. WO 1996/41566 (Fine et al.), titled "Sensor, method and device for optical blood oximetry," and published December 27, 1996.

67.     PCT Publication No. WO 1997/009923 (Kang et al.), titled "Real-time biological signal monitoring system using radio communication network," and published March 20, 1997.

68.     PCT Publication No. WO 1999/063883 (Sarussi), titled "Physiological stress detector device and method," and published December 16, 1999.

69.     PCT Publication No. WO 2000/028892 (Satchwell et al.), titled "Wrist mountable monitor," and published May 25, 2000.

70.     PCT Publication No. WO 2002/062213 (Taylor), titled "Oximeter sensor with temperature-sensitive film," and published August 15, 2002.

71.     PCT Publication No. WO 2005/094667 (Torch), titled "Biosensors, communicators, and controllers monitoring eye movement and methods for using them," and published October 13, 2005.

72.     PCT Publication No. WO 2006/016366 (Allon et al.), titled "Integrated retinal imager and method," and published February 16, 2006.

73.     PCT Publication No. WO 2006/017117 (Al-Ali), titled "Cyanotic infant sensor," and published February 16, 2008.

74.     PCT Publication No. WO 2006/060949 (Jang), titled "Finger temperature indicating ring," and published June 15, 2006.

75.     PCT Publication No. WO 2006/079862 (Santha et al.), titled "Pulse oximeter and casing for anchoring a sensor," and published August 3, 2006.

76.     PCT Publication No. WO 2006/090371 (Orbach), titled "Methods and systems for physiological and psycho-physiological monitoring and uses thereof," and published August 31, 2006.

77.     PCT Publication No. WO 2006/113070 (Colvin et al.), titled "Optical-based sensing devices," and published October 26, 2006.

78.     PCT Publication No. WO 2007/004083 (Nielsen et al.), titled "Sizing and positioning technology for an in-the-ear multi-measurement sensor to enable nibp calculation," and published January 11, 2007.

79.     PCT Publication No. WO 2007/017266 (Cho et al.), titled "Medical measuring device," and published February 15, 2007.

80.     PCT Publication No. WO 2007/048039 (Benni), titled "Method and apparatus for spectrophotometric based oximetry," and published April 26, 2007.

81.     PCT Publication No. WO 2007/144817 (Van Pieterson et al.), titled "Skin monitoring device, method of monitoring the skin, monitoring device, method of irradiating the skin, and use of an oled," and published December 21, 2007.

82.     PCT Publication No. WO 2008/002405 (Dietiker), titled "System and method for a non-invasive medical sensor," and published January 3, 2008.

83.     PCT Publication No. WO 2008/107238 (Goujon et al.), titled "Device for measuring at least one physiological parameter," and published September 12, 2008.

84.     PCT Publication No. WO 2008/149081 (Mathews et al.), titled "Pulse oximetry system," and published December 1, 2008.

85.     PCT Publication No. WO 2009/001988 (Lee et al.), titled "Diagnosis device using image sensor and method of manufacturing the same," and published December 31, 2008.

86.     PCT Publication No. WO 2009/137524 (Telfort et al.), titled "Pulse oximetry system with electrical decoupling circuitry," and published November 12, 2009.

87.     PCT Publication No. WO 2010/003134 (Kiani et al.), titled "Protrusion, heat sink, and shielding for improving spectroscopic measurement of blood constituents," and published January 7, 2010.

88.     PCT Publication No. WO 2011/051888 (Ackermans et al.), titled "Medical optical sensor," and published May 5, 2011.

89.     PCT Publication No. WO 2011/069122 (Al-Ali et al.), titled "Calibration for multi-stage physiological monitors," and published June 9, 2011.

90.     PCT Publication No. WO 2013/030744 (Eisen et al.), titled "Wearable pulse oximetry device," and published March 7, 2013.

91.     PCT Publication No. WO 2013/106607 (Mehta et al.), titled "Heart rate and blood oxygen monitoring system," and published July 18, 2013.

92.     PCT Publication No. WO 2013/181368 (Lisogurski), titled "Optical instrument with ambient light removal," and published December 5, 2013.

93.     PCT Publication No. WO 2014/115075 (Tognetti et al.), titled "Device, system and method for detection and processing of heartbeat signals," and published July 31, 2014.

94.     PCT Publication No. WO 2014/149781 (Larnego et al.), titled "Cloud-based physiological monitoring system," and published September 25, 2014.

95.     PCT Publication No. WO 2014/153200 (Ferber), titled "Systems and methods of multispectral blood measurement," and published September 25, 2014.

96.     PCT Publication No. WO 2014/158820 (Lamego et al.), titled "Patient monitor as a minimally invasive glucometer," and published October 2, 2014.

97.     PCT Publication No. WO 2014/178793 (Meitav), titled "Wristwatch including an integrated pulse oximeter or other modules that sense physiological data," and published November 6, 2014.

98.     PCT Publication No. WO 2014/184447 (Nousiainen et al.), titled "Portable pulse measuring device," and published November 20, 2014.

99.     PCT Publication No. WO 2015/187732 (Aki et al.), titled "Optical sensor for health monitoring," and published December 10, 2015.

100.    PCT Publication No. WO 2016/066312 (Trattler), titled "Optical sensor arrangement for an optical measurement of biological parameters and watch comprising the optical sensor arrangement," and published May 6, 2016.

101.    PCT Publication No. WO 93/012712 (Mendelson), titled "Blood constituent determination based on differential spectral analysis," and published July 8, 1993.

102.    PCT Publication No. WO1994/023643 (Steuer et al.), titled "System and method for noninvasive hematocrit monitoring," and published October 27, 1994.

103.    PCT Publication No. WO 99/000053 (Kimura et al.), titled "Living body inspecting apparatus and noninvasive blood analyzer using the same," and published January 7, 1999.

104.    PCT Publication No. WO 99/001704 (Baker et al.), titled "Modular refreshment center for refrigerator fresh food compartment," and published July 3, 1997.

C.    **Non-Patent Publications**

1.    "Acrylic: Strong, stiff, clear plastic available in variety of brilliant colors," Copyright 2020. available at http://www.curbellplastics.com/Research-Solutions/Materials/Acrylic, 5 pages.

2.    "Universal asynchronous receiver-transmitter," Wikipedia, available at https://en.wikipedia.org/wiki/Universal_asynchronous_receiver-transmitter, accessed Aug. 27, 2020, 10 pages.

3.    2 pages of images, identified by bates Nos. "APL-MAS_00057598" and "APL-MAS_00057599." Undated.

4.    3 pages of images, identified by bates Nos. "APL-MAS_00057600," "APL-MAS_00057601," and "APL-MAS_00057602." Undated.

5.    A Wireless Wearable Reflectance Pulse Oximeter Printout, The Bioengineering Institute, Worcester Polytechnic Institute, 1 page. Undated.

6.    A. C. M. Dassel et al., "Effect of location of the sensor on reflectance pulse oximetry," British Journal of Obstetrics and Gynaecology, vol. 104, Aug. 1997, pp. 910-916.

7.    A. C. M. Dassel et al., "Reflectance Pulse Oximetry at the Forehead Improves by Pressure on the Probe," Journal of Clinical Monitoring, vol. 11, No. 4, Jul. 1995, pp. 237-244.

8.    A. Gendler et al., "A PAB-Based Multi-Prefetcher Mechanism," International Journal of Parallel Programming, vol. 34, No. 2, Apr. 2006, pp. 171-188.

9.    A. Lader et al., "An Investigative Study of Membrane-Based Biosensors," Proceedings of the IEEE 17th Annual Northeast Bioengineering Conference, 1991, pp. 253-254.

10.    A. Nagre et al., "Effects of Motion Artifacts on Pulse Oximeter Readings from Different Facial Regions," Proceedings of the IEEE 31st Annual Northeast Bioengineering Conference, 2005, pp. 1-3.

11.     A. Tura et al., "A Wearable Device with Wireless Bluetooth-based Data Transmission," Measurement Science Review, vol. 3, Sec. 2, 2003, pp. 1-4.

12.     Akira Sakane et al., "Estimating Arterial Wall Impedance using a Plethysmogram," IEEE 2003, pp. 580-585.

13.     B. F. Koegh et al., "Recent findings in the use of reflectance oximetry: a critical review," Current Opinion in Anaesthesiology, vol. 18, 2005, pp. 649-654.

14.     B. Landon et al., "Master Visually Windows Mobile 2003," Wiley Publishing, Inc., 2004, 335 pages (uploaded in two parts).

15.     B. McGarry et al., "Reflections on a candidate design of the user-interface for a wireless vital-signs monitor," Proceedings of DARE 2000 on Designing Augmented Reality Environments, Jan. 2000, pp. 33-40.

16.     B. Odegard et al., "An Analysis of Racewalking Styles Using a 2-Dimensional Mathematical Knee Model," Proceedings of the IEEE 23rd Northeast Bioengineering Conference, 1997, pp. 73-74.

17.     B. Yocum et al., "Design of a Reflectance Pulse Oximeter Sensor and its Evaluation in Swine," Proceedings of the 15th Annual Northeast Bioengineering Conference, IEEE, 1989, pp. 239-240.

18.     B.-H. Yang et al., "Development of the ring sensor for healthcare automation," Robotics and Autonomous Systems, 2000, pp. 273-281.

19.     B-H. Yang et al., "A Twenty-Four Hour Tele-Nursing System Using a Ringer Sensor," Proceedings of 1998 IEEE International Conference on Robotics and Automation, May 16-20, 1998, 6 pages.

20.     B-S. Lin et al., "RTWPMS: A Real-Time Wireless Physiological Monitoring System," IEEE Transactions on Information Technology in Biomedicine, vol. 10, No. 4, Oct. 2006, pp. 647-656.

21.     Burritt, Mary F.; Current Analytical Approaches to Measuring Blood Analytes; vol. 36; No. 8(B); 1990.

22.     C. D. Conway et al., "Wearable computer as a multi-parametric monitor for physiological signals," Proceedings IEEE International Symposium on Bio-Informatics and Biomedical Engineering, Arlington, VA, USA, 2000, pp. 236-242.

23.    C. E. Darling et al., "Detecting Blood Loss With a Wearable Photoplethysmography Device," Annals of Emergency Medicine, vol. 68, No. 45, Oct. 2016, p. S116.

24.    C. G. Scully et al., "Physiological Parameter Monitoring from Optical Recordings With a Mobile Phone," IEEE Transactions on Biomedical Engineering, vol. 59, No. 2, Feb. 2012, pp. 303-306.

25.    C. Gutierrez et al, "Non-Invasive Functional Mapping of the Brain Using Cerebral Oximeter," Proceedings of the Second Joint EMBS/BMES Conference, Oct. 2002, pp. 947-948.

26.    C. J. Pujary, "Investigation of Photodetector Optimization in Reducing Power Consumption by a Noninvasive Pulse Oximeter Sensor," Worcester Polytechnic Institute, Jan. 16, 2004, 133 pages.

27.    C. Pujary et al.,"Photodetector Size Considerations in the Design of a Noninvasive Reflectance Pulse Oximeter for Telemedicine Applications," Proceedings of IEEE Annual Northeast Bioengineering Conference, 2003, pp. 148-149.

28.    C. Tamanaha et al., "An Inorganic Membrane Filter to Support Biomembrane-Mimetic Structures," Proceedings of 17th International Conference of the Engineering in Medicine and Biology Society, Sep. 1995, pp. 1559-1560.

29.    C. Tamanaha et al., "Feasibility Study of an Inorganic Membrane Filter as a Support for Biomembrane-Mimetic Structures," Proceedings of the IEEE 21st Annual Northeast Bioengineering Conference, 1995, pp. 99-101.

30.    C. Tamanaha et al., "Humidity and Cation Dependency of Purple Membrane Based Biosensors," Proceedings of the 18th IEEE Annual Northeast Bioengineering Conference, Mar. 1992, pp. 107-108.

31.    C. Tamanaha et al., "Surface Modification of y-Al2O3 Filters by Chemisorption of Alkyltrichlorosilane Molecules," 18th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, 1996, pp. 2069-2070.

32.    C. W. Mundt et al., "A Multiparameter Wearable Physiologic Monitoring System for Space and Terrestrial Applications," IEEE Transactions on Information Technology in Biomedicine, vol. 9, No. 3, Sep. 2005, pp. 382-391.

33.    D. C. Zheng and Y. T. Zhang, "A ring-type device for the noninvasive measurement of arterial blood pressure," Proceedings of the 25th Annual

International Conference of the IEEE Engineering in Medicine and Biology Society (IEEE Cat. No. 03CH37439), Sep. 17-21, 2003, Cancun, pp. 3184-3187 vol. 4.

34.   D. Dao et al., "A Robust Motion Artifact Detection Algorithm for Accurate Detection of Heart Rates From Photoplethysmographic Signals Using Time-Frequency Spectral Features," IEEE Journal of Biomedical and Health Informatics, vol. 21, No. 5, Sep. 2017, pp. 1242-1253.

35.   D. Konstantas et al., "Mobile Patient Monitoring: The MobiHealth System," In Proceedings of International Conference on Medical and Care Compunetics, NCC'04, Feb. 2004, 8 pages.

36.   D. Marculescu et al., "Ready to Ware," IEEE Spectrum, vol. 40, Issue 10, Oct. 2003, pp. 28-32.

37.   D. Sen et al., "Pressure Ulcer Prevention System: Validation in a Clinical Setting," IEEE Life Sciences Conference (LSC), 2018, pp. 105-108.

38.   D. Sen et al., "Time-Domain-Based Measurement Technique for Pressure Measurement in a Wearable Wireless Sensor Patch," IEEE International Symposium on Circuits and Systems (ISCAS), 2018, pp. 1-5.

39.   D. Sen et al., "Wireless Sensor Patch Suitable for Continuous Monitoring of Contact Pressure in a Clinical Setting," 16th IEEE International New Circuits and Systems Conference (NEWCAS), 2018, pp. 91-95.

40.   D. Thompson et al., "A Small, High-Fidelity Reflectance Pulse Oximeter," American Society for Engineering Education, 2007, 14 pages.

41.   D. Thompson et al., "Pulse Oximeter Improvement with an ADC-DAC Feedback Loop and a Radical Reflectance Sensor," Proceedings of the 28th IEEE EMBS Annual International Conference, 2006, pp. 815-818.

42.   D. Traviglia et al., "A Portable Setup for Comparing Transmittance and Reflectance Pulse Oximeters for Field Testing Applications," Proceedings of the IEEE 30th Annual Northeast Bioengineering Conference, 2004, pp. 212-213.

43.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,258,265, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01520, dated Aug. 31, 2020, in 138 pages.

44.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,258,266, Ex. 1003, Apple Inc. v.

Masimo Corporation, Inter Partes Review No. IPR2021-00208, dated Nov. 20, 2020, in 96 pages.

45.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,292,628, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01521, dated Sep. 2, 2020, in 133 pages.

46.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,299,708, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00193, dated Nov. 20, 2020, in 136 pages.

47.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,376,190, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00195, dated Nov. 20, 2020, in 139 pages.

48.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,376,191, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00209, dated Nov. 20, 2020, in 96 pages.

49.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,588,553, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01536, dated Aug. 31, 2020, in 173 pages.

50.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,588,553, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01537, dated Aug. 31, 2020, in 181 pages.

51.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,588,554, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01538, dated Sep. 2, 2020, in 151 pages.

52.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,588,554, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01539, dated Sep. 2, 2020, in 170 pages.

53.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,624,564, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01713, dated Sep. 30, 2020, in 159 pages.

54.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter
      Partes Review of U.S. Pat. No. 10,631,765, Ex. 1003, Apple Inc. v.
      Masimo Corporation, Inter Partes Review No. IPR2020-01714, dated Sep.
      30, 2020, in 122 pages.

55.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter
      Partes Review of U.S. Pat. No. 10,631,765, Ex. 1003, Apple Inc. v.
      Masimo Corporation, Inter Partes Review No. IPR2020-01715, dated Sep.
      30, 2020, in 117 pages.

56.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter
      Partes Review of U.S. Pat. No. 10,702,194, Ex. 1003, Apple Inc. v.
      Masimo Corporation, Inter Partes Review No. IPR2020-01716, dated Sep.
      30, 2020, in 109 pages.

57.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter
      Partes Review of U.S. Pat. No. 10,702,195, Ex. 1003, Apple Inc. v.
      Masimo Corporation, Inter Partes Review No. IPR2020-01733, dated Sep.
      30, 2020, in 108 pages.

58.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter
      Partes Review of U.S. Pat. No. 10,709,366, Ex. 1003, Apple Inc. v.
      Masimo Corporation, Inter Partes Review No. IPR2020-01737, dated Sep.
      30, 2020, in 110 pages.

59.   Definition of "gap," excerpt from Merriam-Webster's Collegiate
      Dictionary (11th ed.), 2005, 3 pages.

60.   Definition of "processor," excerpt from Merriam-Webster's Collegiate
      Dictionary (10th ed.), 1999, 6 pages.

61.   Design of Pulse Oximeters, J.G. Webster, Institution of Physics
      Publishing, IOP Publishing Ltd, 1997, 262 pages (uploaded in three parts).

62.   E. Higurashi et al., "An integrated laser blood flowmeter," Journal of
      Lightwave Technology, vol. 21, No. 3, pp. 591-595, Mar. 2003.

63.   E. Morillo et al., "Multiwavelength Transmission Spectrophotometry in
      the Pulsatile Measurement of Hemoglobin Derivatives in Whole Blood,"
      Proceedings of the IEEE 23rd Northeast Bioengineering Conference,
      1997, pp. 5-6.

64.   E. Stohr et al., "Quantitative FT-IR Spectrometry of Blood Constituents,"
      14th Annual International Conference of the IEEE Engineering in
      Medicine and Biology Society, 1992, pp. 173-174.

65.   E. Stohr et al., "Quantitative FTIR Spectrophotometry of Cholesterol and Other Blood Constituents and their Interference with the In-Vitro Measurement of Blood Glucose," Proceedings of the 18th IEEE Annual Northeast Bioengineering Conference, 1992, pp. 105-106.

66.   E. Tuite et al., "Design of Individual Balance Control Device Utilized during the Sit-to-Stand Task," ISB 2011 Brussels, 2011, pp. 1-2.

67.   Eiji Higurashi et al., "Hybrid integration technologies for optical micro-systems," Proc. SPIE 5604, Optomechatronic Micro/Nano Components, Devices, and Systems, Oct. 25, 2004, pp. 67-73.

68.   European Office Action issued in Application No. 09791157.2, dated Jun. 20, 2016.

69.   European Office Action issued in application No. 10763901.5 dated Aug. 27, 2014.

70.   European Office Action issued in application No. 10763901.5 dated Aug. 6, 2015.

71.   European Office Action issued in application No. 10763901.5 dated Jan. 11, 2013.

72.   Fabio Buttussi et al., "MOPET: A context-aware and user-adaptive wearable system for fitness training," Artificial Intelligence in Medicine 42, 2008, pp. 153-163.

73.   G. Comtois et al., "A Noise Reference Input to an Adaptive Filter Algorithm for Signal Processing in a Wearable Pulse Oximeter," IEEE, 2007, pp. 106-107.

74.   G. Comtois et al., "A Wearable Wireless Reflectance Pulse Oximeter for Remote Triage Applications," Proceedings of the IEEE 32nd Annual Northeast Bioengineering Conference, 2006, pp. 53-54.

75.   G. Comtois, "A Comparative Evaluation of Adaptive Noise Cancellation Algorithms for Minimizing Motion Artifacts in a Forehead-Mounted Wearable Pulse Oximeter," Proceedings of the 29th Annual international Conference of the IEEE EMBS, Aug. 23-26, 2007, pp. 1528-1531.

76.   G. Tamannagari, "Power Efficient Design of Finder-Ring Sensor for Patient Monitoring," Master of Science in Electrical Engineering, The University of Texas at San Antonio, College of Engineering, Department of Electrical Engineering, Dec. 2008, 74 pages.

77.     H. DiSpirito et al., "A Neural Stimulation System Model to Enhance Neural Integrated Circuit Design," 29th Southern Biomedical Engineering Conference, 2013, pp. 9-10.

78.     H.H. Asada et al., "Mobile Monitoring with Wearable Photoplethysmographic Biosensors," IEEE Engineering in Medicine and Biology Magazine, May/Jun. 2003, pp. 28-40.

79.     Hall, et al., Jeffrey W.; Near-Infrared Spectrophotometry: A New Dimension in Clinical Chemistry; vol. 38; No. 9; 1992.

80.     Home Use Guide: Nellcor Symphony N-3000 Pulse Oximeter, Nellcor Puritan Bennett, Inc., Copyright 1996, 50 pages.

81.     http://amivital.ugr.es/blog/?tag+spo2; Monitorizacion de la hemoglobina . . . y mucho mas, printed on Aug. 20, 2009.

82.     http://blogderoliveira.blogspot.com/2008_02_01_archive.html; Ricardo Oliveira, printed on Aug. 20, 2009.

83.     http://www.masimo.com/generalFloor/system.htm; Masimo Patient SafetyNet System at a Glance, printed on Aug. 20, 2009.

84.     http://www.masimo.com/partners/GRASEBY.htm; Graseby Medical Limited, printed on Aug. 20, 2009.

85.     http://www.masimo.com/PARTNERS/WELCHALLYN.htm; Welch Allyn Expands Patient Monitor Capabilities with Masimo Pulse Oximetry Technology, printed on Aug. 20, 2009.

86.     http://www.masimo.com/pulseOximeter/PPO.htm; Masimo Personal Pulse Oximeter, printed on Aug. 20, 2009.

87.     http://www.masimo.com/pulseOximeter/Rad5.htm; Signal Extraction Pulse Oximeter, printed on Aug. 20, 2009.

88.     http://www.masimo.com/rad-57/; Noninvasive Measurement of Methemoglobin, Carboxyhemoglobin and Oxyhemoglobin in the blood. Printed on Aug. 20, 2009.

89.     http://www.masimo.com/rainbow/pronto.htm Noninvasive & Immediate Hemoglobin Testing, printed on Aug. 20, 2009.

90.     http://www.masimo.com/spco/; Carboxyhemoglobin Noninvasive > Continuous > Immediate, printed on Aug. 20, 2009.

91.	International Preliminary Report on Patentability and Written Opinion for International Application No. PCT/US2016/040190, dated Jan. 2, 2018, in 7 pages.

92.	International Preliminary Report on Patentability and Written Opinion of the International Searching Authority issued in Application No. PCT US2009/049638, dated Jan. 5, 2011 in 9 pages.

93.	International Preliminary Report on Patentability and Written Opinion of the International Searching Authority issued in Application No. PCT/US2009/052756, dated Feb. 8, 2011 in 8 pages.

94.	International Search Report and Written Opinion for PCT/US2009/049638, dated Jan. 7, 2010.

95.	International Search Report issued in Application No. PCT/US2009/052756, dated Feb. 10, 2009 in 14 pages.

96.	International Search Report, App. No. PCT/US2010/047899, Date of Actual Completion of Search: Jan. 26, 2011, 4 pages.

97.	J Kraitl et al., "An optical device to measure blood components by a photoplethysmographic method," Journal of Optics A: Pure and Applied Optics. 7, 2005, pp. S318-S324.

98.	J. A. Pologe, "Pulse Oximetry: Technical Aspects of Machine Design," International Anesthesiology Clinics, vol. 25, No. 3, 1987, pp. 137-153.

99.	J. A. Tamada et al., "Noninvasive Glucose Monitoring: Comprehensive Clinical Results," JAMA, Nov. 17, 1999, vol. 282, No. 19, pp. 1839-1844.

100.	J. Bronzino et al., Medical Devices and Systems, The Biomedical Engineering Handbook, Third Edition, Taylor & Francis Group, LLC, Apr. 2006, 20 pages.

101.	J. Bronzino et al., The Biomedical Engineering Handbook, Second Edition, CRC Press LLC, 2000, 21 pages.

102.	J. Chong et al., "Photoplethysmograph Signal Reconstruction Based on a Novel Hybrid Motion Artifact Detection-Reduction Approach. Part I: Motion and Noise Artifact Detection," Annals of Biomedical Engineering, vol. 42, No. 11, Nov. 2014, pp. 2238-2250.

103.	J. Harvey et al., "A Portable Sensor for Skin Bioimpedance Measurements," International Journal of Sensors and Sensor Networks, vol. 7, No. 1, Aug. 2019, pp. 1-8.

104.   J. Harvey et al., "Correlation of bioimpedance changes after compressive loading of murine tissues in vivo," Physiological Measurement, vol. 40, No. 10, Oct. 2019, pp. 1-13.

105.   J. Harvey et al., "OxiMA: A Frequency-Domain Approach to Address Motion Artifacts in Photoplethysmograms for Improved Estimation of Arterial Oxygen Saturation and Pulse Rate," IEEE Transactions on Biomedical Engineering, vol. 66, No. 2, Feb. 2019, pp. 311-318.

106.   J. Hodby, "A ratio-measuring detection system for use in pulsed spectroscopic measurements," Journal of Physics E: Scientific Instruments, vol. 3, 1970, pp. 229-233.

107.   J. McNeill et al., "Flexible Sensor for Measurement of Skin Pressure and Temperature in a Clinical Setting," 2016 IEEE Sensors, Nov. 2016, pp. 1-3.

108.   J. McNeill et al., "Wearable Wireless Sensor Patch for Continuous Monitoring of Skin Temperature, Pressure, and Relative Humidity," IEEE International Symposium on Circuits and Systems (ISCAS), 2017, pp. 1-4.

109.   J. Schmitt et al., "An Integrated Circuit-Based Optical Sensor for In Vivo Measurement of Blood Oxygenation," IEEE Transactions on Biomedical Engineering, vol. BME-33, No. 2, Feb. 1986, pp. 98-107.

110.   J. Webster et al., Nanoparticles-Radiotherapy Accessories, Encyclopedia of Medical Devices and Instrumentation, Second Edition, vol. 5, Wiley-Interscience, 2006, 42 pages.

111.   J. Yao, et al., "Stimulating Student Learning with a Novel 'In-House' Pulse Oximeter Design," Proceedings of the 2005 American Society for Engineering Education Annual Conference & Exposition, 2005, 14 pages.

112.   Jan. 9, 2020 Complaint for (1) Patent Infringement (2) Trade Secret Misappropriation and (3) Ownership of Patents and Demand for Jury Trial, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, 64 pages.

113.   Japanese Notice of Allowance, re JP Application No. 2011-516895, dated May 12, 2015, no translation.

114.   Japanese Office Action, re JP Application No. 2011-516895, dated Sep. 2, 2014, with translation.

115.   Jul. 24, 2020 Second Amended Complaint for (1) Patent Infringement (2) Trade Secret Misappropriation (3) Correction of Inventorship and (4)

Ownership of Patents and Demand for Jury Trial, and including Exhibit 1, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, 182 pages.

116.   Jul. 27, 2020 Plaintiffs' Infringement Contentions, and including Exhibit 1 and Appendices A-P, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, 305 pages.

117.   K. Chon et al., "Wearable Wireless Sensor for Multi-Scale Physiological Monitoring," Worcester Polytechnic Institute, Oct. 2014, 82 pages.

118.   K. Chon et al., "Wearable Wireless Sensor for Multi-Scale Physiological Monitoring," Worcester Polytechnic Institute, Oct. 2015, 142 pages.

119.   K. Faisst et al., "Reflectance pulse oximetry in neonates," European Journal of Obstetrics & Gynecology and Reproductive Biology, vol. 61, No. 2, Aug. 1995, pp. 117-122.

120.   K. Hickle et al., "Wireless Pressure Ulcer Sensor," Annals of Plastic Surgery, vol. 82, Supplement 3, Apr. 2019, pp. S215-S221.

121.   K. Li et al., "A High-Performance Wireless Reflectance Pulse Oximeter for Photo-Plethysmogram Acquisition and Analysis in the Classroom," American Society for Engineering Education, 2010, 12 pages.

122.   K. Li et al., "A Wireless Reflectance Pulse Oximeter with Digital Baseline Control for Unfiltered Photoplethysmograms," IEEE Transactions on Biomedical Circuits and Systems, Nov. 2011, pp. 1-11.

123.   K. M. Warren et al., "Improving Pulse Rate Measurements during Random Motion Using a Wearable Multichannel Reflectance Photoplethysmograph," Sensors (Basel), vol. 16, No. 3, Mar. 2016, p. 1-18.

124.   K. Nakajima et al., "Monitoring of heart and respiratory rates by photoplethysmography using digital filtering technique," Med. Eng. Phy. vol. 18, No. 5, pp. 365-372, 1996.

125.   K. Ono et al., "Fiber optic reflectance spectrophotometry system for in vivo tissue diagnosis," Applied Optics, vol. 30, No. 1, Jan. 1991, pp. 98-105.

126.   K. Self, Application Note 78-Using Power Management with High-Speed Microcontrollers, Maxim Integrated Products, Inc., Mar. 29, 2001, 25 pages.

127. Kanukurthy et al., "Data Acquisition Unit for an Implantable Multi-Channel Optical Glucose Sensor," Electro/Information Technology Conference, Chicago, IL, USA, May 17-20, 2007, pp. 1-6.

128. Konig et al., "Reflectance Pulse Oximetry-Principles and Obstetric Application in the Zurich System," Journal of Clinical Monitoring and Computing, vol. 14, No. 6, Aug. 1998, pp. 403-412.

129. Kuenstner, et al., J. Todd; Measurement of Hemoglobin in Unlysed Blood by Near-Infrared Spectroscopy; vol. 48; No. 4, 1994.

130. L. Grajales et al., "Wearable multisensor heart rate monitor," International Workshop on Wearable and Implantable Body Sensor Networks (BSN'06), Cambridge, MA, 2006, pp. 4-157.

131. L. Xu et al., "An integrated wrist-worn routine monitoring system for the elderly using BSN," 2008 5th International Summer School and Symposium on Medical Devices and Biosensors, Hong Kong, 2008, pp. 45-48.

132. Laukkanen RM et al., "Heart Rate Monitors: State of the Art," Journal of Sports Science, Jan. 1998, pp. S3-S7.

133. M. Barr, "Introduction to Pulse Width Modulation (PWM)," Barr Group, Embedded Systems Programming, Sep. 2001, pp. 1-3.

134. M. Corcoran et al., "A Humidifier for Olfaction Studies During Functional Magnetic Resonance Imaging," Proceedings of the IEEE 31st Annual Northeast Bioengineering Conference, 2005, pp. 1-2.

135. M. J. Hayes, "Artefact Reduction in Photoplethysmography," Doctoral thesis, Department of Electronic and Electrical Engineering, Loughborough University, Nov. 1998, 195 pages. (uploaded in 2 parts).

136. M. Last et al., Chapter 14: Early Warning from Car Warranty Data using a Fuzzy Logic Technique, Scalable Fuzzy Algorithms for Data Management and Analysis: Methods and Design, 2009, pp. 347-364.

137. M. Nogawa et al., "A Novel Hybrid Reflectance Pulse Oximeter Sensor with Improved Linearity and General Applicability to Various Portions of the Body," Proceedings of the 20th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, vol. 20, No. 4, 1998, pp. 1858-1861.

138. M. Savage et al., "Optimizing Power Consumption in the Design of a Wearable Wireless Telesensor: Comparison of Pulse Oximeter Modes,"

Proceedings of IEEE 29th Annual Nonheust Bioengineering Conference, 2003, pp. 150-151.

139.  M. Yamashita et al., "Development of a Ring-Type Vital Sign Telemeter," Biotelemetry XIII, Mar. 26-31, 1995, pp. 145-150.

140.  Manzke, et al., B., Multi Wavelength Pulse Oximetry in the Measurement of Hemoglobin Fractions; SPIE, vol. 2676, Apr. 24, 1996.

141.  Mar. 25, 2020 First Amended Complaint for (1) Patent Infringement (2) Trade Secret Misappropriation (3) Correction of Inventorship and (4) Ownership of Patents and Demand for Jury Trial, and including Exhibits 13-24 (Exhibits 1-12 and 25-31 comprise copies of publicly available U.S. patents and U.S. patent application publications, and are not included herein for ease of transmission), Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, pp. 1-94, 983-1043 (total of 156 pages).

142.  McPherson, "How to Do Everything with Windows Mobile," McGraw Hill, 2006, 431 pages (uploaded in three parts).

143.  Mendelson et al., "A Mobile PDA-Based Wireless Pulse Oximeter," Proceedings of the IASTED International Conference Telehealth, Jul. 19-21, 2005, pp. 1-6.

144.  Mendelson et al., "A Wearable Reflectance Pulse Oximeter for Remote Physiological Monitoring," Proceedings of the 28th IEEE EMBS Annual International Conference, Aug. 30-Sep. 3, 2006, pp. 912-915.

145.  Mendelson et al., "Accelerometery-Based Adaptive Noise Cancellation for Remote Physiological Monitoring by a Wearable Pulse Oximeter," Proceedings of the 3rd IASTED International Conference TELEHEALTH, May 31-Jun. 1, 2007, pp. 28-33.

146.  Mendelson et al., "Measurement Site and Photodetector Size Considerations in Optimizing Power Consumption of a Wearable Reflectance Pulse Oximeter," Proceedings of the 25th Annual International Conference of the IEEE EMBS, Sep. 17-21, 2003, pp. 3016-3019.

147.  Mendelson et al., "Minimization of LED Power Consumption in the Design of a Wearable Pulse Oximeter,"Proceedings of the IASTED International Conference Biomedical Engineering, Jun. 25-27, 2003, 6 pages.

148.    N. Reljin et al., "Automatic Detection of Dehydration using Support Vector Machines," 14th Symposium on Neural Networks and Applications (NEUREL), Nov. 2018, pp. 1-6.

149.    N. Reljin et al., "Detection of Blood Loss in Trauma Patients using Time-Frequency Analysis of Photoplethysmographic Signal," IEEE-EMBS International Conference on Biomedical and Health Informatics (BHI), 2016, pp. 118-121.

150.    N. Reljin et al., "Using support vector machines on photoplethysmographic signals to discriminate between hypovolemia and euvolemia," PLoS One, vol. 13, No. 3, Mar. 2018, pp. 1-14.

151.    N. Selvaraj et al., "A Novel Approach Using Time-Frequency Analysis of Pulse-Oximeter Data to Detect Progressive Hypovolemia in Spontaneously Breathing Healthy Subjects," IEEE Transactions on Biomedical Engineering, vol. 58, No. 8, Aug. 2011, pp. 2272-2279.

152.    N. Selvaraj et al., "Statistical Approach for the Detection of Motion/Noise Artifacts in Photoplethysmogram," 33rd Annual International Conference of the IEEE EMBS, Sep. 2011, pp. 4972-4975.

153.    N. Townsend, "Pulse Oximetry," Medical Electronics, 2001, pp. 32-42.

154.    National Instruments LabVIEW User Manual, National Instruments Corporation, Nov. 2001 Edition, Part No. 320999D-01, 293 pages.

155.    Naumenko, E. K.; Choice of Wavelengths for Stable Determination of Concentrations of Hemoglobin Derivatives from Absorption Spectra of Erythrocytes; vol. 63; No. 1; pp. 60-66 Jan.-Feb. 1996; Original article submitted Nov. 3, 1994.

156.    Nonin Medical, Inc., "Operator's Manual-Models 8600F0 and 8600F0M Pulse Oximeters," 2005, 25 pages.

157.    Nov. 12, 2020 Third Amended Complaint for (1) Patent Infringement (2) Trade Secret Misappropriation (3) Correction of Inventorship and (4) Ownership of Patents and Demand for Jury Trial, and including Exhibit 1, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, 196 pages. [uploaded in 2 parts].

158.    Nuria Oliver et al., "HealthGear: A Real-time Wearable System for Monitoring and Analyzing Physiological Signals," Proceedings of the International Workshop on Wearable and Implantable Body Sensor Networks 2006 IEEE, pp. 1-4.

159.   Oct. 20, 2020 Letter from B. K. Andrea to J. Re et al., Re: Masimo Corp, et al. v. Apple, Inc., C.A. 8:20-cv-00048 (C.D. Cal.), 19 pages.

160.   Operator's Manual: Nellcor N-200 Pulse Oximeter, Nellcor Incorporated, Copyright 2003, 96 pages.

161.   Optoelectronics, Data Book 1990, Siemens Components, Inc., 770 pages. (uploaded in 7 parts).

162.   OxiplexTS Near Infrared, Non-Invasive, Tissue Spectrometer Brochure, ISS, Inc., Copyright 2001, 6 pages.

163.   P. Bhandare et al. "Glucose Determination in Simulated Plasma Solutions Using Infrared Spectrophotometry," 14th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, Nov. 1992, pp. 163-164.

164.   P. Bhandare et al., "Glucose determination in simulated blood serum solutions by Fourier transforms infrared spectroscopy: investigation of spectral interferences," Vibrational Spectroscopy, vol. 6, No. 3, Mar. 1994, pp. 363-378.

165.   P. Bhandare et al., "IR Spectrophotometric Measurement of Glucose in Phosphate Buffered Saline Solutions: Effects of Temperature and pH," Proceedings of the 18th IEEE Annual Northeast Bioengineering Conference, 1992, pp. 103-104.

166.   P. Bhandare et al., "Multivariate Determination of Glucose in Whole Blood Using Partial Least-Squares and Artificial Neural Networks Based on Mid-Infrared Spectroscopy," Society for Applied Spectroscopy, vol. 47, No. 8, 1993, pp. 1214-1221.

167.   P. Bhandare et al., "Neural Network Based Spectral Analysis of Multicomponent Mixtures for Glucose Determination," Proceedings of the IEEE, 17th Annual Northeast Bioengineering Conference, 1991, pp. 249-250.

168.   P. Branche et al., "Signal Quality and Power Consumption of a New Prototype Reflectance Pulse Oximeter Sensor," Proceeding of the 31th Annual Northeast Bioengineering Conference, Hoboken, NJ, IEEE, 2005, pp. 1-2.

169.   P. C. Branche et al., "A Wearable Wireless Reflectance Pulse Oximeter with Automatic and Remote On-Demand Activation," Annual Fall Meeting of the BMES, 2004, p. 1.

170.   P. C. Branche et al., "Measurement Reproducibility and Sensor Placement Considerations in Designing a Wearable Pulse Oximeter for Military Applications," IEEE, 2004, pp. 216-217.

171.   P. Celka et al., "Motion Resistant Earphone Located Infrared Based Hearth Rate Measurement Device," In Proceeding of the 2nd International Conference on Biomedical Engineering, Innsbruck, Austria, Feb. 16-18, 2004, pp. 582-585.

172.   P. Lukowicz et al., "AMON: A Wearable Medical Computer for High Risk Patient," Proceedings of the 6th International Symposium on Wearable Computers (ISWC'02), 2002, pp. 1-2.

173.   P. Lukowicz et al., "The WearARM Modular, Low-Power Computing Core," IEEE Micro, May-Jun. 2001, pp. 16-28.

174.   P. Muller et al., "A Preliminary In-Vitro Evaluation and Comparative Study of Various Tissue pH Sensors," Proceedings of the 18th IEEE Annual Northeast Bioengineering Conference, 1992, pp. 158-159.

175.   P. P. Vaidyanathan, "Multirate Digital Filters, Filter Banks, Polyphase Networks, and Applications: A Tutorial," Proceedings of the IEEE, vol. 78, No. 1, Jan. 1990, pp. 56-93.

176.   P. Renevey et al., "Wrist-Located Pulse Detection Using IR Signals, Activity and Nonlinear Artifact Cancellation," Proceedings of the 23rd Annual EMBS International Conference, Oct. 25-28, 2001, pp. 3030-3033.

177.   P. Shaltis et al., "Novel Design for a Wearable, Rapidly Depolyable, Wireless Noninvasive Triage Sensor," Proceedings of the 2005 IEEE, Engineering in Medicine and Biology 27th Annual Conference, Sep. 1-4, 2005, pp. 3567-3570.

178.   P. T. Gibbs et al., "Active Motion Artifact Cancellation for Wearable Health Monitoring Sensors Using Collocated MEMS Accelerometers," Proceedings of SPIE Smart Structures and Materials: Sensors and Smart Structures Technologies for Civil, Mechanical, and Aerospace Systems, May 17, 2005, pp. 811-819.

179.   P.S. Pandian et al., "Smart Vest: Wearable Multi-Parameter Remote Physiological Monitoring System," Medical Engineering & Physics 30, 2008. pp. 466-477.

180.   Petition for Inter Partes Review of U.S. Pat. No. 10,258,265, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01520, dated Aug. 31, 2020, in 114 pages.

181.  Petition for Inter Partes Review of U.S. Pat. No. 10,258,266, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00208, dated Nov. 20, 2020, in 80 pages.

182.  Petition for Inter Partes Review of U.S. Pat. No. 10,292,628, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01521, dated Sep. 2, 2020, in 107 pages.

183.  Petition for Inter Partes Review of U.S. Pat. No. 10,299,708, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00193, dated Nov. 20, 2020, in 107 pages.

184.  Petition for Inter Partes Review of U.S. Pat. No. 10,376,190, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00195, dated Nov. 20, 2020, in 109 pages.

185.  Petition for Inter Partes Review of U.S. Pat. No. 10,376,191, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00209, dated Nov. 20, 2020, in 79 pages.

186.  Petition for Inter Partes Review of U.S. Pat. No. 10,588,553, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01536, dated Aug. 31, 2020, in 114 pages.

187.  Petition for Inter Partes Review of U.S. Pat. No. 10,588,554, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01538, dated Sep. 2, 2020, in 108 pages.

188.  Petition for Inter Partes Review of U.S. Pat. No. 10,588,554, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01539, dated Sep. 2, 2020, in 111 pages.

189.  Petition for Inter Partes Review of U.S. Pat. No. 10,624,564, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01713, dated Sep. 30, 2020, in 117 pages.

190.  Petition for Inter Partes Review of U.S. Pat. No. 10,631,765, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01714, dated Sep. 30, 2020, in 113 pages.

191.  Petition for Inter Partes Review of U.S. Pat. No. 10,631,765, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01715, dated Sep. 30, 2020, in 114 pages.

192.  Petition for Inter Partes Review of U.S. Pat. No. 10,702,194, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01716, dated Sep. 30, 2020, in 100 pages.

193. Petition for Inter Partes Review of U.S. Pat. No. 10,702,195, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01733, dated Sep. 30, 2020, in 105 pages.

194. Petition for Inter Partes Review of U.S. Pat. No. 10,709,366, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01737, dated Sep. 30, 2020, in 104 pages.

195. Petition for Inter Partes Review of US Patent No. 10,588,553, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01537, dated Aug. 31, 2020, in 114 pages.

196. QuickSpecs, Version 3, Nov. 20, 2003, HP iPAQ Pocket PC h4150 Series, 8 pages.

197. R. Fensli et al., "A Wireless ECG System for Continuous Event Recording and Communication to a Clinical Alarm Station," Conf Proc IEEE Eng Med Biol Soc, 2004, pp. 1-4.

198. R. Gupta et al., "Design and Development of Pulse Oximeter," Proceedings RC IEEE-EMBS & 14th BMESI, 1995, pp. 1.13-1.16.

199. R. J. Duckworth et al., Field Testing of a Wireless Wearable Reflectance Pulse Oximeter Printout, Department of Electrical and Computer Engineering and Department of Biomedical Engineering, Worcester Polytechnic Institute, 1 page. Undated.

200. R. Kasbekar et al., "Evaluation of key design parameters for mitigating motion artefact in the mobile reflectance PPG signal to improve estimation of arterial oxygenation," Physiological Measurement, vol. 39, No. 7, Jul. 2018, pp. 1-12.

201. R. P. Dresher et al., "A New Reflectance Pulse Oximeter Housing to Reduce Contact Pressure Effects," IEEE, 2006, pp. 49-50.

202. R. P. Dresher et al., "Reflectance Forehead Pulse Oximetry: Effects on Contact Pressure During Walking," Proceedings of the 28th IEEE EMBS Annual International Conference, Aug. 30-Sep. 3, 2006, pp. 3529-3532.

203. R. Paradiso, "Wearable Health Care System for Vital Signs Monitoring," In Proceedings of IEEE International Conference on Information Technology Applications in Biomedicine, May 2003, pp. 283-286.

204. R. Peura et al, "Biotechnology for Biomedical Engineers," IEEE Engineering in Medicine and Biology, vol. 14, No. 2, Apr. 1995, pp. 199-200.

205.    RF Cafe, Electronic Warfare and Radar Systems Engineering Handbook, Duty Cycle, available at https://www.rfcafe.com/references/electrical/ew-radar-handbook/duty-cycle.htm, retrieved Jul. 11, 2020, 3 pages.

206.    Russell Dresher, "Wearable Forehead Pulse Oximetry: Minimization of Motion and Pressure Artifacts," May 3, 2006, 93 pages.

207.    S. Djamasbi et al., "Affect Feedback during Crisis and Its Role in Improving IS Utilization," Proceedings of the 7th International Conference on Information Systems for Crisis Response and Management (ISCRAM), 2010, pp. 1-4.

208.    S. Duun et al., "A Novel Ring Shaped Photodiode for Reflectance Pulse Oximetry in Wireless Applications," IEEE Sensors Conference, 2007, pp. 596-599.

209.    S. Kastle et al., "A New Family of Sensors for Pulse Oximetry," Hewlett-Packard Journal, Article 7, Feb. 1997, pp. 1-17.

210.    S. LeGare et al., "A Device to Assess the Severity of Peripheral Edema," IEEE 33rd Annual Northeast Bioengineering Conference, 2007, pp. 257-258.

211.    S. M. A. Salehizadeh et al., "Photoplethysmograph Signal Reconstruction based on a Novel Motion Artifact Detection-Reduction Approach. Part II: Motion and Noise Artifact Removal," Annals of Biomedical Engineering, vol. 42, May 2014, pp. 2251-2263.

212.    S. Oshima et al., "Optical Measurement of Blood Hematocrit on Medical Tubing with Dual Wavelength and Detector Model," 31st Annual International Conference of the IEEE EMBS, Sep. 2009, pp. 5891-5896.

213.    S. Patrick et al., "An Electromyogram Simulator for Myoelectric Prosthesis Testing," Proceedings of the IEEE 36th Annual Northeast Bioengineering Conference (NEBEC), 2010, pp. 1-2.

214.    S. Pentland, "Healthwear: Medical Technology Becomes Wearable," IEEE Computer Society, vol. 37, Issue 5, May 2004, pp. 34-41.

215.    S. Rhee et al., "Artifact-Resistant, Power Efficient Design of Finger-Ring Plethysmographic Sensors, Part I: Design and Analysis," 22nd Annual International Conference IEEE Engineering in Medicine and Biology Society, Jul. 23-28, 2000, pp. 2792-2795.

216.    S. Rhee et al., "Design of a Artifact-Free Wearable Plethysmographic Sensor," 21st Annual International Conferemce IEEE Engineering in Medicine and Biology Society, Oct. 13-16, 1999, p. 786.

217.   S. Rhee et al., "The Ring Sensor: a New Ambulatory Wearable Sensor for Twenty-Four Hour Patient Monitoring," Proceedings of the 20th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, Oct. 29-Nov. 1 1998, 4 pages.

218.   S. Salehizadeh et al., "A Novel Time-Varying Spectral Filtering Algorithm for Reconstruction of Motion Artifact Corrupted Heart Rate Signals During Intense Physical Activities Using a Wearable Photoplethysmogram Sensor," Sensors 2016, vol. 16, No. 1, Dec. 2015, pp. 1-20.

219.   S. Takatani et al., "Experimental and Clinical Evaluation of a Noninvasive Reflectance Pulse Oximeter Sensor," Journal of Clinical Monitoring, vol. 8, No. 4, Oct. 1992, pp. 257-266.

220.   S. Warren et al., "Designing Smart Health Care Technology into the Home of the Future," Workshops on Future Medical Devices: Home Care Technologies for the 21st Century, Apr. 1999, 19 pages.

221.   S. Xie et al., "A Predictive Model for Force-Sensing Resistor Nonlinearity for Pressure Measurement in a Wearable Wireless Sensor Patch," IEEE 61st International Midwest Symposium on Circuits and Systems, 2018, pp. 476-479.

222.   Schmitt, et al., Joseph M.; Measurement of Blood Hematocrit by Dual-Wavelength near-IR Photoplethysmography; vol. 1641; 1992.

223.   Schmitt, Joseph M.; Simple Photon Diffusion Anaylsis of the Effects of Multiple Scattering on Pulse Oximetry; Mar. 14, 1991; revised Aug. 30, 1991.

224.   Schnapp, et al., L.M.; Pulse Oximetry. Uses and Abuses.; Chest 1990; 98; 1244-1250 DOI 10.1378/Chest.98.5.1244.

225.   Sen et al., "A New Vision for Preventing Pressure Ulcers: Wearable Wireless Devices Could Help Solve a Common-and Serious-Problem," IEEE Pulse, vol. 9, No. 6, Nov. 2018, pp. 28-31.

226.   Sep. 8, 2020 Apple's Preliminary Invalidity Contentions, and including Exhibits A-G, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, 3960 pages. [uploaded in 15 parts].

227.   Service Manual: Nellcor Symphony N-3000 Pulse Oximeter, Nellcor Puritan Bennett, Inc., Copyright 1996, 110 pages.

228.   Service Manual: NPB-40 Handheld Pulse Oximeter, Nellcor Puritan Bennett, Inc., Copyright 2001, 55 pages.

229.   Small et al., "Data Handling Issues for Near-Infrared Glucose Measurements," http://www.ieee.org/organizations/pubs/newsletters/leos/apr98/datahandling.htm, accessed Nov. 27, 2007.

230.   Smith, "The Pursuit of Noninvasive Glucose: 'Hunting the Deceitful Turkey'," 2006.

231.   Sokwoo Rhee et al., "Artifact-Resistant Power-Efficient Design of Finger-Ring Plethysmographic Sensors," IEEE Transactions on Biomedical Engineering, Jul. 2001, pp. 795-805, vol. 48, No. 7.

232.   Sonnia Maria López Silva et al., "Near-infrared transmittance pulse oximetry with laser diodes," Journal of Biomedical Optics vol. 8 No. 3, Jul. 2003, pp. 525-533.

233.   Stephen A. Mascaro et al., "Measurement of Finger Posture and Three-Axis Fingertip Touch Force Using Fingernail Sensors," IEEE International Conference on Robotics and Automation, 2002, pp. 1-11.

234.   Stephen A. Mascaro et al., "Photoplethysmograph Fingernail Sensors for Measuring Finger Forces Without Haptic Obstruction," IEEE Transactions on Robotics and Automation, vol. 17, No. 5, Oct. 2001, pp. 698-708.

235.   T. Kiyokura et al., "Wearable Laser Blood Flowmeter for Ubiquitous Healthcare Service," 2007 IEEE/LEOS International Conference on Optical MEMS and Nanophotonics, Hualien, 2007, pp. 4-5.

236.   T. Martin et al., "Issues in Wearable Computing for Medical Montioring Applications: A Case Study of a Wearable ECG Monitoring Device," In Proceedings of International Symposium of Wearable Computers (ISWC'00), Feb. 2000, pp. 43-49.

237.   T. Torfs et al., "Body-Heat Powered Autonomous Pulse Oximeter," IEEE Sensors 2006, EXCO, Oct. 22-25, 2006, pp. 427-430.

238.   Takumi Morita et al., "Integrated Blood Flowmeter Using Micromachining Technology," Dec. 2004, pp. 77-80.

239.   U. Anliker et al., "AMON: A Wearable Multiparameter Medical Monitoring and Alert System," IEEE Transactions on Information Technology in Biomedicine, Jan. 2005, pp. 1-11.

240.   U.S. Appl. No. 12/497,506, Heat Sink for Noninvasive Medical Sensor, filed Jul. 2, 2009.

241. U.S. Appl. No. 12/534,827, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, filed Aug. 3, 2009.

242. U.S. Appl. No. 14/064,055, Multi-Stream Sensor for Noninvasive Measurement of Blood Constituents, filed Oct. 25, 2013.

243. U.S. Appl. No. 15/660,743, Noise Shielding for a Noninvasive Device, filed Jul. 26, 2017.

244. U.S. Appl. No. 16/449,143, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, filed Jun. 21, 2019.

245. U.S. Appl. No. 16/805,605 Noise Shielding for a Noninvasive Device, filed Feb. 28, 2020.

246. U.S. Appl. No. 16/834,538, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, filed Mar. 30, 2020.

247. U.S. Appl. No. 16/871,874, Physiological Measurement Devices, Systems, and Methods, filed May 11, 2020.

248. U.S. Appl. No. 17/031,316, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, filed Sep. 24, 2020.

249. U.S. Appl. No. 17/031,407, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, filed Sep. 24, 2020.

250. U.S. Pat. No. 10,258,265, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Apr. 16, 2019.

251. U.S. Pat. No. 10,258,266, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Apr. 16, 2019.

252. U.S. Pat. No. 10,292,628, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, May 21, 2019.

253. U.S. Pat. No. 10,299,708, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, May 28, 2019.

254. U.S. Pat. No. 10,335,068, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Jul. 2, 2019.

255. U.S. Pat. No. 10,376,190, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Aug. 13, 2019.

256. U.S. Pat. No. 10,376,191, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Aug. 13, 2019.

257.  U.S. Pat. No. 10,448,871, Advanced Pulse Oximetry Sensor, Oct. 22, 2019.

258.  U.S. Pat. No. 10,470,695, Advanced Pulse Oximetry Sensor, Nov. 12, 2019.

259.  U.S. Pat. No. 10,582,886, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Mar. 10, 2020.

260.  U.S. Pat. No. 10,588,553, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Mar. 17, 2020.

261.  U.S. Pat. No. 10,588,554, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Mar. 17, 2020.

262.  U.S. Pat. No. 10,610,138, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Apr. 7, 2020.

263.  U.S. Pat. No. 10,617,338, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Apr. 14, 2020.

264.  U.S. Pat. No. 10,624,563, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Apr. 21, 2020.

265.  U.S. Pat. No. 10,624,564, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Apr. 21, 2020.

266.  U.S. Pat. No. 10,631,765, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Apr. 28, 2020.

267.  U.S. Pat. No. 10,638,961, Physiological Measurement Devices, Systems, and Methods, May 5, 2020.

268.  U.S. Pat. No. 10,646,146, Physiological Monitoring Devices, Systems, and Methods, May 11, 2020.

269.  U.S. Pat. No. 10,687,743, Physiological Measurement Devices, Systems, and Methods, Jun. 23, 2020.

270.  U.S. Pat. No. 10,687,744, Physiological Monitoring Devices, Systems, and Methods, Jun. 23, 2020.

271.  U.S. Pat. No. 10,687,745, Physiological Monitoring Devices, Systems, and Methods, Jun. 23, 2020.

272.  U.S. Pat. No. 10,702,194, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Jul. 7, 2020.

273.    U.S. Pat. No. 10,702,195, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Jul. 7, 2020.

274.    U.S. Pat. No. 10,709,366, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Jul. 14, 2020.

275.    U.S. Pat. No. 10,722,159, Physiological Monitoring Devices, Systems, and Methods, Jul. 28, 2020.

276.    U.S. Pat. No. 10,743,803, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Aug. 18, 2020.

277.    U.S. Pat. No. 10,758,166, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Sep. 1, 2020.

278.    U.S. Pat. No. 8,203,704, Multi-Stream Sensor for Noninvasive Measurement of Blood Constituents, Jun. 19, 2012.

279.    U.S. Pat. No. 8,437,825, Contoured Protrusion for Improving Spectroscopic Measurement of Blood Constituents, May 7, 2013.

280.    U.S. Pat. No. 8,515,509, Multi-Stream Emitter for Noninvasive Measurement of Blood Constituents, Aug. 20, 2013.

281.    U.S. Pat. No. 8,570,503, Heat Sink for Noninvasive Medical Sensor, Oct. 29, 2013.

282.    U.S. Pat. No. 8,577,431, Noise Shielding for a Noninvasive Device, Nov. 5, 2013.

283.    U.S. Pat. No. 8,630,691, Multi-Stream Sensor Front Ends for Noninvasive Measurement of Blood Constituents, Jan. 14, 2014.

284.    U.S. Pat. No. 8,688,183, Emitter Driver for Noninvasive Patient Monitor, Apr. 1, 2014.

285.    U.S. Pat. No. 8,909,310, Multi-Stream Sensor Front Ends for Noninvasive Measurement of Blood Constituents, Dec. 9, 2014.

286.    U.S. Pat. No. 9,186,102, Emitter Driver for Noninvasive Patient Monitor, Nov. 17, 2015.

287.    U.S. Pat. No. 9,277,880, Multi-Stream Data Collection System for Noninvasive Measurement of Blood Constituents, Mar. 8, 2016.

288.    U.S. Pat. No. 9,591,975, Contoured Protrusion for Improving Spectroscopic Measurement of Blood Constituents, Mar. 14, 2017.

289.    U.S. Pat. No. 9,668,680, Emitter Driver for Noninvasive Patient Monitor, Jun. 6, 2017.

290.    U.S. Pat. No. 9,717,425, Noise Shielding for a Noninvasive Device, Aug. 1, 2017.

291.    US 8,845,543 B2, 09/2014, Diab et al. (withdrawn)

292.    V. Floroff, "PDA Interface for the WPI Wireless Physiological Monitor," Directed research, Department of Biomedical Engineering, Worcester Polytechnic Institute, Mar. 2006, 42 pages.

293.    V. Floroff, "Remote Pulse Oximetry: The wireless side of the TATRC project." Thesis, Worcester Polytechnic Institute, Feb. 2005, pp. 1-20.

294.    V. Konig et al., "Reflexions-Pulsoximetrie-Untersuchungen mit eigenem Mess-System," Biomedical Engineering, Biomedizinische Technik, vol. 37. No. s2, 1992, pp. 39-40.

295.    W. Johnston et al., "Effects of Motion Artifacts on Helmet-Mounted Pulse Oximeter Sensors," Proceedings of the IEEE 30th Annual Northeast Bioengineering Conference, 2014, pp. 214-215.

296.    W. Johnston et al., "Extracting Heart Rate Variability from a Wearable Reflectance Pulse Oximeter," IEEE, 2005, pp. 1-2.

297.    W. S. Johnston et al., "Extracting Breathing Rate Information from a Wearable Reflectance Pulse Oximeter Sensor," Proceedings of the 26th Annual International Conference of the IEEE EMBS, Sep. 1-5, 2004, pp. 5388-5391.

298.    W. S. Johnston et al., "Investigation of Signal Processing Algorithms for an Embedded Microcontroller-Based Wearable Pulse Oximeter," Proceedings of the 28th IEEE EMBS Annual International Conference, Aug. 30-Sep. 3, 2006, pp. 5888-5891.

299.    Wireless Wearable Reflectance Pulse Oximeter, PowerPoint, The Bioengineering Institute, Worcester Polytechnic Institute, TATRC, 10 pages. Undated.

300.    Y. Mendelson et al., "A Multiwavelength VIS-NIR Spectrometer for Pulsatile Measurement of Hemoglobin Derivatives in Whole Blood," 18th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, 1996, pp. 134-135.

301.    Y. Mendelson et al., "An In Vitro Tissue Model for Evaluating the Effect of Carboxyhemoglobin Concentration on Pulse Oximetry," IEEE

Transactions on Biomedical Engineering, vol. 36, No. 6, Jun. 1989, pp. 625-627.

302.     Y. Mendelson et al., "Blood Glucose Measurement by Multiple Attenuated Total Reflection and Infrared Absorption Spectroscopy," IEEE Transactions on Biomedical Engineering, vol. 37, No. 5, May 1990, pp. 458-465.

303.     Y. Mendelson et al., "Carbon dioxide laser based multiple ATR technique for measuring glucose in aqueous solutions," Applied Optics, vol. 27, No. 24, Dec. 1988, pp. 5077-5081.

304.     Y. Mendelson et al., "Evaluation of the Datascope ACCUSAT Pulse Oximeter in Healthy Adults," Journal of Clinical Monitoring, vol. 4, No. 1, Jan. 1988, pp. 59-63.

305.     Y. Mendelson et al., "Multi-channel pulse oximetry for wearable physiological monitoring," IEEE International Conference on Body Sensor Networks, 2013, pp. 1-6.

306.     Y. Mendelson et al., "Noninvasive Pulse Oximetry Utilizing Skin Reflectance Photoplethysmography," IEEE Transactions on Biomedical Engineering, vol. 35, No. 10, Oct. 1988, pp. 798-805.

307.     Y. Mendelson et al., "Noninvasive Transcutaneous Monitoring of Arterial Blood Gases," IEEE Transactions on Biomedical Engineering, vol. BME-31, No. 12, Dec. 1984, pp. 792-800.

308.     Y. Mendelson et al., "The Feasibility of Measuring SpO2 from the Head Using a Reflectance Pulse Oximeter: Effect of Motion Artifacts," Proceeding of the 3rd European Medical & Biological Engineering Conference, 2005, 5 pages.

309.     Y. Mendelson et al., "Variations in Optical Absorption Spectra of Adult and Fetal Hemoglobins and Its Effect on Pulse Oximetry," IEEE Transactions on Biomedical Engineering, vol. 36, No. 8, Aug. 1989, pp. 844-848.

310.     Y. Mendelson et al., "Wireless Reflectance Pulse Oximetry for Remote Triage Application," Worcester Polytechnic Institute, 1 page. Undated.

311.     Y. Mendelson et al., A Wearable Reflectance Pulse Oximeter for Remote Physiological Monitoring, PowerPoint, The Bioengineering Institute, Worcester Polytechnic Institute, 18 pages. Undated.

312. Y. Mendelson et al., A Wireless Wearable Reflectance-Based Forehead Pulse Oximeter, PowerPoint, The Bioengineering Institute, Worcester Polytechnic Institute, 8 pages. Undated.

313. Y. Mendelson et al., Chapter 9: Biomedical Sensors, Introduction to Biomedical Engineering, Second Edition, Apr. 2005, pp. 505-548.

314. Y. Mendelson et al., Pulse Oximetry: Theory and Applications for Noninvasive Monitoring, Clinical Chemistry, vol. 38, No. 9, 1992, pp. 1601-1607.

315. Y. Mendelson, "Wearable, Wireless, Noninvasive Physiological Sensing," The Bioengineering Institute, Worcester Polytechnic Institute, 2005, 2 pages.

316. Y. Mendelson, et al., "Design and Evaluation of a New Reflectance Pulse Oximeter Sensor," Worcester Polytechnic Institute, Biomedical Engineering Program, Worcester, MA 01609, Association for the Advancement of Medical Instrumentation, vol. 22, No. 4, 1988, pp. 167-173.

317. Y. Mendelson, et al., "Skin Reflectance Pulse Oximetry: In Vivo Measurements from the Forearm and Calf," Journal of Clinical Monitoring, vol. 7, No. 1, Jan. 1991, pp. 7-12.

318. Y. Mendelson, Pulse Oximetry, PowerPoint, UMass Center for Clinical and Translational Science Research Retreat, 2017, 22 pages.

319. Y. Shimada et al., "Evaluation of a new reflectance pulse oximeter for clinical applications," Medical & Biological Engineering & Computing, vol. 29, No. 5, Sep. 1991, pp. 557-561.

320. Y. Xu et al., "Drowsiness Control Center by Photoplethysmogram," 38th Annual Northeast Bioengineering Conference (NECBEC), IEEE, 2012, pp. 430-431.

321. Y-S. Yan et al., An Efficient Motion-Resistant Method for Wearable Pulse Oximeter, IEEE Transactions on Information Technology in Biomedicine, vol. 12, No. 3, May 2008, pp. 399-405.

322. Yuan-Hsiang Lin et al., "A wireless PDA-based physiological monitoring system for patient transport," IEEE Transactions on Information Technology in Biomedicine, vol. 8, No. 4, pp. 439-447, Dec. 2004.

## II.   Identification of Exemplary Prior Art to U.S. Patent No. 10,912,502

### A.   U.S. Patent Publications

1.   U.S. Patent No. 3,452,215 A (Alessio), titled "Light bulb socket adapter," and issued June 24, 1969.

2.   U.S. Patent No. 3,760,582 A (Thiess et al.), titled "Electronic timepiece with power conserving features," and issued September 25, 1973.

3.   U.S. Patent No. 3,789,601 A (Bergey), titled "Solid state watch with magnetic setting," and issued February 5, 1974.

4.   U.S. Patent No. 3,910,701 A (Henderson et al.), titled "Method and apparatus for measuring light reflectance absorption and or transmission," and issued October 7, 1975.

5.   U.S. Patent No. 4,015,595 A (Benjamin), titled "Photoplethysmographs," and issued April 5, 1977.

6.   U.S. Patent No. 4,114,604 A (Shaw et al.), titled "Catheter oximeter apparatus and method," and issued September 19, 1978.

7.   U.S. Patent No. 4,129,124 A (Thalmann), titled "Pulse-rate indicator," and issued December 12, 1978.

8.   U.S. Patent No. 4,224,948 A (Cramer et al.), titled "Wrist borne pulse meter/chronometer," and issued September 30, 1980.

9.   U.S. Patent No. 4,258,719 A (Lewyn), titled "Heart rate measurement system," and issued March 31, 1981.

10.   U.S. Patent No. 4,267,844 A (Yamanishi), titled "Medical instrument for determining jaundice," and issued May 19, 1981.

11.   U.S. Patent No. 4,409,470 A (Shepard et al.), titled "Narrow-bodied, single-and twin-windowed portable laser scanning head for reading bar code symbols," and issued October 11, 1983.

12.   U.S. Patent No. 4,438,338 A (Stitt et al.), titled "Low profile optical coupling for an optoelectronic module," and issued March 20, 1984.

13.   U.S. Patent No. 4,444,471 A (Ford et al.), titled "Variable focus lens system employing elastomeric lens," and issued April 24, 1984.

14.   U.S. Patent No. 4,447,150 A (Heinemann), titled "Apparatus and method for measuring blood oxygen saturation," and issued May 8, 1984.

15. U.S. Patent No. 4,547,075A (Fei), titled "Device for the detection and calculation of particles present in a moving suspension for hematological analyses and the like," and issued October 15, 1985.

16. U.S. Patent No. 4,653,498A (New et al.), titled "Pulse oximeter monitor," and issued March 31, 1987.

17. U.S. Patent No. 4,655,225A (Dahne et al.), titled "Spectrophotometric method and apparatus for the non-invasive," and issued April 7, 1987.

18. U.S. Patent No. 4,684,245A (Goldring), titled "Electro-optical coupler for catheter oximeter," and issued August 4, 1987.

19. U.S. Patent No. 4,709,413A (Forrest et al.), titled "Bidirectional fiber optic systems," and issued November 24, 1987.

20. U.S. Patent No. 4,755,676A (Gaalema et al.), titled "Infrared detector with improved heat dissipation," and issued July 5, 1988.

21. U.S. Patent No. 4,759,369A (Taylor), titled "Pulse oximeter," and issued July 26, 1988.

22. U.S. Patent No. 4,781,195A (Martin), titled "Blood monitoring apparatus and methods with amplifier input dark current correction," and issued November 1, 1988.

23. U.S. Patent No. 4,782,836A (Alt), titled "Rate adaptive cardiac pacemaker responsive to patient activity and temperature," and issued November 8, 1988.

24. U.S. Patent No. 4,802,486A (Goodman et al.), titled "Method and apparatus for detecting optical pulses," and issued February 7, 1989.

25. U.S. Patent No. 4,805,623A (Jöbsis), titled "Spectrophotometric method for quantitatively determining the concentration of a dilute component in a light- or other radiation-scattering environment," and issued February 21, 1989.

26. U.S. Patent No. 4,819,860A (Hargrove et al.), titled "Wrist-mounted vital functions monitor and emergency locator," and issued April 11, 1989.

27. U.S. Patent No. 4,825,872A (Tan et al.), titled "Finger sensor for pulse oximetry system," and issued May 2, 1989.

28. U.S. Patent No. 4,859,057A (Taylor et al.), titled "Oximeter apparatus," and issued August 22, 1989.

29.     U.S. Patent No. 4,865,038 A (Rich et al.), titled "Sensor appliance for non-invasive monitoring," and issued September 12, 1989.

30.     U.S. Patent No. 4,867,557 A (Takatani et al.), titled "Reflection type oximeter for applying light pulses to a body tissue to measure oxygen saturation," and issued September 19, 1989.

31.     U.S. Patent No. 4,869,253 A (Craig et al.), titled "Method and apparatus for indicating perfusion and oxygen saturation trends in oximetry," and issued September 26, 1989.

32.     U.S. Patent No. 4,880,304 A (Jaeb et al.), titled "Optical sensor for pulse oximeter," and issued November 14, 1989.

33.     U.S. Patent No. 4,903,701 A (Moore et al.), titled "Oxygen sensing pacemaker," and issued February 27, 1990.

34.     U.S. Patent No. 4,928,692 A (Goodman et al.), titled "Method and apparatus for detecting optical pulses," and issued May 29, 1990.

35.     U.S. Patent No. 4,933,545 A (Saaski et al.), titled "Optical pressure-sensing system using optical resonator cavity," and issued June 12, 1990.

36.     U.S. Patent No. 4,938,218 A (Goodman et al.), titled "Perinatal pulse oximetry sensor," and issued July 3, 1990.

37.     U.S. Patent No. 4,941,236 A (Sherman et al.), titled "Magnetic clasp for wristwatch strap," and issued July 17, 1990.

38.     U.S. Patent No. 4,945,239 A (Wist et al.), titled "Early detection of breast cancer using transillumination," and issued July 31, 1990.

39.     U.S. Patent No. 4,955,379 A (Hall et al.), titled "Motion artefact rejection system for pulse oximeters," and issued September 11, 1990.

40.     U.S. Patent No. 4,960,128 A (Gordon et al.), titled "Method and apparatus for continuously and non-invasively measuring the blood pressure of a patient," and issued October 2, 1990.

41.     U.S. Patent No. 4,960,314 A (Smith et al.), titled "Diffraction optics diffusing screen laminate for full color on-axis viewing," and issued October 2, 1990.

42.     U.S. Patent No. 4,964,408 A (Hink et al.), titled "Oximeter sensor assembly with integral cable," and issued October 23, 1990.

43.     U.S. Patent No. 5,007,423 A (Branstetter et al.), titled "Oximeter sensor temperature control," and issued April 16, 1991.

44.     U.S. Patent No. 5,025,791 A (Niwa), titled "Pulse oximeter with physical motion sensor," and issued June 25, 1991.

45.     U.S. Patent No. 5,028,787 A (Rosenthal et al.), titled "Non-invasive measurement of blood glucose," and issued July 2, 1991.

46.     U.S. Patent No. 5,035,243 A (Muz), titled "Holder sleeve for positioning a detecting and measuring sensor," and issued July 30, 1991.

47.     U.S. Patent No. 5,041,187 A (Hink et al.), titled "Oximeter sensor assembly with integral cable and method of forming the same," and issued August 20, 1991.

48.     U.S. Patent No. 5,043,820 A (Wyles et al.), titled "Focal plane array readout employing one capacitive feedback transimpedance amplifier for each column," and issued August 27, 1991.

49.     U.S. Patent No. 5,069,213 A (Polczynski), titled "Oximeter sensor assembly with integral cable and encoder," and issued December 3, 1991.

50.     U.S. Patent No. 5,069,214 A (Samaras et al.), titled "Flash reflectance oximeter," and issued December 3, 1991.

51.     U.S. Patent No. 5,069,680 A (Grandjean), titled "Muscle stimulator with variable duty cycle," and issued December 3, 1991.

52.     U.S. Patent No. 5,077,476 A (Rosenthal), titled "Instrument for non-invasive measurement of blood glucose," and issued December 31, 1991.

53.     U.S. Patent No. 5,086,229 A (Rosenthal et al.), titled "Non-invasive measurement of blood glucose," and issued February 4, 1992.

54.     U.S. Patent No. 5,099,842 A (Mannheimer et al.), titled "Perinatal pulse oximetry probe," and issued March 31, 1992.

55.     U.S. Patent No. 5,109,849 A (Goodman et al.), titled "Perinatal pulse oximetry sensor," and issued May 5, 1992.

56.     U.S. Design Patent No. D326,715 S (Schmidt), titled "Medical sensors for measuring oxygen saturation or the like," and issued June 2, 1992.

57.     U.S. Patent No. 5,122,925 A (Inpyn), titled "Package for electronic components," and issued June 16, 1992.

58.     U.S. Patent No. 5,131,391 A (Sakai et al.), titled "Pulse oximeter having probe with warming means," and issued July 21, 1992.

59.     U.S. Patent No. 5,137,023 A (Mendelson et al.), titled "Method and apparatus for monitoring blood analytes noninvasively by pulsatile photoplethysmography," and issued August 11, 1992.

60.     U.S. Patent No. 5,158,082 A (Jones et al.), titled "Apparatus for heating tissue with a photoplethysmograph sensor," and issued October 27, 1992.

61.     U.S. Patent No. 5,158,091 A (Butterfiled et al.), titled "Tonometry system for determining blood pressure," and issued October 27, 1992.

62.     U.S. Patent No. 5,159,929 A (McMillen et al.), titled "Insulated RF shield," and issued November 3, 1992.

63.     U.S. Patent No. 5,163,438 A (Gordon et al.), titled "Method and apparatus for continuously and noninvasively measuring the blood pressure of a patient," and issued November 17, 1992.

64.     U.S. Patent No. 5,176,137 A (Erickson et al.), titled "Apparatus for discrimination of stable and unstable ventricular tachycardia and for treatment thereof," and issued January 5, 1993.

65.     U.S. Patent No. 5,190,038 A (Polson et al.), titled "Pulse oximeter with improved accuracy and response time," and issued March 2, 1993.

66.     U.S. Patent No. 5,203,329 A (Takatani et al.), titled "Noninvasive reflectance oximeter sensor providing controlled minimum optical detection depth," and issued April 20, 1993.

67.     U.S. Patent No. 5,218,962 A (Mannheimer et al.), titled "Multiple region pulse oximetry probe and oximeter," and issued June 15, 1993.

68.     U.S. Patent No. 5,222,295 A (Dorris), titled "Method for repairing diesel engine cylinder blocks," and issued June 29, 1993.

69.     U.S. Patent No. 5,222,495 A (Clarke et al.), titled "Non-invasive blood analysis by near infrared absorption measurements using two closely spaced wavelengths," and issued June 29, 1993.

70.     U.S. Patent No. 5,222,496 A (Clarke et al.), titled "Infrared glucose sensor," and issued June 29, 1993.

71.     U.S. Patent No. 5,228,449 A (Christ et al.), titled "System and method for detecting out-of-hospital cardiac emergencies and summoning emergency assistance," and issued July 20, 1993.

72.     U.S. Patent No. 5,249,576A (Goldberger et al.), titled "Universal pulse oximeter probe," and issued October 5, 1993.

73.     U.S. Patent No. 5,250,342A (Lang et al.), titled "Composite EMI shield having clean, highly conductive surfaces for conductive bonding," and issued October 5, 1993.

74.     U.S. Patent No. 5,251,011A (Fujiwara et al.), titled "Displacement detection system," and issued October 5, 1993.

75.     U.S. Patent No. 5,254,388A (Melby et al.), titled "Light control film with reduced ghost images," and issued October 19, 1993.

76.     U.S. Patent No. 5,254,992A (Keen et al.), titled "Low power electronic measuring system," and issued October 19, 1993.

77.     U.S. Patent No. 5,273,036A (Kronberg et al.), titled "Apparatus and method for monitoring respiration," and issued December 28, 1993.

78.     U.S. Patent No. 5,278,627A (Aoyagi et al.), titled "Apparatus for calibrating pulse oximeter," and issued January 11, 1994.

79.     U.S. Patent No. 5,297,548A (Pologe), titled "Arterial blood monitoring probe," and issued March 29, 1994.

80.     U.S. Patent No. 5,319,355A (Russek), titled "Alarm for patient monitor and life support equipment system," and issued June 7, 1994.

81.     U.S. Patent No. 5,333,616A (Mills et al.), titled "Wrist-worn ECG monitor," and issued August 2, 1994.

82.     U.S. Patent No. 5,337,744A (Branigan), titled "Low noise finger cot probe," and issued August 16, 1994.

83.     U.S. Patent No. 5,337,745A (Benaron), titled "Device and method for in vivo qualitative or quantative measurement of blood chromophore concentration using blood pulse spectrophotometry," and issued August 16, 1994.

84.     U.S. Patent No. 5,341,805A (Stavridi et al.), titled "Glucose fluorescence monitor and method," and issued August 30, 1994.

85.     U.S. Patent No. 5,355,242A (Eastmond et al.), titled "Receiver for binary coded wireless optical data," and issued October 11, 1994.

86.     U.S. Patent No. 5,358,519A (Grandjean), titled "Muscle control and monitoring system," and issued October 25, 1994.

87.     U.S. Patent No. 5,362,966A (Rosenthal et al.), titled "Measurement of finger temperature in near-infrared quantitative measurement instrument," and issued November 8, 1994.

88.     U.S. Design Patent No. D353,195S (Savage et al.), titled "Electronic stethoscope housing," and issued December 6, 1994.

89.     U.S. Design Patent No. D353,196S (Savage et al.), titled "Stethoscope head," and issued December 6, 1994.

90.     U.S. Patent No. 5,372,135A (Mendelson et al.), titled "Blood constituent determination based on differential spectral analysis," and issued December 13, 1994.

91.     U.S. Patent No. 5,377,676A (Vari et al.), titled "Method for determining the biodistribution of substances using fluorescence spectroscopy," and issued January 3, 1995.

92.     U.S. Design Patent No. D356,870S (Ivers et al.), titled "Pulse oximetry sensor," and issued March 28, 1995.

93.     U.S. Design Patent No. D359,546S (Savage et al.), titled "Housing for a dental unit disinfecting device," and issued June 20, 1995.

94.     U.S. Patent No. 5,427,093A (Ogawa et al.), titled "Oximeter probe," and issued June 27, 1995.

95.     U.S. Patent No. 5,431,170A (Mathews), titled "Pulse responsive device," and issued July 11, 1995.

96.     U.S. Patent No. 5,436,499A (Namavar et al.), titled "High performance gaas devices and method," and issued July 25, 1995.

97.     U.S. Patent No. 5,437,275A (Amundsen et al.), titled "Pulse oximetry sensor," and issued August 1, 1995.

98.     U.S. Patent No. 5,441,054A (Tsuchiya), titled "Apparatus for measuring absorption information in scattering medium and method therefor," and issued August 15, 1995.

99.     U.S. Design Patent No. D361,840S (Savage et al.), titled "Stethoscope head," and issued August 29, 1995.

100.    U.S. Design Patent No. D362,063S (Savage et al.), titled "Stethoscope headset," and issued September 5, 1995.

101.   U.S. Patent No. 5,452,717A (Branigan et al.), titled "Finger-cot probe," and issued September 26, 1995.

102.   U.S. Design Patent No. D363,120S (Savage et al.), titled "Stethoscope ear tip," and issued October 10, 1995.

103.   U.S. Patent No. 5,456,252A (Vari et al.), titled "Induced fluorescence spectroscopy blood perfusion and ph monitor and method," and issued October 10, 1995.

104.   U.S. Patent No. 5,462,051A (Oka et al.), titled "Medical communication system," and issued October 31, 1995.

105.   U.S. Patent No. 5,479,934A (Imran), titled "EEG headpiece with disposable electrodes and apparatus and system and method for use therewith," and issued January 2, 1996.

106.   U.S. Patent No. 5,482,034A (Lewis et al.), titled "Method and apparatus for spectrophotometric cerebral oximetry and the like," and issued January 9, 1996.

107.   U.S. Patent No. 5,482,036A (Diab et al.), titled "Signal processing apparatus and method," and issued January 9, 1996.

108.   U.S. Patent No. 5,490,505A (Diab et al.), titled "Signal processing apparatus," and issued February 13, 1996.

109.   U.S. Patent No. 5,490,506A (Takatani et al.), titled "Peripheral blood flow evaluating apparatus," and issued February 13, 1996.

110.   U.S. Patent No. 5,490,523A (Isaacson et al.), titled "Finger clip pulse oximeter," and issued February 13, 1996.

111.   U.S. Patent No. 5,494,043A (O'Sullivan et al.), titled "Arterial sensor," and issued February 27, 1996.

112.   U.S. Patent No. 5,497,771A (Rosenheimer), titled "Apparatus for measuring the oxygen saturation of fetuses during childbirth," and issued March 12, 1996.

113.   U.S. Patent No. 5,511,546A (Hon), titled "Finger apparatus for measuring continuous cutaneous blood pressure and electrocardiogram electrode," and issued April 30, 1996.

114.   U.S. Patent No. 5,533,511A (Kaspari et al.), titled "Apparatus and method for noninvasive blood pressure measurement," and issued July 9, 1996.

115. U.S. Patent No. 5,534,851 A (Russek), titled "Alarm for patient monitor and life support equipment," and issued July 9, 1996.

116. U.S. Patent No. 5,542,146 A (Hoekstra et al.), titled "Electronic vacuum cleaner control system," and issued August 6, 1996.

117. U.S. Patent No. 5,551,422 A (Simonsen et al.), titled "Method and apparatus for analytical determination of glucose in a biological matrix," and issued September 3, 1996.

118. U.S. Patent No. 5,553,614 A (Chance), titled "Examination of biological tissue using frequency domain spectroscopy," and issued September 10, 1996.

119. U.S. Patent No. 5,553,615 A (Carim et al.), titled "Method and apparatus for noninvasive prediction of hematocrit," and issued September 10, 1996.

120. U.S. Patent No. 5,553,616 A (Ham et al.), titled "Determination of concentrations of biological substances using raman spectroscopy and artificial neural network discriminator," and issued September 10, 1996.

121. U.S. Patent No. 5,555,882 A (Richardson et al.), titled "Method and apparatus for reducing ambient noise effects in electronic monitoring instruments," and issued September 17, 1996.

122. U.S. Patent No. 5,561,275 A (Savage et al.), titled "Headset for electronic stethoscope," and issued October 1, 1996.

123. U.S. Patent No. 5,562,002 A (Lalin), titled "Positive displacement piston flow meter with damping assembly," and issued October 8, 1996.

124. U.S. Patent No. 5,564,429 A (Bornn et al.), titled "Method of identifying valid signal-carrying channels in a cardiorespiratory alert system," and issued October 15, 1996.

125. U.S. Patent No. 5,581,069 A (Shepard et al.), titled "Louvered light collection arrangement in electro-optical reading systems," and issued December 3, 1996.

126. U.S. Patent No. 5,584,296 A (Cui et al.), titled "Patient sensor for optical cerebral oximeters and the like," and issued December 17, 1996.

127. U.S. Patent No. 5,590,649 A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine blood pressure," and issued January 7, 1997.

128. U.S. Patent No. 5,601,079A (Wong et al.), titled "Non-invasive quantification of glucose control, aging, and advanced maillard products by stimulated fluorescence," and issued February 11, 1997.

129. U.S. Patent No. 5,601,080A (Oppenheimer), titled "Spectrophotometric blood analysis," and issued February 11, 1997.

130. U.S. Patent No. 5,602,924A (Durand et al.), titled "Electronic stethescope," and issued February 11, 1997.

131. U.S. Design Patent No. D378,414S (Allen et al.), titled "Combined pulse rate measurement and display device," and issued March 11, 1997.

132. U.S. Patent No. 5,623,925A (Swenson et al.), titled "Virtual medical instrument for performing medical diagnostic testing on patients," and issued April 29, 1997.

133. U.S. Patent No. 5,625,458A (Alfano et al.), titled "Method and system for imaging objects in turbid media using diffusive fermat photons," and issued April 29, 1997.

134. U.S. Patent No. 5,632,272A (Diab et al.), titled "Signal processing apparatus," and issued May 27, 1997.

135. U.S. Patent No. 5,635,700A (Fazekas), titled "Bar code scanner with multi-channel light collection," and issued June 3, 1997.

136. U.S. Patent No. 5,638,816A (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued June 17, 1997.

137. U.S. Patent No. 5,638,818A (Diab et al.), titled "Low noise optical probe," and issued June 17, 1997.

138. U.S. Patent No. 5,645,440A (Tobler et al.), titled "Patient cable connector," and issued July 8, 1997.

139. U.S. Patent No. 5,671,914A (Kalkhoran et al.), titled "Multi-band spectroscopic photodetector array," and issued September 30, 1997.

140. U.S. Patent No. 5,676,143A (Simonsen et al.), titled "Apparatus for analytical determination of glucose in a biological matrix," and issued October 14, 1997.

141. U.S. Patent No. 5,685,299A (Diab et al.), titled "Signal processing apparatus," and issued November 11, 1997.

142.   U.S. Patent No. 5,687,717A (Halpern et al.), titled "Patient monitoring system with chassis mounted or remotely operable modules and portable computer," and issued November 18, 1997.

143.   U.S. Patent No. 5,699,808A (John), titled "EEG operative and post-operative patient monitoring system and method," and issued December 23, 1997.

144.   U.S. Patent No. 5,702,429A (King), titled "Neural stimulation techniques with feedback," and issued December 30, 1997.

145.   U.S. Design Patent No. D390,666S (Lagerlof), titled "Patient computer for controlled individualized medication," and issued February 10, 1998.

146.   U.S. Patent No. 5,719,557A (Rattman), titled "Photoelectric smoke detector," and issued February 17, 1998.

147.   U.S. Patent No. 5,726,440A (Kalkhoran et al.), titled "Wavelength selective photodetector," and issued March 10, 1998.

148.   U.S. Patent No. 5,729,203A (Oka et al.), titled "Emergency call system," and issued March 17, 1998.

149.   U.S. Design Patent No. D393,830S (Tobler et al.), titled "Patient cable connector," and issued April 28, 1998.

150.   U.S. Patent No. 5,743,262A (Lepper et al.), titled "Blood glucose monitoring system," and issued April 28, 1998.

151.   U.S. Patent No. 5,746,206A (Mannheimer), titled "Isolated layer pulse oximetry," and issued May 5, 1998.

152.   U.S. Patent No. 5,746,697A (Swedlow et al.), titled "Medical diagnostic apparatus with sleep mode," and issued May 5, 1998.

153.   U.S. Patent No. 5,747,806A (Khalil et al.), titled "Method and apparatus for multi-spectral analysis in noninvasive NIR spectroscopy," and issued May 5, 1998.

154.   U.S. Patent No. 5,750,927A (Baltazar), titled "Fire protection arrangement for temperature-sensitive, heat-producing article," and issued May 12, 1998.

155.   U.S. Patent No. 5,750,994A (Schlager), titled "Positive correlation filter systems and methods of use thereof," and issued May 12, 1998.

156.   U.S. Patent No. 5,752,914 A (Delonzor et al.), titled "Continuous mesh EMI shield for pulse oximetry sensor," and issued May 19, 1998.

157.   U.S. Patent No. 5,758,644 A (Diab et al.), titled "Manual and automatic probe calibration," and issued June 2, 1998.

158.   U.S. Patent No. 5,760,910 A (Lepper et al.), titled "Optical filter for spectroscopic measurement and method of producing the optical filter," and issued June 2, 1998.

159.   U.S. Patent No. 5,766,131 A (Kondo et al.), titled "Pulse-wave measuring apparatus," and issued June 16, 1998.

160.   U.S. Patent No. 5,769,785 A (Diab et al.), titled "Signal processing apparatus and method," and issued June 23, 1998.

161.   U.S. Patent No. 5,782,757 A (Diab et al.), titled "Low-noise optical probes," and issued July 21, 1998.

162.   U.S. Patent No. 5,785,659 A (Caro et al.), titled "Automatically activated blood pressure measurement device," and issued July 28, 1998.

163.   U.S. Patent No. 5,791,347 A (Flaherty et al.), titled "Motion insensitive pulse detector," and issued August 11, 1998.

164.   U.S. Patent No. 5,792,052 A (Isaacson et al.), titled "Finger clip pulse oximeter," and issued August 11, 1998.

165.   U.S. Patent No. 5,795,300 A (Bryars), titled "Heart pulse monitor," and issued August 18, 1998.

166.   U.S. Patent No. 5,797,841 A (Delonzor et al.), titled "Shunt barrier in pulse oximeter sensor," and issued August 25, 1998.

167.   U.S. Patent No. 5,800,348 A (Kaestle), titled "Apparatus and method for medical monitoring, in particular pulse oximeter," and issued September 1, 1998.

168.   U.S. Patent No. 5,800,349 A (Isaacson et al.), titled "Offset pulse oximeter sensor," and issued September 1, 1998.

169.   U.S. Patent No. 5,807,247 A (Merchant et al.), titled "Method and apparatus for facilitating compatibility between pulse oximeters and sensor probes," and issued September 15, 1998.

170.  U.S. Patent No. 5,810,734A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physiological parameter," and issued September 22, 1998.

171.  U.S. Patent No. 5,817,008A (Rafert et al.), titled "Conformal pulse oximetry sensor and monitor," and issued October 6, 1998.

172.  U.S. Patent No. 5,823,950A (Diab et al.), titled "Manual and automatic probe calibration," and issued October 20, 1998.

173.  U.S. Patent No. 5,826,885A (Helgeland), titled "Magnetic fluid sealing device," and issued October 27, 1998.

174.  U.S. Patent No. 5,830,131A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physical condition of the human arterial system," and issued November 3, 1998.

175.  U.S. Patent No. 5,830,137A (Scharf), titled "Green light pulse oximeter," and issued November 3, 1998.

176.  U.S. Patent No. 5,833,618A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physiological parameter," and issued November 10, 1998.

177.  U.S. Patent No. 5,842,982A (Mannheimer), titled "Infant neonatal pulse oximeter sensor," and issued December 1, 1998.

178.  U.S. Design Patent No. D403,070S (Maeda et al.), titled "Sphygmomanometer,"" and issued December 22, 1998.

179.  U.S. Patent No. 5,851,178A (Aronow), titled "Instrumented laser diode probe connector," and issued December 22, 1998.

180.  U.S. Patent No. 5,854,706A (Alb), titled "System for viewing stereoscopic images," and issued December 29, 1998.

181.  U.S. Patent No. 5,860,919A (Kiani - Azarbayjany et al.), titled "Active pulse blood constituent monitoring method," and issued January 19, 1999.

182.  U.S. Patent No. 5,860,932A (Goto et al.), titled "Blood pressure monitor," and issued January 19, 1999.

183.  U.S. Patent No. 5,890,929A (Mills et al.), titled "Shielded medical connector," and issued April 6, 1999.

184.  U.S. Patent No. 5,891,022A (Pologe), titled "Apparatus for performing multiwavelength photoplethysmography," and issued April 6, 1999.

185.  U.S. Patent No. 5,893,364 A (Haar et al.), titled "Apparatus for light reflection measurements," and issued April 13, 1999.

186.  U.S. Patent No. 5,902,235 A (Lewis et al.), titled "Optical cerebral oximeter," and issued May 11, 1999.

187.  U.S. Patent No. 5,903,357 A (Colak), titled "Method and apparatus for imaging an interior of a turbid medium," and issued May 11, 1999.

188.  U.S. Patent No. 5,904,654 A (Wohltmann et al.), titled "Exciter-detector unit for measuring physiological parameters," and issued May 18, 1999.

189.  U.S. Patent No. 5,911,689 A (Smith et al.), titled "Subcutaneous radiation reflection probe," and issued June 15, 1999.

190.  U.S. Patent No. 5,919,134 A (Diab), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued July 6, 1999.

191.  U.S. Patent No. 5,923,021 A (Dvorkis et al.), titled "Light collection systems in electro-optical readers," and issued July 13, 1999.

192.  U.S. Patent No. 5,924,979 A (Swedlow et al.), titled "Medical diagnostic apparatus with sleep mode," and issued July 20, 1999.

193.  U.S. Patent No. 5,934,925 A (Tobler et al.), titled "Patient cable connector," and issued August 10, 1999.

194.  U.S. Patent No. 5,936,986 A (Cantatore et al.), titled "Methods and apparatus for driving a laser diode," and issued August 10, 1999.

195.  U.S. Patent No. 5,940,182 A (Lepper et al.), titled "Optical filter for spectroscopic measurement and method of producing the optical filter," and issued August 17, 1999.

196.  U.S. Patent No. 5,957,840 A (Terasawa et al.), titled "Pinch device for detecting a biomedical signal," and issued September 28, 1999.

197.  U.S. Design Patent No. D414,870 S (Saltzstein et al.), titled "Vital signs monitor," and issued October 5, 1999.

198.  U.S. Patent No. 5,987,343 A (Kinast), titled "Method for storing pulse oximetry sensor characteristics," and issued November 16, 1999.

199.  U.S. Patent No. 5,991,467 A (Kamiko), titled "Image reading apparatus containing light receiving transistors and switching transistors," and issued November 23, 1999.

200. U.S. Patent No. 5,995,855 A (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued November 30, 1999.

201. U.S. Patent No. 5,997,343 A (Mills et al.), titled "Patient cable sensor switch," and issued December 7, 1999.

202. U.S. Patent No. 6,002,952 A (Diab et al.), titled "Signal processing apparatus and method," and issued December 14, 1999.

203. U.S. Patent No. 6,010,937 A (Karam et al.), titled "Reduction of dislocations in a heteroepitaxial semiconductor structure," and issued January 4, 2000.

204. U.S. Patent No. 6,011,986 A (Diab et al.), titled "Manual and automatic probe calibration," and issued January 4, 2000.

205. U.S. Patent No. 6,018,403 A (Shirakura et al.), titled "Image reproducing method and apparatus," and issued January 25, 2000.

206. U.S. Patent No. 6,018,673 A (Chin et al.), titled "Motion compatible sensor for non-invasive optical blood analysis," and issued January 25, 2000.

207. U.S. Patent No. 6,022,321 A (Amano et al.), titled "Blood pulse wave detecting apparatus and motion intensity measuring apparatus," and issued February 8, 2000.

208. U.S. Patent No. 6,027,452 A (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued February 22, 2000.

209. U.S. Patent No. 6,031,603 A (Fine et al.), titled "Sensor, method and device for optical blood oximetry," and issued February 29, 2000.

210. U.S. Patent No. 6,035,223 A (Baker), titled "Method and apparatus for determining the state of an oximetry sensor," and issued March 7, 2000.

211. U.S. Patent No. 6,036,642 A (Diab et al.), titled "Signal processing apparatus and method," and issued March 14, 2000.

212. U.S. Patent No. 6,040,578 A (Malin et al.), titled "Method and apparatus for multi-spectral analysis of organic blood analytes in noninvasive infrared spectroscopy," and issued March 21, 2000.

213. U.S. Patent No. 6,041,247 A (Weckstrom et al.), titled "Non-invasive optical measuring sensor and measuring method," and issued March 21, 2000.

214. U.S. Patent No. 6,045,509 A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physiological parameter," and issued April 4, 2000.

215. U.S. Patent No. 6,049,727 A (Crothall), titled "Implantable sensor and system for in vivo measurement and control of fluid constituent levels," and issued April 11, 2000.

216. U.S. Patent No. 6,058,331 A (King), titled "Apparatus and method for treating peripheral vascular disease and organ ischemia by electrical stimulation with closed loop feedback control," and issued May 2, 2000.

217. U.S. Patent No. 6,066,204 A (Haven et al.), titled "High pressure MOCVD reactor system," and issued May 23, 2000.

218. U.S. Patent No. 6,067,462 A (Diab et al.), titled "Signal processing apparatus and method," and issued May 23, 2000.

219. U.S. Patent No. 6,081,735 A (Diab et al.), titled "Signal processing apparatus," and issued June 27, 2000.

220. U.S. Patent No. 6,088,607 A (Diab et al.), titled "Low noise optical probe," and issued July 11, 2000.

221. U.S. Patent No. 6,102,856 A (Groff et al.), titled "Wearable vital sign monitoring system," and issued August 15, 2000.

222. U.S. Patent No. 6,110,522 A (Lepper et al.), titled "Blood glucose monitoring system," and issued August 29, 2000.

223. U.S. Patent No. 6,115,673 A (Malin et al.), titled "Method and apparatus for generating basis sets for use in spectroscopic analysis," and issued September 5, 2000.

224. U.S. Patent No. 6,122,042 A (Wunderman et al.), titled "Devices and methods for optically identifying characteristics of material objects," and issued September 19, 2000.

225. U.S. Patent No. 6,122,536 A (Sun et al.), titled "Implantable sensor and system for measurement and control of blood constituent levels," and issued September 19, 2000.

226. U.S. Patent No. 6,124,597 A (Shehada et al.), titled "Method and devices for laser induced fluorescence attenuation spectroscopy," and issued September 26, 2000.

227.    U.S. Patent No. 6,126,595A (Amano et al.), titled "Device for diagnosing physiological state and device for controlling the same," and issued October 3, 2000.

228.    U.S. Patent No. 6,128,521A (Marro et al.), titled "Self adjusting headgear appliance using reservoir electrodes," and issued October 3, 2000.

229.    U.S. Patent No. 6,129,675A (Jay), titled "Device and method for measuring pulsus paradoxus," and issued October 10, 2000.

230.    U.S. Patent No. 6,133,871A (Krasner), titled "GPS receiver having power management," and issued October 17, 2000.

231.    U.S. Patent No. 6,144,866A (Miesel et al.), titled "Multiple sensor assembly for medical electric lead," and issued November 7, 2000.

232.    U.S. Patent No. 6,144,868A (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued November 7, 2000.

233.    U.S. Patent No. 6,151,516A (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued November 21, 2000.

234.    U.S. Patent No. 6,152,754A (Gerhardt et al.), titled "Circuit board based cable connector," and issued November 28, 2000.

235.    U.S. Patent No. 6,157,850A (Diab et al.), titled "Signal processing apparatus," and issued December 5, 2000.

236.    U.S. Patent No. 6,165,005A (Mills et al.), titled "Patient cable sensor switch," and issued December 26, 2000.

237.    U.S. Patent No. 6,167,258A (Schmidt et al.), titled "Programmable wireless data acquisition system," and issued December 26, 2000.

238.    U.S. Patent No. 6,167,303A (Thompson), titled "Power consumption reduction in medical devices employing just-in-time clock," and issued December 26, 2000.

239.    U.S. Patent No. 6,172,743B1 (Kley et al.), titled "Technique for measuring a blood analyte by non-invasive spectrometry in living tissue," and issued January 9, 2001.

240.    U.S. Patent No. 6,175,752B1 (Say et al.), titled "Analyte monitoring device and methods of use," and issued January 16, 2001.

241.   U.S. Patent No. 6,178,343B1 (Bindszus et al.), titled "Pulse rate and heart rate coincidence detection for pulse oximetry," and issued January 23, 2001.

242.   U.S. Patent No. 6,181,958B1 (Steuer et al.), titled "Method and apparatus for non-invasive blood constituent monitoring," and issued January 30, 2001.

243.   U.S. Patent No. 6,184,521B1 (Coffin et al.), titled "Photodiode detector with integrated noise shielding," and issued February 6, 2001.

244.   U.S. Patent No. 6,185,454B1 (Thompson), titled "Power consumption reduction in medical devices employing just-in-time voltage control," and issued February 6, 2001.

245.   U.S. Patent No. 6,192,261B1 (Gratton et al.), titled "Photosensor with multiple light sources," and issued February 20, 2001.

246.   U.S. Patent No. 6,198,951B1 (Kosuda et al.), titled "Reflection photodetector and biological information measuring instrument," and issued March 6, 2001.

247.   U.S. Patent No. 6,198,952B1 (Miesel), titled "Multiple lens oxygen sensor for medical electrical lead," and issued March 6, 2001.

248.   U.S. Patent No. 6,202,930B1 (Plesko), titled "Low power pen shaped and wearable scan systems with ergonomic actuation," and issued March 20, 2001.

249.   U.S. Patent No. 6,206,830B1 (Diab et al.), titled "Signal processing apparatus and method," and issued March 27, 2001.

250.   U.S. Patent No. 6,223,063B1 (Chaiken et al.), titled "Method and device for tissue modulation," and issued April 24, 2001.

251.   U.S. Patent No. 6,226,539B1 (Potratz), titled "Pulse oximeter having a low power led drive," and issued May 1, 2001.

252.   U.S. Patent No. 6,229,856B1 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 8, 2001.

253.   U.S. Patent No. 6,232,609B1 (Snyder et al.), titled "Glucose monitoring apparatus and method using laser-induced emission spectroscopy," and issued May 15, 2001.

254. U.S. Patent No. 6,236,872B1 (Diab et al.), titled "Signal processing apparatus," and issued May 22, 2001.

255. U.S. Patent No. 6,241,680B1 (Miwa), titled "Blood-pressure monitoring apparatus," and issued June 5, 2001.

256. U.S. Patent No. 6,241,683B1 (Macklem et al.), titled "Phonospirometry for non-invasive monitoring of respiration," and issued June 5, 2001.

257. U.S. Patent No. 6,241,684B1 (Amano et al.), titled "Exercise workout support device," and issued June 5, 2001.

258. U.S. Patent No. 6,252,977B1 (Salganicoff et al.), titled "Method and apparatus for illuminating and imaging eyes through eyeglasses using multiple sources of illumination," and issued June 26, 2001.

259. U.S. Patent No. 6,253,097B1 (Aronow et al.), titled "Noninvasive medical monitoring instrument using surface emitting laser devices," and issued June 26, 2001.

260. U.S. Patent No. 6,255,708B1 (Sudharsanan et al.), titled "Semiconductor P-I-N detector," and issued July 3, 2001.

261. U.S. Patent No. 6,256,523B1 (Diab et al.), titled "Low-noise optical probes," and issued July 3, 2001.

262. U.S. Patent No. 6,263,222B1 (Diab et al.), titled "Signal processing apparatus," and issued July 17, 2001.

263. U.S. Patent No. 6,270,223B1 (Del Bon et al.), titled "Active electro-optical filter device and glare-protection device," and issued August 7, 2001.

264. U.S. Patent No. 6,278,522B1 (Lepper et al.), titled "Optical filter for spectroscopic measurement and method of producing the optical filter," and issued August 21, 2001.

265. U.S. Patent No. 6,278,889B1 (Robinson), titled "Robust accurate non-invasive analyte monitor," and issued August 21, 2001.

266. U.S. Patent No. 6,280,213B1 (Tobler et al.), titled "Patient cable connector," and issued August 28, 2001.

267. U.S. Patent No. 6,280,381B1 (Malin et al.), titled "Intelligent system for noninvasive blood analyte prediction," and issued August 28, 2001.

268.    U.S. Patent No. 6,285,896B1 (Tobler et al.), titled "Fetal pulse oximetry sensor," and issued September 4, 2001.

269.    U.S. Patent No. 6,293,915B1 (Amano et al.), titled "Pulse wave examination apparatus, blood pressure monitor, pulse waveform monitor, and pharmacological action monitor," and issued September 25, 2001.

270.    U.S. Patent No. 6,297,906B1 (Allen et al.), titled "Light fixture containing optical film," and issued October 2, 2001.

271.    U.S. Patent No. 6,297,969B1 (Mottahed), titled "Electromagnetic interference shielding enclosure," and issued October 2, 2001.

272.    U.S. Patent No. 6,301,493B1 (Marro et al.), titled "Reservoir electrodes for electroencephalograph headgear appliance," and issued October 9, 2001.

273.    U.S. Patent No. 6,304,766B1 (Colvin et al.), titled "Optical-based sensing devices, especially for in-situ sensing in humans," and issued October 16, 2001.

274.    U.S. Patent No. 6,308,089B1 (von der Ruhr et al.), titled "Limited use medical probe," and issued October 23, 2001.

275.    U.S. Patent Application Publication No. 2001/0034477A1 (Mansfield et al.), titled "Multivariate analysis of green to ultraviolet spectra of cell and tissue samples," and published October 25, 2001.

276.    U.S. Patent Application Publication No. 2001/0034479A1 (Ring et al.), titled "Optically based transcutaneous blood gas sensor," and published October 25, 2001.

277.    U.S. Patent Application Publication No. 2001/0039483A1 (Brand et al.), titled "Reduction of inter-subject variation via transfer standardization," and published November 8, 2001.

278.    U.S. Patent No. 6,317,627B1 (Ennen et al.), titled "Anesthesia monitoring system based on electroencephalographic signals," and issued November 13, 2001.

279.    U.S. Patent No. 6,321,100B1 (Parker), titled "Reusable pulse oximeter probe with disposable liner," and issued November 20, 2001.

280.    U.S. Patent No. 6,325,761B1 (Jay), titled "Device and method for measuring pulsus paradoxus," and issued December 4, 2001.

281. U.S. Design Patent No. D452,012S (Phillips), titled "Medical monitoring device," and issued December 11, 2001.

282. U.S. Patent No. 6,334,065B1 (Al-Ali et al.), titled "Stereo pulse oximeter," and issued December 25, 2001.

283. U.S. Patent Application Publication No. 2001/0056243A1 (Ohsaki et al.), titled "Wristwatch-type human pulse wave sensor attached on back side of user's wrist," and published December 27, 2001.

284. U.S. Patent Application Publication No. 2002/0010401A1 (Bushmakin et al.), titled "Pre- and post-processing of spectral data for calibration using mutivariate analysis techniques," and published January 24, 2002.

285. U.S. Patent No. 6,343,223B1 (Chin et al.), titled "Oximeter sensor with offset emitters and detector and heating device," and issued January 29, 2002.

286. U.S. Patent No. 6,343,224B1 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued January 29, 2002.

287. U.S. Patent No. 6,345,194B1 (Nelson et al.), titled "Enhanced high resolution breast imaging device and method utilizing non-ionizing radiation of narrow spectral bandwidth," and issued February 5, 2002.

288. U.S. Patent No. 6,349,228B1 (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued February 19, 2002.

289. U.S. Patent No. 6,351,217B1 (Kuhn), titled "Clinical thermometer," and issued February 26, 2002.

290. U.S. Patent No. 6,353,750B1 (Kimura et al.), titled "Living body inspecting apparatus and noninvasive blood analyzer using the same," and issued March 5, 2002.

291. U.S. Patent No. 6,356,203B1 (Halleck et al.), titled "Apparatus and method for detecting a rotational movement of a body," and issued March 12, 2002.

292. U.S. Patent No. 6,356,774B1 (Bernstein et al.), titled "Oximeter sensor with encoded temperature characteristic," and issued March 12, 2002.

293. U.S. Patent No. 6,360,113B1 (Dettling), titled "Photoplethysmographic instrument," and issued March 19, 2002.

294. U.S. Patent No. 6,360,114B1 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued March 19, 2002.

295.   U.S. Patent No. 6,360,115B1 (Greenwald et al.), titled "System for imaging mechanically stabilized tissue," and issued March 19, 2002.

296.   U.S. Patent No. 6,368,283B1 (Xu et al.), titled "Method and apparatus for estimating systolic and mean pulmonary artery pressures of a patient," and issued April 9, 2002.

297.   U.S. Design Patent No. D455,834S (Donars et al.), titled "Finger oximeter," and issued April 16, 2002.

298.   U.S. Patent No. 6,371,921B1 (Caro et al.), titled "System and method of determining whether to recalibrate a blood pressure monitor," and issued April 16, 2002.

299.   U.S. Patent Application Publication No. 2002/0045836A1 (Alkawwas), titled "Operation of wireless biopotential monitoring system," and published April 18, 2002.

300.   U.S. Patent No. 6,377,829B1 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued April 23, 2002.

301.   U.S. Patent No. 6,388,240B2 (Schulz et al.), titled "Shielded optical probe and method having a longevity indication," and issued May 14, 2002.

302.   U.S. Patent Application Publication No. 2002/0058864A1 (Mansfield et al.), titled "Reduction of spectral site to site variation," and published May 16, 2002.

303.   U.S. Patent No. 6,393,311B1 (Edgar et al.), titled "Method, apparatus and system for removing motion artifacts from measurements of bodily parameters," and issued May 21, 2002.

304.   U.S. Patent No. 6,396,873B1 (Goldstein et al.), titled "Optical device," and issued May 28, 2002.

305.   U.S. Patent No. 6,397,091B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued May 28, 2002.

306.   U.S. Patent No. 6,398,727B1 (Bui et al.), titled "Method and apparatus for providing patient care," and issued June 4, 2002.

307.   U.S. Patent No. 6,402,690B1 (Rhee et al.), titled "Isolating ring sensor design," and issued June 11, 2002.

308.   U.S. Patent No. 6,411,373B1 (Garside et al.), titled "Fiber optic illumination and detection patterns, shapes, and locations for use in spectroscopic analysis," and issued June 25, 2002.

309. U.S. Patent No. 6,415,166B1 (Van Hoy et al.), titled "Photoplethysmographic device with remote facsimile," and issued July 2, 2002.

310. U.S. Patent No. 6,415,167B1 (Blank et al.), titled "Fiber optic probe placement guide," and issued July 2, 2002.

311. U.S. Patent Application Publication No. 2002/0099279A1 (Pfeiffer et al.), titled "Device for the determination of tissue perfusion and operative use thereof," and published July 25, 2002.

312. U.S. Patent No. 6,430,423B2 (DeLonzor et al.), titled "Shunt barrier in pulse oximeter sensor," and issued August 6, 2002.

313. U.S. Patent No. 6,430,437B1 (Marro), titled "Module for acquiring electroencephalograph signals from a patient," and issued August 6, 2002.

314. U.S. Patent No. 6,430,525B1 (Weber et al.), titled "Variable mode averager," and issued August 6, 2002.

315. U.S. Patent Application Publication No. 2002/0111546A1 (Cook et al.), titled "Method and apparatus for providing high contrast imaging," and published August 15, 2002.

316. U.S. Patent Application Publication No. 2002/0133080A1 (Apruzzese et al.), titled "Layered calibration standard for tissue sampling," and published September 19, 2002.

317. U.S. Design Patent No. D463,561S (Fukatsu et al.), titled "Pulse oximeter," and issued September 24, 2002.

318. U.S. Patent No. 6,463,187B1 (Baruch et al.), titled "Variable coupler fiberoptic sensor and sensing apparatus using the sensor," and issued October 8, 2002.

319. U.S. Patent No. 6,463,311B1 (Diab), titled "Plethysmograph pulse recognition processor," and issued October 8, 2002.

320. U.S. Patent No. 6,470,199B1 (Kopotic et al.), titled "Elastic sock for positioning an optical probe," and issued October 22, 2002.

321. U.S. Patent No. 6,470,893B1 (Boesen), titled "Wireless biopotential sensing device and method with capability of short-range radio frequency transmission and reception," and issued October 29, 2002.

322. U.S. Patent No. 6,473,008B2 (Kelly et al.), titled "System for sampling a data signal," and issued October 29, 2002.

323. U.S. Patent No. 6,475,153B1 (Khair et al.), titled "Method for obtaining blood pressure data from optical sensor," and issued November 5, 2002.

324. U.S. Patent No. 6,487,429B2 (Hockersmith et al.), titled "Use of targeted glycemic profiles in the calibration of a noninvasive blood glucose monitor," and issued November 26, 2002.

325. U.S. Patent No. 6,491,647B1 (Bridger et al.), titled "Physiological sensing device," and issued December 10, 2002.

326. U.S. Reissued Patent No. RE37,922E (Sharan), titled "Method and apparatus to determine and control the carbon content of steel in a BOF vessel," and issued December 10, 2002.

327. U.S. Patent Application Publication No. 2002/0188210A1 (Aizawa), titled "Pulse wave sensor and pulse rate detector," and published December 12, 2002.

328. U.S. Patent No. 6,501,975B2 (Diab et al.), titled "Signal processing apparatus and method," and issued December 31, 2002.

329. U.S. Patent No. 6,505,059B1 (Kollias et al.), titled "Non-invasive tissue glucose level monitoring," and issued January 7, 2003.

330. U.S. Patent Application Publication No. 2003/0013975A1 (Kiani), titled "Method of selling a continuous mode blood pressure monitor," and published January 16, 2003.

331. U.S. Patent Application Publication No. 2003/0018243A1 (Gerhardt et al.), titled "Selectively plated sensor," and published January 23, 2003.

332. U.S. Patent No. 6,515,273B2 (Al-Ali), titled "System for indicating the expiration of the useful operating life of a pulse oximetry sensor," and issued February 4, 2003.

333. U.S. Patent No. 6,516,289B2 (David), titled "Physiological measuring system comprising a garment and sensing apparatus incorporated in the garment," and issued February 4, 2003.

334. U.S. Patent No. 6,519,487B1 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued February 11, 2003.

335. U.S. Patent No. 6,522,521B2 (Mizuno et al.), titled "Reduction-resistant dielectric ceramic compact and laminated ceramic capacitor," and issued February 18, 2003.

336.   U.S. Patent Application Publication No. 2003/0036690A1 (Geddes et al.), titled "Body-member-illuminating pressure cuff for use in optical noninvasive measurement of blood parameters," and published February 20, 2003.

337.   U.S. Patent No. 6,525,386B1 (Mills et al.), titled "Non-protruding optoelectronic lens," and issued February 25, 2003.

338.   U.S. Patent No. 6,526,300B1 (Kiani et al.), titled "Pulse oximeter probe-off detection system," and issued February 25, 2003.

339.   U.S. Patent No. 6,527,729B1 (Turcott), titled "Method for monitoring patient using acoustic sensor," and issued March 4, 2003.

340.   U.S. Patent No. 6,534,012B1 (Hazen et al.), titled "Apparatus and method for reproducibly modifying localized absorption and scattering coefficients at a tissue measurement site during optical sampling," and issued March 18, 2003.

341.   U.S. Patent No. 6,541,756B2 (Schulz et al.), titled "Shielded optical probe having an electrical connector," and issued April 1, 2003.

342.   U.S. Patent No. 6,542,764B1 (Al-Ali et al.), titled "Pulse oximeter monitor for expressing the urgency of the patient's condition," and issued April 1, 2003.

343.   U.S. Patent No. 6,553,242B1 (Sarussi), titled "Physiological stress detector device and method," and issued April 22, 2003.

344.   U.S. Patent Application Publication No. 2003/0078504A1 (Rowe), titled "Spectroscopic cross-channel method and apparatus for improved optical measurements of tissue," and published April 24, 2003.

345.   U.S. Patent No. 6,556,852B1 (Schulze et al.), titled "Earpiece with sensors to measure/monitor multiple physiological variables," and issued April 29, 2003.

346.   U.S. Patent Application Publication No. 2003/0088162A1 (Yamamoto et al.), titled "Biological photometric device," and published May 8, 2003.

347.   U.S. Patent Application Publication No. 2003/0098969A1 (Katz et al.), titled "Spectroscopic fluid analyzer," and published May 29, 2003.

348.   U.S. Patent Application Publication No. 2003/0100840A1 (Sugiura et al.), titled "Pulse photometry probe," and published May 29, 2003.

349.    U.S. Patent No. 6,580,086B1 (Schulz et al.), titled "Shielded optical probe and method," and issued June 17, 2003.

350.    U.S. Patent No. 6,584,336B1 (Al-Ali et al.), titled "Universal/upgrading pulse oximeter," and issued June 24, 2003.

351.    U.S. Patent No. 6,587,196B1 (Stippick et al.), titled "Oscillating mechanism driven monochromator," and issued July 1, 2003.

352.    U.S. Patent No. 6,587,199B1 (Luu), titled "Embedded data acquisition and control system for non-invasive glucose prediction instrument," and issued July 1, 2003.

353.    U.S. Patent No. 6,595,316B2 (Cybulski et al.), titled "Tension-adjustable mechanism for stethoscope earpieces," and issued July 22, 2003.

354.    U.S. Patent No. 6,596,016B1 (Vreman et al.), titled "Phototherapy of jaundiced newborns using garments containing semiconductor light-emitting devices," and issued July 22, 2003.

355.    U.S. Patent No. 6,597,932B2 (Tian et al.), titled "Generation of spatially-averaged excitation-emission map in heterogeneous tissue," and issued July 22, 2003.

356.    U.S. Patent No. 6,597,933B2 (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued July 22, 2003.

357.    U.S. Patent Application Publication No. 2003/0144582A1 (Cohen et al.), titled "Portable non-invasive glucose monitor," and published July 31, 2003.

358.    U.S. Patent No. 6,606,509B2 (Schmitt), titled "Method and apparatus for improving the accuracy of noninvasive hematocrit measurements," and issued August 12, 2003.

359.    U.S. Patent No. 6,606,511B1 (Al-Ali et al.), titled "Pulse oximetry pulse indicator," and issued August 12, 2003.

360.    U.S. Patent Application Publication No. 2003/0156288A1 (Barnum et al.), titled "Sensor band for aligning an emitter and a detector," and published August 21, 2003.

361.    U.S. Patent Application Publication No. 2003/0158501A1 (Uchida et al.), titled "Biological information measuring instrument and biological information measuring method," and published August 21, 2003.

362.   U.S. Patent No. 6,632,181B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued October 14, 2003.

363.   U.S. Patent No. 6,635,559B2 (Greenwald et al.), titled "Formation of insulating aluminum oxide in semiconductor substrates," and issued October 21, 2003.

364.   U.S. Patent No. 6,636,759B2 (Robinson), titled "Apparatus and method for determination of the adequacy of dialysis by non-invasive near-infrared spectroscopy," and issued October 21, 2003.

365.   U.S. Design Patent No. D481,459S (Nahm), titled "Vein function monitor," and issued October 28, 2003.

366.   U.S. Patent No. 6,639,668B1 (Trepagnier), titled "Asynchronous fluorescence scan," and issued October 28, 2003.

367.   U.S. Patent No. 6,639,867B2 (Shim), titled "Decoder circuit in a semiconductor memory device," and issued October 28, 2003.

368.   U.S. Patent No. 6,640,116B2 (Diab), titled "Optical spectroscopy pathlength measurement system," and issued October 28, 2003.

369.   U.S. Patent No. 6,640,117B2 (Makarewicz et al.), titled "Method and apparatus for minimizing spectral effects attributable to tissue state variations during NIR-based non-invasive blood analyte determination," and issued October 28, 2003.

370.   U.S. Patent No. 6,643,530B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued November 4, 2003.

371.   U.S. Patent Application Publication No. 2003/0212312A1 (Coffin et al.), titled "Low noise patient cable," and published November 13, 2003.

372.   U.S. Patent No. 6,650,917B2 (Diab et al.), titled "Signal processing apparatus," and issued November 18, 2003.

373.   U.S. Patent No. 6,650,939B2 (Takpke et al.), titled "Universal interface for implantable medical device data management," and issued November 18, 2003.

374.   U.S. Patent No. 6,654,624B2 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued November 25, 2003.

375.   U.S. Patent No. 6,658,276B2 (Kiani et al.), titled "Pulse oximeter user interface," and issued December 2, 2003.

376.    U.S. Patent No. 6,661,161 B1 (Lanzo et al.), titled "Piezoelectric biological sound monitor with printed circuit board," and issued December 9, 2003.

377.    U.S. Patent No. 6,668,185 B2 (Toida), titled "Endoscope apparatus for setting a scanning area," and issued December 23, 2003.

378.    U.S. Patent No. 6,671,526 B1 (Aoyagi et al.), titled "Probe and apparatus for determining concentration of light-absorbing materials in living tissue," and issued December 30, 2003.

379.    U.S. Patent No. 6,671,531 B2 (Al-Ali et al.), titled "Sensor wrap including foldable applicator," and issued December 30, 2003.

380.    U.S. Patent No. 6,678,543 B2 (Diab et al.), titled "Optical probe and positioning wrap," and issued January 13, 2004.

381.    U.S. Patent No. 6,681,133 B2 (Chaiken et al.), titled "Methods and apparatus for obtaining enhanced spectroscopic information from living tissue," and issued January 20, 2004.

382.    U.S. Patent No. 6,684,090 B2 (Al-Ali et al.), titled "Pulse oximetry data confidence indicator," and issued January 27, 2004.

383.    U.S. Patent No. 6,684,091 B2 (Parker), titled "Reusable pulse oximeter probe and disposable bandage method," and issued January 27, 2004.

384.    U.S. Patent No. 6,694,157 B1 (Stone et al.), titled "Method and apparatus for determination of ph pco2, hemoglobin, and hemoglobin oxygen saturation," and issued February 17, 2004.

385.    U.S. Patent No. 6,697,656 B1 (Al-Ali), titled "Pulse oximetry sensor compatible with multiple pulse oximetry systems," and issued February 24, 2004.

386.    U.S. Patent No. 6,697,657 B1 (Shehada et al.), titled "Method and devices for laser induced fluorescence attenuation spectroscopy (LIFAS)," and issued February 24, 2004.

387.    U.S. Patent No. 6,697,658 B2 (Al-Ali), titled "Low power pulse oximeter," and issued February 24, 2004.

388.    U.S. Patent No. 6,699,194 B1 (Diab et al.), titled "Signal processing apparatus and method," and issued March 2, 2004.

389.    U.S. Patent Application Publication No. 2004/0054290 A1 (Chance), titled "Spectrophotometer for in vivo examination of biological tissue," and published March 18, 2004.

390. U.S. Patent Application Publication No. 2004/0054291A1 (Schulz et al.), titled "Pulse oximetry ear sensor," and published March 18, 2004.

391. U.S. Patent No. 6,714,803B1 (Mortz), titled "Pulse oximetry spo2 determination," and issued March 30, 2004.

392. U.S. Patent No. 6,714,804B2 (Al-Ali et al.), titled "Stereo pulse oximeter," and issued March 30, 2004.

393. U.S. Reissued Patent No. RE38,476E (Diab et al.), titled "Signal processing apparatus," and issued March 30, 2004.

394. U.S. Reissued Patent No. RE38,492E (Diab et al.), titled "Signal processing apparatus and method," and issued April 6, 2004.

395. U.S. Patent No. 6,721,582B2 (Trepagnier et al.), titled "Non-invasive tissue glucose level monitoring," and issued April 13, 2004.

396. U.S. Patent No. 6,721,585B1 (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued April 13, 2004.

397. U.S. Patent No. 6,725,075B2 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued April 20, 2004.

398. U.S. Patent No. 6,728,560B2 (Kollias et al.), titled "Non-invasive tissue glucose level monitoring," and issued April 27, 2004.

399. U.S. Patent No. 6,735,459B2 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued May 11, 2004.

400. U.S. Patent No. 6,738,652B2 (Mattu et al.), titled "Classification and screening of test subjects according to optical thickness of skin," and issued May 18, 2004.

401. U.S. Patent No. 6,745,060B2 (Diab et al.), titled "Signal processing apparatus," and issued June 1, 2004.

402. U.S. Patent Application Publication No. 2004/0106163A1 (Workman et al.), titled "Non-invasive measurement of analytes," and published June 3, 2004.

403. U.S. Patent No. 6,748,254B2 (O'Neil et al.), titled "Stacked adhesive optical sensor," and issued June 8, 2004.

404. U.S. Patent No. 6,751,283B2 (van de Haar), titled "Reconstruction method for tilted-gantry computed tomography," and issued June 15, 2004.

405. U.S. Patent Application Publication No. 2004/0114783A1 (Spycher et al.), titled "Device for imaging the papillary lines of a finger," and published June 17, 2004.

406. U.S. Patent No. 6,760,607B2 (Al-Ali), titled "Ribbon cable substrate pulse oximetry sensor," and issued July 6, 2004.

407. U.S. Patent Application Publication No. 2004/0132197A1 (Zahniser et al.), titled "Cytological imaging system and method," and published July 8, 2004.

408. U.S. Patent Application Publication No. 2004/0133081A1 (Teller et al.), titled "Method and apparatus for auto journaling of continuous or discrete body states utilizing physiological and/or contextual parameters," and published July 8, 2004.

409. U.S. Patent Application Publication No. 2004/0138568A1 (Lo et al.), titled "Ultrasonic monitor for measuring heart rate and blood flow rate," and published July 15, 2004.

410. U.S. Patent No. 6,770,028B1 (Al-Ali et al.), titled "Dual-mode pulse oximeter," and issued August 3, 2004.

411. U.S. Patent No. 6,771,994B2 (Kiani et al.), titled "Pulse oximeter probe-off detection system," and issued August 3, 2004.

412. U.S. Patent Application Publication No. 2004/0152957A1 (Stivoric et al.), titled "Apparatus for detecting, receiving, deriving and displaying human physiological and contextual information," and published August 5, 2004.

413. U.S. Patent No. 6,785,568B2 (Chance), titled "Transcranial examination of the brain," and issued August 31, 2004.

414. U.S. Patent No. 6,788,965B2 (Ruchti et al.), titled "Intelligent system for detecting errors and determining failure modes in noninvasive measurement of blood and tissue analytes," and issued September 7, 2004.

415. U.S. Patent No. 6,792,300B1 (Diab et al.), titled "Low-noise optical probes for reducing light piping," and issued September 14, 2004.

416. U.S. Patent No. 6,801,799B2 (Mendelson), titled "Pulse oximeter and method of operation," and issued October 5, 2004.

417. U.S. Patent No. 6,811,535B2 (Palti et al.), titled "Device for monitoring a vital sign," and issued November 2, 2004.

418.    U.S. Patent No. 6,813,511B2 (Diab et al.), titled "Low-noise optical probes for reducing ambient noise," and issued November 2, 2004.

419.    U.S. Patent Application Publication No. 2004/0220738A1 (Nissila), titled "Portable personal data processing device," and published November 4, 2004.

420.    U.S. Patent No. 6,816,010B2 (Seetharaman et al.), titled "Transimpedance amplifier," and issued November 9, 2004.

421.    U.S. Patent No. 6,816,241B2 (Grubisic), titled "LED light source-based instrument for non-invasive blood analyte determination," and issued November 9, 2004.

422.    U.S. Patent No. 6,816,741B2 (Diab et al.), titled "Plethysmograph pulse recognition processor," and issued November 9, 2004.

423.    U.S. Patent No. 6,822,564B2 (Al-Ali), titled "Parallel measurement alarm processor," and issued November 23, 2004.

424.    U.S. Patent No. 6,826,419B2 (Diab et al.), titled "Signal processing apparatus and method," and issued November 30, 2004.

425.    U.S. Patent No. 6,830,711B2 (Mills et al.), titled "Mold tool for an optoelectronic element," and issued December 14, 2004.

426.    U.S. Patent No. 6,831,266B2 (Paritsky et al.), titled "Optical transducers of high sensitivity," and issued December 14, 2004.

427.    U.S. Patent Application Publication No. 2005/0020927A1 (Blondeau et al.), titled "Portable instrument provided with an optical device for measuring a physiological quantity and means for transmitting and/or receiving data," and published January 27, 2005.

428.    U.S. Patent No. 6,850,787B2 (Weber et al.), titled "Signal component processor," and issued February 1, 2005.

429.    U.S. Patent No. 6,850,788B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued February 1, 2005.

430.    U.S. Patent No. 6,852,083B2 (Caro et al.), titled "System and method of determining whether to recalibrate a blood pressure monitor," and issued February 8, 2005.

431.    U.S. Patent No. 6,853,304B2 (Reisman et al.), titled "Monitoring device," and issued February 8, 2005.

432.    U.S. Patent No. 6,861,639B2 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued March 1, 2005.

433.    U.S. Design Patent No. D502,655S (Huang), titled "Electrochemical sensor apparatus," and issued March 8, 2005.

434.    U.S. Patent Application Publication No. 2005/0054940A1 (Almen), titled "Apparatus and method for monitoring heart rate variability," and published March 10, 2005.

435.    U.S. Patent Application Publication No. 2005/0055276A1 (Kiani et al.), titled "Sensor incentive method," and published March 10, 2005.

436.    U.S. Patent No. 6,871,089B2 (Korzinov et al.), titled "Portable ECG monitor and method for atrial fibrillation detection," and issued March 22, 2005.

437.    U.S. Patent No. 6,876,931B2 (Lorenz et al.), titled "Automatic process for sample selection during multivariate calibration," and issued April 5, 2005.

438.    U.S. Patent Application Publication No. 2005/0075548A1 (Al-Ali et al.), titled "Multipurpose sensor port," and published April 7, 2005.

439.    U.S. Patent Application Publication No. 2005/0075553A1 (Sakai et al.), titled "Portable biological information monitor apparatus and information management apparatus," and published April 7, 2005.

440.    U.S. Patent No. 6,882,872B2 (Uchida et al.), titled "Biological information detecting probe, biological information measuring apparatus, fabrication method for biological information detecting probe, and method of measuring biological information," and issued April 19, 2005.

441.    U.S. Patent No. 6,897,788B2 (Khair et al.), titled "Wireless system protocol for telemetry monitoring," and issued May 24, 2005.

442.    U.S. Patent No. 6,898,452B2 (Al-Ali et al.), titled "Stereo pulse oximeter," and issued May 24, 2005.

443.    U.S. Patent Application Publication No. 2005/0116820A1 (Goldreich), titled "Method and device for measuring physiological parameters at the wrist," and published June 2, 2005.

444.    U.S. Patent No. 6,912,413B2 (Rantala et al.), titled "Pulse oximeter," and issued June 28, 2005.

445.   U.S. Patent No. 6,920,345B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued July 19, 2005.

446.   U.S. Patent No. 6,931,268B1 (Kiani - Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued August 16, 2005.

447.   U.S. Patent No. 6,934,570B2 (Kiani et al.), titled "Physiological sensor combination," and issued August 23, 2005.

448.   U.S. Design Patent No. D508,862S (Behar et al.), titled "Hand-held electronic device," and issued August 30, 2005.

449.   U.S. Patent Application Publication No. 2005/0192490A1 (Yamamoto et al.), titled "Living body light measurement system and signal processing method," and published September 1, 2005.

450.   U.S. Patent No. 6,939,305B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued September 6, 2005.

451.   U.S. Patent Application Publication No. 2005/0197555A1 (Mouradian et al.), titled "Methods and devices for non-invasively measuring quantitative information of substances in living organisms," and published September 8, 2005.

452.   U.S. Patent No. 6,943,348B1 (Coffin), titled "System for detecting injection holding material," and issued September 13, 2005.

453.   U.S. Patent No. 6,950,687B2 (Al-Ali), titled "Isolation and communication element for a resposable pulse oximetry sensor," and issued September 27, 2005.

454.   U.S. Design Patent No. D510,625S (Widener et al.), titled "Portable oncologic external dosimeter reader," and issued October 11, 2005.

455.   U.S. Patent No. 6,956,649B2 (Acosta et al.), titled "Spectroscopic system and method using a ceramic optical reference," and issued October 18, 2005.

456.   U.S. Patent Application Publication No. 2005/0234317A1 (Kiani), titled "Low power and personal pulse oximetry systems," and published October 20, 2005.

457.   U.S. Patent No. 6,961,598B2 (Diab), titled "Pulse and active pulse spectraphotometry," and issued November 1, 2005.

458.    U.S. Patent No. 6,970,792B1 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued November 29, 2005.

459.    U.S. Patent Application Publication No. 2005/0276164A1 (Amron), titled "Watch adapted to rotate a displayed image so as to appear in a substantially constant upright orientation," and published December 15, 2005.

460.    U.S. Patent No. 6,979,812B2 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued December 27, 2005.

461.    U.S. Patent Application Publication No. 2005/0288592A1 (Yamamoto), titled "Light measurement system for living body," and published December 29, 2005.

462.    U.S. Patent No. 6,985,764B2 (Mason et al.), titled "Flex circuit shielded optical sensor," and issued January 10, 2006.

463.    U.S. Patent Application Publication No. 2006/0005944A1 (Wang et al.), titled "Thermoelectric heat dissipation device and method for fabricating the same," and published January 12, 2006.

464.    U.S. Patent Application Publication No. 2006/0009607A1 (Lutz et al.), titled "Polyurea coatings for golf equipment," and published January 12, 2006.

465.    U.S. Patent Application Publication No. 2006/0009688A1 (Lamego et al.), titled "Multi-wavelength physiological monitor," and published January 12, 2006.

466.    U.S. Patent No. 6,990,364B2 (Ruchti et al.), titled "Noninvasive measurement of glucose through the optical properties of tissue," and issued January 24, 2006.

467.    U.S. Patent Application Publication No. 2006/0020180A1 (Al-Ali), titled "Isolation and communication element for a resposable pulse oximetry sensor," and published January 26, 2006.

468.    U.S. Patent No. 6,993,371B2 (Kiani et al.), titled "Pulse oximetry sensor adaptor," and issued January 31, 2006.

469.    U.S. Patent Application Publication No. 2006/0025659A1 (Kiguchi et al.), titled "Optical measuring device for substances in vivo," and published February 2, 2006.

470.    U.S. Design Patent No. D514,461S (Harju), titled "Combination of a sensor and an upper and a lower part of a fastening device," and issued February 7, 2006.

471.    U.S. Patent No. 6,995,400B2 (Mizuyoshi), titled "Light emitting device and manufacturing method thereof," and issued February 7, 2006.

472.    U.S. Patent No. 6,996,427B2 (Al-Ali et al.), titled "Pulse oximetry data confidence indicator," and issued February 7, 2006.

473.    U.S. Patent No. 6,997,879B1 (Turcott), titled "Methods and devices for reduction of motion-induced noise in optical vascular plethysmography," and issued February 14, 2006.

474.    U.S. Patent No. 6,998,247B2 (Monfre et al.), titled "Method and apparatus using alternative site glucose determinations to calibrate and maintain noninvasive and implantable analyzers," and issued February 14, 2006.

475.    U.S. Patent No. 6,999,685B1 (Kawase et al.), titled "Polarized light communication device, transmitter, laser, polarized light communication device for physiological use, reflected light detector and pulse wave detecting device," and issued February 14, 2006.

476.    U.S. Patent No. 6,999,904B2 (Weber et al.), titled "Variable indication estimator," and issued February 14, 2006.

477.    U.S. Patent No. 7,003,338B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals," and issued February 21, 2006.

478.    U.S. Patent No. 7,003,339B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued February 21, 2006.

479.    U.S. Patent Application Publication No. 2006/0041198A1 (Kondoh et al.), titled "Biological information arithmetic apparatus, biological information arithmetic method, computer-executable program, and recording medium," and published February 23, 2006.

480.    U.S. Patent No. 7,015,451B2 (Dalke et al.), titled "Power supply rail controller," and issued March 21, 2006.

481.    U.S. Patent No. 7,024,233B2 (Al-Ali et al.), titled "Pulse oximetry data confidence indicator," and issued April 4, 2006.

482.    U.S. Patent Application Publication No. 2006/0073719A1 (Kiani), titled "Multiple key position plug," and published April 6, 2006.

483.  U.S. Patent No. 7,026,619B2 (Cranford), titled "Detector with coated lens assembly," and issued April 11, 2006.

484.  U.S. Patent No. 7,027,849B2 (Al-Ali), titled "Blood parameter measurement system," and issued April 11, 2006.

485.  U.S. Patent No. 7,030,749B2 (Al-Ali), titled "Parallel measurement alarm processor," and issued April 18, 2006.

486.  U.S. Patent No. 7,031,728B2 (Beyer), titled "Cellular phone/PDA communication system," and issued April 18, 2006.

487.  U.S. Patent Application Publication No. 2006/0089557A1 (Grajales et al.), titled "Method and apparatus to facilitate heart rate detection," and published April 27, 2006.

488.  U.S. Patent No. 7,039,449B2 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued May 2, 2006.

489.  U.S. Patent No. 7,041,060B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued May 9, 2006.

490.  U.S. Patent No. 7,044,918B2 (Diab), titled "Plethysmograph pulse recognition processor," and issued May 16, 2006.

491.  U.S. Patent No. 7,046,347B1 (Amend et al.), titled "Instrument with colorimeter and sensor inputs for interfacing with a computer," and issued May 16, 2006.

492.  U.S. Patent No. 7,047,054B2 (Benni), titled "Laser diode optical transducer assembly for non-invasive spectrophotometric blood oxygenation monitoring," and issued May 16, 2006.

493.  U.S. Patent No. 7,048,687B1 (Reuss et al.), titled "Limited use medical probe," and issued May 23, 2006.

494.  U.S. Patent No. 7,060,963B2 (Maegawa et al.), titled "Organism information measuring device and organism information measuring method," and issued June 13, 2006.

495.  U.S. Patent No. 7,061,595B2 (Cabuz et al.), titled "Miniaturized flow controller with closed loop regulation," and issued June 13, 2006.

496.  U.S. Patent No. 7,062,307B2 (Norris et al.), titled "Oversampling pulse oximeter," and issued June 13, 2006.

497.  U.S. Patent No. 7,067,893B2 (Mills et al.), titled "Optoelectronic element with a non-protruding lens," and issued June 27, 2006.

498.  U.S. Patent Application Publication No. 2006/0161054A1 (Reuss et al.), titled "Limited use medical probe," and published July 20, 2006.

499.  U.S. Patent No. 7,088,040B1 (Ducharme et al.), titled "Light source using emitting particles to provide visible light," and issued August 8, 2006.

500.  U.S. Design Patent No. D526,719S (Richie et al.), titled "Noninvasive glucose analyzer," and issued August 15, 2006.

501.  U.S. Patent No. 7,092,735B2 (Osann), titled "Video-voicemail solution for wireless communication devices," and issued August 15, 2006.

502.  U.S. Patent No. 7,092,757B2 (Larson et al.), titled "Minute ventilation sensor with dynamically adjusted excitation current," and issued August 15, 2006.

503.  U.S. Patent Application Publication No. 2006/0182659A1 (Unlu et al.), titled "Resonant cavity biosensor," and published August 17, 2006.

504.  U.S. Patent No. 7,096,052B2 (Mason et al.), titled "Optical probe including predetermined emission wavelength based on patient type," and issued August 22, 2006.

505.  U.S. Patent No. 7,096,054B2 (Abdul-Hafiz et al.), titled "Low noise optical housing," and issued August 22, 2006.

506.  U.S. Patent Application Publication No. 2006/0189871A1 (Al-Ali et al.), titled "Portable patient monitor," and published August 24, 2006.

507.  U.S. Patent No. 7,107,706B1 (Bailey et al.), titled "Ergonomic systems and methods providing intelligent adaptive surfaces and temperature control," and issued September 19, 2006.

508.  U.S. Patent No. 7,109,490B2 (Fuchs et al.), titled "Method and medical device designed for implementing this method," and issued September 19, 2006.

509.  U.S. Patent No. 7,113,815B2 (O'Neil et al.), titled "Stacked adhesive optical sensor," and issued September 26, 2006.

510.  U.S. Patent Application Publication No. 2006/0217608A1 (Fein et al.), titled "Oximeter sensor with digital memory encoding sensor data," and published September 28, 2006.

511.   U.S. Design Patent No. D529,616S (Deros et al.), titled "Noninvasive glucose analyzer," and issued October 3, 2006.

512.   U.S. Patent Application Publication No. 2006/0226992A1 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and published October 12, 2006.

513.   U.S. Patent No. 7,130,672B2 (Pewzner et al.), titled "Apparatus and method for monitoring tissue vitality parameters," and issued October 31, 2006.

514.   U.S. Patent Application Publication No. 2006/0247531A1 (Pogue et al.), titled "System and method for spectral-encoded high-rate hemodynamic tomography," and published November 2, 2006.

515.   U.S. Patent No. 7,132,641B2 (Schulz et al.), titled "Shielded optical probe having an electrical connector," and issued November 7, 2006.

516.   U.S. Patent No. 7,133,710B2 (Acosta et al.), titled "Compact apparatus for noninvasive measurement of glucose through near-infrared spectroscopy," and issued November 7, 2006.

517.   U.S. Patent Application Publication No. 2006/0253010A1 (Brady et al.), titled "Monitoring device, method and system," and published November 9, 2006.

518.   U.S. Patent Application Publication No. 2006/0258928A1 (Ortner et al.), titled "Patient interface for spectroscopy applications," and published November 16, 2006.

519.   U.S. Patent No. 7,142,901B2 (Kiani et al.), titled "Parameter compensated physiological monitor," and issued November 28, 2006.

520.   U.S. Patent Application Publication No. 2006/0270919A1 (Brenner), titled "Biomarkers sensing," and published November 30, 2006.

521.   U.S. Patent No. 7,149,561B2 (Diab), titled "Optical spectroscopy pathlength measurement system," and issued December 12, 2006.

522.   U.S. Design Patent No. D535,031S (Barrett et al.), titled "Vital signs monitor," and issued January 9, 2007.

523.   U.S. Patent Application Publication No. 2007/0038049A1 (Huang), titled "System for adjusting power employed by a medical device," and published February 15, 2007.

524. U.S. Design Patent No. D537,164S (Shigemori et al.), titled "Viewer," and issued February 20, 2007.

525. U.S. Patent No. 7,186,966B2 (Al-Ali), titled "Amount of use tracking device and method for medical product," and issued March 6, 2007.

526. U.S. Patent Application Publication No. 2007/0055119A1 (Lash et al.), titled "Optical probe for optical imaging system," and published March 8, 2007.

527. U.S. Patent No. 7,190,261B2 (Al-Ali), titled "Arrhythmia alarm processor," and issued March 13, 2007.

528. U.S. Patent Application Publication No. 2007/0073116A1 (Kiani et al.), titled "Patient identification using physiological sensor," and published March 29, 2007.

529. U.S. Patent Application Publication No. 2007/0073117A1 (Raridan), titled "Medical sensor and technique for using the same," and published March 29, 2007.

530. U.S. Patent Application Publication No. 2007/0093786A1 (Goldsmith et al.), titled "Watch controller for a medical device," and published April 26, 2007.

531. U.S. Patent Application Publication No. 2007/0100222A1 (Mastrototaro et al.), titled "Analyte sensing apparatus for hospital use," and published May 3, 2007.

532. U.S. Patent No. 7,215,984B2 (Diab et al.), titled "Signal processing apparatus," and issued May 8, 2007.

533. U.S. Patent No. 7,215,986B2 (Diab et al.), titled "Signal processing apparatus," and issued May 8, 2007.

534. U.S. Patent Application Publication No. 2007/0106172A1 (Abreu), titled "Apparatus and method for measuring biologic parameters," and published May 10, 2007.

535. U.S. Patent No. 7,220,254B2 (Altshuler et al.), titled "Dermatological treatment with visualization," and issued May 22, 2007.

536. U.S. Patent No. 7,221,971B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 22, 2007.

537.   U.S. Patent No. 7,225,006B2 (Al-Ali et al.), titled "Attachment and optical probe," and issued May 29, 2007.

538.   U.S. Patent No. 7,225,007B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued May 29, 2007.

539.   U.S. Patent No. 7,227,156B2 (Colvin et al.), titled "System and method for attenuating the effect of ambient light on an optical sensor," and issued June 5, 2007.

540.   U.S. Patent No. 7,228,166B1 (Kawasaki et al.), titled "Biological light measuring instrument," and issued June 5, 2007.

541.   U.S. Reissued Patent No. RE39,672E (Shehada et al.), titled "Method and devices for laser induced fluorescence attenuation spectroscopy," and issued June 5, 2007.

542.   U.S. Patent No. 7,230,227B2 (Wilcken et al.), titled "Lenslet/detector array assembly for high data rate optical communications," and issued June 12, 2007.

543.   U.S. Patent Application Publication No. 2007/0145255A1 (Nishikawa et al.), titled "Lens-equipped light-emitting diode device and method of manufacturing the same," and published June 28, 2007.

544.   U.S. Patent Application Publication No. 2007/0149864A1 (Laakkonen), titled "Monitoring device for multiple tissue sites," and published June 28, 2007.

545.   U.S. Patent No. 7,239,905B2 (Kiani - Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued July 3, 2007.

546.   U.S. Patent No. 7,245,953B1 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatii," and issued July 17, 2007.

547.   U.S. Design Patent No. D547,454S (Hsieh), titled "Transcutaneous nerve stimulator," and issued July 24, 2007.

548.   U.S. Patent No. 7,251,513B2 (Kondoh et al.), titled "Method of measuring biological information using light and apparatus of measuring biological information using light," and issued July 31, 2007.

549.   U.S. Patent Application Publication No. 2007/0180140A1 (Welch et al.), titled "Physiological alarm notification system," and published August 2, 2007.

550. U.S. Patent No. 7,252,639 B2 (Kimura et al.), titled "Method and apparatus for measuring biological condition," and issued August 7, 2007.

551. U.S. Patent No. 7,254,429 B2 (Schurman et al.), titled "Method and apparatus for monitoring glucose levels in a biological tissue," and issued August 7, 2007.

552. U.S. Patent No. 7,254,431 B2 (Al-Ali et al.), titled "Physiological parameter tracking system," and issued August 7, 2007.

553. U.S. Patent No. 7,254,433 B2 (Diab et al.), titled "Signal processing apparatus," and issued August 7, 2007.

554. U.S. Patent No. 7,254,434 B2 (Schulz et al.), titled "Variable pressure reusable sensor," and issued August 7, 2007.

555. U.S. Patent Application Publication No. 2007/0191691 A1 (Polanco), titled "Identification of guilty knowledge and malicious intent," and published August 16, 2007.

556. U.S. Patent Application Publication No. 2007/0197886 A1 (Naganuma et al.), titled "Constituent concentration measuring apparatus and constituent concentration measuring apparatus controlling method," and published August 23, 2007.

557. U.S. Patent Application Publication No. 2007/0208395 (Laclerc et al.), titled "Phototherapy Device and Method of Providing Phototherapy to a Body Surface," and published September 6, 2007.

558. U.S. Design Patent No. D549,830 S (Behar et al.), titled "Hand-held electronic device," and issued August 28, 2007.

559. U.S. Design Patent No. D550,364 S (Glover et al.), titled "Handheld medical information terminal," and issued September 4, 2007.

560. U.S. Design Patent No. D551,350 S (Lorimer et al.), titled "Medical instrument," and issued September 18, 2007.

561. U.S. Patent No. 7,272,425 B2 (Al-Ali), titled "Pulse oximetry sensor including stored sensor data," and issued September 18, 2007.

562. U.S. Patent No. 7,274,955 B2 (Kiani et al.), titled "Parameter compensated pulse oximeter," and issued September 25, 2007.

563. U.S. Patent No. 7,280,858 B2 (Al-Ali et al.), titled "Pulse oximetry sensor," and issued October 9, 2007.

564. U.S. Patent Application Publication No. 2007/0238955A1 (Tearney et al.), titled "Systems and methods for generating data using one or more endoscopic microscopy techniques," and published October 11, 2007.

565. U.S. Design Patent No. D553,248S (Nguyen), titled "Kick counting device," and issued October 16, 2007.

566. U.S. Patent Application Publication No. 2007/0244377A1 (Cozad et al.), titled "Pulse oximeter sleeve," and published October 18, 2007.

567. U.S. Patent Application Publication No. 2007/0249916A1 (Pesach et al.), titled "Wearable glucometer," and published October 25, 2007.

568. U.S. Design Patent No. D554,263S (Al-Ali et al.), titled "Portable patient monitor," and issued October 30, 2007.

569. U.S. Patent No. 7,289,835B2 (Mansfield et al.), titled "Multivariate analysis of green to ultraviolet spectra of cell and tissue samples," and issued October 30, 2007.

570. U.S. Patent No. 7,292,883B2 (De Felice et al.), titled "Physiological assessment system," and issued November 6, 2007.

571. U.S. Patent Application Publication No. 2007/0260130A1 (Chin), titled "Medical sensor and technique for using the same," and published November 8, 2007.

572. U.S. Patent No. 7,295,866B2 (Al-Ali), titled "Low power pulse oximeter," and issued November 13, 2007.

573. U.S. Patent Application Publication No. 2007/0282178A1 (Scholler et al.), titled "Method and device for the identification of at least one substance of content of a body fluid," and published December 6, 2007.

574. U.S. Patent Application Publication No. 2007/0293792A1 (Sliwa et al.), titled "Prostate BPH and tumor detector also useable on other tissues," and published December 20, 2007.

575. U.S. Patent Application Publication No. 2008/0004513A1 (Walker et al.), titled "Vcsel tissue spectrometer," and published January 3, 2008.

576. U.S. Patent Application Publication No. 2008/0015424A1 (Bernreuter), titled "Tissue Oximetry Apparatus and Method," and published January 17, 2008.

577. U.S. Patent No. 7,328,053B1 (Diab et al.), titled "Signal processing apparatus," and issued February 5, 2008.

578.   U.S. Patent Application Publication No. 2008/0031497A1 (Kishigami et al.), titled "Imaging device and biometrics authentication apparatus," and published February 7, 2008.

579.   U.S. Patent No. 7,332,784B2 (Mills et al.), titled "Method of providing an optoelectronic element with a non-protruding lens," and issued February 19, 2008.

580.   U.S. Design Patent No. D562,985S (Brefka et al.), titled "Medical device with cable," and issued February 26, 2008.

581.   U.S. Patent No. 7,340,287B2 (Mason et al.), titled "Flex circuit shielded optical sensor," and issued March 4, 2008.

582.   U.S. Patent No. 7,341,559B2 (Schulz et al.), titled "Pulse oximetry ear sensor," and issued March 11, 2008.

583.   U.S. Patent No. 7,343,186B2 (Lamego et al.), titled "Multi-wavelength physiological monitor," and issued March 11, 2008.

584.   U.S. Patent Application Publication No. 2008/0064965A1 (Jay et al.), titled "Devices and methods for measuring pulsus paradoxus," and published March 13, 2008.

585.   U.S. Patent Application Publication No. 2008/0076980A1 (Hoarau), titled "Medical sensor for reducing signal artifacts and technique for using the same," and published March 27, 2008.

586.   U.S. Patent Application Publication No. 2008/0076993A1 (Ostrowski), titled "Medical sensor and technique for using the same," and published March 27, 2008.

587.   U.S. Patent Application Publication No. 2008/0081966A1 (Debreczeny et al.), titled "Symmetric LED array for pulse oximetry," and published April 3, 2008.

588.   U.S. Design Patent No. D566,282S (Al-Ali et al.), titled "Stand for a portable patient monitor," and issued April 8, 2008.

589.   U.S. Patent No. 7,355,512B1 (Al-Ali), titled "Parallel alarm processor," and issued April 8, 2008.

590.   U.S. Patent No. 7,356,365B2 (Schurman), titled "Method and apparatus for tissue oximetry," and issued April 8, 2008.

591.   U.S. Design Patent No. D567,125S (Okabe et al.), titled "Stress meter," and issued April 22, 2008.

592.     U.S. Patent Application Publication No. 2008/0094228A1 (Welch et al.), titled "Patient monitor using radio frequency identification tags," and published April 24, 2008.

593.     U.S. Patent Application Publication No. 2008/0097172A1 (Sawada et al.), titled "Sensor Unit and Biosensor," and published April 24, 2008.

594.     U.S. Patent No. 7,365,923B2 (Hargis et al.), titled "Heat sink tab for optical sub-assembly," and issued April 29, 2008.

595.     U.S. Design Patent No. D569,001S (Omaki), titled "Blood pressure monitor," and issued May 13, 2008.

596.     U.S. Patent No. 7,371,981B2 (Abdul-Hafiz), titled "Connector switch," and issued May 13, 2008.

597.     U.S. Patent No. 7,373,193B2 (Al-Ali et al.), titled "Pulse oximetry data capture system," and issued May 13, 2008.

598.     U.S. Patent No. 7,373,194B2 (Weber et al.), titled "Signal component processor," and issued May 13, 2008.

599.     U.S. Design Patent No. D569,521S (Omaki), titled "Blood pressure monitor," and issued May 20, 2008.

600.     U.S. Patent No. 7,376,453B1 (Diab et al.), titled "Signal processing apparatus," and issued May 20, 2008.

601.     U.S. Patent No. 7,377,794B2 (Al-Ali et al.), titled "Multiple wavelength sensor interconnect," and issued May 27, 2008.

602.     U.S. Patent No. 7,377,899B2 (Weber et al.), titled "Sine saturation transform," and issued May 27, 2008.

603.     U.S. Patent Application Publication No. 2008/0122796A1 (Jobs et al.), titled "Touch Screen Device, Method, and Graphical User Interface for Determining Commands by Applying Heuristics," and published May 29, 2008.

604.     U.S. Patent No. 7,383,070B2 (Diab et al.), titled "Signal processing apparatus," and issued June 3, 2008.

605.     U.S. Patent Application Publication No. 2008/0130232A1 (Yamamoto et al.), titled "Heat sink," and published June 5, 2008.

606. U.S. Patent Application Publication No. 2008/0139908A1 (Kurth), titled "Multi-Wavelength Spatial Domain Near Infrared Oximeter to Detect Cerebral Hypoxia-Ischemia," and published June 12, 2008.

607. U.S. Patent No. 7,395,158B2 (Monfre et al.), titled "Method of screening for disorders of glucose metabolism," and issued July 1, 2008.

608. U.S. Patent No. 7,395,189B2 (Qing et al.), titled "Method and apparatus for switching among elements of a structural health monitoring system," and issued July 1, 2008.

609. U.S. Patent Application Publication No. 2008/0190436A1 (Jaffe et al.), titled "Nasal and oral patient interface," and published August 14, 2008.

610. U.S. Patent Application Publication No. 2008/0194932A1 (Ayers et al.), titled "Small animal pulse oximeter user interface," and published August 14, 2008.

611. U.S. Patent No. 7,415,297B2 (Al-Ali et al.), titled "Physiological parameter system," and issued August 19, 2008.

612. U.S. Patent Application Publication No. 2008/0221418A1 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and published September 11, 2008.

613. U.S. Patent Application Publication No. 2008/0221426A1 (Baker et al.), titled "Methods and apparatus for detecting misapplied optical sensors," and published September 11, 2008.

614. U.S. Patent Application Publication No. 2008/0221463A1 (Baker), titled "System and method for venous pulsation detection using near infrared wavelengths," and published September 11, 2008.

615. U.S. Patent No. 7,428,432B2 (Al-Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and issued September 23, 2008.

616. U.S. Patent Application Publication No. 2008/0242958A1 (Al-Ali et al.), titled "Multiple wavelength optical sensor," and published October 2, 2008.

617. U.S. Patent No. 7,438,683B2 (Al-Ali et al.), titled "Application identification sensor," and issued October 21, 2008.

618. U.S. Patent No. 7,440,787B2 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued October 21, 2008.

619.     U.S. Patent Application Publication No. 2008/0262325A1 (Lamego),
         titled "Tissue profile wellness monitor," and published October 23, 2008.

620.     U.S. Patent No. 7,454,240B2 (Diab et al.), titled "Signal processing
         apparatus," and issued November 18, 2008.

621.     U.S. Patent No. 7,467,002B2 (Weber et al.), titled "Sine saturation
         transform," and issued December 16, 2008.

622.     U.S. Patent No. 7,469,157B2 (Diab et al.), titled "Signal processing
         apparatus," and issued December 23, 2008.

623.     U.S. Patent Application Publication No. 2008/0319290A1 (Mao et al.),
         titled "Tissue retractor oximeter," and published December 25, 2008.

624.     U.S. Patent No. 7,471,969B2 (Diab et al.), titled "Pulse oximeter probe-off
         detector," and issued December 30, 2008.

625.     U.S. Patent No. 7,471,971B2 (Diab et al.), titled "Signal processing
         apparatus and method," and issued December 30, 2008.

626.     U.S. Patent Application Publication No. 2009/0024013A1 (Soller), titled
         "Physical Performance Monitoring and Monitors," and published January
         22, 2009.

627.     U.S. Patent No. 7,483,729B2 (Al-Ali et al.), titled "Pulse oximeter access
         apparatus and method," and issued January 27, 2009.

628.     U.S. Patent No. 7,483,730B2 (Diab et al.), titled "Low-noise optical
         probes for reducing ambient noise," and issued January 27, 2009.

629.     U.S. Patent Application Publication No. 2009/0030327A1 (Chance), titled
         "Optical coupler for in vivo examination of biological tissue," and
         published January 29, 2009.

630.     U.S. Patent Application Publication No. 2009/0036759A1 (Ault et al.),
         titled "Collapsible noninvasive analyzer method and apparatus," and
         published February 5, 2009.

631.     U.S. Patent No. 7,489,958B2 (Diab et al.), titled "Signal processing
         apparatus and method," and issued February 10, 2009.

632.     U.S. Patent Application Publication No. 2009/0043180A1 (Tschautscher
         et al.), titled "Sensor and system providing physiologic data and biometric
         identification," and published February 12, 2009.

633. U.S. Patent No. 7,496,391 B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued February 24, 2009.

634. U.S. Patent No. 7,496,393 B2 (Diab et al.), titled "Signal processing apparatus," and issued February 24, 2009.

635. U.S. Design Patent No. D587,657 S (Al-Ali et al.), titled "Connector assembly," and issued March 3, 2009.

636. U.S. Patent No. 7,499,741 B2 (Diab et al.), titled "Signal processing apparatus and method," and issued March 3, 2009.

637. U.S. Patent No. 7,499,835 B2 (Weber et al.), titled "Variable indication estimator," and issued March 3, 2009.

638. U.S. Patent No. 7,500,950 B2 (Al-Ali et al.), titled "Multipurpose sensor port," and issued March 10, 2009.

639. U.S. Patent No. 7,509,153 B2 (Blank et al.), titled "Method and apparatus for control of skin perfusion for indirect glucose measurement," and issued March 24, 2009.

640. U.S. Patent No. 7,509,154 B2 (Diab et al.), titled "Signal processing apparatus," and issued March 24, 2009.

641. U.S. Patent No. 7,509,494 B2 (Al-Ali), titled "Interface cable," and issued March 24, 2009.

642. U.S. Patent No. 7,510,849 B2 (Schurman et al.), titled "OCT based method for diagnosis and therapy," and issued March 31, 2009.

643. U.S. Patent No. 7,514,725 B2 (Wojtczuk et al.), titled "Nanophotovoltaic devices," and issued April 7, 2009.

644. U.S. Patent Application Publication No. 2009/0093687 A1 (Telfort et al.), titled "Systems and methods for determining a physiological condition using an acoustic monitor," and published April 9, 2009.

645. U.S. Patent No. 7,519,327 B2 (White), titled "Athletic monitoring system and method," and issued April 14, 2009.

646. U.S. Patent No. 7,519,406 B2 (Blank et al.), titled "Noninvasive analyzer sample probe interface method and apparatus," and issued April 14, 2009.

647. U.S. Patent Application Publication No. 2009/0095926 A1 (MacNeish), titled "Physiological parameter detector," and published April 16, 2009.

648.   U.S. Patent No. 7,526,328B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued April 28, 2009.

649.   U.S. Patent No. 7,530,942B1 (Diab), titled "Remote sensing infant warmer," and issued May 12, 2009.

650.   U.S. Patent No. 7,530,949B2 (Al-Ali et al.), titled "Dual-mode pulse oximeter," and issued May 12, 2009.

651.   U.S. Patent No. 7,530,955B2 (Diab et al.), titled "Signal processing apparatus," and issued May 12, 2009.

652.   U.S. Design Patent No. D592,507S (Wachman et al.), titled "Top for medicine container," and issued May 19, 2009.

653.   U.S. Patent Application Publication No. 2009/0129102A1 (Xiao et al.), titled "Led lamp with a heat sink," and published May 21, 2009.

654.   U.S. Patent Application Publication No. 2009/0156918A1 (Davis et al.), titled "Implantable optical sensor and method for use," and published June 18, 2009.

655.   U.S. Patent Application Publication No. 2009/0163775A1 (Barrett et al.), titled "Physiological sensor," and published June 25, 2009.

656.   U.S. Patent Application Publication No. 2009/0163783A1 (Mannheimer et al.), titled "Medical sensor and technique for using the same," and published June 25, 2009.

657.   U.S. Patent Application Publication No. 2009/0163787A1 (Mannheimer et al.), titled "Medical sensor and technique for using the same," and published June 25, 2009.

658.   U.S. Patent No. 7,558,622B2 (Tran), titled "Mesh network stroke monitoring appliance," and issued July 7, 2009.

659.   U.S. Patent Application Publication No. 2009/0177097A1 (Ma et al.), titled "Exercise device, sensor and method of determining body parameters during exercise," and published July 9, 2009.

660.   U.S. Patent No. 7,563,110B2 (Al-Ali et al.), titled "Multiple wavelength sensor interconnect," and issued July 21, 2009.

661.   U.S. Patent Application Publication No. 2009/0187085A1 (Pav), titled "System and method for estimating physiological parameters by deconvolving artifacts," and published July 23, 2009.

662.   U.S. Patent Application Publication No. 2009/0234206A1 (Gaspard et al.), titled "Medical device for diagnosing pressure ulcers," and published September 17, 2009.

663.   U.S. Patent No. 7,593,230B2 (Abul-Haj et al.), titled "Apparatus for absorbing and dissipating excess heat generated by a system," and issued September 22, 2009.

664.   U.S. Patent No. 7,596,398B2 (Al-Ali et al.), titled "Multiple wavelength sensor attachment," and issued September 29, 2009.

665.   U.S. Patent Application Publication No. 2009/0247885A1 (Suzuki et al.), titled "Pulse wave measuring apparatus and autonomic nervous analysis system having the same," and published October 1, 2009.

666.   U.S. Patent Application Publication No. 2009/0247984A1 (Lamego et al.), titled "Use of microneedles for small molecule metabolite reporter delivery," and published October 1, 2009.

667.   U.S. Patent No. 7,601,123B2 (Tweed et al.), titled "Non-invasive blood pressure monitoring device and methods," and issued October 13, 2009.

668.   U.S. Patent Application Publication No. 2009/0259114A1 (Johnson et al.), titled "Non-invasive optical sensor," and published October 15, 2009.

669.   U.S. Patent No. 7,606,606B2 (Laakkonen), titled "Patient monitoring device with multiple sensors," and issued October 20, 2009.

670.   U.S. Patent No. 7,606,608B2 (Blank et al.), titled "Optical sampling interface system for in-vivo measurement of tissue," and issued October 20, 2009.

671.   U.S. Patent Application Publication No. 2009/0270699A1 (Scholler et al.), titled "Device for Determining Physiological Variables," and published October 29, 2009.

672.   U.S. Patent No. 7,613,490B2 (Sarussi et al.), titled "Physiological stress detector device and system," and issued November 3, 2009.

673.   U.S. Patent Application Publication No. 2009/0275813A1 (Davis), titled "External ear-placed non-invasive physiological sensor," and published November 5, 2009.

674.   U.S. Patent Application Publication No. 2009/0275844A1 (Al-Ali), titled "Monitor configuration system," and published November 5, 2009.

675.  U.S. Design Patent No. D603,966S (Jones et al.), titled "Pulse oximeter with integrated sensor," and issued November 10, 2009.

676.  U.S. Patent No. 7,618,375B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued November 17, 2009.

677.  U.S. Patent No. 7,620,674B2 (Ruchti et al.), titled "Method and apparatus for enhanced estimation of an analyte property through multiple region transformation," and issued November 17, 2009.

678.  U.S. Patent No. 7,629,039B2 (Eckerbom et al.), titled "Air gas analyzer window and a method for producing such a window," and issued December 8, 2009.

679.  U.S. Patent Application Publication No. 2009/0306487A1 (Crowe et al.), titled "Photoplethysmography," and published December 10, 2009.

680.  U.S. Design Patent No. D606,659S (Kiani et al.), titled "Patient monitor," and issued December 22, 2009.

681.  U.S. Patent No. 7,640,140B2 (Ruchti et al.), titled "Method of processing noninvasive spectra," and issued December 29, 2009.

682.  U.S. Patent Application Publication No. 2009/0326346A1 (Kracker et al.), titled "Optical perfusion sensor detector," and published December 31, 2009.

683.  U.S. Patent Application Publication No. 2010/0004518A1 (Vo et al.), titled "Heat sink for noninvasive medical sensor," and published January 7, 2010.

684.  U.S. Patent No. 7,647,083B2 (Al-Ali et al.), titled "Multiple wavelength sensor equalization," and issued January 12, 2010.

685.  U.S. Design Patent No. D609,193S (Al-Ali et al.), titled "Connector assembly," and issued February 2, 2010.

686.  U.S. Patent No. 7,656,393B2 (King et al.), titled "Electronic device having display and surrounding touch sensitive bezel for user interface and control," and issued February 2, 2010.

687.  U.S. Patent No. 7,657,294B2 (Eghbal et al.), titled "Compliant diaphragm medical sensor and technique for using the same," and issued February 2, 2010.

688.  U.S. Patent No. 7,657,295B2 (Coakley et al.), titled "Medical sensor and technique for using the same," and issued February 2, 2010.

689.    U.S. Patent No. 7,657,296B2 (Raridan et al.), titled "Unitary medical sensor assembly and technique for using the same," and issued February 2, 2010.

690.    U.S. Patent Application Publication No. 2010/0030040A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published February 4, 2010.

691.    U.S. Patent Application Publication No. 2010/0030043A1 (Kuhn), titled "Implantable medical system including multiple sensing modules," and published February 4, 2010.

692.    U.S. Patent No. 7,658,613B1 (Griffin et al.), titled "Magnetic connector," and issued February 9, 2010.

693.    U.S. Patent No. 7,676,253B2 (Raridan), titled "Medical sensor and technique for using the same," and issued March 9, 2010.

694.    U.S. Patent No. 7,683,926B2 (Schechterman et al.), titled "Optical device," and issued March 23, 2010.

695.    U.S. Patent No. 7,697,966B2 (Monfre et al.), titled "Noninvasive targeting system method and apparatus," and issued April 13, 2010.

696.    U.S. Patent No. 7,698,105B2 (Ruchti et al.), titled "Method and apparatus for improving performance of noninvasive analyte property estimation," and issued April 13, 2010.

697.    U.S. Design Patent No. D614,305S (Al-Ali et al.), titled "Connector assembly," and issued April 20, 2010.

698.    U.S. Patent No. 7,698,909B2 (Hannula et al.), titled "Headband with tension indicator," and issued April 20, 2010.

699.    U.S. Patent Application Publication No. 2010/0099964A1 (O'Reilly et al.), titled "Hemoglobin monitor," and published April 22, 2010.

700.    U.S. Reissued Patent No. RE41,317E (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued May 4, 2010.

701.    U.S. Patent Application Publication No. 2010/0113948A1 (Yang et al.), titled "Heart rate measurement," and published May 6, 2010.

702.    U.S. Reissued Patent No. RE41,333E (Blank et al.), titled "Multi-tier method of developing localized calibration models for non-invasive blood analyte prediction," and issued May 11, 2010.

703.   U.S. Patent Application Publication No. 2010/0130841A1 (Ozawa et al.), titled "Noninvasive living body measurement apparatus and noninvasive living body measurement method," and published May 27, 2010.

704.   U.S. Patent No. 7,726,209B2 (Ruotoistenmäki), titled "Force or pressure sensor and method for applying the same," and issued June 1, 2010.

705.   U.S. Patent No. 7,729,733B2 (Al-Ali et al.), titled "Configurable physiological measurement system," and issued June 1, 2010.

706.   U.S. Patent No. 7,734,320B2 (Al-Ali), titled "Sensor isolation," and issued June 8, 2010.

707.   U.S. Patent No. 7,740,588B1 (Sciarra), titled "Wireless respiratory and heart rate monitoring system," and issued June 22, 2010.

708.   U.S. Patent No. 7,740,589B2 (Maschke et al.), titled "Method and apparatus for training adjustment in sports, in particular in running sports," and issued June 22, 2010.

709.   U.S. Patent No. 7,761,127B2 (Al-Ali et al.), titled "Multiple wavelength sensor substrate," and issued July 20, 2010.

710.   U.S. Patent No. 7,761,128B2 (Al-Ali et al.), titled "Physiological monitor," and issued July 20, 2010.

711.   U.S. Patent No. 7,764,982B2 (Dalke et al.), titled "Multiple wavelength sensor emitters," and issued July 27, 2010.

712.   U.S. Patent No. 7,764,983B2 (Mannheimer et al.), titled "Method and circuit for storing and providing historical physiological data," and issued July 27, 2010.

713.   U.S. Design Patent No. D621,516S (Kiani et al.), titled "Patient monitoring sensor," and issued August 10, 2010.

714.   U.S. Patent Application Publication No. 2010/0210925A1 (Holley et al.), titled "Optical Apparatus for Measuring a Physiological Property of a Body Part and Method Therefore," and published August 19, 2010.

715.   U.S. Patent No. 7,791,155B2 (Diab), titled "Detector shield," and issued September 7, 2010.

716.   U.S. Patent Application Publication No. 2010/0234718A1 (Sampath et al.), titled "Open architecture medical communication system," and published September 16, 2010.

717.   U.S. Patent No. 7,801,581 B2 (Diab), titled "Optical spectroscopy pathlength measurement system," and issued September 21, 2010.

718.   U.S. Patent No. 7,809,418 B2 (Xu), titled "Optical device components," and issued October 5, 2010.

719.   U.S. Patent No. 7,822,452 B2 (Schurman et al.), titled "Method for data reduction and calibration of an OCT-based blood glucose monitor," and issued October 26, 2010.

720.   U.S. Patent Application Publication No. 2010/0270257 A1 (Wachman et al.), titled "Medicine bottle cap with electronic embedded curved display," and published October 28, 2010.

721.   U.S. Reissued Patent No. RE41,912 E (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued November 2, 2010.

722.   U.S. Patent No. 7,844,313 B2 (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued November 30, 2010.

723.   U.S. Patent No. 7,844,314 B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued November 30, 2010.

724.   U.S. Patent No. 7,844,315 B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued November 30, 2010.

725.   U.S. Patent Application Publication No. 2010/0305416 A1 (Bedard et al.), titled "Non-invasive pressured probing device," and published December 2, 2010.

726.   U.S. Patent No. 7,862,523 B2 (Ruotoistenmäki), titled "Force or pressure sensor and method for applying the same," and issued January 4, 2011.

727.   U.S. Patent No. 7,865,222 B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and issued January 4, 2011.

728.   U.S. Patent Application Publication No. 2011/0001605 A1 (Kiani et al.), titled "Medical monitoring system," and published January 6, 2011.

729.   U.S. Patent Application Publication No. 2011/0003665 A1 (Burton et al.), titled "Athletic watch," and published January 6, 2011.

730.   U.S. Patent Application Publication No. 2011/0004079 A1 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and published January 6, 2011.

731.   U.S. Patent Application Publication No. 2011/0004106A1 (Iwamiya et al.), titled "Optical biological information detecting apparatus and optical biological information detecting method," and published January 6, 2011.

732.   U.S. Patent No. 7,869,849B2 (Ollerdessen et al.), titled "Opaque, electrically nonconductive region on a medical sensor," and issued January 11, 2011.

733.   U.S. Patent No. 7,873,497B2 (Weber et al.), titled "Variable indication estimator," and issued January 18, 2011.

734.   U.S. Patent No. 7,880,606B2 (Al-Ali), titled "Physiological trend monitor," and issued February 1, 2011.

735.   U.S. Patent No. 7,880,626B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued February 1, 2011.

736.   U.S. Patent Application Publication No. 2011/0028806A1 (Merritt et al.), titled "Reflectance calibration of fluorescence-based glucose measurements," and published February 3, 2011.

737.   U.S. Patent Application Publication No. 2011/0028809A1 (Goodman), titled "Patient monitor ambient display device," and published February 3, 2011.

738.   U.S. Patent No. 7,884,314B2 (Hamada et al.), titled "Light guide mechanism for guiding a light to an illuminance sensor," and issued February 8, 2011.

739.   U.S. Patent Application Publication No. 2011/0040197A1 (Welch et al.), titled "Wireless patient monitoring system," and published February 17, 2011.

740.   U.S. Patent No. 7,891,355B2 (Al-Ali et al.), titled "Physiological monitor," and issued February 22, 2011.

741.   U.S. Patent No. 7,894,868B2 (Al-Ali et al.), titled "Physiological monitor," and issued February 22, 2011.

742.   U.S. Patent No. 7,899,506B2 (Xu et al.), titled "Composite spectral measurement method and its spectral detection instrument," and issued March 1, 2011.

743.   U.S. Patent No. 7,899,507B2 (Al-Ali et al.), titled "Physiological monitor," and issued March 1, 2011.

744.     U.S. Patent No. 7,899,510B2 (Hoarau), titled "Medical sensor and technique for using the same," and issued March 1, 2011.

745.     U.S. Patent No. 7,899,518B2 (Trepagnier et al.), titled "Non-invasive tissue glucose level monitoring," and issued March 1, 2011.

746.     U.S. Patent No. 7,904,130B2 (Raridan), titled "Medical sensor and technique for using the same," and issued March 8, 2011.

747.     U.S. Patent No. 7,904,132B2 (Weber et al.), titled "Sine saturation transform," and issued March 8, 2011.

748.     U.S. Patent No. 7,909,772B2 (Popov et al.), titled "Non-invasive measurement of second heart sound components," and issued March 22, 2011.

749.     U.S. Patent No. 7,910,875B2 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued March 22, 2011.

750.     U.S. Patent No. 7,918,779B2 (Haber et al.), titled "Therapeutic methods using electromagnetic radiation," and issued April 5, 2011.

751.     U.S. Patent No. 7,919,713B2 (Al-Ali et al.), titled "Low noise oximetry cable including conductive cords," and issued April 5, 2011.

752.     U.S. Patent Application Publication No. 2011/0082711A1 (Poeze et al.), titled "Personal digital assistant or organizer for monitoring glucose levels," and published April 7, 2011.

753.     U.S. Patent Application Publication No. 2011/0085721A1 (Guyon et al.), titled "Method and device for diffuse excitation in imaging," and published April 14, 2011.

754.     U.S. Patent Application Publication No. 2011/0087081A1 (Kiani et al.), titled "Personalized physiological monitor," and published April 14, 2011.

755.     U.S. Patent No. 7,937,128B2 (Al-Ali), titled "Cyanotic infant sensor," and issued May 3, 2011.

756.     U.S. Patent No. 7,937,129B2 (Mason et al.), titled "Variable aperture sensor," and issued May 3, 2011.

757.     U.S. Patent No. 7,937,130B2 (Diab et al.), titled "Signal processing apparatus," and issued May 3, 2011.

758.     U.S. Patent Application Publication No. 2011/0105854A1 (Kiani et al.), titled "Medical monitoring system," and published May 5, 2011.

759.     U.S. Patent Application Publication No. 2011/0105865A1 (Yu et al.), titled "Diffuse reflectance spectroscopy device for quantifying tissue absorption and scattering," and published May 5, 2011.

760.     U.S. Patent No. 7,941,199B2 (Kiani), titled "Sepsis monitor," and issued May 10, 2011.

761.     U.S. Patent Application Publication No. 2011/0118561A1 (Tari et al.), titled "Remote control for a medical monitoring device," and published May 19, 2011.

762.     U.S. Patent No. 7,951,086B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued May 31, 2011.

763.     U.S. Patent No. 7,957,780B2 (Lamego et al.), titled "Physiological parameter confidence measure," and issued June 7, 2011.

764.     U.S. Patent Application Publication No. 2011/0137297A1 (Kiani et al.), titled "Pharmacological management system," and published June 9, 2011.

765.     U.S. Patent No. 7,962,188B2 (Kiani et al.), titled "Robust alarm system," and issued June 14, 2011.

766.     U.S. Patent No. 7,962,190B1 (Diab et al.), titled "Signal processing apparatus," and issued June 14, 2011.

767.     U.S. Patent No. 7,976,472B2 (Kiani), titled "Noninvasive hypovolemia monitor," and issued July 12, 2011.

768.     U.S. Patent Application Publication No. 2011/0172498A1 (Olsen et al.), titled "Spot check monitor credit system," and published July 14, 2011.

769.     U.S. Patent No. 7,988,637B2 (Diab), titled "Plethysmograph pulse recognition processor," and issued August 2, 2011.

770.     U.S. Patent No. 7,990,382B2 (Kiani), titled "Virtual display," and issued August 2, 2011.

771.     U.S. Patent No. 7,991,446B2 (Al-Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and issued August 2, 2011.

772.     U.S. Patent No. 8,000,761B2 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued August 16, 2011.

773.   U.S. Patent Application Publication No. 2011/0208015A1 (Welch et al.), titled "Wireless patient monitoring system," and published August 25, 2011.

774.   U.S. Patent No. 8,008,088B2 (Bellott et al.), titled "SMMR (small molecule metabolite reporters) for use as in vivo glucose biosensors," and issued August 30, 2011.

775.   U.S. Patent Application Publication No. 2011/0213212A1 (Al-Ali), titled "Adaptive alarm system," and published September 1, 2011.

776.   U.S. Patent No. 8,019,400B2 (Diab et al.), titled "Signal processing apparatus," and issued September 13, 2011.

777.   U.S. Patent Application Publication No. 2011/0230733A1 (Al-Ali), titled "Wellness analysis system," and published September 22, 2011.

778.   U.S. Reissued Patent No. RE42,753E (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued September 27, 2011.

779.   U.S. Patent Application Publication No. 2011/0237911A1 (Lamego et al.), titled "Multiple-wavelength physiological monitor," and published September 29, 2011.

780.   U.S. Patent No. 8,028,701B2 (Al-Ali et al.), titled "Respiratory monitoring," and issued October 4, 2011.

781.   U.S. Patent No. 8,029,765B2 (Bellott et al.), titled "SMMR (small molecule metabolite reporters) for use as in vivo glucose biosensors," and issued October 4, 2011.

782.   U.S. Patent Application Publication No. 2011/0245697A1 (Miettinen), titled "Heart pulse detection," and published October 6, 2011.

783.   U.S. Patent No. 8,036,727B2 (Schurman et al.), titled "Methods for noninvasively measuring analyte levels in a subject," and issued October 11, 2011.

784.   U.S. Patent No. 8,036,728B2 (Diab et al.), titled "Signal processing apparatus," and issued October 11, 2011.

785.   U.S. Patent No. 8,040,758B1 (Dickinson), titled "Golf watch having heart rate monitoring for improved golf game," and issued October 18, 2011.

786.   U.S. Patent No. 8,044,998B2 (Heenan), titled "Sensing apparatus and method for vehicles," and issued October 25, 2011.

787.   U.S. Patent No. 8,046,040 B2 (Al-Ali et al.), titled "Pulse oximetry data confidence indicator," and issued October 25, 2011.

788.   U.S. Patent No. 8,046,041 B2 (Diab et al.), titled "Signal processing apparatus," and issued October 25, 2011.

789.   U.S. Patent No. 8,046,042 B2 (Diab et al.), titled "Signal processing apparatus," and issued October 25, 2011.

790.   U.S. Patent No. 8,048,040 B2 (Kiani), titled "Fluid titration system," and issued November 1, 2011.

791.   U.S. Patent No. 8,050,728 B2 (Al-Ali et al.), titled "Multiple wavelength sensor drivers," and issued November 1, 2011.

792.   U.S. Patent No. 8,071,935 B2 (Besko et al.), titled "Optical detector with an overmolded faraday shield," and issued December 6, 2011.

793.   U.S. Reissued Patent No. RE43,169E (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued February 7, 2012.

794.   U.S. Patent No. 8,118,620 B2 (Al-Ali et al.), titled "Connector assembly with reduced unshielded area," and issued February 21, 2012.

795.   U.S. Patent No. 8,126,528 B2 (Diab et al.), titled "Signal processing apparatus," and issued February 28, 2012.

796.   U.S. Patent No. 8,126,531 B2 (Crowley), titled "Miniature spectrometer," and issued February 28, 2012.

797.   U.S. Patent No. 8,128,572 B2 (Diab et al.), titled "Signal processing apparatus," and issued March 6, 2012.

798.   U.S. Patent No. 8,130,105 B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued March 6, 2012.

799.   U.S. Patent Application Publication No. 2012/0059267 A1 (Lamego et al.), titled "Blood pressure measurement system," and published March 8, 2012.

800.   U.S. Patent No. 8,145,287 B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued March 27, 2012.

801.   U.S. Patent Application Publication No. 2012/0078069 A1 (Melker), titled "Blood flow monitoring," and published March 29, 2012.

802. U.S. Patent No. 8,150,487B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued April 3, 2012.

803. U.S. Patent No. 8,165,662B2 (Cinbis et al.), titled "Implantable tissue perfusion sensing system and method," and issued April 24, 2012.

804. U.S. Patent No. 8,175,672B2 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatii," and issued May 8, 2012.

805. U.S. Patent No. 8,177,720B2 (Nanba et al.), titled "Apparatus for detecting vital functions, control unit and pulse wave sensor," and issued May 15, 2012.

806. U.S. Patent No. 8,180,420B2 (Diab et al.), titled "Signal processing apparatus and method," and issued May 15, 2012.

807. U.S. Patent Application Publication No. 2012/0123231A1 (O'Reilly), titled "Monitoring cardiac output and vessel fluid volume," and published May 17, 2012.

808. U.S. Patent No. 8,182,443B1 (Kiani), titled "Drug administration controller," and issued May 22, 2012.

809. U.S. Patent No. 8,185,180B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 22, 2012.

810. U.S. Patent No. 8,190,223B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued May 29, 2012.

811. U.S. Patent No. 8,190,227B2 (Diab et al.), titled "Signal processing apparatus and method," and issued May 29, 2012.

812. U.S. Patent Application Publication No. 2012/0150052A1 (Buchheim et al.), titled "Heart rate monitor," and published June 14, 2012.

813. U.S. Patent No. 8,203,438B2 (Kiani et al.), titled "Alarm suspend system," and issued June 19, 2012.

814. U.S. Patent No. 8,203,704B2 (Merritt et al.), titled "Multi-stream sensor for noninvasive measurement of blood constituents," and issued June 19, 2012.

815. U.S. Patent No. 8,204,566B2 (Schurman et al.), titled "Method and apparatus for monitoring blood constituent levels in biological tissue," and issued June 19, 2012.

816.     U.S. Patent Application Publication No. 2012/0165629A1 (Merritt et al.), titled "Systems and methods of monitoring a patient through frequency-domain photo migration spectroscopy," and published June 28, 2012.

817.     U.S. Patent No. 8,219,170B2 (Hausmann et al.), titled "System and method for practicing spectrophotometry using light emitting nanostructure devices," and issued July 10, 2012.

818.     U.S. Patent No. 8,219,172B2 (Schurman et al.), titled "System and method for creating a stable optical interface," and issued July 10, 2012.

819.     U.S. Patent Application Publication No. 2012/0179006A1 (Jansen et al.), titled "Non-invasive intravascular volume index monitor," and published July 12, 2012.

820.     U.S. Patent No. 8,224,411B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued July 17, 2012.

821.     U.S. Patent No. 8,228,181B2 (Al-Ali), titled "Physiological trend monitor," and issued July 24, 2012.

822.     U.S. Patent No. 8,229,532B2 (Davis), titled "External ear-placed non-invasive physiological sensor," and issued July 24, 2012.

823.     U.S. Patent No. 8,229,533B2 (Diab et al.), titled "Low-noise optical probes for reducing ambient noise," and issued July 24, 2012.

824.     U.S. Patent No. 8,233,955B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued July 31, 2012.

825.     U.S. Patent Application Publication No. 2012/0197093A1 (LeBoeuf et al.), titled "Apparatus and methods for monitoring physiological data during environmental interference," and published August 2, 2012.

826.     U.S. Patent Application Publication No. 2012/0197137A1 (Jeanne et al.), titled "Method and system for carrying out photoplethysmography," and published August 2, 2012.

827.     U.S. Patent No. 8,244,325B2 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and issued August 14, 2012.

828.     U.S. Patent No. 8,244,326B2 (Ninomiya et al.), titled "Probe device," and issued August 14, 2012.

829.     U.S. Patent Application Publication No. 2012/0209084A1 (Olsen et al.), titled "Respiratory event alert system," and published August 16, 2012.

830.   U.S. Patent No. 8,255,026B1 (Al-Ali), titled "Patient monitor capable of monitoring the quality of attached probes and accessories," and issued August 28, 2012.

831.   U.S. Patent No. 8,255,027B2 (Al-Ali et al.), titled "Multiple wavelength sensor substrate," and issued August 28, 2012.

832.   U.S. Patent No. 8,255,028B2 (Al-Ali et al.), titled "Physiological monitor," and issued August 28, 2012.

833.   U.S. Patent No. 8,260,577B2 (Weber et al.), titled "Variable indication estimator," and issued September 4, 2012.

834.   U.S. Patent Application Publication No. 2012/0226117A1 (Lamego et al.), titled "Handheld processing device including medical applications for minimally and non invasive glucose measurements," and published September 6, 2012.

835.   U.S. Patent No. 8,265,723B1 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and issued September 11, 2012.

836.   U.S. Patent Application Publication No. 2012/0227739A1 (Kiani), titled "Drug administration controller," and published September 13, 2012.

837.   U.S. Patent No. 8,274,360B2 (Sampath et al.), titled "Systems and methods for storing, analyzing, and retrieving medical data," and issued September 25, 2012.

838.   U.S. Patent No. 8,280,469B2 (Baker), titled "Method for detection of aberrant tissue spectra," and issued October 2, 2012.

839.   U.S. Patent No. 8,280,473B2 (Al-Ali), titled "Perfusion index smoother," and issued October 2, 2012.

840.   U.S. Patent No. 8,289,130B2 (Nakajima et al.), titled "Systems and methods for identifying unauthorized users of an electronic device," and issued October 16, 2012.

841.   U.S. Patent No. 8,301,217B2 (Al-Ali et al.), titled "Multiple wavelength sensor emitters," and issued October 30, 2012.

842.   U.S. Patent No. 8,306,596B2 (Schurman et al.), titled "Method for data reduction and calibration of an OCT-based physiological monitor," and issued November 6, 2012.

843. U.S. Patent Application Publication No. 2012/0283524A1 (Kiani et al.), titled "Pediatric monitor sensor steady game," and published November 8, 2012.

844. U.S. Patent No. 8,310,336B2 (Muhsin et al.), titled "Systems and methods for storing, analyzing, retrieving and displaying streaming medical data," and issued November 13, 2012.

845. U.S. Patent No. 8,315,683B2 (Al-Ali et al.), titled "Duo connector patient cable," and issued November 20, 2012.

846. U.S. Patent Application Publication No. 2012/0296178A1 (Lamego et al.), titled "Personal health device," and published November 22, 2012.

847. U.S. Patent No. 8,332,006B2 (Naganuma et al.), titled "Constituent concentration measuring apparatus and constituent concentration measuring apparatus controlling method," and issued December 11, 2012.

848. U.S. Reissued Patent No. RE43,860E (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued December 11, 2012.

849. U.S. Patent Application Publication No. 2012/0319816A1 (Al-Ali), titled "Patient monitor capable of monitoring the quality of attached probes and accessories," and published December 20, 2012.

850. U.S. Patent No. 8,337,403B2 (Al-Ali et al.), titled "Patient monitor having context-based sensitivity adjustments," and issued December 25, 2012.

851. U.S. Patent Application Publication No. 2012/0330112A1 (Lamego et al.), titled "Patient monitoring system," and published December 27, 2012.

852. U.S. Patent No. 8,343,026B2 (Gardiner et al.), titled "Therapeutic methods using electromagnetic radiation," and issued January 1, 2013.

853. U.S. Patent No. 8,346,330B2 (Lamego), titled "Reflection-detector sensor position indicator," and issued January 1, 2013.

854. U.S. Patent No. 8,352,003B2 (Sawada et al.), titled "Sensor unit and biosensor," and issued January 8, 2013.

855. U.S. Patent No. 8,353,842B2 (Al-Ali et al.), titled "Portable patient monitor," and issued January 15, 2013.

856. U.S. Patent No. 8,355,766B2 (MacNeish et al.), titled "Ceramic emitter substrate," and issued January 15, 2013.

857.  U.S. Patent Application Publication No. 2013/0018233A1 (Cinbis et al.), titled "Implantable tissue perfusion sensing system and method," and published January 17, 2013.

858.  U.S. Patent No. 8,359,080B2 (Diab et al.), titled "Signal processing apparatus," and issued January 22, 2013.

859.  U.S. Patent Application Publication No. 2013/0023775A1 (Lamego et al.), titled "Magnetic reusable sensor," and published January 24, 2013.

860.  U.S. Patent No. 8,364,223B2 (Al-Ali et al.), titled "Physiological monitor," and issued January 29, 2013.

861.  U.S. Patent No. 8,364,226B2 (Diab et al.), titled "Signal processing apparatus," and issued January 29, 2013.

862.  U.S. Patent No. 8,364,389B2 (Dorogusker et al.), titled "Systems and methods for integrating a portable electronic device with a bicycle," and issued January 29, 2013.

863.  U.S. Patent No. 8,374,665B2 (Lamego), titled "Tissue profile wellness monitor," and issued February 12, 2013.

864.  U.S. Patent No. 8,374,825B2 (Vock et al.), titled "Personal items network, and associated methods," and issued February 12, 2013.

865.  U.S. Patent Application Publication No. 2013/0041591A1 (Lamego), titled "Multiple measurement mode in a physiological sensor," and published February 14, 2013.

866.  U.S. Patent No. 8,380,272B2 (Barrett et al.), titled "Physiological sensor," and issued February 19, 2013.

867.  U.S. Patent Application Publication No. 2013/0045685A1 (Kiani), titled "Health care sanitation monitoring system," and published February 21, 2013.

868.  U.S. Patent Application Publication No. 2013/0046204A1 (Lamego et al.), titled "Modulated physiological sensor," and published February 21, 2013.

869.  U.S. Patent No. 8,385,995B2 (Al-Ali et al.), titled "Physiological parameter tracking system," and issued February 26, 2013.

870.  U.S. Patent No. 8,385,996B2 (Smith et al.), titled "Multiple wavelength sensor emitters," and issued February 26, 2013.

871.     U.S. Patent No. 8,388,353B2 (Kiani et al.), titled "Magnetic connector," and issued March 5, 2013.

872.     U.S. Patent Application Publication No. 2013/0060147A1 (Welch et al.), titled "Occlusive non-inflatable blood pressure device," and published March 7, 2013.

873.     U.S. Patent No. 8,399,822B2 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued March 19, 2013.

874.     U.S. Patent No. 8,401,602B2 (Kiani), titled "Secondary-emitter sensor position indicator," and issued March 19, 2013.

875.     U.S. Patent No. 8,405,608B2 (Al-Ali et al.), titled "System and method for altering a display mode," and issued March 26, 2013.

876.     U.S. Patent Application Publication No. 2013/0085346A1 (Lin et al.), titled "Real-time physiological signal measurement and feedback system," and published April 4, 2013.

877.     U.S. Patent No. 8,414,499B2 (Al-Ali et al.), titled "Plethysmograph variability processor," and issued April 9, 2013.

878.     U.S. Patent No. 8,418,524B2 (Al-Ali), titled "Non-invasive sensor calibration device," and issued April 16, 2013.

879.     U.S. Patent No. 8,421,022B2 (Rozenfeld), titled "Method and apparatus for tissue equivalent solid state microdosimetry," and issued April 16, 2013.

880.     U.S. Patent No. 8,423,106B2 (Lamego et al.), titled "Multi-wavelength physiological monitor," and issued April 16, 2013.

881.     U.S. Patent Application Publication No. 2013/0096405A1 (Garfio), titled "Fingertip pulse oximeter," and published April 18, 2013.

882.     U.S. Patent Application Publication No. 2013/0096936A1 (Sampath et al.), titled "Systems and methods for storing, analyzing, and retrieving medical data," and published April 18, 2013.

883.     U.S. Patent No. 8,428,674B2 (Duffy et al.), titled "Apparatus for spectrometric based oximetry," and issued April 23, 2013.

884.     U.S. Patent No. 8,428,967B2 (Olsen et al.), titled "Spot check monitor credit system," and issued April 23, 2013.

885.    U.S. Patent No. 8,430,817B1 (Al-Ali et al.), titled "System for determining confidence in respiratory rate measurements," and issued April 30, 2013.

886.    U.S. Patent No. 8,437,825B2 (Dalvi et al.), titled "Contoured protrusion for improving spectroscopic measurement of blood constituents," and issued May 7, 2013.

887.    U.S. Patent Application Publication No. 2013/0131474A1 (Gu et al.), titled "Remote controller and display system," and published May 23, 2013.

888.    U.S. Patent No. 8,452,364B2 (Hannula et al.), titled "System and method for attaching a sensor to a patient's skin," and issued May 28, 2013.

889.    U.S. Patent No. 8,455,290B2 (Siskavich), titled "Method of fabricating epitaxial structures," and issued June 4, 2013.

890.    U.S. Patent No. 8,457,703B2 (Al-Ali), titled "Low power pulse oximeter," and issued June 4, 2013.

891.    U.S. Patent No. 8,457,707B2 (Kiani), titled "Congenital heart disease monitor," and issued June 4, 2013.

892.    U.S. Patent No. 8,463,349B2 (Diab et al.), titled "Signal processing apparatus," and issued June 11, 2013.

893.    U.S. Patent No. 8,466,286B2 (Bellot et al.), titled "SMMR (small molecule metabolite reporters) for use as in vivo glucose biosensors," and issued June 18, 2013.

894.    U.S. Patent No. 8,471,713B2 (Poeze et al.), titled "Interference detector for patient monitor," and issued June 25, 2013.

895.    U.S. Patent No. 8,473,020B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued June 25, 2013.

896.    U.S. Patent No. 8,483,787B2 (Al-Ali et al.), titled "Multiple wavelength sensor drivers," and issued July 9, 2013.

897.    U.S. Patent No. 8,487,256B2 (Kwong et al.), titled "Proximity sensor," and issued July 16, 2013.

898.    U.S. Patent No. 8,489,364B2 (Weber et al.), titled "Variable indication estimator," and issued July 16, 2013.

899.  U.S. Patent Application Publication No. 2013/0190581A1 (Al-Ali et al.), titled "Automated cchd screening and detection," and published July 25, 2013.

900.  U.S. Patent No. 8,496,595B2 (Jornod), titled "Method and device for measuring the pulse by means of light waves with two wavelengths," and issued July 30, 2013.

901.  U.S. Patent No. 8,498,684B2 (Weber et al.), titled "Sine saturation transform," and issued July 30, 2013.

902.  U.S. Patent Application Publication No. 2013/0197328A1 (Diab et al.), titled "Signal processing apparatus and method," and published August 1, 2013.

903.  U.S. Patent No. 8,504,128B2 (Blank et al.), titled "Method and apparatus for coupling a channeled sample probe to tissue," and issued August 6, 2013.

904.  U.S. Patent Application Publication No. 2013/0204112A1 (White et al.), titled "Perfusion assessment using transmission laser speckle imaging," and published August 8, 2013.

905.  U.S. Patent No. 8,509,867B2 (Workman et al.), titled "Non-invasive measurement of analytes," and issued August 13, 2013.

906.  U.S. Patent Application Publication No. 2013/0211214A1 (Olsen), titled "Configurable patient monitoring system," and published August 15, 2013.

907.  U.S. Patent No. 8,515,509B2 (Bruinsma et al.), titled "Multi-stream emitter for noninvasive measurement of blood constituents," and issued August 20, 2013.

908.  U.S. Patent No. 8,515,511B2 (Boutelle), titled "Sensor with an optical coupling material to improve plethysmographic measurements and method of using the same," and issued August 20, 2013.

909.  U.S. Patent No. 8,515,515B2 (McKenna et al.), titled "Medical sensor with compressible light barrier and technique for using the same," and issued August 20, 2013.

910.  U.S. Patent No. 8,523,781B2 (Al-Ali), titled "Bidirectional physiological information display," and issued September 3, 2013.

911.  U.S. Patent No. 8,529,301B2 (Al-Ali et al.), titled "Shielded connector assembly," and issued September 10, 2013.

912.    U.S. Patent No. 8,532,727B2 (Al-Ali et al.), titled "Dual-mode pulse oximeter," and issued September 10, 2013.

913.    U.S. Patent No. 8,532,728B2 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued September 10, 2013.

914.    U.S. Patent Application Publication No. 2013/0243021A1 (Siskavich), titled "Epitaxial structures on sides of a substrate," and published September 19, 2013.

915.    U.S. Patent No. 8,547,209B2 (Kiani et al.), titled "Alarm suspend system," and issued October 1, 2013.

916.    U.S. Patent No. 8,548,548B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued October 1, 2013.

917.    U.S. Patent No. 8,548,549B2 (Schurman et al.), titled "Methods for noninvasively measuring analyte levels in a subject," and issued October 1, 2013.

918.    U.S. Patent No. 8,548,550B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued October 1, 2013.

919.    U.S. Patent No. 8,560,032B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued October 15, 2013.

920.    U.S. Patent No. 8,560,034B1 (Diab et al.), titled "Signal processing apparatus," and issued October 15, 2013.

921.    U.S. Design Patent No. D692,145S (Al-Ali et al.), titled "Medical proximity detection token," and issued October 22, 2013.

922.    U.S. Patent No. 8,570,167B2 (Al-Ali), titled "Physiological trend monitor," and issued October 29, 2013.

923.    U.S. Patent No. 8,570,503B2 (Vo et al.), titled "Heat sink for noninvasive medical sensor," and issued October 29, 2013.

924.    U.S. Patent No. 8,571,617B2 (Reichgott et al.), titled "Flowometry in optical coherence tomography for analyte level estimation," and issued October 29, 2013.

925.    U.S. Patent No. 8,571,618B1 (Lamego et al.), titled "Adaptive calibration system for spectrophotometric measurements," and issued October 29, 2013.

926.   U.S. Patent No. 8,571,619B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued October 29, 2013.

927.   U.S. Patent No. 8,577,431B2 (Lamego et al.), titled "Noise shielding for a noninvasive device," and issued November 5, 2013.

928.   U.S. Patent Application Publication No. 2013/0296672A1 (O'Neil et al.), titled "Noninvasive physiological sensor cover," and published November 7, 2013.

929.   U.S. Patent No. 8,581,732B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued November 12, 2013.

930.   U.S. Patent No. 8,584,345B2 (Al-Ali et al.), titled "Reprocessing of a physiological sensor," and issued November 19, 2013.

931.   U.S. Patent No. 8,588,880B2 (Abdul-Hafiz et al.), titled "Ear sensor," and issued November 19, 2013.

932.   U.S. Patent No. 8,591,426B2 (Onoe et al.), titled "Self-luminous sensor device," and issued November 26, 2013.

933.   U.S. Patent No. 8,600,467B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued December 3, 2013.

934.   U.S. Patent No. 8,600,494B2 (Schroeppel et al.), titled "Method and device for treating abnormal tissue growth with electrical therapy," and issued December 3, 2013.

935.   U.S. Patent Application Publication No. 2013/0324808A1 (Al-Ali et al.), titled "Duo connector patient cable," and published December 5, 2013.

936.   U.S. Patent No. 8,602,971B2 (Farr), titled "Opto-Electronic illumination and vision module for endoscopy," and issued December 10, 2013.

937.   U.S. Patent No. 8,606,342B2 (Diab), titled "Pulse and active pulse spectraphotometry," and issued December 10, 2013.

938.   U.S. Patent Application Publication No. 2013/0331670A1 (Kiani), titled "Congenital heart disease monitor," and published December 12, 2013.

939.   U.S. Patent No. 8,611,095B2 (Kwong et al.), titled "Integration of sensors and other electronic components," and issued December 17, 2013.

940.   U.S. Patent Application Publication No. 2013/0338461A1 (Lamego et al.), titled "Multi-wavelength physiological monitor," and published December 19, 2013.

941.   U.S. Patent No. 8,615,290B2 (Lin et al.), titled "Seamlessly embedded heart rate monitor," and issued December 24, 2013.

942.   U.S. Patent Application Publication No. 2013/0345921A1 (Al-Ali et al.), titled "Physiological monitoring of moving vehicle operators," and published December 26, 2013.

943.   U.S. Patent No. 8,626,255B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued January 7, 2014.

944.   U.S. Patent Application Publication No. 2014/0012100A1 (Al-Ali et al.), titled "Dual-mode patient monitor," and published January 9, 2014.

945.   U.S. Patent No. 8,630,691B2 (Lamego et al.), titled "Multi-stream sensor front ends for noninvasive measurement of blood constituents," and issued January 14, 2014.

946.   U.S. Patent No. 8,634,889B2 (Al-Ali et al.), titled "Configurable physiological measurement system," and issued January 21, 2014.

947.   U.S. Patent No. 8,641,631B2 (Sierra et al.), titled "Non-invasive monitoring of respiratory rate, heart rate and apnea," and issued February 4, 2014.

948.   U.S. Patent Application Publication No. 2014/0034353A1 (Al-Ali et al.), titled "Automated assembly sensor cable," and published February 6, 2014.

949.   U.S. Patent No. 8,652,060B2 (Al-Ali), titled "Perfusion trend indicator," and issued February 18, 2014.

950.   U.S. Patent No. 8,655,004B2 (Prest et al.), titled "Sports monitoring system for headphones, earbuds and/or headsets," and issued February 18, 2014.

951.   U.S. Patent Application Publication No. 2014/0051953A1 (Lamego et al.), titled "Adaptive calibration system for spectrophotometric measurements," and published February 20, 2014.

952.   U.S. Patent Application Publication No. 2014/0051955A1 (Tiao et al.), titled "Detecting device," and published February 20, 2014.

953.    U.S. Patent Application Publication No. 2014/0058230A1 (Abdul-Hafiz et al.), titled "Ear sensor," and published February 27, 2014.

954.    U.S. Patent No. 8,663,107B2 (Kiani), titled "Sepsis monitor," and issued March 4, 2014.

955.    U.S. Patent No. 8,666,468B1 (Al-Ali), titled "Patient monitor for determining microcirculation state," and issued March 4, 2014.

956.    U.S. Patent No. 8,667,967B2 (Al-Ali et al.), titled "Respiratory monitoring," and issued March 11, 2014.

957.    U.S. Patent No. 8,668,643B2 (Kinast), titled "Patient-worn medical monitoring device," and issued March 11, 2014.

958.    U.S. Patent No. 8,670,811B2 (O'Reilly), titled "Pulse oximetry system for adjusting medical ventilation," and issued March 11, 2014.

959.    U.S. Patent No. 8,670,814B2 (Diab et al.), titled "Low-noise optical probes for reducing ambient noise," and issued March 11, 2014.

960.    U.S. Patent Application Publication No. 2014/0073887A1 (Petersen et al.), titled "Systems and methods for determining physiological characteristics of a patient using pulse oximetry," and published March 13, 2014.

961.    U.S. Patent Application Publication No. 2014/0073960A1 (Rodriguez-Llorente et al.), titled "Methods and systems for determining physiological information based on a combined autocorrelation sequence," and published March 13, 2014.

962.    U.S. Patent No. 8,676,286B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and issued March 18, 2014.

963.    U.S. Patent Application Publication No. 2014/0077956A1 (Sampath et al.), titled "Intelligent medical network edge router," and published March 20, 2014.

964.    U.S. Patent Application Publication No. 2014/0081100A1 (Muhsin et al.), titled "Physiological monitor with mobile computing device connectivity," and published March 20, 2014.

965.    U.S. Patent Application Publication No. 2014/0081175A1 (Telfort), titled "Acoustic patient sensor coupler," and published March 20, 2014.

966. U.S. Patent No. 8,682,407B2 (Al-Ali), titled "Cyanotic infant sensor," and issued March 25, 2014.

967. U.S. Patent No. 8,688,183B2 (Bruinsma et al.), titled "Emitter driver for noninvasive patient monitor," and issued April 1, 2014.

968. U.S. Reissued Patent No. RE44,823E (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued April 1, 2014.

969. U.S. Patent Application Publication No. 2014/0094667A1 (Schurman et al.), titled "Noninvasively measuring analyte levels in a subject," and published April 3, 2014.

970. U.S. Patent No. 8,690,799B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued April 8, 2014.

971. U.S. Patent Application Publication No. 2014/0100434A1 (Diab et al.), titled "Pulse oximeter probe-off detector," and published April 10, 2014.

972. U.S. Patent No. 8,700,111B2 (LeBoeuf et al.), titled "Light-guiding devices and monitoring devices incorporating same," and issued April 15, 2014.

973. U.S. Patent No. 8,700,112B2 (Kiani), titled "Secondary-emitter sensor position indicator," and issued April 15, 2014.

974. U.S. Patent Application Publication No. 2014/0107493A1 (Yuen et al.), titled "Portable Biometric Monitoring Devices and Methods of Operating Same," and published April 17, 2014.

975. U.S. Patent No. 8,702,627B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued April 22, 2014.

976. U.S. Patent No. 8,706,179B2 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatii," and issued April 22, 2014.

977. U.S. Patent Application Publication No. 2014/0114199A1 (Lamego et al.), titled "Magnetic-flap optical sensor," and published April 24, 2014.

978. U.S. Patent No. 8,712,494B1 (MacNeish et al.), titled "Reflective non-invasive sensor," and issued April 29, 2014.

979. U.S. Reissued Patent No. RE44,875E (Kiani et al.), titled "Active pulse blood constituent monitoring," and issued April 29, 2014.

980. U.S. Patent Application Publication No. 2014/0120564A1 (Workman et al.), titled "Non-invasive measurement of analytes," and published May 1, 2014.

981. U.S. Patent Application Publication No. 2014/0121482A1 (Merritt et al.), titled "Multi-stream sensor for noninvasive measurement of blood constituents," and published May 1, 2014.

982. U.S. Patent Application Publication No. 2014/0121483A1 (Kiani), titled "Universal medical system," and published May 1, 2014.

983. U.S. Patent No. 8,715,206B2 (Telfort et al.), titled "Acoustic patient sensor," and issued May 6, 2014.

984. U.S. Patent No. 8,718,735B2 (Lamego et al.), titled "Physiological parameter confidence measure," and issued May 6, 2014.

985. U.S. Patent No. 8,718,737B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 6, 2014.

986. U.S. Patent No. 8,718,738B2 (Blank et al.), titled "Method and apparatus for coupling a sample probe with a sample site," and issued May 6, 2014.

987. U.S. Patent Application Publication No. 2014/0127137A1 (Bellott et al.), titled "Smmr (small molecule metabolite reporters) for use as in vivo glucose biosensors," and published May 8, 2014.

988. U.S. Patent Application Publication No. 2014/0129702A1 (Lamego et al.), titled "Physiological test credit method," and published May 8, 2014.

989. U.S. Patent No. 8,720,249B2 (Al-Ali), titled "Non-invasive sensor calibration device," and issued May 13, 2014.

990. U.S. Patent No. 8,721,541B2 (Al-Ali et al.), titled "Physiological monitor," and issued May 13, 2014.

991. U.S. Patent No. 8,721,542B2 (Al-Ali et al.), titled "Physiological parameter system," and issued May 13, 2014.

992. U.S. Patent No. 8,723,677B1 (Kiani), titled "Patient safety system with automatically adjusting bed," and issued May 13, 2014.

993. U.S. Patent Application Publication No. 2014/0135588A1 (Al-Ali et al.), titled "Medical monitoring system," and published May 15, 2014.

994.    U.S. Patent Application Publication No. 2014/0142401A1 (Al-Ali et al.), titled "Reprocessing of a physiological sensor," and published May 22, 2014.

995.    U.S. Patent No. 8,740,792B1 (Kiani et al.), titled "Patient monitor capable of accounting for environmental conditions," and issued June 3, 2014.

996.    U.S. Patent Application Publication No. 2014/0163344A1 (Al-Ali), titled "Perfusion trend indicator," and published June 12, 2014.

997.    U.S. Patent Application Publication No. 2014/0163402A1 (Lamego et al.), titled "Patient monitoring system," and published June 12, 2014.

998.    U.S. Patent No. 8,754,776B2 (Poeze et al.), titled "Interference detector for patient monitor," and issued June 17, 2014.

999.    U.S. Patent No. 8,755,535B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued June 17, 2014.

1000.   U.S. Patent No. 8,755,856B2 (Diab et al.), titled "Signal processing apparatus," and issued June 17, 2014.

1001.   U.S. Patent No. 8,755,872B1 (Marinow), titled "Patient monitoring system for indicating an abnormal condition," and issued June 17, 2014.

1002.   U.S. Patent Application Publication No. 2014/0166076A1 (Kiani et al.), titled "Pool solar power generator," and published June 19, 2014.

1003.   U.S. Patent Application Publication No. 2014/0171146A1 (Ma et al.), titled "Method and Apparatus for Automatically Setting Alarms and Notifications," and published June 19, 2014.

1004.   U.S. Patent Application Publication No. 2014/0171763A1 (Diab), titled "Pulse and active pulse spectraphotometry," and published June 19, 2014.

1005.   U.S. Patent No. 8,760,517B2 (Sarwar et al.), titled "Polarized images for security," and issued June 24, 2014.

1006.   U.S. Patent No. 8,761,850B2 (Lamego et al.), titled "Reflection-detector sensor position indicator," and issued June 24, 2014.

1007.   U.S. Patent Application Publication No. 2014/0180154A1 (Sierra et al.), titled "Non-invasive monitoring of respiratory rate, heart rate and apnea," and published June 26, 2014.

1008. U.S. Patent Application Publication No. 2014/0180160A1 (Brown et al.), titled "System and method for monitoring and controlling a state of a patient during and after administration of anesthetic compound," and published June 26, 2014.

1009. U.S. Patent No. 8,764,671B2 (Kiani), titled "Disposable active pulse sensor," and issued July 1, 2014.

1010. U.S. Patent No. 8,768,423B2 (Shakespeare et al.), titled "Multispot monitoring for use in optical coherence tomography," and issued July 1, 2014.

1011. U.S. Patent No. 8,768,426B2 (Haisley et al.), titled "Y-shaped ear sensor with strain relief," and issued July 1, 2014.

1012. U.S. Patent Application Publication No. 2014/0187973A1 (Brown et al.), titled "System and method for tracking brain states during administration of anesthesia," and published July 3, 2014.

1013. U.S. Patent No. 8,771,204B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued July 8, 2014.

1014. U.S. Patent Application Publication No. 2014/0192177A1 (Bartula et al.), titled "Camera for generating a biometrical signal of a living being," and published July 10, 2014.

1015. U.S. Patent Application Publication No. 2014/0194709A1 (Al-Ali et al.), titled "Configurable physiological measurement system," and published July 10, 2014.

1016. U.S. Patent Application Publication No. 2014/0194711A1 (Al-Ali), titled "Patient monitor for determining microcirculation state," and published July 10, 2014.

1017. U.S. Patent Application Publication No. 2014/0194766A1 (Al-Ali et al.), titled "Respiratory monitoring," and published July 10, 2014.

1018. U.S. Patent No. 8,777,634B2 (Kiani et al.), titled "Magnetic connector," and issued July 15, 2014.

1019. U.S. Patent No. 8,781,543B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued July 15, 2014.

1020. U.S. Patent No. 8,781,544B2 (Al-Ali et al.), titled "Multiple wavelength optical sensor," and issued July 15, 2014.

1021.   U.S. Patent No. 8,781,549B2 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and issued July 15, 2014.

1022.   U.S. Patent No. 8,788,003B2 (Schurman et al.), titled "Monitoring blood constituent levels in biological tissue," and issued July 22, 2014.

1023.   U.S. Patent Application Publication No. 2014/0206954A1 (Yuen et al.), titled "Portable Monitoring Devices for Processing Applications and Processing Analysis of Physiological Conditions of a User Associated With the Portable Monitoring Device," and published July 24, 2014.

1024.   U.S. Patent Application Publication No. 2014/0206963A1 (Al-Ali), titled "Cyanotic infant sensor," and published July 24, 2014.

1025.   U.S. Patent No. 8,790,268B2 (Al-Ali), titled "Bidirectional physiological information display," and issued July 29, 2014.

1026.   U.S. Patent Application Publication No. 2014/0213864A1 (Abdul-Hafiz et al.), titled "Ear sensor," and published July 31, 2014.

1027.   U.S. Patent Application Publication No. 2014/0221854A1 (Wai), titled "Measuring device, including a heart rate sensor, configured to be worn on the wrist of a user," and published August 7, 2014.

1028.   U.S. Patent No. 8,801,613B2 (Al-Ali et al.), titled "Calibration for multi-stage physiological monitors," and issued August 12, 2014.

1029.   U.S. Patent Application Publication No. 2014/0243627A1 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and published August 28, 2014.

1030.   U.S. Patent No. 8,821,397B2 (Al-Ali et al.), titled "Depth of consciousness monitor including oximeter," and issued September 2, 2014.

1031.   U.S. Patent No. 8,821,415B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued September 2, 2014.

1032.   U.S. Patent No. 8,830,449B1 (Lamego et al.), titled "Blood analysis system," and issued September 9, 2014.

1033.   U.S. Patent No. 8,831,700B2 (Schurman et al.), titled "Apparatus and method for creating a stable optical interface," and issued September 9, 2014.

1034.  U.S. Patent No. 8,838,210B2 (Wood et al.), titled "Scanned laser vein contrast enhancer using a single laser," and issued September 16, 2014.

1035.  U.S. Patent Application Publication No. 2014/0266790A1 (Al-Ali et al.), titled "Systems and methods for monitoring a patient health network," and published September 18, 2014.

1036.  U.S. Patent Application Publication No. 2014/0275808A1 (Poeze et al.), titled "Patient monitor placement indicator," and published September 18, 2014.

1037.  U.S. Patent Application Publication No. 2014/0275871A1 (Lamego et al.), titled "Wireless optical communication between noninvasive physiological sensors and patient monitors," and published September 18, 2014.

1038.  U.S. Patent Application Publication No. 2014/0275872A1 (Merritt et al.), titled "Systems and methods for testing patient monitors," and published September 18, 2014.

1039.  U.S. Patent Application Publication No. 2014/0275881A1 (Lamego et al.), titled "Patient monitor as a minimally invasive glucometer," and published September 18, 2014.

1040.  U.S. Patent Application Publication No. 2014/0276013A1 (Muehlemann et al.), titled "Optical tomography sensor and related apparatus and methods," and published September 18, 2014.

1041.  U.S. Patent Application Publication No. 2014/0276116A1 (Takahashi et al.), titled "Biological information detection apparatus," and published September 18, 2014.

1042.  U.S. Patent No. 8,840,549B2 (Al-Ali et al.), titled "Modular patient monitor," and issued September 23, 2014.

1043.  U.S. Patent Application Publication No. 2014/0288400A1 (Diab et al.), titled "Manual and automatic probe calibration," and published September 25, 2014.

1044.  U.S. Patent No. 8,847,740B2 (Kiani et al.), titled "Alarm suspend system," and issued September 30, 2014.

1045.  U.S. Patent No. 8,849,365B2 (Smith et al.), titled "Multiple wavelength sensor emitters," and issued September 30, 2014.

1046.  U.S. Patent Application Publication No. 2014/0296664A1 (Bruinsma et al.), titled "Emitter driver for noninvasive patient monitor," and published October 2, 2014.

1047.   U.S. Patent No. 8,852,094B2 (Al-Ali et al.), titled "Physiological parameter system," and issued October 7, 2014.

1048.   U.S. Patent No. 8,852,994B2 (Wojtczuk et al.), titled "Method of fabricating bifacial tandem solar cells," and issued October 7, 2014.

1049.   U.S. Patent Application Publication No. 2014/0303520A1 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and published October 9, 2014.

1050.   U.S. Patent No. 8,868,147B2 (Stippick et al.), titled "Method and apparatus for controlling positioning of a noninvasive analyzer sample probe," and issued October 21, 2014.

1051.   U.S. Patent No. 8,868,150B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued October 21, 2014.

1052.   U.S. Patent Application Publication No. 2014/0316217A1 (Purdon et al.), titled "System and method for monitoring anesthesia and sedation using measures of brain coherence and synchrony," and published October 23, 2014.

1053.   U.S. Patent Application Publication No. 2014/0316218A1 (Purdon et al.), titled "Systems and methods for monitoring brain metabolism and activity using electroencephalogram and optical imaging," and published October 23, 2014.

1054.   U.S. Patent Application Publication No. 2014/0316228A1 (Blank et al.), titled "Method and apparatus for coupling a sample probe with a sample site," and published October 23, 2014.

1055.   U.S. Patent No. 8,870,792B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued October 28, 2014.

1056.   U.S. Patent Application Publication No. 2014/0323825A1 (Al-Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and published October 30, 2014.

1057.   U.S. Patent Application Publication No. 2014/0323897A1 (Brown et al.), titled "System and method for estimating high time-frequency resolution eeg spectrograms to monitor patient state," and published October 30, 2014.

1058.   U.S. Patent Application Publication No. 2014/0323898A1 (Purdon et al.), titled "System and Method for Monitoring Level of Dexmedatomidine-Induced Sedation," and published October 30, 2014.

1059.   U.S. Patent Application Publication No. 2014/0330098A1 (Merritt et al.), titled "Reflectance calibration of fluorescence-based glucose measurements," and published November 6, 2014.

1060.   U.S. Patent Application Publication No. 2014/0330099A1 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and published November 6, 2014.

1061.   U.S. Patent No. 8,886,271B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued November 11, 2014.

1062.   U.S. Patent Application Publication No. 2014/0333440A1 (Kiani), titled "Patient safety system with automatically adjusting bed," and published November 13, 2014.

1063.   U.S. Patent Application Publication No. 2014/0336481A1 (Shakespeare et al.), titled "Multispot monitoring for use in optical coherence tomography," and published November 13, 2014.

1064.   U.S. Patent No. 8,888,539B2 (Al-Ali et al.), titled "Shielded connector assembly," and issued November 18, 2014.

1065.   U.S. Patent No. 8,888,701B2 (LeBoeuf et al.), titled "Apparatus and methods for monitoring physiological data during environmental interference," and issued November 18, 2014.

1066.   U.S. Patent No. 8,888,708B2 (Diab et al.), titled "Signal processing apparatus and method," and issued November 18, 2014.

1067.   U.S. Patent No. 8,892,180B2 (Weber et al.), titled "Sine saturation transform," and issued November 18, 2014.

1068.   U.S. Patent Application Publication No. 2014/0343436A1 (Kiani), titled "Disposable active pulse sensor," and published November 20, 2014.

1069.   U.S. Patent No. 8,897,847B2 (Al-Ali), titled "Digit gauge for noninvasive optical sensor," and issued November 25, 2014.

1070.   U.S. Patent Application Publication No. 2014/0357966A1 (Al-Ali et al.), titled "Modular patient monitor," and published December 4, 2014.

1071.   U.S. Patent No. 8,909,310B2 (Lamego et al.), titled "Multi-stream sensor front ends for noninvasive measurement of blood constituents," and issued December 9, 2014.

1072.  U.S. Patent Application Publication No. 2014/0361147A1 (Fei), titled "Systems and Methods for Monitoring Physiological Parameters," and published December 11, 2014.

1073.  U.S. Patent No. 8,911,377B2 (Al-Ali), titled "Patient monitor including multi-parameter graphical display," and issued December 16, 2014.

1074.  U.S. Patent No. 8,912,909B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued December 16, 2014.

1075.  U.S. Patent Application Publication No. 2014/0378844A1 (Fei), titled "Systems and Methods for Optical Sensor Arrangements," and published December 25, 2014.

1076.  U.S. Patent No. 8,920,317B2 (Al-Ali et al.), titled "Multipurpose sensor port," and issued December 30, 2014.

1077.  U.S. Patent No. 8,920,332B2 (Hong et al.), titled "Wearable heart rate monitor," and issued December 30, 2014.

1078.  U.S. Patent No. 8,921,699B2 (Al-Ali et al.), titled "Low noise oximetry cable including conductive cords," and issued December 30, 2014.

1079.  U.S. Patent No. 8,922,382B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued December 30, 2014.

1080.  U.S. Patent Application Publication No. 2015/0005600A1 (Blank et al.), titled "Finger-placement sensor tape," and published January 1, 2015.

1081.  U.S. Patent No. 8,929,964B2 (Al-Ali et al.), titled "Multiple wavelength sensor drivers," and issued January 6, 2015.

1082.  U.S. Patent No. 8,929,967B2 (Mao et al.), titled "Noninvasive sensor housing," and issued January 6, 2015.

1083.  U.S. Patent Application Publication No. 2015/0011907A1 (Purdon et al.), titled "Systems and Methods To Infer Brain State During Burst Suppression," and published January 8, 2015.

1084.  U.S. Patent Application Publication No. 2015/0018650A1 (Al-Ali et al.), titled "Physiological monitor," and published January 15, 2015.

1085.  U.S. Patent No. 8,942,777B2 (Diab et al.), titled "Signal processing apparatus," and issued January 27, 2015.

1086.   U.S. Patent Application Publication No. 2015/0032029A1 (Al-Ali et al.), titled "Calibration for multi-stage physiological monitors," and published January 29, 2015.

1087.   U.S. Patent No. 8,948,834B2 (Diab et al.), titled "Signal processing apparatus," and issued February 3, 2015.

1088.   U.S. Patent No. 8,948,835B2 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued February 3, 2015.

1089.   U.S. Patent No. 8,965,471B2 (Lamego), titled "Tissue profile wellness monitor," and issued February 24, 2015.

1090.   U.S. Patent Application Publication No. 2015/0065889A1 (Gandelman et al.), titled "Bodily worn multiple optical sensors heart rate measuring device and method," and published March 5, 2015.

1091.   U.S. Patent Application Publication No. 2015/0073235A1 (Kateraas et al.), titled "Physical activity monitor and data collection unit," and published March 12, 2015.

1092.   U.S. Patent Application Publication No. 2015/0073241A1 (Lamego), titled "Medical device management system," and published March 12, 2015.

1093.   U.S. Patent No. 8,983,564B2 (Al-Ali), titled "Perfusion index smoother," and issued March 17, 2015.

1094.   U.S. Patent Application Publication No. 2015/0080754A1 (Purdon et al.), titled "Systems and Methods For Improved Brain Monitoring During General Anesthesia And Sedation," and published March 19, 2015.

1095.   U.S. Patent No. 8,989,831B2 (Al-Ali et al.), titled "Disposable components for reusable physiological sensor," and issued March 24, 2015.

1096.   U.S. Patent Application Publication No. 2015/0087936A1 (Al-Ali et al.), titled "Physiological parameter system," and published March 26, 2015.

1097.   U.S. Patent No. 8,996,085B2 (Kiani et al.), titled "Robust alarm system," and issued March 31, 2015.

1098.   U.S. Patent Application Publication No. 2015/0094546A1 (Al-Ali), titled "Patient monitor including multi-parameter graphical display," and published April 2, 2015.

1099.  U.S. Patent No. 8,998,809B2 (Kiani), titled "Systems and methods for calibrating minimally invasive and non-invasive physiological sensor devices," and issued April 7, 2015.

1100.  U.S. Patent Application Publication No. 2015/0099950A1 (Al-Ali et al.), titled "Regional oximetry sensor," and published April 9, 2015.

1101.  U.S. Patent No. 9,005,129B2 (Venkatraman et al.), titled "Wearable heart rate monitor," and issued April 14, 2015.

1102.  U.S. Patent Application Publication No. 2015/0101844A1 (Al-Ali et al.), titled "Low noise oximetry cable including conductive cords," and published April 16, 2015.

1103.  U.S. Patent Application Publication No. 2015/0106121A1 (Muhsin et al.), titled "Alarm notification system," and published April 16, 2015.

1104.  U.S. Patent Application Publication No. 2015/0119725A1 (Martin et al.), titled "System and method for obtaining bodily function measurements using a mobile device," and published April 30, 2015.

1105.  U.S. Patent No. 9,028,429B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued May 12, 2015.

1106.  U.S. Patent No. 9,037,207B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued May 19, 2015.

1107.  U.S. Patent No. 9,060,721B2 (Reichgott et al.), titled "Flowometry in optical coherence tomography for analyte level estimation," and issued June 23, 2015.

1108.  U.S. Patent No. 9,063,160B2 (Stamler et al.), titled "Method for liberating and detecting nitric oxide from nitrosothiols and iron nitrosyls in blood," and issued June 23, 2015.

1109.  U.S. Patent Application Publication No. 2015/0173671A1 (Paalasmaa et al.), titled "Physiological Monitoring Method and System," and published June 25, 2015.

1110.  U.S. Patent No. 9,066,666B2 (Kiani), titled "Patient monitor for monitoring microcirculation," and issued June 30, 2015.

1111.  U.S. Patent No. 9,066,680B1 (Al-Ali et al.), titled "System for determining confidence in respiratory rate measurements," and issued June 30, 2015.

1112. U.S. Patent No. 9,072,437B2 (Paalasmaa), titled "Method, apparatus and computer program product for detecting heart rate," and issued July 7, 2015.

1113. U.S. Patent No. 9,072,474B2 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and issued July 7, 2015.

1114. U.S. Patent No. 9,078,560B2 (Schurman et al.), titled "Method for data reduction and calibration of an OCT-based physiological monitor," and issued July 14, 2015.

1115. U.S. Patent No. 9,081,889B2 (Ingrassia et al.), titled "Supporting the monitoring of a physical activity," and issued July 14, 2015.

1116. U.S. Patent Application Publication No. 2015/0196249A1 (Brown et al.), titled "Reversal of General Anesthesia by Administration of Methylphenidate, Amphetamine, Modafinil, Amantadine, and/or Caffeine," and published July 16, 2015.

1117. U.S. Patent No. 9,084,569B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and issued July 21, 2015.

1118. U.S. Patent No. 9,095,316B2 (Welch et al.), titled "System for generating alarms based on alarm patterns," and issued August 4, 2015.

1119. U.S. Patent Application Publication No. 2015/0216459A1 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and published August 6, 2015.

1120. U.S. Patent No. 9,106,038B2 (Telfort et al.), titled "Pulse oximetry system with low noise cable hub," and issued August 11, 2015.

1121. U.S. Patent No. 9,107,625B2 (Telfort et al.), titled "Pulse oximetry system with electrical decoupling circuitry," and issued August 18, 2015.

1122. U.S. Patent No. 9,107,626B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued August 18, 2015.

1123. U.S. Patent No. 9,113,831B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued August 25, 2015.

1124. U.S. Patent No. 9,113,832B2 (Al-Ali), titled "Wrist-mounted physiological measurement device," and issued August 25, 2015.

1125. U.S. Patent No. 9,119,595B2 (Lamego), titled "Reflection-detector sensor position indicator," and issued September 1, 2015.

1126.   U.S. Patent Application Publication No. 2015/0255001A1 (Haughav et al.), titled "Systems and methods for providing automated workout reminders," and published September 10, 2015.

1127.   U.S. Patent No. 9,131,881B2 (Diab et al.), titled "Hypersaturation index," and issued September 15, 2015.

1128.   U.S. Patent No. 9,131,882B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued September 15, 2015.

1129.   U.S. Patent No. 9,131,883B2 (Al-Ali), titled "Physiological trend monitor," and issued September 15, 2015.

1130.   U.S. Patent No. 9,131,917B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued September 15, 2015.

1131.   U.S. Patent Application Publication No. 2015/0257689A1 (Al-Ali et al.), titled "Physiological monitor calibration system," and published September 17, 2015.

1132.   U.S. Patent No. 9,138,180B1 (Coverston et al.), titled "Sensor adapter cable," and issued September 22, 2015.

1133.   U.S. Patent No. 9,138,182B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued September 22, 2015.

1134.   U.S. Patent No. 9,138,192B2 (Weber et al.), titled "Variable indication estimator," and issued September 22, 2015.

1135.   U.S. Patent No. 9,142,117B2 (Muhsin et al.), titled "Systems and methods for storing, analyzing, retrieving and displaying streaming medical data," and issued September 22, 2015.

1136.   U.S. Patent Application Publication No. 2015/0281424A1 (Vock et al.), titled "Personal items network, and associated methods," and published October 1, 2015.

1137.   U.S. Patent No. 9,153,112B1 (Kiani et al.), titled "Modular patient monitor," and issued October 6, 2015.

1138.   U.S. Patent No. 9,153,121B2 (Kiani et al.), titled "Alarm suspend system," and issued October 6, 2015.

1139.   U.S. Patent No. 9,161,696B2 (Al-Ali et al.), titled "Modular patient monitor," and issued October 20, 2015.

1140.  U.S. Patent No. 9,161,713 B2 (Al-Ali et al.), titled "Multi-mode patient monitor configured to self-configure for a selected or determined mode of operation," and issued October 20, 2015.

1141.  U.S. Patent No. 9,167,995 B2 (Lamego et al.), titled "Physiological parameter confidence measure," and issued October 27, 2015.

1142.  U.S. Patent No. 9,176,141 B2 (Al-Ali et al.), titled "Physiological monitor calibration system," and issued November 3, 2015.

1143.  U.S. Patent Application Publication No. 2015/0318100 A1 (Rothkopf et al.), titled "Actuator assisted alignment of connectible devices," and published November 5, 2015.

1144.  U.S. Patent No. 9,186,102 B2 (Bruinsma et al.), titled "Emitter driver for noninvasive patient monitor," and issued November 17, 2015.

1145.  U.S. Patent No. 9,192,312 B2 (Al-Ali), titled "Patient monitor for determining microcirculation state," and issued November 24, 2015.

1146.  U.S. Patent No. 9,192,329 B2 (Al-Ali), titled "Variable mode pulse indicator," and issued November 24, 2015.

1147.  U.S. Patent No. 9,192,351 B1 (Telfort et al.), titled "Acoustic respiratory monitoring sensor with probe-off detection," and issued November 24, 2015.

1148.  U.S. Patent No. 9,195,385 B2 (Al-Ali et al.), titled "Physiological monitor touchscreen interface," and issued November 24, 2015.

1149.  U.S. Patent No. 9,210,566 B2 (Ziemianska et al.), titled "Method and apparatus for automatically adjusting the operation of notifications based on changes in physical activity level," and issued December 8, 2015.

1150.  U.S. Patent Application Publication No. 2015/0351697 A1 (Weber et al.), titled "Variable indication estimator," and published December 10, 2015.

1151.  U.S. Patent Application Publication No. 2015/0351704 A1 (Kiani et al.), titled "Modular patient monitor," and published December 10, 2015.

1152.  U.S. Patent No. 9,211,072 B2 (Kiani), titled "Disposable active pulse sensor," and issued December 15, 2015.

1153.  U.S. Patent No. 9,211,095 B1 (Al-Ali), titled "Physiological measurement logic engine," and issued December 15, 2015.

1154.  U.S. Patent No. 9,218,454B2 (Kiani et al.), titled "Medical monitoring system," and issued December 22, 2015.

1155.  U.S. Patent Application Publication No. 2015/0366472A1 (Kiani), titled "Patient monitor for monitoring microcirculation," and published December 24, 2015.

1156.  U.S. Patent Application Publication No. 2015/0366507A1 (Blank), titled "Proximity sensor in pulse oximeter," and published December 24, 2015.

1157.  U.S. Patent Application Publication No. 2015/0374298A1 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and published December 31, 2015.

1158.  U.S. Patent Application Publication No. 2015/0380875A1 (Coverston et al.), titled "Sensor adapter cable," and published December 31, 2015.

1159.  U.S. Patent No. 9,226,696B2 (Kiani), titled "Patient safety system with automatically adjusting bed," and issued January 5, 2016.

1160.  U.S. Patent Application Publication No. 2016/0000362A1 (Diab et al.), titled "Hypersaturation index," and published January 7, 2016.

1161.  U.S. Patent Application Publication No. 2016/0007930A1 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and published January 14, 2016.

1162.  U.S. Patent Application Publication No. 2016/0019360A1 (Pahwa et al.), titled "Wellness aggregator," and published January 21, 2016.

1163.  U.S. Patent No. 9,241,662B2 (Al-Ali et al.), titled "Configurable physiological measurement system," and issued January 26, 2016.

1164.  U.S. Patent No. 9,245,668B1 (Vo et al.), titled "Low noise cable providing communication between electronic sensor components and patient monitor," and issued January 26, 2016.

1165.  U.S. Patent Application Publication No. 2016/0022160A1 (Pi et al.), titled "Optical heart rate sensor," and published January 28, 2016.

1166.  U.S. Patent Application Publication No. 2016/0023245A1 (Zadesky et al.), titled "Portable electronic device using a tactile vibrator," and published January 28, 2016.

1167.  U.S. Patent Application Publication No. 2016/0029932A1 (Al-Ali), titled "Physiological measurement communications adapter," and published February 4, 2016.

1168.   U.S. Patent Application Publication No. 2016/0029933A1 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and published February 4, 2016.

1169.   U.S. Patent Application Publication No. 2016/0038045A1 (Shapiro), titled "Motion artifact removal by time domain projection," and published February 11, 2016.

1170.   U.S. Patent Application Publication No. 2016/0041531A1 (Mackie et al.), titled "Biofeedback watches," and published February 11, 2016.

1171.   U.S. Patent No. 9,259,185B2 (Abdul-Hafiz et al.), titled "Ear sensor," and issued February 16, 2016.

1172.   U.S. Patent Application Publication No. 2016/0045118A1 (Kiani), titled "Opticoustic sensor," and published February 18, 2016.

1173.   U.S. Patent No. 9,267,572B2 (Barker et al.), titled "Cable tether system," and issued February 23, 2016.

1174.   U.S. Patent Application Publication No. 2016/0051157A1 (Waydo), titled "Frequency domain projection algorithm," and published February 25, 2016.

1175.   U.S. Patent Application Publication No. 2016/0051158A1 (Silva), titled "Harmonic template classifier," and published February 25, 2016.

1176.   U.S. Patent Application Publication No. 2016/0051205A1 (Al-Ali et al.), titled "System for determining confidence in respiratory rate measurements," and published February 25, 2016.

1177.   U.S. Patent Application Publication No. 2016/0058302A1 (Raghuram et al.), titled "Latent load calibration for calorimetry using sensor fusion," and published March 3, 2016.

1178.   U.S. Patent Application Publication No. 2016/0058309A1 (Han), titled "Reflective surfaces for ppg signal detection," and published March 3, 2016.

1179.   U.S. Patent Application Publication No. 2016/0058310A1 (Iijima), titled "Biological information detection device," and published March 3, 2016.

1180.   U.S. Patent Application Publication No. 2016/0058312A1 (Han et al.), titled "Multiple light paths architecture and obscuration methods for signal and perfusion index optimization," and published March 3, 2016.

1181.   U.S. Patent Application Publication No. 2016/0058338A1 (Schurman et al.), titled "Method for data reduction and calibration of an oct-based physiological monitor," and published March 3, 2016.

1182.   U.S. Patent Application Publication No. 2016/0058356A1 (Raghuram et al.), titled "Method and system to calibrate fitness level and direct calorie burn using motion, location sensing, and heart rate," and published March 3, 2016.

1183.   U.S. Patent Application Publication No. 2016/0058370A1 (Raghuram et al.), titled "Accurate calorimetry for intermittent exercises," and published March 3, 2016.

1184.   U.S. Patent No. 9,277,880B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued March 8, 2016.

1185.   U.S. Patent Application Publication No. 2016/0066823A1 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and published March 10, 2016.

1186.   U.S. Patent Application Publication No. 2016/0066824A1 (Al-Ali et al.), titled "Total hemoglobin screening sensor," and published March 10, 2016.

1187.   U.S. Patent Application Publication No. 2016/0066879A1 (Telfort et al.), titled "Acoustic sensor assembly," and published March 10, 2016.

1188.   U.S. Patent Application Publication No. 2016/0071392A1 (Hankey et al.), titled "Care event detection and alerts," and published March 10, 2016.

1189.   U.S. Patent Application Publication No. 2016/0072429A1 (Kiani et al.), titled "Pool solar power generator," and published March 10, 2016.

1190.   U.S. Patent Application Publication No. 2016/0073967A1 (Lamego et al.), titled "Physiological parameter confidence measure," and published March 17, 2016.

1191.   U.S. Patent No. 9,289,167B2 (Diab et al.), titled "Signal processing apparatus and method," and issued March 22, 2016.

1192.   U.S. Patent No. 9,295,421B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued March 29, 2016.

1193.   U.S. Patent No. 9,307,928B1 (Al-Ali et al.), titled "Plethysmographic respiration processor," and issued April 12, 2016.

1194.  U.S. Patent No. 9,311,382B2 (Varoglu et al.), titled "Method and apparatus for personal characterization data collection using sensors," and issued April 12, 2016.

1195.  U.S. Patent Application Publication No. 2016/0106367A1 (Jorov et al.), titled "Wearable health sensor," and published April 21, 2016.

1196.  U.S. Patent No. 9,323,894B2 (Kiani), titled "Health care sanitation monitoring system," and issued April 26, 2016.

1197.  U.S. Patent Application Publication No. 2016/0113527A1 (Al-Ali), titled "Patient monitor for determining microcirculation state," and published April 28, 2016.

1198.  U.S. Design Patent No. D755,392S (Hwang et al.), titled "Pulse oximetry sensor," and issued May 3, 2016.

1199.  U.S. Patent No. 9,326,712B1 (Kiani), titled "Opticoustic sensor," and issued May 3, 2016.

1200.  U.S. Patent No. 9,333,316B2 (Kiani), titled "Drug administration controller," and issued May 10, 2016.

1201.  U.S. Patent No. 9,339,220B2 (Lamego et al.), titled "Multi-wavelength physiological monitor," and issued May 17, 2016.

1202.  U.S. Patent No. 9,339,236B2 (Frix et al.), titled "Continuous transdermal monitoring system and method," and issued May 17, 2016.

1203.  U.S. Patent No. 9,341,565B2 (Lamego et al.), titled "Multiple-wavelength physiological monitor," and issued May 17, 2016.

1204.  U.S. Patent Application Publication No. 2016/0143548A1 (Al-Ali), titled "Variable mode pulse indicator," and published May 26, 2016.

1205.  U.S. Patent No. 9,351,673B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 31, 2016.

1206.  U.S. Patent No. 9,351,675B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued May 31, 2016.

1207.  U.S. Patent No. 9,357,665B2 (Myers et al.), titled "Handheld device enclosure," and issued May 31, 2016.

1208.   U.S. Patent Application Publication No. 2016/0154950A1 (Nakajima et al.), titled "Systems and methods for identifying unauthorized users of an electronic device," and published June 2, 2016.

1209.   U.S. Patent Application Publication No. 2016/0157780A1 (Rimminen et al.), titled "Sleep measurement computer system," and published June 9, 2016.

1210.   U.S. Patent No. 9,364,181B2 (Kiani et al.), titled "Physiological sensor combination," and issued June 14, 2016.

1211.   U.S. Patent No. 9,368,671B2 (Wojtczuk et al.), titled "Bifacial tandem solar cells," and issued June 14, 2016.

1212.   U.S. Patent Application Publication No. 2016/0166210A1 (Al-Ali), titled "Physiological measurement logic engine," and published June 16, 2016.

1213.   U.S. Patent No. 9,370,325B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued June 21, 2016.

1214.   U.S. Patent No. 9,370,326B2 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and issued June 21, 2016.

1215.   U.S. Patent No. 9,370,335B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued June 21, 2016.

1216.   U.S. Patent No. 9,375,185B2 (Al-Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and issued June 28, 2016.

1217.   U.S. Patent Application Publication No. 2016/0192869A1 (Kiani et al.), titled "Non-invasive physiological sensor cover," and published July 7, 2016.

1218.   U.S. Patent Application Publication No. 2016/0196388A1 (Lamego), titled "Medical device management system," and published July 7, 2016.

1219.   U.S. Patent Application Publication No. 2016/0197436A1 (Barker et al.), titled "Cable tether system," and published July 7, 2016.

1220.   U.S. Patent No. 9,386,953B2 (Al-Ali), titled "Method of sterilizing a reusable portion of a noninvasive optical probe," and issued July 12, 2016.

1221.   U.S. Patent No. 9,386,961B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued July 12, 2016.

1222.  U.S. Patent No. 9,392,945B2 (Al-Ali et al.), titled "Automated CCHD screening and detection," and issued July 19, 2016.

1223.  U.S. Patent No. 9,397,448B2 (Al-Ali et al.), titled "Shielded connector assembly," and issued July 19, 2016.

1224.  U.S. Patent Application Publication No. 2016/0213281A1 (Eckerbom et al.), titled "Nasal/oral cannula system and manufacturing," and published July 28, 2016.

1225.  U.S. Patent Application Publication No. 2016/0213309A1 (Sannholm et al.), titled "System for determining the quality of sleep," and published July 28, 2016.

1226.  U.S. Patent No. 9,408,542B1 (Kinast et al.), titled "Non-invasive blood pressure measurement system," and issued August 9, 2016.

1227.  U.S. Patent No. 9,436,645B2 (Al-Ali et al.), titled "Medical monitoring hub," and issued September 6, 2016.

1228.  U.S. Patent Application Publication No. 2016/0256058A1 (Pham et al.), titled "Statistical heart rate monitoring for estimating calorie expenditure," and published September 8, 2016.

1229.  U.S. Patent Application Publication No. 2016/0256082A1 (Ely et al.), titled "Sensors and applications," and published September 8, 2016.

1230.  U.S. Patent Application Publication No. 2016/0267238A1 (Nag), titled "Systems and Methods for Facilitating Health Research," and published September 15, 2016.

1231.  U.S. Patent No. 9,445,759B1 (Lamego et al.), titled "Blood glucose calibration system," and issued September 20, 2016.

1232.  U.S. Patent Application Publication No. 2016/0270735A1 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and published September 22, 2016.

1233.  U.S. Patent Application Publication No. 2016/0283665A1 (Sampath et al.), titled "Medical communication protocol translator," and published September 29, 2016.

1234.  U.S. Patent Application Publication No. 2016/0287107A1 (Szabados et al.), titled "Intelligent photoplethysmograph signal-to-noise ratio control for recovery of biosignals during times of motion," and published October 6, 2016.

1235. U.S. Patent Application Publication No. 2016/0287181A1 (Han et al.), titled "Wearable multi-modal physiological sensing system," and published October 6, 2016.

1236. U.S. Patent Application Publication No. 2016/0287786A1 (Kiani), titled "Drug administration controller," and published October 6, 2016.

1237. U.S. Patent No. 9,466,919B2 (Kiani et al.), titled "Magnetic connector," and issued October 11, 2016.

1238. U.S. Patent Application Publication No. 2016/0296173A1 (Culbert), titled "Motion artifact cancelation," and published October 13, 2016.

1239. U.S. Patent Application Publication No. 2016/0296174A1 (Isikman et al.), titled "Method of reducing motion artifacts on wearable optical sensor devices," and published October 13, 2016.

1240. U.S. Patent No. 9,474,474B2 (Lamego et al.), titled "Patient monitor as a minimally invasive glucometer," and issued October 25, 2016.

1241. U.S. Patent Application Publication No. 2016/0310027A1 (Han), titled "Dynamically reconfigurable apertures for optimization of ppg signal and ambient light mitigation," and published October 27, 2016.

1242. U.S. Patent Application Publication No. 2016/0314260A1 (Kiani), titled "Health care sanitation monitoring system," and published October 27, 2016.

1243. U.S. Patent No. 9,480,422B2 (Al-Ali), titled "Cyanotic infant sensor," and issued November 1, 2016.

1244. U.S. Patent No. 9,480,435B2 (Olsen), titled "Configurable patient monitoring system," and issued November 1, 2016.

1245. U.S. Patent No. 9,489,081B2 (Anzures et al.), titled "Electronic touch communication," and issued November 8, 2016.

1246. U.S. Patent Application Publication No. 2016/0327984A1 (Al-Ali et al.), titled "Medical monitoring hub," and published November 10, 2016.

1247. U.S. Patent No. 9,492,110B2 (Al-Ali et al.), titled "Physiological monitor," and issued November 15, 2016.

1248. U.S. Patent No. 9,497,534B2 (Prest et al.), titled "Sports monitoring system for headphones, earbuds and/or headsets," and issued November 15, 2016.

1249. U.S. Patent No. 9,510,779B2 (Poeze et al.), titled "Analyte monitoring using one or more accelerometers," and issued December 6, 2016.

1250. U.S. Patent No. 9,517,024B2 (Kiani et al.), titled "Optical-based physiological monitoring system," and issued December 13, 2016.

1251. U.S. Patent Application Publication No. 2016/0367173A1 (Dalvi et al.), titled "Non-invasive optical physiological differential pathlength sensor," and published December 22, 2016.

1252. U.S. Patent No. 9,526,430B2 (Srinivas et al.), titled "Method and system to estimate day-long calorie expenditure based on posture," and issued December 27, 2016.

1253. U.S. Patent Application Publication No. 2016/0378069A1 (Rothkopf), titled "Wearable electronic device," and published December 29, 2016.

1254. U.S. Patent Application Publication No. 2016/0378071A1 (Rothkopf), titled "Wearable electronic device," and published December 29, 2016.

1255. U.S. Patent No. 9,532,722B2 (Lamego et al.), titled "Patient monitoring system," and issued January 3, 2017.

1256. U.S. Patent No. 9,538,949B2 (Al-Ali et al.), titled "Depth of consciousness monitor including oximeter," and issued January 10, 2017.

1257. U.S. Patent No. 9,538,980B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued January 10, 2017.

1258. U.S. Patent Application Publication No. 2017/0007183A1 (Dusan et al.), titled "Wearing Dependent Operation of Wearable Device," and published January 12, 2017.

1259. U.S. Patent Application Publication No. 2017/0010858A1 (Prest et al.), titled "Sports Monitoring System for Headphones, Earbuds and/or Headsets," and published January 12, 2017.

1260. U.S. Patent Application Publication No. 2017/0014083A1 (Diab et al.), titled "Signal processing apparatus and method," and published January 19, 2017.

1261. U.S. Patent No. 9,549,696B2 (Lamego et al.), titled "Physiological parameter confidence measure," and issued January 24, 2017.

1262. U.S. Patent No. 9,553,625B2 (Hatanaka et al.), titled "Modular functional band links for wearable devices," and issued January 24, 2017.

1263. U.S. Patent Application Publication No. 2017/0024748A1 (Haider), titled "Guided discussion platform for multiple parties," and published January 26, 2017.

1264. U.S. Patent No. 9,554,737B2 (Schurman et al.), titled "Noninvasively measuring analyte levels in a subject," and issued January 31, 2017.

1265. U.S. Patent No. 9,560,996B2 (Kiani), titled "Universal medical system," and issued February 7, 2017.

1266. U.S. Patent No. 9,560,998B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued February 7, 2017.

1267. U.S. Patent No. 9,566,019B2 (Al-Ali et al.), titled "Respiratory monitoring," and issued February 14, 2017.

1268. U.S. Patent Application Publication No. 2017/0042488A1 (Muhsin), titled "Medical monitoring analysis and replay including indicia responsive to light attenuated by body tissue," and published February 16, 2017.

1269. U.S. Patent No. 9,579,039B2 (Jansen et al.), titled "Non-invasive intravascular volume index monitor," and issued February 28, 2017.

1270. U.S. Patent Application Publication No. 2017/0055896A1 (Al-Ali et al.), titled "Systems and methods to monitor repositioning of a patient," and published March 2, 2017.

1271. U.S. Patent No. 9,591,975B2 (Dalvi et al.), titled "Contoured protrusion for improving spectroscopic measurement of blood constituents," and issued March 14, 2017.

1272. U.S. Patent No. 9,593,969B2 (King), titled "Concealed electrical connectors," and issued March 14, 2017.

1273. U.S. Patent Application Publication No. 2017/0074897A1 (Mermel et al.), titled "Calculating an estimate of wind resistance experienced by a cyclist," and published March 16, 2017.

1274. U.S. Patent Application Publication No. 2017/0084133A1 (Cardinali et al.), titled "Indicators for wearable electronic devices," and published March 23, 2017.

1275. U.S. Patent Application Publication No. 2017/0086689A1 (Shui et al.), titled "Electronic device including ambient light compensation circuit for heart rate generation and related methods," and published March 30, 2017.

1276. U.S. Patent Application Publication No. 2017/0086742A1 (Harrison-Noonan et al.), titled "Band tightness sensing," and published March 30, 2017.

1277. U.S. Patent Application Publication No. 2017/0086743A1 (Bushnell et al.), titled "Sensing Contact Force Related to User Wearing an Electronic Device," and published March 30, 2017.

1278. U.S. Patent Application Publication No. 2017/0094450A1 (Tu et al.), titled "Crowdsourcing activity detection for group activities," and published March 30, 2017.

1279. U.S. Patent No. 9,622,692B2 (Lamego et al.), titled "Personal health device," and issued April 18, 2017.

1280. U.S. Patent No. 9,622,693B2 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued April 18, 2017.

1281. U.S. Patent No. 9,636,055B2 (Al-Ali et al.), titled "Pulse and confidence indicator displayed proximate plethysmograph," and issued May 2, 2017.

1282. U.S. Patent No. 9,636,056B2 (Al-Ali), titled "Physiological trend monitor," and issued May 2, 2017.

1283. U.S. Patent No. 9,649,054B2 (Lamego et al.), titled "Blood pressure measurement method," and issued May 16, 2017.

1284. U.S. Patent No. 9,651,405B1 (Gowreesunker et al.), titled "Dynamic adjustment of a sampling rate for an optical encoder," and issued May 16, 2017.

1285. U.S. Patent Application Publication No. 2017/0143281A1 (Olsen), titled "Configurable patient monitoring system," and published May 25, 2017.

1286. U.S. Patent Application Publication No. 2017/0147774A1 (Kiani), titled "Universal medical system," and published May 25, 2017.

1287. U.S. Design Patent No. D788,312S (Al-Ali et al.), titled "Wireless patient monitoring device," and issued May 30, 2017.

1288. U.S. Patent No. 9,662,052B2 (Al-Ali et al.), titled "Reprocessing of a physiological sensor," and issued May 30, 2017.

1289. U.S. Patent No. 9,668,676B2 (Culbert), titled "User identification system based on plethysmography," and issued June 6, 2017.

1290.  U.S. Patent No. 9,668,679B2 (Schurman et al.), titled "Method for data reduction and calibration of an OCT-based physiological monitor," and issued June 6, 2017.

1291.  U.S. Patent No. 9,668,680B2 (Bruinsma et al.), titled "Emitter driver for noninvasive patient monitor," and issued June 6, 2017.

1292.  U.S. Patent No. 9,668,703B2 (Al-Ali), titled "Bidirectional physiological information display," and issued June 6, 2017.

1293.  U.S. Patent No. 9,675,286B2 (Diab), titled "Plethysmograph pulse recognition processor," and issued June 13, 2017.

1294.  U.S. Patent Application Publication No. 2017/0164884A1 (Culbert et al.), titled "Measuring respiration rate with multi-band plethysmography," and published June 15, 2017.

1295.  U.S. Patent No. 9,681,812B2 (Presura), titled "Optical device for measuring a heart rate of a user," and issued June 20, 2017.

1296.  U.S. Patent No. 9,684,900B2 (Motoki et al.), titled "Authentication on mobile device using two-dimensional code," and issued June 20, 2017.

1297.  U.S. Patent Application Publication No. 2017/0172435A1 (Presura), titled "Physiological property determination apparatus," and published June 22, 2017.

1298.  U.S. Patent Application Publication No. 2017/0172476A1 (Schilthuizen), titled "Body worn measurement device," and published June 22, 2017.

1299.  U.S. Patent Application Publication No. 2017/0173632A1 (Al-Ali), titled "Varnish-coated release liner," and published June 22, 2017.

1300.  U.S. Patent No. 9,687,160B2 (Kiani), titled "Congenital heart disease monitor," and issued June 27, 2017.

1301.  U.S. Patent No. 9,693,719B2 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and issued July 4, 2017.

1302.  U.S. Patent No. 9,693,737B2 (Al-Ali), titled "Physiological measurement logic engine," and issued July 4, 2017.

1303.  U.S. Patent No. 9,697,928B2 (Al-Ali et al.), titled "Automated assembly sensor cable," and issued July 4, 2017.

1304.   U.S. Patent No. 9,699,546B2 (Qian et al.), titled "Earbuds with biometric sensing," and issued July 4, 2017.

1305.   U.S. Patent No. 9,700,249B2 (Johnson et al.), titled "Non-invasive optical sensor," and issued July 11, 2017.

1306.   U.S. Patent Application Publication No. 2017/0196464A1 (Jansen et al.), titled "Non-invasive intravascular volume index monitor," and published July 13, 2017.

1307.   U.S. Patent Application Publication No. 2017/0196470A1 (Lamego et al.), titled "Patient monitoring system," and published July 13, 2017.

1308.   U.S. Patent Application Publication No. 2017/0202505A1 (Kirenko et al.), titled "Unobtrusive skin tissue hydration determining device and related method," and published July 20, 2017.

1309.   U.S. Patent No. 9,716,937B2 (Qian et al.), titled "Earbuds with biometric sensing," and issued July 25, 2017.

1310.   U.S. Patent Application Publication No. 2017/0209095A1 (Wagner et al.), titled "Optical Physiological Sensor Modules with Reduced Signal Noise," and published July 27, 2017.

1311.   U.S. Patent No. 9,717,425B2 (Kiani et al.), titled "Noise shielding for a noninvaise device," and issued August 1, 2017.

1312.   U.S. Patent No. 9,717,448B2 (Frix et al.), titled "Continuous transdermal monitoring system and method," and issued August 1, 2017.

1313.   U.S. Patent No. 9,717,458B2 (Lamego et al.), titled "Magnetic-flap optical sensor," and issued August 1, 2017.

1314.   U.S. Patent No. 9,723,997B1 (Lamego), titled "Electronic device that computes health data," and issued August 8, 2017.

1315.   U.S. Patent No. 9,724,016B1 (Al-Ali et al.), titled "Respiration processor," and issued August 8, 2017.

1316.   U.S. Patent No. 9,724,024B2 (Al-Ali), titled "Adaptive alarm system," and issued August 8, 2017.

1317.   U.S. Patent No. 9,724,025B1 (Kiani et al.), titled "Active-pulse blood analysis system," and issued August 8, 2017.

1318.   U.S. Patent Application Publication No. 2017/0228516A1 (Sampath et al.), titled "Intelligent medical escalation process," and published August 10, 2017.

1319.   U.S. Patent No. 9,730,640B2 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued August 15, 2017.

1320.   U.S. Patent No. 9,743,887B2 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and issued August 29, 2017.

1321.   U.S. Patent No. 9,749,232B2 (Sampath et al.), titled "Intelligent medical network edge router," and issued August 29, 2017.

1322.   U.S. Patent Application Publication No. 2017/0245790A1 (Al-Ali et al.), titled "Reprocessing of a physiological sensor," and published August 31, 2017.

1323.   U.S. Patent Application Publication No. 2017/0248446A1 (Gowreesunker et al.), titled "Dynamic Adjustment of a Sampling Rate for an Optical Encoder," and published August 31, 2017.

1324.   U.S. Patent No. 9,750,442B2 (Olsen), titled "Physiological status monitor," and issued September 5, 2017.

1325.   U.S. Patent No. 9,750,443B2 (Smith et al.), titled "Multiple wavelength sensor emitters," and issued September 5, 2017.

1326.   U.S. Patent No. 9,750,461B1 (Telfort), titled "Acoustic respiratory monitoring sensor with probe-off detection," and issued September 5, 2017.

1327.   U.S. Patent No. 9,752,925B2 (Chu et al.), titled "Optical sensor," and issued September 5, 2017.

1328.   U.S. Patent Application Publication No. 2017/0251974A1 (Shreim et al.), titled "Nose sensor," and published September 7, 2017.

1329.   U.S. Patent Application Publication No. 2017/0273619A1 (Alvarado et al.), titled "Techniques for jointly calibrating load and aerobic capacity," and published September 28, 2017.

1330.   U.S. Patent No. 9,775,545B2 (Al-Ali et al.), titled "Magnetic electrical connector for patient monitors," and issued October 3, 2017.

1331.   U.S. Patent No. 9,775,546B2 (Diab et al.), titled "Hypersaturation index," and issued October 3, 2017.

1332.   U.S. Patent No. 9,775,570B2 (Al-Ali), titled "Adaptive alarm system," and issued October 3, 2017.

1333.   U.S. Patent No. 9,778,079B1 (Al-Ali et al.), titled "Physiological monitor gauge panel," and issued October 3, 2017.

1334.   U.S. Patent Application Publication No. 2017/0281024A1 (Narasimhan et al.), titled "Wrist worn accelerometer for pulse transit time (ptt) measurements of blood pressure," and published October 5, 2017.

1335.   U.S. Patent No. 9,781,984B2 (Baranski et al.), titled "Dynamic fit adjustment for wearable electronic devices," and issued October 10, 2017.

1336.   U.S. Patent No. 9,782,077B2 (Lamego et al.), titled "Modulated physiological sensor," and issued October 10, 2017.

1337.   U.S. Patent No. 9,782,110B2 (Kiani), titled "Opticoustic sensor," and issued October 10, 2017.

1338.   U.S. Patent No. 9,787,568B2 (Lamego et al.), titled "Physiological test credit method," and issued October 10, 2017.

1339.   U.S. Patent Application Publication No. 2017/0293727A1 (Klaassen et al.), titled "Intelligent blood pressure monitoring," and published October 12, 2017.

1340.   U.S. Patent No. 9,788,735B2 (Al-Ali), titled "Body worn mobile medical patient monitor," and issued October 17, 2017.

1341.   U.S. Patent No. 9,788,768B2 (Al-Ali et al.), titled "Physiological parameter tracking system," and issued October 17, 2017.

1342.   U.S. Patent No. 9,795,300B2 (Al-Ali), titled "Wearable portable patient monitor," and issued October 24, 2017.

1343.   U.S. Patent No. 9,795,310B2 (Al-Ali et al.), titled "Patient monitor for determining microcirculation state," and issued October 24, 2017.

1344.   U.S. Patent No. 9,795,358B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued October 24, 2017.

1345.   U.S. Patent No. 9,795,739B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued October 24, 2017.

1346.   U.S. Patent No. 9,801,556B2 (Kiani), titled "Patient monitor for monitoring microcirculation," and issued October 31, 2017.

1347.  U.S. Patent No. 9,801,588B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and issued October 31, 2017.

1348.  U.S. Patent Application Publication No. 2017/0311891A1 (Kiani et al.), titled "Optical sensor tape," and published November 2, 2017.

1349.  U.S. Patent No. 9,808,188B1 (Perea et al.), titled "Robust fractional saturation determination," and issued November 7, 2017.

1350.  U.S. Patent No. 9,814,418B2 (Weber et al.), titled "Sine saturation transform," and issued November 14, 2017.

1351.  U.S. Patent Application Publication No. 2017/0325698A1 (Allec et al.), titled "Systems and methods for non-pulsatile blood volume measurements," and published November 16, 2017.

1352.  U.S. Patent Application Publication No. 2017/0325744A1 (Allec et al.), titled "Systems and methods for increasing localized pressure to improve ppg motion performance," and published November 16, 2017.

1353.  U.S. Patent No. 9,820,691B2 (Kiani), titled "Fluid titration system," and issued November 21, 2017.

1354.  U.S. Patent Application Publication No. 2017/0340209A1 (Klaassen et al.), titled "Blood pressure monitoring using a multi-function wrist-worn device," and published November 30, 2017.

1355.  U.S. Patent Application Publication No. 2017/0340219A1 (Sullivan et al.), titled "Electrical coupling of pulse transit time (ptt) measurement system to heart for blood pressure measurment," and published November 30, 2017.

1356.  U.S. Patent Application Publication No. 2017/0340293A1 (Al-Ali et al.), titled "Automated condition screening and detection," and published November 30, 2017.

1357.  U.S. Patent No. 9,833,152B2 (Kiani et al.), titled "Optical-based physiological monitoring system," and issued December 5, 2017.

1358.  U.S. Patent No. 9,833,180B2 (Shakespeare et al.), titled "Multispot monitoring for use in optical coherence tomography," and issued December 5, 2017.

1359.  U.S. Patent No. 9,838,775B2 (Qian et al.), titled "Earbuds with biometric sensing," and issued December 5, 2017.

1360.  U.S. Patent Application Publication No. 2017/0347885A1 (Tan et al.), titled "Detecting activity by a wheelchair user," and published December 7, 2017.

1361.  U.S. Patent No. 9,839,379B2 (Al-Ali et al.), titled "Regional oximetry pod," and issued December 12, 2017.

1362.  U.S. Patent No. 9,839,381B1 (Weber et al.), titled "Physiological measurement system with automatic wavelength adjustment," and issued December 12, 2017.

1363.  U.S. Patent Application Publication No. 2017/0354332A1 (Lamego et al.), titled "Electronic device that computes health data," and published December 14, 2017.

1364.  U.S. Patent Application Publication No. 2017/0354795A1 (Blahnik et al.), titled "Breathing sequence user interface," and published December 14, 2017.

1365.  U.S. Patent Application Publication No. 2017/0358239A1 (Arney et al.), titled "Breathing Synchronization and Monitoring," and published December 14, 2017.

1366.  U.S. Patent Application Publication No. 2017/0358240A1 (Blahnik et al.), titled "Fluctuating progress indicator," and published December 14, 2017.

1367.  U.S. Patent Application Publication No. 2017/0358242A1 (Thompson et al.), titled "Managing presentation of fitness achievements," and published December 14, 2017.

1368.  U.S. Patent No. 9,847,002B2 (Kiani et al.), titled "Modular patient monitor," and issued December 19, 2017.

1369.  U.S. Patent No. 9,847,749B2 (Kiani et al.), titled "Pool solar power generator," and issued December 19, 2017.

1370.  U.S. Patent Application Publication No. 2017/0360306A1 (Narasimhan et al.), titled "Systems, devices, and methods for measuring blood pressure of a user," and published December 21, 2017.

1371.  U.S. Patent Application Publication No. 2017/0366657A1 (Thompson et al.), titled "Tracking activity data between wearable devices paired with a companion device," and published December 21, 2017.

1372.  U.S. Patent No. 9,848,800B1 (Lee et al.), titled "Respiratory pause detector," and issued December 26, 2017.

1373.  U.S. Patent No. 9,848,806B2 (Al-Ali), titled "Low power pulse oximeter," and issued December 26, 2017.

1374.  U.S. Patent No. 9,848,807B2 (Lamego), titled "Tissue profile wellness monitor," and issued December 26, 2017.

1375.  U.S. Patent No. 9,848,823B2 (Raghuram et al.), titled "Context-aware heart rate estimation," and issued December 26, 2017.

1376.  U.S. Patent No. 9,861,298B2 (Eckerbom et al.), titled "Gas sampling line," and issued January 9, 2018.

1377.  U.S. Patent No. 9,861,304B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued January 9, 2018.

1378.  U.S. Patent No. 9,861,305B1 (Weber et al.), titled "Method and apparatus for calibration to reduce coupling between signals in a measurement system," and issued January 9, 2018.

1379.  U.S. Patent No. 9,866,671B1 (Thompson et al.), titled "Tracking activity data between wearable devices paired with a companion device," and issued January 9, 2018.

1380.  U.S. Patent Application Publication No. 2018/0008146A1 (Al-Ali et al.), titled "Wearable pulse oximeter and respiration monitor," and published January 11, 2018.

1381.  U.S. Patent No. 9,867,575B2 (Maani et al.), titled "Heart rate path optimizer," and issued January 16, 2018.

1382.  U.S. Patent No. 9,867,578B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued January 16, 2018.

1383.  U.S. Patent Application Publication No. 2018/0014781A1 (Clavelle et al.), titled "Sensor window with integrated isolation feature," and published January 18, 2018.

1384.  U.S. Patent No. 9,872,623B2 (Al-Ali), titled "Arm mountable portable patient monitor," and issued January 23, 2018.

1385.  U.S. Patent No. 9,876,320B2 (Coverston et al.), titled "Sensor adapter cable," and issued January 23, 2018.

1386.  U.S. Patent Application Publication No. 2018/0025287A1 (Mathew et al.), titled "Using proxies to enable on-device machine learning," and published January 25, 2018.

1387.   U.S. Patent No. 9,877,650B2 (Muhsin et al.), titled "Physiological monitor with mobile computing device connectivity," and issued January 30, 2018.

1388.   U.S. Patent No. 9,877,686B2 (Al-Ali et al.), titled "System for determining confidence in respiratory rate measurements," and issued January 30, 2018.

1389.   U.S. Patent No. 9,891,079B2 (Dalvi), titled "Pulser with double-bearing position encoder for non-invasive physiological monitoring," and issued February 13, 2018.

1390.   U.S. Patent No. 9,891,590B2 (Shim et al.), titled "Reverse battery protection device and operating method thereof," and issued February 13, 2018.

1391.   U.S. Patent Application Publication No. 2018/0042556A1 (Shahparnia et al.), titled "Vital signs monitoring system," and published February 15, 2018.

1392.   U.S. Patent No. 9,895,107B2 (Al-Ali et al.), titled "Disposable components for reusable physiological sensor," and issued February 20, 2018.

1393.   U.S. Patent No. 9,898,049B2 (Myers et al.), titled "Handheld device enclosure having outer periphery members and a front cover assembly," and issued February 20, 2018.

1394.   U.S. Patent Application Publication No. 2018/0049694A1 (Singh Alvarado et al.), titled "Systems and methods for determining individualized energy expenditure," and published February 22, 2018.

1395.   U.S. Patent Application Publication No. 2018/0050235A1 (Tan et al.), titled "Pose and heart rate energy expenditure for yoga," and published February 22, 2018.

1396.   U.S. Patent Application Publication No. 2018/0055375A1 (Martinez et al.), titled "Systems and methods for determining an intensity level of an exercise using photoplethysmogram (ppg)," and published March 1, 2018.

1397.   U.S. Patent Application Publication No. 2018/0055390A1 (Kiani et al.), titled "Noise shielding for a noninvasive device," and published March 1, 2018.

1398.   U.S. Patent Application Publication No. 2018/0055439A1 (Pham et al.), titled "Detecting unmeasurable loads using heart rate and work rate," and published March 1, 2018.

1399.  U.S. Patent Application Publication No. 2018/0056129A1 (Narasimha Rao et al.), titled "Systems and methods of swimming calorimetry," and published March 1, 2018.

1400.  U.S. Patent Application Publication No. 2018/0064381A1 (Shakespeare et al.), titled "Multispot monitoring for use in optical coherence tomography," and published March 8, 2018.

1401.  U.S. Patent No. 9,913,617B2 (Al-Ali et al.), titled "Medical monitoring hub," and issued March 13, 2018.

1402.  U.S. Patent Application Publication No. 2018/0070867A1 (Smith et al.), titled "Multiple wavelength sensor emitters," and published March 15, 2018.

1403.  U.S. Patent No. 9,918,646B2 (Singh Alvarado et al.), titled "Sensor fusion approach to energy expenditure estimation," and issued March 20, 2018.

1404.  U.S. Patent Application Publication No. 2018/0078151A1 (Allec et al.), titled "Systems and methods for determining physiological signals using ambient light," and published March 22, 2018.

1405.  U.S. Patent Application Publication No. 2018/0078182A1 (Chen et al.), titled "Workout monitor interface," and published March 22, 2018.

1406.  U.S. Patent Application Publication No. 2018/0082767A1 (Al-Ali et al.), titled "Automated assembly sensor cable," and published March 22, 2018.

1407.  U.S. Patent No. 9,924,893B2 (Schurman et al.), titled "Apparatus and method for creating a stable optical interface," and issued March 27, 2018.

1408.  U.S. Patent No. 9,924,897B1 (Abdul-Hafiz et al.), titled "Heated reprocessing of physiological sensors," and issued March 27, 2018.

1409.  U.S. Patent Application Publication No. 2018/0085068A1 (Telfort), titled "Acoustic respiratory monitoring sensor with probe-off detection," and published March 29, 2018.

1410.  U.S. Patent Application Publication No. 2018/0087937A1 (Al-Ali et al.), titled "Physiological monitor gauge panel," and published March 29, 2018.

1411.  U.S. Patent No. 9,936,917B2 (Poeze et al.), titled "Patient monitor placement indicator," and issued April 10, 2018.

1412.  U.S. Patent No. 9,943,269B2 (Muhsin et al.), titled "System for displaying medical monitoring data," and issued April 17, 2018.

1413.   U.S. Patent Application Publication No. 2018/0103874A1 (Lee et al.), titled "Systems and methods for patient fall detection," and published April 19, 2018.

1414.   U.S. Patent Application Publication No. 2018/0103905A1 (Kiani), titled "Fluid titration system," and published April 19, 2018.

1415.   U.S. Patent No. 9,949,676B2 (Al-Ali), titled "Patient monitor capable of monitoring the quality of attached probes and accessories," and issued April 24, 2018.

1416.   U.S. Patent No. 9,952,095B1 (Hotelling et al.), titled "Methods and systems for modulation and demodulation of optical signals," and issued April 24, 2018.

1417.   U.S. Patent Application Publication No. 2018/0110469A1 (Maani et al.), titled "Heart rate path optimizer," and published April 26, 2018.

1418.   U.S. Patent No. 9,955,937B2 (Telfort), titled "Acoustic patient sensor coupler," and issued May 1, 2018.

1419.   U.S. Patent No. 9,965,946B2 (Al-Ali et al.), titled "Systems and methods for monitoring a patient health network," and issued May 8, 2018.

1420.   U.S. Patent Application Publication No. 2018/0125368A1 (Lamego et al.), titled "Modulated physiological sensor," and published May 10, 2018.

1421.   U.S. Patent Application Publication No. 2018/0125430A1 (Al-Ali et al.), titled "Physiological parameter system," and published May 10, 2018.

1422.   U.S. Patent Application Publication No. 2018/0132769A1 (Weber et al.), titled "Physiological measurement system with automatic wavelength adjustment," and published May 17, 2018.

1423.   U.S. Patent No. 9,980,667B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued May 29, 2018.

1424.   U.S. Patent Application Publication No. 2018/0146901A1 (Al-Ali et al.), titled "Regional oximetry pod," and published May 31, 2018.

1425.   U.S. Patent Application Publication No. 2018/0146902A1 (Kiani et al.), titled "Active-pulse blood analysis system," and published May 31, 2018.

1426.   U.S. Patent No. 9,986,919B2 (Lamego et al.), titled "Patient monitoring system," and issued June 5, 2018.

1427.   U.S. Patent No. 9,986,952B2 (Dalvi et al.), titled "Heart sound simulator," and issued June 5, 2018.

1428.   U.S. Patent No. 9,989,560B2 (Poeze et al.), titled "Interference detector for patient monitor," and issued June 5, 2018.

1429.   U.S. Patent Application Publication No. 2018/0153418A1 (Sullivan et al.), titled "Cuff designs and methods," and published June 7, 2018.

1430.   U.S. Patent Application Publication No. 2018/0153442A1 (Eckerbom et al.), titled "Gas Sampling Line for Respiratory Gases," and published June 7, 2018.

1431.   U.S. Patent Application Publication No. 2018/0153446A1 (Kiani), titled "Opticoustic sensor," and published June 7, 2018.

1432.   U.S. Patent Application Publication No. 2018/0153448A1 (Weber et al.), titled "Method and apparatus for calibration to reduce coupling between signals in a measurement system," and published June 7, 2018.

1433.   U.S. Patent No. 9,993,207B2 (Al-Ali et al.), titled "Medical monitoring hub," and issued June 12, 2018.

1434.   U.S. Patent Application Publication No. 2018/0164853A1 (Myers et al.), titled "Handheld device enclosure," and published June 14, 2018.

1435.   U.S. Design Patent No. D820,865S (Muhsin et al.), titled "Display screen or portion thereof for graphical user interface for physiological monitoring," and issued June 19, 2018.

1436.   U.S. Patent Application Publication No. 2018/0168491A1 (Al-Ali et al.), titled "Regional oximetry sensor," and published June 21, 2018.

1437.   U.S. Patent No. 10,007,758B2 (Al-Ali et al.), titled "Medical monitoring system," and issued June 26, 2018.

1438.   U.S. Design Patent No. D822,215S (Al-Ali et al.), titled "Medical monitoring device," and issued July 3, 2018.

1439.   U.S. Design Patent No. D822,216S (Barker et al.), titled "Medical monitoring device," and issued July 3, 2018.

1440.   U.S. Patent No. 10,010,276B2 (Al-Ali et al.), titled "Regional oximetry user interface," and issued July 3, 2018.

1441.   U.S. Patent Application Publication No. 2018/0184917A1 (Kiani), titled "Patient monitor for monitoring microcirculation," and published July 5, 2018.

1442.   U.S. Patent Application Publication No. 2018/0192924A1 (Al-Ali), titled "Low power pulse oximeter," and published July 12, 2018.

1443.   U.S. Patent Application Publication No. 2018/0192953A1 (Shreim et al.), titled "Nose sensor," and published July 12, 2018.

1444.   U.S. Patent Application Publication No. 2018/0196514A1 (Allec et al.), titled "Motion and gesture input from a wearable device," and published July 12, 2018.

1445.   U.S. Patent No. 10,024,655B2 (Raguin et al.), titled "Ambient light rejection for non-imaging contact sensors," and issued July 17, 2018.

1446.   U.S. Patent Application Publication No. 2018/0199871A1 (Pauley et al.), titled "Methods and devices for detecting intensity of light with translucent detector," and published July 19, 2018.

1447.   U.S. Patent No. 10,032,002B2 (Kiani et al.), titled "Medical monitoring system," and issued July 24, 2018.

1448.   U.S. Patent Application Publication No. 2018/0206795A1 (Al-Ali), titled "Optical patient monitor," and published July 26, 2018.

1449.   U.S. Patent Application Publication No. 2018/0206815A1 (Telfort), titled "Acoustic patient sensor coupler," and published July 26, 2018.

1450.   U.S. Patent Application Publication No. 2018/0213583A1 (Al-Ali), titled "Patient-worn wireless physiological sensor wtih pairing functionality," and published July 26, 2018.

1451.   U.S. Patent No. 10,039,080B2 (Miller et al.), titled "Situationally-aware alerts," and issued July 31, 2018.

1452.   U.S. Patent Application Publication No. 2018/0214090A1 (Al-Ali et al.), titled "System and method for monitoring respiratory rate measurements," and published August 2, 2018.

1453.   U.S. Patent Application Publication No. 2018/0216370A1 (Ishiguro et al.), titled "Vehicle door latch device," and published August 2, 2018.

1454.   U.S. Patent Application Publication No. 2018/0218792A1 (Muhsin et al.), titled "Alarm notification system," and published August 2, 2018.

1455. U.S. Patent No. 10,039,482B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued August 7, 2018.

1456. U.S. Patent No. 10,039,491B2 (Thompson et al.), titled "Methods for reducing noise in optical biological sensors," and issued August 7, 2018.

1457. U.S. Patent Application Publication No. 2018/0225960A1 (Al-Ali et al.), titled "Systems and methods for monitoring a patient health network," and published August 9, 2018.

1458. U.S. Patent Application Publication No. 2018/0228414A1 (Shao et al.), titled "Light restriction designs in optical sensing applications having shared windows," and published August 16, 2018.

1459. U.S. Patent No. 10,052,037B2 (Kinast et al.), titled "Non-invasive blood pressure measurement system," and issued August 21, 2018.

1460. U.S. Patent No. 10,055,121B2 (Chaudhri et al.), titled "Activity based thresholds and feedbacks," and issued August 21, 2018.

1461. U.S. Patent Application Publication No. 2018/0238718A1 (Dalvi), titled "Double-bearing position encoder for non-invasive physiological monitoring," and published August 23, 2018.

1462. U.S. Patent Application Publication No. 2018/0238734A1 (Hotelling et al.), titled "Methods and systems for modulation and demodulation of optical signals," and published August 23, 2018.

1463. U.S. Patent No. 10,058,275B2 (Al-Ali et al.), titled "Multipurpose sensor port," and issued August 28, 2018.

1464. U.S. Patent Application Publication No. 2018/0242853A1 (Al-Ali), titled "Arm mountable portable patient monitor," and published August 30, 2018.

1465. U.S. Patent Application Publication No. 2018/0242923A1 (Al-Ali et al.), titled "Medical monitoring hub," and published August 30, 2018.

1466. U.S. Patent Application Publication No. 2018/0242926A1 (Muhsin et al.), titled "System for displaying medical monitoring data," and published August 30, 2018.

1467. U.S. Patent Application Publication No. 2018/0247353A1 (Al-Ali et al.), titled "Managing dynamic licenses for physiological parameters in a patient monitoring environment," and published August 30, 2018.

1468. U.S. Patent Application Publication No. 2018/0247712A1 (Muhsin et al.), titled "System for displaying medical monitoring data," and published August 30, 2018.

1469. U.S. Patent No. 10,064,562B2 (Al-Ali), titled "Variable mode pulse indicator," and issued September 4, 2018.

1470. U.S. Patent No. 10,066,970B2 (Gowreesunker et al.), titled "Dynamic range control for optical encoders," and issued September 4, 2018.

1471. U.S. Patent Application Publication No. 2018/0256087A1 (Al-Ali et al.), titled "Pneumonia screener," and published September 13, 2018.

1472. U.S. Patent No. 10,076,257B2 (Lin et al.), titled "Seamlessly embedded heart rate monitor," and issued September 18, 2018.

1473. U.S. Patent No. 10,078,052B2 (Ness et al.), titled "Reflective surface treatments for optical sensors," and issued September 18, 2018.

1474. U.S. Patent No. 10,086,138B1 (Novak), titled "Autonomous drug delivery system," and issued October 2, 2018.

1475. U.S. Patent Application Publication No. 2018/0279956A1 (Waydo et al.), titled "Detecting conditions using heart rate sensors," and published October 4, 2018.

1476. U.S. Patent Application Publication No. 2018/0285094A1 (Housel et al.), titled "Medical monitoring hub," and published October 4, 2018.

1477. U.S. Patent No. 10,092,200B2 (Al-Ali et al.), titled "Plethysmograph variability processor," and issued October 9, 2018.

1478. U.S. Patent No. 10,092,244B2 (Chuang et al.), titled "Biometric detection module with denoising function and biometric detection method thereof," and issued October 9, 2018.

1479. U.S. Patent No. 10,092,249B2 (Kiani et al.), titled "Robust alarm system," and issued October 9, 2018.

1480. U.S. Patent No. 10,098,550B2 (Al-Ali et al.), titled "Plethysmographic respiration rate detection," and issued October 16, 2018.

1481. U.S. Patent No. 10,098,591B2 (Al-Ali et al.), titled "Physiological parameter system," and issued October 16, 2018.

1482. U.S. Patent No. 10,098,610B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued October 16, 2018.

1483. U.S. Patent Application Publication No. 2018/0296161A1 (Shreim et al.), titled "Nose sensor," and published October 18, 2018.

1484. U.S. Patent Application Publication No. 2018/0300919A1 (Muhsin et al.), titled "Augmented reality system for displaying patient data," and published October 18, 2018.

1485. U.S. Patent No. 10,111,591B2 (Dyell et al.), titled "Real-time monitoring systems and methods in a healthcare environment," and issued October 30, 2018.

1486. U.S. Patent Application Publication No. 2018/0310822A1 (Indorf et al.), titled "Spot check measurement system," and published November 1, 2018.

1487. U.S. Patent Application Publication No. 2018/0310823A1 (Al-Ali et al.), titled "Medical monitoring device having multiple configurations," and published November 1, 2018.

1488. U.S. Patent No. 10,117,587B2 (Han), titled "Dynamically reconfigurable apertures for optimization of PPG signal and ambient light mitigation," and issued November 6, 2018.

1489. U.S. Patent Application Publication No. 2018/0317826A1 (Muhsin et al.), titled "System for displaying and controlling medical monitoring data," and published November 8, 2018.

1490. U.S. Patent Application Publication No. 2018/0317841A1 (Novak), titled "Autonomous drug delivery system," and published November 8, 2018.

1491. U.S. Design Patent No. D833,624S (DeJong et al.), titled "Medical device," and issued November 13, 2018.

1492. U.S. Patent No. 10,123,726B2 (Al-Ali et al.), titled "Configurable physiological measurement system," and issued November 13, 2018.

1493. U.S. Patent No. 10,123,729B2 (Dyell et al.), titled "Alarm fatigue management systems and methods," and issued November 13, 2018.

1494. U.S. Patent No. 10,130,289B2 (Al-Ali et al.), titled "Pulse and confidence indicator displayed proximate plethysmograph," and issued November 20, 2018.

1495. U.S. Patent No. 10,130,291B2 (Schurman et al.), titled "Method for data reduction and calibration of an OCT-based physiological monitor," and issued November 20, 2018.

1496.   U.S. Patent Application Publication No. 2018/0333055A1 (Lamego et al.), titled "Patient monitoring system," and published November 22, 2018.

1497.   U.S. Patent Application Publication No. 2018/0333087A1 (Al-Ali), titled "Patient monitor capable of monitoring the quality of attached probes and accessories," and published November 22, 2018.

1498.   U.S. Design Patent No. D835,282S (Barker et al.), titled "Medical monitoring device," and issued December 4, 2018.

1499.   U.S. Design Patent No. D835,283S (Barker et al.), titled "Medical monitoring device," and issued December 4, 2018.

1500.   U.S. Design Patent No. D835,284S (Barker et al.), titled "Medical monitoring device," and issued December 4, 2018.

1501.   U.S. Design Patent No. D835,285S (Barker et al.), titled "Medical monitoring device," and issued December 4, 2018.

1502.   U.S. Patent No. 10,149,616B2 (Al-Ali et al.), titled "Wireless patient monitoring device," and issued December 11, 2018.

1503.   U.S. Patent No. 10,154,815B2 (Al-Ali et al.), titled "Modular physiological sensors," and issued December 18, 2018.

1504.   U.S. Patent No. 10,159,412B2 (Lamego et al.), titled "Handheld processing device including medical applications for minimally and non invasive glucose measurements," and issued December 25, 2018.

1505.   U.S. Patent No. 10,165,954B2 (Lee), titled "Integrated sensor modules," and issued January 1, 2019.

1506.   U.S. Patent Application Publication No. 2019/0000317A1 (Muhsin et al.), titled "Physiological monitor with mobile computing device connectivity," and published January 3, 2019.

1507.   U.S. Patent Application Publication No. 2019/0015023A1 (Monfre), titled "Medical monitoring device for harmonizing physiological measurements," and published January 17, 2019.

1508.   U.S. Patent No. 10,188,296B2 (Al-Ali et al.), titled "Wireless patient monitoring device," and issued January 29, 2019.

1509.   U.S. Patent No. 10,188,331B1 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued January 29, 2019.

1510.   U.S. Patent No. 10,188,348B2 (Al-Ali et al.), titled "Parameter upgrade system," and issued January 29, 2019.

1511.   U.S. Patent Application Publication No. 2019/0029574A1 (Schurman et al.), titled "Method for data reduction and calibration of an oct-based physiological monitor," and published January 31, 2019.

1512.   U.S. Patent Application Publication No. 2019/0029578A1 (Al-Ali et al.), titled "Regional oximetry user interface," and published January 31, 2019.

1513.   U.S. Patent No. 10,194,847B2 (Al-Ali), titled "Perfusion index smoother," and issued February 5, 2019.

1514.   U.S. Patent No. 10,194,848B1 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued February 5, 2019.

1515.   U.S. Reissued Patent No. RE47,218E (Al-Ali), titled "Adaptive alarm system," and issued February 5, 2019.

1516.   U.S. Patent No. 10,201,286B2 (Waydo), titled "Frequency domain projection algorithm," and issued February 12, 2019.

1517.   U.S. Patent No. 10,201,298B2 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and issued February 12, 2019.

1518.   U.S. Patent No. 10,205,272B2 (Kiani et al.), titled "Magnetic connector," and issued February 12, 2019.

1519.   U.S. Patent No. 10,205,291B2 (Scruggs et al.), titled "Pogo pin connector," and issued February 12, 2019.

1520.   U.S. Reissued Patent No. RE47,244E (Kiani et al.), titled "Alarm suspend system, and issued February 19, 2019.

1521.   U.S. Reissued Patent No. RE47,249E (Kiani et al.), titled "Alarm suspend system," and issued February 19, 2019.

1522.   U.S. Patent Application Publication No. 2019/0058280A1 (Al-Ali et al.), titled "Water resistant connector for noninvasive patient monitor," and published February 21, 2019.

1523.   U.S. Patent No. 10,213,108B2 (Al-Ali), titled "Arm mountable portable patient monitor," and issued February 26, 2019.

1524.  U.S. Patent No. 10,215,698B2 (Han et al.), titled "Multiple light paths architecture and obscuration methods for signal and perfusion index optimization," and issued February 26, 2019.

1525.  U.S. Patent No. 10,219,706B2 (Al-Ali), titled "Physiological measurement device," and issued March 5, 2019.

1526.  U.S. Patent No. 10,219,746B2 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and issued March 5, 2019.

1527.  U.S. Patent No. 10,219,754B1 (Lamego), titled "Modulation and demodulation techniques for a health monitoring system," and issued March 5, 2019.

1528.  U.S. Patent Application Publication No. 2019/0069813A1 (Al-Ali), titled "Low power pulse oximeter," and published March 7, 2019.

1529.  U.S. Patent No. 10,226,187B2 (Al-Ali et al.), titled "Patient-worn wireless physiological sensor," and issued March 12, 2019.

1530.  U.S. Patent No. 10,226,576B2 (Kiani), titled "Sepsis monitor," and issued March 12, 2019.

1531.  U.S. Patent Application Publication No. 2019/0076028A1 (Al-Ali et al.), titled "Plethysmographic respiration rate detection," and published March 14, 2019.

1532.  U.S. Patent No. 10,231,657B2 (Al-Ali et al.), titled "Total hemoglobin screening sensor," and issued March 19, 2019.

1533.  U.S. Patent No. 10,231,670B2 (Blank et al.), titled "Proximity sensor in pulse oximeter," and issued March 19, 2019.

1534.  U.S. Patent No. 10,231,676B2 (Al-Ali et al.), titled "Dual-mode patient monitor," and issued March 19, 2019.

1535.  U.S. Patent Application Publication No. 2019/0082979A1 (Al-Ali et al.), titled "Plethysmograph variability processor," and published March 21, 2019.

1536.  U.S. Patent Application Publication No. 2019/0090760A1 (Kinast et al.), titled "Non-invasive blood pressure measurement system," and published March 28, 2019.

1537.  U.S. Patent Application Publication No. 2019/0090764A1 (Al-Ali), titled "Variable mode pulse indicator," and published March 28, 2019.

1538.   U.S. Patent No. 10,247,670B2 (Ness et al.), titled "Reflective surface treatments for optical sensors," and issued April 2, 2019.

1539.   U.S. Patent No. 10,251,585B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued April 9, 2019.

1540.   U.S. Patent No. 10,251,586B2 (Lamego), titled "Tissue profile wellness monitor," and issued April 9, 2019.

1541.   U.S. Patent No. 10,255,994B2 (Sampath et al.), titled "Physiological parameter alarm delay," and issued April 9, 2019.

1542.   U.S. Patent No. 10,258,265B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 16, 2019.

1543.   U.S. Patent No. 10,258,266B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 16, 2019.

1544.   U.S. Reissued Patent No. RE47,353E (Kiani et al.), titled "Alarm suspend system," and issued April 16, 2019.

1545.   U.S. Patent No. 10,265,024B2 (Lee et al.), titled "Sensor system for heart rate measurement per axis of shared orientation," and issued April 23, 2019.

1546.   U.S. Patent Application Publication No. 2019/0117070A1 (Muhsin et al.), titled "Medical monitoring system," and published April 25, 2019.

1547.   U.S. Patent Application Publication No. 2019/0117139A1 (Al-Ali et al.), titled "Multipurpose sensor port," and published April 25, 2019.

1548.   U.S. Patent Application Publication No. 2019/0117141A1 (Al-Ali), titled "Perfusion index smoother," and published April 25, 2019.

1549.   U.S. Patent Application Publication No. 2019/0117930A1 (Al-Ali), titled "Assistive capnography device," and published April 25, 2019.

1550.   U.S. Patent Application Publication No. 2019/0122763A1 (Sampath et al.), titled "Medical monitoring system," and published April 25, 2019.

1551.   U.S. Patent No. 10,271,748B2 (Al-Ali), titled "Patient monitor for determining microcirculation state," and issued April 30, 2019.

1552.   U.S. Patent No. 10,278,626B2 (Schurman et al.), titled "Apparatus and method for creating a stable optical interface," and issued May 7, 2019.

1553.   U.S. Patent No. 10,278,648B2 (Al-Ali et al.), titled "Automated CCHD screening and detection," and issued May 7, 2019.

1554.   U.S. Patent No. 10,279,247B2 (Kiani), titled "Avatar-incentive healthcare therapy," and issued May 7, 2019.

1555.   U.S. Patent Application Publication No. 2019/0133525A1 (Al-Ali et al.), titled "Modular physiological sensors," and published May 9, 2019.

1556.   U.S. Patent No. 10,285,626B1 (Kestelli et al.), titled "Activity identification using an optical heart rate monitor," and issued May 14, 2019.

1557.   U.S. Patent Application Publication No. 2019/0142283A1 (Lamego et al.), titled "Handheld processing device including medical applications for minimally and non invasive glucose measurements," and published May 16, 2019.

1558.   U.S. Patent Application Publication No. 2019/0142344A1 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and published May 16, 2019.

1559.   U.S. Patent No. 10,292,628B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued May 21, 2019.

1560.   U.S. Patent No. 10,292,657B2 (Abdul-Hafiz et al.), titled "Ear sensor," and issued May 21, 2019.

1561.   U.S. Patent No. 10,292,664B2 (Al-Ali), titled "Monitor configuration system," and issued May 21, 2019.

1562.   U.S. Patent Application Publication No. 2019/0150856A1 (Kiani et al.), titled "Robust alarm system," and published May 23, 2019.

1563.   U.S. Patent No. 10,299,708B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued May 28, 2019.

1564.   U.S. Patent No. 10,299,709B2 (Perea et al.), titled "Robust fractional saturation determination," and issued May 28, 2019.

1565.   U.S. Patent No. 10,299,720B2 (Brown et al.), titled "Reversal of general anesthesia by administration of methylphenidate, amphetamine, modafinil, amantadine, and/or caffeine," and issued May 28, 2019.

1566.  U.S. Patent No. 10,305,775B2 (Lamego et al.), titled "Physiological test credit method," and issued May 28, 2019.

1567.  U.S. Patent No. 10,307,111B2 (Muhsin et al.), titled "Patient position detection system," and issued June 4, 2019.

1568.  U.S. Patent Application Publication No. 2019/0167161A1 (Al-Ali et al.), titled "Total hemoglobin screening sensor," and published June 6, 2019.

1569.  U.S. Patent Application Publication No. 2019/0175019A1 (Al-Ali et al.), titled "Wireless patient monitoring device," and published June 13, 2019.

1570.  U.S. Patent No. 10,325,681B2 (Sampath et al.), titled "Physiological alarm threshold determination," and issued June 18, 2019.

1571.  U.S. Patent No. 10,327,337B2 (Triman et al.), titled "Fold flex circuit for LNOP," and issued June 18, 2019.

1572.  U.S. Patent No. 10,327,713B2 (Barker et al.), titled "Modular multi-parameter patient monitoring device," and issued June 25, 2019.

1573.  U.S. Patent No. 10,332,630B2 (Al-Ali), titled "Medical characterization system," and issued June 25, 2019.

1574.  U.S. Patent Application Publication No. 2019/0192076A1 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and published June 27, 2019.

1575.  U.S. Patent No. 10,335,033B2 (Al-Ali), titled "Physiological measurement device," and issued July 2, 2019.

1576.  U.S. Patent No. 10,335,068B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued July 2, 2019.

1577.  U.S. Patent No. 10,335,072B2 (Al-Ali et al.), titled "Physiological monitor," and issued July 2, 2019.

1578.  U.S. Patent Application Publication No. 2019/0200941A1 (Chandran et al.), titled "System for displaying oxygen state indications," and published July 4, 2019.

1579.  U.S. Patent Application Publication No. 2019/0201623A1 (Kiani), titled "Sepsis monitor," and published July 4, 2019.

1580.  U.S. Patent No. 10,342,470B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued July 9, 2019.

1581.   U.S. Patent No. 10,342,487B2 (Al-Ali et al.), titled "Disposable components for reusable physiological sensor," and issued July 9, 2019.

1582.   U.S. Patent No. 10,342,497B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued July 9, 2019.

1583.   U.S. Patent Application Publication No. 2019/0209025A1 (Al-Ali), titled "Patient monitor for determining microcirculation state," and published July 11, 2019.

1584.   U.S. Patent Application Publication No. 2019/0214778A1 (Scruggs et al.), titled "Pogo pin connector," and published July 11, 2019.

1585.   U.S. Patent No. 10,349,895B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued July 16, 2019.

1586.   U.S. Patent No. 10,349,898B2 (Al-Ali et al.), titled "Automated CCHD screening and detection," and issued July 16, 2019.

1587.   U.S. Patent No. 10,354,504B2 (Kiani et al.), titled "Modular patient monitor," and issued July 16, 2019.

1588.   U.S. Patent Application Publication No. 2019/0216319A1 (Poeze et al.), titled "Personal digital assistant or organizer for monitoring glucose levels," and published July 18, 2019.

1589.   U.S. Patent Application Publication No. 2019/0216379A1 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and published July 18, 2019.

1590.   U.S. Patent Application Publication No. 2019/0221966A1 (Kiani et al.), titled "Magnetic connector," and published July 18, 2019.

1591.   U.S. Patent No. 10,357,206B2 (Weber et al.), titled "Variable indication estimator," and issued July 23, 2019.

1592.   U.S. Patent No. 10,357,209B2 (Al-Ali), titled "Bidirectional physiological information display," and issued July 23, 2019.

1593.   U.S. Patent Application Publication No. 2019/0223804A1 (Blank et al.), titled "Proximity sensor in pulse oximeter," and published July 25, 2019.

1594.   U.S. Patent No. 10,366,787B2 (Sampath et al.), titled "Physiological alarm threshold determination," and issued July 30, 2019.

1595.   U.S. Patent Application Publication No. 2019/0231199A1 (Al-Ali et al.), titled "Patient-worn wireless physiological sensor," and published August 1, 2019.

1596.   U.S. Patent Application Publication No. 2019/0231241A1 (Al-Ali et al.), titled "Wireless patient monitoring device," and published August 1, 2019.

1597.   U.S. Patent Application Publication No. 2019/0231270A1 (Abdul-Hafiz et al.), titled "Physiological measurement device," and published August 1, 2019.

1598.   U.S. Patent No. 10,368,787B2 (Reichgott et al.), titled "Flowometry in optical coherence tomography for analyte level estimation," and issued August 6, 2019.

1599.   U.S. Patent Application Publication No. 2019/0239787A1 (Pauley et al.), titled "Limb-worn patient monitoring device," and published August 8, 2019.

1600.   U.S. Patent Application Publication No. 2019/0239824A1 (Muhsin et al.), titled "Patient position detection system," and published August 8, 2019.

1601.   U.S. Patent No. 10,376,190B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued August 13, 2019.

1602.   U.S. Patent No. 10,376,191B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued August 13, 2019.

1603.   U.S. Patent No. 10,383,520B2 (Wojtczuk et al.), titled "Enhanced visible near-infrared photodiode and non-invasive physiological sensor," and issued August 20, 2019.

1604.   U.S. Patent No. 10,388,120B2 (Muhsin et al.), titled "Localized projection of audible noises in medical settings," and issued August 20, 2019.

1605.   U.S. Patent No. 10,383,527 (Al-Ali), titled "Wireless Patient Monitoring Systems and Methods," and issued August 20, 2019.

1606.   U.S. Patent Application Publication No. 2019/0254578A1 (Lamego), titled "Tissue profile wellness monitor," and published August 22, 2019.

1607.   U.S. Patent No. 10,390,716B2 (Shimuta), titled "Pulse transmission time measuring apparatus and biological state estimating apparatus," and issued August 27, 2019.

1608.   U.S. Patent Application Publication No. 2019/0261857A1 (Al-Ali), titled "Physiological measurement device," and published August 29, 2019.

1609.   U.S. Patent No. 10,398,320B2 (Kiani et al.), titled "Optical-based physiological monitoring system," and issued September 3, 2019.

1610.   U.S. Patent No. 10,398,383B2 (van Dinther et al.), titled "Motion artifact reduction using multi-channel PPG signals," and issued September 3, 2019.

1611.   U.S. Patent Application Publication No. 2019/0269370A1 (Al-Ali et al.), titled "Physiological parameter system," and published September 5, 2019.

1612.   U.S. Patent No. 10,405,804B2 (Al-Ali), titled "Physiological measurement logic engine," and issued September 10, 2019.

1613.   U.S. Patent No. 10,406,445B2 (Vock et al.), titled "Personal items network, and associated methods," and issued September 10, 2019.

1614.   U.S. Patent Application Publication No. 2019/0274627A1 (Al-Ali et al.), titled "Disposable components for reusable physiological sensor," and published September 12, 2019.

1615.   U.S. Patent Application Publication No. 2019/0274635A1 (Al-Ali et al.), titled "Automated cchd screening and detection," and published September 12, 2019.

1616.   U.S. Patent No. 10,413,666B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued September 17, 2019.

1617.   U.S. Patent No. 10,416,079B2 (Magnussen et al.), titled "Device and method for determining a concentration in a sample," and issued September 17, 2019.

1618.   U.S. Patent No. 10,420,493B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued September 24, 2019.

1619.   U.S. Patent Application Publication No. 2019/0290136A1 (Dalvi et al.), titled "Blood pressure monitor with valve-chamber assembly," and published September 26, 2019.

1620.   U.S. Patent Application Publication No. 2019/0298270A1 (Al-Ali et al.), titled "Automated condition screening and detection," and published October 3, 2019.

1621. U.S. Patent Application Publication No. 2019/0304601A1 (Sampath et al.), titled "Physiological parameter alarm delay," and published October 3, 2019.

1622. U.S. Patent Application Publication No. 2019/0304605A1 (Al-Ali), titled "Medical characterization system," and published October 3, 2019.

1623. U.S. Patent No. 10,433,776B2 (Al-Ali), titled "Low power pulse oximeter," and issued October 8, 2019.

1624. U.S. Patent Application Publication No. 2019/0307377A1 (Perea et al.), titled "Robust fractional saturation determination," and published October 10, 2019.

1625. U.S. Patent No. 10,441,181B1 (Telfort et al.), titled "Acoustic pulse and respiration monitoring system," and issued October 15, 2019.

1626. U.S. Patent No. 10,441,196B2 (Eckerbom et al.), titled "Nasal/oral cannula system and manufacturing," and issued October 15, 2019.

1627. U.S. Design Patent No. D864,120S (Forrest et al.), titled "Connector," and issued October 22, 2019.

1628. U.S. Patent No. 10,448,844B2 (Al-Ali et al.), titled "Systems and methods for patient fall detection," and issued October 22, 2019.

1629. U.S. Patent No. 10,448,871B2 (Al-Ali), titled "Advanced pulse oximetry sensor," and issued October 22, 2019.

1630. U.S. Patent Application Publication No. 2019/0320906A1 (Olsen), titled "Easy insert finger sensor for transmission based spectroscopy sensor," and published October 24, 2019.

1631. U.S. Patent Application Publication No. 2019/0320959A1 (Al-Ali), titled "Perfusion index smoother," and published October 24, 2019.

1632. U.S. Patent Application Publication No. 2019/0320988A1 (Ahmed et al.), titled "Mobile patient alarm display," and published October 24, 2019.

1633. U.S. Patent Application Publication No. 2019/0325722A1 (Kiani et al.), titled "Modular patient monitor," and published October 24, 2019.

1634. U.S. Patent No. 10,456,038B2 (Lamego et al.), titled "Cloud-based physiological monitoring system," and issued October 29, 2019.

1635. U.S. Patent No. 10,463,284B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued November 5, 2019.

1636. U.S. Patent No. 10,463,340B2 (Telfort et al.), titled "Acoustic respiratory monitoring systems and methods," and issued November 5, 2019.

1637. U.S. Patent No. 10,470,695B2 (Al-Ali), titled "Advanced pulse oximetry sensor," and issued November 12, 2019.

1638. U.S. Patent No. 10,471,159B1 (Lapotko et al.), titled "Diagnosis, removal, or mechanical damaging of tumor using plasmonic nanobubbles," and issued November 12, 2019.

1639. U.S. Patent No. 10,478,107B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued November 19, 2019.

1640. U.S. Patent Application Publication No. 2019/0350506A1 (Al-Ali), titled "Advanced pulse oximetry sensor," and published November 21, 2019.

1641. U.S. Patent Application Publication No. 2019/0357813A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published November 28, 2019.

1642. U.S. Patent Application Publication No. 2019/0357823A1 (Reichgott et al.), titled "Flowometry in optical coherence tomography for analyte level estimation," and published November 28, 2019.

1643. U.S. Patent Application Publication No. 2019/0357824A1 (Al-Ali), titled "Advanced pulse oximetry sensor," and published November 28, 2019.

1644. U.S. Patent Application Publication No. 2019/0358524A1 (Kiani), titled "Avatar-incentive healthcare therapy," and published November 28, 2019.

1645. U.S. Patent Application Publication No. 2019/0365294A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published December 5, 2019.

1646. U.S. Patent No. 10,503,379B2 (Al-Ali et al.), titled "Physiological monitor touchscreen interface," and issued December 10, 2019.

1647. U.S. Patent No. 10,505,311B2 (Al-Ali et al.), titled "Water resistant connector for noninvasive patient monitor," and issued December 10, 2019.

1648. U.S. Patent Application Publication No. 2019/0374139A1 (Kiani et al.), titled "Opioid overdose monitoring," and published December 12, 2019.

1649.   U.S. Patent Application Publication No. 2019/0374173A1 (Kiani et al.), titled "Opioid overdose monitoring," and published December 12, 2019.

1650.   U.S. Patent Application Publication No. 2019/0374713A1 (Kiani et al.), titled "Opioid overdose monitoring," and published December 12, 2019.

1651.   U.S. Patent Application Publication No. 2019/0386908A1 (Lamego et al.), titled "Physiological test credit method," and published December 19, 2019.

1652.   U.S. Patent No. 10,512,436B2 (Muhsin et al.), titled "System for displaying medical monitoring data," and issued December 24, 2019.

1653.   U.S. Patent Application Publication No. 2019/0388039A1 (Al-Ali), titled "Bidirectional physiological information display," and published December 26, 2019.

1654.   U.S. Patent Application Publication No. 2020/0000338A1 (Lamego et al.), titled "Cloud-based physiological monitoring system," and published January 2, 2020.

1655.   U.S. Patent Application Publication No. 2020/0000415A1 (Barker et al.), titled "Modular multi-parameter patient monitoring device," and published January 2, 2020.

1656.   U.S. Patent No. 10,524,671B2 (Lamego), titled "Electronic device that computes health data," and issued January 7, 2020.

1657.   U.S. Patent No. 10,524,706B2 (Telfort et al.), titled "Pulse oximetry system with electrical decoupling circuitry," and issued January 7, 2020.

1658.   U.S. Patent No. 10,524,738B2 (Olsen), titled "Noninvasive sensor system with visual infographic display," and issued January 7, 2020.

1659.   U.S. Patent No. 10,531,811B2 (Al-Ali et al.), titled "Depth of consciousness monitor including oximeter," and issued January 14, 2020.

1660.   U.S. Patent No. 10,531,819B2 (Diab et al.), titled "Hypersaturation index," and issued January 14, 2020.

1661.   U.S. Patent No. 10,531,835B2 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and issued January 14, 2020.

1662.   U.S. Patent No. 10,532,174B2 (Al-Ali), titled "Assistive capnography device," and issued January 14, 2020.

1663. U.S. Patent Application Publication No. 2020/0015716A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published January 16, 2020.

1664. U.S. Patent Application Publication No. 2020/0021930A1 (Iswanto et al.), titled "Patient monitor alarm speaker analyzer," and published January 16, 2020.

1665. U.S. Patent No. 10,537,285B2 (Shreim et al.), titled "Nose sensor," and issued January 21, 2020.

1666. U.S. Patent No. 10,542,903B2 (Al-Ali et al.), titled "Depth of consciousness monitor," and issued January 28, 2020.

1667. U.S. Patent Application Publication No. 2020/0037453A1 (Triman et al.), titled "Fold flex circuit for lnop," and published January 30, 2020.

1668. U.S. Patent No. 10,548,561B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued February 4, 2020.

1669. U.S. Patent Application Publication No. 2020/0037891A1 (Kiani et al.), titled "Optical-based physiological monitoring system," and published February 6, 2020.

1670. U.S. Patent Application Publication No. 2020/0037966A1 (Al-Ali), titled "Monitor configuration system," and published February 6, 2020.

1671. U.S. Patent No. 10,555,678B2 (Dalvi et al.), titled "Blood pressure monitor with valve-chamber assembly," and issued February 11, 2020.

1672. U.S. Patent Application Publication No. 2020/0046257A1 (Eckerbom et al.), titled "Gas sampling line," and published February 13, 2020.

1673. U.S. Patent Application Publication No. 2020/0054253A1 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and published February 20, 2020.

1674. U.S. Patent No. 10,568,514B2 (Wojtczuk et al.), titled "Enhanced visible near-infrared photodiode and non-invasive physiological sensor," and issued February 25, 2020.

1675. U.S. Patent No. 10,568,553B2 (O'Neil et al.), titled "Soft boot pulse oximetry sensor," and issued February 25, 2020.

1676. U.S. Patent Application Publication No. 2020/0060591A1 (Diab et al.), titled "Hypersaturation index," and published February 27, 2020.

1677.   U.S. Patent Application Publication No. 2020/0060628A1 (Al-Ali et al.), titled "Optical patient monitor," and published February 27, 2020.

1678.   U.S. Patent Application Publication No. 2020/0060629A1 (Muhsin et al.), titled "System for displaying medical monitoring data," and published February 27, 2020.

1679.   U.S. Patent Application Publication No. 2020/0060869A1 (Telfort et al.), titled "Core body temperature measurement," and published February 27, 2020.

1680.   U.S. Patent No. 10,575,779B2 (Poeze et al.), titled "Patient monitor placement indicator," and issued March 3, 2020.

1681.   U.S. Reissued Patent No. RE47,882E (Al-Ali), titled "Adaptive alarm system," and issued March 3, 2020.

1682.   U.S. Patent Application Publication No. 2020/0074819A1 (Muhsin et al.), titled "Localized projection of audible noises in medical settings," and published March 5, 2020.

1683.   U.S. Patent No. 10,582,886B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued March 10, 2020.

1684.   U.S. Patent No. 10,588,518B2 (Kiani), titled "Congenital heart disease monitor," and issued March 17, 2020.

1685.   U.S. Patent No. 10,588,553B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued March 17, 2020.

1686.   U.S. Patent No. 10,588,554B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued March 17, 2020.

1687.   U.S. Patent No. 10,588,556B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued March 17, 2020.

1688.   U.S. Patent No. 10,595,747B2 (Al-Ali et al.), titled "Respiration processor," and issued March 24, 2020.

1689.   U.S. Patent No. 10,608,817B2 (Haider et al.), titled "Secure and zero knowledge data sharing for cloud applications," and issued March 31, 2020.

1690.   U.S. Design Patent No. D880,477S (Forrest et al.), titled "Connector," and issued April 7, 2020.

1691.   U.S. Patent No. 10,610,138B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 7, 2020.

1692.   U.S. Patent Application Publication No. 2020/0111552A1 (Ahmed), titled "Patient database analytics," and published April 9, 2020.

1693.   U.S. Patent No. 10,617,302B2 (Al-Ali et al.), titled "Wearable pulse oximeter and respiration monitor," and issued April 14, 2020.

1694.   U.S. Patent No. 10,617,335B2 (Al-Ali et al.), titled "Regional oximetry sensor," and issued April 14, 2020.

1695.   U.S. Patent No. 10,617,338B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 14, 2020.

1696.   U.S. Patent Application Publication No. 2020/0113435A1 (Muhsin), titled "Medical systems and methods," and published April 16, 2020.

1697.   U.S. Patent Application Publication No. 2020/0113488A1 (Al-Ali et al.), titled "Patient monitoring device with improved user interface," and published April 16, 2020.

1698.   U.S. Patent Application Publication No. 2020/0113496A1 (Scruggs et al.), titled "Patient connector assembly with vertical detents," and published April 16, 2020.

1699.   U.S. Patent Application Publication No. 2020/0113497A1 (Triman et al.), titled "Low noise oximetry cable," and published April 16, 2020.

1700.   U.S. Patent Application Publication No. 2020/0113520A1 (Abdul-Hafiz et al.), titled "Stretch band with indicators or limiters," and published April 16, 2020.

1701.   U.S. Patent No. 10,624,563B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 21, 2020.

1702.   U.S. Patent No. 10,624,564B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 21, 2020.

1703.  U.S. Patent No. 10,631,765B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 28, 2020.

1704.  U.S. Patent No. 10,637,181B2 (Al-Ali et al.), titled "Water resistant connector for noninvasive patient monitor," and issued April 28, 2020.

1705.  U.S. Patent No. 10,638,961B2 (Al-Ali), titled "Physiological measurement devices, systems, and methods," and issued May 5, 2020.

1706.  U.S. Patent Application Publication No. 2020/0138288A1 (Al-Ali et al.), titled "System for transmission of sensor data using dual communication protocol," and published May 7, 2020.

1707.  U.S. Patent Application Publication No. 2020/0138368A1 (Kiani et al.), titled "System to manage patient hydration," and published May 7, 2020.

1708.  U.S. Patent No. 10,646,146B2 (Al-Ali), titled "Physiological monitoring devices, systems, and methods," and issued May 12, 2020.

1709.  U.S. Patent Application Publication No. 2020/0163597A1 (Dalvi et al.), titled "Assembly for medical monitoring device with multiple physiological sensors," and published May 28, 2020.

1710.  U.S. Patent No. 10,667,764B2 (Ahmed et al.), titled "Mobile patient alarm display," and issued June 2, 2020.

1711.  U.S. Design Patent No. D887,548S (Abdul-Hafiz et al.), titled "Flow alarm device housing," and issued June 16, 2020.

1712.  U.S. Design Patent No. D887,549S (Abdul-Hafiz et al.), titled "Cap for a flow alarm device," and issued June 16, 2020.

1713.  U.S. Patent No. 10,687,743B1 (Al-Ali), titled "Physiological measurement devices, systems, and methods," and issued June 23, 2020.

1714.  U.S. Patent No. 10,687,744B1 (Al-Ali), titled "Physiological measurement devices, systems, and methods," and issued June 23, 2020.

1715.  U.S. Patent No. 10,687,745B1 (Al-Ali), titled "Physiological monitoring devices, systems, and methods," and issued June 23, 2020.

1716.  U.S. Patent Application Publication No. 2020/0196877A1 (Vo et al.), titled "Noninvasive physiological sensor," and published June 25, 2020.

1717.    U.S. Patent Application Publication No. 2020/0196882A1 (Kiani et al.), titled "Noise shielding for a noninvasive device," and published June 25, 2020.

1718.    U.S. Patent No. 10,702,194B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued July 7, 2020.

1719.    U.S. Patent No. 10,702,195B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued July 7, 2020.

1720.    U.S. Patent No. 10,709,366B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued July 14, 2020.

1721.    U.S. Patent Application Publication No. 2020/0221980A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published July 16, 2020.

1722.    U.S. Design Patent No. D890,708S (Forrest et al.), titled "Connector," and issued July 21, 2020.

1723.    U.S. Patent No. 10,721,785B2 (Al-Ali), titled "Patient-worn wireless physiological sensor with pairing functionality," and issued July 21, 2020.

1724.    U.S. Patent No. 10,722,159B2 (Al-Ali), titled "Physiological monitoring devices, systems, and methods," and issued July 28, 2020.

1725.    U.S. Patent No. 10,736,518B2 (Al-Ali et al.), titled "Systems and methods to monitor repositioning of a patient," and issued August 11, 2020.

1726.    U.S. Patent Application Publication No. 2020/0253474A1 (Muhsin et al.), titled "Modular wireless physiological parameter system," and published August 13, 2020.

1727.    U.S. Patent Application Publication No. 2020/0253544A1 (Belur Nagaraj et al.), titled "Combining multiple QEEG features to estimate drug-independent sedation level using machine learning," and published August 13, 2020.

1728.    U.S. Patent No. 10,750,984B2 (Pauley et al.), titled "Methods and devices for detecting intensity of light with translucent detector," and issued August 25, 2020.

1729.   U.S. Patent Application Publication No. 2020/0275841A1 (Telfort et al.), titled "Non-contact core body temperature measurement systems and methods," and published September 3, 2020.

1730.   U.S. Patent No. 10,779,098B2 (Iswanto et al.), titled "Patient monitor alarm speaker analyzer," and issued September 15, 2020.

1731.   U.S. Patent Application Publication No. 2020/0288983A1 (Telfort), titled "Respiratory core body temperature measurement systems and methods," and published September 17, 2020.

**B.**   **Foreign Patent Publications**

1.   Canadian Patent No. CA2264029 (Negin), titled "Apparatus for the iris acquiring images," and published March 5, 1998.

2.   Chinese Patent No. CN101484065 (Hayes-Gill et al.), titled "Photoplethysmography," and published November 9, 2011.

3.   Chinese Patent No. CN101564290 (Qingming et al.), titled "Optical multi-parameter physiology monitoring instrument," and published May 25, 2011.

4.   Chinese Patent No. CN103906468 (Leon et al.), titled "Wearable pulse oximetry device," and published July 2, 2014.

5.   Chinese Patent No. CN1270793, titled "Wound-less continuous blood pressure measuring method and device," and published October 25, 2000.

6.   European Patent Application No. EP0102816 (New et al.), titled "Pulse oximeter," and published March 14, 1984.

7.   European Patent Application No. EP0419223 (James B. C/O Board of Regents of the Callis, et al.), titled "Characterizing biological matter in a dynamic condition using near infrared spectroscopy," and published March 27, 1991.

8.   European Patent Application No. EP0630208 (Myllymaki), titled "Wrist-held monitoring device for physical condition," and published December 28, 1994.

9.   European Patent Application No. EP0665727 (Richardson et al.), titled "Method and apparatus for reducing ambient noise effects in electronic monitoring instruments," and published January 29, 1997.

10.   European Patent Application No. EP0760223 (Kastle), titled "Apparatus for monitoring, in particular pulse oximeter," and published March 5, 1997.

11.   European Patent Application No. EP0770349 (Akasaka et al.), titled "Apparatus for monitoring patients," and published May 2, 1997.

12.   European Patent Application No. EP0781527 (Weckstrom et al.), titled "Pulsoximeter sensor," and published July 2, 1997.

13.   European Patent Application No. EP0880936 (Akai), titled "Monitoring physical condition of a patient by telemetry," and published December 2, 1998.

14.   European Patent Application No. EP0922432 (Amano et al.), titled "Pulse wave detector, pulsation detector and pressure detector," and published June 16, 1999.

15.   European Patent Application No. EP0985373 (Cvetkovic), titled "Device for monitoring and evaluation of human body functions such as heart rate, blood pressure etc," and published March 15, 2000.

16.   European Patent Application No. EP1124609 (Miesel), titled "Multiple lens oxygen sensor for medical electrical lead," and published August 2, 2006.

17.   European Patent Application No. EP1518494 (Cho et al.), titled "Optical measurement apparatus and blood sugar level measuring apparatus using the same," and published March 30, 2005.

18.   European Patent Application No. EP1526805 (Choon M. Healthstats International Pte Ltd. et al.), titled "Method and device for monitoring blood pressure," and published May 4, 2005.

19.   European Patent Application No. EP1860989 (Diab et al.), titled "Physiological parameter confidence measure," and published November 21, 2018.

20.   European Patent Application No. EP1875213 (Colvin et al.), titled "Optical-based sensing devices," and published January 9, 2008.

21.   European Patent Application No. EP1880666 (Klopfenstein et al.), titled "Method and wrist worn device for pulse rate detection," and published January 23, 2008.

22.    European Patent Application No. EP2165196 (Lee et al.), titled "Diagnosis device using image sensor and method of manufacturing the same," and published March 24, 2010.

23.    European Patent Application No. EP2277440 (Onoe et al.), titled "Self-luminous sensor device, and published January 26, 2011.

24.    UK Patent Application No. GB2243691 (Payne et al.), titled "Physiological monitor," and published November 6, 1991.

25.    Japanese Patent No. JP2001066990 (Kaneda et al.), titled "Protective filter and protection method of ic tag," and published March 16, 2001.

26.    Japanese Patent No. JP2001087250 (Benni), titled "Near infrared radiation spectrophotometric inspection device," and published April 3, 2001.

27.    Japanese Patent No. JP2002-500908, titled "Tissue modulation apparatus and method," and published January 15, 2002.

28.    Japanese Patent No. JP2003024276 (Takahashi), titled "Endoscope," and published January 28, 2003.

29.    Japanese Patent No. JP2003265444 (Hayashi), titled "Organism measuring device," and published September 24, 2003.

30.    Japanese Patent No. JP2003508104, titled "Small device for measuring tissue components," and published March 4, 2003.

31.    Japanese Patent No. JP2004329406 (Cameron et al.), titled "Medical sensor, pulse type oxygen concentration sensor, and kit for attaching these sensors to body of patient," and published November 25, 2004.

32.    Japanese Patent No. JP2004344668 (Gueissaz), titled "Portable measuring instrument measuring physiological numerical value and including device irradiating surface of organic tissue," and published December 9, 2004.

33.    Japanese Patent No. JP2005160641 (Nishii), titled "Pulse wave detector," and published June 23, 2005.

34.    Japanese Patent No. JP2005270543 (Maekawa et al.), titled "Biological information measuring device," and published October 6, 2005.

35.    Japanese Patent No. JP2006102164 (Aihara et al.), titled "Biological information detector," and published April 20, 2006.

36.    Japanese Patent No. JP2006177837 (Harada et al.), titled "Luminescence detection apparatus," and published July 6, 2006.

37.    Japanese Patent No. JP2006198321 (Cho et al.), titled "Blood sugar level measuring apparatus," and published August 3, 2006.

38.    Japanese Patent No. JP2006296564 (Inokawa et al.), titled "Optical biological sensor, base device, biological information collecting system, and sensor communication method," and published November 2, 2006.

39.    Japanese Patent No. JP2007289463 (Ishibashi), titled "Biological information measuring apparatus," and published November 8, 2007.

40.    Japanese Patent No. JP2007319232 (Kameyama et al.), titled "Biological information measurement apparatus," and published December 13, 2007.

41.    Japanese Patent No. JP2008099222 (Shimizu et al.), titled "Head-mounted display," and published April 24, 2008

42.    Japanese Patent Application No. JP2009106373 (Maruo et al.), titled "Sensing apparatus for biological surface tissue," and published May 21, 2009.

43.    Japanese Patent Application No. JP2011-147746 (Iwamiya et al.), titled "Apparatus and method for detecting biological information," and published August 4, 2011.

44.    Japanese Patent No. JP2013515528, titled "Monitoring device," and published May 9, 2013.

45.    Japanese Patent No. JP2919326, titled "Helper system," and published July 12, 1999.

46.    Japanese Patent No. JP3741147, titled "Pulse wave sensor," and published February 1, 2006.

47.    Japanese Patent No. JP3803351, titled "Pulse wave information measuring device," and published August 2, 2006.

48.    Japanese Patent No. JPH05325705 (Sasaki), titled "Illumination type contact sheet," and published December 10, 1993.

49.    Japanese Patent No. JPH08185864 (Kaiya et al.), titled "Electrode plate for alkaline storage battery and its manufacture," and published July 16, 1996.

50.    Japanese Patent No. JPH09-173322 (Ristolainen et al.), titled "Pulse oximeter sensor," and published July 8, 1997.

51.  Japanese Patent No. JPH09257508 (Fujisaki et al.), titled "Radio guide system," and published October 3, 1997.

52.  Japanese Patent No. JPH10314133 (Ido), titled "Biological signal radio equipment of arm mounting type," and published December 2, 1998.

53.  Japanese Patent No. JPH11197127 (Maeda), titled "Biological signal detection sensor," and published July 27, 1999.

54.  Japanese Patent No. JPH11235320 (Kondo), titled "Biological information measuring device," and published August 31, 1999.

55.  Japanese Patent No. JPH1170086 (Nakai), titled "Emergency informing system," and published March 16, 1999.

56.  Japanese Patent No. JPS5756752 (Fujii), titled "Measuring method for bod of compost," and published April 5, 1982.

57.  South Korea Patent No. KR100755079, titled "Biosignal-measuring instrument," and published September 6, 2007.

58.  South Korea Patent No. KR20070061122, titled "Method and system for providing health management service," and published June 13, 2007.

59.  South Korea Patent No. KR2010009159, titled "Pulse wave measuring apparatus capable of wearing on a wrist," and published August 19, 2010.

60.  PCT Publication No. WO 00/18290 (Bernstein et al.), titled "Oximeter sensor with encoded temperature characteristic," and published April 6, 2000.

61.  PCT Publication No. WO 00/25112 (Rolfe), titled "Optical monitoring," and published May 4, 2000.

62.  PCT Publication No. WO 01/09589 (Khalil et al.), titled "Optical sensor having a selectable sampling distance for determining of analytes," and published February 8, 2001.

63.  PCT Publication No. WO 01/50433 (Halleck et al.), titled "Apparatus and method for reducing power consumption in physiological condition monitors," and published July 12, 2001.

64.  PCT Publication No. WO 1995/000070, titled "A device for measuring quantities related to blood circulation," and published January 5, 1995.

65.     PCT Publication No. WO 1996/27325 (Huch et al.), titled "Device for measuring oxygen saturation in the blood present in the body," and published September 12, 1996.

66.     PCT Publication No. WO 1996/41566 (Fine et al.), titled "Sensor, method and device for optical blood oximetry," and published December 27, 1996.

67.     PCT Publication No. WO 1997/009923 (Kang et al.), titled "Real-time biological signal monitoring system using radio communication network," and published March 20, 1997.

68.     PCT Publication No. WO 1999/063883 (Sarussi), titled "Physiological stress detector device and method," and published December 16, 1999.

69.     PCT Publication No. WO 2000/028892 (Satchwell et al.), titled "Wrist mountable monitor," and published May 25, 2000.

70.     PCT Publication No. WO 2002/062213 (Taylor), titled "Oximeter sensor with temperature-sensitive film," and published August 15, 2002.

71.     PCT Publication No. WO 2005/094667 (Torch), titled "Biosensors, communicators, and controllers monitoring eye movement and methods for using them," and published October 13, 2005.

72.     PCT Publication No. WO 2006/016366 (Allon et al.), titled "Integrated retinal imager and method," and published February 16, 2006.

73.     PCT Publication No. WO 2006/017117 (Al-Ali), titled "Cyanotic infant sensor," and published February 16, 2008.

74.     PCT Publication No. WO 2006/060949 (Jang), titled "Finger temperature indicating ring," and published June 15, 2006.

75.     PCT Publication No. WO 2006/079862 (Santha et al.), titled "Pulse oximeter and casing for anchoring a sensor," and published August 3, 2006.

76.     PCT Publication No. WO 2006/090371 (Orbach), titled "Methods and systems for physiological and psycho-physiological monitoring and uses thereof," and published August 31, 2006.

77.     PCT Publication No. WO 2006113070 (Colvin et al.), titled "Optical-based sensing devices," and published October 26, 2006.

78.     PCT Publication No. WO 2007/004083 (Nielsen et al.), titled "Sizing and positioning technology for an in-the-ear multi-measurement sensor to enable nibp calculation," and published January 11, 2007.

79.   PCT Publication No. WO 2007/017266 (Cho et al.), titled "Medical measuring device," and published February 15, 2007.

80.   PCT Publication No. WO 2007/048039 (Benni), titled "Method and apparatus for spectrophotometric based oximetry," and published April 26, 2007.

81.   PCT Publication No. WO 2007/144817 (Van Pieterson et al.), titled "Skin monitoring device, method of monitoring the skin, monitoring device, method of irradiating the skin, and use of an oled," and published December 21, 2007.

82.   PCT Publication No. WO 2008/002405 (Dietiker), titled "System and method for a non-invasive medical sensor," and published January 3, 2008.

83.   PCT Publication No. WO 2008/107238 (Goujon et al.), titled "Device for measuring at least one physiological parameter," and published September 12, 2008.

84.   PCT Publication No. WO 2008/149081 (Mathews et al.), titled "Pulse oximetry system," and published December 1, 2008.

85.   PCT Publication No. WO 2009/001988 (Lee et al.), titled "Diagnosis device using image sensor and method of manufacturing the same," and published December 31, 2008.

86.   PCT Publication No. WO 2009/137524 (Telfort et al.), titled "Pulse oximetry system with electrical decoupling circuitry," and published November 12, 2009.

87.   PCT Publication No. WO 2010/003134 (Kiani et al.), titled "Protrusion, heat sink, and shielding for improving spectroscopic measurement of blood constituents," and published January 7, 2010.

88.   PCT Publication No. WO 2011/051888 (Ackermans et al.), titled "Medical optical sensor," and published May 5, 2011.

89.   PCT Publication No. WO 2011/069122 (Al-Ali et al.), titled "Calibration for multi-stage physiological monitors," and published June 9, 2011.

90.   PCT Publication No. WO 2013/030744 (Eisen et al.), titled "Wearable pulse oximetry device," and published March 7, 2013.

91.   PCT Publication No. WO 2013/106607 (Mehta et al.), titled "Heart rate and blood oxygen monitoring system," and published July 18, 2013.

92.   PCT Publication No. WO 2013/181368 (Lisogurski), titled "Optical instrument with ambient light removal," and published December 5, 2013.

93.   PCT Publication No. WO 2014/115075 (Tognetti et al.), titled "Device, system and method for detection and processing of heartbeat signals," and published July 31, 2014.

94.   PCT Publication No. WO 2014/149781 (Larnego et al.), titled "Cloud-based physiological monitoring system," and published September 25, 2014.

95.   PCT Publication No. WO 2014/153200 (Ferber), titled "Systems and methods of multispectral blood measurement," and published September 25, 2014.

96.   PCT Publication No. WO 2014/158820 (Lamego et al.), titled "Patient monitor as a minimally invasive glucometer," and published October 2, 2014.

97.   PCT Publication No. WO 2014/178793 (Meitav), titled "Wristwatch including an integrated pulse oximeter or other modules that sense physiological data," and published November 6, 2014.

98.   PCT Publication No. WO 2014/184447 (Nousiainen et al.), titled "Portable pulse measuring device," and published November 20, 2014.

99.   PCT Publication No. WO 2015/187732 (Aki et al.), titled "Optical sensor for health monitoring," and published December 10, 2015.

100.   PCT Publication No. WO 2016/066312 (Trattler), titled "Optical sensor arrangement for an optical measurement of biological parameters and watch comprising the optical sensor arrangement," and published May 6, 2016.

101.   PCT Publication No. WO 93/012712 (Mendelson), titled "Blood constituent determination based on differential spectral analysis," and published July 8, 1993.

102.   PCT Publication No. WO1994/023643 (Steuer et al.), titled "System and method for noninvasive hematocrit monitoring," and published October 27, 1994.

103.   PCT Publication No. WO 99/000053 (Kimura et al.), titled "Living body inspecting apparatus and noninvasive blood analyzer using the same," and published January 7, 1999.

104. PCT Publication No. WO 99/001704 (Baker et al.), titled "Modular refreshment center for refrigerator fresh food compartment," and published July 3, 1997.

## C.   Non-Patent Publications

1. "Acrylic: Strong, stiff, clear plastic available in variety of brilliant colors," Copyright 2020. available at http://www.curbellplastics.com/Research-Solutions/Materials/Acrylic, 5 pages.

2. "Universal asynchronous receiver-transmitter," Wikipedia, available at https://en.wikipedia.org/wiki/Universal_asynchronous_receiver-transmitter, accessed Aug. 27, 2020, 10 pages.

3. 2 pages of images, identified by bates Nos. "APL-MAS_00057598" and "APL-MAS_00057599." Undated.

4. 3 pages of images, identified by bates Nos. "APL-MAS_00057600," "APL-MAS_00057601," and "APL-MAS_00057602." Undated.

5. A Wireless Wearable Reflectance Pulse Oximeter Printout, The Bioengineering Institute, Worcester Polytechnic Institute, 1 page. Undated.

6. A. C. M. Dassel et al., "Effect of location of the sensor on reflectance pulse oximetry," British Journal of Obstetrics and Gynaecology, vol. 104, Aug. 1997, pp. 910-916.

7. A. C. M. Dassel et al., "Reflectance Pulse Oximetry at the Forehead Improves by Pressure on the Probe," Journal of Clinical Monitoring, vol. 11, No. 4, Jul. 1995, pp. 237-244.

8. A. Gendler et al., "A PAB-Based Multi-Prefetcher Mechanism," International Journal of Parallel Programming, vol. 34, No. 2, Apr. 2006, pp. 171-188.

9. A. Lader et al., "An Investigative Study of Membrane-Based Biosensors," Proceedings of the IEEE 17th Annual Northeast Bioengineering Conference, 1991, pp. 253-254.

10. A. Nagre et al., "Effects of Motion Artifacts on Pulse Oximeter Readings from Different Facial Regions," Proceedings of the IEEE 31st Annual Northeast Bioengineering Conference, 2005, pp. 1-3.

11. A. Tura et al., "A Wearable Device with Wireless Bluetooth-based Data Transmission," Measurement Science Review, vol. 3, Sec. 2, 2003, pp. 1-4.

12.     Akira Sakane et al., "Estimating Arterial Wall Impedance using a Plethysmogram," IEEE 2003, pp. 580-585.

13.     B. F. Koegh et al., "Recent findings in the use of reflectance oximetry: a critical review," Current Opinion in Anaesthesiology, vol. 18, 2005, pp. 649-654.

14.     B. Landon et al., "Master Visually Windows Mobile 2003," Wiley Publishing, Inc., 2004, 335 pages (uploaded in two parts).

15.     B. McGarry et al., "Reflections on a candidate design of the user-interface for a wireless vital-signs monitor," Proceedings of DARE 2000 on Designing Augmented Reality Environments, Jan. 2000, pp. 33-40.

16.     B. Odegard et al., "An Analysis of Racewalking Styles Using a 2-Dimensional Mathematical Knee Model," Proceedings of the IEEE 23rd Northeast Bioengineering Conference, 1997, pp. 73-74.

17.     B. Yocum et al., "Design of a Reflectance Pulse Oximeter Sensor and its Evaluation in Swine," Proceedings of the 15th Annual Northeast Bioengineering Conference, IEEE, 1989, pp. 239-240.

18.     B.-H. Yang et al., "Development of the ring sensor for healthcare automation," Robotics and Autonomous Systems, 2000, pp. 273-281.

19.     B-H. Yang et al., "A Twenty-Four Hour Tele-Nursing System Using a Ringer Sensor," Proceedings of 1998 IEEE International Conference on Robotics and Automation, May 16-20, 1998, 6 pages.

20.     B-S. Lin et al., "RTWPMS: A Real-Time Wireless Physiological Monitoring System," IEEE Transactions on Information Technology in Biomedicine, vol. 10, No. 4, Oct. 2006, pp. 647-656.

21.     Burritt, Mary F.; Current Analytical Approaches to Measuring Blood Analytes; vol. 36; No. 8(B); 1990.

22.     C. D. Conway et al., "Wearable computer as a multi-parametric monitor for physiological signals," Proceedings IEEE International Symposium on Bio-Informatics and Biomedical Engineering, Arlington, VA, USA, 2000, pp. 236-242.

23.     C. E. Darling et al., "Detecting Blood Loss With a Wearable Photoplethysmography Device," Annals of Emergency Medicine, vol. 68, No. 45, Oct. 2016, p. S116.

24.    C. G. Scully et al., "Physiological Parameter Monitoring from Optical Recordings With a Mobile Phone," IEEE Transactions on Biomedical Engineering, vol. 59, No. 2, Feb. 2012, pp. 303-306.

25.    C. Gutierrez et al, "Non-Invasive Functional Mapping of the Brain Using Cerebral Oximeter," Proceedings of the Second Joint EMBS/BMES Conference, Oct. 2002, pp. 947-948.

26.    C. J. Pujary, "Investigation of Photodetector Optimization in Reducing Power Consumption by a Noninvasive Pulse Oximeter Sensor," Worcester Polytechnic Institute, Jan. 16, 2004, 133 pages.

27.    C. Pujary et al.,"Photodetector Size Considerations in the Design of a Noninvasive Reflectance Pulse Oximeter for Telemedicine Applications," Proceedings of IEEE Annual Northeast Bioengineering Conference, 2003, pp. 148-149.

28.    C. Tamanaha et al., "An Inorganic Membrane Filter to Support Biomembrane-Mimetic Structures," Proceedings of 17th International Conference of the Engineering in Medicine and Biology Society, Sep. 1995, pp. 1559-1560.

29.    C. Tamanaha et al., "Feasibility Study of an Inorganic Membrane Filter as a Support for Biomembrane-Mimetic Structures," Proceedings of the IEEE 21st Annual Northeast Bioengineering Conference, 1995, pp. 99-101.

30.    C. Tamanaha et al., "Humidity and Cation Dependency of Purple Membrane Based Biosensors," Proceedings of the 18th IEEE Annual Northeast Bioengineering Conference, Mar. 1992, pp. 107-108.

31.    C. Tamanaha et al., "Surface Modification of y-Al2O3 Filters by Chemisorption of Alkyltrichlorosilane Molecules," 18th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, 1996, pp. 2069-2070.

32.    C. W. Mundt et al., "A Multiparameter Wearable Physiologic Monitoring System for Space and Terrestrial Applications," IEEE Transactions on Information Technology in Biomedicine, vol. 9, No. 3, Sep. 2005, pp. 382-391.

33.    D. C. Zheng and Y. T. Zhang, "A ring-type device for the noninvasive measurement of arterial blood pressure," Proceedings of the 25th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (IEEE Cat. No. 03CH37439), Sep. 17-21, 2003, Cancun, pp. 3184-3187 vol. 4.

34.     D. Dao et al., "A Robust Motion Artifact Detection Algorithm for Accurate Detection of Heart Rates From Photoplethysmographic Signals Using Time-Frequency Spectral Features," IEEE Journal of Biomedical and Health Informatics, vol. 21, No. 5, Sep. 2017, pp. 1242-1253.

35.     D. Konstantas et al., "Mobile Patient Monitoring: The MobiHealth System," In Proceedings of International Conference on Medical and Care Compunetics, NCC'04, Feb. 2004, 8 pages.

36.     D. Marculescu et al., "Ready to Ware," IEEE Spectrum, vol. 40, Issue 10, Oct. 2003, pp. 28-32.

37.     D. Sen et al., "Pressure Ulcer Prevention System: Validation in a Clinical Setting," IEEE Life Sciences Conference (LSC), 2018, pp. 105-108.

38.     D. Sen et al., "Time-Domain-Based Measurement Technique for Pressure Measurement in a Wearable Wireless Sensor Patch," IEEE International Symposium on Circuits and Systems (ISCAS), 2018, pp. 1-5.

39.     D. Sen et al., "Wireless Sensor Patch Suitable for Continuous Monitoring of Contact Pressure in a Clinical Setting," 16th IEEE International New Circuits and Systems Conference (NEWCAS), 2018, pp. 91-95.

40.     D. Thompson et al., "A Small, High-Fidelity Reflectance Pulse Oximeter," American Society for Engineering Education, 2007, 14 pages.

41.     D. Thompson et al., "Pulse Oximeter Improvement with an ADC-DAC Feedback Loop and a Radical Reflectance Sensor," Proceedings of the 28th IEEE EMBS Annual International Conference, 2006, pp. 815-818.

42.     D. Traviglia et al., "A Portable Setup for Comparing Transmittance and Reflectance Pulse Oximeters for Field Testing Applications," Proceedings of the IEEE 30th Annual Northeast Bioengineering Conference, 2004, pp. 212-213.

43.     Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,258,265, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01520, dated Aug. 31, 2020, in 138 pages.

44.     Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,258,266, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00208, dated Nov. 20, 2020, in 96 pages.

45.     Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,292,628, Ex. 1003, Apple Inc. v.

Masimo Corporation, Inter Partes Review No. IPR2020-01521, dated Sep. 2, 2020, in 133 pages.

46.     Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,299,708, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00193, dated Nov. 20, 2020, in 136 pages.

47.     Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,376,190, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00195, dated Nov. 20, 2020, in 139 pages.

48.     Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,376,191, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00209, dated Nov. 20, 2020, in 96 pages.

49.     Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,588,553, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01536, dated Aug. 31, 2020, in 173 pages.

50.     Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,588,553, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01537, dated Aug. 31, 2020, in 181 pages.

51.     Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,588,554, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01538, dated Sep. 2, 2020, in 151 pages.

52.     Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,588,554, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01539, dated Sep. 2, 2020, in 170 pages.

53.     Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,624,564, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01713, dated Sep. 30, 2020, in 159 pages.

54.     Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,631,765, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01714, dated Sep. 30, 2020, in 122 pages.

55.     Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter
        Partes Review of U.S. Pat. No. 10,631,765, Ex. 1003, Apple Inc. v.
        Masimo Corporation, Inter Partes Review No. IPR2020-01715, dated Sep.
        30, 2020, in 117 pages.

56.     Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter
        Partes Review of U.S. Pat. No. 10,702,194, Ex. 1003, Apple Inc. v.
        Masimo Corporation, Inter Partes Review No. IPR2020-01716, dated Sep.
        30, 2020, in 109 pages.

57.     Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter
        Partes Review of U.S. Pat. No. 10,702,195, Ex. 1003, Apple Inc. v.
        Masimo Corporation, Inter Partes Review No. IPR2020-01733, dated Sep.
        30, 2020, in 108 pages.

58.     Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter
        Partes Review of U.S. Pat. No. 10,709,366, Ex. 1003, Apple Inc. v.
        Masimo Corporation, Inter Partes Review No. IPR2020-01737, dated Sep.
        30, 2020, in 110 pages.

59.     Definition of "gap," excerpt from Merriam-Webster's Collegiate
        Dictionary (11th ed.), 2005, 3 pages.

60.     Definition of "processor," excerpt from Merriam-Webster's Collegiate
        Dictionary (10th ed.), 1999, 6 pages.

61.     Design of Pulse Oximeters, J.G. Webster, Institution of Physics
        Publishing, IOP Publishing Ltd, 1997, 262 pages (uploaded in three parts).

62.     E. Higurashi et al., "An integrated laser blood flowmeter," Journal of
        Lightwave Technology, vol. 21, No. 3, pp. 591-595, Mar. 2003.

63.     E. Morillo et al., "Multiwavelength Transmission Spectrophotometry in
        the Pulsatile Measurement of Hemoglobin Derivatives in Whole Blood,"
        Proceedings of the IEEE 23rd Northeast Bioengineering Conference,
        1997, pp. 5-6.

64.     E. Stohr et al., "Quantitative FT-IR Spectrometry of Blood Constituents,"
        14th Annual International Conference of the IEEE Engineering in
        Medicine and Biology Society, 1992, pp. 173-174.

65.     E. Stohr et al., "Quantitative FTIR Spectrophotometry of Cholesterol and
        Other Blood Constituents and their Interference with the In-Vitro
        Measurement of Blood Glucose," Proceedings of the 18th IEEE Annual
        Northeast Bioengineering Conference, 1992, pp. 105-106.

66.    E. Tuite et al., "Design of Individual Balance Control Device Utilized during the Sit-to-Stand Task," ISB 2011 Brussels, 2011, pp. 1-2.

67.    Eiji Higurashi et al., "Hybrid integration technologies for optical micro-systems," Proc. SPIE 5604, Optomechatronic Micro/Nano Components, Devices, and Systems, Oct. 25, 2004, pp. 67-73.

68.    European Office Action issued in Application No. 09791157.2, dated Jun. 20, 2016.

69.    European Office Action issued in application No. 10763901.5 dated Aug. 27, 2014.

70.    European Office Action issued in application No. 10763901.5 dated Aug. 6, 2015.

71.    European Office Action issued in application No. 10763901.5 dated Jan. 11, 2013.

72.    Fabio Buttussi et al., "MOPET: A context-aware and user-adaptive wearable system for fitness training," Artificial Intelligence in Medicine 42, 2008, pp. 153-163.

73.    G. Comtois et al., "A Noise Reference Input to an Adaptive Filter Algorithm for Signal Processing in a Wearable Pulse Oximeter," IEEE, 2007, pp. 106-107.

74.    G. Comtois et al., "A Wearable Wireless Reflectance Pulse Oximeter for Remote Triage Applications," Proceedings of the IEEE 32nd Annual Northeast Bioengineering Conference, 2006, pp. 53-54.

75.    G. Comtois, "A Comparative Evaluation of Adaptive Noise Cancellation Algorithms for Minimizing Motion Artifacts in a Forehead-Mounted Wearable Pulse Oximeter," Proceedings of the 29th Annual international Conference of the IEEE EMBS, Aug. 23-26, 2007, pp. 1528-1531.

76.    G. Tamannagari, "Power Efficient Design of Finder-Ring Sensor for Patient Monitoring," Master of Science in Electrical Engineering, The University of Texas at San Antonio, College of Engineering, Department of Electrical Engineering, Dec. 2008, 74 pages.

77.    H. DiSpirito et al., "A Neural Stimulation System Model to Enhance Neural Integrated Circuit Design," 29th Southern Biomedical Engineering Conference, 2013, pp. 9-10.

78.     H.H. Asada et al., "Mobile Monitoring with Wearable Photoplethysmographic Biosensors," IEEE Engineering in Medicine and Biology Magazine, May/Jun. 2003, pp. 28-40.

79.     Hall, et al., Jeffrey W.; Near-Infrared Spectrophotometry: A New Dimension in Clinical Chemistry; vol. 38; No. 9; 1992.

80.     Home Use Guide: Nellcor Symphony N-3000 Pulse Oximeter, Nellcor Puritan Bennett, Inc., Copyright 1996, 50 pages.

81.     http://amivital.ugr.es/blog/?tag+spo2; Monitorizacion de la hemoglobina . . . y mucho mas, printed on Aug. 20, 2009.

82.     http://blogderoliveira.blogspot.com/2008_02_01_archive.html; Ricardo Oliveira, printed on Aug. 20, 2009.

83.     http://www.masimo.com/generalFloor/system.htm; Masimo Patient SafetyNet System at a Glance, printed on Aug. 20, 2009.

84.     http://www.masimo.com/partners/GRASEBY.htm; Graseby Medical Limited, printed on Aug. 20, 2009.

85.     http://www.masimo.com/PARTNERS/WELCHALLYN.htm; Welch Allyn Expands Patient Monitor Capabilities with Masimo Pulse Oximetry Technology, printed on Aug. 20, 2009.

86.     http://www.masimo.com/pulseOximeter/PPO.htm; Masimo Personal Pulse Oximeter, printed on Aug. 20, 2009.

87.     http://www.masimo.com/pulseOximeter/Rad5.htm; Signal Extraction Pulse Oximeter, printed on Aug. 20, 2009.

88.     http://www.masimo.com/rad-57/; Noninvasive Measurement of Methemoglobin, Carboxyhemoglobin and Oxyhemoglobin in the blood. Printed on Aug. 20, 2009.

89.     http://www.masimo.com/rainbow/pronto.htm Noninvasive & Immediate Hemoglobin Testing, printed on Aug. 20, 2009.

90.     http://www.masimo.com/spco/; Carboxyhemoglobin Noninvasive > Continuous > Immediate, printed on Aug. 20, 2009.

91.     International Preliminary Report on Patentability and Written Opinion for International Application No. PCT/US2016/040190, dated Jan. 2, 2018, in 7 pages.

92.    International Preliminary Report on Patentability and Written Opinion of the International Searching Authority issued in Application No. PCT US2009/049638, dated Jan. 5, 2011 in 9 pages.

93.    International Preliminary Report on Patentability and Written Opinion of the International Searching Authority issued in Application No. PCT/US2009/052756, dated Feb. 8, 2011 in 8 pages.

94.    International Search Report and Written Opinion for PCT/US2009/049638, dated Jan. 7, 2010.

95.    International Search Report issued in Application No. PCT/US2009/052756, dated Feb. 10, 2009 in 14 pages.

96.    International Search Report, App. No. PCT/US2010/047899, Date of Actual Completion of Search: Jan. 26, 2011, 4 pages.

97.    J Kraitl et al., "An optical device to measure blood components by a photoplethysmographic method," Journal of Optics A: Pure and Applied Optics. 7, 2005, pp. S318-S324.

98.    J. A. Pologe, "Pulse Oximetry: Technical Aspects of Machine Design," International Anesthesiology Clinics, vol. 25, No. 3, 1987, pp. 137-153.

99.    J. A. Tamada et al., "Noninvasive Glucose Monitoring: Comprehensive Clinical Results," JAMA, Nov. 17, 1999, vol. 282, No. 19, pp. 1839-1844.

100.   J. Bronzino et al., Medical Devices and Systems, The Biomedical Engineering Handbook, Third Edition, Taylor & Francis Group, LLC, Apr. 2006, 20 pages.

101.   J. Bronzino et al., The Biomedical Engineering Handbook, Second Edition, CRC Press LLC, 2000, 21 pages.

102.   J. Chong et al., "Photoplethysmograph Signal Reconstruction Based on a Novel Hybrid Motion Artifact Detection-Reduction Approach. Part I: Motion and Noise Artifact Detection," Annals of Biomedical Engineering, vol. 42, No. 11, Nov. 2014, pp. 2238-2250.

103.   J. Harvey et al., "A Portable Sensor for Skin Bioimpedance Measurements," International Journal of Sensors and Sensor Networks, vol. 7, No. 1, Aug. 2019, pp. 1-8.

104.   J. Harvey et al., "Correlation of bioimpedance changes after compressive loading of murine tissues in vivo," Physiological Measurement, vol. 40, No. 10, Oct. 2019, pp. 1-13.

105. J. Harvey et al., "OxiMA: A Frequency-Domain Approach to Address Motion Artifacts in Photoplethysmograms for Improved Estimation of Arterial Oxygen Saturation and Pulse Rate," IEEE Transactions on Biomedical Engineering, vol. 66, No. 2, Feb. 2019, pp. 311-318.

106. J. Hodby, "A ratio-measuring detection system for use in pulsed spectroscopic measurements," Journal of Physics E: Scientific Instruments, vol. 3, 1970, pp. 229-233.

107. J. McNeill et al., "Flexible Sensor for Measurement of Skin Pressure and Temperature in a Clinical Setting," 2016 IEEE Sensors, Nov. 2016, pp. 1-3.

108. J. McNeill et al., "Wearable Wireless Sensor Patch for Continuous Monitoring of Skin Temperature, Pressure, and Relative Humidity," IEEE International Symposium on Circuits and Systems (ISCAS), 2017, pp. 1-4.

109. J. Schmitt et al., "An Integrated Circuit-Based Optical Sensor for In Vivo Measurement of Blood Oxygenation," IEEE Transactions on Biomedical Engineering, vol. BME-33, No. 2, Feb. 1986, pp. 98-107.

110. J. Webster et al., Nanoparticles-Radiotherapy Accessories, Encyclopedia of Medical Devices and Instrumentation, Second Edition, vol. 5, Wiley-Interscience, 2006, 42 pages.

111. J. Yao, et al., "Stimulating Student Learning with a Novel 'In-House' Pulse Oximeter Design," Proceedings of the 2005 American Society for Engineering Education Annual Conference & Exposition, 2005, 14 pages.

112. Jan. 9, 2020 Complaint for (1) Patent Infringement (2) Trade Secret Misappropriation and (3) Ownership of Patents and Demand for Jury Trial, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, 64 pages.

113. Japanese Notice of Allowance, re JP Application No. 2011-516895, dated May 12, 2015, no translation.

114. Japanese Office Action, re JP Application No. 2011-516895, dated Sep. 2, 2014, with translation.

115. Jul. 24, 2020 Second Amended Complaint for (1) Patent Infringement (2) Trade Secret Misappropriation (3) Correction of Inventorship and (4) Ownership of Patents and Demand for Jury Trial, and including Exhibit 1, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, 182 pages.

116.  Jul. 27, 2020 Plaintiffs' Infringement Contentions, and including Exhibit 1 and Appendices A-P, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, 305 pages.

117.  K. Chon et al., "Wearable Wireless Sensor for Multi-Scale Physiological Monitoring," Worcester Polytechnic Institute, Oct. 2014, 82 pages.

118.  K. Chon et al., "Wearable Wireless Sensor for Multi-Scale Physiological Monitoring," Worcester Polytechnic Institute, Oct. 2015, 142 pages.

119.  K. Faisst et al., "Reflectance pulse oximetry in neonates," European Journal of Obstetrics & Gynecology and Reproductive Biology, vol. 61, No. 2, Aug. 1995, pp. 117-122.

120.  K. Hickle et al., "Wireless Pressure Ulcer Sensor," Annals of Plastic Surgery, vol. 82, Supplement 3, Apr. 2019, pp. S215-S221.

121.  K. Li et al., "A High-Performance Wireless Reflectance Pulse Oximeter for Photo-Plethysmogram Acquisition and Analysis in the Classroom," American Society for Engineering Education, 2010, 12 pages.

122.  K. Li et al., "A Wireless Reflectance Pulse Oximeter with Digital Baseline Control for Unfiltered Photoplethysmograms," IEEE Transactions on Biomedical Circuits and Systems, Nov. 2011, pp. 1-11.

123.  K. M. Warren et al., "Improving Pulse Rate Measurements during Random Motion Using a Wearable Multichannel Reflectance Photoplethysmograph," Sensors (Basel), vol. 16, No. 3, Mar. 2016, p. 1-18.

124.  K. Nakajima et al., "Monitoring of heart and respiratory rates by photoplethysmography using digital filtering technique," Med. Eng. Phy. vol. 18, No. 5, pp. 365-372, 1996.

125.  K. Ono et al., "Fiber optic reflectance spectrophotometry system for in vivo tissue diagnosis," Applied Optics, vol. 30, No. 1, Jan. 1991, pp. 98-105.

126.  K. Self, Application Note 78-Using Power Management with High-Speed Microcontrollers, Maxim Integrated Products, Inc., Mar. 29, 2001, 25 pages.

127.  Kanukurthy et al., "Data Acquisition Unit for an Implantable Multi-Channel Optical Glucose Sensor," Electro/Information Technology Conference, Chicago, IL, USA, May 17-20, 2007, pp. 1-6.

128. Konig et al., "Reflectance Pulse Oximetry-Principles and Obstetric Application in the Zurich System," Journal of Clinical Monitoring and Computing, vol. 14, No. 6, Aug. 1998, pp. 403-412.

129. Kuenstner, et al., J. Todd; Measurement of Hemoglobin in Unlysed Blood by Near-Infrared Spectroscopy; vol. 48; No. 4, 1994.

130. L. Grajales et al., "Wearable multisensor heart rate monitor," International Workshop on Wearable and Implantable Body Sensor Networks (BSN'06), Cambridge, MA, 2006, pp. 4-157.

131. L. Xu et al., "An integrated wrist-worn routine monitoring system for the elderly using BSN," 2008 5th International Summer School and Symposium on Medical Devices and Biosensors, Hong Kong, 2008, pp. 45-48.

132. Laukkanen RM et al., "Heart Rate Monitors: State of the Art," Journal of Sports Science, Jan. 1998, pp. S3-S7.

133. M. Barr, "Introduction to Pulse Width Modulation (PWM)," Barr Group, Embedded Systems Programming, Sep. 2001, pp. 1-3.

134. M. Corcoran et al., "A Humidifier for Olfaction Studies During Functional Magnetic Resonance Imaging," Proceedings of the IEEE 31st Annual Northeast Bioengineering Conference, 2005, pp. 1-2.

135. M. J. Hayes, "Artefact Reduction in Photoplethysmography," Doctoral thesis, Department of Electronic and Electrical Engineering, Loughborough University, Nov. 1998, 195 pages. (uploaded in 2 parts).

136. M. Last et al., Chapter 14: Early Warning from Car Warranty Data using a Fuzzy Logic Technique, Scalable Fuzzy Algorithms for Data Management and Analysis: Methods and Design, 2009, pp. 347-364.

137. M. Nogawa et al., "A Novel Hybrid Reflectance Pulse Oximeter Sensor with Improved Linearity and General Applicability to Various Portions of the Body," Proceedings of the 20th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, vol. 20, No. 4, 1998, pp. 1858-1861.

138. M. Savage et al., "Optimizing Power Consumption in the Design of a Wearable Wireless Telesensor: Comparison of Pulse Oximeter Modes," Proceedings of IEEE 29th Annual Nonheust Bioengineering Conference, 2003, pp. 150-151.

139. M. Yamashita et al., "Development of a Ring-Type Vital Sign Telemeter," Biotelemetry XIII, Mar. 26-31, 1995, pp. 145-150.

140.  Manzke, et al., B., Multi Wavelength Pulse Oximetry in the Measurement of Hemoglobin Fractions; SPIE, vol. 2676, Apr. 24, 1996.

141.  Mar. 25, 2020 First Amended Complaint for (1) Patent Infringement (2) Trade Secret Misappropriation (3) Correction of Inventorship and (4) Ownership of Patents and Demand for Jury Trial, and including Exhibits 13-24 (Exhibits 1-12 and 25-31 comprise copies of publicly available U.S. patents and U.S. patent application publications, and are not included herein for ease of transmission), Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, pp. 1-94, 983-1043 (total of 156 pages).

142.  McPherson, "How to Do Everything with Windows Mobile," McGraw Hill, 2006, 431 pages (uploaded in three parts).

143.  Mendelson et al., "A Mobile PDA-Based Wireless Pulse Oximeter," Proceedings of the IASTED International Conference Telehealth, Jul. 19-21, 2005, pp. 1-6.

144.  Mendelson et al., "A Wearable Reflectance Pulse Oximeter for Remote Physiological Monitoring," Proceedings of the 28th IEEE EMBS Annual International Conference, Aug. 30-Sep. 3, 2006, pp. 912-915.

145.  Mendelson et al., "Accelerometery-Based Adaptive Noise Cancellation for Remote Physiological Monitoring by a Wearable Pulse Oximeter," Proceedings of the 3rd IASTED International Conference TELEHEALTH, May 31-Jun. 1, 2007, pp. 28-33.

146.  Mendelson et al., "Measurement Site and Photodetector Size Considerations in Optimizing Power Consumption of a Wearable Reflectance Pulse Oximeter," Proceedings of the 25th Annual International Conference of the IEEE EMBS, Sep. 17-21, 2003, pp. 3016-3019.

147.  Mendelson et al., "Minimization of LED Power Consumption in the Design of a Wearable Pulse Oximeter,"Proceedings of the IASTED International Conference Biomedical Engineering, Jun. 25-27, 2003, 6 pages.

148.  N. Reljin et al., "Automatic Detection of Dehydration using Support Vector Machines," 14th Symposium on Neural Networks and Applications (NEUREL), Nov. 2018, pp. 1-6.

149.  N. Reljin et al., "Detection of Blood Loss in Trauma Patients using Time-Frequency Analysis of Photoplethysmographic Signal," IEEE-EMBS International Conference on Biomedical and Health Informatics (BHI), 2016, pp. 118-121.

150. N. Reljin et al., "Using support vector machines on photoplethysmographic signals to discriminate between hypovolemia and euvolemia," PLoS One, vol. 13, No. 3, Mar. 2018, pp. 1-14.

151. N. Selvaraj et al., "A Novel Approach Using Time-Frequency Analysis of Pulse-Oximeter Data to Detect Progressive Hypovolemia in Spontaneously Breathing Healthy Subjects," IEEE Transactions on Biomedical Engineering, vol. 58, No. 8, Aug. 2011, pp. 2272-2279.

152. N. Selvaraj et al., "Statistical Approach for the Detection of Motion/Noise Artifacts in Photoplethysmogram," 33rd Annual International Conference of the IEEE EMBS, Sep. 2011, pp. 4972-4975.

153. N. Townsend, "Pulse Oximetry," Medical Electronics, 2001, pp. 32-42.

154. National Instruments LabVIEW User Manual, National Instruments Corporation, Nov. 2001 Edition, Part No. 320999D-01, 293 pages.

155. Naumenko, E. K.; Choice of Wavelengths for Stable Determination of Concentrations of Hemoglobin Derivatives from Absorption Spectra of Erythrocytes; vol. 63; No. 1; pp. 60-66 Jan.-Feb. 1996; Original article submitted Nov. 3, 1994.

156. Nonin Medical, Inc., "Operator's Manual-Models 8600F0 and 8600F0M Pulse Oximeters," 2005, 25 pages.

157. Nov. 12, 2020 Third Amended Complaint for (1) Patent Infringement (2) Trade Secret Misappropriation (3) Correction of Inventorship and (4) Ownership of Patents and Demand for Jury Trial, and including Exhibit 1, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, 196 pages. [uploaded in 2 parts].

158. Nuria Oliver et al., "HealthGear: A Real-time Wearable System for Monitoring and Analyzing Physiological Signals," Proceedings of the International Workshop on Wearable and Implantable Body Sensor Networks 2006 IEEE, pp. 1-4.

159. Oct. 20, 2020 Letter from B. K. Andrea to J. Re et al., Re: Masimo Corp, et al. v. Apple, Inc., C.A. 8:20-cv-00048 (C.D. Cal.), 19 pages.

160. Operator's Manual: Nellcor N-200 Pulse Oximeter, Nellcor Incorporated, Copyright 2003, 96 pages.

161. Optoelectronics, Data Book 1990, Siemens Components, Inc., 770 pages. (uploaded in 7 parts).

162.    OxiplexTS Near Infrared, Non-Invasive, Tissue Spectrometer Brochure, ISS, Inc., Copyright 2001, 6 pages.

163.    P. Bhandare et al. "Glucose Determination in Simulated Plasma Solutions Using Infrared Spectrophotometry," 14th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, Nov. 1992, pp. 163-164.

164.    P. Bhandare et al., "Glucose determination in simulated blood serum solutions by Fourier transforms infrared spectroscopy: investigation of spectral interferences," Vibrational Spectroscopy, vol. 6, No. 3, Mar. 1994, pp. 363-378.

165.    P. Bhandare et al., "IR Spectrophotometric Measurement of Glucose in Phosphate Buffered Saline Solutions: Effects of Temperature and pH," Proceedings of the 18th IEEE Annual Northeast Bioengineering Conference, 1992, pp. 103-104.

166.    P. Bhandare et al., "Multivariate Determination of Glucose in Whole Blood Using Partial Least-Squares and Artificial Neural Networks Based on Mid-Infrared Spectroscopy," Society for Applied Spectroscopy, vol. 47, No. 8, 1993, pp. 1214-1221.

167.    P. Bhandare et al., "Neural Network Based Spectral Analysis of Multicomponent Mixtures for Glucose Determination," Proceedings of the IEEE, 17th Annual Northeast Bioengineering Conference, 1991, pp. 249-250.

168.    P. Branche et al., "Signal Quality and Power Consumption of a New Prototype Reflectance Pulse Oximeter Sensor," Proceeding of the 31th Annual Northeast Bioengineering Conference, Hoboken, NJ, IEEE, 2005, pp. 1-2.

169.    P. C. Branche et al., "A Wearable Wireless Reflectance Pulse Oximeter with Automatic and Remote On-Demand Activation," Annual Fall Meeting of the BMES, 2004, p. 1.

170.    P. C. Branche et al., "Measurement Reproducibility and Sensor Placement Considerations in Designing a Wearable Pulse Oximeter for Military Applications," IEEE, 2004, pp. 216-217.

171.    P. Celka et al., "Motion Resistant Earphone Located Infrared Based Hearth Rate Measurement Device," In Proceeding of the 2nd International Conference on Biomedical Engineering, Innsbruck, Austria, Feb. 16-18, 2004, pp. 582-585.

172.    P. Lukowicz et al., "AMON: A Wearable Medical Computer for High Risk Patient," Proceedings of the 6th International Symposium on Wearable Computers (ISWC'02), 2002, pp. 1-2.

173.    P. Lukowicz et al., "The WearARM Modular, Low-Power Computing Core," IEEE Micro, May-Jun. 2001, pp. 16-28.

174.    P. Muller et al., "A Preliminary In-Vitro Evaluation and Comparative Study of Various Tissue pH Sensors," Proceedings of the 18th IEEE Annual Northeast Bioengineering Conference, 1992, pp. 158-159.

175.    P. P. Vaidyanathan, "Multirate Digital Filters, Filter Banks, Polyphase Networks, and Applications: A Tutorial," Proceedings of the IEEE, vol. 78, No. 1, Jan. 1990, pp. 56-93.

176.    P. Renevey et al., "Wrist-Located Pulse Detection Using IR Signals, Activity and Nonlinear Artifact Cancellation," Proceedings of the 23rd Annual EMBS International Conference, Oct. 25-28, 2001, pp. 3030-3033.

177.    P. Shaltis et al., "Novel Design for a Wearable, Rapidly Depolyable, Wireless Noninvasive Triage Sensor," Proceedings of the 2005 IEEE, Engineering in Medicine and Biology 27th Annual Conference, Sep. 1-4, 2005, pp. 3567-3570.

178.    P. T. Gibbs et al., "Active Motion Artifact Cancellation for Wearable Health Monitoring Sensors Using Collocated MEMS Accelerometers," Proceedings of SPIE Smart Structures and Materials: Sensors and Smart Structures Technologies for Civil, Mechanical, and Aerospace Systems, May 17, 2005, pp. 811-819.

179.    P.S. Pandian et al., "Smart Vest: Wearable Multi-Parameter Remote Physiological Monitoring System," Medical Engineering & Physics 30, 2008. pp. 466-477.

180.    Petition for Inter Partes Review of U.S. Pat. No. 10,258,265, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01520, dated Aug. 31, 2020, in 114 pages.

181.    Petition for Inter Partes Review of U.S. Pat. No. 10,258,266, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00208, dated Nov. 20, 2020, in 80 pages.

182.    Petition for Inter Partes Review of U.S. Pat. No. 10,292,628, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01521, dated Sep. 2, 2020, in 107 pages.

183. Petition for Inter Partes Review of U.S. Pat. No. 10,299,708, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00193, dated Nov. 20, 2020, in 107 pages.

184. Petition for Inter Partes Review of U.S. Pat. No. 10,376,190, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00195, dated Nov. 20, 2020, in 109 pages.

185. Petition for Inter Partes Review of U.S. Pat. No. 10,376,191, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00209, dated Nov. 20, 2020, in 79 pages.

186. Petition for Inter Partes Review of U.S. Pat. No. 10,588,553, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01536, dated Aug. 31, 2020, in 114 pages.

187. Petition for Inter Partes Review of U.S. Pat. No. 10,588,554, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01538, dated Sep. 2, 2020, in 108 pages.

188. Petition for Inter Partes Review of U.S. Pat. No. 10,588,554, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01539, dated Sep. 2, 2020, in 111 pages.

189. Petition for Inter Partes Review of U.S. Pat. No. 10,624,564, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01713, dated Sep. 30, 2020, in 117 pages.

190. Petition for Inter Partes Review of U.S. Pat. No. 10,631,765, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01714, dated Sep. 30, 2020, in 113 pages.

191. Petition for Inter Partes Review of U.S. Pat. No. 10,631,765, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01715, dated Sep. 30, 2020, in 114 pages.

192. Petition for Inter Partes Review of U.S. Pat. No. 10,702,194, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01716, dated Sep. 30, 2020, in 100 pages.

193. Petition for Inter Partes Review of U.S. Pat. No. 10,702,195, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01733, dated Sep. 30, 2020, in 105 pages.

194. Petition for Inter Partes Review of U.S. Pat. No. 10,709,366, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01737, dated Sep. 30, 2020, in 104 pages.

195.  Petition for Inter Partes Review of US Patent No. 10,588,553, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01537, dated Aug. 31, 2020, in 114 pages.

196.  QuickSpecs, Version 3, Nov. 20, 2003, HP iPAQ Pocket PC h4150 Series, 8 pages.

197.  R. Fensli et al., "A Wireless ECG System for Continuous Event Recording and Communication to a Clinical Alarm Station," Conf Proc IEEE Eng Med Biol Soc, 2004, pp. 1-4.

198.  R. Gupta et al., "Design and Development of Pulse Oximeter," Proceedings RC IEEE-EMBS & 14th BMESI, 1995, pp. 1.13-1.16.

199.  R. J. Duckworth et al., Field Testing of a Wireless Wearable Reflectance Pulse Oximeter Printout, Department of Electrical and Computer Engineering and Department of Biomedical Engineering, Worcester Polytechnic Institute, 1 page. Undated.

200.  R. Kasbekar et al., "Evaluation of key design parameters for mitigating motion artefact in the mobile reflectance PPG signal to improve estimation of arterial oxygenation," Physiological Measurement, vol. 39, No. 7, Jul. 2018, pp. 1-12.

201.  R. P. Dresher et al., "A New Reflectance Pulse Oximeter Housing to Reduce Contact Pressure Effects," IEEE, 2006, pp. 49-50.

202.  R. P. Dresher et al., "Reflectance Forehead Pulse Oximetry: Effects on Contact Pressure During Walking," Proceedings of the 28th IEEE EMBS Annual International Conference, Aug. 30-Sep. 3, 2006, pp. 3529-3532.

203.  R. Paradiso, "Wearable Health Care System for Vital Signs Monitoring," In Proceedings of IEEE International Conference on Information Technology Applications in Biomedicine, May 2003, pp. 283-286.

204.  R. Peura et al, "Biotechnology for Biomedical Engineers," IEEE Engineering in Medicine and Biology, vol. 14, No. 2, Apr. 1995, pp. 199-200.

205.  RF Cafe, Electronic Warfare and Radar Systems Engineering Handbook, Duty Cycle, available at https://www.rfcafe.com/references/electrical/ew-radar-handbook/duty-cycle.htm, retrieved Jul. 11, 2020, 3 pages.

206.  Russell Dresher, "Wearable Forehead Pulse Oximetry: Minimization of Motion and Pressure Artifacts," May 3, 2006, 93 pages.

207.    S. Djamasbi et al., "Affect Feedback during Crisis and Its Role in Improving IS Utilization," Proceedings of the 7th International Conference on Information Systems for Crisis Response and Management (ISCRAM), 2010, pp. 1-4.

208.    S. Duun et al., "A Novel Ring Shaped Photodiode for Reflectance Pulse Oximetry in Wireless Applications," IEEE Sensors Conference, 2007, pp. 596-599.

209.    S. Kastle et al., "A New Family of Sensors for Pulse Oximetry," Hewlett-Packard Journal, Article 7, Feb. 1997, pp. 1-17.

210.    S. LeGare et al., "A Device to Assess the Severity of Peripheral Edema," IEEE 33rd Annual Northeast Bioengineering Conference, 2007, pp. 257-258.

211.    S. M. A. Salehizadeh et al., "Photoplethysmograph Signal Reconstruction based on a Novel Motion Artifact Detection-Reduction Approach. Part II: Motion and Noise Artifact Removal," Annals of Biomedical Engineering, vol. 42, May 2014, pp. 2251-2263.

212.    S. Oshima et al., "Optical Measurement of Blood Hematocrit on Medical Tubing with Dual Wavelength and Detector Model," 31st Annual International Conference of the IEEE EMBS, Sep. 2009, pp. 5891-5896.

213.    S. Patrick et al., "An Electromyogram Simulator for Myoelectric Prosthesis Testing," Proceedings of the IEEE 36th Annual Northeast Bioengineering Conference (NEBEC), 2010, pp. 1-2.

214.    S. Pentland, "Healthwear: Medical Technology Becomes Wearable," IEEE Computer Society, vol. 37, Issue 5, May 2004, pp. 34-41.

215.    S. Rhee et al., "Artifact-Resistant, Power Efficient Design of Finger-Ring Plethysmographic Sensors, Part I: Design and Analysis," 22nd Annual International Conference IEEE Engineering in Medicine and Biology Society, Jul. 23-28, 2000, pp. 2792-2795.

216.    S. Rhee et al., "Design of a Artifact-Free Wearable Plethysmographic Sensor," 21st Annual International Conferemce IEEE Engineering in Medicine and Biology Society, Oct. 13-16, 1999, p. 786.

217.    S. Rhee et al., "The Ring Sensor: a New Ambulatory Wearable Sensor for Twenty-Four Hour Patient Monitoring," Proceedings of the 20th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, Oct. 29-Nov. 1 1998, 4 pages.

218.   S. Salehizadeh et al., "A Novel Time-Varying Spectral Filtering Algorithm for Reconstruction of Motion Artifact Corrupted Heart Rate Signals During Intense Physical Activities Using a Wearable Photoplethysmogram Sensor," Sensors 2016, vol. 16, No. 1, Dec. 2015, pp. 1-20.

219.   S. Takatani et al., "Experimental and Clinical Evaluation of a Noninvasive Reflectance Pulse Oximeter Sensor," Journal of Clinical Monitoring, vol. 8, No. 4, Oct. 1992, pp. 257-266.

220.   S. Warren et al., "Designing Smart Health Care Technology into the Home of the Future," Workshops on Future Medical Devices: Home Care Technologies for the 21st Century, Apr. 1999, 19 pages.

221.   S. Xie et al., "A Predictive Model for Force-Sensing Resistor Nonlinearity for Pressure Measurement in a Wearable Wireless Sensor Patch," IEEE 61st International Midwest Symposium on Circuits and Systems, 2018, pp. 476-479.

222.   Schmitt, et al., Joseph M.; Measurement of Blood Hematocrit by Dual-Wavelength near-IR Photoplethysmography; vol. 1641; 1992.

223.   Schmitt, Joseph M.; Simple Photon Diffusion Anaylsis of the Effects of Multiple Scattering on Pulse Oximetry; Mar. 14, 1991; revised Aug. 30, 1991.

224.   Schnapp, et al., L.M.; Pulse Oximetry. Uses and Abuses.; Chest 1990; 98; 1244-1250 DOI 10.1378/Chest.98.5.1244.

225.   Sen et al., "A New Vision for Preventing Pressure Ulcers: Wearable Wireless Devices Could Help Solve a Common-and Serious-Problem," IEEE Pulse, vol. 9, No. 6, Nov. 2018, pp. 28-31.

226.   Sep. 8, 2020 Apple's Preliminary Invalidity Contentions, and including Exhibits A-G, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, 3960 pages. [uploaded in 15 parts].

227.   Service Manual: Nellcor Symphony N-3000 Pulse Oximeter, Nellcor Puritan Bennett, Inc., Copyright 1996, 110 pages.

228.   Service Manual: NPB-40 Handheld Pulse Oximeter, Nellcor Puritan Bennett, Inc., Copyright 2001, 55 pages.

229.   Small et al., "Data Handling Issues for Near-Infrared Glucose Measurements," http://www.ieee.org/organizations/pubs/newsletters/leos/apr98/datahandling.htm, accessed Nov. 27, 2007.

230.   Smith, "The Pursuit of Noninvasive Glucose: 'Hunting the Deceitful Turkey'," 2006.

231.   Sokwoo Rhee et al., "Artifact-Resistant Power-Efficient Design of Finger-Ring Plethysmographic Sensors," IEEE Transactions on Biomedical Engineering, Jul. 2001, pp. 795-805, vol. 48, No. 7.

232.   Sonnia Maria López Silva et al., "Near-infrared transmittance pulse oximetry with laser diodes," Journal of Biomedical Optics vol. 8 No. 3, Jul. 2003, pp. 525-533.

233.   Stephen A. Mascaro et al., "Measurement of Finger Posture and Three-Axis Fingertip Touch Force Using Fingernail Sensors," IEEE International Conference on Robotics and Automation, 2002, pp. 1-11.

234.   Stephen A. Mascaro et al., "Photoplethysmograph Fingernail Sensors for Measuring Finger Forces Without Haptic Obstruction," IEEE Transactions on Robotics and Automation, vol. 17, No. 5, Oct. 2001, pp. 698-708.

235.   T. Kiyokura et al., "Wearable Laser Blood Flowmeter for Ubiquitous Healthcare Service," 2007 IEEE/LEOS International Conference on Optical MEMS and Nanophotonics, Hualien, 2007, pp. 4-5.

236.   T. Martin et al., "Issues in Wearable Computing for Medical Montioring Applications: A Case Study of a Wearable ECG Monitoring Device," In Proceedings of International Symposium of Wearable Computers (ISWC'00), Feb. 2000, pp. 43-49.

237.   T. Torfs et al., "Body-Heat Powered Autonomous Pulse Oximeter," IEEE Sensors 2006, EXCO, Oct. 22-25, 2006, pp. 427-430.

238.   Takumi Morita et al., "Integrated Blood Flowmeter Using Micromachining Technology," Dec. 2004, pp. 77-80.

239.   U. Anliker et al., "AMON: A Wearable Multiparameter Medical Monitoring and Alert System," IEEE Transactions on Information Technology in Biomedicine, Jan. 2005, pp. 1-11.

240.   V. Floroff, "PDA Interface for the WPI Wireless Physiological Monitor," Directed research, Department of Biomedical Engineering, Worcester Polytechnic Institute, Mar. 2006, 42 pages.

241.   V. Floroff, "Remote Pulse Oximetry: The wireless side of the TATRC project." Thesis, Worcester Polytechnic Institute, Feb. 2005, pp. 1-20.

242.   V. Konig et al., "Reflexions-Pulsoximetrie-Untersuchungen mit eigenem Mess-System," Biomedical Engineering, Biomedizinische Technik, vol. 37. No. s2, 1992, pp. 39-40.

243.   W. Johnston et al., "Effects of Motion Artifacts on Helmet-Mounted Pulse Oximeter Sensors," Proceedings of the IEEE 30th Annual Northeast Bioengineering Conference, 2014, pp. 214-215.

244.   W. Johnston et al., "Extracting Heart Rate Variability from a Wearable Reflectance Pulse Oximeter," IEEE, 2005, pp. 1-2.

245.   W. S. Johnston et al., "Extracting Breathing Rate Information from a Wearable Reflectance Pulse Oximeter Sensor," Proceedings of the 26th Annual International Conference of the IEEE EMBS, Sep. 1-5, 2004, pp. 5388-5391.

246.   W. S. Johnston et al., "Investigation of Signal Processing Algorithms for an Embedded Microcontroller-Based Wearable Pulse Oximeter," Proceedings of the 28th IEEE EMBS Annual International Conference, Aug. 30-Sep. 3, 2006, pp. 5888-5891.

247.   Wireless Wearable Reflectance Pulse Oximeter, PowerPoint, The Bioengineering Institute, Worcester Polytechnic Institute, TATRC, 10 pages. Undated.

248.   Y. Mendelson et al., "A Multiwavelength VIS-NIR Spectrometer for Pulsatile Measurement of Hemoglobin Derivatives in Whole Blood," 18th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, 1996, pp. 134-135.

249.   Y. Mendelson et al., "An In Vitro Tissue Model for Evaluating the Effect of Carboxyhemoglobin Concentration on Pulse Oximetry," IEEE Transactions on Biomedical Engineering, vol. 36, No. 6, Jun. 1989, pp. 625-627.

250.   Y. Mendelson et al., "Blood Glucose Measurement by Multiple Attenuated Total Reflection and Infrared Absorption Spectroscopy," IEEE Transactions on Biomedical Engineering, vol. 37, No. 5, May 1990, pp. 458-465.

251.   Y. Mendelson et al., "Carbon dioxide laser based multiple ATR technique for measuring glucose in aqueous solutions," Applied Optics, vol. 27, No. 24, Dec. 1988, pp. 5077-5081.

252.   Y. Mendelson et al., "Evaluation of the Datascope ACCUSAT Pulse Oximeter in Healthy Adults," Journal of Clinical Monitoring, vol. 4, No. 1, Jan. 1988, pp. 59-63.

253.    Y. Mendelson et al., "Multi-channel pulse oximetry for wearable physiological monitoring," IEEE International Conference on Body Sensor Networks, 2013, pp. 1-6.

254.    Y. Mendelson et al., "Noninvasive Pulse Oximetry Utilizing Skin Reflectance Photoplethysmography," IEEE Transactions on Biomedical Engineering, vol. 35, No. 10, Oct. 1988, pp. 798-805.

255.    Y. Mendelson et al., "Noninvasive Transcutaneous Monitoring of Arterial Blood Gases," IEEE Transactions on Biomedical Engineering, vol. BME-31, No. 12, Dec. 1984, pp. 792-800.

256.    Y. Mendelson et al., "The Feasibility of Measuring SpO2 from the Head Using a Reflectance Pulse Oximeter: Effect of Motion Artifacts," Proceeding of the 3rd European Medical & Biological Engineering Conference, 2005, 5 pages.

257.    Y. Mendelson et al., "Variations in Optical Absorption Spectra of Adult and Fetal Hemoglobins and Its Effect on Pulse Oximetry," IEEE Transactions on Biomedical Engineering, vol. 36, No. 8, Aug. 1989, pp. 844-848.

258.    Y. Mendelson et al., "Wireless Reflectance Pulse Oximetery for Remote Triage Application," Worcester Polytechnic Institute, 1 page. Undated.

259.    Y. Mendelson et al., A Wearable Reflectance Pulse Oximeter for Remote Physiological Monitoring, PowerPoint, The Bioengineering Institute, Worcester Polytechnic Institute, 18 pages. Undated.

260.    Y. Mendelson et al., A Wireless Wearable Reflectance-Based Forehead Pulse Oximeter, PowerPoint, The Bioengineering Institute, Worcester Polytechnic Institute, 8 pages. Undated.

261.    Y. Mendelson et al., Chapter 9: Biomedical Sensors, Introduction to Biomedical Engineering, Second Edition, Apr. 2005, pp. 505-548.

262.    Y. Mendelson et al., Pulse Oximetry: Theory and Applications for Noninvasive Monitoring, Clinical Chemistry, vol. 38, No. 9, 1992, pp. 1601-1607.

263.    Y. Mendelson, "Wearable, Wireless, Noninvasive Physiological Sensing," The Bioengineering Institute, Worcester Polytechnic Institute, 2005, 2 pages.

264.    Y. Mendelson, et al., "Design and Evaluation of a New Reflectance Pulse Oximeter Sensor," Worcester Polytechnic Institute, Biomedical Engineering Program, Worcester, MA 01609, Association for the

Advancement of Medical Instrumentation, vol. 22, No. 4, 1988, pp. 167-173.

265.    Y. Mendelson, et al., "Skin Reflectance Pulse Oximetry: In Vivo Measurements from the Forearm and Calf," Journal of Clinical Monitoring, vol. 7, No. 1, Jan. 1991, pp. 7-12.

266.    Y. Mendelson, Pulse Oximetry, PowerPoint, UMass Center for Clinical and Translational Science Research Retreat, 2017, 22 pages.

267.    Y. Shimada et al., "Evaluation of a new reflectance pulse oximeter for clinical applications," Medical & Biological Engineering & Computing, vol. 29, No. 5, Sep. 1991, pp. 557-561.

268.    Y. Xu et al., "Drowsiness Control Center by Photoplethysmogram," 38th Annual Northeast Bioengineering Conference (NECBEC), IEEE, 2012, pp. 430-431.

269.    Y-S. Yan et al., An Efficient Motion-Resistant Method for Wearable Pulse Oximeter, IEEE Transactions on Information Technology in Biomedicine, vol. 12, No. 3, May 2008, pp. 399-405.

270.    Yuan-Hsiang Lin et al., "A wireless PDA-based physiological monitoring system for patient transport," IEEE Transactions on Information Technology in Biomedicine, vol. 8, No. 4, pp. 439-447, Dec. 2004.

## III.    Identification of Exemplary Prior Art to U.S. Patent No. 10,945,648

### A.    U.S. Patent Publications

1.    U.S. Patent No. 3,452,215A (Alessio), titled "Light bulb socket adapter," and issued June 24, 1969.

2.    U.S. Patent No. 3,760,582A (Thiess et al.), titled "Electronic timepiece with power conserving features," and issued September 25, 1973.

3.    U.S. Patent No. 3,789,601A (Bergey), titled "Solid state watch with magnetic setting," and issued February 5, 1974.

4.    U.S. Patent No. 3,910,701A (Henderson et al.), titled "Method and apparatus for measuring light reflectance absorption and or transmission," and issued October 7, 1975.

5.    U.S. Patent No. 4,015,595A (Benjamin), titled "Photoplethysmographs," and issued April 5, 1977.

6. U.S. Patent No. 4,114,604A (Shaw et al.), titled "Catheter oximeter apparatus and method," and issued September 19, 1978.

7. U.S. Patent No. 4,129,124A (Thalmann), titled "Pulse-rate indicator," and issued December 12, 1978.

8. U.S. Patent No. 4,224,948A (Cramer et al.), titled "Wrist borne pulse meter/chronometer," and issued September 30, 1980.

9. U.S. Patent No. 4,258,719A (Lewyn), titled "Heart rate measurement system," and issued March 31, 1981.

10. U.S. Patent No. 4,267,844A (Yamanishi), titled "Medical instrument for determining jaundice," and issued May 19, 1981.

11. U.S. Patent No. 4,409,470A (Shepard et al.), titled "Narrow-bodied, single-and twin-windowed portable laser scanning head for reading bar code symbols," and issued October 11, 1983.

12. U.S. Patent No. 4,438,338A (Stitt et al.), titled "Low profile optical coupling for an optoelectronic module," and issued March 20, 1984.

13. U.S. Patent No. 4,444,471A (Ford et al.), titled "Variable focus lens system employing elastomeric lens," and issued April 24, 1984.

14. U.S. Patent No. 4,447,150A (Heinemann), titled "Apparatus and method for measuring blood oxygen saturation," and issued May 8, 1984.

15. U.S. Patent No. 4,547,075A (Fei), titled "Device for the detection and calculation of particles present in a moving suspension for hematological analyses and the like," and issued October 15, 1985.

16. U.S. Patent No. 4,653,498A (New et al.), titled "Pulse oximeter monitor," and issued March 31, 1987.

17. U.S. Patent No. 4,655,225A (Dahne et al.), titled "Spectrophotometric method and apparatus for the non-invasive," and issued April 7, 1987.

18. U.S. Patent No. 4,684,245A (Goldring), titled "Electro-optical coupler for catheter oximeter," and issued August 4, 1987.

19. U.S. Patent No. 4,709,413A (Forrest et al.), titled "Bidirectional fiber optic systems," and issued November 24, 1987.

20. U.S. Patent No. 4,755,676A (Gaalema et al.), titled "Infrared detector with improved heat dissipation," and issued July 5, 1988.

21.    U.S. Patent No. 4,759,369A (Taylor), titled "Pulse oximeter," and issued July 26, 1988.

22.    U.S. Patent No. 4,781,195A (Martin), titled "Blood monitoring apparatus and methods with amplifier input dark current correction," and issued November 1, 1988.

23.    U.S. Patent No. 4,782,836A (Alt), titled "Rate adaptive cardiac pacemaker responsive to patient activity and temperature," and issued November 8, 1988.

24.    U.S. Patent No. 4,802,486A (Goodman et al.), titled "Method and apparatus for detecting optical pulses," and issued February 7, 1989.

25.    U.S. Patent No. 4,805,623A (Jöbsis), titled "Spectrophotometric method for quantitatively determining the concentration of a dilute component in a light- or other radiation-scattering environment," and issued February 21, 1989.

26.    U.S. Patent No. 4,819,860A (Hargrove et al.), titled "Wrist-mounted vital functions monitor and emergency locator," and issued April 11, 1989.

27.    U.S. Patent No. 4,825,872A (Tan et al.), titled "Finger sensor for pulse oximetry system," and issued May 2, 1989.

28.    U.S. Patent No. 4,859,057A (Taylor et al.), titled "Oximeter apparatus," and issued August 22, 1989.

29.    U.S. Patent No. 4,865,038A (Rich et al.), titled "Sensor appliance for non-invasive monitoring," and issued September 12, 1989.

30.    U.S. Patent No. 4,867,557A (Takatani et al.), titled "Reflection type oximeter for applying light pulses to a body tissue to measure oxygen saturation," and issued September 19, 1989.

31.    U.S. Patent No. 4,869,253A (Craig et al.), titled "Method and apparatus for indicating perfusion and oxygen saturation trends in oximetry," and issued September 26, 1989.

32.    U.S. Patent No. 4,880,304A (Jaeb et al.), titled "Optical sensor for pulse oximeter," and issued November 14, 1989.

33.    U.S. Patent No. 4,903,701A (Moore et al.), titled "Oxygen sensing pacemaker," and issued February 27, 1990.

34.    U.S. Patent No. 4,928,692A (Goodman et al.), titled "Method and apparatus for detecting optical pulses," and issued May 29, 1990.

35.    U.S. Patent No. 4,933,545A (Saaski et al.), titled "Optical pressure-sensing system using optical resonator cavity," and issued June 12, 1990.

36.    U.S. Patent No. 4,938,218A (Goodman et al.), titled "Perinatal pulse oximetry sensor," and issued July 3, 1990.

37.    U.S. Patent No. 4,941,236A (Sherman et al.), titled "Magnetic clasp for wristwatch strap," and issued July 17, 1990.

38.    U.S. Patent No. 4,945,239A (Wist et al.), titled "Early detection of breast cancer using transillumination," and issued July 31, 1990.

39.    U.S. Patent No. 4,955,379A (Hall et al.), titled "Motion artefact rejection system for pulse oximeters," and issued September 11, 1990.

40.    U.S. Patent No. 4,960,128A (Gordon et al.), titled "Method and apparatus for continuously and non-invasively measuring the blood pressure of a patient," and issued October 2, 1990.

41.    U.S. Patent No. 4,960,314A (Smith et al.), titled "Diffraction optics diffusing screen laminate for full color on-axis viewing," and issued October 2, 1990.

42.    U.S. Patent No. 4,964,408A (Hink et al.), titled "Oximeter sensor assembly with integral cable," and issued October 23, 1990.

43.    U.S. Patent No. 5,007,423A (Branstetter et al.), titled "Oximeter sensor temperature control," and issued April 16, 1991.

44.    U.S. Patent No. 5,025,791A (Niwa), titled "Pulse oximeter with physical motion sensor," and issued June 25, 1991.

45.    U.S. Patent No. 5,028,787A (Rosenthal et al.), titled "Non-invasive measurement of blood glucose," and issued July 2, 1991.

46.    U.S. Patent No. 5,035,243A (Muz), titled "Holder sleeve for positioning a detecting and measuring sensor," and issued July 30, 1991.

47.    U.S. Patent No. 5,041,187A (Hink et al.), titled "Oximeter sensor assembly with integral cable and method of forming the same," and issued August 20, 1991.

48.    U.S. Patent No. 5,043,820A (Wyles et al.), titled "Focal plane array readout employing one capacitive feedback transimpedance amplifier for each column," and issued August 27, 1991.

49.    U.S. Patent No. 5,069,213A (Polczynski), titled "Oximeter sensor assembly with integral cable and encoder," and issued December 3, 1991.

50.    U.S. Patent No. 5,069,214A (Samaras et al.), titled "Flash reflectance oximeter," and issued December 3, 1991.

51.    U.S. Patent No. 5,069,680A (Grandjean), titled "Muscle stimulator with variable duty cycle," and issued December 3, 1991.

52.    U.S. Patent No. 5,077,476A (Rosenthal), titled "Instrument for non-invasive measurement of blood glucose," and issued December 31, 1991.

53.    U.S. Patent No. 5,086,229A (Rosenthal et al.), titled "Non-invasive measurement of blood glucose," and issued February 4, 1992.

54.    U.S. Patent No. 5,099,842A (Mannheimer et al.), titled "Perinatal pulse oximetry probe," and issued March 31, 1992.

55.    U.S. Patent No. 5,109,849A (Goodman et al.), titled "Perinatal pulse oximetry sensor," and issued May 5, 1992.

56.    U.S. Design Patent No. D326,715S (Schmidt), titled "Medical sensors for measuring oxygen saturation or the like," and issued June 2, 1992.

57.    U.S. Patent No. 5,122,925A (Inpyn), titled "Package for electronic components," and issued June 16, 1992.

58.    U.S. Patent No. 5,131,391A (Sakai et al.), titled "Pulse oxymeter having probe with warming means," and issued July 21, 1992.

59.    U.S. Patent No. 5,137,023A (Mendelson et al.), titled "Method and apparatus for monitoring blood analytes noninvasively by pulsatile photoplethysmography," and issued August 11, 1992.

60.    U.S. Patent No. 5,158,082A (Jones et al.), titled "Apparatus for heating tissue with a photoplethysmograph sensor," and issued October 27, 1992.

61.    U.S. Patent No. 5,158,091A (Butterfiled et al.), titled "Tonometry system for determining blood pressure," and issued October 27, 1992.

62.    U.S. Patent No. 5,159,929A (McMillen et al.), titled "Insulated RF shield," and issued November 3, 1992.

63.    U.S. Patent No. 5,163,438A (Gordon et al.), titled "Method and apparatus for continuously and noninvasively measuring the blood pressure of a patient," and issued November 17, 1992.

64.     U.S. Patent No. 5,176,137 A (Erickson et al.), titled "Apparatus for discrimination of stable and unstable ventricular tachycardia and for treatment thereof," and issued January 5, 1993.

65.     U.S. Patent No. 5,190,038 A (Polson et al.), titled "Pulse oximeter with improved accuracy and response time," and issued March 2, 1993.

66.     U.S. Patent No. 5,203,329 A (Takatani et al.), titled "Noninvasive reflectance oximeter sensor providing controlled minimum optical detection depth," and issued April 20, 1993.

67.     U.S. Patent No. 5,218,962 A (Mannheimer et al.), titled "Multiple region pulse oximetry probe and oximeter," and issued June 15, 1993.

68.     U.S. Patent No. 5,222,295 A (Dorris), titled "Method for repairing diesel engine cylinder blocks," and issued June 29, 1993.

69.     U.S. Patent No. 5,222,495 A (Clarke et al.), titled "Non-invasive blood analysis by near infrared absorption measurements using two closely spaced wavelengths," and issued June 29, 1993.

70.     U.S. Patent No. 5,222,496 A (Clarke et al.), titled "Infrared glucose sensor," and issued June 29, 1993.

71.     U.S. Patent No. 5,228,449 A (Christ et al.), titled "System and method for detecting out-of-hospital cardiac emergencies and summoning emergency assistance," and issued July 20, 1993.

72.     U.S. Patent No. 5,249,576 A (Goldberger et al.), titled "Universal pulse oximeter probe," and issued October 5, 1993.

73.     U.S. Patent No. 5,250,342 A (Lang et al.), titled "Composite EMI shield having clean, highly conductive surfaces for conductive bonding," and issued October 5, 1993.

74.     U.S. Patent No. 5,251,011 A (Fujiwara et al.), titled "Displacement detection system," and issued October 5, 1993.

75.     U.S. Patent No. 5,254,388 A (Melby et al.), titled "Light control film with reduced ghost images," and issued October 19, 1993.

76.     U.S. Patent No. 5,254,992 A (Keen et al.), titled "Low power electronic measuring system," and issued October 19, 1993.

77.     U.S. Patent No. 5,273,036 A (Kronberg et al.), titled "Apparatus and method for monitoring respiration," and issued December 28, 1993.

78.     U.S. Patent No. 5,278,627A (Aoyagi et al.), titled "Apparatus for calibrating pulse oximeter," and issued January 11, 1994.

79.     U.S. Patent No. 5,297,548A (Pologe), titled "Arterial blood monitoring probe," and issued March 29, 1994.

80.     U.S. Patent No. 5,319,355A (Russek), titled "Alarm for patient monitor and life support equipment system," and issued June 7, 1994.

81.     U.S. Patent No. 5,333,616A (Mills et al.), titled "Wrist-worn ECG monitor," and issued August 2, 1994.

82.     U.S. Patent No. 5,337,744A (Branigan), titled "Low noise finger cot probe," and issued August 16, 1994.

83.     U.S. Patent No. 5,337,745A (Benaron), titled "Device and method for in vivo qualitative or quantative measurement of blood chromophore concentration using blood pulse spectrophotometry," and issued August 16, 1994.

84.     U.S. Patent No. 5,341,805A (Stavridi et al.), titled "Glucose fluorescence monitor and method," and issued August 30, 1994.

85.     U.S. Patent No. 5,355,242A (Eastmond et al.), titled "Receiver for binary coded wireless optical data," and issued October 11, 1994.

86.     U.S. Patent No. 5,358,519A (Grandjean), titled "Muscle control and monitoring system," and issued October 25, 1994.

87.     U.S. Patent No. 5,362,966A (Rosenthal et al.), titled "Measurement of finger temperature in near-infrared quantitative measurement instrument," and issued November 8, 1994.

88.     U.S. Design Patent No. D353,195S (Savage et al.), titled "Electronic stethoscope housing," and issued December 6, 1994.

89.     U.S. Design Patent No. D353,196S (Savage et al.), titled "Stethoscope head," and issued December 6, 1994.

90.     U.S. Patent No. 5,372,135A (Mendelson et al.), titled "Blood constituent determination based on differential spectral analysis," and issued December 13, 1994.

91.     U.S. Patent No. 5,377,676A (Vari et al.), titled "Method for determining the biodistribution of substances using fluorescence spectroscopy," and issued January 3, 1995.

92. U.S. Design Patent No. D356,870S (Ivers et al.), titled "Pulse oximetry sensor," and issued March 28, 1995.

93. U.S. Design Patent No. D359,546S (Savage et al.), titled "Housing for a dental unit disinfecting device," and issued June 20, 1995.

94. U.S. Patent No. 5,427,093A (Ogawa et al.), titled "Oximeter probe," and issued June 27, 1995.

95. U.S. Patent No. 5,431,170A (Mathews), titled "Pulse responsive device," and issued July 11, 1995.

96. U.S. Patent No. 5,436,499A (Namavar et al.), titled "High performance gaas devices and method," and issued July 25, 1995.

97. U.S. Patent No. 5,437,275A (Amundsen et al.), titled "Pulse oximetry sensor," and issued August 1, 1995.

98. U.S. Patent No. 5,441,054A (Tsuchiya), titled "Apparatus for measuring absorption information in scattering medium and method therefor," and issued August 15, 1995.

99. U.S. Design Patent No. D361,840S (Savage et al.), titled "Stethoscope head," and issued August 29, 1995.

100. U.S. Design Patent No. D362,063S (Savage et al.), titled "Stethoscope headset," and issued September 5, 1995.

101. U.S. Patent No. 5,452,717A (Branigan et al.), titled "Finger-cot probe," and issued September 26, 1995.

102. U.S. Design Patent No. D363,120S (Savage et al.), titled "Stethoscope ear tip," and issued October 10, 1995.

103. U.S. Patent No. 5,456,252A (Vari et al.), titled "Induced fluorescence spectroscopy blood perfusion and ph monitor and method," and issued October 10, 1995.

104. U.S. Patent No. 5,462,051A (Oka et al.), titled "Medical communication system," and issued October 31, 1995.

105. U.S. Patent No. 5,479,934A (Imran), titled "EEG headpiece with disposable electrodes and apparatus and system and method for use therewith," and issued January 2, 1996.

106.   U.S. Patent No. 5,482,034A (Lewis et al.), titled "Method and apparatus for spectrophotometric cerebral oximetry and the like," and issued January 9, 1996.

107.   U.S. Patent No. 5,482,036A (Diab et al.), titled "Signal processing apparatus and method," and issued January 9, 1996.

108.   U.S. Patent No. 5,490,505A (Diab et al.), titled "Signal processing apparatus," and issued February 13, 1996.

109.   U.S. Patent No. 5,490,506A (Takatani et al.), titled "Peripheral blood flow evaluating apparatus," and issued February 13, 1996.

110.   U.S. Patent No. 5,490,523A (Isaacson et al.), titled "Finger clip pulse oximeter," and issued February 13, 1996.

111.   U.S. Patent No. 5,494,043A (O'Sullivan et al.), titled "Arterial sensor," and issued February 27, 1996.

112.   U.S. Patent No. 5,497,771A (Rosenheimer), titled "Apparatus for measuring the oxygen saturation of fetuses during childbirth," and issued March 12, 1996.

113.   U.S. Patent No. 5,511,546A (Hon), titled "Finger apparatus for measuring continuous cutaneous blood pressure and electrocardiogram electrode," and issued April 30, 1996.

114.   U.S. Patent No. 5,533,511A (Kaspari et al.), titled "Apparatus and method for noninvasive blood pressure measurement," and issued July 9, 1996.

115.   U.S. Patent No. 5,534,851A (Russek), titled "Alarm for patient monitor and life support equipment," and issued July 9, 1996.

116.   U.S. Patent No. 5,542,146A (Hoekstra et al.), titled "Electronic vacuum cleaner control system," and issued August 6, 1996.

117.   U.S. Patent No. 5,551,422A (Simonsen et al.), titled "Method and apparatus for analytical determination of glucose in a biological matrix," and issued September 3, 1996.

118.   U.S. Patent No. 5,553,614A (Chance), titled "Examination of biological tissue using frequency domain spectroscopy," and issued September 10, 1996.

119.   U.S. Patent No. 5,553,615A (Carim et al.), titled "Method and apparatus for noninvasive prediction of hematocrit," and issued September 10, 1996.

120.  U.S. Patent No. 5,553,616 A (Ham et al.), titled "Determination of concentrations of biological substances using raman spectroscopy and artificial neural network discriminator," and issued September 10, 1996.

121.  U.S. Patent No. 5,555,882 A (Richardson et al.), titled "Method and apparatus for reducing ambient noise effects in electronic monitoring instruments," and issued September 17, 1996.

122.  U.S. Patent No. 5,561,275 A (Savage et al.), titled "Headset for electronic stethoscope," and issued October 1, 1996.

123.  U.S. Patent No. 5,562,002 A (Lalin), titled "Positive displacement piston flow meter with damping assembly," and issued October 8, 1996.

124.  U.S. Patent No. 5,564,429 A (Bornn et al.), titled "Method of identifying valid signal-carrying channels in a cardiorespiratory alert system," and issued October 15, 1996.

125.  U.S. Patent No. 5,581,069 A (Shepard et al.), titled "Louvered light collection arrangement in electro-optical reading systems," and issued December 3, 1996.

126.  U.S. Patent No. 5,584,296 A (Cui et al.), titled "Patient sensor for optical cerebral oximeters and the like," and issued December 17, 1996.

127.  U.S. Patent No. 5,590,649 A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine blood pressure," and issued January 7, 1997.

128.  U.S. Patent No. 5,601,079 A (Wong et al.), titled "Non-invasive quantification of glucose control, aging, and advanced maillard products by stimulated fluorescence," and issued February 11, 1997.

129.  U.S. Patent No. 5,601,080 A (Oppenheimer), titled "Spectrophotometric blood analysis," and issued February 11, 1997.

130.  U.S. Patent No. 5,602,924 A (Durand et al.), titled "Electronic stethoscope," and issued February 11, 1997.

131.  U.S. Design Patent No. D378,414 S (Allen et al.), titled "Combined pulse rate measurement and display device," and issued March 11, 1997.

132.  U.S. Patent No. 5,623,925 A (Swenson et al.), titled "Virtual medical instrument for performing medical diagnostic testing on patients," and issued April 29, 1997.

133.   U.S. Patent No. 5,625,458 A (Alfano et al.), titled "Method and system for imaging objects in turbid media using diffusive fermat photons," and issued April 29, 1997.

134.   U.S. Patent No. 5,632,272 A (Diab et al.), titled "Signal processing apparatus," and issued May 27, 1997.

135.   U.S. Patent No. 5,635,700 A (Fazekas), titled "Bar code scanner with multi-channel light collection," and issued June 3, 1997.

136.   U.S. Patent No. 5,638,816 A (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued June 17, 1997.

137.   U.S. Patent No. 5,638,818 A (Diab et al.), titled "Low noise optical probe," and issued June 17, 1997.

138.   U.S. Patent No. 5,645,440 A (Tobler et al.), titled "Patient cable connector," and issued July 8, 1997.

139.   U.S. Patent No. 5,671,914 A (Kalkhoran et al.), titled "Multi-band spectroscopic photodetector array," and issued September 30, 1997.

140.   U.S. Patent No. 5,676,143 A (Simonsen et al.), titled "Apparatus for analytical determination of glucose in a biological matrix," and issued October 14, 1997.

141.   U.S. Patent No. 5,685,299 A (Diab et al.), titled "Signal processing apparatus," and issued November 11, 1997.

142.   U.S. Patent No. 5,687,717 A (Halpern et al.), titled "Patient monitoring system with chassis mounted or remotely operable modules and portable computer," and issued November 18, 1997.

143.   U.S. Patent No. 5,699,808 A (John), titled "EEG operative and post-operative patient monitoring system and method," and issued December 23, 1997.

144.   U.S. Patent No. 5,702,429 A (King), titled "Neural stimulation techniques with feedback," and issued December 30, 1997.

145.   U.S. Design Patent No. D390,666 S (Lagerlof), titled "Patient computer for controlled individualized medication," and issued February 10, 1998.

146.   U.S. Patent No. 5,719,557 A (Rattman), titled "Photoelectric smoke detector," and issued February 17, 1998.

147. U.S. Patent No. 5,726,440A (Kalkhoran et al.), titled "Wavelength selective photodetector," and issued March 10, 1998.

148. U.S. Patent No. 5,729,203A (Oka et al.), titled "Emergency call system," and issued March 17, 1998.

149. U.S. Design Patent No. D393,830S (Tobler et al.), titled "Patient cable connector," and issued April 28, 1998.

150. U.S. Patent No. 5,743,262A (Lepper et al.), titled "Blood glucose monitoring system," and issued April 28, 1998.

151. U.S. Patent No. 5,746,206A (Mannheimer), titled "Isolated layer pulse oximetry," and issued May 5, 1998.

152. U.S. Patent No. 5,746,697A (Swedlow et al.), titled "Medical diagnostic apparatus with sleep mode," and issued May 5, 1998.

153. U.S. Patent No. 5,747,806A (Khalil et al.), titled "Method and apparatus for multi-spectral analysis in noninvasive NIR spectroscopy," and issued May 5, 1998.

154. U.S. Patent No. 5,750,927A (Baltazar), titled "Fire protection arrangement for temperature-sensitive, heat-producing article," and issued May 12, 1998.

155. U.S. Patent No. 5,750,994A (Schlager), titled "Positive correlation filter systems and methods of use thereof," and issued May 12, 1998.

156. U.S. Patent No. 5,752,914A (Delonzor et al.), titled "Continuous mesh EMI shield for pulse oximetry sensor," and issued May 19, 1998.

157. U.S. Patent No. 5,758,644A (Diab et al.), titled "Manual and automatic probe calibration," and issued June 2, 1998.

158. U.S. Patent No. 5,760,910A (Lepper et al.), titled "Optical filter for spectroscopic measurement and method of producing the optical filter," and issued June 2, 1998.

159. U.S. Patent No. 5,766,131A (Kondo et al.), titled "Pulse-wave measuring apparatus," and issued June 16, 1998.

160. U.S. Patent No. 5,769,785A (Diab et al.), titled "Signal processing apparatus and method," and issued June 23, 1998.

161. U.S. Patent No. 5,782,757A (Diab et al.), titled "Low-noise optical probes," and issued July 21, 1998.

162.  U.S. Patent No. 5,785,659 A (Caro et al.), titled "Automatically activated blood pressure measurement device," and issued July 28, 1998.

163.  U.S. Patent No. 5,791,347 A (Flaherty et al.), titled "Motion insensitive pulse detector," and issued August 11, 1998.

164.  U.S. Patent No. 5,792,052 A (Isaacson et al.), titled "Finger clip pulse oximeter," and issued August 11, 1998.

165.  U.S. Patent No. 5,795,300 A (Bryars), titled "Heart pulse monitor," and issued August 18, 1998.

166.  U.S. Patent No. 5,797,841 A (Delonzor et al.), titled "Shunt barrier in pulse oximeter sensor," and issued August 25, 1998.

167.  U.S. Patent No. 5,800,348 A (Kaestle), titled "Apparatus and method for medical monitoring, in particular pulse oximeter," and issued September 1, 1998.

168.  U.S. Patent No. 5,800,349 A (Isaacson et al.), titled "Offset pulse oximeter sensor," and issued September 1, 1998.

169.  U.S. Patent No. 5,807,247 A (Merchant et al.), titled "Method and apparatus for facilitating compatibility between pulse oximeters and sensor probes," and issued September 15, 1998.

170.  U.S. Patent No. 5,810,734 A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physiological parameter," and issued September 22, 1998.

171.  U.S. Patent No. 5,817,008 A (Rafert et al.), titled "Conformal pulse oximetry sensor and monitor," and issued October 6, 1998.

172.  U.S. Patent No. 5,823,950 A (Diab et al.), titled "Manual and automatic probe calibration," and issued October 20, 1998.

173.  U.S. Patent No. 5,826,885 A (Helgeland), titled "Magnetic fluid sealing device," and issued October 27, 1998.

174.  U.S. Patent No. 5,830,131 A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physical condition of the human arterial system," and issued November 3, 1998.

175.  U.S. Patent No. 5,830,137 A (Scharf), titled "Green light pulse oximeter," and issued November 3, 1998.

176.   U.S. Patent No. 5,833,618A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physiological parameter," and issued November 10, 1998.

177.   U.S. Patent No. 5,842,982A (Mannheimer), titled "Infant neonatal pulse oximeter sensor," and issued December 1, 1998.

178.   U.S. Design Patent No. D403,070S (Maeda et al.), titled "Sphygmomanometer,"" and issued December 22, 1998.

179.   U.S. Patent No. 5,851,178A (Aronow), titled "Instrumented laser diode probe connector," and issued December 22, 1998.

180.   U.S. Patent No. 5,854,706A (Alb), titled "System for viewing stereoscopic images," and issued December 29, 1998.

181.   U.S. Patent No. 5,860,919A (Kiani - Azarbayjany et al.), titled "Active pulse blood constituent monitoring method," and issued January 19, 1999.

182.   U.S. Patent No. 5,860,932A (Goto et al.), titled "Blood pressure monitor," and issued January 19, 1999.

183.   U.S. Patent No. 5,890,929A (Mills et al.), titled "Shielded medical connector," and issued April 6, 1999.

184.   U.S. Patent No. 5,891,022A (Pologe), titled "Apparatus for performing multiwavelength photoplethysmography," and issued April 6, 1999.

185.   U.S. Patent No. 5,893,364A (Haar et al.), titled "Apparatus for light reflection measurements," and issued April 13, 1999.

186.   U.S. Patent No. 5,902,235A (Lewis et al.), titled "Optical cerebral oximeter," and issued May 11, 1999.

187.   U.S. Patent No. 5,903,357A (Colak), titled "Method and apparatus for imaging an interior of a turbid medium," and issued May 11, 1999.

188.   U.S. Patent No. 5,904,654A (Wohltmann et al.), titled "Exciter-detector unit for measuring physiological parameters," and issued May 18, 1999.

189.   U.S. Patent No. 5,911,689A (Smith et al.), titled "Subcutaneous radiation reflection probe," and issued June 15, 1999.

190.   U.S. Patent No. 5,919,134A (Diab), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued July 6, 1999.

191.   U.S. Patent No. 5,923,021 A (Dvorkis et al.), titled "Light collection systems in electro-optical readers," and issued July 13, 1999.

192.   U.S. Patent No. 5,924,979 A (Swedlow et al.), titled "Medical diagnostic apparatus with sleep mode," and issued July 20, 1999.

193.   U.S. Patent No. 5,934,925 A (Tobler et al.), titled "Patient cable connector," and issued August 10, 1999.

194.   U.S. Patent No. 5,936,986 A (Cantatore et al.), titled "Methods and apparatus for driving a laser diode," and issued August 10, 1999.

195.   U.S. Patent No. 5,940,182 A (Lepper et al.), titled "Optical filter for spectroscopic measurement and method of producing the optical filter," and issued August 17, 1999.

196.   U.S. Patent No. 5,957,840 A (Terasawa et al.), titled "Pinch device for detecting a biomedical signal," and issued September 28, 1999.

197.   U.S. Design Patent No. D414,870 S (Saltzstein et al.), titled "Vital signs monitor," and issued October 5, 1999.

198.   U.S. Patent No. 5,987,343 A (Kinast), titled "Method for storing pulse oximetry sensor characteristics," and issued November 16, 1999.

199.   U.S. Patent No. 5,991,467 A (Kamiko), titled "Image reading apparatus containing light receiving transistors and switching transistors," and issued November 23, 1999.

200.   U.S. Patent No. 5,995,855 A (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued November 30, 1999.

201.   U.S. Patent No. 5,997,343 A (Mills et al.), titled "Patient cable sensor switch," and issued December 7, 1999.

202.   U.S. Patent No. 6,002,952 A (Diab et al.), titled "Signal processing apparatus and method," and issued December 14, 1999.

203.   U.S. Patent No. 6,010,937 A (Karam et al.), titled "Reduction of dislocations in a heteroepitaxial semiconductor structure," and issued January 4, 2000.

204.   U.S. Patent No. 6,011,986 A (Diab et al.), titled "Manual and automatic probe calibration," and issued January 4, 2000.

205.   U.S. Patent No. 6,018,403 A (Shirakura et al.), titled "Image reproducing method and apparatus," and issued January 25, 2000.

206. U.S. Patent No. 6,018,673 A (Chin et al.), titled "Motion compatible sensor for non-invasive optical blood analysis," and issued January 25, 2000.

207. U.S. Patent No. 6,022,321 A (Amano et al.), titled "Blood pulse wave detecting apparatus and motion intensity measuring apparatus," and issued February 8, 2000.

208. U.S. Patent No. 6,027,452 A (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued February 22, 2000.

209. U.S. Patent No. 6,031,603 A (Fine et al.), titled "Sensor, method and device for optical blood oximetry," and issued February 29, 2000.

210. U.S. Patent No. 6,035,223 A (Baker), titled "Method and apparatus for determining the state of an oximetry sensor," and issued March 7, 2000.

211. U.S. Patent No. 6,036,642 A (Diab et al.), titled "Signal processing apparatus and method," and issued March 14, 2000.

212. U.S. Patent No. 6,040,578 A (Malin et al.), titled "Method and apparatus for multi-spectral analysis of organic blood analytes in noninvasive infrared spectroscopy," and issued March 21, 2000.

213. U.S. Patent No. 6,041,247 A (Weckstrom et al.), titled "Non-invasive optical measuring sensor and measuring method," and issued March 21, 2000.

214. U.S. Patent No. 6,045,509 A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physiological parameter," and issued April 4, 2000.

215. U.S. Patent No. 6,049,727 A (Crothall), titled "Implantable sensor and system for in vivo measurement and control of fluid constituent levels," and issued April 11, 2000.

216. U.S. Patent No. 6,058,331 A (King), titled "Apparatus and method for treating peripheral vascular disease and organ ischemia by electrical stimulation with closed loop feedback control," and issued May 2, 2000.

217. U.S. Patent No. 6,066,204 A (Haven et al.), titled "High pressure MOCVD reactor system," and issued May 23, 2000.

218. U.S. Patent No. 6,067,462 A (Diab et al.), titled "Signal processing apparatus and method," and issued May 23, 2000.

219. U.S. Patent No. 6,081,735 A (Diab et al.), titled "Signal processing apparatus," and issued June 27, 2000.

220.   U.S. Patent No. 6,088,607A (Diab et al.), titled "Low noise optical probe," and issued July 11, 2000.

221.   U.S. Patent No. 6,102,856A (Groff et al.), titled "Wearable vital sign monitoring system," and issued August 15, 2000.

222.   U.S. Patent No. 6,110,522A (Lepper et al.), titled "Blood glucose monitoring system," and issued August 29, 2000.

223.   U.S. Patent No. 6,115,673A (Malin et al.), titled "Method and apparatus for generating basis sets for use in spectroscopic analysis," and issued September 5, 2000.

224.   U.S. Patent No. 6,122,042A (Wunderman et al.), titled "Devices and methods for optically identifying characteristics of material objects," and issued September 19, 2000.

225.   U.S. Patent No. 6,122,536A (Sun et al.), titled "Implantable sensor and system for measurement and control of blood constituent levels," and issued September 19, 2000.

226.   U.S. Patent No. 6,124,597A (Shehada et al.), titled "Method and devices for laser induced fluorescence attenuation spectroscopy," and issued September 26, 2000.

227.   U.S. Patent No. 6,126,595A (Amano et al.), titled "Device for diagnosing physiological state and device for controlling the same," and issued October 3, 2000.

228.   U.S. Patent No. 6,128,521A (Marro et al.), titled "Self adjusting headgear appliance using reservoir electrodes," and issued October 3, 2000.

229.   U.S. Patent No. 6,129,675A (Jay), titled "Device and method for measuring pulsus paradoxus," and issued October 10, 2000.

230.   U.S. Patent No. 6,133,871A (Krasner), titled "GPS receiver having power management," and issued October 17, 2000.

231.   U.S. Patent No. 6,144,866A (Miesel et al.), titled "Multiple sensor assembly for medical electric lead," and issued November 7, 2000.

232.   U.S. Patent No. 6,144,868A (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued November 7, 2000.

233.   U.S. Patent No. 6,151,516A (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued November 21, 2000.

234.    U.S. Patent No. 6,152,754A (Gerhardt et al.), titled "Circuit board based cable connector," and issued November 28, 2000.

235.    U.S. Patent No. 6,157,850A (Diab et al.), titled "Signal processing apparatus," and issued December 5, 2000.

236.    U.S. Patent No. 6,165,005A (Mills et al.), titled "Patient cable sensor switch," and issued December 26, 2000.

237.    U.S. Patent No. 6,167,258A (Schmidt et al.), titled "Programmable wireless data acquisition system," and issued December 26, 2000.

238.    U.S. Patent No. 6,167,303A (Thompson), titled "Power consumption reduction in medical devices employing just-in-time clock," and issued December 26, 2000.

239.    U.S. Patent No. 6,172,743B1 (Kley et al.), titled "Technique for measuring a blood analyte by non-invasive spectrometry in living tissue," and issued January 9, 2001.

240.    U.S. Patent No. 6,175,752B1 (Say et al.), titled "Analyte monitoring device and methods of use," and issued January 16, 2001.

241.    U.S. Patent No. 6,178,343B1 (Bindszus et al.), titled "Pulse rate and heart rate coincidence detection for pulse oximetry," and issued January 23, 2001.

242.    U.S. Patent No. 6,181,958B1 (Steuer et al.), titled "Method and apparatus for non-invasive blood constituent monitoring," and issued January 30, 2001.

243.    U.S. Patent No. 6,184,521B1 (Coffin et al.), titled "Photodiode detector with integrated noise shielding," and issued February 6, 2001.

244.    U.S. Patent No. 6,185,454B1 (Thompson), titled "Power consumption reduction in medical devices employing just-in-time voltage control," and issued February 6, 2001.

245.    U.S. Patent No. 6,192,261B1 (Gratton et al.), titled "Photosensor with multiple light sources," and issued February 20, 2001.

246.    U.S. Patent No. 6,198,951B1 (Kosuda et al.), titled "Reflection photodetector and biological information measuring instrument," and issued March 6, 2001.

247.    U.S. Patent No. 6,198,952B1 (Miesel), titled "Multiple lens oxygen sensor for medical electrical lead," and issued March 6, 2001.

248. U.S. Patent No. 6,202,930B1 (Plesko), titled "Low power pen shaped and wearable scan systems with ergonomic actuation," and issued March 20, 2001.

249. U.S. Patent No. 6,206,830B1 (Diab et al.), titled "Signal processing apparatus and method," and issued March 27, 2001.

250. U.S. Patent No. 6,223,063B1 (Chaiken et al.), titled "Method and device for tissue modulation," and issued April 24, 2001.

251. U.S. Patent No. 6,226,539B1 (Potratz), titled "Pulse oximeter having a low power led drive," and issued May 1, 2001.

252. U.S. Patent No. 6,229,856B1 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 8, 2001.

253. U.S. Patent No. 6,232,609B1 (Snyder et al.), titled "Glucose monitoring apparatus and method using laser-induced emission spectroscopy," and issued May 15, 2001.

254. U.S. Patent No. 6,236,872B1 (Diab et al.), titled "Signal processing apparatus," and issued May 22, 2001.

255. U.S. Patent No. 6,241,680B1 (Miwa), titled "Blood-pressure monitoring apparatus," and issued June 5, 2001.

256. U.S. Patent No. 6,241,683B1 (Macklem et al.), titled "Phonospirometry for non-invasive monitoring of respiration," and issued June 5, 2001.

257. U.S. Patent No. 6,241,684B1 (Amano et al.), titled "Exercise workout support device," and issued June 5, 2001.

258. U.S. Patent No. 6,252,977B1 (Salganicoff et al.), titled "Method and apparatus for illuminating and imaging eyes through eyeglasses using multiple sources of illumination," and issued June 26, 2001.

259. U.S. Patent No. 6,253,097B1 (Aronow et al.), titled "Noninvasive medical monitoring instrument using surface emitting laser devices," and issued June 26, 2001.

260. U.S. Patent No. 6,255,708B1 (Sudharsanan et al.), titled "Semiconductor P-I-N detector," and issued July 3, 2001.

261. U.S. Patent No. 6,256,523B1 (Diab et al.), titled "Low-noise optical probes," and issued July 3, 2001.

262.     U.S. Patent No. 6,263,222B1 (Diab et al.), titled "Signal processing apparatus," and issued July 17, 2001.

263.     U.S. Patent No. 6,270,223B1 (Del Bon et al.), titled "Active electro-optical filter device and glare-protection device," and issued August 7, 2001.

264.     U.S. Patent No. 6,278,522B1 (Lepper et al.), titled "Optical filter for spectroscopic measurement and method of producing the optical filter," and issued August 21, 2001.

265.     U.S. Patent No. 6,278,889B1 (Robinson), titled "Robust accurate non-invasive analyte monitor," and issued August 21, 2001.

266.     U.S. Patent No. 6,280,213B1 (Tobler et al.), titled "Patient cable connector," and issued August 28, 2001.

267.     U.S. Patent No. 6,280,381B1 (Malin et al.), titled "Intelligent system for noninvasive blood analyte prediction," and issued August 28, 2001.

268.     U.S. Patent No. 6,285,896B1 (Tobler et al.), titled "Fetal pulse oximetry sensor," and issued September 4, 2001.

269.     U.S. Patent No. 6,293,915B1 (Amano et al.), titled "Pulse wave examination apparatus, blood pressure monitor, pulse waveform monitor, and pharmacological action monitor," and issued September 25, 2001.

270.     U.S. Patent No. 6,297,906B1 (Allen et al.), titled "Light fixture containing optical film," and issued October 2, 2001.

271.     U.S. Patent No. 6,297,969B1 (Mottahed), titled "Electromagnetic interference shielding enclosure," and issued October 2, 2001.

272.     U.S. Patent No. 6,301,493B1 (Marro et al.), titled "Reservoir electrodes for electroencephalograph headgear appliance," and issued October 9, 2001.

273.     U.S. Patent No. 6,304,766B1 (Colvin et al.), titled "Optical-based sensing devices, especially for in-situ sensing in humans," and issued October 16, 2001.

274.     U.S. Patent No. 6,308,089B1 (von der Ruhr et al.), titled "Limited use medical probe," and issued October 23, 2001.

275.     U.S. Patent Application Publication No. 2001/0034477A1 (Mansfield et al.), titled "Multivariate analysis of green to ultraviolet spectra of cell and tissue samples," and published October 25, 2001.

276. U.S. Patent Application Publication No. 2001/0034479A1 (Ring et al.), titled "Optically based transcutaneous blood gas sensor," and published October 25, 2001.

277. U.S. Patent Application Publication No. 2001/0039483A1 (Brand et al.), titled "Reduction of inter-subject variation via transfer standardization," and published November 8, 2001.

278. U.S. Patent No. 6,317,627B1 (Ennen et al.), titled "Anesthesia monitoring system based on electroencephalographic signals," and issued November 13, 2001.

279. U.S. Patent No. 6,321,100B1 (Parker), titled "Reusable pulse oximeter probe with disposable liner," and issued November 20, 2001.

280. U.S. Patent No. 6,325,761B1 (Jay), titled "Device and method for measuring pulsus paradoxus," and issued December 4, 2001.

281. U.S. Design Patent No. D452,012S (Phillips), titled "Medical monitoring device," and issued December 11, 2001.

282. U.S. Patent No. 6,334,065B1 (Al-Ali et al.), titled "Stereo pulse oximeter," and issued December 25, 2001.

283. U.S. Patent Application Publication No. 2001/0056243A1 (Ohsaki et al.), titled "Wristwatch-type human pulse wave sensor attached on back side of user's wrist," and published December 27, 2001.

284. U.S. Patent Application Publication No. 2002/0010401A1 (Bushmakin et al.), titled "Pre- and post-processing of spectral data for calibration using mutivariate analysis techniques," and published January 24, 2002.

285. U.S. Patent No. 6,343,223B1 (Chin et al.), titled "Oximeter sensor with offset emitters and detector and heating device," and issued January 29, 2002.

286. U.S. Patent No. 6,343,224B1 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued January 29, 2002.

287. U.S. Patent No. 6,345,194B1 (Nelson et al.), titled "Enhanced high resolution breast imaging device and method utilizing non-ionizing radiation of narrow spectral bandwidth," and issued February 5, 2002.

288. U.S. Patent No. 6,349,228B1 (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued February 19, 2002.

289.    U.S. Patent No. 6,351,217B1 (Kuhn), titled "Clinical thermometer," and issued February 26, 2002.

290.    U.S. Patent No. 6,353,750B1 (Kimura et al.), titled "Living body inspecting apparatus and noninvasive blood analyzer using the same," and issued March 5, 2002.

291.    U.S. Patent No. 6,356,203B1 (Halleck et al.), titled "Apparatus and method for detecting a rotational movement of a body," and issued March 12, 2002.

292.    U.S. Patent No. 6,356,774B1 (Bernstein et al.), titled "Oximeter sensor with encoded temperature characteristic," and issued March 12, 2002.

293.    U.S. Patent No. 6,360,113B1 (Dettling), titled "Photoplethysmographic instrument," and issued March 19, 2002.

294.    U.S. Patent No. 6,360,114B1 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued March 19, 2002.

295.    U.S. Patent No. 6,360,115B1 (Greenwald et al.), titled "System for imaging mechanically stabilized tissue," and issued March 19, 2002.

296.    U.S. Patent No. 6,368,283B1 (Xu et al.), titled "Method and apparatus for estimating systolic and mean pulmonary artery pressures of a patient," and issued April 9, 2002.

297.    U.S. Design Patent No. D455,834S (Donars et al.), titled "Finger oximeter," and issued April 16, 2002.

298.    U.S. Patent No. 6,371,921B1 (Caro et al.), titled "System and method of determining whether to recalibrate a blood pressure monitor," and issued April 16, 2002.

299.    U.S. Patent Application Publication No. 2002/0045836A1 (Alkawwas), titled "Operation of wireless biopotential monitoring system," and published April 18, 2002.

300.    U.S. Patent No. 6,377,829B1 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued April 23, 2002.

301.    U.S. Patent No. 6,388,240B2 (Schulz et al.), titled "Shielded optical probe and method having a longevity indication," and issued May 14, 2002.

302.    U.S. Patent Application Publication No. 2002/0058864A1 (Mansfield et al.), titled "Reduction of spectral site to site variation," and published May 16, 2002.

303.   U.S. Patent No. 6,393,311B1 (Edgar et al.), titled "Method, apparatus and system for removing motion artifacts from measurements of bodily parameters," and issued May 21, 2002.

304.   U.S. Patent No. 6,396,873B1 (Goldstein et al.), titled "Optical device," and issued May 28, 2002.

305.   U.S. Patent No. 6,397,091B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued May 28, 2002.

306.   U.S. Patent No. 6,398,727B1 (Bui et al.), titled "Method and apparatus for providing patient care," and issued June 4, 2002.

307.   U.S. Patent No. 6,402,690B1 (Rhee et al.), titled "Isolating ring sensor design," and issued June 11, 2002.

308.   U.S. Patent No. 6,411,373B1 (Garside et al.), titled "Fiber optic illumination and detection patterns, shapes, and locations for use in spectroscopic analysis," and issued June 25, 2002.

309.   U.S. Patent No. 6,415,166B1 (Van Hoy et al.), titled "Photoplethysmographic device with remote facsimile," and issued July 2, 2002.

310.   U.S. Patent No. 6,415,167B1 (Blank et al.), titled "Fiber optic probe placement guide," and issued July 2, 2002.

311.   U.S. Patent Application Publication No. 2002/0099279A1 (Pfeiffer et al.), titled "Device for the determination of tissue perfusion and operative use thereof," and published July 25, 2002.

312.   U.S. Patent No. 6,430,423B2 (DeLonzor et al.), titled "Shunt barrier in pulse oximeter sensor," and issued August 6, 2002.

313.   U.S. Patent No. 6,430,437B1 (Marro), titled "Module for acquiring electroencephalograph signals from a patient," and issued August 6, 2002.

314.   U.S. Patent No. 6,430,525B1 (Weber et al.), titled "Variable mode averager," and issued August 6, 2002.

315.   U.S. Patent Application Publication No. 2002/0111546A1 (Cook et al.), titled "Method and apparatus for providing high contrast imaging," and published August 15, 2002.

316.   U.S. Patent Application Publication No. 2002/0133080A1 (Apruzzese et al.), titled "Layered calibration standard for tissue sampling," and published September 19, 2002.

317.   U.S. Design Patent No. D463,561S (Fukatsu et al.), titled "Pulse oximeter," and issued September 24, 2002.

318.   U.S. Patent No. 6,463,187B1 (Baruch et al.), titled "Variable coupler fiberoptic sensor and sensing apparatus using the sensor," and issued October 8, 2002.

319.   U.S. Patent No. 6,463,311B1 (Diab), titled "Plethysmograph pulse recognition processor," and issued October 8, 2002.

320.   U.S. Patent No. 6,470,199B1 (Kopotic et al.), titled "Elastic sock for positioning an optical probe," and issued October 22, 2002.

321.   U.S. Patent No. 6,470,893B1 (Boesen), titled "Wireless biopotential sensing device and method with capability of short-range radio frequency transmission and reception," and issued October 29, 2002.

322.   U.S. Patent No. 6,473,008B2 (Kelly et al.), titled "System for sampling a data signal," and issued October 29, 2002.

323.   U.S. Patent No. 6,475,153B1 (Khair et al.), titled "Method for obtaining blood pressure data from optical sensor," and issued November 5, 2002.

324.   U.S. Patent No. 6,487,429B2 (Hockersmith et al.), titled "Use of targeted glycemic profiles in the calibration of a noninvasive blood glucose monitor," and issued November 26, 2002.

325.   U.S. Patent No. 6,491,647B1 (Bridger et al.), titled "Physiological sensing device," and issued December 10, 2002.

326.   U.S. Reissued Patent No. RE37,922E (Sharan), titled "Method and apparatus to determine and control the carbon content of steel in a BOF vessel," and issued December 10, 2002.

327.   U.S. Patent Application Publication No. 2002/0188210A1 (Aizawa), titled "Pulse wave sensor and pulse rate detector," and published December 12, 2002.

328.   U.S. Patent No. 6,501,975B2 (Diab et al.), titled "Signal processing apparatus and method," and issued December 31, 2002.

329.   U.S. Patent No. 6,505,059B1 (Kollias et al.), titled "Non-invasive tissue glucose level monitoring," and issued January 7, 2003.

330.   U.S. Patent Application Publication No. 2003/0013975A1 (Kiani), titled "Method of selling a continuous mode blood pressure monitor," and published January 16, 2003.

331. U.S. Patent Application Publication No. 2003/0018243A1 (Gerhardt et al.), titled "Selectively plated sensor," and published January 23, 2003.

332. U.S. Patent No. 6,515,273B2 (Al-Ali), titled "System for indicating the expiration of the useful operating life of a pulse oximetry sensor," and issued February 4, 2003.

333. U.S. Patent No. 6,516,289B2 (David), titled "Physiological measuring system comprising a garment and sensing apparatus incorporated in the garment," and issued February 4, 2003.

334. U.S. Patent No. 6,519,487B1 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued February 11, 2003.

335. U.S. Patent No. 6,522,521B2 (Mizuno et al.), titled "Reduction-resistant dielectric ceramic compact and laminated ceramic capacitor," and issued February 18, 2003.

336. U.S. Patent Application Publication No. 2003/0036690A1 (Geddes et al.), titled "Body-member-illuminating pressure cuff for use in optical noninvasive measurement of blood parameters," and published February 20, 2003.

337. U.S. Patent No. 6,525,386B1 (Mills et al.), titled "Non-protruding optoelectronic lens," and issued February 25, 2003.

338. U.S. Patent No. 6,526,300B1 (Kiani et al.), titled "Pulse oximeter probe-off detection system," and issued February 25, 2003.

339. U.S. Patent No. 6,527,729B1 (Turcott), titled "Method for monitoring patient using acoustic sensor," and issued March 4, 2003.

340. U.S. Patent No. 6,534,012B1 (Hazen et al.), titled "Apparatus and method for reproducibly modifying localized absorption and scattering coefficients at a tissue measurement site during optical sampling," and issued March 18, 2003.

341. U.S. Patent No. 6,541,756B2 (Schulz et al.), titled "Shielded optical probe having an electrical connector," and issued April 1, 2003.

342. U.S. Patent No. 6,542,764B1 (Al-Ali et al.), titled "Pulse oximeter monitor for expressing the urgency of the patient's condition," and issued April 1, 2003.

343. U.S. Patent No. 6,553,242B1 (Sarussi), titled "Physiological stress detector device and method," and issued April 22, 2003.

344. U.S. Patent Application Publication No. 2003/0078504A1 (Rowe), titled "Spectroscopic cross-channel method and apparatus for improved optical measurements of tissue," and published April 24, 2003.

345. U.S. Patent No. 6,556,852B1 (Schulze et al.), titled "Earpiece with sensors to measure/monitor multiple physiological variables," and issued April 29, 2003.

346. U.S. Patent Application Publication No. 2003/0088162A1 (Yamamoto et al.), titled "Biological photometric device," and published May 8, 2003.

347. U.S. Patent Application Publication No. 2003/0098969A1 (Katz et al.), titled "Spectroscopic fluid analyzer," and published May 29, 2003.

348. U.S. Patent Application Publication No. 2003/0100840A1 (Sugiura et al.), titled "Pulse photometry probe," and published May 29, 2003.

349. U.S. Patent No. 6,580,086B1 (Schulz et al.), titled "Shielded optical probe and method," and issued June 17, 2003.

350. U.S. Patent No. 6,584,336B1 (Al-Ali et al.), titled "Universal/upgrading pulse oximeter," and issued June 24, 2003.

351. U.S. Patent No. 6,587,196B1 (Stippick et al.), titled "Oscillating mechanism driven monochromator," and issued July 1, 2003.

352. U.S. Patent No. 6,587,199B1 (Luu), titled "Embedded data acquisition and control system for non-invasive glucose prediction instrument," and issued July 1, 2003.

353. U.S. Patent No. 6,595,316B2 (Cybulski et al.), titled "Tension-adjustable mechanism for stethoscope earpieces," and issued July 22, 2003.

354. U.S. Patent No. 6,596,016B1 (Vreman et al.), titled "Phototherapy of jaundiced newborns using garments containing semiconductor light-emitting devices," and issued July 22, 2003.

355. U.S. Patent No. 6,597,932B2 (Tian et al.), titled "Generation of spatially-averaged excitation-emission map in heterogeneous tissue," and issued July 22, 2003.

356. U.S. Patent No. 6,597,933B2 (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued July 22, 2003.

357. U.S. Patent Application Publication No. 2003/0144582A1 (Cohen et al.), titled "Portable non-invasive glucose monitor," and published July 31, 2003.

358.  U.S. Patent No. 6,606,509B2 (Schmitt), titled "Method and apparatus for improving the accuracy of noninvasive hematocrit measurements," and issued August 12, 2003.

359.  U.S. Patent No. 6,606,511B1 (Al-Ali et al.), titled "Pulse oximetry pulse indicator," and issued August 12, 2003.

360.  U.S. Patent Application Publication No. 2003/0156288A1 (Barnum et al.), titled "Sensor band for aligning an emitter and a detector," and published August 21, 2003.

361.  U.S. Patent Application Publication No. 2003/0158501A1 (Uchida et al.), titled "Biological information measuring instrument and biological information measuring method," and published August 21, 2003.

362.  U.S. Patent No. 6,632,181B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued October 14, 2003.

363.  U.S. Patent No. 6,635,559B2 (Greenwald et al.), titled "Formation of insulating aluminum oxide in semiconductor substrates," and issued October 21, 2003.

364.  U.S. Patent No. 6,636,759B2 (Robinson), titled "Apparatus and method for determination of the adequacy of dialysis by non-invasive near-infrared spectroscopy," and issued October 21, 2003.

365.  U.S. Design Patent No. D481,459S (Nahm), titled "Vein function monitor," and issued October 28, 2003.

366.  U.S. Patent No. 6,639,668B1 (Trepagnier), titled "Asynchronous fluorescence scan," and issued October 28, 2003.

367.  U.S. Patent No. 6,639,867B2 (Shim), titled "Decoder circuit in a semiconductor memory device," and issued October 28, 2003.

368.  U.S. Patent No. 6,640,116B2 (Diab), titled "Optical spectroscopy pathlength measurement system," and issued October 28, 2003.

369.  U.S. Patent No. 6,640,117B2 (Makarewicz et al.), titled "Method and apparatus for minimizing spectral effects attributable to tissue state variations during NIR-based non-invasive blood analyte determination," and issued October 28, 2003.

370.  U.S. Patent No. 6,643,530B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued November 4, 2003.

371.   U.S. Patent Application Publication No. 2003/0212312A1 (Coffin et al.), titled "Low noise patient cable," and published November 13, 2003.

372.   U.S. Patent No. 6,650,917B2 (Diab et al.), titled "Signal processing apparatus," and issued November 18, 2003.

373.   U.S. Patent No. 6,650,939B2 (Takpke et al.), titled "Universal interface for implantable medical device data management," and issued November 18, 2003.

374.   U.S. Patent No. 6,654,624B2 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued November 25, 2003.

375.   U.S. Patent No. 6,658,276B2 (Kiani et al.), titled "Pulse oximeter user interface," and issued December 2, 2003.

376.   U.S. Patent No. 6,661,161B1 (Lanzo et al.), titled "Piezoelectric biological sound monitor with printed circuit board," and issued December 9, 2003.

377.   U.S. Patent No. 6,668,185B2 (Toida), titled "Endoscope apparatus for setting a scanning area," and issued December 23, 2003.

378.   U.S. Patent No. 6,671,526B1 (Aoyagi et al.), titled "Probe and apparatus for determining concentration of light-absorbing materials in living tissue," and issued December 30, 2003.

379.   U.S. Patent No. 6,671,531B2 (Al-Ali et al.), titled "Sensor wrap including foldable applicator," and issued December 30, 2003.

380.   U.S. Patent No. 6,678,543B2 (Diab et al.), titled "Optical probe and positioning wrap," and issued January 13, 2004.

381.   U.S. Patent No. 6,681,133B2 (Chaiken et al.), titled "Methods and apparatus for obtaining enhanced spectroscopic information from living tissue," and issued January 20, 2004.

382.   U.S. Patent No. 6,684,090B2 (Al-Ali et al.), titled "Pulse oximetry data confidence indicator," and issued January 27, 2004.

383.   U.S. Patent No. 6,684,091B2 (Parker), titled "Reusable pulse oximeter probe and disposable bandage method," and issued January 27, 2004.

384.   U.S. Patent No. 6,694,157B1 (Stone et al.), titled "Method and apparatus for determination of ph pco2, hemoglobin, and hemoglobin oxygen saturation," and issued February 17, 2004.

385. U.S. Patent No. 6,697,656B1 (Al-Ali), titled "Pulse oximetry sensor compatible with multiple pulse oximetry systems," and issued February 24, 2004.

386. U.S. Patent No. 6,697,657B1 (Shehada et al.), titled "Method and devices for laser induced fluorescence attenuation spectroscopy (LIFAS)," and issued February 24, 2004.

387. U.S. Patent No. 6,697,658B2 (Al-Ali), titled "Low power pulse oximeter," and issued February 24, 2004.

388. U.S. Patent No. 6,699,194B1 (Diab et al.), titled "Signal processing apparatus and method," and issued March 2, 2004.

389. U.S. Patent Application Publication No. 2004/0054290A1 (Chance), titled "Spectrophotometer for in vivo examination of biological tissue," and published March 18, 2004.

390. U.S. Patent Application Publication No. 2004/0054291A1 (Schulz et al.), titled "Pulse oximetry ear sensor," and published March 18, 2004.

391. U.S. Patent No. 6,714,803B1 (Mortz), titled "Pulse oximetry spo2 determination," and issued March 30, 2004.

392. U.S. Patent No. 6,714,804B2 (Al-Ali et al.), titled "Stereo pulse oximeter," and issued March 30, 2004.

393. U.S. Reissued Patent No. RE38,476E (Diab et al.), titled "Signal processing apparatus," and issued March 30, 2004.

394. U.S. Reissued Patent No. RE38,492E (Diab et al.), titled "Signal processing apparatus and method," and issued April 6, 2004.

395. U.S. Patent No. 6,721,582B2 (Trepagnier et al.), titled "Non-invasive tissue glucose level monitoring," and issued April 13, 2004.

396. U.S. Patent No. 6,721,585B1 (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued April 13, 2004.

397. U.S. Patent No. 6,725,075B2 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued April 20, 2004.

398. U.S. Patent No. 6,728,560B2 (Kollias et al.), titled "Non-invasive tissue glucose level monitoring," and issued April 27, 2004.

399.    U.S. Patent No. 6,735,459B2 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued May 11, 2004.

400.    U.S. Patent No. 6,738,652B2 (Mattu et al.), titled "Classification and screening of test subjects according to optical thickness of skin," and issued May 18, 2004.

401.    U.S. Patent No. 6,745,060B2 (Diab et al.), titled "Signal processing apparatus," and issued June 1, 2004.

402.    U.S. Patent Application Publication No. 2004/0106163A1 (Workman et al.), titled "Non-invasive measurement of analytes," and published June 3, 2004.

403.    U.S. Patent No. 6,748,254B2 (O'Neil et al.), titled "Stacked adhesive optical sensor," and issued June 8, 2004.

404.    U.S. Patent No. 6,751,283B2 (van de Haar), titled "Reconstruction method for tilted-gantry computed tomography," and issued June 15, 2004.

405.    U.S. Patent Application Publication No. 2004/0114783A1 (Spycher et al.), titled "Device for imaging the papillary lines of a finger," and published June 17, 2004.

406.    U.S. Patent No. 6,760,607B2 (Al-Ali), titled "Ribbon cable substrate pulse oximetry sensor," and issued July 6, 2004.

407.    U.S. Patent Application Publication No. 2004/0132197A1 (Zahniser et al.), titled "Cytological imaging system and method," and published July 8, 2004.

408.    U.S. Patent Application Publication No. 2004/0133081A1 (Teller et al.), titled "Method and apparatus for auto journaling of continuous or discrete body states utilizing physiological and/or contextual parameters," and published July 8, 2004.

409.    U.S. Patent Application Publication No. 2004/0138568A1 (Lo et al.), titled "Ultrasonic monitor for measuring heart rate and blood flow rate," and published July 15, 2004.

410.    U.S. Patent No. 6,770,028B1 (Al-Ali et al.), titled "Dual-mode pulse oximeter," and issued August 3, 2004.

411.    U.S. Patent No. 6,771,994B2 (Kiani et al.), titled "Pulse oximeter probe-off detection system," and issued August 3, 2004.

412.   U.S. Patent Application Publication No. 2004/0152957A1 (Stivoric et al.), titled "Apparatus for detecting, receiving, deriving and displaying human physiological and contextual information," and published August 5, 2004.

413.   U.S. Patent No. 6,785,568B2 (Chance), titled "Transcranial examination of the brain," and issued August 31, 2004.

414.   U.S. Patent No. 6,788,965B2 (Ruchti et al.), titled "Intelligent system for detecting errors and determining failure modes in noninvasive measurement of blood and tissue analytes," and issued September 7, 2004.

415.   U.S. Patent No. 6,792,300B1 (Diab et al.), titled "Low-noise optical probes for reducing light piping," and issued September 14, 2004.

416.   U.S. Patent No. 6,801,799B2 (Mendelson), titled "Pulse oximeter and method of operation," and issued October 5, 2004.

417.   U.S. Patent No. 6,811,535B2 (Palti et al.), titled "Device for monitoring a vital sign," and issued November 2, 2004.

418.   U.S. Patent No. 6,813,511B2 (Diab et al.), titled "Low-noise optical probes for reducing ambient noise," and issued November 2, 2004.

419.   U.S. Patent Application Publication No. 2004/0220738A1 (Nissila), titled "Portable personal data processing device," and published November 4, 2004.

420.   U.S. Patent No. 6,816,010B2 (Seetharaman et al.), titled "Transimpedance amplifier," and issued November 9, 2004.

421.   U.S. Patent No. 6,816,241B2 (Grubisic), titled "LED light source-based instrument for non-invasive blood analyte determination," and issued November 9, 2004.

422.   U.S. Patent No. 6,816,741B2 (Diab et al.), titled "Plethysmograph pulse recognition processor," and issued November 9, 2004.

423.   U.S. Patent No. 6,822,564B2 (Al-Ali), titled "Parallel measurement alarm processor," and issued November 23, 2004.

424.   U.S. Patent No. 6,826,419B2 (Diab et al.), titled "Signal processing apparatus and method," and issued November 30, 2004.

425.   U.S. Patent No. 6,830,711B2 (Mills et al.), titled "Mold tool for an optoelectronic element," and issued December 14, 2004.

426.    U.S. Patent No. 6,831,266B2 (Paritsky et al.), titled "Optical transducers of high sensitivity," and issued December 14, 2004.

427.    U.S. Patent Application Publication No. 2005/0020927A1 (Blondeau et al.), titled "Portable instrument provided with an optical device for measuring a physiological quantity and means for transmitting and/or receiving data," and published January 27, 2005.

428.    U.S. Patent No. 6,850,787B2 (Weber et al.), titled "Signal component processor," and issued February 1, 2005.

429.    U.S. Patent No. 6,850,788B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued February 1, 2005.

430.    U.S. Patent No. 6,852,083B2 (Caro et al.), titled "System and method of determining whether to recalibrate a blood pressure monitor," and issued February 8, 2005.

431.    U.S. Patent No. 6,853,304B2 (Reisman et al.), titled "Monitoring device," and issued February 8, 2005.

432.    U.S. Patent No. 6,861,639B2 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued March 1, 2005.

433.    U.S. Design Patent No. D502,655S (Huang), titled "Electrochemical sensor apparatus," and issued March 8, 2005.

434.    U.S. Patent Application Publication No. 2005/0054940A1 (Almen), titled "Apparatus and method for monitoring heart rate variability," and published March 10, 2005.

435.    U.S. Patent Application Publication No. 2005/0055276A1 (Kiani et al.), titled "Sensor incentive method," and published March 10, 2005.

436.    U.S. Patent No. 6,871,089B2 (Korzinov et al.), titled "Portable ECG monitor and method for atrial fibrillation detection," and issued March 22, 2005.

437.    U.S. Patent No. 6,876,931B2 (Lorenz et al.), titled "Automatic process for sample selection during multivariate calibration," and issued April 5, 2005.

438.    U.S. Patent Application Publication No. 2005/0075548A1 (Al-Ali et al.), titled "Multipurpose sensor port," and published April 7, 2005.

439. U.S. Patent Application Publication No. 2005/0075553A1 (Sakai et al.), titled "Portable biological information monitor apparatus and information management apparatus," and published April 7, 2005.

440. U.S. Patent No. 6,882,872B2 (Uchida et al.), titled "Biological information detecting probe, biological information measuring apparatus, fabrication method for biological information detecting probe, and method of measuring biological information," and issued April 19, 2005.

441. U.S. Patent No. 6,897,788B2 (Khair et al.), titled "Wireless system protocol for telemetry monitoring," and issued May 24, 2005.

442. U.S. Patent No. 6,898,452B2 (Al-Ali et al.), titled "Stereo pulse oximeter," and issued May 24, 2005.

443. U.S. Patent Application Publication No. 2005/0116820A1 (Goldreich), titled "Method and device for measuring physiological parameters at the wrist," and published June 2, 2005.

444. U.S. Patent No. 6,912,413B2 (Rantala et al.), titled "Pulse oximeter," and issued June 28, 2005.

445. U.S. Patent No. 6,920,345B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued July 19, 2005.

446. U.S. Patent No. 6,931,268B1 (Kiani - Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued August 16, 2005.

447. U.S. Patent No. 6,934,570B2 (Kiani et al.), titled "Physiological sensor combination," and issued August 23, 2005.

448. U.S. Design Patent No. D508,862S (Behar et al.), titled "Hand-held electronic device," and issued August 30, 2005.

449. U.S. Patent Application Publication No. 2005/0192490A1 (Yamamoto et al.), titled "Living body light measurement system and signal processing method," and published September 1, 2005.

450. U.S. Patent No. 6,939,305B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued September 6, 2005.

451. U.S. Patent Application Publication No. 2005/0197555A1 (Mouradian et al.), titled "Methods and devices for non-invasively measuring quantitative information of substances in living organisms," and published September 8, 2005.

452. U.S. Patent No. 6,943,348B1 (Coffin), titled "System for detecting injection holding material," and issued September 13, 2005.

453. U.S. Patent No. 6,950,687B2 (Al-Ali), titled "Isolation and communication element for a resposable pulse oximetry sensor," and issued September 27, 2005.

454. U.S. Design Patent No. D510,625S (Widener et al.), titled "Portable oncologic external dosimeter reader," and issued October 11, 2005.

455. U.S. Patent No. 6,956,649B2 (Acosta et al.), titled "Spectroscopic system and method using a ceramic optical reference," and issued October 18, 2005.

456. U.S. Patent Application Publication No. 2005/0234317A1 (Kiani), titled "Low power and personal pulse oximetry systems," and published October 20, 2005.

457. U.S. Patent No. 6,961,598B2 (Diab), titled "Pulse and active pulse spectraphotometry," and issued November 1, 2005.

458. U.S. Patent No. 6,970,792B1 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued November 29, 2005.

459. U.S. Patent Application Publication No. 2005/0276164A1 (Amron), titled "Watch adapted to rotate a displayed image so as to appear in a substantially constant upright orientation," and published December 15, 2005.

460. U.S. Patent No. 6,979,812B2 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued December 27, 2005.

461. U.S. Patent Application Publication No. 2005/0288592A1 (Yamamoto), titled "Light measurement system for living body," and published December 29, 2005.

462. U.S. Patent No. 6,985,764B2 (Mason et al.), titled "Flex circuit shielded optical sensor," and issued January 10, 2006.

463. U.S. Patent Application Publication No. 2006/0005944A1 (Wang et al.), titled "Thermoelectric heat dissipation device and method for fabricating the same," and published January 12, 2006.

464. U.S. Patent Application Publication No. 2006/0009607A1 (Lutz et al.), titled "Polyurea coatings for golf equipment," and published January 12, 2006.

465.  U.S. Patent Application Publication No. 2006/0009688A1 (Lamego et al.), titled "Multi-wavelength physiological monitor," and published January 12, 2006.

466.  U.S. Patent No. 6,990,364B2 (Ruchti et al.), titled "Noninvasive measurement of glucose through the optical properties of tissue," and issued January 24, 2006.

467.  U.S. Patent Application Publication No. 2006/0020180A1 (Al-Ali), titled "Isolation and communication element for a resposable pulse oximetry sensor," and published January 26, 2006.

468.  U.S. Patent No. 6,993,371B2 (Kiani et al.), titled "Pulse oximetry sensor adaptor," and issued January 31, 2006.

469.  U.S. Patent Application Publication No. 2006/0025659A1 (Kiguchi et al.), titled "Optical measuring device for substances in vivo," and published February 2, 2006.

470.  U.S. Design Patent No. D514,461S (Harju), titled "Combination of a sensor and an upper and a lower part of a fastening device," and issued February 7, 2006.

471.  U.S. Patent No. 6,995,400B2 (Mizuyoshi), titled "Light emitting device and manufacturing method thereof," and issued February 7, 2006.

472.  U.S. Patent No. 6,996,427B2 (Al-Ali et al.), titled "Pulse oximetry data confidence indicator," and issued February 7, 2006.

473.  U.S. Patent No. 6,997,879B1 (Turcott), titled "Methods and devices for reduction of motion-induced noise in optical vascular plethysmography," and issued February 14, 2006.

474.  U.S. Patent No. 6,998,247B2 (Monfre et al.), titled "Method and apparatus using alternative site glucose determinations to calibrate and maintain noninvasive and implantable analyzers," and issued February 14, 2006.

475.  U.S. Patent No. 6,999,685B1 (Kawase et al.), titled "Polarized light communication device, transmitter, laser, polarized light communication device for physiological use, reflected light detector and pulse wave detecting device," and issued February 14, 2006.

476.  U.S. Patent No. 6,999,904B2 (Weber et al.), titled "Variable indication estimator," and issued February 14, 2006.

477.  U.S. Patent No. 7,003,338B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals," and issued February 21, 2006.

478.    U.S. Patent No. 7,003,339B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued February 21, 2006.

479.    U.S. Patent Application Publication No. 2006/0041198A1 (Kondoh et al.), titled "Biological information arithmetic apparatus, biological information arithmetic method, computer-executable program, and recording medium," and published February 23, 2006.

480.    U.S. Patent No. 7,015,451B2 (Dalke et al.), titled "Power supply rail controller," and issued March 21, 2006.

481.    U.S. Patent No. 7,024,233B2 (Al-Ali et al.), titled "Pulse oximetry data confidence indicator," and issued April 4, 2006.

482.    U.S. Patent Application Publication No. 2006/0073719A1 (Kiani), titled "Multiple key position plug," and published April 6, 2006.

483.    U.S. Patent No. 7,026,619B2 (Cranford), titled "Detector with coated lens assembly," and issued April 11, 2006.

484.    U.S. Patent No. 7,027,849B2 (Al-Ali), titled "Blood parameter measurement system," and issued April 11, 2006.

485.    U.S. Patent No. 7,030,749B2 (Al-Ali), titled "Parallel measurement alarm processor," and issued April 18, 2006.

486.    U.S. Patent No. 7,031,728B2 (Beyer), titled "Cellular phone/PDA communication system," and issued April 18, 2006.

487.    U.S. Patent Application Publication No. 2006/0089557A1 (Grajales et al.), titled "Method and apparatus to facilitate heart rate detection," and published April 27, 2006.

488.    U.S. Patent No. 7,039,449B2 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued May 2, 2006.

489.    U.S. Patent No. 7,041,060B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued May 9, 2006.

490.    U.S. Patent No. 7,044,918B2 (Diab), titled "Plethysmograph pulse recognition processor," and issued May 16, 2006.

491.    U.S. Patent No. 7,046,347B1 (Amend et al.), titled "Instrument with colorimeter and sensor inputs for interfacing with a computer," and issued May 16, 2006.

492.   U.S. Patent No. 7,047,054B2 (Benni), titled "Laser diode optical transducer assembly for non-invasive spectrophotometric blood oxygenation monitoring," and issued May 16, 2006.

493.   U.S. Patent No. 7,048,687B1 (Reuss et al.), titled "Limited use medical probe," and issued May 23, 2006.

494.   U.S. Patent No. 7,060,963B2 (Maegawa et al.), titled "Organism information measuring device and organism information measuring method," and issued June 13, 2006.

495.   U.S. Patent No. 7,061,595B2 (Cabuz et al.), titled "Miniaturized flow controller with closed loop regulation," and issued June 13, 2006.

496.   U.S. Patent No. 7,062,307B2 (Norris et al.), titled "Oversampling pulse oximeter," and issued June 13, 2006.

497.   U.S. Patent No. 7,067,893B2 (Mills et al.), titled "Optoelectronic element with a non-protruding lens," and issued June 27, 2006.

498.   U.S. Patent Application Publication No. 2006/0161054A1 (Reuss et al.), titled "Limited use medical probe," and published July 20, 2006.

499.   U.S. Patent No. 7,088,040B1 (Ducharme et al.), titled "Light source using emitting particles to provide visible light," and issued August 8, 2006.

500.   U.S. Design Patent No. D526,719S (Richie et al.), titled "Noninvasive glucose analyzer," and issued August 15, 2006.

501.   U.S. Patent No. 7,092,735B2 (Osann), titled "Video-voicemail solution for wireless communication devices," and issued August 15, 2006.

502.   U.S. Patent No. 7,092,757B2 (Larson et al.), titled "Minute ventilation sensor with dynamically adjusted excitation current," and issued August 15, 2006.

503.   U.S. Patent Application Publication No. 2006/0182659A1 (Unlu et al.), titled "Resonant cavity biosensor," and published August 17, 2006.

504.   U.S. Patent No. 7,096,052B2 (Mason et al.), titled "Optical probe including predetermined emission wavelength based on patient type," and issued August 22, 2006.

505.   U.S. Patent No. 7,096,054B2 (Abdul-Hafiz et al.), titled "Low noise optical housing," and issued August 22, 2006.

506. U.S. Patent Application Publication No. 2006/0189871A1 (Al-Ali et al.), titled "Portable patient monitor," and published August 24, 2006.

507. U.S. Patent No. 7,107,706B1 (Bailey et al.), titled "Ergonomic systems and methods providing intelligent adaptive surfaces and temperature control," and issued September 19, 2006.

508. U.S. Patent No. 7,109,490B2 (Fuchs et al.), titled "Method and medical device designed for implementing this method," and issued September 19, 2006.

509. U.S. Patent No. 7,113,815B2 (O'Neil et al.), titled "Stacked adhesive optical sensor," and issued September 26, 2006.

510. U.S. Patent Application Publication No. 2006/0217608A1 (Fein et al.), titled "Oximeter sensor with digital memory encoding sensor data," and published September 28, 2006.

511. U.S. Design Patent No. D529,616S (Deros et al.), titled "Noninvasive glucose analyzer," and issued October 3, 2006.

512. U.S. Patent Application Publication No. 2006/0226992A1 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and published October 12, 2006.

513. U.S. Patent No. 7,130,672B2 (Pewzner et al.), titled "Apparatus and method for monitoring tissue vitality parameters," and issued October 31, 2006.

514. U.S. Patent Application Publication No. 2006/0247531A1 (Pogue et al.), titled "System and method for spectral-encoded high-rate hemodynamic tomography," and published November 2, 2006.

515. U.S. Patent No. 7,132,641B2 (Schulz et al.), titled "Shielded optical probe having an electrical connector," and issued November 7, 2006.

516. U.S. Patent No. 7,133,710B2 (Acosta et al.), titled "Compact apparatus for noninvasive measurement of glucose through near-infrared spectroscopy," and issued November 7, 2006.

517. U.S. Patent Application Publication No. 2006/0253010A1 (Brady et al.), titled "Monitoring device, method and system," and published November 9, 2006.

518. U.S. Patent Application Publication No. 2006/0258928A1 (Ortner et al.), titled "Patient interface for spectroscopy applications," and published November 16, 2006.

519.    U.S. Patent No. 7,142,901 B2 (Kiani et al.), titled "Parameter compensated physiological monitor," and issued November 28, 2006.

520.    U.S. Patent Application Publication No. 2006/0270919 A1 (Brenner), titled "Biomarkers sensing," and published November 30, 2006.

521.    U.S. Patent No. 7,149,561 B2 (Diab), titled "Optical spectroscopy pathlength measurement system," and issued December 12, 2006.

522.    U.S. Design Patent No. D535,031 S (Barrett et al.), titled "Vital signs monitor," and issued January 9, 2007.

523.    U.S. Patent Application Publication No. 2007/0038049 A1 (Huang), titled "System for adjusting power employed by a medical device," and published February 15, 2007.

524.    U.S. Design Patent No. D537,164 S (Shigemori et al.), titled "Viewer," and issued February 20, 2007.

525.    U.S. Patent No. 7,186,966 B2 (Al-Ali), titled "Amount of use tracking device and method for medical product," and issued March 6, 2007.

526.    U.S. Patent Application Publication No. 2007/0055119 A1 (Lash et al.), titled "Optical probe for optical imaging system," and published March 8, 2007.

527.    U.S. Patent No. 7,190,261 B2 (Al-Ali), titled "Arrhythmia alarm processor," and issued March 13, 2007.

528.    U.S. Patent Application Publication No. 2007/0073116 A1 (Kiani et al.), titled "Patient identification using physiological sensor," and published March 29, 2007.

529.    U.S. Patent Application Publication No. 2007/0073117 A1 (Raridan), titled "Medical sensor and technique for using the same," and published March 29, 2007.

530.    U.S. Patent Application Publication No. 2007/0093786 A1 (Goldsmith et al.), titled "Watch controller for a medical device," and published April 26, 2007.

531.    U.S. Patent Application Publication No. 2007/0100222 A1 (Mastrototaro et al.), titled "Analyte sensing apparatus for hospital use," and published May 3, 2007.

532.    U.S. Patent No. 7,215,984 B2 (Diab et al.), titled "Signal processing apparatus," and issued May 8, 2007.

533.     U.S. Patent No. 7,215,986B2 (Diab et al.), titled "Signal processing apparatus," and issued May 8, 2007.

534.     U.S. Patent Application Publication No. 2007/0106172A1 (Abreu), titled "Apparatus and method for measuring biologic parameters," and published May 10, 2007.

535.     U.S. Patent No. 7,220,254B2 (Altshuler et al.), titled "Dermatological treatment with visualization," and issued May 22, 2007.

536.     U.S. Patent No. 7,221,971B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 22, 2007.

537.     U.S. Patent No. 7,225,006B2 (Al-Ali et al.), titled "Attachment and optical probe," and issued May 29, 2007.

538.     U.S. Patent No. 7,225,007B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued May 29, 2007.

539.     U.S. Patent No. 7,227,156B2 (Colvin et al.), titled "System and method for attenuating the effect of ambient light on an optical sensor," and issued June 5, 2007.

540.     U.S. Patent No. 7,228,166B1 (Kawasaki et al.), titled "Biological light measuring instrument," and issued June 5, 2007.

541.     U.S. Reissued Patent No. RE39,672E (Shehada et al.), titled "Method and devices for laser induced fluorescence attenuation spectroscopy," and issued June 5, 2007.

542.     U.S. Patent No. 7,230,227B2 (Wilcken et al.), titled "Lenslet/detector array assembly for high data rate optical communications," and issued June 12, 2007.

543.     U.S. Patent Application Publication No. 2007/0145255A1 (Nishikawa et al.), titled "Lens-equipped light-emitting diode device and method of manufacturing the same," and published June 28, 2007.

544.     U.S. Patent Application Publication No. 2007/0149864A1 (Laakkonen), titled "Monitoring device for multiple tissue sites," and published June 28, 2007.

545.     U.S. Patent No. 7,239,905B2 (Kiani - Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued July 3, 2007.

546.  U.S. Patent No. 7,245,953B1 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatii," and issued July 17, 2007.

547.  U.S. Design Patent No. D547,454S (Hsieh), titled "Transcutaneous nerve stimulator," and issued July 24, 2007.

548.  U.S. Patent No. 7,251,513B2 (Kondoh et al.), titled "Method of measuring biological information using light and apparatus of measuring biological information using light," and issued July 31, 2007.

549.  U.S. Patent Application Publication No. 2007/0180140A1 (Welch et al.), titled "Physiological alarm notification system," and published August 2, 2007.

550.  U.S. Patent No. 7,252,639B2 (Kimura et al.), titled "Method and apparatus for measuring biological condition," and issued August 7, 2007.

551.  U.S. Patent No. 7,254,429B2 (Schurman et al.), titled "Method and apparatus for monitoring glucose levels in a biological tissue," and issued August 7, 2007.

552.  U.S. Patent No. 7,254,431B2 (Al-Ali et al.), titled "Physiological parameter tracking system," and issued August 7, 2007.

553.  U.S. Patent No. 7,254,433B2 (Diab et al.), titled "Signal processing apparatus," and issued August 7, 2007.

554.  U.S. Patent No. 7,254,434B2 (Schulz et al.), titled "Variable pressure reusable sensor," and issued August 7, 2007.

555.  U.S. Patent Application Publication No. 2007/0191691A1 (Polanco), titled "Identification of guilty knowledge and malicious intent," and published August 16, 2007.

556.  U.S. Patent Application Publication No. 2007/0197886A1 (Naganuma et al.), titled "Constituent concentration measuring apparatus and constituent concentration measuring apparatus controlling method," and published August 23, 2007.

557.  U.S. Patent Application Publication No. 2007/0208395 (Laclerc et al.), titled "Phototherapy Device and Method of Providing Phototherapy to a Body Surface," and published September 6, 2007.

558.  U.S. Design Patent No. D549,830S (Behar et al.), titled "Hand-held electronic device," and issued August 28, 2007.

559.    U.S. Design Patent No. D550,364S (Glover et al.), titled "Handheld medical information terminal," and issued September 4, 2007.

560.    U.S. Design Patent No. D551,350S (Lorimer et al.), titled "Medical instrument," and issued September 18, 2007.

561.    U.S. Patent No. 7,272,425B2 (Al-Ali), titled "Pulse oximetry sensor including stored sensor data," and issued September 18, 2007.

562.    U.S. Patent No. 7,274,955B2 (Kiani et al.), titled "Parameter compensated pulse oximeter," and issued September 25, 2007.

563.    U.S. Patent No. 7,280,858B2 (Al-Ali et al.), titled "Pulse oximetry sensor," and issued October 9, 2007.

564.    U.S. Patent Application Publication No. 2007/0238955A1 (Tearney et al.), titled "Systems and methods for generating data using one or more endoscopic microscopy techniques," and published October 11, 2007.

565.    U.S. Design Patent No. D553,248S (Nguyen), titled "Kick counting device," and issued October 16, 2007.

566.    U.S. Patent Application Publication No. 2007/0244377A1 (Cozad et al.), titled "Pulse oximeter sleeve," and published October 18, 2007.

567.    U.S. Patent Application Publication No. 2007/0249916A1 (Pesach et al.), titled "Wearable glucometer," and published October 25, 2007.

568.    U.S. Design Patent No. D554,263S (Al-Ali et al.), titled "Portable patient monitor," and issued October 30, 2007.

569.    U.S. Patent No. 7,289,835B2 (Mansfield et al.), titled "Multivariate analysis of green to ultraviolet spectra of cell and tissue samples," and issued October 30, 2007.

570.    U.S. Patent No. 7,292,883B2 (De Felice et al.), titled "Physiological assessment system," and issued November 6, 2007.

571.    U.S. Patent Application Publication No. 2007/0260130A1 (Chin), titled "Medical sensor and technique for using the same," and published November 8, 2007.

572.    U.S. Patent No. 7,295,866B2 (Al-Ali), titled "Low power pulse oximeter," and issued November 13, 2007.

573.   U.S. Patent Application Publication No. 2007/0282178A1 (Scholler et al.), titled "Method and device for the identification of at least one substance of content of a body fluid," and published December 6, 2007.

574.   U.S. Patent Application Publication No. 2007/0293792A1 (Sliwa et al.), titled "Prostate BPH and tumor detector also useable on other tissues," and published December 20, 2007.

575.   U.S. Patent Application Publication No. 2008/0004513A1 (Walker et al.), titled "Vcsel tissue spectrometer," and published January 3, 2008.

576.   U.S. Patent Application Publication No. 2008/0015424A1 (Bernreuter), titled "Tissue Oximetry Apparatus and Method," and published January 17, 2008.

577.   U.S. Patent No. 7,328,053B1 (Diab et al.), titled "Signal processing apparatus," and issued February 5, 2008.

578.   U.S. Patent Application Publication No. 2008/0031497A1 (Kishigami et al.), titled "Imaging device and biometrics authentication apparatus," and published February 7, 2008.

579.   U.S. Patent No. 7,332,784B2 (Mills et al.), titled "Method of providing an optoelectronic element with a non-protruding lens," and issued February 19, 2008.

580.   U.S. Design Patent No. D562,985S (Brefka et al.), titled "Medical device with cable," and issued February 26, 2008.

581.   U.S. Patent No. 7,340,287B2 (Mason et al.), titled "Flex circuit shielded optical sensor," and issued March 4, 2008.

582.   U.S. Patent No. 7,341,559B2 (Schulz et al.), titled "Pulse oximetry ear sensor," and issued March 11, 2008.

583.   U.S. Patent No. 7,343,186B2 (Lamego et al.), titled "Multi-wavelength physiological monitor," and issued March 11, 2008.

584.   U.S. Patent Application Publication No. 2008/0064965A1 (Jay et al.), titled "Devices and methods for measuring pulsus paradoxus," and published March 13, 2008.

585.   U.S. Patent Application Publication No. 2008/0076980A1 (Hoarau), titled "Medical sensor for reducing signal artifacts and technique for using the same," and published March 27, 2008.

586. U.S. Patent Application Publication No. 2008/0076993A1 (Ostrowski), titled "Medical sensor and technique for using the same," and published March 27, 2008.

587. U.S. Patent Application Publication No. 2008/0081966A1 (Debreczeny et al.), titled "Symmetric LED array for pulse oximetry," and published April 3, 2008.

588. U.S. Design Patent No. D566,282S (Al-Ali et al.), titled "Stand for a portable patient monitor," and issued April 8, 2008.

589. U.S. Patent No. 7,355,512B1 (Al-Ali), titled "Parallel alarm processor," and issued April 8, 2008.

590. U.S. Patent No. 7,356,365B2 (Schurman), titled "Method and apparatus for tissue oximetry," and issued April 8, 2008.

591. U.S. Design Patent No. D567,125S (Okabe et al.), titled "Stress meter," and issued April 22, 2008.

592. U.S. Patent Application Publication No. 2008/0094228A1 (Welch et al.), titled "Patient monitor using radio frequency identification tags," and published April 24, 2008.

593. U.S. Patent Application Publication No. 2008/0097172A1 (Sawada et al.), titled "Sensor Unit and Biosensor," and published April 24, 2008.

594. U.S. Patent No. 7,365,923B2 (Hargis et al.), titled "Heat sink tab for optical sub-assembly," and issued April 29, 2008.

595. U.S. Design Patent No. D569,001S (Omaki), titled "Blood pressure monitor," and issued May 13, 2008.

596. U.S. Patent No. 7,371,981B2 (Abdul-Hafiz), titled "Connector switch," and issued May 13, 2008.

597. U.S. Patent No. 7,373,193B2 (Al-Ali et al.), titled "Pulse oximetry data capture system," and issued May 13, 2008.

598. U.S. Patent No. 7,373,194B2 (Weber et al.), titled "Signal component processor," and issued May 13, 2008.

599. U.S. Design Patent No. D569,521S (Omaki), titled "Blood pressure monitor," and issued May 20, 2008.

600. U.S. Patent No. 7,376,453B1 (Diab et al.), titled "Signal processing apparatus," and issued May 20, 2008.

601.   U.S. Patent No. 7,377,794B2 (Al-Ali et al.), titled "Multiple wavelength sensor interconnect," and issued May 27, 2008.

602.   U.S. Patent No. 7,377,899B2 (Weber et al.), titled "Sine saturation transform," and issued May 27, 2008.

603.   U.S. Patent Application Publication No. 2008/0122796A1 (Jobs et al.), titled "Touch Screen Device, Method, and Graphical User Interface for Determining Commands by Applying Heuristics," and published May 29, 2008.

604.   U.S. Patent No. 7,383,070B2 (Diab et al.), titled "Signal processing apparatus," and issued June 3, 2008.

605.   U.S. Patent Application Publication No. 2008/0130232A1 (Yamamoto et al.), titled "Heat sink," and published June 5, 2008.

606.   U.S. Patent Application Publication No. 2008/0139908A1 (Kurth), titled "Multi-Wavelength Spatial Domain Near Infrared Oximeter to Detect Cerebral Hypoxia-Ischemia," and published June 12, 2008.

607.   U.S. Patent No. 7,395,158B2 (Monfre et al.), titled "Method of screening for disorders of glucose metabolism," and issued July 1, 2008.

608.   U.S. Patent No. 7,395,189B2 (Qing et al.), titled "Method and apparatus for switching among elements of a structural health monitoring system," and issued July 1, 2008.

609.   U.S. Patent Application Publication No. 2008/0190436A1 (Jaffe et al.), titled "Nasal and oral patient interface," and published August 14, 2008.

610.   U.S. Patent Application Publication No. 2008/0194932A1 (Ayers et al.), titled "Small animal pulse oximeter user interface," and published August 14, 2008.

611.   U.S. Patent No. 7,415,297B2 (Al-Ali et al.), titled "Physiological parameter system," and issued August 19, 2008.

612.   U.S. Patent Application Publication No. 2008/0221418A1 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and published September 11, 2008.

613.   U.S. Patent Application Publication No. 2008/0221426A1 (Baker et al.), titled "Methods and apparatus for detecting misapplied optical sensors," and published September 11, 2008.

614.   U.S. Patent Application Publication No. 2008/0221463A1 (Baker), titled "System and method for venous pulsation detection using near infrared wavelengths," and published September 11, 2008.

615.   U.S. Patent No. 7,428,432B2 (Al-Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and issued September 23, 2008.

616.   U.S. Patent Application Publication No. 2008/0242958A1 (Al-Ali et al.), titled "Multiple wavelength optical sensor," and published October 2, 2008.

617.   U.S. Patent No. 7,438,683B2 (Al-Ali et al.), titled "Application identification sensor," and issued October 21, 2008.

618.   U.S. Patent No. 7,440,787B2 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued October 21, 2008.

619.   U.S. Patent Application Publication No. 2008/0262325A1 (Lamego), titled "Tissue profile wellness monitor," and published October 23, 2008.

620.   U.S. Patent No. 7,454,240B2 (Diab et al.), titled "Signal processing apparatus," and issued November 18, 2008.

621.   U.S. Patent No. 7,467,002B2 (Weber et al.), titled "Sine saturation transform," and issued December 16, 2008.

622.   U.S. Patent No. 7,469,157B2 (Diab et al.), titled "Signal processing apparatus," and issued December 23, 2008.

623.   U.S. Patent Application Publication No. 2008/0319290A1 (Mao et al.), titled "Tissue retractor oximeter," and published December 25, 2008.

624.   U.S. Patent No. 7,471,969B2 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued December 30, 2008.

625.   U.S. Patent No. 7,471,971B2 (Diab et al.), titled "Signal processing apparatus and method," and issued December 30, 2008.

626.   U.S. Patent Application Publication No. 2009/0024013A1 (Soller), titled "Physical Performance Monitoring and Monitors," and published January 22, 2009.

627.   U.S. Patent No. 7,483,729B2 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and issued January 27, 2009.

628.    U.S. Patent No. 7,483,730B2 (Diab et al.), titled "Low-noise optical probes for reducing ambient noise," and issued January 27, 2009.

629.    U.S. Patent Application Publication No. 2009/0030327A1 (Chance), titled "Optical coupler for in vivo examination of biological tissue," and published January 29, 2009.

630.    U.S. Patent Application Publication No. 2009/0036759A1 (Ault et al.), titled "Collapsible noninvasive analyzer method and apparatus," and published February 5, 2009.

631.    U.S. Patent No. 7,489,958B2 (Diab et al.), titled "Signal processing apparatus and method," and issued February 10, 2009.

632.    U.S. Patent Application Publication No. 2009/0043180A1 (Tschautscher et al.), titled "Sensor and system providing physiologic data and biometric identification," and published February 12, 2009.

633.    U.S. Patent No. 7,496,391B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued February 24, 2009.

634.    U.S. Patent No. 7,496,393B2 (Diab et al.), titled "Signal processing apparatus," and issued February 24, 2009.

635.    U.S. Design Patent No. D587,657S (Al-Ali et al.), titled "Connector assembly," and issued March 3, 2009.

636.    U.S. Patent No. 7,499,741B2 (Diab et al.), titled "Signal processing apparatus and method," and issued March 3, 2009.

637.    U.S. Patent No. 7,499,835B2 (Weber et al.), titled "Variable indication estimator," and issued March 3, 2009.

638.    U.S. Patent No. 7,500,950B2 (Al-Ali et al.), titled "Multipurpose sensor port," and issued March 10, 2009.

639.    U.S. Patent No. 7,509,153B2 (Blank et al.), titled "Method and apparatus for control of skin perfusion for indirect glucose measurement," and issued March 24, 2009.

640.    U.S. Patent No. 7,509,154B2 (Diab et al.), titled "Signal processing apparatus," and issued March 24, 2009.

641.    U.S. Patent No. 7,509,494B2 (Al-Ali), titled "Interface cable," and issued March 24, 2009.

642.  U.S. Patent No. 7,510,849B2 (Schurman et al.), titled "OCT based method for diagnosis and therapy," and issued March 31, 2009.

643.  U.S. Patent No. 7,514,725B2 (Wojtczuk et al.), titled "Nanophotovoltaic devices," and issued April 7, 2009.

644.  U.S. Patent Application Publication No. 2009/0093687A1 (Telfort et al.), titled "Systems and methods for determining a physiological condition using an acoustic monitor," and published April 9, 2009.

645.  U.S. Patent No. 7,519,327B2 (White), titled "Athletic monitoring system and method," and issued April 14, 2009.

646.  U.S. Patent No. 7,519,406B2 (Blank et al.), titled "Noninvasive analyzer sample probe interface method and apparatus," and issued April 14, 2009.

647.  U.S. Patent Application Publication No. 2009/0095926A1 (MacNeish), titled "Physiological parameter detector," and published April 16, 2009.

648.  U.S. Patent No. 7,526,328B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued April 28, 2009.

649.  U.S. Patent No. 7,530,942B1 (Diab), titled "Remote sensing infant warmer," and issued May 12, 2009.

650.  U.S. Patent No. 7,530,949B2 (Al-Ali et al.), titled "Dual-mode pulse oximeter," and issued May 12, 2009.

651.  U.S. Patent No. 7,530,955B2 (Diab et al.), titled "Signal processing apparatus," and issued May 12, 2009.

652.  U.S. Design Patent No. D592,507S (Wachman et al.), titled "Top for medicine container," and issued May 19, 2009.

653.  U.S. Patent Application Publication No. 2009/0129102A1 (Xiao et al.), titled "Led lamp with a heat sink," and published May 21, 2009.

654.  U.S. Patent Application Publication No. 2009/0156918A1 (Davis et al.), titled "Implantable optical sensor and method for use," and published June 18, 2009.

655.  U.S. Patent Application Publication No. 2009/0163775A1 (Barrett et al.), titled "Physiological sensor," and published June 25, 2009.

656.  U.S. Patent Application Publication No. 2009/0163783A1 (Mannheimer et al.), titled "Medical sensor and technique for using the same," and published June 25, 2009.

657.   U.S. Patent Application Publication No. 2009/0163787A1 (Mannheimer et al.), titled "Medical sensor and technique for using the same," and published June 25, 2009.

658.   U.S. Patent No. 7,558,622B2 (Tran), titled "Mesh network stroke monitoring appliance," and issued July 7, 2009.

659.   U.S. Patent Application Publication No. 2009/0177097A1 (Ma et al.), titled "Exercise device, sensor and method of determining body parameters during exercise," and published July 9, 2009.

660.   U.S. Patent No. 7,563,110B2 (Al-Ali et al.), titled "Multiple wavelength sensor interconnect," and issued July 21, 2009.

661.   U.S. Patent Application Publication No. 2009/0187085A1 (Pav), titled "System and method for estimating physiological parameters by deconvolving artifacts," and published July 23, 2009.

662.   U.S. Patent Application Publication No. 2009/0234206A1 (Gaspard et al.), titled "Medical device for diagnosing pressure ulcers," and published September 17, 2009.

663.   U.S. Patent No. 7,593,230B2 (Abul-Haj et al.), titled "Apparatus for absorbing and dissipating excess heat generated by a system," and issued September 22, 2009.

664.   U.S. Patent No. 7,596,398B2 (Al-Ali et al.), titled "Multiple wavelength sensor attachment," and issued September 29, 2009.

665.   U.S. Patent Application Publication No. 2009/0247885A1 (Suzuki et al.), titled "Pulse wave measuring apparatus and autonomic nervous analysis system having the same," and published October 1, 2009.

666.   U.S. Patent Application Publication No. 2009/0247984A1 (Lamego et al.), titled "Use of microneedles for small molecule metabolite reporter delivery," and published October 1, 2009.

667.   U.S. Patent No. 7,601,123B2 (Tweed et al.), titled "Non-invasive blood pressure monitoring device and methods," and issued October 13, 2009.

668.   U.S. Patent Application Publication No. 2009/0259114A1 (Johnson et al.), titled "Non-invasive optical sensor," and published October 15, 2009.

669.   U.S. Patent No. 7,606,606B2 (Laakkonen), titled "Patient monitoring device with multiple sensors," and issued October 20, 2009.

670.  U.S. Patent No. 7,606,608B2 (Blank et al.), titled "Optical sampling interface system for in-vivo measurement of tissue," and issued October 20, 2009.

671.  U.S. Patent Application Publication No. 2009/0270699A1 (Scholler et al.), titled "Device for Determining Physiological Variables," and published October 29, 2009.

672.  U.S. Patent No. 7,613,490B2 (Sarussi et al.), titled "Physiological stress detector device and system," and issued November 3, 2009.

673.  U.S. Patent Application Publication No. 2009/0275813A1 (Davis), titled "External ear-placed non-invasive physiological sensor," and published November 5, 2009.

674.  U.S. Patent Application Publication No. 2009/0275844A1 (Al-Ali), titled "Monitor configuration system," and published November 5, 2009.

675.  U.S. Design Patent No. D603,966S (Jones et al.), titled "Pulse oximeter with integrated sensor," and issued November 10, 2009.

676.  U.S. Patent No. 7,618,375B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued November 17, 2009.

677.  U.S. Patent No. 7,620,674B2 (Ruchti et al.), titled "Method and apparatus for enhanced estimation of an analyte property through multiple region transformation," and issued November 17, 2009.

678.  U.S. Patent No. 7,629,039B2 (Eckerbom et al.), titled "Air gas analyzer window and a method for producing such a window," and issued December 8, 2009.

679.  U.S. Patent Application Publication No. 2009/0306487A1 (Crowe et al.), titled "Photoplethysmography," and published December 10, 2009.

680.  U.S. Design Patent No. D606,659S (Kiani et al.), titled "Patient monitor," and issued December 22, 2009.

681.  U.S. Patent No. 7,640,140B2 (Ruchti et al.), titled "Method of processing noninvasive spectra," and issued December 29, 2009.

682.  U.S. Patent Application Publication No. 2009/0326346A1 (Kracker et al.), titled "Optical perfusion sensor detector," and published December 31, 2009.

683.     U.S. Patent Application Publication No. 2010/0004518A1 (Vo et al.), titled "Heat sink for noninvasive medical sensor," and published January 7, 2010.

684.     U.S. Patent No. 7,647,083B2 (Al-Ali et al.), titled "Multiple wavelength sensor equalization," and issued January 12, 2010.

685.     U.S. Design Patent No. D609,193S (Al-Ali et al.), titled "Connector assembly," and issued February 2, 2010.

686.     U.S. Patent No. 7,656,393B2 (King et al.), titled "Electronic device having display and surrounding touch sensitive bezel for user interface and control," and issued February 2, 2010.

687.     U.S. Patent No. 7,657,294B2 (Eghbal et al.), titled "Compliant diaphragm medical sensor and technique for using the same," and issued February 2, 2010.

688.     U.S. Patent No. 7,657,295B2 (Coakley et al.), titled "Medical sensor and technique for using the same," and issued February 2, 2010.

689.     U.S. Patent No. 7,657,296B2 (Raridan et al.), titled "Unitary medical sensor assembly and technique for using the same," and issued February 2, 2010.

690.     U.S. Patent Application Publication No. 2010/0030040A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published February 4, 2010.

691.     U.S. Patent Application Publication No. 2010/0030043A1 (Kuhn), titled "Implantable medical system including multiple sensing modules," and published February 4, 2010.

692.     U.S. Patent No. 7,658,613B1 (Griffin et al.), titled "Magnetic connector," and issued February 9, 2010.

693.     U.S. Patent No. 7,676,253B2 (Raridan), titled "Medical sensor and technique for using the same," and issued March 9, 2010.

694.     U.S. Patent No. 7,683,926B2 (Schechterman et al.), titled "Optical device," and issued March 23, 2010.

695.     U.S. Patent No. 7,697,966B2 (Monfre et al.), titled "Noninvasive targeting system method and apparatus," and issued April 13, 2010.

696. U.S. Patent No. 7,698,105B2 (Ruchti et al.), titled "Method and apparatus for improving performance of noninvasive analyte property estimation," and issued April 13, 2010.

697. U.S. Design Patent No. D614,305S (Al-Ali et al.), titled "Connector assembly," and issued April 20, 2010.

698. U.S. Patent No. 7,698,909B2 (Hannula et al.), titled "Headband with tension indicator," and issued April 20, 2010.

699. U.S. Patent Application Publication No. 2010/0099964A1 (O'Reilly et al.), titled "Hemoglobin monitor," and published April 22, 2010.

700. U.S. Reissued Patent No. RE41,317E (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued May 4, 2010.

701. U.S. Patent Application Publication No. 2010/0113948A1 (Yang et al.), titled "Heart rate measurement," and published May 6, 2010.

702. U.S. Reissued Patent No. RE41,333E (Blank et al.), titled "Multi-tier method of developing localized calibration models for non-invasive blood analyte prediction," and issued May 11, 2010.

703. U.S. Patent Application Publication No. 2010/0130841A1 (Ozawa et al.), titled "Noninvasive living body measurement apparatus and noninvasive living body measurement method," and published May 27, 2010.

704. U.S. Patent No. 7,726,209B2 (Ruotoistenmäki), titled "Force or pressure sensor and method for applying the same," and issued June 1, 2010.

705. U.S. Patent No. 7,729,733B2 (Al-Ali et al.), titled "Configurable physiological measurement system," and issued June 1, 2010.

706. U.S. Patent No. 7,734,320B2 (Al-Ali), titled "Sensor isolation," and issued June 8, 2010.

707. U.S. Patent No. 7,740,588B1 (Sciarra), titled "Wireless respiratory and heart rate monitoring system," and issued June 22, 2010.

708. U.S. Patent No. 7,740,589B2 (Maschke et al.), titled "Method and apparatus for training adjustment in sports, in particular in running sports," and issued June 22, 2010.

709. U.S. Patent No. 7,761,127B2 (Al-Ali et al.), titled "Multiple wavelength sensor substrate," and issued July 20, 2010.

710.   U.S. Patent No. 7,761,128B2 (Al-Ali et al.), titled "Physiological monitor," and issued July 20, 2010.

711.   U.S. Patent No. 7,764,982B2 (Dalke et al.), titled "Multiple wavelength sensor emitters," and issued July 27, 2010.

712.   U.S. Patent No. 7,764,983B2 (Mannheimer et al.), titled "Method and circuit for storing and providing historical physiological data," and issued July 27, 2010.

713.   U.S. Design Patent No. D621,516S (Kiani et al.), titled "Patient monitoring sensor," and issued August 10, 2010.

714.   U.S. Patent Application Publication No. 2010/0210925A1 (Holley et al.), titled "Optical Apparatus for Measuring a Physiological Property of a Body Part and Method Therefore," and published August 19, 2010.

715.   U.S. Patent No. 7,791,155B2 (Diab), titled "Detector shield," and issued September 7, 2010.

716.   U.S. Patent Application Publication No. 2010/0234718A1 (Sampath et al.), titled "Open architecture medical communication system," and published September 16, 2010.

717.   U.S. Patent No. 7,801,581B2 (Diab), titled "Optical spectroscopy pathlength measurement system," and issued September 21, 2010.

718.   U.S. Patent No. 7,809,418B2 (Xu), titled "Optical device components," and issued October 5, 2010.

719.   U.S. Patent No. 7,822,452B2 (Schurman et al.), titled "Method for data reduction and calibration of an OCT-based blood glucose monitor," and issued October 26, 2010.

720.   U.S. Patent Application Publication No. 2010/0270257A1 (Wachman et al.), titled "Medicine bottle cap with electronic embedded curved display," and published October 28, 2010.

721.   U.S. Reissued Patent No. RE41,912E (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued November 2, 2010.

722.   U.S. Patent No. 7,844,313B2 (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued November 30, 2010.

723.   U.S. Patent No. 7,844,314B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued November 30, 2010.

724. U.S. Patent No. 7,844,315B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued November 30, 2010.

725. U.S. Patent Application Publication No. 2010/0305416A1 (Bedard et al.), titled "Non-invasive pressured probing device," and published December 2, 2010.

726. U.S. Patent No. 7,862,523B2 (Ruotoistenmäki), titled "Force or pressure sensor and method for applying the same," and issued January 4, 2011.

727. U.S. Patent No. 7,865,222B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and issued January 4, 2011.

728. U.S. Patent Application Publication No. 2011/0001605A1 (Kiani et al.), titled "Medical monitoring system," and published January 6, 2011.

729. U.S. Patent Application Publication No. 2011/0003665A1 (Burton et al.), titled "Athletic watch," and published January 6, 2011.

730. U.S. Patent Application Publication No. 2011/0004079A1 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and published January 6, 2011.

731. U.S. Patent Application Publication No. 2011/0004106A1 (Iwamiya et al.), titled "Optical biological information detecting apparatus and optical biological information detecting method," and published January 6, 2011.

732. U.S. Patent No. 7,869,849B2 (Ollerdessen et al.), titled "Opaque, electrically nonconductive region on a medical sensor," and issued January 11, 2011.

733. U.S. Patent No. 7,873,497B2 (Weber et al.), titled "Variable indication estimator," and issued January 18, 2011.

734. U.S. Patent No. 7,880,606B2 (Al-Ali), titled "Physiological trend monitor," and issued February 1, 2011.

735. U.S. Patent No. 7,880,626B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued February 1, 2011.

736. U.S. Patent Application Publication No. 2011/0028806A1 (Merritt et al.), titled "Reflectance calibration of fluorescence-based glucose measurements," and published February 3, 2011.

737. U.S. Patent Application Publication No. 2011/0028809A1 (Goodman), titled "Patient monitor ambient display device," and published February 3, 2011.

738. U.S. Patent No. 7,884,314B2 (Hamada et al.), titled "Light guide mechanism for guiding a light to an illuminance sensor," and issued February 8, 2011.

739. U.S. Patent Application Publication No. 2011/0040197A1 (Welch et al.), titled "Wireless patient monitoring system," and published February 17, 2011.

740. U.S. Patent No. 7,891,355B2 (Al-Ali et al.), titled "Physiological monitor," and issued February 22, 2011.

741. U.S. Patent No. 7,894,868B2 (Al-Ali et al.), titled "Physiological monitor," and issued February 22, 2011.

742. U.S. Patent No. 7,899,506B2 (Xu et al.), titled "Composite spectral measurement method and its spectral detection instrument," and issued March 1, 2011.

743. U.S. Patent No. 7,899,507B2 (Al-Ali et al.), titled "Physiological monitor," and issued March 1, 2011.

744. U.S. Patent No. 7,899,510B2 (Hoarau), titled "Medical sensor and technique for using the same," and issued March 1, 2011.

745. U.S. Patent No. 7,899,518B2 (Trepagnier et al.), titled "Non-invasive tissue glucose level monitoring," and issued March 1, 2011.

746. U.S. Patent No. 7,904,130B2 (Raridan), titled "Medical sensor and technique for using the same," and issued March 8, 2011.

747. U.S. Patent No. 7,904,132B2 (Weber et al.), titled "Sine saturation transform," and issued March 8, 2011.

748. U.S. Patent No. 7,909,772B2 (Popov et al.), titled "Non-invasive measurement of second heart sound components," and issued March 22, 2011.

749. U.S. Patent No. 7,910,875B2 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued March 22, 2011.

750. U.S. Patent No. 7,918,779B2 (Haber et al.), titled "Therapeutic methods using electromagnetic radiation," and issued April 5, 2011.

751.   U.S. Patent No. 7,919,713B2 (Al-Ali et al.), titled "Low noise oximetry cable including conductive cords," and issued April 5, 2011.

752.   U.S. Patent Application Publication No. 2011/0082711A1 (Poeze et al.), titled "Personal digital assistant or organizer for monitoring glucose levels," and published April 7, 2011.

753.   U.S. Patent Application Publication No. 2011/0085721A1 (Guyon et al.), titled "Method and device for diffuse excitation in imaging," and published April 14, 2011.

754.   U.S. Patent Application Publication No. 2011/0087081A1 (Kiani et al.), titled "Personalized physiological monitor," and published April 14, 2011.

755.   U.S. Patent No. 7,937,128B2 (Al-Ali), titled "Cyanotic infant sensor," and issued May 3, 2011.

756.   U.S. Patent No. 7,937,129B2 (Mason et al.), titled "Variable aperture sensor," and issued May 3, 2011.

757.   U.S. Patent No. 7,937,130B2 (Diab et al.), titled "Signal processing apparatus," and issued May 3, 2011.

758.   U.S. Patent Application Publication No. 2011/0105854A1 (Kiani et al.), titled "Medical monitoring system," and published May 5, 2011.

759.   U.S. Patent Application Publication No. 2011/0105865A1 (Yu et al.), titled "Diffuse reflectance spectroscopy device for quantifying tissue absorption and scattering," and published May 5, 2011.

760.   U.S. Patent No. 7,941,199B2 (Kiani), titled "Sepsis monitor," and issued May 10, 2011.

761.   U.S. Patent Application Publication No. 2011/0118561A1 (Tari et al.), titled "Remote control for a medical monitoring device," and published May 19, 2011.

762.   U.S. Patent No. 7,951,086B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued May 31, 2011.

763.   U.S. Patent No. 7,957,780B2 (Lamego et al.), titled "Physiological parameter confidence measure," and issued June 7, 2011.

764.   U.S. Patent Application Publication No. 2011/0137297A1 (Kiani et al.), titled "Pharmacological management system," and published June 9, 2011.

765. U.S. Patent No. 7,962,188B2 (Kiani et al.), titled "Robust alarm system," and issued June 14, 2011.

766. U.S. Patent No. 7,962,190B1 (Diab et al.), titled "Signal processing apparatus," and issued June 14, 2011.

767. U.S. Patent No. 7,976,472B2 (Kiani), titled "Noninvasive hypovolemia monitor," and issued July 12, 2011.

768. U.S. Patent Application Publication No. 2011/0172498A1 (Olsen et al.), titled "Spot check monitor credit system," and published July 14, 2011.

769. U.S. Patent No. 7,988,637B2 (Diab), titled "Plethysmograph pulse recognition processor," and issued August 2, 2011.

770. U.S. Patent No. 7,990,382B2 (Kiani), titled "Virtual display," and issued August 2, 2011.

771. U.S. Patent No. 7,991,446B2 (Al-Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and issued August 2, 2011.

772. U.S. Patent No. 8,000,761B2 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued August 16, 2011.

773. U.S. Patent Application Publication No. 2011/0208015A1 (Welch et al.), titled "Wireless patient monitoring system," and published August 25, 2011.

774. U.S. Patent No. 8,008,088B2 (Bellott et al.), titled "SMMR (small molecule metabolite reporters) for use as in vivo glucose biosensors," and issued August 30, 2011.

775. U.S. Patent Application Publication No. 2011/0213212A1 (Al-Ali), titled "Adaptive alarm system," and published September 1, 2011.

776. U.S. Patent No. 8,019,400B2 (Diab et al.), titled "Signal processing apparatus," and issued September 13, 2011.

777. U.S. Patent Application Publication No. 2011/0230733A1 (Al-Ali), titled "Wellness analysis system," and published September 22, 2011.

778. U.S. Reissued Patent No. RE42,753E (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued September 27, 2011.

779. U.S. Patent Application Publication No. 2011/0237911A1 (Lamego et al.), titled "Multiple-wavelength physiological monitor," and published September 29, 2011.

780. U.S. Patent No. 8,028,701B2 (Al-Ali et al.), titled "Respiratory monitoring," and issued October 4, 2011.

781. U.S. Patent No. 8,029,765B2 (Bellott et al.), titled "SMMR (small molecule metabolite reporters) for use as in vivo glucose biosensors," and issued October 4, 2011.

782. U.S. Patent Application Publication No. 2011/0245697A1 (Miettinen), titled "Heart pulse detection," and published October 6, 2011.

783. U.S. Patent No. 8,036,727B2 (Schurman et al.), titled "Methods for noninvasively measuring analyte levels in a subject," and issued October 11, 2011.

784. U.S. Patent No. 8,036,728B2 (Diab et al.), titled "Signal processing apparatus," and issued October 11, 2011.

785. U.S. Patent No. 8,040,758B1 (Dickinson), titled "Golf watch having heart rate monitoring for improved golf game," and issued October 18, 2011.

786. U.S. Patent No. 8,044,998B2 (Heenan), titled "Sensing apparatus and method for vehicles," and issued October 25, 2011.

787. U.S. Patent No. 8,046,040B2 (Al-Ali et al.), titled "Pulse oximetry data confidence indicator," and issued October 25, 2011.

788. U.S. Patent No. 8,046,041B2 (Diab et al.), titled "Signal processing apparatus," and issued October 25, 2011.

789. U.S. Patent No. 8,046,042B2 (Diab et al.), titled "Signal processing apparatus," and issued October 25, 2011.

790. U.S. Patent No. 8,048,040B2 (Kiani), titled "Fluid titration system," and issued November 1, 2011.

791. U.S. Patent No. 8,050,728B2 (Al-Ali et al.), titled "Multiple wavelength sensor drivers," and issued November 1, 2011.

792. U.S. Patent No. 8,071,935B2 (Besko et al.), titled "Optical detector with an overmolded faraday shield," and issued December 6, 2011.

793. U.S. Reissued Patent No. RE43,169E (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued February 7, 2012.

794. U.S. Patent No. 8,118,620B2 (Al-Ali et al.), titled "Connector assembly with reduced unshielded area," and issued February 21, 2012.

795. U.S. Patent No. 8,126,528B2 (Diab et al.), titled "Signal processing apparatus," and issued February 28, 2012.

796. U.S. Patent No. 8,126,531B2 (Crowley), titled "Miniature spectrometer," and issued February 28, 2012.

797. U.S. Patent No. 8,128,572B2 (Diab et al.), titled "Signal processing apparatus," and issued March 6, 2012.

798. U.S. Patent No. 8,130,105B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued March 6, 2012.

799. U.S. Patent Application Publication No. 2012/0059267A1 (Lamego et al.), titled "Blood pressure measurement system," and published March 8, 2012.

800. U.S. Patent No. 8,145,287B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued March 27, 2012.

801. U.S. Patent Application Publication No. 2012/0078069A1 (Melker), titled "Blood flow monitoring," and published March 29, 2012.

802. U.S. Patent No. 8,150,487B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued April 3, 2012.

803. U.S. Patent No. 8,165,662B2 (Cinbis et al.), titled "Implantable tissue perfusion sensing system and method," and issued April 24, 2012.

804. U.S. Patent No. 8,175,672B2 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatii," and issued May 8, 2012.

805. U.S. Patent No. 8,177,720B2 (Nanba et al.), titled "Apparatus for detecting vital functions, control unit and pulse wave sensor," and issued May 15, 2012.

806. U.S. Patent No. 8,180,420B2 (Diab et al.), titled "Signal processing apparatus and method," and issued May 15, 2012.

807.   U.S. Patent Application Publication No. 2012/0123231A1 (O'Reilly), titled "Monitoring cardiac output and vessel fluid volume," and published May 17, 2012.

808.   U.S. Patent No. 8,182,443B1 (Kiani), titled "Drug administration controller," and issued May 22, 2012.

809.   U.S. Patent No. 8,185,180B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 22, 2012.

810.   U.S. Patent No. 8,190,223B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued May 29, 2012.

811.   U.S. Patent No. 8,190,227B2 (Diab et al.), titled "Signal processing apparatus and method," and issued May 29, 2012.

812.   U.S. Patent Application Publication No. 2012/0150052A1 (Buchheim et al.), titled "Heart rate monitor," and published June 14, 2012.

813.   U.S. Patent No. 8,203,438B2 (Kiani et al.), titled "Alarm suspend system," and issued June 19, 2012.

814.   U.S. Patent No. 8,203,704B2 (Merritt et al.), titled "Multi-stream sensor for noninvasive measurement of blood constituents," and issued June 19, 2012.

815.   U.S. Patent No. 8,204,566B2 (Schurman et al.), titled "Method and apparatus for monitoring blood constituent levels in biological tissue," and issued June 19, 2012.

816.   U.S. Patent Application Publication No. 2012/0165629A1 (Merritt et al.), titled "Systems and methods of monitoring a patient through frequency-domain photo migration spectroscopy," and published June 28, 2012.

817.   U.S. Patent No. 8,219,170B2 (Hausmann et al.), titled "System and method for practicing spectrophotometry using light emitting nanostructure devices," and issued July 10, 2012.

818.   U.S. Patent No. 8,219,172B2 (Schurman et al.), titled "System and method for creating a stable optical interface," and issued July 10, 2012.

819.   U.S. Patent Application Publication No. 2012/0179006A1 (Jansen et al.), titled "Non-invasive intravascular volume index monitor," and published July 12, 2012.

820.  U.S. Patent No. 8,224,411B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued July 17, 2012.

821.  U.S. Patent No. 8,228,181B2 (Al-Ali), titled "Physiological trend monitor," and issued July 24, 2012.

822.  U.S. Patent No. 8,229,532B2 (Davis), titled "External ear-placed non-invasive physiological sensor," and issued July 24, 2012.

823.  U.S. Patent No. 8,229,533B2 (Diab et al.), titled "Low-noise optical probes for reducing ambient noise," and issued July 24, 2012.

824.  U.S. Patent No. 8,233,955B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued July 31, 2012.

825.  U.S. Patent Application Publication No. 2012/0197093A1 (LeBoeuf et al.), titled "Apparatus and methods for monitoring physiological data during environmental interference," and published August 2, 2012.

826.  U.S. Patent Application Publication No. 2012/0197137A1 (Jeanne et al.), titled "Method and system for carrying out photoplethysmography," and published August 2, 2012.

827.  U.S. Patent No. 8,244,325B2 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and issued August 14, 2012.

828.  U.S. Patent No. 8,244,326B2 (Ninomiya et al.), titled "Probe device," and issued August 14, 2012.

829.  U.S. Patent Application Publication No. 2012/0209084A1 (Olsen et al.), titled "Respiratory event alert system," and published August 16, 2012.

830.  U.S. Patent No. 8,255,026B1 (Al-Ali), titled "Patient monitor capable of monitoring the quality of attached probes and accessories," and issued August 28, 2012.

831.  U.S. Patent No. 8,255,027B2 (Al-Ali et al.), titled "Multiple wavelength sensor substrate," and issued August 28, 2012.

832.  U.S. Patent No. 8,255,028B2 (Al-Ali et al.), titled "Physiological monitor," and issued August 28, 2012.

833.  U.S. Patent No. 8,260,577B2 (Weber et al.), titled "Variable indication estimator," and issued September 4, 2012.

834. U.S. Patent Application Publication No. 2012/0226117A1 (Lamego et al.), titled "Handheld processing device including medical applications for minimally and non invasive glucose measurements," and published September 6, 2012.

835. U.S. Patent No. 8,265,723B1 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and issued September 11, 2012.

836. U.S. Patent Application Publication No. 2012/0227739A1 (Kiani), titled "Drug administration controller," and published September 13, 2012.

837. U.S. Patent No. 8,274,360B2 (Sampath et al.), titled "Systems and methods for storing, analyzing, and retrieving medical data," and issued September 25, 2012.

838. U.S. Patent No. 8,280,469B2 (Baker), titled "Method for detection of aberrant tissue spectra," and issued October 2, 2012.

839. U.S. Patent No. 8,280,473B2 (Al-Ali), titled "Perfusion index smoother," and issued October 2, 2012.

840. U.S. Patent No. 8,289,130B2 (Nakajima et al.), titled "Systems and methods for identifying unauthorized users of an electronic device," and issued October 16, 2012.

841. U.S. Patent No. 8,301,217B2 (Al-Ali et al.), titled "Multiple wavelength sensor emitters," and issued October 30, 2012.

842. U.S. Patent No. 8,306,596B2 (Schurman et al.), titled "Method for data reduction and calibration of an OCT-based physiological monitor," and issued November 6, 2012.

843. U.S. Patent Application Publication No. 2012/0283524A1 (Kiani et al.), titled "Pediatric monitor sensor steady game," and published November 8, 2012.

844. U.S. Patent No. 8,310,336B2 (Muhsin et al.), titled "Systems and methods for storing, analyzing, retrieving and displaying streaming medical data," and issued November 13, 2012.

845. U.S. Patent No. 8,315,683B2 (Al-Ali et al.), titled "Duo connector patient cable," and issued November 20, 2012.

846. U.S. Patent Application Publication No. 2012/0296178A1 (Lamego et al.), titled "Personal health device," and published November 22, 2012.

847.    U.S. Patent No. 8,332,006B2 (Naganuma et al.), titled "Constituent concentration measuring apparatus and constituent concentration measuring apparatus controlling method," and issued December 11, 2012.

848.    U.S. Reissued Patent No. RE43,860E (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued December 11, 2012.

849.    U.S. Patent Application Publication No. 2012/0319816A1 (Al-Ali), titled "Patient monitor capable of monitoring the quality of attached probes and accessories," and published December 20, 2012.

850.    U.S. Patent No. 8,337,403B2 (Al-Ali et al.), titled "Patient monitor having context-based sensitivity adjustments," and issued December 25, 2012.

851.    U.S. Patent Application Publication No. 2012/0330112A1 (Lamego et al.), titled "Patient monitoring system," and published December 27, 2012.

852.    U.S. Patent No. 8,343,026B2 (Gardiner et al.), titled "Therapeutic methods using electromagnetic radiation," and issued January 1, 2013.

853.    U.S. Patent No. 8,346,330B2 (Lamego), titled "Reflection-detector sensor position indicator," and issued January 1, 2013.

854.    U.S. Patent No. 8,352,003B2 (Sawada et al.), titled "Sensor unit and biosensor," and issued January 8, 2013.

855.    U.S. Patent No. 8,353,842B2 (Al-Ali et al.), titled "Portable patient monitor," and issued January 15, 2013.

856.    U.S. Patent No. 8,355,766B2 (MacNeish et al.), titled "Ceramic emitter substrate," and issued January 15, 2013.

857.    U.S. Patent Application Publication No. 2013/0018233A1 (Cinbis et al.), titled "Implantable tissue perfusion sensing system and method," and published January 17, 2013.

858.    U.S. Patent No. 8,359,080B2 (Diab et al.), titled "Signal processing apparatus," and issued January 22, 2013.

859.    U.S. Patent Application Publication No. 2013/0023775A1 (Lamego et al.), titled "Magnetic reusable sensor," and published January 24, 2013.

860.    U.S. Patent No. 8,364,223B2 (Al-Ali et al.), titled "Physiological monitor," and issued January 29, 2013.

861.    U.S. Patent No. 8,364,226B2 (Diab et al.), titled "Signal processing apparatus," and issued January 29, 2013.

862.    U.S. Patent No. 8,364,389B2 (Dorogusker et al.), titled "Systems and methods for integrating a portable electronic device with a bicycle," and issued January 29, 2013.

863.    U.S. Patent No. 8,374,665B2 (Lamego), titled "Tissue profile wellness monitor," and issued February 12, 2013.

864.    U.S. Patent No. 8,374,825B2 (Vock et al.), titled "Personal items network, and associated methods," and issued February 12, 2013.

865.    U.S. Patent Application Publication No. 2013/0041591A1 (Lamego), titled "Multiple measurement mode in a physiological sensor," and published February 14, 2013.

866.    U.S. Patent No. 8,380,272B2 (Barrett et al.), titled "Physiological sensor," and issued February 19, 2013.

867.    U.S. Patent Application Publication No. 2013/0045685A1 (Kiani), titled "Health care sanitation monitoring system," and published February 21, 2013.

868.    U.S. Patent Application Publication No. 2013/0046204A1 (Lamego et al.), titled "Modulated physiological sensor," and published February 21, 2013.

869.    U.S. Patent No. 8,385,995B2 (Al-Ali et al.), titled "Physiological parameter tracking system," and issued February 26, 2013.

870.    U.S. Patent No. 8,385,996B2 (Smith et al.), titled "Multiple wavelength sensor emitters," and issued February 26, 2013.

871.    U.S. Patent No. 8,388,353B2 (Kiani et al.), titled "Magnetic connector," and issued March 5, 2013.

872.    U.S. Patent Application Publication No. 2013/0060147A1 (Welch et al.), titled "Occlusive non-inflatable blood pressure device," and published March 7, 2013.

873.    U.S. Patent No. 8,399,822B2 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued March 19, 2013.

874.    U.S. Patent No. 8,401,602B2 (Kiani), titled "Secondary-emitter sensor position indicator," and issued March 19, 2013.

875.    U.S. Patent No. 8,405,608B2 (Al-Ali et al.), titled "System and method for altering a display mode," and issued March 26, 2013.

876.    U.S. Patent Application Publication No. 2013/0085346A1 (Lin et al.), titled "Real-time physiological signal measurement and feedback system," and published April 4, 2013.

877.    U.S. Patent No. 8,414,499B2 (Al-Ali et al.), titled "Plethysmograph variability processor," and issued April 9, 2013.

878.    U.S. Patent No. 8,418,524B2 (Al-Ali), titled "Non-invasive sensor calibration device," and issued April 16, 2013.

879.    U.S. Patent No. 8,421,022B2 (Rozenfeld), titled "Method and apparatus for tissue equivalent solid state microdosimetry," and issued April 16, 2013.

880.    U.S. Patent No. 8,423,106B2 (Lamego et al.), titled "Multi-wavelength physiological monitor," and issued April 16, 2013.

881.    U.S. Patent Application Publication No. 2013/0096405A1 (Garfio), titled "Fingertip pulse oximeter," and published April 18, 2013.

882.    U.S. Patent Application Publication No. 2013/0096936A1 (Sampath et al.), titled "Systems and methods for storing, analyzing, and retrieving medical data," and published April 18, 2013.

883.    U.S. Patent No. 8,428,674B2 (Duffy et al.), titled "Apparatus for spectrometric based oximetry," and issued April 23, 2013.

884.    U.S. Patent No. 8,428,967B2 (Olsen et al.), titled "Spot check monitor credit system," and issued April 23, 2013.

885.    U.S. Patent No. 8,430,817B1 (Al-Ali et al.), titled "System for determining confidence in respiratory rate measurements," and issued April 30, 2013.

886.    U.S. Patent No. 8,437,825B2 (Dalvi et al.), titled "Contoured protrusion for improving spectroscopic measurement of blood constituents," and issued May 7, 2013.

887.    U.S. Patent Application Publication No. 2013/0131474A1 (Gu et al.), titled "Remote controller and display system," and published May 23, 2013.

888.    U.S. Patent No. 8,452,364B2 (Hannula et al.), titled "System and method for attaching a sensor to a patient's skin," and issued May 28, 2013.

889.   U.S. Patent No. 8,455,290B2 (Siskavich), titled "Method of fabricating epitaxial structures," and issued June 4, 2013.

890.   U.S. Patent No. 8,457,703B2 (Al-Ali), titled "Low power pulse oximeter," and issued June 4, 2013.

891.   U.S. Patent No. 8,457,707B2 (Kiani), titled "Congenital heart disease monitor," and issued June 4, 2013.

892.   U.S. Patent No. 8,463,349B2 (Diab et al.), titled "Signal processing apparatus," and issued June 11, 2013.

893.   U.S. Patent No. 8,466,286B2 (Bellot et al.), titled "SMMR (small molecule metabolite reporters) for use as in vivo glucose biosensors," and issued June 18, 2013.

894.   U.S. Patent No. 8,471,713B2 (Poeze et al.), titled "Interference detector for patient monitor," and issued June 25, 2013.

895.   U.S. Patent No. 8,473,020B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued June 25, 2013.

896.   U.S. Patent No. 8,483,787B2 (Al-Ali et al.), titled "Multiple wavelength sensor drivers," and issued July 9, 2013.

897.   U.S. Patent No. 8,487,256B2 (Kwong et al.), titled "Proximity sensor," and issued July 16, 2013.

898.   U.S. Patent No. 8,489,364B2 (Weber et al.), titled "Variable indication estimator," and issued July 16, 2013.

899.   U.S. Patent Application Publication No. 2013/0190581A1 (Al-Ali et al.), titled "Automated cchd screening and detection," and published July 25, 2013.

900.   U.S. Patent No. 8,496,595B2 (Jornod), titled "Method and device for measuring the pulse by means of light waves with two wavelengths," and issued July 30, 2013.

901.   U.S. Patent No. 8,498,684B2 (Weber et al.), titled "Sine saturation transform," and issued July 30, 2013.

902.   U.S. Patent Application Publication No. 2013/0197328A1 (Diab et al.), titled "Signal processing apparatus and method," and published August 1, 2013.

903.    U.S. Patent No. 8,504,128B2 (Blank et al.), titled "Method and apparatus for coupling a channeled sample probe to tissue," and issued August 6, 2013.

904.    U.S. Patent Application Publication No. 2013/0204112A1 (White et al.), titled "Perfusion assessment using transmission laser speckle imaging," and published August 8, 2013.

905.    U.S. Patent No. 8,509,867B2 (Workman et al.), titled "Non-invasive measurement of analytes," and issued August 13, 2013.

906.    U.S. Patent Application Publication No. 2013/0211214A1 (Olsen), titled "Configurable patient monitoring system," and published August 15, 2013.

907.    U.S. Patent No. 8,515,509B2 (Bruinsma et al.), titled "Multi-stream emitter for noninvasive measurement of blood constituents," and issued August 20, 2013.

908.    U.S. Patent No. 8,515,511B2 (Boutelle), titled "Sensor with an optical coupling material to improve plethysmographic measurements and method of using the same," and issued August 20, 2013.

909.    U.S. Patent No. 8,515,515B2 (McKenna et al.), titled "Medical sensor with compressible light barrier and technique for using the same," and issued August 20, 2013.

910.    U.S. Patent No. 8,523,781B2 (Al-Ali), titled "Bidirectional physiological information display," and issued September 3, 2013.

911.    U.S. Patent No. 8,529,301B2 (Al-Ali et al.), titled "Shielded connector assembly," and issued September 10, 2013.

912.    U.S. Patent No. 8,532,727B2 (Al-Ali et al.), titled "Dual-mode pulse oximeter," and issued September 10, 2013.

913.    U.S. Patent No. 8,532,728B2 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued September 10, 2013.

914.    U.S. Patent Application Publication No. 2013/0243021A1 (Siskavich), titled "Epitaxial structures on sides of a substrate," and published September 19, 2013.

915.    U.S. Patent No. 8,547,209B2 (Kiani et al.), titled "Alarm suspend system," and issued October 1, 2013.

916.   U.S. Patent No. 8,548,548B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued October 1, 2013.

917.   U.S. Patent No. 8,548,549B2 (Schurman et al.), titled "Methods for noninvasively measuring analyte levels in a subject," and issued October 1, 2013.

918.   U.S. Patent No. 8,548,550B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued October 1, 2013.

919.   U.S. Patent No. 8,560,032B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued October 15, 2013.

920.   U.S. Patent No. 8,560,034B1 (Diab et al.), titled "Signal processing apparatus," and issued October 15, 2013.

921.   U.S. Design Patent No. D692,145S (Al-Ali et al.), titled "Medical proximity detection token," and issued October 22, 2013.

922.   U.S. Patent No. 8,570,167B2 (Al-Ali), titled "Physiological trend monitor," and issued October 29, 2013.

923.   U.S. Patent No. 8,570,503B2 (Vo et al.), titled "Heat sink for noninvasive medical sensor," and issued October 29, 2013.

924.   U.S. Patent No. 8,571,617B2 (Reichgott et al.), titled "Flowometry in optical coherence tomography for analyte level estimation," and issued October 29, 2013.

925.   U.S. Patent No. 8,571,618B1 (Lamego et al.), titled "Adaptive calibration system for spectrophotometric measurements," and issued October 29, 2013.

926.   U.S. Patent No. 8,571,619B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued October 29, 2013.

927.   U.S. Patent No. 8,577,431B2 (Lamego et al.), titled "Noise shielding for a noninvasive device," and issued November 5, 2013.

928.   U.S. Patent Application Publication No. 2013/0296672A1 (O'Neil et al.), titled "Noninvasive physiological sensor cover," and published November 7, 2013.

929.   U.S. Patent No. 8,581,732B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued November 12, 2013.

930.  U.S. Patent No. 8,584,345B2 (Al-Ali et al.), titled "Reprocessing of a physiological sensor," and issued November 19, 2013.

931.  U.S. Patent No. 8,588,880B2 (Abdul-Hafiz et al.), titled "Ear sensor," and issued November 19, 2013.

932.  U.S. Patent No. 8,591,426B2 (Onoe et al.), titled "Self-luminous sensor device," and issued November 26, 2013.

933.  U.S. Patent No. 8,600,467B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued December 3, 2013.

934.  U.S. Patent No. 8,600,494B2 (Schroeppel et al.), titled "Method and device for treating abnormal tissue growth with electrical therapy," and issued December 3, 2013.

935.  U.S. Patent Application Publication No. 2013/0324808A1 (Al-Ali et al.), titled "Duo connector patient cable," and published December 5, 2013.

936.  U.S. Patent No. 8,602,971B2 (Farr), titled "Opto-Electronic illumination and vision module for endoscopy," and issued December 10, 2013.

937.  U.S. Patent No. 8,606,342B2 (Diab), titled "Pulse and active pulse spectraphotometry," and issued December 10, 2013.

938.  U.S. Patent Application Publication No. 2013/0331670A1 (Kiani), titled "Congenital heart disease monitor," and published December 12, 2013.

939.  U.S. Patent No. 8,611,095B2 (Kwong et al.), titled "Integration of sensors and other electronic components," and issued December 17, 2013.

940.  U.S. Patent Application Publication No. 2013/0338461A1 (Lamego et al.), titled "Multi-wavelength physiological monitor," and published December 19, 2013.

941.  U.S. Patent No. 8,615,290B2 (Lin et al.), titled "Seamlessly embedded heart rate monitor," and issued December 24, 2013.

942.  U.S. Patent Application Publication No. 2013/0345921A1 (Al-Ali et al.), titled "Physiological monitoring of moving vehicle operators," and published December 26, 2013.

943.  U.S. Patent No. 8,626,255B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued January 7, 2014.

944. U.S. Patent Application Publication No. 2014/0012100A1 (Al-Ali et al.), titled "Dual-mode patient monitor," and published January 9, 2014.

945. U.S. Patent No. 8,630,691B2 (Lamego et al.), titled "Multi-stream sensor front ends for noninvasive measurement of blood constituents," and issued January 14, 2014.

946. U.S. Patent No. 8,634,889B2 (Al-Ali et al.), titled "Configurable physiological measurement system," and issued January 21, 2014.

947. U.S. Patent No. 8,641,631B2 (Sierra et al.), titled "Non-invasive monitoring of respiratory rate, heart rate and apnea," and issued February 4, 2014.

948. U.S. Patent Application Publication No. 2014/0034353A1 (Al-Ali et al.), titled "Automated assembly sensor cable," and published February 6, 2014.

949. U.S. Patent No. 8,652,060B2 (Al-Ali), titled "Perfusion trend indicator," and issued February 18, 2014.

950. U.S. Patent No. 8,655,004B2 (Prest et al.), titled "Sports monitoring system for headphones, earbuds and/or headsets," and issued February 18, 2014.

951. U.S. Patent Application Publication No. 2014/0051953A1 (Lamego et al.), titled "Adaptive calibration system for spectrophotometric measurements," and published February 20, 2014.

952. U.S. Patent Application Publication No. 2014/0051955A1 (Tiao et al.), titled "Detecting device," and published February 20, 2014.

953. U.S. Patent Application Publication No. 2014/0058230A1 (Abdul-Hafiz et al.), titled "Ear sensor," and published February 27, 2014.

954. U.S. Patent No. 8,663,107B2 (Kiani), titled "Sepsis monitor," and issued March 4, 2014.

955. U.S. Patent No. 8,666,468B1 (Al-Ali), titled "Patient monitor for determining microcirculation state," and issued March 4, 2014.

956. U.S. Patent No. 8,667,967B2 (Al-Ali et al.), titled "Respiratory monitoring," and issued March 11, 2014.

957. U.S. Patent No. 8,668,643B2 (Kinast), titled "Patient-worn medical monitoring device," and issued March 11, 2014.

958.  U.S. Patent No. 8,670,811 B2 (O'Reilly), titled "Pulse oximetry system for adjusting medical ventilation," and issued March 11, 2014.

959.  U.S. Patent No. 8,670,814 B2 (Diab et al.), titled "Low-noise optical probes for reducing ambient noise," and issued March 11, 2014.

960.  U.S. Patent Application Publication No. 2014/0073887 A1 (Petersen et al.), titled "Systems and methods for determining physiological characteristics of a patient using pulse oximetry," and published March 13, 2014.

961.  U.S. Patent Application Publication No. 2014/0073960 A1 (Rodriguez-Llorente et al.), titled "Methods and systems for determining physiological information based on a combined autocorrelation sequence," and published March 13, 2014.

962.  U.S. Patent No. 8,676,286 B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and issued March 18, 2014.

963.  U.S. Patent Application Publication No. 2014/0077956 A1 (Sampath et al.), titled "Intelligent medical network edge router," and published March 20, 2014.

964.  U.S. Patent Application Publication No. 2014/0081100 A1 (Muhsin et al.), titled "Physiological monitor with mobile computing device connectivity," and published March 20, 2014.

965.  U.S. Patent Application Publication No. 2014/0081175 A1 (Telfort), titled "Acoustic patient sensor coupler," and published March 20, 2014.

966.  U.S. Patent No. 8,682,407 B2 (Al-Ali), titled "Cyanotic infant sensor," and issued March 25, 2014.

967.  U.S. Patent No. 8,688,183 B2 (Bruinsma et al.), titled "Emitter driver for noninvasive patient monitor," and issued April 1, 2014.

968.  U.S. Reissued Patent No. RE44,823 E (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued April 1, 2014.

969.  U.S. Patent Application Publication No. 2014/0094667 A1 (Schurman et al.), titled "Noninvasively measuring analyte levels in a subject," and published April 3, 2014.

970. U.S. Patent No. 8,690,799B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued April 8, 2014.

971. U.S. Patent Application Publication No. 2014/0100434A1 (Diab et al.), titled "Pulse oximeter probe-off detector," and published April 10, 2014.

972. U.S. Patent No. 8,700,111B2 (LeBoeuf et al.), titled "Light-guiding devices and monitoring devices incorporating same," and issued April 15, 2014.

973. U.S. Patent No. 8,700,112B2 (Kiani), titled "Secondary-emitter sensor position indicator," and issued April 15, 2014.

974. U.S. Patent Application Publication No. 2014/0107493A1 (Yuen et al.), titled "Portable Biometric Monitoring Devices and Methods of Operating Same," and published April 17, 2014.

975. U.S. Patent No. 8,702,627B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued April 22, 2014.

976. U.S. Patent No. 8,706,179B2 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatii," and issued April 22, 2014.

977. U.S. Patent Application Publication No. 2014/0114199A1 (Lamego et al.), titled "Magnetic-flap optical sensor," and published April 24, 2014.

978. U.S. Patent No. 8,712,494B1 (MacNeish et al.), titled "Reflective non-invasive sensor," and issued April 29, 2014.

979. U.S. Reissued Patent No. RE44,875E (Kiani et al.), titled "Active pulse blood constituent monitoring," and issued April 29, 2014.

980. U.S. Patent Application Publication No. 2014/0120564A1 (Workman et al.), titled "Non-invasive measurement of analytes," and published May 1, 2014.

981. U.S. Patent Application Publication No. 2014/0121482A1 (Merritt et al.), titled "Multi-stream sensor for noninvasive measurement of blood constituents," and published May 1, 2014.

982. U.S. Patent Application Publication No. 2014/0121483A1 (Kiani), titled "Universal medical system," and published May 1, 2014.

983. U.S. Patent No. 8,715,206B2 (Telfort et al.), titled "Acoustic patient sensor," and issued May 6, 2014.

984.  U.S. Patent No. 8,718,735B2 (Lamego et al.), titled "Physiological parameter confidence measure," and issued May 6, 2014.

985.  U.S. Patent No. 8,718,737B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 6, 2014.

986.  U.S. Patent No. 8,718,738B2 (Blank et al.), titled "Method and apparatus for coupling a sample probe with a sample site," and issued May 6, 2014.

987.  U.S. Patent Application Publication No. 2014/0127137A1 (Bellott et al.), titled "Smmr (small molecule metabolite reporters) for use as in vivo glucose biosensors," and published May 8, 2014.

988.  U.S. Patent Application Publication No. 2014/0129702A1 (Lamego et al.), titled "Physiological test credit method," and published May 8, 2014.

989.  U.S. Patent No. 8,720,249B2 (Al-Ali), titled "Non-invasive sensor calibration device," and issued May 13, 2014.

990.  U.S. Patent No. 8,721,541B2 (Al-Ali et al.), titled "Physiological monitor," and issued May 13, 2014.

991.  U.S. Patent No. 8,721,542B2 (Al-Ali et al.), titled "Physiological parameter system," and issued May 13, 2014.

992.  U.S. Patent No. 8,723,677B1 (Kiani), titled "Patient safety system with automatically adjusting bed," and issued May 13, 2014.

993.  U.S. Patent Application Publication No. 2014/0135588A1 (Al-Ali et al.), titled "Medical monitoring system," and published May 15, 2014.

994.  U.S. Patent Application Publication No. 2014/0142401A1 (Al-Ali et al.), titled "Reprocessing of a physiological sensor," and published May 22, 2014.

995.  U.S. Patent No. 8,740,792B1 (Kiani et al.), titled "Patient monitor capable of accounting for environmental conditions," and issued June 3, 2014.

996.  U.S. Patent Application Publication No. 2014/0163344A1 (Al-Ali), titled "Perfusion trend indicator," and published June 12, 2014.

997.  U.S. Patent Application Publication No. 2014/0163402A1 (Lamego et al.), titled "Patient monitoring system," and published June 12, 2014.

998.  U.S. Patent No. 8,754,776B2 (Poeze et al.), titled "Interference detector for patient monitor," and issued June 17, 2014.

999.    U.S. Patent No. 8,755,535B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued June 17, 2014.

1000.   U.S. Patent No. 8,755,856B2 (Diab et al.), titled "Signal processing apparatus," and issued June 17, 2014.

1001.   U.S. Patent No. 8,755,872B1 (Marinow), titled "Patient monitoring system for indicating an abnormal condition," and issued June 17, 2014.

1002.   U.S. Patent Application Publication No. 2014/0166076A1 (Kiani et al.), titled "Pool solar power generator," and published June 19, 2014.

1003.   U.S. Patent Application Publication No. 2014/0171146A1 (Ma et al.), titled "Method and Apparatus for Automatically Setting Alarms and Notifications," and published June 19, 2014.

1004.   U.S. Patent Application Publication No. 2014/0171763A1 (Diab), titled "Pulse and active pulse spectraphotometry," and published June 19, 2014.

1005.   U.S. Patent No. 8,760,517B2 (Sarwar et al.), titled "Polarized images for security," and issued June 24, 2014.

1006.   U.S. Patent No. 8,761,850B2 (Lamego et al.), titled "Reflection-detector sensor position indicator," and issued June 24, 2014.

1007.   U.S. Patent Application Publication No. 2014/0180154A1 (Sierra et al.), titled "Non-invasive monitoring of respiratory rate, heart rate and apnea," and published June 26, 2014.

1008.   U.S. Patent Application Publication No. 2014/0180160A1 (Brown et al.), titled "System and method for monitoring and controlling a state of a patient during and after administration of anesthetic compound," and published June 26, 2014.

1009.   U.S. Patent No. 8,764,671B2 (Kiani), titled "Disposable active pulse sensor," and issued July 1, 2014.

1010.   U.S. Patent No. 8,768,423B2 (Shakespeare et al.), titled "Multispot monitoring for use in optical coherence tomography," and issued July 1, 2014.

1011.   U.S. Patent No. 8,768,426B2 (Haisley et al.), titled "Y-shaped ear sensor with strain relief," and issued July 1, 2014.

1012. U.S. Patent Application Publication No. 2014/0187973A1 (Brown et al.), titled "System and method for tracking brain states during administration of anesthesia," and published July 3, 2014.

1013. U.S. Patent No. 8,771,204B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued July 8, 2014.

1014. U.S. Patent Application Publication No. 2014/0192177A1 (Bartula et al.), titled "Camera for generating a biometrical signal of a living being," and published July 10, 2014.

1015. U.S. Patent Application Publication No. 2014/0194709A1 (Al-Ali et al.), titled "Configurable physiological measurement system," and published July 10, 2014.

1016. U.S. Patent Application Publication No. 2014/0194711A1 (Al-Ali), titled "Patient monitor for determining microcirculation state," and published July 10, 2014.

1017. U.S. Patent Application Publication No. 2014/0194766A1 (Al-Ali et al.), titled "Respiratory monitoring," and published July 10, 2014.

1018. U.S. Patent No. 8,777,634B2 (Kiani et al.), titled "Magnetic connector," and issued July 15, 2014.

1019. U.S. Patent No. 8,781,543B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued July 15, 2014.

1020. U.S. Patent No. 8,781,544B2 (Al-Ali et al.), titled "Multiple wavelength optical sensor," and issued July 15, 2014.

1021. U.S. Patent No. 8,781,549B2 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and issued July 15, 2014.

1022. U.S. Patent No. 8,788,003B2 (Schurman et al.), titled "Monitoring blood constituent levels in biological tissue," and issued July 22, 2014.

1023. U.S. Patent Application Publication No. 2014/0206954A1 (Yuen et al.), titled "Portable Monitoring Devices for Processing Applications and Processing Analysis of Physiological Conditions of a User Associated With the Portable Monitoring Device," and published July 24, 2014.

1024. U.S. Patent Application Publication No. 2014/0206963A1 (Al-Ali), titled "Cyanotic infant sensor," and published July 24, 2014.

1025.   U.S. Patent No. 8,790,268B2 (Al-Ali), titled "Bidirectional physiological information display," and issued July 29, 2014.

1026.   U.S. Patent Application Publication No. 2014/0213864A1 (Abdul-Hafiz et al.), titled "Ear sensor," and published July 31, 2014.

1027.   U.S. Patent Application Publication No. 2014/0221854A1 (Wai), titled "Measuring device, including a heart rate sensor, configured to be worn on the wrist of a user," and published August 7, 2014.

1028.   U.S. Patent No. 8,801,613B2 (Al-Ali et al.), titled "Calibration for multi-stage physiological monitors," and issued August 12, 2014.

1029.   U.S. Patent Application Publication No. 2014/0243627A1 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and published August 28, 2014.

1030.   U.S. Patent No. 8,821,397B2 (Al-Ali et al.), titled "Depth of consciousness monitor including oximeter," and issued September 2, 2014.

1031.   U.S. Patent No. 8,821,415B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued September 2, 2014.

1032.   U.S. Patent No. 8,830,449B1 (Lamego et al.), titled "Blood analysis system," and issued September 9, 2014.

1033.   U.S. Patent No. 8,831,700B2 (Schurman et al.), titled "Apparatus and method for creating a stable optical interface," and issued September 9, 2014.

1034.   U.S. Patent No. 8,838,210B2 (Wood et al.), titled "Scanned laser vein contrast enhancer using a single laser," and issued September 16, 2014.

1035.   U.S. Patent Application Publication No. 2014/0266790A1 (Al-Ali et al.), titled "Systems and methods for monitoring a patient health network," and published September 18, 2014.

1036.   U.S. Patent Application Publication No. 2014/0275808A1 (Poeze et al.), titled "Patient monitor placement indicator," and published September 18, 2014.

1037.   U.S. Patent Application Publication No. 2014/0275871A1 (Lamego et al.), titled "Wireless optical communication between noninvasive physiological sensors and patient monitors," and published September 18, 2014.

1038.  U.S. Patent Application Publication No. 2014/0275872A1 (Merritt et al.), titled "Systems and methods for testing patient monitors," and published September 18, 2014.

1039.  U.S. Patent Application Publication No. 2014/0275881A1 (Lamego et al.), titled "Patient monitor as a minimally invasive glucometer," and published September 18, 2014.

1040.  U.S. Patent Application Publication No. 2014/0276013A1 (Muehlemann et al.), titled "Optical tomography sensor and related apparatus and methods," and published September 18, 2014.

1041.  U.S. Patent Application Publication No. 2014/0276116A1 (Takahashi et al.), titled "Biological information detection apparatus," and published September 18, 2014.

1042.  U.S. Patent No. 8,840,549B2 (Al-Ali et al.), titled "Modular patient monitor," and issued September 23, 2014.

1043.  U.S. Patent Application Publication No. 2014/0288400A1 (Diab et al.), titled "Manual and automatic probe calibration," and published September 25, 2014.

1044.  U.S. Patent No. 8,847,740B2 (Kiani et al.), titled "Alarm suspend system," and issued September 30, 2014.

1045.  U.S. Patent No. 8,849,365B2 (Smith et al.), titled "Multiple wavelength sensor emitters," and issued September 30, 2014.

1046.  U.S. Patent Application Publication No. 2014/0296664A1 (Bruinsma et al.), titled "Emitter driver for noninvasive patient monitor," and published October 2, 2014.

1047.  U.S. Patent No. 8,852,094B2 (Al-Ali et al.), titled "Physiological parameter system," and issued October 7, 2014.

1048.  U.S. Patent No. 8,852,994B2 (Wojtczuk et al.), titled "Method of fabricating bifacial tandem solar cells," and issued October 7, 2014.

1049.  U.S. Patent Application Publication No. 2014/0303520A1 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and published October 9, 2014.

1050.  U.S. Patent No. 8,868,147B2 (Stippick et al.), titled "Method and apparatus for controlling positioning of a noninvasive analyzer sample probe," and issued October 21, 2014.

1051.  U.S. Patent No. 8,868,150B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued October 21, 2014.

1052.  U.S. Patent Application Publication No. 2014/0316217A1 (Purdon et al.), titled "System and method for monitoring anesthesia and sedation using measures of brain coherence and synchrony," and published October 23, 2014.

1053.  U.S. Patent Application Publication No. 2014/0316218A1 (Purdon et al.), titled "Systems and methods for monitoring brain metabolism and activity using electroencephalogram and optical imaging," and published October 23, 2014.

1054.  U.S. Patent Application Publication No. 2014/0316228A1 (Blank et al.), titled "Method and apparatus for coupling a sample probe with a sample site," and published October 23, 2014.

1055.  U.S. Patent No. 8,870,792B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued October 28, 2014.

1056.  U.S. Patent Application Publication No. 2014/0323825A1 (Al-Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and published October 30, 2014.

1057.  U.S. Patent Application Publication No. 2014/0323897A1 (Brown et al.), titled "System and method for estimating high time-frequency resolution eeg spectrograms to monitor patient state," and published October 30, 2014.

1058.  U.S. Patent Application Publication No. 2014/0323898A1 (Purdon et al.), titled "System and Method for Monitoring Level of Dexmedatomidine-Induced Sedation," and published October 30, 2014.

1059.  U.S. Patent Application Publication No. 2014/0330098A1 (Merritt et al.), titled "Reflectance calibration of fluorescence-based glucose measurements," and published November 6, 2014.

1060.  U.S. Patent Application Publication No. 2014/0330099A1 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and published November 6, 2014.

1061.  U.S. Patent No. 8,886,271B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued November 11, 2014.

1062.  U.S. Patent Application Publication No. 2014/0333440A1 (Kiani), titled "Patient safety system with automatically adjusting bed," and published November 13, 2014.

1063.   U.S. Patent Application Publication No. 2014/0336481A1 (Shakespeare et al.), titled "Multispot monitoring for use in optical coherence tomography," and published November 13, 2014.

1064.   U.S. Patent No. 8,888,539B2 (Al-Ali et al.), titled "Shielded connector assembly," and issued November 18, 2014.

1065.   U.S. Patent No. 8,888,701B2 (LeBoeuf et al.), titled "Apparatus and methods for monitoring physiological data during environmental interference," and issued November 18, 2014.

1066.   U.S. Patent No. 8,888,708B2 (Diab et al.), titled "Signal processing apparatus and method," and issued November 18, 2014.

1067.   U.S. Patent No. 8,892,180B2 (Weber et al.), titled "Sine saturation transform," and issued November 18, 2014.

1068.   U.S. Patent Application Publication No. 2014/0343436A1 (Kiani), titled "Disposable active pulse sensor," and published November 20, 2014.

1069.   U.S. Patent No. 8,897,847B2 (Al-Ali), titled "Digit gauge for noninvasive optical sensor," and issued November 25, 2014.

1070.   U.S. Patent Application Publication No. 2014/0357966A1 (Al-Ali et al.), titled "Modular patient monitor," and published December 4, 2014.

1071.   U.S. Patent No. 8,909,310B2 (Lamego et al.), titled "Multi-stream sensor front ends for noninvasive measurement of blood constituents," and issued December 9, 2014.

1072.   U.S. Patent Application Publication No. 2014/0361147A1 (Fei), titled "Systems and Methods for Monitoring Physiological Parameters," and published December 11, 2014.

1073.   U.S. Patent No. 8,911,377B2 (Al-Ali), titled "Patient monitor including multi-parameter graphical display," and issued December 16, 2014.

1074.   U.S. Patent No. 8,912,909B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued December 16, 2014.

1075.   U.S. Patent Application Publication No. 2014/0378844A1 (Fei), titled "Systems and Methods for Optical Sensor Arrangements," and published December 25, 2014.

1076.   U.S. Patent No. 8,920,317B2 (Al-Ali et al.), titled "Multipurpose sensor port," and issued December 30, 2014.

1077.   U.S. Patent No. 8,920,332 B2 (Hong et al.), titled "Wearable heart rate monitor," and issued December 30, 2014.

1078.   U.S. Patent No. 8,921,699 B2 (Al-Ali et al.), titled "Low noise oximetry cable including conductive cords," and issued December 30, 2014.

1079.   U.S. Patent No. 8,922,382 B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued December 30, 2014.

1080.   U.S. Patent Application Publication No. 2015/0005600 A1 (Blank et al.), titled "Finger-placement sensor tape," and published January 1, 2015.

1081.   U.S. Patent No. 8,929,964 B2 (Al-Ali et al.), titled "Multiple wavelength sensor drivers," and issued January 6, 2015.

1082.   U.S. Patent No. 8,929,967 B2 (Mao et al.), titled "Noninvasive sensor housing," and issued January 6, 2015.

1083.   U.S. Patent Application Publication No. 2015/0011907 A1 (Purdon et al.), titled "Systems and Methods To Infer Brain State During Burst Suppression," and published January 8, 2015.

1084.   U.S. Patent Application Publication No. 2015/0018650 A1 (Al-Ali et al.), titled "Physiological monitor," and published January 15, 2015.

1085.   U.S. Patent No. 8,942,777 B2 (Diab et al.), titled "Signal processing apparatus," and issued January 27, 2015.

1086.   U.S. Patent Application Publication No. 2015/0032029 A1 (Al-Ali et al.), titled "Calibration for multi-stage physiological monitors," and published January 29, 2015.

1087.   U.S. Patent No. 8,948,834 B2 (Diab et al.), titled "Signal processing apparatus," and issued February 3, 2015.

1088.   U.S. Patent No. 8,948,835 B2 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued February 3, 2015.

1089.   U.S. Patent No. 8,965,471 B2 (Lamego), titled "Tissue profile wellness monitor," and issued February 24, 2015.

1090.   U.S. Patent Application Publication No. 2015/0065889 A1 (Gandelman et al.), titled "Bodily worn multiple optical sensors heart rate measuring device and method," and published March 5, 2015.

1091.   U.S. Patent Application Publication No. 2015/0073235A1 (Kateraas et al.), titled "Physical activity monitor and data collection unit," and published March 12, 2015.

1092.   U.S. Patent Application Publication No. 2015/0073241A1 (Lamego), titled "Medical device management system," and published March 12, 2015.

1093.   U.S. Patent No. 8,983,564B2 (Al-Ali), titled "Perfusion index smoother," and issued March 17, 2015.

1094.   U.S. Patent Application Publication No. 2015/0080754A1 (Purdon et al.), titled "Systems and Methods For Improved Brain Monitoring During General Anesthesia And Sedation," and published March 19, 2015.

1095.   U.S. Patent No. 8,989,831B2 (Al-Ali et al.), titled "Disposable components for reusable physiological sensor," and issued March 24, 2015.

1096.   U.S. Patent Application Publication No. 2015/0087936A1 (Al-Ali et al.), titled "Physiological parameter system," and published March 26, 2015.

1097.   U.S. Patent No. 8,996,085B2 (Kiani et al.), titled "Robust alarm system," and issued March 31, 2015.

1098.   U.S. Patent Application Publication No. 2015/0094546A1 (Al-Ali), titled "Patient monitor including multi-parameter graphical display," and published April 2, 2015.

1099.   U.S. Patent No. 8,998,809B2 (Kiani), titled "Systems and methods for calibrating minimally invasive and non-invasive physiological sensor devices," and issued April 7, 2015.

1100.   U.S. Patent Application Publication No. 2015/0099950A1 (Al-Ali et al.), titled "Regional oximetry sensor," and published April 9, 2015.

1101.   U.S. Patent No. 9,005,129B2 (Venkatraman et al.), titled "Wearable heart rate monitor," and issued April 14, 2015.

1102.   U.S. Patent Application Publication No. 2015/0101844A1 (Al-Ali et al.), titled "Low noise oximetry cable including conductive cords," and published April 16, 2015.

1103.   U.S. Patent Application Publication No. 2015/0106121A1 (Muhsin et al.), titled "Alarm notification system," and published April 16, 2015.

1104.  U.S. Patent Application Publication No. 2015/0119725A1 (Martin et al.), titled "System and method for obtaining bodily function measurements using a mobile device," and published April 30, 2015.

1105.  U.S. Patent No. 9,028,429B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued May 12, 2015.

1106.  U.S. Patent No. 9,037,207B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued May 19, 2015.

1107.  U.S. Patent No. 9,060,721B2 (Reichgott et al.), titled "Flowometry in optical coherence tomography for analyte level estimation," and issued June 23, 2015.

1108.  U.S. Patent No. 9,063,160B2 (Stamler et al.), titled "Method for liberating and detecting nitric oxide from nitrosothiols and iron nitrosyls in blood," and issued June 23, 2015.

1109.  U.S. Patent Application Publication No. 2015/0173671A1 (Paalasmaa et al.), titled "Physiological Monitoring Method and System," and published June 25, 2015.

1110.  U.S. Patent No. 9,066,666B2 (Kiani), titled "Patient monitor for monitoring microcirculation," and issued June 30, 2015.

1111.  U.S. Patent No. 9,066,680B1 (Al-Ali et al.), titled "System for determining confidence in respiratory rate measurements," and issued June 30, 2015.

1112.  U.S. Patent No. 9,072,437B2 (Paalasmaa), titled "Method, apparatus and computer program product for detecting heart rate," and issued July 7, 2015.

1113.  U.S. Patent No. 9,072,474B2 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and issued July 7, 2015.

1114.  U.S. Patent No. 9,078,560B2 (Schurman et al.), titled "Method for data reduction and calibration of an OCT-based physiological monitor," and issued July 14, 2015.

1115.  U.S. Patent No. 9,081,889B2 (Ingrassia et al.), titled "Supporting the monitoring of a physical activity," and issued July 14, 2015.

1116.  U.S. Patent Application Publication No. 2015/0196249A1 (Brown et al.), titled "Reversal of General Anesthesia by Administration of Methylphenidate, Amphetamine, Modafinil, Amantadine, and/or Caffeine," and published July 16, 2015.

1117.  U.S. Patent No. 9,084,569B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and issued July 21, 2015.

1118.  U.S. Patent No. 9,095,316B2 (Welch et al.), titled "System for generating alarms based on alarm patterns," and issued August 4, 2015.

1119.  U.S. Patent Application Publication No. 2015/0216459A1 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and published August 6, 2015.

1120.  U.S. Patent No. 9,106,038B2 (Telfort et al.), titled "Pulse oximetry system with low noise cable hub," and issued August 11, 2015.

1121.  U.S. Patent No. 9,107,625B2 (Telfort et al.), titled "Pulse oximetry system with electrical decoupling circuitry," and issued August 18, 2015.

1122.  U.S. Patent No. 9,107,626B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued August 18, 2015.

1123.  U.S. Patent No. 9,113,831B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued August 25, 2015.

1124.  U.S. Patent No. 9,113,832B2 (Al-Ali), titled "Wrist-mounted physiological measurement device," and issued August 25, 2015.

1125.  U.S. Patent No. 9,119,595B2 (Lamego), titled "Reflection-detector sensor position indicator," and issued September 1, 2015.

1126.  U.S. Patent Application Publication No. 2015/0255001A1 (Haughav et al.), titled "Systems and methods for providing automated workout reminders," and published September 10, 2015.

1127.  U.S. Patent No. 9,131,881B2 (Diab et al.), titled "Hypersaturation index," and issued September 15, 2015.

1128.  U.S. Patent No. 9,131,882B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued September 15, 2015.

1129.  U.S. Patent No. 9,131,883B2 (Al-Ali), titled "Physiological trend monitor," and issued September 15, 2015.

1130.  U.S. Patent No. 9,131,917B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued September 15, 2015.

1131.  U.S. Patent Application Publication No. 2015/0257689A1 (Al-Ali et al.), titled "Physiological monitor calibration system," and published September 17, 2015.

1132.  U.S. Patent No. 9,138,180B1 (Coverston et al.), titled "Sensor adapter cable," and issued September 22, 2015.

1133.  U.S. Patent No. 9,138,182B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued September 22, 2015.

1134.  U.S. Patent No. 9,138,192B2 (Weber et al.), titled "Variable indication estimator," and issued September 22, 2015.

1135.  U.S. Patent No. 9,142,117B2 (Muhsin et al.), titled "Systems and methods for storing, analyzing, retrieving and displaying streaming medical data," and issued September 22, 2015.

1136.  U.S. Patent Application Publication No. 2015/0281424A1 (Vock et al.), titled "Personal items network, and associated methods," and published October 1, 2015.

1137.  U.S. Patent No. 9,153,112B1 (Kiani et al.), titled "Modular patient monitor," and issued October 6, 2015.

1138.  U.S. Patent No. 9,153,121B2 (Kiani et al.), titled "Alarm suspend system," and issued October 6, 2015.

1139.  U.S. Patent No. 9,161,696B2 (Al-Ali et al.), titled "Modular patient monitor," and issued October 20, 2015.

1140.  U.S. Patent No. 9,161,713B2 (Al-Ali et al.), titled "Multi-mode patient monitor configured to self-configure for a selected or determined mode of operation," and issued October 20, 2015.

1141.  U.S. Patent No. 9,167,995B2 (Lamego et al.), titled "Physiological parameter confidence measure," and issued October 27, 2015.

1142.  U.S. Patent No. 9,176,141B2 (Al-Ali et al.), titled "Physiological monitor calibration system," and issued November 3, 2015.

1143.  U.S. Patent Application Publication No. 2015/0318100A1 (Rothkopf et al.), titled "Actuator assisted alignment of connectible devices," and published November 5, 2015.

1144.  U.S. Patent No. 9,186,102B2 (Bruinsma et al.), titled "Emitter driver for noninvasive patient monitor," and issued November 17, 2015.

1145.  U.S. Patent No. 9,192,312B2 (Al-Ali), titled "Patient monitor for determining microcirculation state," and issued November 24, 2015.

1146.  U.S. Patent No. 9,192,329B2 (Al-Ali), titled "Variable mode pulse indicator," and issued November 24, 2015.

1147.  U.S. Patent No. 9,192,351B1 (Telfort et al.), titled "Acoustic respiratory monitoring sensor with probe-off detection," and issued November 24, 2015.

1148.  U.S. Patent No. 9,195,385B2 (Al-Ali et al.), titled "Physiological monitor touchscreen interface," and issued November 24, 2015.

1149.  U.S. Patent No. 9,210,566B2 (Ziemianska et al.), titled "Method and apparatus for automatically adjusting the operation of notifications based on changes in physical activity level," and issued December 8, 2015.

1150.  U.S. Patent Application Publication No. 2015/0351697A1 (Weber et al.), titled "Variable indication estimator," and published December 10, 2015.

1151.  U.S. Patent Application Publication No. 2015/0351704A1 (Kiani et al.), titled "Modular patient monitor," and published December 10, 2015.

1152.  U.S. Patent No. 9,211,072B2 (Kiani), titled "Disposable active pulse sensor," and issued December 15, 2015.

1153.  U.S. Patent No. 9,211,095B1 (Al-Ali), titled "Physiological measurement logic engine," and issued December 15, 2015.

1154.  U.S. Patent No. 9,218,454B2 (Kiani et al.), titled "Medical monitoring system," and issued December 22, 2015.

1155.  U.S. Patent Application Publication No. 2015/0366472A1 (Kiani), titled "Patient monitor for monitoring microcirculation," and published December 24, 2015.

1156.  U.S. Patent Application Publication No. 2015/0366507A1 (Blank), titled "Proximity sensor in pulse oximeter," and published December 24, 2015.

1157.  U.S. Patent Application Publication No. 2015/0374298A1 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and published December 31, 2015.

1158.  U.S. Patent Application Publication No. 2015/0380875A1 (Coverston et al.), titled "Sensor adapter cable," and published December 31, 2015.

1159.   U.S. Patent No. 9,226,696B2 (Kiani), titled "Patient safety system with automatically adjusting bed," and issued January 5, 2016.

1160.   U.S. Patent Application Publication No. 2016/0000362A1 (Diab et al.), titled "Hypersaturation index," and published January 7, 2016.

1161.   U.S. Patent Application Publication No. 2016/0007930A1 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and published January 14, 2016.

1162.   U.S. Patent Application Publication No. 2016/0019360A1 (Pahwa et al.), titled "Wellness aggregator," and published January 21, 2016.

1163.   U.S. Patent No. 9,241,662B2 (Al-Ali et al.), titled "Configurable physiological measurement system," and issued January 26, 2016.

1164.   U.S. Patent No. 9,245,668B1 (Vo et al.), titled "Low noise cable providing communication between electronic sensor components and patient monitor," and issued January 26, 2016.

1165.   U.S. Patent Application Publication No. 2016/0022160A1 (Pi et al.), titled "Optical heart rate sensor," and published January 28, 2016.

1166.   U.S. Patent Application Publication No. 2016/0023245A1 (Zadesky et al.), titled "Portable electronic device using a tactile vibrator," and published January 28, 2016.

1167.   U.S. Patent Application Publication No. 2016/0029932A1 (Al-Ali), titled "Physiological measurement communications adapter," and published February 4, 2016.

1168.   U.S. Patent Application Publication No. 2016/0029933A1 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and published February 4, 2016.

1169.   U.S. Patent Application Publication No. 2016/0038045A1 (Shapiro), titled "Motion artifact removal by time domain projection," and published February 11, 2016.

1170.   U.S. Patent Application Publication No. 2016/0041531A1 (Mackie et al.), titled "Biofeedback watches," and published February 11, 2016.

1171.   U.S. Patent No. 9,259,185B2 (Abdul-Hafiz et al.), titled "Ear sensor," and issued February 16, 2016.

1172.   U.S. Patent Application Publication No. 2016/0045118A1 (Kiani), titled "Opticoustic sensor," and published February 18, 2016.

1173.  U.S. Patent No. 9,267,572B2 (Barker et al.), titled "Cable tether system," and issued February 23, 2016.

1174.  U.S. Patent Application Publication No. 2016/0051157A1 (Waydo), titled "Frequency domain projection algorithm," and published February 25, 2016.

1175.  U.S. Patent Application Publication No. 2016/0051158A1 (Silva), titled "Harmonic template classifier," and published February 25, 2016.

1176.  U.S. Patent Application Publication No. 2016/0051205A1 (Al-Ali et al.), titled "System for determining confidence in respiratory rate measurements," and published February 25, 2016.

1177.  U.S. Patent Application Publication No. 2016/0058302A1 (Raghuram et al.), titled "Latent load calibration for calorimetry using sensor fusion," and published March 3, 2016.

1178.  U.S. Patent Application Publication No. 2016/0058309A1 (Han), titled "Reflective surfaces for ppg signal detection," and published March 3, 2016.

1179.  U.S. Patent Application Publication No. 2016/0058310A1 (Iijima), titled "Biological information detection device," and published March 3, 2016.

1180.  U.S. Patent Application Publication No. 2016/0058312A1 (Han et al.), titled "Multiple light paths architecture and obscuration methods for signal and perfusion index optimization," and published March 3, 2016.

1181.  U.S. Patent Application Publication No. 2016/0058338A1 (Schurman et al.), titled "Method for data reduction and calibration of an oct-based physiological monitor," and published March 3, 2016.

1182.  U.S. Patent Application Publication No. 2016/0058356A1 (Raghuram et al.), titled "Method and system to calibrate fitness level and direct calorie burn using motion, location sensing, and heart rate," and published March 3, 2016.

1183.  U.S. Patent Application Publication No. 2016/0058370A1 (Raghuram et al.), titled "Accurate calorimetry for intermittent exercises," and published March 3, 2016.

1184.  U.S. Patent No. 9,277,880B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued March 8, 2016.

1185.   U.S. Patent Application Publication No. 2016/0066823A1 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and published March 10, 2016.

1186.   U.S. Patent Application Publication No. 2016/0066824A1 (Al-Ali et al.), titled "Total hemoglobin screening sensor," and published March 10, 2016.

1187.   U.S. Patent Application Publication No. 2016/0066879A1 (Telfort et al.), titled "Acoustic sensor assembly," and published March 10, 2016.

1188.   U.S. Patent Application Publication No. 2016/0071392A1 (Hankey et al.), titled "Care event detection and alerts," and published March 10, 2016.

1189.   U.S. Patent Application Publication No. 2016/0072429A1 (Kiani et al.), titled "Pool solar power generator," and published March 10, 2016.

1190.   U.S. Patent Application Publication No. 2016/0073967A1 (Lamego et al.), titled "Physiological parameter confidence measure," and published March 17, 2016.

1191.   U.S. Patent No. 9,289,167B2 (Diab et al.), titled "Signal processing apparatus and method," and issued March 22, 2016.

1192.   U.S. Patent No. 9,295,421B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued March 29, 2016.

1193.   U.S. Patent No. 9,307,928B1 (Al-Ali et al.), titled "Plethysmographic respiration processor," and issued April 12, 2016.

1194.   U.S. Patent No. 9,311,382B2 (Varoglu et al.), titled "Method and apparatus for personal characterization data collection using sensors," and issued April 12, 2016.

1195.   U.S. Patent Application Publication No. 2016/0106367A1 (Jorov et al.), titled "Wearable health sensor," and published April 21, 2016.

1196.   U.S. Patent No. 9,323,894B2 (Kiani), titled "Health care sanitation monitoring system," and issued April 26, 2016.

1197.   U.S. Patent Application Publication No. 2016/0113527A1 (Al-Ali), titled "Patient monitor for determining microcirculation state," and published April 28, 2016.

1198.   U.S. Design Patent No. D755,392S (Hwang et al.), titled "Pulse oximetry sensor," and issued May 3, 2016.

1199.  U.S. Patent No. 9,326,712B1 (Kiani), titled "Opticoustic sensor," and issued May 3, 2016.

1200.  U.S. Patent No. 9,333,316B2 (Kiani), titled "Drug administration controller," and issued May 10, 2016.

1201.  U.S. Patent No. 9,339,220B2 (Lamego et al.), titled "Multi-wavelength physiological monitor," and issued May 17, 2016.

1202.  U.S. Patent No. 9,339,236B2 (Frix et al.), titled "Continuous transdermal monitoring system and method," and issued May 17, 2016.

1203.  U.S. Patent No. 9,341,565B2 (Lamego et al.), titled "Multiple-wavelength physiological monitor," and issued May 17, 2016.

1204.  U.S. Patent Application Publication No. 2016/0143548A1 (Al-Ali), titled "Variable mode pulse indicator," and published May 26, 2016.

1205.  U.S. Patent No. 9,351,673B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 31, 2016.

1206.  U.S. Patent No. 9,351,675B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued May 31, 2016.

1207.  U.S. Patent No. 9,357,665B2 (Myers et al.), titled "Handheld device enclosure," and issued May 31, 2016.

1208.  U.S. Patent Application Publication No. 2016/0154950A1 (Nakajima et al.), titled "Systems and methods for identifying unauthorized users of an electronic device," and published June 2, 2016.

1209.  U.S. Patent Application Publication No. 2016/0157780A1 (Rimminen et al.), titled "Sleep measurement computer system," and published June 9, 2016.

1210.  U.S. Patent No. 9,364,181B2 (Kiani et al.), titled "Physiological sensor combination," and issued June 14, 2016.

1211.  U.S. Patent No. 9,368,671B2 (Wojtczuk et al.), titled "Bifacial tandem solar cells," and issued June 14, 2016.

1212.  U.S. Patent Application Publication No. 2016/0166210A1 (Al-Ali), titled "Physiological measurement logic engine," and published June 16, 2016.

1213.  U.S. Patent No. 9,370,325B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued June 21, 2016.

1214.   U.S. Patent No. 9,370,326B2 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and issued June 21, 2016.

1215.   U.S. Patent No. 9,370,335B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued June 21, 2016.

1216.   U.S. Patent No. 9,375,185B2 (Al-Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and issued June 28, 2016.

1217.   U.S. Patent Application Publication No. 2016/0192869A1 (Kiani et al.), titled "Non-invasive physiological sensor cover," and published July 7, 2016.

1218.   U.S. Patent Application Publication No. 2016/0196388A1 (Lamego), titled "Medical device management system," and published July 7, 2016.

1219.   U.S. Patent Application Publication No. 2016/0197436A1 (Barker et al.), titled "Cable tether system," and published July 7, 2016.

1220.   U.S. Patent No. 9,386,953B2 (Al-Ali), titled "Method of sterilizing a reusable portion of a noninvasive optical probe," and issued July 12, 2016.

1221.   U.S. Patent No. 9,386,961B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued July 12, 2016.

1222.   U.S. Patent No. 9,392,945B2 (Al-Ali et al.), titled "Automated CCHD screening and detection," and issued July 19, 2016.

1223.   U.S. Patent No. 9,397,448B2 (Al-Ali et al.), titled "Shielded connector assembly," and issued July 19, 2016.

1224.   U.S. Patent Application Publication No. 2016/0213281A1 (Eckerbom et al.), titled "Nasal/oral cannula system and manufacturing," and published July 28, 2016.

1225.   U.S. Patent Application Publication No. 2016/0213309A1 (Sannholm et al.), titled "System for determining the quality of sleep," and published July 28, 2016.

1226.   U.S. Patent No. 9,408,542B1 (Kinast et al.), titled "Non-invasive blood pressure measurement system," and issued August 9, 2016.

1227.   U.S. Patent No. 9,436,645B2 (Al-Ali et al.), titled "Medical monitoring hub," and issued September 6, 2016.

1228.   U.S. Patent Application Publication No. 2016/0256058A1 (Pham et al.), titled "Statistical heart rate monitoring for estimating calorie expenditure," and published September 8, 2016.

1229.   U.S. Patent Application Publication No. 2016/0256082A1 (Ely et al.), titled "Sensors and applications," and published September 8, 2016.

1230.   U.S. Patent Application Publication No. 2016/0267238A1 (Nag), titled "Systems and Methods for Facilitating Health Research," and published September 15, 2016.

1231.   U.S. Patent No. 9,445,759B1 (Lamego et al.), titled "Blood glucose calibration system," and issued September 20, 2016.

1232.   U.S. Patent Application Publication No. 2016/0270735A1 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and published September 22, 2016.

1233.   U.S. Patent Application Publication No. 2016/0283665A1 (Sampath et al.), titled "Medical communication protocol translator," and published September 29, 2016.

1234.   U.S. Patent Application Publication No. 2016/0287107A1 (Szabados et al.), titled "Intelligent photoplethysmograph signal-to-noise ratio control for recovery of biosignals during times of motion," and published October 6, 2016.

1235.   U.S. Patent Application Publication No. 2016/0287181A1 (Han et al.), titled "Wearable multi-modal physiological sensing system," and published October 6, 2016.

1236.   U.S. Patent Application Publication No. 2016/0287786A1 (Kiani), titled "Drug administration controller," and published October 6, 2016.

1237.   U.S. Patent No. 9,466,919B2 (Kiani et al.), titled "Magnetic connector," and issued October 11, 2016.

1238.   U.S. Patent Application Publication No. 2016/0296173A1 (Culbert), titled "Motion artifact cancelation," and published October 13, 2016.

1239.   U.S. Patent Application Publication No. 2016/0296174A1 (Isikman et al.), titled "Method of reducing motion artifacts on wearable optical sensor devices," and published October 13, 2016.

1240.   U.S. Patent No. 9,474,474B2 (Lamego et al.), titled "Patient monitor as a minimally invasive glucometer," and issued October 25, 2016.

1241.  U.S. Patent Application Publication No. 2016/0310027A1 (Han), titled "Dynamically reconfigurable apertures for optimization of ppg signal and ambient light mitigation," and published October 27, 2016.

1242.  U.S. Patent Application Publication No. 2016/0314260A1 (Kiani), titled "Health care sanitation monitoring system," and published October 27, 2016.

1243.  U.S. Patent No. 9,480,422B2 (Al-Ali), titled "Cyanotic infant sensor," and issued November 1, 2016.

1244.  U.S. Patent No. 9,480,435B2 (Olsen), titled "Configurable patient monitoring system," and issued November 1, 2016.

1245.  U.S. Patent No. 9,489,081B2 (Anzures et al.), titled "Electronic touch communication," and issued November 8, 2016.

1246.  U.S. Patent Application Publication No. 2016/0327984A1 (Al-Ali et al.), titled "Medical monitoring hub," and published November 10, 2016.

1247.  U.S. Patent No. 9,492,110B2 (Al-Ali et al.), titled "Physiological monitor," and issued November 15, 2016.

1248.  U.S. Patent No. 9,497,534B2 (Prest et al.), titled "Sports monitoring system for headphones, earbuds and/or headsets," and issued November 15, 2016.

1249.  U.S. Patent No. 9,510,779B2 (Poeze et al.), titled "Analyte monitoring using one or more accelerometers," and issued December 6, 2016.

1250.  U.S. Patent No. 9,517,024B2 (Kiani et al.), titled "Optical-based physiological monitoring system," and issued December 13, 2016.

1251.  U.S. Patent Application Publication No. 2016/0367173A1 (Dalvi et al.), titled "Non-invasive optical physiological differential pathlength sensor," and published December 22, 2016.

1252.  U.S. Patent No. 9,526,430B2 (Srinivas et al.), titled "Method and system to estimate day-long calorie expenditure based on posture," and issued December 27, 2016.

1253.  U.S. Patent Application Publication No. 2016/0378069A1 (Rothkopf), titled "Wearable electronic device," and published December 29, 2016.

1254.  U.S. Patent Application Publication No. 2016/0378071A1 (Rothkopf), titled "Wearable electronic device," and published December 29, 2016.

1255.   U.S. Patent No. 9,532,722 B2 (Lamego et al.), titled "Patient monitoring system," and issued January 3, 2017.

1256.   U.S. Patent No. 9,538,949 B2 (Al-Ali et al.), titled "Depth of consciousness monitor including oximeter," and issued January 10, 2017.

1257.   U.S. Patent No. 9,538,980 B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued January 10, 2017.

1258.   U.S. Patent Application Publication No. 2017/0007183 A1 (Dusan et al.), titled "Wearing Dependent Operation of Wearable Device," and published January 12, 2017.

1259.   U.S. Patent Application Publication No. 2017/0010858 A1 (Prest et al.), titled "Sports Monitoring System for Headphones, Earbuds and/or Headsets," and published January 12, 2017.

1260.   U.S. Patent Application Publication No. 2017/0014083 A1 (Diab et al.), titled "Signal processing apparatus and method," and published January 19, 2017.

1261.   U.S. Patent No. 9,549,696 B2 (Lamego et al.), titled "Physiological parameter confidence measure," and issued January 24, 2017.

1262.   U.S. Patent No. 9,553,625 B2 (Hatanaka et al.), titled "Modular functional band links for wearable devices," and issued January 24, 2017.

1263.   U.S. Patent Application Publication No. 2017/0024748 A1 (Haider), titled "Guided discussion platform for multiple parties," and published January 26, 2017.

1264.   U.S. Patent No. 9,554,737 B2 (Schurman et al.), titled "Noninvasively measuring analyte levels in a subject," and issued January 31, 2017.

1265.   U.S. Patent No. 9,560,996 B2 (Kiani), titled "Universal medical system," and issued February 7, 2017.

1266.   U.S. Patent No. 9,560,998 B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued February 7, 2017.

1267.   U.S. Patent No. 9,566,019 B2 (Al-Ali et al.), titled "Respiratory monitoring," and issued February 14, 2017.

1268.   U.S. Patent Application Publication No. 2017/0042488A1 (Muhsin), titled "Medical monitoring analysis and replay including indicia responsive to light attenuated by body tissue," and published February 16, 2017.

1269.   U.S. Patent No. 9,579,039B2 (Jansen et al.), titled "Non-invasive intravascular volume index monitor," and issued February 28, 2017.

1270.   U.S. Patent Application Publication No. 2017/0055896A1 (Al-Ali et al.), titled "Systems and methods to monitor repositioning of a patient," and published March 2, 2017.

1271.   U.S. Patent No. 9,591,975B2 (Dalvi et al.), titled "Contoured protrusion for improving spectroscopic measurement of blood constituents," and issued March 14, 2017.

1272.   U.S. Patent No. 9,593,969B2 (King), titled "Concealed electrical connectors," and issued March 14, 2017.

1273.   U.S. Patent Application Publication No. 2017/0074897A1 (Mermel et al.), titled "Calculating an estimate of wind resistance experienced by a cyclist," and published March 16, 2017.

1274.   U.S. Patent Application Publication No. 2017/0084133A1 (Cardinali et al.), titled "Indicators for wearable electronic devices," and published March 23, 2017.

1275.   U.S. Patent Application Publication No. 2017/0086689A1 (Shui et al.), titled "Electronic device including ambient light compensation circuit for heart rate generation and related methods," and published March 30, 2017.

1276.   U.S. Patent Application Publication No. 2017/0086742A1 (Harrison-Noonan et al.), titled "Band tightness sensing," and published March 30, 2017.

1277.   U.S. Patent Application Publication No. 2017/0086743A1 (Bushnell et al.), titled "Sensing Contact Force Related to User Wearing an Electronic Device," and published March 30, 2017.

1278.   U.S. Patent Application Publication No. 2017/0094450A1 (Tu et al.), titled "Crowdsourcing activity detection for group activities," and published March 30, 2017.

1279.   U.S. Patent No. 9,622,692B2 (Lamego et al.), titled "Personal health device," and issued April 18, 2017.

1280. U.S. Patent No. 9,622,693 B2 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued April 18, 2017.

1281. U.S. Patent No. 9,636,055 B2 (Al-Ali et al.), titled "Pulse and confidence indicator displayed proximate plethysmograph," and issued May 2, 2017.

1282. U.S. Patent No. 9,636,056 B2 (Al-Ali), titled "Physiological trend monitor," and issued May 2, 2017.

1283. U.S. Patent No. 9,649,054 B2 (Lamego et al.), titled "Blood pressure measurement method," and issued May 16, 2017.

1284. U.S. Patent No. 9,651,405 B1 (Gowreesunker et al.), titled "Dynamic adjustment of a sampling rate for an optical encoder," and issued May 16, 2017.

1285. U.S. Patent Application Publication No. 2017/0143281 A1 (Olsen), titled "Configurable patient monitoring system," and published May 25, 2017.

1286. U.S. Patent Application Publication No. 2017/0147774 A1 (Kiani), titled "Universal medical system," and published May 25, 2017.

1287. U.S. Design Patent No. D788,312 S (Al-Ali et al.), titled "Wireless patient monitoring device," and issued May 30, 2017.

1288. U.S. Patent No. 9,662,052 B2 (Al-Ali et al.), titled "Reprocessing of a physiological sensor," and issued May 30, 2017.

1289. U.S. Patent No. 9,668,676 B2 (Culbert), titled "User identification system based on plethysmography," and issued June 6, 2017.

1290. U.S. Patent No. 9,668,679 B2 (Schurman et al.), titled "Method for data reduction and calibration of an OCT-based physiological monitor," and issued June 6, 2017.

1291. U.S. Patent No. 9,668,680 B2 (Bruinsma et al.), titled "Emitter driver for noninvasive patient monitor," and issued June 6, 2017.

1292. U.S. Patent No. 9,668,703 B2 (Al-Ali), titled "Bidirectional physiological information display," and issued June 6, 2017.

1293. U.S. Patent No. 9,675,286 B2 (Diab), titled "Plethysmograph pulse recognition processor," and issued June 13, 2017.

1294.   U.S. Patent Application Publication No. 2017/0164884A1 (Culbert et al.), titled "Measuring respiration rate with multi-band plethysmography," and published June 15, 2017.

1295.   U.S. Patent No. 9,681,812B2 (Presura), titled "Optical device for measuring a heart rate of a user," and issued June 20, 2017.

1296.   U.S. Patent No. 9,684,900B2 (Motoki et al.), titled "Authentication on mobile device using two-dimensional code," and issued June 20, 2017.

1297.   U.S. Patent Application Publication No. 2017/0172435A1 (Presura), titled "Physiological property determination apparatus," and published June 22, 2017.

1298.   U.S. Patent Application Publication No. 2017/0172476A1 (Schilthuizen), titled "Body worn measurement device," and published June 22, 2017.

1299.   U.S. Patent Application Publication No. 2017/0173632A1 (Al-Ali), titled "Varnish-coated release liner," and published June 22, 2017.

1300.   U.S. Patent No. 9,687,160B2 (Kiani), titled "Congenital heart disease monitor," and issued June 27, 2017.

1301.   U.S. Patent No. 9,693,719B2 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and issued July 4, 2017.

1302.   U.S. Patent No. 9,693,737B2 (Al-Ali), titled "Physiological measurement logic engine," and issued July 4, 2017.

1303.   U.S. Patent No. 9,697,928B2 (Al-Ali et al.), titled "Automated assembly sensor cable," and issued July 4, 2017.

1304.   U.S. Patent No. 9,699,546B2 (Qian et al.), titled "Earbuds with biometric sensing," and issued July 4, 2017.

1305.   U.S. Patent No. 9,700,249B2 (Johnson et al.), titled "Non-invasive optical sensor," and issued July 11, 2017.

1306.   U.S. Patent Application Publication No. 2017/0196464A1 (Jansen et al.), titled "Non-invasive intravascular volume index monitor," and published July 13, 2017.

1307.   U.S. Patent Application Publication No. 2017/0196470A1 (Lamego et al.), titled "Patient monitoring system," and published July 13, 2017.

1308.   U.S. Patent Application Publication No. 2017/0202505A1 (Kirenko et al.), titled "Unobtrusive skin tissue hydration determining device and related method," and published July 20, 2017.

1309.   U.S. Patent No. 9,716,937B2 (Qian et al.), titled "Earbuds with biometric sensing," and issued July 25, 2017.

1310.   U.S. Patent Application Publication No. 2017/0209095A1 (Wagner et al.), titled "Optical Physiological Sensor Modules with Reduced Signal Noise," and published July 27, 2017.

1311.   U.S. Patent No. 9,717,425B2 (Kiani et al.), titled "Noise shielding for a noninvaise device," and issued August 1, 2017.

1312.   U.S. Patent No. 9,717,448B2 (Frix et al.), titled "Continuous transdermal monitoring system and method," and issued August 1, 2017.

1313.   U.S. Patent No. 9,717,458B2 (Lamego et al.), titled "Magnetic-flap optical sensor," and issued August 1, 2017.

1314.   U.S. Patent No. 9,723,997B1 (Lamego), titled "Electronic device that computes health data," and issued August 8, 2017.

1315.   U.S. Patent No. 9,724,016B1 (Al-Ali et al.), titled "Respiration processor," and issued August 8, 2017.

1316.   U.S. Patent No. 9,724,024B2 (Al-Ali), titled "Adaptive alarm system," and issued August 8, 2017.

1317.   U.S. Patent No. 9,724,025B1 (Kiani et al.), titled "Active-pulse blood analysis system," and issued August 8, 2017.

1318.   U.S. Patent Application Publication No. 2017/0228516A1 (Sampath et al.), titled "Intelligent medical escalation process," and published August 10, 2017.

1319.   U.S. Patent No. 9,730,640B2 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued August 15, 2017.

1320.   U.S. Patent No. 9,743,887B2 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and issued August 29, 2017.

1321.   U.S. Patent No. 9,749,232B2 (Sampath et al.), titled "Intelligent medical network edge router," and issued August 29, 2017.

1322.   U.S. Patent Application Publication No. 2017/0245790A1 (Al-Ali et al.), titled "Reprocessing of a physiological sensor," and published August 31, 2017.

1323.   U.S. Patent Application Publication No. 2017/0248446A1 (Gowreesunker et al.), titled "Dynamic Adjustment of a Sampling Rate for an Optical Encoder," and published August 31, 2017.

1324.   U.S. Patent No. 9,750,442B2 (Olsen), titled "Physiological status monitor," and issued September 5, 2017.

1325.   U.S. Patent No. 9,750,443B2 (Smith et al.), titled "Multiple wavelength sensor emitters," and issued September 5, 2017.

1326.   U.S. Patent No. 9,750,461B1 (Telfort), titled "Acoustic respiratory monitoring sensor with probe-off detection," and issued September 5, 2017.

1327.   U.S. Patent No. 9,752,925B2 (Chu et al.), titled "Optical sensor," and issued September 5, 2017.

1328.   U.S. Patent Application Publication No. 2017/0251974A1 (Shreim et al.), titled "Nose sensor," and published September 7, 2017.

1329.   U.S. Patent Application Publication No. 2017/0273619A1 (Alvarado et al.), titled "Techniques for jointly calibrating load and aerobic capacity," and published September 28, 2017.

1330.   U.S. Patent No. 9,775,545B2 (Al-Ali et al.), titled "Magnetic electrical connector for patient monitors," and issued October 3, 2017.

1331.   U.S. Patent No. 9,775,546B2 (Diab et al.), titled "Hypersaturation index," and issued October 3, 2017.

1332.   U.S. Patent No. 9,775,570B2 (Al-Ali), titled "Adaptive alarm system," and issued October 3, 2017.

1333.   U.S. Patent No. 9,778,079B1 (Al-Ali et al.), titled "Physiological monitor gauge panel," and issued October 3, 2017.

1334.   U.S. Patent Application Publication No. 2017/0281024A1 (Narasimhan et al.), titled "Wrist worn accelerometer for pulse transit time (ptt) measurements of blood pressure," and published October 5, 2017.

1335.   U.S. Patent No. 9,781,984B2 (Baranski et al.), titled "Dynamic fit adjustment for wearable electronic devices," and issued October 10, 2017.

1336.   U.S. Patent No. 9,782,077B2 (Lamego et al.), titled "Modulated physiological sensor," and issued October 10, 2017.

1337.   U.S. Patent No. 9,782,110B2 (Kiani), titled "Opticoustic sensor," and issued October 10, 2017.

1338.   U.S. Patent No. 9,787,568B2 (Lamego et al.), titled "Physiological test credit method," and issued October 10, 2017.

1339.   U.S. Patent Application Publication No. 2017/0293727A1 (Klaassen et al.), titled "Intelligent blood pressure monitoring," and published October 12, 2017.

1340.   U.S. Patent No. 9,788,735B2 (Al-Ali), titled "Body worn mobile medical patient monitor," and issued October 17, 2017.

1341.   U.S. Patent No. 9,788,768B2 (Al-Ali et al.), titled "Physiological parameter tracking system," and issued October 17, 2017.

1342.   U.S. Patent No. 9,795,300B2 (Al-Ali), titled "Wearable portable patient monitor," and issued October 24, 2017.

1343.   U.S. Patent No. 9,795,310B2 (Al-Ali et al.), titled "Patient monitor for determining microcirculation state," and issued October 24, 2017.

1344.   U.S. Patent No. 9,795,358B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued October 24, 2017.

1345.   U.S. Patent No. 9,795,739B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued October 24, 2017.

1346.   U.S. Patent No. 9,801,556B2 (Kiani), titled "Patient monitor for monitoring microcirculation," and issued October 31, 2017.

1347.   U.S. Patent No. 9,801,588B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and issued October 31, 2017.

1348.   U.S. Patent Application Publication No. 2017/0311891A1 (Kiani et al.), titled "Optical sensor tape," and published November 2, 2017.

1349.   U.S. Patent No. 9,808,188B1 (Perea et al.), titled "Robust fractional saturation determination," and issued November 7, 2017.

1350.   U.S. Patent No. 9,814,418B2 (Weber et al.), titled "Sine saturation transform," and issued November 14, 2017.

1351.   U.S. Patent Application Publication No. 2017/0325698A1 (Allec et al.), titled "Systems and methods for non-pulsatile blood volume measurements," and published November 16, 2017.

1352.   U.S. Patent Application Publication No. 2017/0325744A1 (Allec et al.), titled "Systems and methods for increasing localized pressure to improve ppg motion performance," and published November 16, 2017.

1353.   U.S. Patent No. 9,820,691B2 (Kiani), titled "Fluid titration system," and issued November 21, 2017.

1354.   U.S. Patent Application Publication No. 2017/0340209A1 (Klaassen et al.), titled "Blood pressure monitoring using a multi-function wrist-worn device," and published November 30, 2017.

1355.   U.S. Patent Application Publication No. 2017/0340219A1 (Sullivan et al.), titled "Electrical coupling of pulse transit time (ptt) measurement system to heart for blood pressure measurment," and published November 30, 2017.

1356.   U.S. Patent Application Publication No. 2017/0340293A1 (Al-Ali et al.), titled "Automated condition screening and detection," and published November 30, 2017.

1357.   U.S. Patent No. 9,833,152B2 (Kiani et al.), titled "Optical-based physiological monitoring system," and issued December 5, 2017.

1358.   U.S. Patent No. 9,833,180B2 (Shakespeare et al.), titled "Multispot monitoring for use in optical coherence tomography," and issued December 5, 2017.

1359.   U.S. Patent No. 9,838,775B2 (Qian et al.), titled "Earbuds with biometric sensing," and issued December 5, 2017.

1360.   U.S. Patent Application Publication No. 2017/0347885A1 (Tan et al.), titled "Detecting activity by a wheelchair user," and published December 7, 2017.

1361.   U.S. Patent No. 9,839,379B2 (Al-Ali et al.), titled "Regional oximetry pod," and issued December 12, 2017.

1362.   U.S. Patent No. 9,839,381B1 (Weber et al.), titled "Physiological measurement system with automatic wavelength adjustment," and issued December 12, 2017.

1363.  U.S. Patent Application Publication No. 2017/0354332A1 (Lamego et al.), titled "Electronic device that computes health data," and published December 14, 2017.

1364.  U.S. Patent Application Publication No. 2017/0354795A1 (Blahnik et al.), titled "Breathing sequence user interface," and published December 14, 2017.

1365.  U.S. Patent Application Publication No. 2017/0358239A1 (Arney et al.), titled "Breathing Synchronization and Monitoring," and published December 14, 2017.

1366.  U.S. Patent Application Publication No. 2017/0358240A1 (Blahnik et al.), titled "Fluctuating progress indicator," and published December 14, 2017.

1367.  U.S. Patent Application Publication No. 2017/0358242A1 (Thompson et al.), titled "Managing presentation of fitness achievements," and published December 14, 2017.

1368.  U.S. Patent No. 9,847,002B2 (Kiani et al.), titled "Modular patient monitor," and issued December 19, 2017.

1369.  U.S. Patent No. 9,847,749B2 (Kiani et al.), titled "Pool solar power generator," and issued December 19, 2017.

1370.  U.S. Patent Application Publication No. 2017/0360306A1 (Narasimhan et al.), titled "Systems, devices, and methods for measuring blood pressure of a user," and published December 21, 2017.

1371.  U.S. Patent Application Publication No. 2017/0366657A1 (Thompson et al.), titled "Tracking activity data between wearable devices paired with a companion device," and published December 21, 2017.

1372.  U.S. Patent No. 9,848,800B1 (Lee et al.), titled "Respiratory pause detector," and issued December 26, 2017.

1373.  U.S. Patent No. 9,848,806B2 (Al-Ali), titled "Low power pulse oximeter," and issued December 26, 2017.

1374.  U.S. Patent No. 9,848,807B2 (Lamego), titled "Tissue profile wellness monitor," and issued December 26, 2017.

1375.  U.S. Patent No. 9,848,823B2 (Raghuram et al.), titled "Context-aware heart rate estimation," and issued December 26, 2017.

1376.  U.S. Patent No. 9,861,298B2 (Eckerbom et al.), titled "Gas sampling line," and issued January 9, 2018.

1377. U.S. Patent No. 9,861,304B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued January 9, 2018.

1378. U.S. Patent No. 9,861,305B1 (Weber et al.), titled "Method and apparatus for calibration to reduce coupling between signals in a measurement system," and issued January 9, 2018.

1379. U.S. Patent No. 9,866,671B1 (Thompson et al.), titled "Tracking activity data between wearable devices paired with a companion device," and issued January 9, 2018.

1380. U.S. Patent Application Publication No. 2018/0008146A1 (Al-Ali et al.), titled "Wearable pulse oximeter and respiration monitor," and published January 11, 2018.

1381. U.S. Patent No. 9,867,575B2 (Maani et al.), titled "Heart rate path optimizer," and issued January 16, 2018.

1382. U.S. Patent No. 9,867,578B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued January 16, 2018.

1383. U.S. Patent Application Publication No. 2018/0014781A1 (Clavelle et al.), titled "Sensor window with integrated isolation feature," and published January 18, 2018.

1384. U.S. Patent No. 9,872,623B2 (Al-Ali), titled "Arm mountable portable patient monitor," and issued January 23, 2018.

1385. U.S. Patent No. 9,876,320B2 (Coverston et al.), titled "Sensor adapter cable," and issued January 23, 2018.

1386. U.S. Patent Application Publication No. 2018/0025287A1 (Mathew et al.), titled "Using proxies to enable on-device machine learning," and published January 25, 2018.

1387. U.S. Patent No. 9,877,650B2 (Muhsin et al.), titled "Physiological monitor with mobile computing device connectivity," and issued January 30, 2018.

1388. U.S. Patent No. 9,877,686B2 (Al-Ali et al.), titled "System for determining confidence in respiratory rate measurements," and issued January 30, 2018.

1389. U.S. Patent No. 9,891,079B2 (Dalvi), titled "Pulser with double-bearing position encoder for non-invasive physiological monitoring," and issued February 13, 2018.

1390.  U.S. Patent No. 9,891,590B2 (Shim et al.), titled "Reverse battery protection device and operating method thereof," and issued February 13, 2018.

1391.  U.S. Patent Application Publication No. 2018/0042556A1 (Shahparnia et al.), titled "Vital signs monitoring system," and published February 15, 2018.

1392.  U.S. Patent No. 9,895,107B2 (Al-Ali et al.), titled "Disposable components for reusable physiological sensor," and issued February 20, 2018.

1393.  U.S. Patent No. 9,898,049B2 (Myers et al.), titled "Handheld device enclosure having outer periphery members and a front cover assembly," and issued February 20, 2018.

1394.  U.S. Patent Application Publication No. 2018/0049694A1 (Singh Alvarado et al.), titled "Systems and methods for determining individualized energy expenditure," and published February 22, 2018.

1395.  U.S. Patent Application Publication No. 2018/0050235A1 (Tan et al.), titled "Pose and heart rate energy expenditure for yoga," and published February 22, 2018.

1396.  U.S. Patent Application Publication No. 2018/0055375A1 (Martinez et al.), titled "Systems and methods for determining an intensity level of an exercise using photoplethysmogram (ppg)," and published March 1, 2018.

1397.  U.S. Patent Application Publication No. 2018/0055390A1 (Kiani et al.), titled "Noise shielding for a noninvasive device," and published March 1, 2018.

1398.  U.S. Patent Application Publication No. 2018/0055439A1 (Pham et al.), titled "Detecting unmeasurable loads using heart rate and work rate," and published March 1, 2018.

1399.  U.S. Patent Application Publication No. 2018/0056129A1 (Narasimha Rao et al.), titled "Systems and methods of swimming calorimetry," and published March 1, 2018.

1400.  U.S. Patent Application Publication No. 2018/0064381A1 (Shakespeare et al.), titled "Multispot monitoring for use in optical coherence tomography," and published March 8, 2018.

1401.  U.S. Patent No. 9,913,617B2 (Al-Ali et al.), titled "Medical monitoring hub," and issued March 13, 2018.

1402.   U.S. Patent Application Publication No. 2018/0070867A1 (Smith et al.), titled "Multiple wavelength sensor emitters," and published March 15, 2018.

1403.   U.S. Patent No. 9,918,646B2 (Singh Alvarado et al.), titled "Sensor fusion approach to energy expenditure estimation," and issued March 20, 2018.

1404.   U.S. Patent Application Publication No. 2018/0078151A1 (Allec et al.), titled "Systems and methods for determining physiological signals using ambient light," and published March 22, 2018.

1405.   U.S. Patent Application Publication No. 2018/0078182A1 (Chen et al.), titled "Workout monitor interface," and published March 22, 2018.

1406.   U.S. Patent Application Publication No. 2018/0082767A1 (Al-Ali et al.), titled "Automated assembly sensor cable," and published March 22, 2018.

1407.   U.S. Patent No. 9,924,893B2 (Schurman et al.), titled "Apparatus and method for creating a stable optical interface," and issued March 27, 2018.

1408.   U.S. Patent No. 9,924,897B1 (Abdul-Hafiz et al.), titled "Heated reprocessing of physiological sensors," and issued March 27, 2018.

1409.   U.S. Patent Application Publication No. 2018/0085068A1 (Telfort), titled "Acoustic respiratory monitoring sensor with probe-off detection," and published March 29, 2018.

1410.   U.S. Patent Application Publication No. 2018/0087937A1 (Al-Ali et al.), titled "Physiological monitor gauge panel," and published March 29, 2018.

1411.   U.S. Patent No. 9,936,917B2 (Poeze et al.), titled "Patient monitor placement indicator," and issued April 10, 2018.

1412.   U.S. Patent No. 9,943,269B2 (Muhsin et al.), titled "System for displaying medical monitoring data," and issued April 17, 2018.

1413.   U.S. Patent Application Publication No. 2018/0103874A1 (Lee et al.), titled "Systems and methods for patient fall detection," and published April 19, 2018.

1414.   U.S. Patent Application Publication No. 2018/0103905A1 (Kiani), titled "Fluid titration system," and published April 19, 2018.

1415.   U.S. Patent No. 9,949,676B2 (Al-Ali), titled "Patient monitor capable of monitoring the quality of attached probes and accessories," and issued April 24, 2018.

1416.   U.S. Patent No. 9,952,095B1 (Hotelling et al.), titled "Methods and systems for modulation and demodulation of optical signals," and issued April 24, 2018.

1417.   U.S. Patent Application Publication No. 2018/0110469A1 (Maani et al.), titled "Heart rate path optimizer," and published April 26, 2018.

1418.   U.S. Patent No. 9,955,937B2 (Telfort), titled "Acoustic patient sensor coupler," and issued May 1, 2018.

1419.   U.S. Patent No. 9,965,946B2 (Al-Ali et al.), titled "Systems and methods for monitoring a patient health network," and issued May 8, 2018.

1420.   U.S. Patent Application Publication No. 2018/0125368A1 (Lamego et al.), titled "Modulated physiological sensor," and published May 10, 2018.

1421.   U.S. Patent Application Publication No. 2018/0125430A1 (Al-Ali et al.), titled "Physiological parameter system," and published May 10, 2018.

1422.   U.S. Patent Application Publication No. 2018/0132769A1 (Weber et al.), titled "Physiological measurement system with automatic wavelength adjustment," and published May 17, 2018.

1423.   U.S. Patent No. 9,980,667B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued May 29, 2018.

1424.   U.S. Patent Application Publication No. 2018/0146901A1 (Al-Ali et al.), titled "Regional oximetry pod," and published May 31, 2018.

1425.   U.S. Patent Application Publication No. 2018/0146902A1 (Kiani et al.), titled "Active-pulse blood analysis system," and published May 31, 2018.

1426.   U.S. Patent No. 9,986,919B2 (Lamego et al.), titled "Patient monitoring system," and issued June 5, 2018.

1427.   U.S. Patent No. 9,986,952B2 (Dalvi et al.), titled "Heart sound simulator," and issued June 5, 2018.

1428.   U.S. Patent No. 9,989,560B2 (Poeze et al.), titled "Interference detector for patient monitor," and issued June 5, 2018.

1429.   U.S. Patent Application Publication No. 2018/0153418A1 (Sullivan et al.), titled "Cuff designs and methods," and published June 7, 2018.

1430.   U.S. Patent Application Publication No. 2018/0153442A1 (Eckerbom et al.), titled "Gas Sampling Line for Respiratory Gases," and published June 7, 2018.

1431.   U.S. Patent Application Publication No. 2018/0153446A1 (Kiani), titled "Opticoustic sensor," and published June 7, 2018.

1432.   U.S. Patent Application Publication No. 2018/0153448A1 (Weber et al.), titled "Method and apparatus for calibration to reduce coupling between signals in a measurement system," and published June 7, 2018.

1433.   U.S. Patent No. 9,993,207B2 (Al-Ali et al.), titled "Medical monitoring hub," and issued June 12, 2018.

1434.   U.S. Patent Application Publication No. 2018/0164853A1 (Myers et al.), titled "Handheld device enclosure," and published June 14, 2018.

1435.   U.S. Design Patent No. D820,865S (Muhsin et al.), titled "Display screen or portion thereof for graphical user interface for physiological monitoring," and issued June 19, 2018.

1436.   U.S. Patent Application Publication No. 2018/0168491A1 (Al-Ali et al.), titled "Regional oximetry sensor," and published June 21, 2018.

1437.   U.S. Patent No. 10,007,758B2 (Al-Ali et al.), titled "Medical monitoring system," and issued June 26, 2018.

1438.   U.S. Design Patent No. D822,215S (Al-Ali et al.), titled "Medical monitoring device," and issued July 3, 2018.

1439.   U.S. Design Patent No. D822,216S (Barker et al.), titled "Medical monitoring device," and issued July 3, 2018.

1440.   U.S. Patent No. 10,010,276B2 (Al-Ali et al.), titled "Regional oximetry user interface," and issued July 3, 2018.

1441.   U.S. Patent Application Publication No. 2018/0184917A1 (Kiani), titled "Patient monitor for monitoring microcirculation," and published July 5, 2018.

1442.   U.S. Patent Application Publication No. 2018/0192924A1 (Al-Ali), titled "Low power pulse oximeter," and published July 12, 2018.

1443.   U.S. Patent Application Publication No. 2018/0192953A1 (Shreim et al.), titled "Nose sensor," and published July 12, 2018.

1444.   U.S. Patent Application Publication No. 2018/0196514A1 (Allec et al.), titled "Motion and gesture input from a wearable device," and published July 12, 2018.

1445.   U.S. Patent No. 10,024,655B2 (Raguin et al.), titled "Ambient light rejection for non-imaging contact sensors," and issued July 17, 2018.

1446.   U.S. Patent Application Publication No. 2018/0199871A1 (Pauley et al.), titled "Methods and devices for detecting intensity of light with translucent detector," and published July 19, 2018.

1447.   U.S. Patent No. 10,032,002B2 (Kiani et al.), titled "Medical monitoring system," and issued July 24, 2018.

1448.   U.S. Patent Application Publication No. 2018/0206795A1 (Al-Ali), titled "Optical patient monitor," and published July 26, 2018.

1449.   U.S. Patent Application Publication No. 2018/0206815A1 (Telfort), titled "Acoustic patient sensor coupler," and published July 26, 2018.

1450.   U.S. Patent Application Publication No. 2018/0213583A1 (Al-Ali), titled "Patient-worn wireless physiological sensor wtih pairing functionality," and published July 26, 2018.

1451.   U.S. Patent No. 10,039,080B2 (Miller et al.), titled "Situationally-aware alerts," and issued July 31, 2018.

1452.   U.S. Patent Application Publication No. 2018/0214090A1 (Al-Ali et al.), titled "System and method for monitoring respiratory rate measurements," and published August 2, 2018.

1453.   U.S. Patent Application Publication No. 2018/0216370A1 (Ishiguro et al.), titled "Vehicle door latch device," and published August 2, 2018.

1454.   U.S. Patent Application Publication No. 2018/0218792A1 (Muhsin et al.), titled "Alarm notification system," and published August 2, 2018.

1455.   U.S. Patent No. 10,039,482B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued August 7, 2018.

1456.   U.S. Patent No. 10,039,491B2 (Thompson et al.), titled "Methods for reducing noise in optical biological sensors," and issued August 7, 2018.

1457.   U.S. Patent Application Publication No. 2018/0225960A1 (Al-Ali et al.), titled "Systems and methods for monitoring a patient health network," and published August 9, 2018.

1458.   U.S. Patent Application Publication No. 2018/0228414A1 (Shao et al.), titled "Light restriction designs in optical sensing applications having shared windows," and published August 16, 2018.

1459. U.S. Patent No. 10,052,037B2 (Kinast et al.), titled "Non-invasive blood pressure measurement system," and issued August 21, 2018.

1460. U.S. Patent No. 10,055,121B2 (Chaudhri et al.), titled "Activity based thresholds and feedbacks," and issued August 21, 2018.

1461. U.S. Patent Application Publication No. 2018/0238718A1 (Dalvi), titled "Double-bearing position encoder for non-invasive physiological monitoring," and published August 23, 2018.

1462. U.S. Patent Application Publication No. 2018/0238734A1 (Hotelling et al.), titled "Methods and systems for modulation and demodulation of optical signals," and published August 23, 2018.

1463. U.S. Patent No. 10,058,275B2 (Al-Ali et al.), titled "Multipurpose sensor port," and issued August 28, 2018.

1464. U.S. Patent Application Publication No. 2018/0242853A1 (Al-Ali), titled "Arm mountable portable patient monitor," and published August 30, 2018.

1465. U.S. Patent Application Publication No. 2018/0242923A1 (Al-Ali et al.), titled "Medical monitoring hub," and published August 30, 2018.

1466. U.S. Patent Application Publication No. 2018/0242926A1 (Muhsin et al.), titled "System for displaying medical monitoring data," and published August 30, 2018.

1467. U.S. Patent Application Publication No. 2018/0247353A1 (Al-Ali et al.), titled "Managing dynamic licenses for physiological parameters in a patient monitoring environment," and published August 30, 2018.

1468. U.S. Patent Application Publication No. 2018/0247712A1 (Muhsin et al.), titled "System for displaying medical monitoring data," and published August 30, 2018.

1469. U.S. Patent No. 10,064,562B2 (Al-Ali), titled "Variable mode pulse indicator," and issued September 4, 2018.

1470. U.S. Patent No. 10,066,970B2 (Gowreesunker et al.), titled "Dynamic range control for optical encoders," and issued September 4, 2018.

1471. U.S. Patent Application Publication No. 2018/0256087A1 (Al-Ali et al.), titled "Pneumonia screener," and published September 13, 2018.

1472. U.S. Patent No. 10,076,257B2 (Lin et al.), titled "Seamlessly embedded heart rate monitor," and issued September 18, 2018.

1473.   U.S. Patent No. 10,078,052B2 (Ness et al.), titled "Reflective surface treatments for optical sensors," and issued September 18, 2018.

1474.   U.S. Patent No. 10,086,138B1 (Novak), titled "Autonomous drug delivery system," and issued October 2, 2018.

1475.   U.S. Patent Application Publication No. 2018/0279956A1 (Waydo et al.), titled "Detecting conditions using heart rate sensors," and published October 4, 2018.

1476.   U.S. Patent Application Publication No. 2018/0285094A1 (Housel et al.), titled "Medical monitoring hub," and published October 4, 2018.

1477.   U.S. Patent No. 10,092,200B2 (Al-Ali et al.), titled "Plethysmograph variability processor," and issued October 9, 2018.

1478.   U.S. Patent No. 10,092,244B2 (Chuang et al.), titled "Biometric detection module with denoising function and biometric detection method thereof," and issued October 9, 2018.

1479.   U.S. Patent No. 10,092,249B2 (Kiani et al.), titled "Robust alarm system," and issued October 9, 2018.

1480.   U.S. Patent No. 10,098,550B2 (Al-Ali et al.), titled "Plethysmographic respiration rate detection," and issued October 16, 2018.

1481.   U.S. Patent No. 10,098,591B2 (Al-Ali et al.), titled "Physiological parameter system," and issued October 16, 2018.

1482.   U.S. Patent No. 10,098,610B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued October 16, 2018.

1483.   U.S. Patent Application Publication No. 2018/0296161A1 (Shreim et al.), titled "Nose sensor," and published October 18, 2018.

1484.   U.S. Patent Application Publication No. 2018/0300919A1 (Muhsin et al.), titled "Augmented reality system for displaying patient data," and published October 18, 2018.

1485.   U.S. Patent No. 10,111,591B2 (Dyell et al.), titled "Real-time monitoring systems and methods in a healthcare environment," and issued October 30, 2018.

1486.   U.S. Patent Application Publication No. 2018/0310822A1 (Indorf et al.), titled "Spot check measurement system," and published November 1, 2018.

1487.   U.S. Patent Application Publication No. 2018/0310823A1 (Al-Ali et al.), titled "Medical monitoring device having multiple configurations," and published November 1, 2018.

1488.   U.S. Patent No. 10,117,587B2 (Han), titled "Dynamically reconfigurable apertures for optimization of PPG signal and ambient light mitigation," and issued November 6, 2018.

1489.   U.S. Patent Application Publication No. 2018/0317826A1 (Muhsin et al.), titled "System for displaying and controlling medical monitoring data," and published November 8, 2018.

1490.   U.S. Patent Application Publication No. 2018/0317841A1 (Novak), titled "Autonomous drug delivery system," and published November 8, 2018.

1491.   U.S. Design Patent No. D833,624S (DeJong et al.), titled "Medical device," and issued November 13, 2018.

1492.   U.S. Patent No. 10,123,726B2 (Al-Ali et al.), titled "Configurable physiological measurement system," and issued November 13, 2018.

1493.   U.S. Patent No. 10,123,729B2 (Dyell et al.), titled "Alarm fatigue management systems and methods," and issued November 13, 2018.

1494.   U.S. Patent No. 10,130,289B2 (Al-Ali et al.), titled "Pulse and confidence indicator displayed proximate plethysmograph," and issued November 20, 2018.

1495.   U.S. Patent No. 10,130,291B2 (Schurman et al.), titled "Method for data reduction and calibration of an OCT-based physiological monitor," and issued November 20, 2018.

1496.   U.S. Patent Application Publication No. 2018/0333055A1 (Lamego et al.), titled "Patient monitoring system," and published November 22, 2018.

1497.   U.S. Patent Application Publication No. 2018/0333087A1 (Al-Ali), titled "Patient monitor capable of monitoring the quality of attached probes and accessories," and published November 22, 2018.

1498.   U.S. Design Patent No. D835,282S (Barker et al.), titled "Medical monitoring device," and issued December 4, 2018.

1499.   U.S. Design Patent No. D835,283S (Barker et al.), titled "Medical monitoring device," and issued December 4, 2018.

1500.   U.S. Design Patent No. D835,284S (Barker et al.), titled "Medical monitoring device," and issued December 4, 2018.

1501.   U.S. Design Patent No. D835,285S (Barker et al.), titled "Medical monitoring device," and issued December 4, 2018.

1502.   U.S. Patent No. 10,149,616B2 (Al-Ali et al.), titled "Wireless patient monitoring device," and issued December 11, 2018.

1503.   U.S. Patent No. 10,154,815B2 (Al-Ali et al.), titled "Modular physiological sensors," and issued December 18, 2018.

1504.   U.S. Patent No. 10,159,412B2 (Lamego et al.), titled "Handheld processing device including medical applications for minimally and non invasive glucose measurements," and issued December 25, 2018.

1505.   U.S. Patent No. 10,165,954B2 (Lee), titled "Integrated sensor modules," and issued January 1, 2019.

1506.   U.S. Patent Application Publication No. 2019/0000317A1 (Muhsin et al.), titled "Physiological monitor with mobile computing device connectivity," and published January 3, 2019.

1507.   U.S. Patent Application Publication No. 2019/0015023A1 (Monfre), titled "Medical monitoring device for harmonizing physiological measurements," and published January 17, 2019.

1508.   U.S. Patent No. 10,188,296B2 (Al-Ali et al.), titled "Wireless patient monitoring device," and issued January 29, 2019.

1509.   U.S. Patent No. 10,188,331B1 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued January 29, 2019.

1510.   U.S. Patent No. 10,188,348B2 (Al-Ali et al.), titled "Parameter upgrade system," and issued January 29, 2019.

1511.   U.S. Patent Application Publication No. 2019/0029574A1 (Schurman et al.), titled "Method for data reduction and calibration of an oct-based physiological monitor," and published January 31, 2019.

1512.   U.S. Patent Application Publication No. 2019/0029578A1 (Al-Ali et al.), titled "Regional oximetry user interface," and published January 31, 2019.

1513.   U.S. Patent No. 10,194,847B2 (Al-Ali), titled "Perfusion index smoother," and issued February 5, 2019.

1514.   U.S. Patent No. 10,194,848B1 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued February 5, 2019.

1515.  U.S. Reissued Patent No. RE47,218E (Al-Ali), titled "Adaptive alarm system," and issued February 5, 2019.

1516.  U.S. Patent No. 10,201,286B2 (Waydo), titled "Frequency domain projection algorithm," and issued February 12, 2019.

1517.  U.S. Patent No. 10,201,298B2 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and issued February 12, 2019.

1518.  U.S. Patent No. 10,205,272B2 (Kiani et al.), titled "Magnetic connector," and issued February 12, 2019.

1519.  U.S. Patent No. 10,205,291B2 (Scruggs et al.), titled "Pogo pin connector," and issued February 12, 2019.

1520.  U.S. Reissued Patent No. RE47,244E (Kiani et al.), titled "Alarm suspend system, and issued February 19, 2019.

1521.  U.S. Reissued Patent No. RE47,249E (Kiani et al.), titled "Alarm suspend system," and issued February 19, 2019.

1522.  U.S. Patent Application Publication No. 2019/0058280A1 (Al-Ali et al.), titled "Water resistant connector for noninvasive patient monitor," and published February 21, 2019.

1523.  U.S. Patent No. 10,213,108B2 (Al-Ali), titled "Arm mountable portable patient monitor," and issued February 26, 2019.

1524.  U.S. Patent No. 10,215,698B2 (Han et al.), titled "Multiple light paths architecture and obscuration methods for signal and perfusion index optimization," and issued February 26, 2019.

1525.  U.S. Patent No. 10,219,706B2 (Al-Ali), titled "Physiological measurement device," and issued March 5, 2019.

1526.  U.S. Patent No. 10,219,746B2 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and issued March 5, 2019.

1527.  U.S. Patent No. 10,219,754B1 (Lamego), titled "Modulation and demodulation techniques for a health monitoring system," and issued March 5, 2019.

1528.  U.S. Patent Application Publication No. 2019/0069813A1 (Al-Ali), titled "Low power pulse oximeter," and published March 7, 2019.

1529.   U.S. Patent No. 10,226,187B2 (Al-Ali et al.), titled "Patient-worn wireless physiological sensor," and issued March 12, 2019.

1530.   U.S. Patent No. 10,226,576B2 (Kiani), titled "Sepsis monitor," and issued March 12, 2019.

1531.   U.S. Patent Application Publication No. 2019/0076028A1 (Al-Ali et al.), titled "Plethysmographic respiration rate detection," and published March 14, 2019.

1532.   U.S. Patent No. 10,231,657B2 (Al-Ali et al.), titled "Total hemoglobin screening sensor," and issued March 19, 2019.

1533.   U.S. Patent No. 10,231,670B2 (Blank et al.), titled "Proximity sensor in pulse oximeter," and issued March 19, 2019.

1534.   U.S. Patent No. 10,231,676B2 (Al-Ali et al.), titled "Dual-mode patient monitor," and issued March 19, 2019.

1535.   U.S. Patent Application Publication No. 2019/0082979A1 (Al-Ali et al.), titled "Plethysmograph variability processor," and published March 21, 2019.

1536.   U.S. Patent Application Publication No. 2019/0090760A1 (Kinast et al.), titled "Non-invasive blood pressure measurement system," and published March 28, 2019.

1537.   U.S. Patent Application Publication No. 2019/0090764A1 (Al-Ali), titled "Variable mode pulse indicator," and published March 28, 2019.

1538.   U.S. Patent No. 10,247,670B2 (Ness et al.), titled "Reflective surface treatments for optical sensors," and issued April 2, 2019.

1539.   U.S. Patent No. 10,251,585B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued April 9, 2019.

1540.   U.S. Patent No. 10,251,586B2 (Lamego), titled "Tissue profile wellness monitor," and issued April 9, 2019.

1541.   U.S. Patent No. 10,255,994B2 (Sampath et al.), titled "Physiological parameter alarm delay," and issued April 9, 2019.

1542.   U.S. Patent No. 10,258,265B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 16, 2019.

1543.  U.S. Patent No. 10,258,266B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 16, 2019.

1544.  U.S. Reissued Patent No. RE47,353E (Kiani et al.), titled "Alarm suspend system," and issued April 16, 2019.

1545.  U.S. Patent No. 10,265,024B2 (Lee et al.), titled "Sensor system for heart rate measurement per axis of shared orientation," and issued April 23, 2019.

1546.  U.S. Patent Application Publication No. 2019/0117070A1 (Muhsin et al.), titled "Medical monitoring system," and published April 25, 2019.

1547.  U.S. Patent Application Publication No. 2019/0117139A1 (Al-Ali et al.), titled "Multipurpose sensor port," and published April 25, 2019.

1548.  U.S. Patent Application Publication No. 2019/0117141A1 (Al-Ali), titled "Perfusion index smoother," and published April 25, 2019.

1549.  U.S. Patent Application Publication No. 2019/0117930A1 (Al-Ali), titled "Assistive capnography device," and published April 25, 2019.

1550.  U.S. Patent Application Publication No. 2019/0122763A1 (Sampath et al.), titled "Medical monitoring system," and published April 25, 2019.

1551.  U.S. Patent No. 10,271,748B2 (Al-Ali), titled "Patient monitor for determining microcirculation state," and issued April 30, 2019.

1552.  U.S. Patent No. 10,278,626B2 (Schurman et al.), titled "Apparatus and method for creating a stable optical interface," and issued May 7, 2019.

1553.  U.S. Patent No. 10,278,648B2 (Al-Ali et al.), titled "Automated CCHD screening and detection," and issued May 7, 2019.

1554.  U.S. Patent No. 10,279,247B2 (Kiani), titled "Avatar-incentive healthcare therapy," and issued May 7, 2019.

1555.  U.S. Patent Application Publication No. 2019/0133525A1 (Al-Ali et al.), titled "Modular physiological sensors," and published May 9, 2019.

1556.  U.S. Patent No. 10,285,626B1 (Kestelli et al.), titled "Activity identification using an optical heart rate monitor," and issued May 14, 2019.

1557.  U.S. Patent Application Publication No. 2019/0142283A1 (Lamego et al.), titled "Handheld processing device including medical applications for

minimally and non invasive glucose measurements," and published May 16, 2019.

1558.  U.S. Patent Application Publication No. 2019/0142344A1 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and published May 16, 2019.

1559.  U.S. Patent No. 10,292,628B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued May 21, 2019.

1560.  U.S. Patent No. 10,292,657B2 (Abdul-Hafiz et al.), titled "Ear sensor," and issued May 21, 2019.

1561.  U.S. Patent No. 10,292,664B2 (Al-Ali), titled "Monitor configuration system," and issued May 21, 2019.

1562.  U.S. Patent Application Publication No. 2019/0150856A1 (Kiani et al.), titled "Robust alarm system," and published May 23, 2019.

1563.  U.S. Patent No. 10,299,708B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued May 28, 2019.

1564.  U.S. Patent No. 10,299,709B2 (Perea et al.), titled "Robust fractional saturation determination," and issued May 28, 2019.

1565.  U.S. Patent No. 10,299,720B2 (Brown et al.), titled "Reversal of general anesthesia by administration of methylphenidate, amphetamine, modafinil, amantadine, and/or caffeine," and issued May 28, 2019.

1566.  U.S. Patent No. 10,305,775B2 (Lamego et al.), titled "Physiological test credit method," and issued May 28, 2019.

1567.  U.S. Patent No. 10,307,111B2 (Muhsin et al.), titled "Patient position detection system," and issued June 4, 2019.

1568.  U.S. Patent Application Publication No. 2019/0167161A1 (Al-Ali et al.), titled "Total hemoglobin screening sensor," and published June 6, 2019.

1569.  U.S. Patent Application Publication No. 2019/0175019A1 (Al-Ali et al.), titled "Wireless patient monitoring device," and published June 13, 2019.

1570.  U.S. Patent No. 10,325,681B2 (Sampath et al.), titled "Physiological alarm threshold determination," and issued June 18, 2019.

1571.  U.S. Patent No. 10,327,337B2 (Triman et al.), titled "Fold flex circuit for LNOP," and issued June 18, 2019.

1572.  U.S. Patent No. 10,327,713B2 (Barker et al.), titled "Modular multi-parameter patient monitoring device," and issued June 25, 2019.

1573.  U.S. Patent No. 10,332,630B2 (Al-Ali), titled "Medical characterization system," and issued June 25, 2019.

1574.  U.S. Patent Application Publication No. 2019/0192076A1 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and published June 27, 2019.

1575.  U.S. Patent No. 10,335,033B2 (Al-Ali), titled "Physiological measurement device," and issued July 2, 2019.

1576.  U.S. Patent No. 10,335,068B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued July 2, 2019.

1577.  U.S. Patent No. 10,335,072B2 (Al-Ali et al.), titled "Physiological monitor," and issued July 2, 2019.

1578.  U.S. Patent Application Publication No. 2019/0200941A1 (Chandran et al.), titled "System for displaying oxygen state indications," and published July 4, 2019.

1579.  U.S. Patent Application Publication No. 2019/0201623A1 (Kiani), titled "Sepsis monitor," and published July 4, 2019.

1580.  U.S. Patent No. 10,342,470B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued July 9, 2019.

1581.  U.S. Patent No. 10,342,487B2 (Al-Ali et al.), titled "Disposable components for reusable physiological sensor," and issued July 9, 2019.

1582.  U.S. Patent No. 10,342,497B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued July 9, 2019.

1583.  U.S. Patent Application Publication No. 2019/0209025A1 (Al-Ali), titled "Patient monitor for determining microcirculation state," and published July 11, 2019.

1584.  U.S. Patent Application Publication No. 2019/0214778A1 (Scruggs et al.), titled "Pogo pin connector," and published July 11, 2019.

1585. U.S. Patent No. 10,349,895B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued July 16, 2019.

1586. U.S. Patent No. 10,349,898B2 (Al-Ali et al.), titled "Automated CCHD screening and detection," and issued July 16, 2019.

1587. U.S. Patent No. 10,354,504B2 (Kiani et al.), titled "Modular patient monitor," and issued July 16, 2019.

1588. U.S. Patent Application Publication No. 2019/0216319A1 (Poeze et al.), titled "Personal digital assistant or organizer for monitoring glucose levels," and published July 18, 2019.

1589. U.S. Patent Application Publication No. 2019/0216379A1 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and published July 18, 2019.

1590. U.S. Patent Application Publication No. 2019/0221966A1 (Kiani et al.), titled "Magnetic connector," and published July 18, 2019.

1591. U.S. Patent No. 10,357,206B2 (Weber et al.), titled "Variable indication estimator," and issued July 23, 2019.

1592. U.S. Patent No. 10,357,209B2 (Al-Ali), titled "Bidirectional physiological information display," and issued July 23, 2019.

1593. U.S. Patent Application Publication No. 2019/0223804A1 (Blank et al.), titled "Proximity sensor in pulse oximeter," and published July 25, 2019.

1594. U.S. Patent No. 10,366,787B2 (Sampath et al.), titled "Physiological alarm threshold determination," and issued July 30, 2019.

1595. U.S. Patent Application Publication No. 2019/0231199A1 (Al-Ali et al.), titled "Patient-worn wireless physiological sensor," and published August 1, 2019.

1596. U.S. Patent Application Publication No. 2019/0231241A1 (Al-Ali et al.), titled "Wireless patient monitoring device," and published August 1, 2019.

1597. U.S. Patent Application Publication No. 2019/0231270A1 (Abdul-Hafiz et al.), titled "Physiological measurement device," and published August 1, 2019.

1598. U.S. Patent No. 10,368,787B2 (Reichgott et al.), titled "Flowometry in optical coherence tomography for analyte level estimation," and issued August 6, 2019.

PUBLIC VERSION

1599.  U.S. Patent Application Publication No. 2019/0239787A1 (Pauley et al.), titled "Limb-worn patient monitoring device," and published August 8, 2019.

1600.  U.S. Patent Application Publication No. 2019/0239824A1 (Muhsin et al.), titled "Patient position detection system," and published August 8, 2019.

1601.  U.S. Patent No. 10,376,190B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued August 13, 2019.

1602.  U.S. Patent No. 10,376,191B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued August 13, 2019.

1603.  U.S. Patent No. 10,383,520B2 (Wojtczuk et al.), titled "Enhanced visible near-infrared photodiode and non-invasive physiological sensor," and issued August 20, 2019.

1604.  U.S. Patent No. 10,388,120B2 (Muhsin et al.), titled "Localized projection of audible noises in medical settings," and issued August 20, 2019.

1605.  U.S. Patent No. 10,383,527 (Al-Ali), titled "Wireless Patient Monitoring Systems and Methods," and issued August 20, 2019.

1606.  U.S. Patent Application Publication No. 2019/0254578A1 (Lamego), titled "Tissue profile wellness monitor," and published August 22, 2019.

1607.  U.S. Patent No. 10,390,716B2 (Shimuta), titled "Pulse transmission time measuring apparatus and biological state estimating apparatus," and issued August 27, 2019.

1608.  U.S. Patent Application Publication No. 2019/0261857A1 (Al-Ali), titled "Physiological measurement device," and published August 29, 2019.

1609.  U.S. Patent No. 10,398,320B2 (Kiani et al.), titled "Optical-based physiological monitoring system," and issued September 3, 2019.

1610.  U.S. Patent No. 10,398,383B2 (van Dinther et al.), titled "Motion artifact reduction using multi-channel PPG signals," and issued September 3, 2019.

1611.  U.S. Patent Application Publication No. 2019/0269370A1 (Al-Ali et al.), titled "Physiological parameter system," and published September 5, 2019.

1612. U.S. Patent No. 10,405,804B2 (Al-Ali), titled "Physiological measurement logic engine," and issued September 10, 2019.

1613. U.S. Patent No. 10,406,445B2 (Vock et al.), titled "Personal items network, and associated methods," and issued September 10, 2019.

1614. U.S. Patent Application Publication No. 2019/0274627A1 (Al-Ali et al.), titled "Disposable components for reusable physiological sensor," and published September 12, 2019.

1615. U.S. Patent Application Publication No. 2019/0274635A1 (Al-Ali et al.), titled "Automated cchd screening and detection," and published September 12, 2019.

1616. U.S. Patent No. 10,413,666B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued September 17, 2019.

1617. U.S. Patent No. 10,416,079B2 (Magnussen et al.), titled "Device and method for determining a concentration in a sample," and issued September 17, 2019.

1618. U.S. Patent No. 10,420,493B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued September 24, 2019.

1619. U.S. Patent Application Publication No. 2019/0290136A1 (Dalvi et al.), titled "Blood pressure monitor with valve-chamber assembly," and published September 26, 2019.

1620. U.S. Patent Application Publication No. 2019/0298270A1 (Al-Ali et al.), titled "Automated condition screening and detection," and published October 3, 2019.

1621. U.S. Patent Application Publication No. 2019/0304601A1 (Sampath et al.), titled "Physiological parameter alarm delay," and published October 3, 2019.

1622. U.S. Patent Application Publication No. 2019/0304605A1 (Al-Ali), titled "Medical characterization system," and published October 3, 2019.

1623. U.S. Patent No. 10,433,776B2 (Al-Ali), titled "Low power pulse oximeter," and issued October 8, 2019.

1624. U.S. Patent Application Publication No. 2019/0307377A1 (Perea et al.), titled "Robust fractional saturation determination," and published October 10, 2019.

1625.   U.S. Patent No. 10,441,181B1 (Telfort et al.), titled "Acoustic pulse and respiration monitoring system," and issued October 15, 2019.

1626.   U.S. Patent No. 10,441,196B2 (Eckerbom et al.), titled "Nasal/oral cannula system and manufacturing," and issued October 15, 2019.

1627.   U.S. Design Patent No. D864,120S (Forrest et al.), titled "Connector," and issued October 22, 2019.

1628.   U.S. Patent No. 10,448,844B2 (Al-Ali et al.), titled "Systems and methods for patient fall detection," and issued October 22, 2019.

1629.   U.S. Patent No. 10,448,871B2 (Al-Ali), titled "Advanced pulse oximetry sensor," and issued October 22, 2019.

1630.   U.S. Patent Application Publication No. 2019/0320906A1 (Olsen), titled "Easy insert finger sensor for transmission based spectroscopy sensor," and published October 24, 2019.

1631.   U.S. Patent Application Publication No. 2019/0320959A1 (Al-Ali), titled "Perfusion index smoother," and published October 24, 2019.

1632.   U.S. Patent Application Publication No. 2019/0320988A1 (Ahmed et al.), titled "Mobile patient alarm display," and published October 24, 2019.

1633.   U.S. Patent Application Publication No. 2019/0325722A1 (Kiani et al.), titled "Modular patient monitor," and published October 24, 2019.

1634.   U.S. Patent No. 10,456,038B2 (Lamego et al.), titled "Cloud-based physiological monitoring system," and issued October 29, 2019.

1635.   U.S. Patent No. 10,463,284B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued November 5, 2019.

1636.   U.S. Patent No. 10,463,340B2 (Telfort et al.), titled "Acoustic respiratory monitoring systems and methods," and issued November 5, 2019.

1637.   U.S. Patent No. 10,470,695B2 (Al-Ali), titled "Advanced pulse oximetry sensor," and issued November 12, 2019.

1638.   U.S. Patent No. 10,471,159B1 (Lapotko et al.), titled "Diagnosis, removal, or mechanical damaging of tumor using plasmonic nanobubbles," and issued November 12, 2019.

1639.   U.S. Patent No. 10,478,107B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued November 19, 2019.

1640. U.S. Patent Application Publication No. 2019/0350506A1 (Al-Ali), titled "Advanced pulse oximetry sensor," and published November 21, 2019.

1641. U.S. Patent Application Publication No. 2019/0357813A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published November 28, 2019.

1642. U.S. Patent Application Publication No. 2019/0357823A1 (Reichgott et al.), titled "Flowometry in optical coherence tomography for analyte level estimation," and published November 28, 2019.

1643. U.S. Patent Application Publication No. 2019/0357824A1 (Al-Ali), titled "Advanced pulse oximetry sensor," and published November 28, 2019.

1644. U.S. Patent Application Publication No. 2019/0358524A1 (Kiani), titled "Avatar-incentive healthcare therapy," and published November 28, 2019.

1645. U.S. Patent Application Publication No. 2019/0365294A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published December 5, 2019.

1646. U.S. Patent No. 10,503,379B2 (Al-Ali et al.), titled "Physiological monitor touchscreen interface," and issued December 10, 2019.

1647. U.S. Patent No. 10,505,311B2 (Al-Ali et al.), titled "Water resistant connector for noninvasive patient monitor," and issued December 10, 2019.

1648. U.S. Patent Application Publication No. 2019/0374139A1 (Kiani et al.), titled "Opioid overdose monitoring," and published December 12, 2019.

1649. U.S. Patent Application Publication No. 2019/0374173A1 (Kiani et al.), titled "Opioid overdose monitoring," and published December 12, 2019.

1650. U.S. Patent Application Publication No. 2019/0374713A1 (Kiani et al.), titled "Opioid overdose monitoring," and published December 12, 2019.

1651. U.S. Patent Application Publication No. 2019/0386908A1 (Lamego et al.), titled "Physiological test credit method," and published December 19, 2019.

1652. U.S. Patent No. 10,512,436B2 (Muhsin et al.), titled "System for displaying medical monitoring data," and issued December 24, 2019.

1653. U.S. Patent Application Publication No. 2019/0388039A1 (Al-Ali), titled "Bidirectional physiological information display," and published December 26, 2019.

1654.   U.S. Patent Application Publication No. 2020/0000338A1 (Lamego et al.), titled "Cloud-based physiological monitoring system," and published January 2, 2020.

1655.   U.S. Patent Application Publication No. 2020/0000415A1 (Barker et al.), titled "Modular multi-parameter patient monitoring device," and published January 2, 2020.

1656.   U.S. Patent No. 10,524,671B2 (Lamego), titled "Electronic device that computes health data," and issued January 7, 2020.

1657.   U.S. Patent No. 10,524,706B2 (Telfort et al.), titled "Pulse oximetry system with electrical decoupling circuitry," and issued January 7, 2020.

1658.   U.S. Patent No. 10,524,738B2 (Olsen), titled "Noninvasive sensor system with visual infographic display," and issued January 7, 2020.

1659.   U.S. Patent No. 10,531,811B2 (Al-Ali et al.), titled "Depth of consciousness monitor including oximeter," and issued January 14, 2020.

1660.   U.S. Patent No. 10,531,819B2 (Diab et al.), titled "Hypersaturation index," and issued January 14, 2020.

1661.   U.S. Patent No. 10,531,835B2 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and issued January 14, 2020.

1662.   U.S. Patent No. 10,532,174B2 (Al-Ali), titled "Assistive capnography device," and issued January 14, 2020.

1663.   U.S. Patent Application Publication No. 2020/0015716A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published January 16, 2020.

1664.   U.S. Patent Application Publication No. 2020/0021930A1 (Iswanto et al.), titled "Patient monitor alarm speaker analyzer," and published January 16, 2020.

1665.   U.S. Patent No. 10,537,285B2 (Shreim et al.), titled "Nose sensor," and issued January 21, 2020.

1666.   U.S. Patent No. 10,542,903B2 (Al-Ali et al.), titled "Depth of consciousness monitor," and issued January 28, 2020.

1667.   U.S. Patent Application Publication No. 2020/0037453A1 (Triman et al.), titled "Fold flex circuit for lnop," and published January 30, 2020.

1668.   U.S. Patent No. 10,548,561B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued February 4, 2020.

1669.   U.S. Patent Application Publication No. 2020/0037891A1 (Kiani et al.), titled "Optical-based physiological monitoring system," and published February 6, 2020.

1670.   U.S. Patent Application Publication No. 2020/0037966A1 (Al-Ali), titled "Monitor configuration system," and published February 6, 2020.

1671.   U.S. Patent No. 10,555,678B2 (Dalvi et al.), titled "Blood pressure monitor with valve-chamber assembly," and issued February 11, 2020.

1672.   U.S. Patent Application Publication No. 2020/0046257A1 (Eckerbom et al.), titled "Gas sampling line," and published February 13, 2020.

1673.   U.S. Patent Application Publication No. 2020/0054253A1 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and published February 20, 2020.

1674.   U.S. Patent No. 10,568,514B2 (Wojtczuk et al.), titled "Enhanced visible near-infrared photodiode and non-invasive physiological sensor," and issued February 25, 2020.

1675.   U.S. Patent No. 10,568,553B2 (O'Neil et al.), titled "Soft boot pulse oximetry sensor," and issued February 25, 2020.

1676.   U.S. Patent Application Publication No. 2020/0060591A1 (Diab et al.), titled "Hypersaturation index," and published February 27, 2020.

1677.   U.S. Patent Application Publication No. 2020/0060628A1 (Al-Ali et al.), titled "Optical patient monitor," and published February 27, 2020.

1678.   U.S. Patent Application Publication No. 2020/0060629A1 (Muhsin et al.), titled "System for displaying medical monitoring data," and published February 27, 2020.

1679.   U.S. Patent Application Publication No. 2020/0060869A1 (Telfort et al.), titled "Core body temperature measurement," and published February 27, 2020.

1680.   U.S. Patent No. 10,575,779B2 (Poeze et al.), titled "Patient monitor placement indicator," and issued March 3, 2020.

1681.   U.S. Reissued Patent No. RE47,882E (Al-Ali), titled "Adaptive alarm system," and issued March 3, 2020.

1682. U.S. Patent Application Publication No. 2020/0074819A1 (Muhsin et al.), titled "Localized projection of audible noises in medical settings," and published March 5, 2020.

1683. U.S. Patent No. 10,582,886B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued March 10, 2020.

1684. U.S. Patent No. 10,588,518B2 (Kiani), titled "Congenital heart disease monitor," and issued March 17, 2020.

1685. U.S. Patent No. 10,588,553B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued March 17, 2020.

1686. U.S. Patent No. 10,588,554B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued March 17, 2020.

1687. U.S. Patent No. 10,588,556B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued March 17, 2020.

1688. U.S. Patent No. 10,595,747B2 (Al-Ali et al.), titled "Respiration processor," and issued March 24, 2020.

1689. U.S. Patent No. 10,608,817B2 (Haider et al.), titled "Secure and zero knowledge data sharing for cloud applications," and issued March 31, 2020.

1690. U.S. Design Patent No. D880,477S (Forrest et al.), titled "Connector," and issued April 7, 2020.

1691. U.S. Patent No. 10,610,138B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 7, 2020.

1692. U.S. Patent Application Publication No. 2020/0111552A1 (Ahmed), titled "Patient database analytics," and published April 9, 2020.

1693. U.S. Patent No. 10,617,302B2 (Al-Ali et al.), titled "Wearable pulse oximeter and respiration monitor," and issued April 14, 2020.

1694. U.S. Patent No. 10,617,335B2 (Al-Ali et al.), titled "Regional oximetry sensor," and issued April 14, 2020.

1695.   U.S. Patent No. 10,617,338B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 14, 2020.

1696.   U.S. Patent Application Publication No. 2020/0113435A1 (Muhsin), titled "Medical systems and methods," and published April 16, 2020.

1697.   U.S. Patent Application Publication No. 2020/0113488A1 (Al-Ali et al.), titled "Patient monitoring device with improved user interface," and published April 16, 2020.

1698.   U.S. Patent Application Publication No. 2020/0113496A1 (Scruggs et al.), titled "Patient connector assembly with vertical detents," and published April 16, 2020.

1699.   U.S. Patent Application Publication No. 2020/0113497A1 (Triman et al.), titled "Low noise oximetry cable," and published April 16, 2020.

1700.   U.S. Patent Application Publication No. 2020/0113520A1 (Abdul-Hafiz et al.), titled "Stretch band with indicators or limiters," and published April 16, 2020.

1701.   U.S. Patent No. 10,624,563B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 21, 2020.

1702.   U.S. Patent No. 10,624,564B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 21, 2020.

1703.   U.S. Patent No. 10,631,765B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 28, 2020.

1704.   U.S. Patent No. 10,637,181B2 (Al-Ali et al.), titled "Water resistant connector for noninvasive patient monitor," and issued April 28, 2020.

1705.   U.S. Patent No. 10,638,961B2 (Al-Ali), titled "Physiological measurement devices, systems, and methods," and issued May 5, 2020.

1706.   U.S. Patent Application Publication No. 2020/0138288A1 (Al-Ali et al.), titled "System for transmission of sensor data using dual communication protocol," and published May 7, 2020.

1707.   U.S. Patent Application Publication No. 2020/0138368A1 (Kiani et al.), titled "System to manage patient hydration," and published May 7, 2020.

1708.   U.S. Patent No. 10,646,146B2 (Al-Ali), titled "Physiological monitoring devices, systems, and methods," and issued May 12, 2020.

1709.   U.S. Patent Application Publication No. 2020/0163597A1 (Dalvi et al.), titled "Assembly for medical monitoring device with multiple physiological sensors," and published May 28, 2020.

1710.   U.S. Patent No. 10,667,764B2 (Ahmed et al.), titled "Mobile patient alarm display," and issued June 2, 2020.

1711.   U.S. Design Patent No. D887,548S (Abdul-Hafiz et al.), titled "Flow alarm device housing," and issued June 16, 2020.

1712.   U.S. Design Patent No. D887,549S (Abdul-Hafiz et al.), titled "Cap for a flow alarm device," and issued June 16, 2020.

1713.   U.S. Patent No. 10,687,743B1 (Al-Ali), titled "Physiological measurement devices, systems, and methods," and issued June 23, 2020.

1714.   U.S. Patent No. 10,687,744B1 (Al-Ali), titled "Physiological measurement devices, systems, and methods," and issued June 23, 2020.

1715.   U.S. Patent No. 10,687,745B1 (Al-Ali), titled "Physiological monitoring devices, systems, and methods," and issued June 23, 2020.

1716.   U.S. Patent Application Publication No. 2020/0196877A1 (Vo et al.), titled "Noninvasive physiological sensor," and published June 25, 2020.

1717.   U.S. Patent Application Publication No. 2020/0196882A1 (Kiani et al.), titled "Noise shielding for a noninvasive device," and published June 25, 2020.

1718.   U.S. Patent No. 10,702,194B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued July 7, 2020.

1719.   U.S. Patent No. 10,702,195B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued July 7, 2020.

1720.   U.S. Patent No. 10,709,366B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued July 14, 2020.

1721.   U.S. Patent Application Publication No. 2020/0221980A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published July 16, 2020.

1722.  U.S. Design Patent No. D890,708S (Forrest et al.), titled "Connector," and issued July 21, 2020.

1723.  U.S. Patent No. 10,721,785B2 (Al-Ali), titled "Patient-worn wireless physiological sensor with pairing functionality," and issued July 21, 2020.

1724.  U.S. Patent No. 10,722,159B2 (Al-Ali), titled "Physiological monitoring devices, systems, and methods," and issued July 28, 2020.

1725.  U.S. Patent No. 10,736,518B2 (Al-Ali et al.), titled "Systems and methods to monitor repositioning of a patient," and issued August 11, 2020.

1726.  U.S. Patent Application Publication No. 2020/0253474A1 (Muhsin et al.), titled "Modular wireless physiological parameter system," and published August 13, 2020.

1727.  U.S. Patent Application Publication No. 2020/0253544A1 (Belur Nagaraj et al.), titled "Combining multiple QEEG features to estimate drug-independent sedation level using machine learning," and published August 13, 2020.

1728.  U.S. Patent No. 10,750,984B2 (Pauley et al.), titled "Methods and devices for detecting intensity of light with translucent detector," and issued August 25, 2020.

1729.  U.S. Patent Application Publication No. 2020/0275841A1 (Telfort et al.), titled "Non-contact core body temperature measurement systems and methods," and published September 3, 2020.

1730.  U.S. Patent No. 10,779,098B2 (Iswanto et al.), titled "Patient monitor alarm speaker analyzer," and issued September 15, 2020.

1731.  U.S. Patent Application Publication No. 2020/0288983A1 (Telfort), titled "Respiratory core body temperature measurement systems and methods," and published September 17, 2020.

## B.   Foreign Patent Publications

1.   Canadian Patent No. CA2264029 (Negin), titled "Apparatus for the iris acquiring images," and published March 5, 1998.

2.   Chinese Patent No. CN101484065 (Hayes-Gill et al.), titled "Photoplethysmography," and published November 9, 2011.

3.   Chinese Patent No. CN101564290 (Qingming et al.), titled "Optical multi-parameter physiology monitoring instrument," and published May 25, 2011.

4.  Chinese Patent No. CN103906468 (Leon et al.), titled "Wearable pulse oximetry device," and published July 2, 2014.

5.  Chinese Patent No. CN1270793, titled "Wound-less continuous blood pressure measuring method and device," and published October 25, 2000.

6.  European Patent Application No. EP0102816 (New et al.), titled "Pulse oximeter," and published March 14, 1984.

7.  European Patent Application No. EP0419223 (James B. C/O Board of Regents of the Callis, et al.), titled "Characterizing biological matter in a dynamic condition using near infrared spectroscopy," and published March 27, 1991.

8.  European Patent Application No. EP0630208 (Myllymaki), titled "Wrist-held monitoring device for physical condition," and published December 28, 1994.

9.  European Patent Application No. EP0665727 (Richardson et al.), titled "Method and apparatus for reducing ambient noise effects in electronic monitoring instruments," and published January 29, 1997.

10. European Patent Application No. EP0760223 (Kastle), titled "Apparatus for monitoring, in particular pulse oximeter," and published March 5, 1997.

11. European Patent Application No. EP0770349 (Akasaka et al.), titled "Apparatus for monitoring patients," and published May 2, 1997.

12. European Patent Application No. EP0781527 (Weckstrom et al.), titled "Pulsoximeter sensor," and published July 2, 1997.

13. European Patent Application No. EP0880936 (Akai), titled "Monitoring physical condition of a patient by telemetry," and published December 2, 1998.

14. European Patent Application No. EP0922432 (Amano et al.), titled "Pulse wave detector, pulsation detector and pressure detector," and published June 16, 1999.

15. European Patent Application No. EP0985373 (Cvetkovic), titled "Device for monitoring and evaluation of human body functions such as heart rate, blood pressure etc," and published March 15, 2000.

16. European Patent Application No. EP1124609 (Miesel), titled "Multiple lens oxygen sensor for medical electrical lead," and published August 2, 2006.

17.     European Patent Application No. EP1518494 (Cho et al.), titled "Optical measurement apparatus and blood sugar level measuring apparatus using the same," and published March 30, 2005.

18.     European Patent Application No. EP1526805 (Choon M. Healthstats International Pte Ltd. et al.), titled "Method and device for monitoring blood pressure," and published May 4, 2005.

19.     European Patent Application No. EP1860989 (Diab et al.), titled "Physiological parameter confidence measure," and published November 21, 2018.

20.     European Patent Application No. EP1875213 (Colvin et al.), titled "Optical-based sensing devices," and published January 9, 2008.

21.     European Patent Application No. EP1880666 (Klopfenstein et al.), titled "Method and wrist worn device for pulse rate detection," and published January 23, 2008.

22.     European Patent Application No. EP2165196 (Lee et al.), titled "Diagnosis device using image sensor and method of manufacturing the same," and published March 24, 2010.

23.     European Patent Application No. EP2277440 (Onoe et al.), titled "Self-luminous sensor device, and published January 26, 2011.

24.     UK Patent Application No. GB2243691 (Payne et al.), titled "Physiological monitor," and published November 6, 1991.

25.     Japanese Patent No. JP2001066990 (Kaneda et al.), titled "Protective filter and protection method of ic tag," and published March 16, 2001.

26.     Japanese Patent No. JP2001087250 (Benni), titled "Near infrared radiation spectrophotometric inspection device," and published April 3, 2001.

27.     Japanese Patent No. JP2002-500908, titled "Tissue modulation apparatus and method," and published January 15, 2002.

28.     Japanese Patent No. JP2003024276 (Takahashi), titled "Endoscope," and published January 28, 2003.

29.     Japanese Patent No. JP2003265444 (Hayashi), titled "Organism measuring device," and published September 24, 2003.

30.     Japanese Patent No. JP2003508104, titled "Small device for measuring tissue components," and published March 4, 2003.

31.    Japanese Patent No. JP2004329406 (Cameron et al.), titled "Medical sensor, pulse type oxygen concentration sensor, and kit for attaching these sensors to body of patient," and published November 25, 2004.

32.    Japanese Patent No. JP2004344668 (Gueissaz), titled "Portable measuring instrument measuring physiological numerical value and including device irradiating surface of organic tissue," and published December 9, 2004.

33.    Japanese Patent No. JP2005160641 (Nishii), titled "Pulse wave detector," and published June 23, 2005.

34.    Japanese Patent No. JP2005270543 (Maekawa et al.), titled "Biological information measuring device," and published October 6, 2005.

35.    Japanese Patent No. JP2006102164 (Aihara et al.), titled "Biological information detector," and published April 20, 2006.

36.    Japanese Patent No. JP2006177837 (Harada et al.), titled "Luminescence detection apparatus," and published July 6, 2006.

37.    Japanese Patent No. JP2006198321 (Cho et al.), titled "Blood sugar level measuring apparatus," and published August 3, 2006.

38.    Japanese Patent No. JP2006296564 (Inokawa et al.), titled "Optical biological sensor, base device, biological information collecting system, and sensor communication method," and published November 2, 2006.

39.    Japanese Patent No. JP2007289463 (Ishibashi), titled "Biological information measuring apparatus," and published November 8, 2007.

40.    Japanese Patent No. JP2007319232 (Kameyama et al.), titled "Biological information measurement apparatus," and published December 13, 2007.

41.    Japanese Patent No. JP2008099222 (Shimizu et al.), titled "Head-mounted display," and published April 24, 2008

42.    Japanese Patent Application No. JP2009106373 (Maruo et al.), titled "Sensing apparatus for biological surface tissue," and published May 21, 2009.

43.    Japanese Patent Application No. JP2011-147746 (Iwamiya et al.), titled "Apparatus and method for detecting biological information," and published August 4, 2011.

44.    Japanese Patent No. JP2013515528, titled "Monitoring device," and published May 9, 2013.

45. Japanese Patent No. JP2919326, titled "Helper system," and published July 12, 1999.

46. Japanese Patent No. JP3741147, titled "Pulse wave sensor," and published February 1, 2006.

47. Japanese Patent No. JP3803351, titled "Pulse wave information measuring device," and published August 2, 2006.

48. Japanese Patent No. JPH05325705 (Sasaki), titled "Illumination type contact sheet," and published December 10, 1993.

49. Japanese Patent No. JPH08185864 (Kaiya et al.), titled "Electrode plate for alkaline storage battery and its manufacture," and published July 16, 1996.

50. Japanese Patent No. JPH09-173322 (Ristolainen et al.), titled "Pulse oximeter sensor," and published July 8, 1997.

51. Japanese Patent No. JPH09257508 (Fujisaki et al.), titled "Radio guide system," and published October 3, 1997.

52. Japanese Patent No. JPH10314133 (Ido), titled "Biological signal radio equipment of arm mounting type," and published December 2, 1998.

53. Japanese Patent No. JPH11197127 (Maeda), titled "Biological signal detection sensor," and published July 27, 1999.

54. Japanese Patent No. JPH11235320 (Kondo), titled "Biological information measuring device," and published August 31, 1999.

55. Japanese Patent No. JPH1170086 (Nakai), titled "Emergency informing system," and published March 16, 1999.

56. Japanese Patent No. JPS5756752 (Fujii), titled "Measuring method for bod of compost," and published April 5, 1982.

57. South Korea Patent No. KR100755079, titled "Biosignal-measuring instrument," and published September 6, 2007.

58. South Korea Patent No. KR20070061122, titled "Method and system for providing health management service," and published June 13, 2007.

59. South Korea Patent No. KR20100091592, titled "Pulse wave measuring apparatus capable of wearing on a wrist," and published August 19, 2010.

60.    PCT Publication No. WO 00/18290 (Bernstein et al.), titled "Oximeter sensor with encoded temperature characteristic," and published April 6, 2000.

61.    PCT Publication No. WO 00/25112 (Rolfe), titled "Optical monitoring," and published May 4, 2000.

62.    PCT Publication No. WO 01/09589 (Khalil et al.), titled "Optical sensor having a selectable sampling distance for determining of analytes," and published February 8, 2001.

63.    PCT Publication No. WO 01/50433 (Halleck et al.), titled "Apparatus and method for reducing power consumption in physiological condition monitors," and published July 12, 2001.

64.    PCT Publication No. WO 1995/000070, titled "A device for measuring quantities related to blood circulation," and published January 5, 1995.

65.    PCT Publication No. WO 1996/27325 (Huch et al.), titled "Device for measuring oxygen saturation in the blood present in the body," and published September 12, 1996.

66.    PCT Publication No. WO 1996/41566 (Fine et al.), titled "Sensor, method and device for optical blood oximetry," and published December 27, 1996.

67.    PCT Publication No. WO 1997/009923 (Kang et al.), titled "Real-time biological signal monitoring system using radio communication network," and published March 20, 1997.

68.    PCT Publication No. WO 1999/063883 (Sarussi), titled "Physiological stress detector device and method," and published December 16, 1999.

69.    PCT Publication No. WO 2000/028892 (Satchwell et al.), titled "Wrist mountable monitor," and published May 25, 2000.

70.    PCT Publication No. WO 2002/062213 (Taylor), titled "Oximeter sensor with temperature-sensitive film," and published August 15, 2002.

71.    PCT Publication No. WO 2005/094667 (Torch), titled "Biosensors, communicators, and controllers monitoring eye movement and methods for using them," and published October 13, 2005.

72.    PCT Publication No. WO 2006/016366 (Allon et al.), titled "Integrated retinal imager and method," and published February 16, 2006.

73.    PCT Publication No. WO 2006/017117 (Al-Ali), titled "Cyanotic infant sensor," and published February 16, 2008.

74.     PCT Publication No. WO 2006/060949 (Jang), titled "Finger temperature indicating ring," and published June 15, 2006.

75.     PCT Publication No. WO 2006/079862 (Santha et al.), titled "Pulse oximeter and casing for anchoring a sensor," and published August 3, 2006.

76.     PCT Publication No. WO 2006/090371 (Orbach), titled "Methods and systems for physiological and psycho-physiological monitoring and uses thereof," and published August 31, 2006.

77.     PCT Publication No. WO 2006113070 (Colvin et al.), titled "Optical-based sensing devices," and published October 26, 2006.

78.     PCT Publication No. WO 2007/004083 (Nielsen et al.), titled "Sizing and positioning technology for an in-the-ear multi-measurement sensor to enable nibp calculation," and published January 11, 2007.

79.     PCT Publication No. WO 2007/017266 (Cho et al.), titled "Medical measuring device," and published February 15, 2007.

80.     PCT Publication No. WO 2007/048039 (Benni), titled "Method and apparatus for spectrophotometric based oximetry," and published April 26, 2007.

81.     PCT Publication No. WO 2007/144817 (Van Pieterson et al.), titled "Skin monitoring device, method of monitoring the skin, monitoring device, method of irradiating the skin, and use of an oled," and published December 21, 2007.

82.     PCT Publication No. WO 2008/002405 (Dietiker), titled "System and method for a non-invasive medical sensor," and published January 3, 2008.

83.     PCT Publication No. WO 2008/107238 (Goujon et al.), titled "Device for measuring at least one physiological parameter," and published September 12, 2008.

84.     PCT Publication No. WO 2008/149081 (Mathews et al.), titled "Pulse oximetry system," and published December 1, 2008.

85.     PCT Publication No. WO 2009/001988 (Lee et al.), titled "Diagnosis device using image sensor and method of manufacturing the same," and published December 31, 2008.

86.     PCT Publication No. WO 2009/137524 (Telfort et al.), titled "Pulse oximetry system with electrical decoupling circuitry," and published November 12, 2009.

87.     PCT Publication No. WO 2010/003134 (Kiani et al.), titled "Protrusion, heat sink, and shielding for improving spectroscopic measurement of blood constituents," and published January 7, 2010.

88.     PCT Publication No. WO 2011/051888 (Ackermans et al.), titled "Medical optical sensor," and published May 5, 2011.

89.     PCT Publication No. WO 2011/069122 (Al-Ali et al.), titled "Calibration for multi-stage physiological monitors," and published June 9, 2011.

90.     PCT Publication No. WO 2013/030744 (Eisen et al.), titled "Wearable pulse oximetry device," and published March 7, 2013.

91.     PCT Publication No. WO 2013/106607 (Mehta et al.), titled "Heart rate and blood oxygen monitoring system," and published July 18, 2013.

92.     PCT Publication No. WO 2013/181368 (Lisogurski), titled "Optical instrument with ambient light removal," and published December 5, 2013.

93.     PCT Publication No. WO 2014/115075 (Tognetti et al.), titled "Device, system and method for detection and processing of heartbeat signals," and published July 31, 2014.

94.     PCT Publication No. WO 2014/149781 (Larnego et al.), titled "Cloud-based physiological monitoring system," and published September 25, 2014.

95.     PCT Publication No. WO 2014/153200 (Ferber), titled "Systems and methods of multispectral blood measurement," and published September 25, 2014.

96.     PCT Publication No. WO 2014/158820 (Lamego et al.), titled "Patient monitor as a minimally invasive glucometer," and published October 2, 2014.

97.     PCT Publication No. WO 2014/178793 (Meitav), titled "Wristwatch including an integrated pulse oximeter or other modules that sense physiological data," and published November 6, 2014.

98.     PCT Publication No. WO 2014/184447 (Nousiainen et al.), titled "Portable pulse measuring device," and published November 20, 2014.

99.  PCT Publication No. WO 2015/187732 (Aki et al.), titled "Optical sensor for health monitoring," and published December 10, 2015.

100.  PCT Publication No. WO 2016/066312 (Trattler), titled "Optical sensor arrangement for an optical measurement of biological parameters and watch comprising the optical sensor arrangement," and published May 6, 2016.

101.  PCT Publication No. WO 93/012712 (Mendelson), titled "Blood constituent determination based on differential spectral analysis," and published July 8, 1993.

102.  PCT Publication No. WO1994/023643 (Steuer et al.), titled "System and method for noninvasive hematocrit monitoring," and published October 27, 1994.

103.  PCT Publication No. WO 99/000053 (Kimura et al.), titled "Living body inspecting apparatus and noninvasive blood analyzer using the same," and published January 7, 1999.

104.  PCT Publication No. WO 99/001704 (Baker et al.), titled "Modular refreshment center for refrigerator fresh food compartment," and published July 3, 1997.

## C.  Non-Patent Publications

1.  "Acrylic: Strong, stiff, clear plastic available in variety of brilliant colors," Copyright 2020. available at http://www.curbellplastics.com/Research-Solutions/Materials/Acrylic, 5 pages.

2.  "Universal asynchronous receiver-transmitter," Wikipedia, available at https://en.wikipedia.org/wiki/Universal_asynchronous_receiver-transmitter, accessed Aug. 27, 2020, 10 pages.

3.  2 pages of images, identified by bates Nos. "APL-MAS_00057598" and "APL-MAS_00057599." Undated.

4.  3 pages of images, identified by bates Nos. "APL-MAS_00057600," "APL-MAS_00057601," and "APL-MAS_00057602." Undated.

5.  A Wireless Wearable Reflectance Pulse Oximeter Printout, The Bioengineering Institute, Worcester Polytechnic Institute, 1 page. Undated.

6.  A. C. M. Dassel et al., "Effect of location of the sensor on reflectance pulse oximetry," British Journal of Obstetrics and Gynaecology, vol. 104, Aug. 1997, pp. 910-916.

7.      A. C. M. Dassel et al., "Reflectance Pulse Oximetry at the Forehead Improves by Pressure on the Probe," Journal of Clinical Monitoring, vol. 11, No. 4, Jul. 1995, pp. 237-244.

8.      A. Gendler et al., "A PAB-Based Multi-Prefetcher Mechanism," International Journal of Parallel Programming, vol. 34, No. 2, Apr. 2006, pp. 171-188.

9.      A. Lader et al., "An Investigative Study of Membrane-Based Biosensors," Proceedings of the IEEE 17th Annual Northeast Bioengineering Conference, 1991, pp. 253-254.

10.     A. Nagre et al., "Effects of Motion Artifacts on Pulse Oximeter Readings from Different Facial Regions," Proceedings of the IEEE 31st Annual Northeast Bioengineering Conference, 2005, pp. 1-3.

11.     A. Tura et al., "A Wearable Device with Wireless Bluetooth-based Data Transmission," Measurement Science Review, vol. 3, Sec. 2, 2003, pp. 1-4.

12.     Akira Sakane et al., "Estimating Arterial Wall Impedance using a Plethysmogram," IEEE 2003, pp. 580-585.

13.     B. F. Koegh et al., "Recent findings in the use of reflectance oximetry: a critical review," Current Opinion in Anaesthesiology, vol. 18, 2005, pp. 649-654.

14.     B. Landon et al., "Master Visually Windows Mobile 2003," Wiley Publishing, Inc., 2004, 335 pages (uploaded in two parts).

15.     B. McGarry et al., "Reflections on a candidate design of the user-interface for a wireless vital-signs monitor," Proceedings of DARE 2000 on Designing Augmented Reality Environments, Jan. 2000, pp. 33-40.

16.     B. Odegard et al., "An Analysis of Racewalking Styles Using a 2-Dimensional Mathematical Knee Model," Proceedings of the IEEE 23rd Northeast Bioengineering Conference, 1997, pp. 73-74.

17.     B. Yocum et al., "Design of a Reflectance Pulse Oximeter Sensor and its Evaluation in Swine," Proceedings of the 15th Annual Northeast Bioengineering Conference, IEEE, 1989, pp. 239-240.

18.     B.-H. Yang et al., "Development of the ring sensor for healthcare automation," Robotics and Autonomous Systems, 2000, pp. 273-281.

19.   B-H. Yang et al., "A Twenty-Four Hour Tele-Nursing System Using a Ringer Sensor," Proceedings of 1998 IEEE International Conference on Robotics and Automation, May 16-20, 1998, 6 pages.

20.   B-S. Lin et al., "RTWPMS: A Real-Time Wireless Physiological Monitoring System," IEEE Transactions on Information Technology in Biomedicine, vol. 10, No. 4, Oct. 2006, pp. 647-656.

21.   Burritt, Mary F.; Current Analytical Approaches to Measuring Blood Analytes; vol. 36; No. 8(B); 1990.

22.   C. D. Conway et al., "Wearable computer as a multi-parametric monitor for physiological signals," Proceedings IEEE International Symposium on Bio-Informatics and Biomedical Engineering, Arlington, VA, USA, 2000, pp. 236-242.

23.   C. E. Darling et al., "Detecting Blood Loss With a Wearable Photoplethysmography Device," Annals of Emergency Medicine, vol. 68, No. 45, Oct. 2016, p. S116.

24.   C. G. Scully et al., "Physiological Parameter Monitoring from Optical Recordings With a Mobile Phone," IEEE Transactions on Biomedical Engineering, vol. 59, No. 2, Feb. 2012, pp. 303-306.

25.   C. Gutierrez et al, "Non-Invasive Functional Mapping of the Brain Using Cerebral Oximeter," Proceedings of the Second Joint EMBS/BMES Conference, Oct. 2002, pp. 947-948.

26.   C. J. Pujary, "Investigation of Photodetector Optimization in Reducing Power Consumption by a Noninvasive Pulse Oximeter Sensor," Worcester Polytechnic Institute, Jan. 16, 2004, 133 pages.

27.   C. Pujary et al.,"Photodetector Size Considerations in the Design of a Noninvasive Reflectance Pulse Oximeter for Telemedicine Applications," Proceedings of IEEE Annual Northeast Bioengineering Conference, 2003, pp. 148-149.

28.   C. Tamanaha et al., "An Inorganic Membrane Filter to Support Biomembrane-Mimetic Structures," Proceedings of 17th International Conference of the Engineering in Medicine and Biology Society, Sep. 1995, pp. 1559-1560.

29.   C. Tamanaha et al., "Feasibility Study of an Inorganic Membrane Filter as a Support for Biomembrane-Mimetic Structures," Proceedings of the IEEE 21st Annual Northeast Bioengineering Conference, 1995, pp. 99-101.

30.   C. Tamanaha et al., "Humidity and Cation Dependency of Purple Membrane Based Biosensors," Proceedings of the 18th IEEE Annual Northeast Bioengineering Conference, Mar. 1992, pp. 107-108.

31.   C. Tamanaha et al., "Surface Modification of y-Al2O3 Filters by Chemisorption of Alkyltrichlorosilane Molecules," 18th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, 1996, pp. 2069-2070.

32.   C. W. Mundt et al., "A Multiparameter Wearable Physiologic Monitoring System for Space and Terrestrial Applications," IEEE Transactions on Information Technology in Biomedicine, vol. 9, No. 3, Sep. 2005, pp. 382-391.

33.   D. C. Zheng and Y. T. Zhang, "A ring-type device for the noninvasive measurement of arterial blood pressure," Proceedings of the 25th Annual International Conference of the IEEE Engineering in Medicine and Biology Society (IEEE Cat. No. 03CH37439), Sep. 17-21, 2003, Cancun, pp. 3184-3187 vol. 4.

34.   D. Dao et al., "A Robust Motion Artifact Detection Algorithm for Accurate Detection of Heart Rates From Photoplethysmographic Signals Using Time-Frequency Spectral Features," IEEE Journal of Biomedical and Health Informatics, vol. 21, No. 5, Sep. 2017, pp. 1242-1253.

35.   D. Konstantas et al., "Mobile Patient Monitoring: The MobiHealth System," In Proceedings of International Conference on Medical and Care Compunetics, NCC'04, Feb. 2004, 8 pages.

36.   D. Marculescu et al., "Ready to Ware," IEEE Spectrum, vol. 40, Issue 10, Oct. 2003, pp. 28-32.

37.   D. Sen et al., "Pressure Ulcer Prevention System: Validation in a Clinical Setting," IEEE Life Sciences Conference (LSC), 2018, pp. 105-108.

38.   D. Sen et al., "Time-Domain-Based Measurement Technique for Pressure Measurement in a Wearable Wireless Sensor Patch," IEEE International Symposium on Circuits and Systems (ISCAS), 2018, pp. 1-5.

39.   D. Sen et al., "Wireless Sensor Patch Suitable for Continuous Monitoring of Contact Pressure in a Clinical Setting," 16th IEEE International New Circuits and Systems Conference (NEWCAS), 2018, pp. 91-95.

40.   D. Thompson et al., "A Small, High-Fidelity Reflectance Pulse Oximeter," American Society for Engineering Education, 2007, 14 pages.

41.   D. Thompson et al., "Pulse Oximeter Improvement with an ADC-DAC Feedback Loop and a Radical Reflectance Sensor," Proceedings of the 28th IEEE EMBS Annual International Conference, 2006, pp. 815-818.

42.   D. Traviglia et al., "A Portable Setup for Comparing Transmittance and Reflectance Pulse Oximeters for Field Testing Applications," Proceedings of the IEEE 30th Annual Northeast Bioengineering Conference, 2004, pp. 212-213.

43.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,258,265, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01520, dated Aug. 31, 2020, in 138 pages.

44.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,258,266, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00208, dated Nov. 20, 2020, in 96 pages.

45.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,292,628, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01521, dated Sep. 2, 2020, in 133 pages.

46.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,299,708, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00193, dated Nov. 20, 2020, in 136 pages.

47.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,376,190, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00195, dated Nov. 20, 2020, in 139 pages.

48.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,376,191, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00209, dated Nov. 20, 2020, in 96 pages.

49.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,588,553, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01536, dated Aug. 31, 2020, in 173 pages.

50.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,588,553, Ex. 1003, Apple Inc. v.

Masimo Corporation, Inter Partes Review No. IPR2020-01537, dated Aug. 31, 2020, in 181 pages.

51.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,588,554, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01538, dated Sep. 2, 2020, in 151 pages.

52.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,588,554, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01539, dated Sep. 2, 2020, in 170 pages.

53.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,624,564, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01713, dated Sep. 30, 2020, in 159 pages.

54.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,631,765, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01714, dated Sep. 30, 2020, in 122 pages.

55.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,631,765, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01715, dated Sep. 30, 2020, in 117 pages.

56.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,702,194, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01716, dated Sep. 30, 2020, in 109 pages.

57.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,702,195, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01733, dated Sep. 30, 2020, in 108 pages.

58.   Declaration of Thomas W. Kenny, Ph.D., in support of Petition for Inter Partes Review of U.S. Pat. No. 10,709,366, Ex. 1003, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01737, dated Sep. 30, 2020, in 110 pages.

59.   Definition of "gap," excerpt from Merriam-Webster's Collegiate Dictionary (11th ed.), 2005, 3 pages.

60.     Definition of "processor," excerpt from Merriam-Webster's Collegiate Dictionary (10th ed.), 1999, 6 pages.

61.     Design of Pulse Oximeters, J.G. Webster, Institution of Physics Publishing, IOP Publishing Ltd, 1997, 262 pages (uploaded in three parts).

62.     E. Higurashi et al., "An integrated laser blood flowmeter," Journal of Lightwave Technology, vol. 21, No. 3, pp. 591-595, Mar. 2003.

63.     E. Morillo et al., "Multiwavelength Transmission Spectrophotometry in the Pulsatile Measurement of Hemoglobin Derivatives in Whole Blood," Proceedings of the IEEE 23rd Northeast Bioengineering Conference, 1997, pp. 5-6.

64.     E. Stohr et al., "Quantitative FT-IR Spectrometry of Blood Constituents," 14th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, 1992, pp. 173-174.

65.     E. Stohr et al., "Quantitative FTIR Spectrophotometry of Cholesterol and Other Blood Constituents and their Interference with the In-Vitro Measurement of Blood Glucose," Proceedings of the 18th IEEE Annual Northeast Bioengineering Conference, 1992, pp. 105-106.

66.     E. Tuite et al., "Design of Individual Balance Control Device Utilized during the Sit-to-Stand Task," ISB 2011 Brussels, 2011, pp. 1-2.

67.     Eiji Higurashi et al., "Hybrid integration technologies for optical micro-systems," Proc. SPIE 5604, Optomechatronic Micro/Nano Components, Devices, and Systems, Oct. 25, 2004, pp. 67-73.

68.     European Office Action issued in Application No. 09791157.2, dated Jun. 20, 2016.

69.     European Office Action issued in application No. 10763901.5 dated Aug. 27, 2014.

70.     European Office Action issued in application No. 10763901.5 dated Aug. 6, 2015.

71.     European Office Action issued in application No. 10763901.5 dated Jan. 11, 2013.

72.     Fabio Buttussi et al., "MOPET: A context-aware and user-adaptive wearable system for fitness training," Artificial Intelligence in Medicine 42, 2008, pp. 153-163.

73.     G. Comtois et al., "A Noise Reference Input to an Adaptive Filter Algorithm for Signal Processing in a Wearable Pulse Oximeter," IEEE, 2007, pp. 106-107.

74.     G. Comtois et al., "A Wearable Wireless Reflectance Pulse Oximeter for Remote Triage Applications," Proceedings of the IEEE 32nd Annual Northeast Bioengineering Conference, 2006, pp. 53-54.

75.     G. Comtois, "A Comparative Evaluation of Adaptive Noise Cancellation Algorithms for Minimizing Motion Artifacts in a Forehead-Mounted Wearable Pulse Oximeter," Proceedings of the 29th Annual international Conference of the IEEE EMBS, Aug. 23-26, 2007, pp. 1528-1531.

76.     G. Tamannagari, "Power Efficient Design of Finder-Ring Sensor for Patient Monitoring," Master of Science in Electrical Engineering, The University of Texas at San Antonio, College of Engineering, Department of Electrical Engineering, Dec. 2008, 74 pages.

77.     H. DiSpirito et al., "A Neural Stimulation System Model to Enhance Neural Integrated Circuit Design," 29th Southern Biomedical Engineering Conference, 2013, pp. 9-10.

78.     H.H. Asada et al., "Mobile Monitoring with Wearable Photoplethysmographic Biosensors," IEEE Engineering in Medicine and Biology Magazine, May/Jun. 2003, pp. 28-40.

79.     Hall, et al., Jeffrey W.; Near-Infrared Spectrophotometry: A New Dimension in Clinical Chemistry; vol. 38; No. 9; 1992.

80.     Home Use Guide: Nellcor Symphony N-3000 Pulse Oximeter, Nellcor Puritan Bennett, Inc., Copyright 1996, 50 pages.

81.     http://amivital.ugr.es/blog/?tag+spo2; Monitorizacion de la hemoglobina . . . y mucho mas, printed on Aug. 20, 2009.

82.     http://blogderoliveira.blogspot.com/2008_02_01_archive.html; Ricardo Oliveira, printed on Aug. 20, 2009.

83.     http://www.masimo.com/generalFloor/system.htm; Masimo Patient SafetyNet System at a Glance, printed on Aug. 20, 2009.

84.     http://www.masimo.com/partners/GRASEBY.htm; Graseby Medical Limited, printed on Aug. 20, 2009.

85.     http://www.masimo.com/PARTNERS/WELCHALLYN.htm; Welch Allyn Expands Patient Monitor Capabilities with Masimo Pulse Oximetry Technology, printed on Aug. 20, 2009.

86.     http://www.masimo.com/pulseOximeter/PPO.htm; Masimo Personal Pulse Oximeter, printed on Aug. 20, 2009.

87.     http://www.masimo.com/pulseOximeter/Rad5.htm; Signal Extraction Pulse Oximeter, printed on Aug. 20, 2009.

88.     http://www.masimo.com/rad-57/; Noninvasive Measurement of Methemoglobin, Carboxyhemoglobin and Oxyhemoglobin in the blood. Printed on Aug. 20, 2009.

89.     http://www.masimo.com/rainbow/pronto.htm Noninvasive & Immediate Hemoglobin Testing, printed on Aug. 20, 2009.

90.     http://www.masimo.com/spco/; Carboxyhemoglobin Noninvasive > Continuous > Immediate, printed on Aug. 20, 2009.

91.     International Preliminary Report on Patentability and Written Opinion for International Application No. PCT/US2016/040190, dated Jan. 2, 2018, in 7 pages.

92.     International Preliminary Report on Patentability and Written Opinion of the International Searching Authority issued in Application No. PCT US2009/049638, dated Jan. 5, 2011 in 9 pages.

93.     International Preliminary Report on Patentability and Written Opinion of the International Searching Authority issued in Application No. PCT/US2009/052756, dated Feb. 8, 2011 in 8 pages.

94.     International Search Report and Written Opinion for PCT/US2009/049638, dated Jan. 7, 2010.

95.     International Search Report issued in Application No. PCT/US2009/052756, dated Feb. 10, 2009 in 14 pages.

96.     International Search Report, App. No. PCT/US2010/047899, Date of Actual Completion of Search: Jan. 26, 2011, 4 pages.

97.     J Kraitl et al., "An optical device to measure blood components by a photoplethysmographic method," Journal of Optics A: Pure and Applied Optics. 7, 2005, pp. S318-S324.

98.     J. A. Pologe, "Pulse Oximetry: Technical Aspects of Machine Design," International Anesthesiology Clinics, vol. 25, No. 3, 1987, pp. 137-153.

99.     J. A. Tamada et al., "Noninvasive Glucose Monitoring: Comprehensive Clinical Results," JAMA, Nov. 17, 1999, vol. 282, No. 19, pp. 1839-1844.

100.    J. Bronzino et al., Medical Devices and Systems, The Biomedical Engineering Handbook, Third Edition, Taylor & Francis Group, LLC, Apr. 2006, 20 pages.

101.    J. Bronzino et al., The Biomedical Engineering Handbook, Second Edition, CRC Press LLC, 2000, 21 pages.

102.    J. Chong et al., "Photoplethysmograph Signal Reconstruction Based on a Novel Hybrid Motion Artifact Detection-Reduction Approach. Part I: Motion and Noise Artifact Detection," Annals of Biomedical Engineering, vol. 42, No. 11, Nov. 2014, pp. 2238-2250.

103.    J. Harvey et al., "A Portable Sensor for Skin Bioimpedance Measurements," International Journal of Sensors and Sensor Networks, vol. 7, No. 1, Aug. 2019, pp. 1-8.

104.    J. Harvey et al., "Correlation of bioimpedance changes after compressive loading of murine tissues in vivo," Physiological Measurement, vol. 40, No. 10, Oct. 2019, pp. 1-13.

105.    J. Harvey et al., "OxiMA: A Frequency-Domain Approach to Address Motion Artifacts in Photoplethysmograms for Improved Estimation of Arterial Oxygen Saturation and Pulse Rate," IEEE Transactions on Biomedical Engineering, vol. 66, No. 2, Feb. 2019, pp. 311-318.

106.    J. Hodby, "A ratio-measuring detection system for use in pulsed spectroscopic measurements," Journal of Physics E: Scientific Instruments, vol. 3, 1970, pp. 229-233.

107.    J. McNeill et al., "Flexible Sensor for Measurement of Skin Pressure and Temperature in a Clinical Setting," 2016 IEEE Sensors, Nov. 2016, pp. 1-3.

108.    J. McNeill et al., "Wearable Wireless Sensor Patch for Continuous Monitoring of Skin Temperature, Pressure, and Relative Humidity," IEEE International Symposium on Circuits and Systems (ISCAS), 2017, pp. 1-4.

109.    J. Schmitt et al., "An Integrated Circuit-Based Optical Sensor for In Vivo Measurement of Blood Oxygenation," IEEE Transactions on Biomedical Engineering, vol. BME-33, No. 2, Feb. 1986, pp. 98-107.

110.    J. Webster et al., Nanoparticles-Radiotherapy Accessories, Encyclopedia of Medical Devices and Instrumentation, Second Edition, vol. 5, Wiley-Interscience, 2006, 42 pages.

111.   J. Yao, et al., "Stimulating Student Learning with a Novel 'In-House' Pulse Oximeter Design," Proceedings of the 2005 American Society for Engineering Education Annual Conference & Exposition, 2005, 14 pages.

112.   Jan. 9, 2020 Complaint for (1) Patent Infringement (2) Trade Secret Misappropriation and (3) Ownership of Patents and Demand for Jury Trial, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, 64 pages.

113.   Japanese Notice of Allowance, re JP Application No. 2011-516895, dated May 12, 2015, no translation.

114.   Japanese Office Action, re JP Application No. 2011-516895, dated Sep. 2, 2014, with translation.

115.   Jul. 24, 2020 Second Amended Complaint for (1) Patent Infringement (2) Trade Secret Misappropriation and (3) Correction of Inventorship and (4) Ownership of Patents and Demand for Jury Trial, and including Exhibit 1, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, 182 pages.

116.   Jul. 27, 2020 Plaintiffs' Infringement Contentions, and including Exhibit 1 and Appendices A-P, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, 305 pages.

117.   K. Chon et al., "Wearable Wireless Sensor for Multi-Scale Physiological Monitoring," Worcester Polytechnic Institute, Oct. 2014, 82 pages.

118.   K. Chon et al., "Wearable Wireless Sensor for Multi-Scale Physiological Monitoring," Worcester Polytechnic Institute, Oct. 2015, 142 pages.

119.   K. Faisst et al., "Reflectance pulse oximetry in neonates," European Journal of Obstetrics & Gynecology and Reproductive Biology, vol. 61, No. 2, Aug. 1995, pp. 117-122.

120.   K. Hickle et al., "Wireless Pressure Ulcer Sensor," Annals of Plastic Surgery, vol. 82, Supplement 3, Apr. 2019, pp. S215-S221.

121.   K. Li et al., "A High-Performance Wireless Reflectance Pulse Oximeter for Photo-Plethysmogram Acquisition and Analysis in the Classroom," American Society for Engineering Education, 2010, 12 pages.

122.   K. Li et al., "A Wireless Reflectance Pulse Oximeter with Digital Baseline Control for Unfiltered Photoplethysmograms," IEEE Transactions on Biomedical Circuits and Systems, Nov. 2011, pp. 1-11.

123.  K. M. Warren et al., "Improving Pulse Rate Measurements during Random Motion Using a Wearable Multichannel Reflectance Photoplethysmograph," Sensors (Basel), vol. 16, No. 3, Mar. 2016, p. 1-18.

124.  K. Nakajima et al., "Monitoring of heart and respiratory rates by photoplethysmography using digital filtering technique," Med. Eng. Phy. vol. 18, No. 5, pp. 365-372, 1996.

125.  K. Ono et al., "Fiber optic reflectance spectrophotometry system for in vivo tissue diagnosis," Applied Optics, vol. 30, No. 1, Jan. 1991, pp. 98-105.

126.  K. Self, Application Note 78-Using Power Management with High-Speed Microcontrollers, Maxim Integrated Products, Inc., Mar. 29, 2001, 25 pages.

127.  Kanukurthy et al., "Data Acquisition Unit for an Implantable Multi-Channel Optical Glucose Sensor," Electro/Information Technology Conference, Chicago, IL, USA, May 17-20, 2007, pp. 1-6.

128.  Konig et al., "Reflectance Pulse Oximetry-Principles and Obstetric Application in the Zurich System," Journal of Clinical Monitoring and Computing, vol. 14, No. 6, Aug. 1998, pp. 403-412.

129.  Kuenstner, et al., J. Todd; Measurement of Hemoglobin in Unlysed Blood by Near-Infrared Spectroscopy; vol. 48; No. 4, 1994.

130.  L. Grajales et al., "Wearable multisensor heart rate monitor," International Workshop on Wearable and Implantable Body Sensor Networks (BSN'06), Cambridge, MA, 2006, pp. 4-157.

131.  L. Xu et al., "An integrated wrist-worn routine monitoring system for the elderly using BSN," 2008 5th International Summer School and Symposium on Medical Devices and Biosensors, Hong Kong, 2008, pp. 45-48.

132.  Laukkanen RM et al., "Heart Rate Monitors: State of the Art," Journal of Sports Science, Jan. 1998, pp. S3-S7.

133.  M. Barr, "Introduction to Pulse Width Modulation (PWM)," Barr Group, Embedded Systems Programming, Sep. 2001, pp. 1-3.

134.  M. Corcoran et al., "A Humidifier for Olfaction Studies During Functional Magnetic Resonance Imaging," Proceedings of the IEEE 31st Annual Northeast Bioengineering Conference, 2005, pp. 1-2.

135.  M. J. Hayes, "Artefact Reduction in Photoplethysmography," Doctoral thesis, Department of Electronic and Electrical Engineering, Loughborough University, Nov. 1998, 195 pages. (uploaded in 2 parts).

136.  M. Last et al., Chapter 14: Early Warning from Car Warranty Data using a Fuzzy Logic Technique, Scalable Fuzzy Algorithms for Data Management and Analysis: Methods and Design, 2009, pp. 347-364.

137.  M. Nogawa et al., "A Novel Hybrid Reflectance Pulse Oximeter Sensor with Improved Linearity and General Applicability to Various Portions of the Body," Proceedings of the 20th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, vol. 20, No. 4, 1998, pp. 1858-1861.

138.  M. Savage et al., "Optimizing Power Consumption in the Design of a Wearable Wireless Telesensor: Comparison of Pulse Oximeter Modes," Proceedings of IEEE 29th Annual Nonheust Bioengineering Conference, 2003, pp. 150-151.

139.  M. Yamashita et al., "Development of a Ring-Type Vital Sign Telemeter," Biotelemetry XIII, Mar. 26-31, 1995, pp. 145-150.

140.  Manzke, et al., B., Multi Wavelength Pulse Oximetry in the Measurement of Hemoglobin Fractions; SPIE, vol. 2676, Apr. 24, 1996.

141.  Mar. 25, 2020 First Amended Complaint for (1) Patent Infringement (2) Trade Secret Misappropriation (3) Correction of Inventorship and (4) Ownership of Patents and Demand for Jury Trial, and including Exhibits 13-24 (Exhibits 1-12 and 25-31 comprise copies of publicly available U.S. patents and U.S. patent application publications, and are not included herein for ease of transmission), Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, pp. 1-94, 983-1043 (total of 156 pages).

142.  McPherson, "How to Do Everything with Windows Mobile," McGraw Hill, 2006, 431 pages (uploaded in three parts).

143.  Mendelson et al., "A Mobile PDA-Based Wireless Pulse Oximeter," Proceedings of the IASTED International Conference Telehealth, Jul. 19-21, 2005, pp. 1-6.

144.  Mendelson et al., "A Wearable Reflectance Pulse Oximeter for Remote Physiological Monitoring," Proceedings of the 28th IEEE EMBS Annual International Conference, Aug. 30-Sep. 3, 2006, pp. 912-915.

145.  Mendelson et al., "Accelerometery-Based Adaptive Noise Cancellation for Remote Physiological Monitoring by a Wearable Pulse Oximeter,"

PUBLIC VERSION

Proceedings of the 3rd IASTED International Conference TELEHEALTH, May 31-Jun. 1, 2007, pp. 28-33.

146. Mendelson et al., "Measurement Site and Photodetector Size Considerations in Optimizing Power Consumption of a Wearable Reflectance Pulse Oximeter," Proceedings of the 25th Annual International Conference of the IEEE EMBS, Sep. 17-21, 2003, pp. 3016-3019.

147. Mendelson et al., "Minimization of LED Power Consumption in the Design of a Wearable Pulse Oximeter,"Proceedings of the IASTED International Conference Biomedical Engineering, Jun. 25-27, 2003, 6 pages.

148. N. Reljin et al., "Automatic Detection of Dehydration using Support Vector Machines," 14th Symposium on Neural Networks and Applications (NEUREL), Nov. 2018, pp. 1-6.

149. N. Reljin et al., "Detection of Blood Loss in Trauma Patients using Time-Frequency Analysis of Photoplethysmographic Signal," IEEE-EMBS International Conference on Biomedical and Health Informatics (BHI), 2016, pp. 118-121.

150. N. Reljin et al., "Using support vector machines on photoplethysmographic signals to discriminate between hypovolemia and euvolemia," PLoS One, vol. 13, No. 3, Mar. 2018, pp. 1-14.

151. N. Selvaraj et al., "A Novel Approach Using Time-Frequency Analysis of Pulse-Oximeter Data to Detect Progressive Hypovolemia in Spontaneously Breathing Healthy Subjects," IEEE Transactions on Biomedical Engineering, vol. 58, No. 8, Aug. 2011, pp. 2272-2279.

152. N. Selvaraj et al., "Statistical Approach for the Detection of Motion/Noise Artifacts in Photoplethysmogram," 33rd Annual International Conference of the IEEE EMBS, Sep. 2011, pp. 4972-4975.

153. N. Townsend, "Pulse Oximetry," Medical Electronics, 2001, pp. 32-42.

154. National Instruments LabVIEW User Manual, National Instruments Corporation, Nov. 2001 Edition, Part No. 320999D-01, 293 pages.

155. Naumenko, E. K.; Choice of Wavelengths for Stable Determination of Concentrations of Hemoglobin Derivatives from Absorption Spectra of Erythrocytes; vol. 63; No. 1; pp. 60-66 Jan.-Feb. 1996; Original article submitted Nov. 3, 1994.

156.    Nonin Medical, Inc., "Operator's Manual-Models 8600F0 and 8600F0M Pulse Oximeters," 2005, 25 pages.

157.    Nov. 12, 2020 Third Amended Complaint for (1) Patent Infringement (2) Trade Secret Misappropriation (3) Correction of Inventorship and (4) Ownership of Patents and Demand for Jury Trial, and including Exhibit 1, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, 196 pages. [uploaded in 2 parts].

158.    Nuria Oliver et al., "HealthGear: A Real-time Wearable System for Monitoring and Analyzing Physiological Signals," Proceedings of the International Workshop on Wearable and Implantable Body Sensor Networks 2006 IEEE, pp. 1-4.

159.    Oct. 20, 2020 Letter from B. K. Andrea to J. Re et al., Re: Masimo Corp, et al. v. Apple, Inc., C.A. 8:20-cv-00048 (C.D. Cal.), 19 pages.

160.    Operator's Manual: Nellcor N-200 Pulse Oximeter, Nellcor Incorporated, Copyright 2003, 96 pages.

161.    Optoelectronics, Data Book 1990, Siemens Components, Inc., 770 pages. (uploaded in 7 parts).

162.    OxiplexTS Near Infrared, Non-Invasive, Tissue Spectrometer Brochure, ISS, Inc., Copyright 2001, 6 pages.

163.    P. Bhandare et al. "Glucose Determination in Simulated Plasma Solutions Using Infrared Spectrophotometry," 14th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, Nov. 1992, pp. 163-164.

164.    P. Bhandare et al., "Glucose determination in simulated blood serum solutions by Fourier transforms infrared spectroscopy: investigation of spectral interferences," Vibrational Spectroscopy, vol. 6, No. 3, Mar. 1994, pp. 363-378.

165.    P. Bhandare et al., "IR Spectrophotometric Measurement of Glucose in Phosphate Buffered Saline Solutions: Effects of Temperature and pH," Proceedings of the 18th IEEE Annual Northeast Bioengineering Conference, 1992, pp. 103-104.

166.    P. Bhandare et al., "Multivariate Determination of Glucose in Whole Blood Using Partial Least-Squares and Artificial Neural Networks Based on Mid-Infrared Spectroscopy," Society for Applied Spectroscopy, vol. 47, No. 8, 1993, pp. 1214-1221.

167.   P. Bhandare et al., "Neural Network Based Spectral Analysis of Multicomponent Mixtures for Glucose Determination," Proceedings of the IEEE, 17th Annual Northeast Bioengineering Conference, 1991, pp. 249-250.

168.   P. Branche et al., "Signal Quality and Power Consumption of a New Prototype Reflectance Pulse Oximeter Sensor," Proceeding of the 31th Annual Northeast Bioengineering Conference, Hoboken, NJ, IEEE, 2005, pp. 1-2.

169.   P. C. Branche et al., "A Wearable Wireless Reflectance Pulse Oximeter with Automatic and Remote On-Demand Activation," Annual Fall Meeting of the BMES, 2004, p. 1.

170.   P. C. Branche et al., "Measurement Reproducibility and Sensor Placement Considerations in Designing a Wearable Pulse Oximeter for Military Applications," IEEE, 2004, pp. 216-217.

171.   P. Celka et al., "Motion Resistant Earphone Located Infrared Based Hearth Rate Measurement Device," In Proceeding of the 2nd International Conference on Biomedical Engineering, Innsbruck, Austria, Feb. 16-18, 2004, pp. 582-585.

172.   P. Lukowicz et al., "AMON: A Wearable Medical Computer for High Risk Patient," Proceedings of the 6th International Symposium on Wearable Computers (ISWC'02), 2002, pp. 1-2.

173.   P. Lukowicz et al., "The WearARM Modular, Low-Power Computing Core," IEEE Micro, May-Jun. 2001, pp. 16-28.

174.   P. Muller et al., "A Preliminary In-Vitro Evaluation and Comparative Study of Various Tissue pH Sensors," Proceedings of the 18th IEEE Annual Northeast Bioengineering Conference, 1992, pp. 158-159.

175.   P. P. Vaidyanathan, "Multirate Digital Filters, Filter Banks, Polyphase Networks, and Applications: A Tutorial," Proceedings of the IEEE, vol. 78, No. 1, Jan. 1990, pp. 56-93.

176.   P. Renevey et al., "Wrist-Located Pulse Detection Using IR Signals, Activity and Nonlinear Artifact Cancellation," Proceedings of the 23rd Annual EMBS International Conference, Oct. 25-28, 2001, pp. 3030-3033.

177.   P. Shaltis et al., "Novel Design for a Wearable, Rapidly Depolyable, Wireless Noninvasive Triage Sensor," Proceedings of the 2005 IEEE, Engineering in Medicine and Biology 27th Annual Conference, Sep. 1-4, 2005, pp. 3567-3570.

178. P. T. Gibbs et al., "Active Motion Artifact Cancellation for Wearable Health Monitoring Sensors Using Collocated MEMS Accelerometers," Proceedings of SPIE Smart Structures and Materials: Sensors and Smart Structures Technologies for Civil, Mechanical, and Aerospace Systems, May 17, 2005, pp. 811-819.

179. P.S. Pandian et al., "Smart Vest: Wearable Multi-Parameter Remote Physiological Monitoring System," Medical Engineering & Physics 30, 2008. pp. 466-477.

180. Petition for Inter Partes Review of U.S. Pat. No. 10,258,265, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01520, dated Aug. 31, 2020, in 114 pages.

181. Petition for Inter Partes Review of U.S. Pat. No. 10,258,266, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00208, dated Nov. 20, 2020, in 80 pages.

182. Petition for Inter Partes Review of U.S. Pat. No. 10,292,628, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01521, dated Sep. 2, 2020, in 107 pages.

183. Petition for Inter Partes Review of U.S. Pat. No. 10,299,708, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00193, dated Nov. 20, 2020, in 107 pages.

184. Petition for Inter Partes Review of U.S. Pat. No. 10,376,190, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00195, dated Nov. 20, 2020, in 109 pages.

185. Petition for Inter Partes Review of U.S. Pat. No. 10,376,191, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2021-00209, dated Nov. 20, 2020, in 79 pages.

186. Petition for Inter Partes Review of U.S. Pat. No. 10,588,553, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01536, dated Aug. 31, 2020, in 114 pages.

187. Petition for Inter Partes Review of U.S. Pat. No. 10,588,554, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01538, dated Sep. 2, 2020, in 108 pages.

188. Petition for Inter Partes Review of U.S. Pat. No. 10,588,554, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01539, dated Sep. 2, 2020, in 111 pages.

189.   Petition for Inter Partes Review of U.S. Pat. No. 10,624,564, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01713, dated Sep. 30, 2020, in 117 pages.

190.   Petition for Inter Partes Review of U.S. Pat. No. 10,631,765, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01714, dated Sep. 30, 2020, in 113 pages.

191.   Petition for Inter Partes Review of U.S. Pat. No. 10,631,765, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01715, dated Sep. 30, 2020, in 114 pages.

192.   Petition for Inter Partes Review of U.S. Pat. No. 10,702,194, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01716, dated Sep. 30, 2020, in 100 pages.

193.   Petition for Inter Partes Review of U.S. Pat. No. 10,702,195, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01733, dated Sep. 30, 2020, in 105 pages.

194.   Petition for Inter Partes Review of U.S. Pat. No. 10,709,366, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01737, dated Sep. 30, 2020, in 104 pages.

195.   Petition for Inter Partes Review of US Patent No. 10,588,553, Apple Inc. v. Masimo Corporation, Inter Partes Review No. IPR2020-01537, dated Aug. 31, 2020, in 114 pages.

196.   QuickSpecs, Version 3, Nov. 20, 2003, HP iPAQ Pocket PC h4150 Series, 8 pages.

197.   R. Fensli et al., "A Wireless ECG System for Continuous Event Recording and Communication to a Clinical Alarm Station," Conf Proc IEEE Eng Med Biol Soc, 2004, pp. 1-4.

198.   R. Gupta et al., "Design and Development of Pulse Oximeter," Proceedings RC IEEE-EMBS & 14th BMESI, 1995, pp. 1.13-1.16.

199.   R. J. Duckworth et al., Field Testing of a Wireless Wearable Reflectance Pulse Oximeter Printout, Department of Electrical and Computer Engineering and Department of Biomedical Engineering, Worcester Polytechnic Institute, 1 page. Undated.

200.   R. Kasbekar et al., "Evaluation of key design parameters for mitigating motion artefact in the mobile reflectance PPG signal to improve estimation of arterial oxygenation," Physiological Measurement, vol. 39, No. 7, Jul. 2018, pp. 1-12.

201.    R. P. Dresher et al., "A New Reflectance Pulse Oximeter Housing to Reduce Contact Pressure Effects," IEEE, 2006, pp. 49-50.

202.    R. P. Dresher et al., "Reflectance Forehead Pulse Oximetry: Effects on Contact Pressure During Walking," Proceedings of the 28th IEEE EMBS Annual International Conference, Aug. 30-Sep. 3, 2006, pp. 3529-3532.

203.    R. Paradiso, "Wearable Health Care System for Vital Signs Monitoring," In Proceedings of IEEE International Conference on Information Technology Applications in Biomedicine, May 2003, pp. 283-286.

204.    R. Peura et al, "Biotechnology for Biomedical Engineers," IEEE Engineering in Medicine and Biology, vol. 14, No. 2, Apr. 1995, pp. 199-200.

205.    RF Cafe, Electronic Warfare and Radar Systems Engineering Handbook, Duty Cycle, available at https://www.rfcafe.com/references/electrical/ew-radar-handbook/duty-cycle.htm, retrieved Jul. 11, 2020, 3 pages.

206.    Russell Dresher, "Wearable Forehead Pulse Oximetry: Minimization of Motion and Pressure Artifacts," May 3, 2006, 93 pages.

207.    S. Djamasbi et al., "Affect Feedback during Crisis and Its Role in Improving IS Utilization," Proceedings of the 7th International Conference on Information Systems for Crisis Response and Management (ISCRAM), 2010, pp. 1-4.

208.    S. Duun et al., "A Novel Ring Shaped Photodiode for Reflectance Pulse Oximetry in Wireless Applications," IEEE Sensors Conference, 2007, pp. 596-599.

209.    S. Kastle et al., "A New Family of Sensors for Pulse Oximetry," Hewlett-Packard Journal, Article 7, Feb. 1997, pp. 1-17.

210.    S. LeGare et al., "A Device to Assess the Severity of Peripheral Edema," IEEE 33rd Annual Northeast Bioengineering Conference, 2007, pp. 257-258.

211.    S. M. A. Salehizadeh et al., "Photoplethysmograph Signal Reconstruction based on a Novel Motion Artifact Detection-Reduction Approach. Part II: Motion and Noise Artifact Removal," Annals of Biomedical Engineering, vol. 42, May 2014, pp. 2251-2263.

212.    S. Oshima et al., "Optical Measurement of Blood Hematocrit on Medical Tubing with Dual Wavelength and Detector Model," 31st Annual International Conference of the IEEE EMBS, Sep. 2009, pp. 5891-5896.

213.   S. Patrick et al., "An Electromyogram Simulator for Myoelectric Prosthesis Testing," Proceedings of the IEEE 36th Annual Northeast Bioengineering Conference (NEBEC), 2010, pp. 1-2.

214.   S. Pentland, "Healthwear: Medical Technology Becomes Wearable," IEEE Computer Society, vol. 37, Issue 5, May 2004, pp. 34-41.

215.   S. Rhee et al., "Artifact-Resistant, Power Efficient Design of Finger-Ring Plethysmographic Sensors, Part I: Design and Analysis," 22nd Annual International Conference IEEE Engineering in Medicine and Biology Society, Jul. 23-28, 2000, pp. 2792-2795.

216.   S. Rhee et al., "Design of a Artifact-Free Wearable Plethysmographic Sensor," 21st Annual International Conferemce IEEE Engineering in Medicine and Biology Society, Oct. 13-16, 1999, p. 786.

217.   S. Rhee et al., "The Ring Sensor: a New Ambulatory Wearable Sensor for Twenty-Four Hour Patient Monitoring," Proceedings of the 20th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, Oct. 29-Nov. 1 1998, 4 pages.

218.   S. Salehizadeh et al., "A Novel Time-Varying Spectral Filtering Algorithm for Reconstruction of Motion Artifact Corrupted Heart Rate Signals During Intense Physical Activities Using a Wearable Photoplethysmogram Sensor," Sensors 2016, vol. 16, No. 1, Dec. 2015, pp. 1-20.

219.   S. Takatani et al., "Experimental and Clinical Evaluation of a Noninvasive Reflectance Pulse Oximeter Sensor," Journal of Clinical Monitoring, vol. 8, No. 4, Oct. 1992, pp. 257-266.

220.   S. Warren et al., "Designing Smart Health Care Technology into the Home of the Future," Workshops on Future Medical Devices: Home Care Technologies for the 21st Century, Apr. 1999, 19 pages.

221.   S. Xie et al., "A Predictive Model for Force-Sensing Resistor Nonlinearity for Pressure Measurement in a Wearable Wireless Sensor Patch," IEEE 61st International Midwest Symposium on Circuits and Systems, 2018, pp. 476-479.

222.   Schmitt, et al., Joseph M.; Measurement of Blood Hematocrit by Dual-Wavelength near-IR Photoplethysmography; vol. 1641; 1992.

223.   Schmitt, Joseph M.; Simple Photon Diffusion Anaylsis of the Effects of Multiple Scattering on Pulse Oximetry; Mar. 14, 1991; revised Aug. 30, 1991.

224.  Schnapp, et al., L.M.; Pulse Oximetry. Uses and Abuses.; Chest 1990; 98; 1244-1250 DOI 10.1378/Chest.98.5.1244.

225.  Sen et al., "A New Vision for Preventing Pressure Ulcers: Wearable Wireless Devices Could Help Solve a Common-and-Serious-Problem," IEEE Pulse, vol. 9, No. 6, Nov. 2018, pp. 28-31.

226.  Sep. 8, 2020 Apple's Preliminary Invalidity Contentions, and including Exhibits A-G, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, 3960 pages. [uploaded in 15 parts].

227.  Service Manual: Nellcor Symphony N-3000 Pulse Oximeter, Nellcor Puritan Bennett, Inc., Copyright 1996, 110 pages.

228.  Service Manual: NPB-40 Handheld Pulse Oximeter, Nellcor Puritan Bennett, Inc., Copyright 2001, 55 pages.

229.  Small et al., "Data Handling Issues for Near-Infrared Glucose Measurements," http://www.ieee.org/organizations/pubs/newsletters/leos/apr98/datahandling.htm, accessed Nov. 27, 2007.

230.  Smith, "The Pursuit of Noninvasive Glucose: 'Hunting the Deceitful Turkey'," 2006.

231.  Sokwoo Rhee et al., "Artifact-Resistant Power-Efficient Design of Finger-Ring Plethysmographic Sensors," IEEE Transactions on Biomedical Engineering, Jul. 2001, pp. 795-805, vol. 48, No. 7.

232.  Sonnia Maria López Silva et al., "Near-infrared transmittance pulse oximetry with laser diodes," Journal of Biomedical Optics vol. 8 No. 3, Jul. 2003, pp. 525-533.

233.  Stephen A. Mascaro et al., "Measurement of Finger Posture and Three-Axis Fingertip Touch Force Using Fingernail Sensors," IEEE International Conference on Robotics and Automation, 2002, pp. 1-11.

234.  Stephen A. Mascaro et al., "Photoplethysmograph Fingernail Sensors for Measuring Finger Forces Without Haptic Obstruction," IEEE Transactions on Robotics and Automation, vol. 17, No. 5, Oct. 2001, pp. 698-708.

235.  T. Kiyokura et al., "Wearable Laser Blood Flowmeter for Ubiquitous Healthcare Service," 2007 IEEE/LEOS International Conference on Optical MEMS and Nanophotonics, Hualien, 2007, pp. 4-5.

236.  T. Martin et al., "Issues in Wearable Computing for Medical Montioring Applications: A Case Study of a Wearable ECG Monitoring Device," In

Proceedings of International Symposium of Wearable Computers (ISWC'00), Feb. 2000, pp. 43-49.

237.  T. Torfs et al., "Body-Heat Powered Autonomous Pulse Oximeter," IEEE Sensors 2006, EXCO, Oct. 22-25, 2006, pp. 427-430.

238.  Takumi Morita et al., "Integrated Blood Flowmeter Using Micromachining Technology," Dec. 2004, pp. 77-80.

239.  U. Anliker et al., "AMON: A Wearable Multiparameter Medical Monitoring and Alert System," IEEE Transactions on Information Technology in Biomedicine, Jan. 2005, pp. 1-11.

240.  V. Floroff, "PDA Interface for the WPI Wireless Physiological Monitor," Directed research, Department of Biomedical Engineering, Worcester Polytechnic Institute, Mar. 2006, 42 pages.

241.  V. Floroff, "Remote Pulse Oximetry: The wireless side of the TATRC project." Thesis, Worcester Polytechnic Institute, Feb. 2005, pp. 1-20.

242.  V. Konig et al., "Reflexions-Pulsoximetrie-Untersuchungen mit eigenem Mess-System," Biomedical Engineering, Biomedizinische Technik, vol. 37. No. s2, 1992, pp. 39-40.

243.  W. Johnston et al., "Effects of Motion Artifacts on Helmet-Mounted Pulse Oximeter Sensors," Proceedings of the IEEE 30th Annual Northeast Bioengineering Conference, 2014, pp. 214-215.

244.  W. Johnston et al., "Extracting Heart Rate Variability from a Wearable Reflectance Pulse Oximeter," IEEE, 2005, pp. 1-2.

245.  W. S. Johnston et al., "Extracting Breathing Rate Information from a Wearable Reflectance Pulse Oximeter Sensor," Proceedings of the 26th Annual International Conference of the IEEE EMBS, Sep. 1-5, 2004, pp. 5388-5391.

246.  W. S. Johnston et al., "Investigation of Signal Processing Algorithms for an Embedded Microcontroller-Based Wearable Pulse Oximeter," Proceedings of the 28th IEEE EMBS Annual International Conference, Aug. 30-Sep. 3, 2006, pp. 5888-5891.

247.  Wireless Wearable Reflectance Pulse Oximeter, PowerPoint, The Bioengineering Institute, Worcester Polytechnic Institute, TATRC, 10 pages. Undated.

248.  Y. Mendelson et al., "A Multiwavelength VIS-NIR Spectrometer for Pulsatile Measurement of Hemoglobin Derivatives in Whole Blood," 18th

Annual International Conference of the IEEE Engineering in Medicine and Biology Society, 1996, pp. 134-135.

249. Y. Mendelson et al., "An In Vitro Tissue Model for Evaluating the Effect of Carboxyhemoglobin Concentration on Pulse Oximetry," IEEE Transactions on Biomedical Engineering, vol. 36, No. 6, Jun. 1989, pp. 625-627.

250. Y. Mendelson et al., "Blood Glucose Measurement by Multiple Attenuated Total Reflection and Infrared Absorption Spectroscopy," IEEE Transactions on Biomedical Engineering, vol. 37, No. 5, May 1990, pp. 458-465.

251. Y. Mendelson et al., "Carbon dioxide laser based multiple ATR technique for measuring glucose in aqueous solutions," Applied Optics, vol. 27, No. 24, Dec. 1988, pp. 5077-5081.

252. Y. Mendelson et al., "Evaluation of the Datascope ACCUSAT Pulse Oximeter in Healthy Adults," Journal of Clinical Monitoring, vol. 4, No. 1, Jan. 1988, pp. 59-63.

253. Y. Mendelson et al., "Multi-channel pulse oximetry for wearable physiological monitoring," IEEE International Conference on Body Sensor Networks, 2013, pp. 1-6.

254. Y. Mendelson et al., "Noninvasive Pulse Oximetry Utilizing Skin Reflectance Photoplethysmography," IEEE Transactions on Biomedical Engineering, vol. 35, No. 10, Oct. 1988, pp. 798-805.

255. Y. Mendelson et al., "Noninvasive Transcutaneous Monitoring of Arterial Blood Gases," IEEE Transactions on Biomedical Engineering, vol. BME-31, No. 12, Dec. 1984, pp. 792-800.

256. Y. Mendelson et al., "The Feasibility of Measuring SpO2 from the Head Using a Reflectance Pulse Oximeter: Effect of Motion Artifacts," Proceeding of the 3rd European Medical & Biological Engineering Conference, 2005, 5 pages.

257. Y. Mendelson et al., "Variations in Optical Absorption Spectra of Adult and Fetal Hemoglobins and Its Effect on Pulse Oximetry," IEEE Transactions on Biomedical Engineering, vol. 36, No. 8, Aug. 1989, pp. 844-848.

258. Y. Mendelson et al., "Wireless Reflectance Pulse Oximetery for Remote Triage Application," Worcester Polytechnic Institute, 1 page. Undated.

259. Y. Mendelson et al., A Wearable Reflectance Pulse Oximeter for Remote Physiological Monitoring, PowerPoint, The Bioengineering Institute, Worcester Polytechnic Institute, 18 pages. Undated.

260. Y. Mendelson et al., A Wireless Wearable Reflectance-Based Forehead Pulse Oximeter, PowerPoint, The Bioengineering Institute, Worcester Polytechnic Institute, 8 pages. Undated.

261. Y. Mendelson et al., Chapter 9: Biomedical Sensors, Introduction to Biomedical Engineering, Second Edition, Apr. 2005, pp. 505-548.

262. Y. Mendelson et al., Pulse Oximetry: Theory and Applications for Noninvasive Monitoring, Clinical Chemistry, vol. 38, No. 9, 1992, pp. 1601-1607.

263. Y. Mendelson, "Wearable, Wireless, Noninvasive Physiological Sensing," The Bioengineering Institute, Worcester Polytechnic Institute, 2005, 2 pages.

264. Y. Mendelson, et al., "Design and Evaluation of a New Reflectance Pulse Oximeter Sensor," Worcester Polytechnic Institute, Biomedical Engineering Program, Worcester, MA 01609, Association for the Advancement of Medical Instrumentation, vol. 22, No. 4, 1988, pp. 167-173.

265. Y. Mendelson, et al., "Skin Reflectance Pulse Oximetry: In Vivo Measurements from the Forearm and Calf," Journal of Clinical Monitoring, vol. 7, No. 1, Jan. 1991, pp. 7-12.

266. Y. Mendelson, Pulse Oximetry, PowerPoint, UMass Center for Clinical and Translational Science Research Retreat, 2017, 22 pages.

267. Y. Shimada et al., "Evaluation of a new reflectance pulse oximeter for clinical applications," Medical & Biological Engineering & Computing, vol. 29, No. 5, Sep. 1991, pp. 557-561.

268. Y. Xu et al., "Drowsiness Control Center by Photoplethysmogram," 38th Annual Northeast Bioengineering Conference (NECBEC), IEEE, 2012, pp. 430-431.

269. Y-S. Yan et al., An Efficient Motion-Resistant Method for Wearable Pulse Oximeter, IEEE Transactions on Information Technology in Biomedicine, vol. 12, No. 3, May 2008, pp. 399-405.

270. Yuan-Hsiang Lin et al., "A wireless PDA-based physiological monitoring system for patient transport," IEEE Transactions on Information Technology in Biomedicine, vol. 8, No. 4, pp. 439-447, Dec. 2004.

IV.  **Identification of Exemplary Prior Art to U.S. Patent No. 10,687,745**

A.  **U.S. Patent Publications**

1.  U.S. Patent No. 4,960,128A (Gordon et al.), titled "Method and apparatus for continuously and non-invasively measuring the blood pressure of a patient," and issued October 2, 1990.

2.  U.S. Patent No. 4,964,408A (Hink et al.), titled "Oximeter sensor assembly with integral cable," and issued October 23, 1990.

3.  U.S. Patent No. 5,041,187A (Hink et al.), titled "Oximeter sensor assembly with integral cable and method of forming the same," and issued August 20, 1991.

4.  U.S. Patent No. 5,069,213A (Polczynski), titled "Oximeter sensor assembly with integral cable and encoder," and issued December 3, 1991.

5.  U.S. Patent No. 5,099,842A (Mannheimer et al.), titled "Perinatal pulse oximetry probe," and issued March 31, 1992.

6.  U.S. Patent No. 5,158,091A (Butterfield et al.), titled "Tonometry system for determining blood pressure," and issued October 27, 1992.

7.  U.S. Patent No. 5,163,438A (Gordon et al.), titled "Method and apparatus for continuously and noninvasively measuring the blood pressure of a patient," and issued November 17, 1992.

8.  U.S. Patent No. 5,203,329A (Takatani et al.), titled "Noninvasive reflectance oximeter sensor providing controlled minimum optical detection depth," and issued April 20, 1993.

9.  U.S. Patent No. 5,228,449A (Christ et al.), titled "System and method for detecting out-of-hospital cardiac emergencies and summoning emergency assistance," and issued July 20, 1993.

10.  U.S. Patent No. 5,319,355A (Russek), titled "Alarm for patient monitor and life support equipment system," and issued June 7, 1994.

11.  U.S. Patent No. 5,337,744A (Branigan), titled "Low noise finger cot probe," and issued August 16, 1994.

12.  U.S. Patent No. 5,341,805A (Stavridi et al.), titled "Glucose fluorescence monitor and method," and issued August 30, 1994.

13. U.S. Patent No. 5,377,676 A (Vari et al.), titled "Method for determining the biodistribution of substances using fluorescence spectroscopy," and issued January 3, 1995.

14. U.S. Patent No. 5,431,170 A (Mathews), titled "Pulse responsive device," and issued July 11, 1995.

15. U.S. Patent No. 5,452,717 A (Branigan et al.), titled "Finger-cot probe," and issued September 26, 1995.

16. U.S. Patent No. 5,456,252 A (Vari et al.), titled "Induced fluorescence spectroscopy blood perfusion and ph monitor and method," and issued October 10, 1995.

17. U.S. Patent No. 5,462,051 A (Oka et al.), titled "Medical communication system," and issued October 31, 1995.

18. U.S. Patent No. 5,479,934 A (Imran), titled "Eeg headpiece with disposable electrodes and apparatus and system and method for use therewith," and issued January 2, 1996.

19. U.S. Patent No. 5,482,036 A (Diab et al.), titled "Signal processing apparatus and method," and issued January 9, 1996.

20. U.S. Patent No. 5,490,505 A (Diab et al.), titled "Signal processing apparatus," and issued February 13, 1996.

21. U.S. Patent No. 5,494,043 A (O'Sullivan et al.), titled "Arterial sensor," and issued February 27, 1996.

22. U.S. Patent No. 5,497,771 A (Rosenheimer), titled "Apparatus for measuring the oxygen saturation of fetuses during childbirth," and issued March 12, 1996.

23. U.S. Patent No. 5,533,511 A (Kaspari et al.), titled "Apparatus and method for noninvasive blood pressure measurement," and issued July 9, 1996.

24. U.S. Patent No. 5,534,851 A (Russek), titled "Alarm for patient monitor and life support equipment," and issued July 9, 1996.

25. U.S. Patent No. 5,561,275 A (Savage et al.), titled "Headset for electronic stethoscope," and issued October 1, 1996.

26. U.S. Patent No. 5,562,002 A (Lalin), titled "Positive displacement piston flow meter with damping assembly," and issued October 8, 1996.

27.     U.S. Patent No. 5,564,429A (Bornn et al.), titled "Method of identifying valid signal-carrying channels in a cardiorespiratory alert system," and issued October 15, 1996.

28.     U.S. Patent No. 5,584,296A (Cui et al.), titled "Patient sensor for optical cerebral oximeters and the like," and issued December 17, 1996.

29.     U.S. Patent No. 5,590,649A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine blood pressure," and issued January 7, 1997.

30.     U.S. Patent No. 5,601,079A (Wong et al.), titled "Non-invasive quantification of glucose control, aging, and advanced maillard products by stimulated fluorescence," and issued February 11, 1997.

31.     U.S. Patent No. 5,602,924A (Durand et al.), titled "Electronic stethescope," and issued February 11, 1997.

32.     U.S. Patent No. 5,623,925A (Swenson et al.), titled "Virtual medical instrument for performing medical diagnostic testing on patients," and issued April 29, 1997.

33.     U.S. Patent No. 5,632,272A (Diab et al.), titled "Signal processing apparatus," and issued May 27, 1997.

34.     U.S. Patent No. 5,638,816A (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued June 17, 1997.

35.     U.S. Patent No. 5,638,818A (Diab et al.), titled "Low noise optical probe," and issued June 17, 1997.

36.     U.S. Patent No. 5,645,440A (Tobler et al.), titled "Patient cable connector," and issued July 8, 1997.

37.     U.S. Patent No. 5,685,299A (Diab et al.), titled "Signal processing apparatus," and issued November 11, 1997.

38.     U.S. Patent No. 5,699,808A (John), titled "Eeg operative and post-operative patient monitoring system and method," and issued December 23, 1997.

39.     U.S. Patent No. 5,729,203A (Oka et al.), titled "Emergency call system," and issued March 17, 1998.

40.     U.S. Patent No. 5,743,262A (Lepper, Jr. et al.), titled "Blood glucose monitoring system," and issued April 28, 1998.

41. U.S. Patent No. 5,758,644A (Diab et al.), titled "Manual and automatic probe calibration," and issued June 2, 1998.

42. U.S. Patent No. 5,760,910A (Lepper, Jr. et al.), titled "Optical filter for spectroscopic measurement and method of producing the optical filter," and issued June 2, 1998.

43. U.S. Patent No. 5,769,785A (Diab et al.), titled "Signal processing apparatus and method," and issued June 23, 1998.

44. U.S. Patent No. 5,782,757A (Diab et al.), titled "Low-noise optical probes," and issued July 21, 1998.

45. U.S. Patent No. 5,785,659A (Caro et al.), titled "Automatically activated blood pressure measurement device," and issued July 28, 1998.

46. U.S. Patent No. 5,791,347A (Flaherty et al.), titled "Motion insensitive pulse detector," and issued August 11, 1998.

47. U.S. Patent No. 5,792,052A (Isaacson et al.), titled "Finger clip pulse oximeter," and issued August 11, 1998.

48. U.S. Patent No. 5,800,349A (Isaacson et al.), titled "Offset pulse oximeter sensor," and issued September 1, 1998.

49. U.S. Patent No. 5,810,734A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physiological parameter," and issued September 22, 1998.

50. U.S. Patent No. 5,823,950A (Diab et al.), titled "Manual and automatic probe calibration," and issued October 20, 1998.

51. U.S. Patent No. 5,830,131A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physical condition of the human arterial system," and issued November 3, 1998.

52. U.S. Patent No. 5,830,137A (Scharf), titled "Green light pulse oximeter," and issued November 3, 1998.

53. U.S. Patent No. 5,833,618A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physiological parameter," and issued November 10, 1998.

54. U.S. Patent No. 5,860,919A (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring method," and issued January 19, 1999.

55.    U.S. Patent No. 5,890,929 A (Mills et al.), titled "Shielded medical connector," and issued April 6, 1999.

56.    U.S. Patent No. 5,904,654 A (Wohltmann et al.), titled "Exciter-detector unit for measuring physiological parameters," and issued May 18, 1999.

57.    U.S. Patent No. 5,919,134 A (Diab), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued July 6, 1999.

58.    U.S. Patent No. 5,934,925 A (Tobler et al.), titled "Patient cable connector," and issued August 10, 1999.

59.    U.S. Patent No. 5,940,182 A (Lepper , Jr. et al.), titled "Optical filter for spectroscopic measurement and method of producing the optical filter," and issued August 17, 1999.

60.    U.S. Patent No. 5,987,343 A (Kinast), titled "Method for storing pulse oximetry sensor characteristics," and issued November 16, 1999.

61.    U.S. Patent No. 5,995,855 A (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued November 30, 1999.

62.    U.S. Patent No. 5,997,343 A (Mills et al.), titled "Patient cable sensor switch," and issued December 7, 1999.

63.    U.S. Patent No. 6,002,952 A (Diab et al.), titled "Signal processing apparatus and method," and issued December 14, 1999.

64.    U.S. Patent No. 6,011,986 A (Diab et al.), titled "Manual and automatic probe calibration," and issued January 4, 2000.

65.    U.S. Patent No. 6,027,452 A (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued February 22, 2000.

66.    U.S. Patent No. 6,036,642 A (Diab et al.), titled "Signal processing apparatus and method," and issued March 14, 2000.

67.    U.S. Patent No. 6,045,509 A (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physiological parameter," and issued April 4, 2000.

68.    U.S. Patent No. 6,067,462 A (Diab et al.), titled "Signal processing apparatus and method," and issued May 23, 2000.

69.    U.S. Patent No. 6,081,735 A (Diab et al.), titled "Signal processing apparatus," and issued June 27, 2000.

70.   U.S. Patent No. 6,088,607A (Diab et al.), titled "Low noise optical probe," and issued July 11, 2000.

71.   U.S. Patent No. 6,102,856A (Groff et al.), titled "Wearable vital sign monitoring system," and issued August 15, 2000.

72.   U.S. Patent No. 6,110,522A (Lepper , Jr. et al.), titled "Blood glucose monitoring system," and issued August 29, 2000.

73.   U.S. Patent No. 6,124,597A (Shehada et al.), titled "Method and devices for laser induced fluorescence attenuation spectroscopy," and issued September 26, 2000.

74.   U.S. Patent No. 6,128,521A (Marro et al.), titled "Self adjusting headgear appliance using reservoir electrodes," and issued October 3, 2000.

75.   U.S. Patent No. 6,129,675A (Jay), titled "Device and method for measuring pulsus paradoxus," and issued October 10, 2000.

76.   U.S. Patent No. 6,144,868A (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued November 7, 2000.

77.   U.S. Patent No. 6,151,516A (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued November 21, 2000.

78.   U.S. Patent No. 6,152,754A (Gerhardt et al.), titled "Circuit board based cable connector," and issued November 28, 2000.

79.   U.S. Patent No. 6,157,850A (Diab et al.), titled "Signal processing apparatus," and issued December 5, 2000.

80.   U.S. Patent No. 6,165,005A (Mills et al.), titled "Patient cable sensor switch," and issued December 26, 2000.

81.   U.S. Patent No. 6,184,521B1 (Coffin , IV et al.), titled "Photodiode detector with integrated noise shielding," and issued February 6, 2001.

82.   U.S. Patent No. 6,206,830B1 (Diab et al.), titled "Signal processing apparatus and method," and issued March 27, 2001.

83.   U.S. Patent No. 6,223,063B1 (Chaiken et al.), titled "Method and device for tissue modulation," and issued April 24, 2001.

84.   U.S. Patent No. 6,229,856B1 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 8, 2001.

85.     U.S. Patent No. 6,232,609B1 (Snyder et al.), titled "Glucose monitoring apparatus and method using laser-induced emission spectroscopy," and issued May 15, 2001.

86.     U.S. Patent No. 6,236,872B1 (Diab et al.), titled "Signal processing apparatus," and issued May 22, 2001.

87.     U.S. Patent No. 6,241,680B1 (Miwa), titled "Blood-pressure monitoring apparatus," and issued June 5, 2001.

88.     U.S. Patent No. 6,241,683B1 (Macklem et al.), titled "Phonospirometry for non-invasive monitoring of respiration," and issued June 5, 2001.

89.     U.S. Patent No. 6,253,097B1 (Aronow et al.), titled "Noninvasive medical monitoring instrument using surface emitting laser devices," and issued June 26, 2001.

90.     U.S. Patent No. 6,256,523B1 (Diab et al.), titled "Low-noise optical probes," and issued July 3, 2001.

91.     U.S. Patent No. 6,263,222B1 (Diab et al.), titled "Signal processing apparatus," and issued July 17, 2001.

92.     U.S. Patent No. 6,278,522B1 (Lepper , Jr. et al.), titled "Optical filter for spectroscopic measurement and method of producing the optical filter," and issued August 21, 2001.

93.     U.S. Patent No. 6,280,213B1 (Tobler et al.), titled "Patient cable connector," and issued August 28, 2001.

94.     U.S. Patent No. 6,285,896B1 (Tobler et al.), titled "Fetal pulse oximetry sensor," and issued September 4, 2001.

95.     U.S. Patent No. 6,301,493B1 (Marro et al.), titled "Reservoir electrodes for electroencephalograph headgear appliance," and issued October 9, 2001.

96.     U.S. Patent No. 6,308,089B1 (von der Ruhr et al.), titled "Limited use medical probe," and issued October 23, 2001.

97.     U.S. Patent No. 6,317,627B1 (Ennen et al.), titled "Anesthesia monitoring system based on electroencephalographic signals," and issued November 13, 2001.

98.     U.S. Patent No. 6,321,100B1 (Parker), titled "Reusable pulse oximeter probe with disposable liner," and issued November 20, 2001.

99.  U.S. Patent No. 6,325,761B1 (Jay), titled "Device and method for measuring pulsus paradoxus," and issued December 4, 2001.

100.  U.S. Patent No. 6,334,065B1 (Al-Ali et al.), titled "Stereo pulse oximeter," and issued December 25, 2001.

101.  U.S. Patent No. 6,343,223B1 (Chin et al.), titled "Oximeter sensor with offset emitters and detector and heating device," and issued January 29, 2002.

102.  U.S. Patent No. 6,343,224B1 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued January 29, 2002.

103.  U.S. Patent No. 6,349,228B1 (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued February 19, 2002.

104.  U.S. Patent No. 6,356,203B1 (Halleck et al.), titled "Apparatus and method for detecting a rotational movement of a body," and issued March 12, 2002.

105.  U.S. Patent No. 6,360,114B1 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued March 19, 2002.

106.  U.S. Patent No. 6,368,283B1 (Xu et al.), titled "Method and apparatus for estimating systolic and mean pulmonary artery pressures of a patient," and issued April 9, 2002.

107.  U.S. Patent No. 6,371,921B1 (Caro et al.), titled "System and method of determining whether to recalibrate a blood pressure monitor," and issued April 16, 2002.

108.  U.S. Patent No. 6,377,829B1 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued April 23, 2002.

109.  U.S. Patent No. 6,388,240B2 (Schulz et al.), titled "Shielded optical probe and method having a longevity indication," and issued May 14, 2002.

110.  U.S. Patent No. 6,397,091B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued May 28, 2002.

111.  U.S. Patent No. 6,430,437B1 (Marro), titled "Module for acquiring electroencephalograph signals from a patient," and issued August 6, 2002.

112.  U.S. Patent No. 6,430,525B1 (Weber et al.), titled "Variable mode averager," and issued August 6, 2002.

113.    U.S. Patent No. 6,463,311B1 (Diab), titled "Plethysmograph pulse recognition processor," and issued October 8, 2002.

114.    U.S. Patent No. 6,470,199B1 (Kopotic et al.), titled "Elastic sock for positioning an optical probe," and issued October 22, 2002.

115.    U.S. Patent No. 6,501,975B2 (Diab et al.), titled "Signal processing apparatus and method," and issued December 31, 2002.

116.    U.S. Patent No. 6,505,059B1 (Kollias et al.), titled "Non-invasive tissue glucose level monitoring," and issued January 7, 2003.

117.    U.S. Patent No. 6,515,273B2 (Al-Ali), titled "System for indicating the expiration of the useful operating life of a pulse oximetry sensor," and issued February 4, 2003.

118.    U.S. Patent No. 6,519,487B1 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued February 11, 2003.

119.    U.S. Patent No. 6,525,386B1 (Mills et al.), titled "Non-protruding optoelectronic lens," and issued February 25, 2003.

120.    U.S. Patent No. 6,526,300B1 (Kiani et al.), titled "Pulse oximeter probe-off detection system," and issued February 25, 2003.

121.    U.S. Patent No. 6,541,756B2 (Schulz et al.), titled "Shielded optical probe having an electrical connector," and issued April 1, 2003.

122.    U.S. Patent No. 6,542,764B1 (Al-Ali et al.), titled "Pulse oximeter monitor for expressing the urgency of the patient's condition," and issued April 1, 2003.

123.    U.S. Patent No. 6,580,086B1 (Schulz et al.), titled "Shielded optical probe and method," and issued June 17, 2003.

124.    U.S. Patent No. 6,584,336B1 (Ali et al.), titled "Universal/upgrading pulse oximeter," and issued June 24, 2003.

125.    U.S. Patent No. 6,595,316B2 (Cybulski et al.), titled "Tension-adjustable mechanism for stethoscope earpieces," and issued July 22, 2003.

126.    U.S. Patent No. 6,597,932B2 (Tian et al.), titled "Generation of spatially-averaged excitation-emission map in heterogeneous tissue," and issued July 22, 2003.

127.    U.S. Patent No. 6,597,933B2 (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued July 22, 2003.

128. U.S. Patent No. 6,606,511B1 (Ali et al.), titled "Pulse oximetry pulse indicator," and issued August 12, 2003.

129. U.S. Patent No. 6,632,181B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued October 14, 2003.

130. U.S. Patent No. 6,639,668B1 (Trepagnier), titled "Asynchronous fluorescence scan," and issued October 28, 2003.

131. U.S. Patent No. 6,640,116B2 (Diab), titled "Optical spectroscopy pathlength measurement system," and issued October 28, 2003.

132. U.S. Patent No. 6,643,530B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued November 4, 2003.

133. U.S. Patent No. 6,650,917B2 (Diab et al.), titled "Signal processing apparatus," and issued November 18, 2003.

134. U.S. Patent No. 6,654,624B2 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued November 25, 2003.

135. U.S. Patent No. 6,658,276B2 (Kiani et al.), titled "Pulse oximeter user interface," and issued December 2, 2003.

136. U.S. Patent No. 6,661,161B1 (Lanzo et al.), titled "Piezoelectric biological sound monitor with printed circuit board," and issued December 9, 2003.

137. U.S. Patent No. 6,671,526B1 (Aoyagi et al.), titled "Probe and apparatus for determining concentration of light-absorbing materials in living tissue," and issued December 30, 2003.

138. U.S. Patent No. 6,671,531B2 (Al-Ali et al.), titled "Sensor wrap including foldable applicator," and issued December 30, 2003.

139. U.S. Patent No. 6,678,543B2 (Diab et al.), titled "Optical probe and positioning wrap," and issued January 13, 2004.

140. U.S. Patent No. 6,684,090B2 (Ali et al.), titled "Pulse oximetry data confidence indicator," and issued January 27, 2004.

141. U.S. Patent No. 6,684,091B2 (Parker), titled "Reusable pulse oximeter probe and disposable bandage method," and issued January 27, 2004.

142. U.S. Patent No. 6,697,656B1 (Al-Ali), titled "Pulse oximetry sensor compatible with multiple pulse oximetry systems," and issued February 24, 2004.

143.  U.S. Patent No. 6,697,657B1 (Shehada et al.), titled "Method and devices for laser induced fluorescence attenuation spectroscopy (lifas)," and issued February 24, 2004.

144.  U.S. Patent No. 6,697,658B2 (Al-Ali), titled "Low power pulse oximeter," and issued February 24, 2004.

145.  U.S. Patent No. 6,699,194B1 (Diab et al.), titled "Signal processing apparatus and method," and issued March 2, 2004.

146.  U.S. Patent No. 6,714,804B2 (Al-Ali al.), titled "Stereo pulse oximeter," and issued March 30, 2004.

147.  U.S. Patent No. 6,721,582B2 (Trepagnier et al.), titled "Non-invasive tissue glucose level monitoring," and issued April 13, 2004.

148.  U.S. Patent No. 6,721,585B1 (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued April 13, 2004.

149.  U.S. Patent No. 6,725,075B2 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued April 20, 2004.

150.  U.S. Patent No. 6,728,560B2 (Kollias et al.), titled "Non-invasive tissue glucose level monitoring," and issued April 27, 2004.

151.  U.S. Patent No. 6,735,459B2 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued May 11, 2004.

152.  U.S. Patent No. 6,745,060B2 (Diab et al.), titled "Signal processing apparatus," and issued June 1, 2004.

153.  U.S. Patent No. 6,760,607B2 (Al-Ali), titled "Ribbon cable substrate pulse oximetry sensor," and issued July 6, 2004.

154.  U.S. Patent No. 6,770,028B1 (Ali et al.), titled "Dual-mode pulse oximeter," and issued August 3, 2004.

155.  U.S. Patent No. 6,771,994B2 (Kiani et al.), titled "Pulse oximeter probe-off detection system," and issued August 3, 2004.

156.  U.S. Patent No. 6,785,568B2 (Chance), titled "Transcranial examination of the brain," and issued August 31, 2004.

157.  U.S. Patent No. 6,792,300B1 (Diab et al.), titled "Low-noise optical probes for reducing light piping," and issued September 14, 2004.

158.  U.S. Patent No. 6,801,799B2 (Mendelson), titled "Pulse oximeter and method of operation," and issued October 5, 2004.

159.  U.S. Patent No. 6,813,511B2 (Diab et al.), titled "Low-noise optical probes for reducing ambient noise," and issued November 2, 2004.

160.  U.S. Patent No. 6,816,741B2 (Diab), titled "Plethysmograph pulse recognition processor," and issued November 9, 2004.

161.  U.S. Patent No. 6,822,564B2 (Al-Ali), titled "Parallel measurement alarm processor," and issued November 23, 2004.

162.  U.S. Patent No. 6,826,419B2 (Diab et al.), titled "Signal processing apparatus and method," and issued November 30, 2004.

163.  U.S. Patent No. 6,830,711B2 (Mills et al.), titled "Mold tool for an optoelectronic element," and issued December 14, 2004.

164.  U.S. Patent No. 6,831,266B2 (Paritsky et al.), titled "Optical transducers of high sensitivity," and issued December 14, 2004.

165.  U.S. Patent No. 6,850,787B2 (Weber et al.), titled "Signal component processor," and issued February 1, 2005.

166.  U.S. Patent No. 6,850,788B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued February 1, 2005.

167.  U.S. Patent No. 6,852,083B2 (Caro et al.), titled "System and method of determining whether to recalibrate a blood pressure monitor," and issued February 8, 2005.

168.  U.S. Patent No. 6,861,639B2 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued March 1, 2005.

169.  U.S. Patent No. 6,898,452B2 (Al-Ali et al.), titled "Stereo pulse oximeter," and issued May 24, 2005.

170.  U.S. Patent No. 6,920,345B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued July 19, 2005.

171.  U.S. Patent No. 6,931,268B1 (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued August 16, 2005.

172.  U.S. Patent No. 6,934,570B2 (Kiani et al.), titled "Physiological sensor combination," and issued August 23, 2005.

173. U.S. Patent No. 6,939,305B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued September 6, 2005.

174. U.S. Patent No. 6,943,348B1 (Coffin , IV), titled "System for detecting injection holding material," and issued September 13, 2005.

175. U.S. Patent No. 6,950,687B2 (Al-Ali), titled "Isolation and communication element for a resposable pulse oximetry sensor," and issued September 27, 2005.

176. U.S. Patent No. 6,961,598B2 (Diab), titled "Pulse and active pulse spectraphotometry," and issued November 1, 2005.

177. U.S. Patent No. 6,970,792B1 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued November 29, 2005.

178. U.S. Patent No. 6,979,812B2 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued December 27, 2005.

179. U.S. Patent No. 6,985,764B2 (Mason et al.), titled "Flex circuit shielded optical sensor," and issued January 10, 2006.

180. U.S. Patent No. 6,993,371B2 (Kiani et al.), titled "Pulse oximetry sensor adaptor," and issued January 31, 2006.

181. U.S. Patent No. 6,996,427B2 (Ali et al.), titled "Pulse oximetry data confidence indicator," and issued February 7, 2006.

182. U.S. Patent No. 6,999,904B2 (Weber et al.), titled "Variable indication estimator," and issued February 14, 2006.

183. U.S. Patent No. 7,003,338B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals," and issued February 21, 2006.

184. U.S. Patent No. 7,003,339B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued February 21, 2006.

185. U.S. Patent No. 7,015,451B2 (Dalke et al.), titled "Power supply rail controller," and issued March 21, 2006.

186. U.S. Patent No. 7,024,233B2 (Ali et al.), titled "Pulse oximetry data confidence indicator," and issued April 4, 2006.

187. U.S. Patent No. 7,027,849B2 (Al-Ali), titled "Blood parameter measurement system," and issued April 11, 2006.

188. U.S. Patent No. 7,030,749 B2 (Al-Ali), titled "Parallel measurement alarm processor," and issued April 18, 2006.

189. U.S. Patent No. 7,039,449 B2 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued May 2, 2006.

190. U.S. Patent No. 7,041,060 B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued May 9, 2006.

191. U.S. Patent No. 7,044,918 B2 (Diab), titled "Plethysmograph pulse recognition processor," and issued May 16, 2006.

192. U.S. Patent No. 7,048,687 B1 (Reuss et al.), titled "Limited use medical probe," and issued May 23, 2006.

193. U.S. Patent No. 7,060,963 B2 (Maegawa et al.), titled "Organism information measuring device and organism information measuring method," and issued June 13, 2006.

194. U.S. Patent No. 7,067,893 B2 (Mills et al.), titled "Optoelectronic element with a non-protruding lens," and issued June 27, 2006.

195. U.S. Patent No. 7,096,052 B2 (Mason et al.), titled "Optical probe including predetermined emission wavelength based on patient type," and issued August 22, 2006.

196. U.S. Patent No. 7,096,054 B2 (Abdul-Hafiz et al.), titled "Low noise optical housing," and issued August 22, 2006.

197. U.S. Patent No. 7,132,641 B2 (Schulz et al.), titled "Shielded optical probe having an electrical connector," and issued November 7, 2006.

198. U.S. Patent No. 7,142,901 B2 (Kiani et al.), titled "Parameter compensated physiological monitor," and issued November 28, 2006.

199. U.S. Patent No. 7,149,561 B2 (Diab), titled "Optical spectroscopy pathlength measurement system," and issued December 12, 2006.

200. U.S. Patent No. 7,186,966 B2 (Al-Ali), titled "Amount of use tracking device and method for medical product," and issued March 6, 2007.

201. U.S. Patent No. 7,190,261 B2 (Al-Ali), titled "Arrhythmia alarm processor," and issued March 13, 2007.

202. U.S. Patent No. 7,215,984 B2 (Diab et al.), titled "Signal processing apparatus," and issued May 8, 2007.

203.   U.S. Patent No. 7,215,986B2 (Diab et al.), titled "Signal processing apparatus," and issued May 8, 2007.

204.   U.S. Patent No. 7,221,971B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 22, 2007.

205.   U.S. Patent No. 7,225,006B2 (Al-Ali et al.), titled "Attachment and optical probe," and issued May 29, 2007.

206.   U.S. Patent No. 7,225,007B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued May 29, 2007.

207.   U.S. Patent No. 7,227,156B2 (Colvin et al.), titled "System and method for attenuating the effect of ambient light on an optical sensor," and issued June 5, 2007.

208.   U.S. Patent No. 7,239,905B2 (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued July 3, 2007.

209.   U.S. Patent No. 7,245,953B1 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatii," and issued July 17, 2007.

210.   U.S. Patent No. 7,254,429B2 (Schurman et al.), titled "Method and apparatus for monitoring glucose levels in a biological tissue," and issued August 7, 2007.

211.   U.S. Patent No. 7,254,431B2 (Al-Ali et al.), titled "Physiological parameter tracking system," and issued August 7, 2007.

212.   U.S. Patent No. 7,254,433B2 (Diab et al.), titled "Signal processing apparatus," and issued August 7, 2007.

213.   U.S. Patent No. 7,254,434B2 (Schulz et al.), titled "Variable pressure reusable sensor," and issued August 7, 2007.

214.   U.S. Patent No. 7,272,425B2 (Al-Ali), titled "Pulse oximetry sensor including stored sensor data," and issued September 18, 2007.

215.   U.S. Patent No. 7,274,955B2 (Kiani et al.), titled "Parameter compensated pulse oximeter," and issued September 25, 2007.

216.   U.S. Patent No. 7,280,858B2 (Al-Ali et al.), titled "Pulse oximetry sensor," and issued October 9, 2007.

217.    U.S. Patent No. 7,289,835B2 (Mansfield et al.), titled "Multivariate analysis of green to ultraviolet spectra of cell and tissue samples," and issued October 30, 2007.

218.    U.S. Patent No. 7,292,883B2 (De Felice et al.), titled "Physiological assessment system," and issued November 6, 2007.

219.    U.S. Patent No. 7,295,866B2 (Al-Ali), titled "Low power pulse oximeter," and issued November 13, 2007.

220.    U.S. Patent No. 7,328,053B1 (Diab et al.), titled "Signal processing apparatus," and issued February 5, 2008.

221.    U.S. Patent No. 7,332,784B2 (Mills et al.), titled "Method of providing an optoelectronic element with a non-protruding lens," and issued February 19, 2008.

222.    U.S. Patent No. 7,340,287B2 (Mason et al.), titled "Flex circuit shielded optical sensor," and issued March 4, 2008.

223.    U.S. Patent No. 7,341,559B2 (Schulz et al.), titled "Pulse oximetry ear sensor," and issued March 11, 2008.

224.    U.S. Patent No. 7,343,186B2 (Lamego et al.), titled "Multi-wavelength physiological monitor," and issued March 11, 2008.

225.    U.S. Patent No. 7,355,512B1 (Al-Ali), titled "Parallel alarm processor," and issued April 8, 2008.

226.    U.S. Patent No. 7,356,365B2 (Schurman), titled "Method and apparatus for tissue oximetry," and issued April 8, 2008.

227.    U.S. Patent No. 7,371,981B2 (Abdul-Hafiz), titled "Connector switch," and issued May 13, 2008.

228.    U.S. Patent No. 7,373,193B2 (Al-Ali et al.), titled "Pulse oximetry data capture system," and issued May 13, 2008.

229.    U.S. Patent No. 7,373,194B2 (Weber et al.), titled "Signal component processor," and issued May 13, 2008.

230.    U.S. Patent No. 7,376,453B1 (Diab et al.), titled "Signal processing apparatus," and issued May 20, 2008.

231.    U.S. Patent No. 7,377,794B2 (Al Ali et al.), titled "Multiple wavelength sensor interconnect," and issued May 27, 2008.

232.   U.S. Patent No. 7,377,899B2 (Weber et al.), titled "Sine saturation transform," and issued May 27, 2008.

233.   U.S. Patent No. 7,383,070B2 (Diab et al.), titled "Signal processing apparatus," and issued June 3, 2008.

234.   U.S. Patent No. 7,415,297B2 (Al-Ali et al.), titled "Physiological parameter system," and issued August 19, 2008.

235.   U.S. Patent No. 7,428,432B2 (Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and issued September 23, 2008.

236.   U.S. Patent No. 7,438,683B2 (Al-Ali et al.), titled "Application identification sensor," and issued October 21, 2008.

237.   U.S. Patent No. 7,440,787B2 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued October 21, 2008.

238.   U.S. Patent No. 7,454,240B2 (Diab et al.), titled "Signal processing apparatus," and issued November 18, 2008.

239.   U.S. Patent No. 7,467,002B2 (Weber et al.), titled "Sine saturation transform," and issued December 16, 2008.

240.   U.S. Patent No. 7,469,157B2 (Diab et al.), titled "Signal processing apparatus," and issued December 23, 2008.

241.   U.S. Patent No. 7,471,969B2 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued December 30, 2008.

242.   U.S. Patent No. 7,471,971B2 (Diab et al.), titled "Signal processing apparatus and method," and issued December 30, 2008.

243.   U.S. Patent No. 7,483,729B2 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and issued January 27, 2009.

244.   U.S. Patent No. 7,483,730B2 (Diab et al.), titled "Low-noise optical probes for reducing ambient noise," and issued January 27, 2009.

245.   U.S. Patent No. 7,489,958B2 (Diab et al.), titled "Signal processing apparatus and method," and issued February 10, 2009.

246.   U.S. Patent No. 7,496,391B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued February 24, 2009.

247.   U.S. Patent No. 7,496,393B2 (Diab et al.), titled "Signal processing apparatus," and issued February 24, 2009.

248.   U.S. Patent No. 7,499,741B2 (Diab et al.), titled "Signal processing apparatus and method," and issued March 3, 2009.

249.   U.S. Patent No. 7,499,835B2 (Weber et al.), titled "Variable indication estimator," and issued March 3, 2009.

250.   U.S. Patent No. 7,500,950B2 (Al-Ali et al.), titled "Multipurpose sensor port," and issued March 10, 2009.

251.   U.S. Patent No. 7,509,154B2 (Diab et al.), titled "Signal processing apparatus," and issued March 24, 2009.

252.   U.S. Patent No. 7,509,494B2 (Al-Ali), titled "Interface cable," and issued March 24, 2009.

253.   U.S. Patent No. 7,510,849B2 (Schurman et al.), titled "Oct based method for diagnosis and therapy," and issued March 31, 2009.

254.   U.S. Patent No. 7,519,327B2 (White), titled "Athletic monitoring system and method," and issued April 14, 2009.

255.   U.S. Patent No. 7,526,328B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued April 28, 2009.

256.   U.S. Patent No. 7,530,942B1 (Diab), titled "Remote sensing infant warmer," and issued May 12, 2009.

257.   U.S. Patent No. 7,530,949B2 (Al Ali et al.), titled "Dual-mode pulse oximeter," and issued May 12, 2009.

258.   U.S. Patent No. 7,530,955B2 (Diab et al.), titled "Signal processing apparatus," and issued May 12, 2009.

259.   U.S. Patent No. 7,563,110B2 (Al-Ali et al.), titled "Multiple wavelength sensor interconnect," and issued July 21, 2009.

260.   U.S. Patent No. 7,596,398B2 (Al-Ali et al.), titled "Multiple wavelength sensor attachment," and issued September 29, 2009.

261.   U.S. Patent No. 7,601,123B2 (Tweed et al.), titled "Non-invasive blood pressure monitoring device and methods," and issued October 13, 2009.

262.   U.S. Patent No. 7,613,490B2 (Sarussi et al.), titled "Physiological stress detector device and system," and issued November 3, 2009.

263.   U.S. Patent No. 7,618,375B2 (Flaherty), titled "Rapid non-invasive blood pressure measuring device," and issued November 17, 2009.

264.   U.S. Patent No. 7,647,083B2 (Al-Ali et al.), titled "Multiple wavelength sensor equalization," and issued January 12, 2010.

265.   U.S. Patent No. 7,726,209B2 (Ruotoistenmäki), titled "Force or pressure sensor and method for applying the same," and issued June 1, 2010.

266.   U.S. Patent No. 7,729,733B2 (Al-Ali et al.), titled "Configurable physiological measurement system," and issued June 1, 2010.

267.   U.S. Patent No. 7,734,320B2 (Al-Ali), titled "Sensor isolation," and issued June 8, 2010.

268.   U.S. Patent No. 7,740,588B1 (Sciarra), titled "Wireless respiratory and heart rate monitoring system," and issued June 22, 2010.

269.   U.S. Patent No. 7,740,589B2 (Maschke et al.), titled "Method and apparatus for training adjustment in sports, in particular in running sports," and issued June 22, 2010.

270.   U.S. Patent No. 7,761,127B2 (Al-Ali et al.), titled "Multiple wavelength sensor substrate," and issued July 20, 2010.

271.   U.S. Patent No. 7,761,128B2 (Al-Ali et al.), titled "Physiological monitor," and issued July 20, 2010.

272.   U.S. Patent No. 7,764,982B2 (Dalke et al.), titled "Multiple wavelength sensor emitters," and issued July 27, 2010.

273.   U.S. Patent No. 7,791,155B2 (Diab), titled "Detector shield," and issued September 7, 2010.

274.   U.S. Patent No. 7,801,581B2 (Diab), titled "Optical spectroscopy pathlength measurement system," and issued September 21, 2010.

275.   U.S. Patent No. 7,822,452B2 (Schurman et al.), titled "Method for data reduction and calibration of an oct-based blood glucose monitor," and issued October 26, 2010.

276.   U.S. Patent No. 7,844,313B2 (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued November 30, 2010.

277.   U.S. Patent No. 7,844,314B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued November 30, 2010.

278. U.S. Patent No. 7,844,315B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued November 30, 2010.

279. U.S. Patent No. 7,862,523B2 (Ruotoistenmäki), titled "Force or pressure sensor and method for applying the same," and issued January 4, 2011.

280. U.S. Patent No. 7,865,222B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and issued January 4, 2011.

281. U.S. Patent No. 7,869,849B2 (Ollerdessen et al.), titled "Opaque, electrically nonconductive region on a medical sensor," and issued January 11, 2011.

282. U.S. Patent No. 7,873,497B2 (Weber et al.), titled "Variable indication estimator," and issued January 18, 2011.

283. U.S. Patent No. 7,880,606B2 (Al-Ali), titled "Physiological trend monitor," and issued February 1, 2011.

284. U.S. Patent No. 7,880,626B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued February 1, 2011.

285. U.S. Patent No. 7,891,355B2 (Al-Ali et al.), titled "Physiological monitor," and issued February 22, 2011.

286. U.S. Patent No. 7,894,868B2 (Al-Ali et al.), titled "Physiological monitor," and issued February 22, 2011.

287. U.S. Patent No. 7,899,507B2 (Al-Ali et al.), titled "Physiological monitor," and issued March 1, 2011.

288. U.S. Patent No. 7,899,510B2 (Hoarau), titled "Medical sensor and technique for using the same," and issued March 1, 2011.

289. U.S. Patent No. 7,899,518B2 (Trepagnier et al.), titled "Non-invasive tissue glucose level monitoring," and issued March 1, 2011.

290. U.S. Patent No. 7,904,132B2 (Weber et al.), titled "Sine saturation transform," and issued March 8, 2011.

291. U.S. Patent No. 7,909,772B2 (Popov et al.), titled "Non-invasive measurement of second heart sound components," and issued March 22, 2011.

292. U.S. Patent No. 7,910,875B2 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued March 22, 2011.

293. U.S. Patent No. 7,919,713B2 (Al-Ali et al.), titled "Low noise oximetry cable including conductive cords," and issued April 5, 2011.

294. U.S. Patent No. 7,937,128B2 (Al-Ali), titled "Cyanotic infant sensor," and issued May 3, 2011.

295. U.S. Patent No. 7,937,129B2 (Mason et al.), titled "Variable aperture sensor," and issued May 3, 2011.

296. U.S. Patent No. 7,937,130B2 (Diab et al.), titled "Signal processing apparatus," and issued May 3, 2011.

297. U.S. Patent No. 7,941,199B2 (Kiani), titled "Sepsis monitor," and issued May 10, 2011.

298. U.S. Patent No. 7,951,086B2 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued May 31, 2011.

299. U.S. Patent No. 7,957,780B2 (Lamego et al.), titled "Physiological parameter confidence measure," and issued June 7, 2011.

300. U.S. Patent No. 7,962,188B2 (Kiani et al.), titled "Robust alarm system," and issued June 14, 2011.

301. U.S. Patent No. 7,962,190B1 (Diab et al.), titled "Signal processing apparatus," and issued June 14, 2011.

302. U.S. Patent No. 7,976,472B2 (Kiani), titled "Noninvasive hypovolemia monitor," and issued July 12, 2011.

303. U.S. Patent No. 7,988,637B2 (Diab), titled "Plethysmograph pulse recognition processor," and issued August 2, 2011.

304. U.S. Patent No. 7,990,382B2 (Kiani), titled "Virtual display," and issued August 2, 2011.

305. U.S. Patent No. 7,991,446B2 (Al-Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and issued August 2, 2011.

306. U.S. Patent No. 8,000,761B2 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued August 16, 2011.

307.   U.S. Patent No. 8,008,088B2 (Bellott et al.), titled "Smmr (small molecule metabolite reporters) for use as in vivo glucose biosensors," and issued August 30, 2011.

308.   U.S. Patent No. 8,019,400B2 (Diab et al.), titled "Signal processing apparatus," and issued September 13, 2011.

309.   U.S. Patent No. 8,028,701B2 (Al-Ali et al.), titled "Respiratory monitoring," and issued October 4, 2011.

310.   U.S. Patent No. 8,029,765B2 (Bellott et al.), titled "Smmr (small molecule metabolite reporters) for use as in vivo glucose biosensors," and issued October 4, 2011.

311.   U.S. Patent No. 8,036,727B2 (Schurman et al.), titled "Methods for noninvasively measuring analyte levels in a subject," and issued October 11, 2011.

312.   U.S. Patent No. 8,036,728B2 (Diab et al.), titled "Signal processing apparatus," and issued October 11, 2011.

313.   U.S. Patent No. 8,046,040B2 (Ali et al.), titled "Pulse oximetry data confidence indicator," and issued October 25, 2011.

314.   U.S. Patent No. 8,046,041B2 (Diab et al.), titled "Signal processing apparatus," and issued October 25, 2011.

315.   U.S. Patent No. 8,046,042B2 (Diab et al.), titled "Signal processing apparatus," and issued October 25, 2011.

316.   U.S. Patent No. 8,048,040B2 (Kiani), titled "Fluid titration system," and issued November 1, 2011.

317.   U.S. Patent No. 8,050,728B2 (Al-Ali et al.), titled "Multiple wavelength sensor drivers," and issued November 1, 2011.

318.   U.S. Patent No. 8,071,935B2 (Besko et al.), titled "Optical detector with an overmolded faraday shield," and issued December 6, 2011.

319.   U.S. Patent No. 8,118,620B2 (Al-Ali et al.), titled "Connector assembly with reduced unshielded area," and issued February 21, 2012.

320.   U.S. Patent No. 8,126,528B2 (Diab et al.), titled "Signal processing apparatus," and issued February 28, 2012.

321.   U.S. Patent No. 8,128,572B2 (Diab et al.), titled "Signal processing apparatus," and issued March 6, 2012.

322. U.S. Patent No. 8,130,105B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued March 6, 2012.

323. U.S. Patent No. 8,145,287B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued March 27, 2012.

324. U.S. Patent No. 8,150,487B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued April 3, 2012.

325. U.S. Patent No. 8,175,672B2 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatii," and issued May 8, 2012.

326. U.S. Patent No. 8,180,420B2 (Diab et al.), titled "Signal processing apparatus and method," and issued May 15, 2012.

327. U.S. Patent No. 8,182,443B1 (Kiani), titled "Drug administration controller," and issued May 22, 2012.

328. U.S. Patent No. 8,185,180B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 22, 2012.

329. U.S. Patent No. 8,190,223B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued May 29, 2012.

330. U.S. Patent No. 8,190,227B2 (Diab et al.), titled "Signal processing apparatus and method," and issued May 29, 2012.

331. U.S. Patent No. 8,203,438B2 (Kiani et al.), titled "Alarm suspend system," and issued June 19, 2012.

332. U.S. Patent No. 8,203,704B2 (Merritt et al.), titled "Multi-stream sensor for noninvasive measurement of blood constituents," and issued June 19, 2012.

333. U.S. Patent No. 8,204,566B2 (Schurman et al.), titled "Method and apparatus for monitoring blood constituent levels in biological tissue," and issued June 19, 2012.

334. U.S. Patent No. 8,219,172B2 (Schurman et al.), titled "System and method for creating a stable optical interface," and issued July 10, 2012.

335. U.S. Patent No. 8,224,411B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued July 17, 2012.

336. U.S. Patent No. 8,228,181B2 (Al-Ali), titled "Physiological trend monitor," and issued July 24, 2012.

337. U.S. Patent No. 8,229,533B2 (Diab et al.), titled "Low-noise optical probes for reducing ambient noise," and issued July 24, 2012.

338. U.S. Patent No. 8,233,955B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued July 31, 2012.

339. U.S. Patent No. 8,244,325B2 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and issued August 14, 2012.

340. U.S. Patent No. 8,255,026B1 (Al-Ali), titled "Patient monitor capable of monitoring the quality of attached probes and accessories," and issued August 28, 2012.

341. U.S. Patent No. 8,255,027B2 (Al-Ali et al.), titled "Multiple wavelength sensor substrate," and issued August 28, 2012.

342. U.S. Patent No. 8,255,028B2 (Al-Ali et al.), titled "Physiological monitor," and issued August 28, 2012.

343. U.S. Patent No. 8,260,577B2 (Weber et al.), titled "Variable indication estimator," and issued September 4, 2012.

344. U.S. Patent No. 8,265,723B1 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and issued September 11, 2012.

345. U.S. Patent No. 8,274,360B2 (Sampath et al.), titled "Systems and methods for storing, analyzing, and retrieving medical data," and issued September 25, 2012.

346. U.S. Patent No. 8,280,469B2 (Baker), titled "Method for detection of aberrant tissue spectra," and issued October 2, 2012.

347. U.S. Patent No. 8,280,473B2 (Al-Ali), titled "Perfusion index smoother," and issued October 2, 2012.

348. U.S. Patent No. 8,289,130B2 (Nakajima et al.), titled "Systems and methods for identifying unauthorized users of an electronic device," and issued October 16, 2012.

349. U.S. Patent No. 8,301,217B2 (Al-Ali et al.), titled "Multiple wavelength sensor emitters," and issued October 30, 2012.

350.    U.S. Patent No. 8,306,596B2 (Schurman et al.), titled "Method for data reduction and calibration of an oct-based physiological monitor," and issued November 6, 2012.

351.    U.S. Patent No. 8,310,336B2 (Muhsin et al.), titled "Systems and methods for storing, analyzing, retrieving and displaying streaming medical data," and issued November 13, 2012.

352.    U.S. Patent No. 8,315,683B2 (Al-Ali et al.), titled "Duo connector patient cable," and issued November 20, 2012.

353.    U.S. Patent No. 8,337,403B2 (Al-Ali et al.), titled "Patient monitor having context-based sensitivity adjustments," and issued December 25, 2012.

354.    U.S. Patent No. 8,346,330B2 (Lamego), titled "Reflection-detector sensor position indicator," and issued January 1, 2013.

355.    U.S. Patent No. 8,353,842B2 (Al-Ali et al.), titled "Portable patient monitor," and issued January 15, 2013.

356.    U.S. Patent No. 8,355,766B2 (MacNeish, III et al.), titled "Ceramic emitter substrate," and issued January 15, 2013.

357.    U.S. Patent No. 8,359,080B2 (Diab et al.), titled "Signal processing apparatus," and issued January 22, 2013.

358.    U.S. Patent No. 8,364,223B2 (Al-Ali et al.), titled "Physiological monitor," and issued January 29, 2013.

359.    U.S. Patent No. 8,364,226B2 (Diab et al.), titled "Signal processing apparatus," and issued January 29, 2013.

360.    U.S. Patent No. 8,364,389B2 (Dorogusker et al.), titled "Systems and methods for integrating a portable electronic device with a bicycle," and issued January 29, 2013.

361.    U.S. Patent No. 8,374,665B2 (Lamego), titled "Tissue profile wellness monitor," and issued February 12, 2013.

362.    U.S. Patent No. 8,385,995B2 (Al-Ali et al.), titled "Physiological parameter tracking system," and issued February 26, 2013.

363.    U.S. Patent No. 8,385,996B2 (Smith et al.), titled "Multiple wavelength sensor emitters," and issued February 26, 2013.

364.    U.S. Patent No. 8,388,353B2 (Kiani et al.), titled "Magnetic connector," and issued March 5, 2013.

365.    U.S. Patent No. 8,399,822B2 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued March 19, 2013.

366.    U.S. Patent No. 8,401,602B2 (Kiani), titled "Secondary-emitter sensor position indicator," and issued March 19, 2013.

367.    U.S. Patent No. 8,405,608B2 (Al-Ali et al.), titled "System and method for altering a display mode," and issued March 26, 2013.

368.    U.S. Patent No. 8,414,499B2 (Al-Ali et al.), titled "Plethysmograph variability processor," and issued April 9, 2013.

369.    U.S. Patent No. 8,418,524B2 (Al-Ali), titled "Non-invasive sensor calibration device," and issued April 16, 2013.

370.    U.S. Patent No. 8,423,106B2 (Lamego et al.), titled "Multi-wavelength physiological monitor," and issued April 16, 2013.

371.    U.S. Patent No. 8,428,967B2 (Olsen et al.), titled "Spot check monitor credit system," and issued April 23, 2013.

372.    U.S. Patent No. 8,430,817B1 (Al-Ali et al.), titled "System for determining confidence in respiratory rate measurements," and issued April 30, 2013.

373.    U.S. Patent No. 8,437,825B2 (Dalvi et al.), titled "Contoured protrusion for improving spectroscopic measurement of blood constituents," and issued May 7, 2013.

374.    U.S. Patent No. 8,452,364B2 (Hannula et al.), titled "System and method for attaching a sensor to a patient's skin," and issued May 28, 2013.

375.    U.S. Patent No. 8,455,290B2 (Siskavich), titled "Method of fabricating epitaxial structures," and issued June 4, 2013.

376.    U.S. Patent No. 8,457,703B2 (Al-Ali), titled "Low power pulse oximeter," and issued June 4, 2013.

377.    U.S. Patent No. 8,457,707B2 (Kiani), titled "Congenital heart disease monitor," and issued June 4, 2013.

378.    U.S. Patent No. 8,463,349B2 (Diab et al.), titled "Signal processing apparatus," and issued June 11, 2013.

379.    U.S. Patent No. 8,466,286B2 (Bellot et al.), titled "Smmr (small molecule metabolite reporters) for use as in vivo glucose biosensors," and issued June 18, 2013.

380. U.S. Patent No. 8,471,713B2 (Poeze et al.), titled "Interference detector for patient monitor," and issued June 25, 2013.

381. U.S. Patent No. 8,473,020B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued June 25, 2013.

382. U.S. Patent No. 8,483,787B2 (Al-Ali et al.), titled "Multiple wavelength sensor drivers," and issued July 9, 2013.

383. U.S. Patent No. 8,489,364B2 (Weber et al.), titled "Variable indication estimator," and issued July 16, 2013.

384. U.S. Patent No. 8,496,595B2 (Jornod), titled "Method and device for measuring the pulse by means of light waves with two wavelengths," and issued July 30, 2013.

385. U.S. Patent No. 8,498,684B2 (Weber et al.), titled "Sine saturation transform," and issued July 30, 2013.

386. U.S. Patent No. 8,504,128B2 (Blank et al.), titled "Method and apparatus for coupling a channeled sample probe to tissue," and issued August 6, 2013.

387. U.S. Patent No. 8,509,867B2 (Workman et al.), titled "Non-invasive measurement of analytes," and issued August 13, 2013.

388. U.S. Patent No. 8,515,509B2 (Bruinsma et al.), titled "Multi-stream emitter for noninvasive measurement of blood constituents," and issued August 20, 2013.

389. U.S. Patent No. 8,515,515B2 (McKenna et al.), titled "Medical sensor with compressible light barrier and technique for using the same," and issued August 20, 2013.

390. U.S. Patent No. 8,523,781B2 (Al-Ali), titled "Bidirectional physiological information display," and issued September 3, 2013.

391. U.S. Patent No. 8,529,301B2 (Al-Ali et al.), titled "Shielded connector assembly," and issued September 10, 2013.

392. U.S. Patent No. 8,532,727B2 (Ali et al.), titled "Dual-mode pulse oximeter," and issued September 10, 2013.

393. U.S. Patent No. 8,532,728B2 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued September 10, 2013.

394.   U.S. Patent No. 8,547,209B2 (Kiani et al.), titled "Alarm suspend system," and issued October 1, 2013.

395.   U.S. Patent No. 8,548,548B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued October 1, 2013.

396.   U.S. Patent No. 8,548,549B2 (Schurman et al.), titled "Methods for noninvasively measuring analyte levels in a subject," and issued October 1, 2013.

397.   U.S. Patent No. 8,548,550B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued October 1, 2013.

398.   U.S. Patent No. 8,560,032B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued October 15, 2013.

399.   U.S. Patent No. 8,560,034B1 (Diab et al.), titled "Signal processing apparatus," and issued October 15, 2013.

400.   U.S. Patent No. 8,570,167B2 (Al-Ali), titled "Physiological trend monitor," and issued October 29, 2013.

401.   U.S. Patent No. 8,570,503B2 (Vo et al.), titled "Heat sink for noninvasive medical sensor," and issued October 29, 2013.

402.   U.S. Patent No. 8,571,617B2 (Reichgott et al.), titled "Flowometry in optical coherence tomography for analyte level estimation," and issued October 29, 2013.

403.   U.S. Patent No. 8,571,618B1 (Lamego et al.), titled "Adaptive calibration system for spectrophotometric measurements," and issued October 29, 2013.

404.   U.S. Patent No. 8,571,619B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued October 29, 2013.

405.   U.S. Patent No. 8,577,431B2 (Lamego et al.), titled "Noise shielding for a noninvasive device," and issued November 5, 2013.

406.   U.S. Patent No. 8,581,732B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued November 12, 2013.

407.   U.S. Patent No. 8,584,345B2 (Al-Ali et al.), titled "Reprocessing of a physiological sensor," and issued November 19, 2013.

408.   U.S. Patent No. 8,588,880B2 (Abdul-Hafiz et al.), titled "Ear sensor," and issued November 19, 2013.

409.  U.S. Patent No. 8,591,426B2 (Onoe et al.), titled "Self-luminous sensor device," and issued November 26, 2013.

410.  U.S. Patent No. 8,600,467B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued December 3, 2013.

411.  U.S. Patent No. 8,606,342B2 (Diab), titled "Pulse and active pulse spectraphotometry," and issued December 10, 2013.

412.  U.S. Patent No. 8,615,290B2 (Lin et al.), titled "Seamlessly embedded heart rate monitor," and issued December 24, 2013.

413.  U.S. Patent No. 8,626,255B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued January 7, 2014.

414.  U.S. Patent No. 8,630,691B2 (Lamego et al.), titled "Multi-stream sensor front ends for noninvasive measurement of blood constituents," and issued January 14, 2014.

415.  U.S. Patent No. 8,634,889B2 (Al-Ali et al.), titled "Configurable physiological measurement system," and issued January 21, 2014.

416.  U.S. Patent No. 8,641,631B2 (Sierra et al.), titled "Non-invasive monitoring of respiratory rate, heart rate and apnea," and issued February 4, 2014.

417.  U.S. Patent No. 8,652,060B2 (Al-Ali), titled "Perfusion trend indicator," and issued February 18, 2014.

418.  U.S. Patent No. 8,655,004B2 (Prest et al.), titled "Sports monitoring system for headphones, earbuds and/or headsets," and issued February 18, 2014.

419.  U.S. Patent No. 8,663,107B2 (Kiani), titled "Sepsis monitor," and issued March 4, 2014.

420.  U.S. Patent No. 8,666,468B1 (Al-Ali), titled "Patient monitor for determining microcirculation state," and issued March 4, 2014.

421.  U.S. Patent No. 8,667,967B2 (Al-Ali et al.), titled "Respiratory monitoring," and issued March 11, 2014.

422.  U.S. Patent No. 8,670,811B2 (O'Reilly), titled "Pulse oximetry system for adjusting medical ventilation," and issued March 11, 2014.

423.   U.S. Patent No. 8,670,814B2 (Diab et al.), titled "Low-noise optical probes for reducing ambient noise," and issued March 11, 2014.

424.   U.S. Patent No. 8,670,819B2 (Iwamiya et al.), titled "Optical biological information detecting apparatus and optical biological information detecting method," and issued March 11, 2014.

425.   U.S. Patent No. 8,676,286B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and issued March 18, 2014.

426.   U.S. Patent No. 8,682,407B2 (Al-Ali), titled "Cyanotic infant sensor," and issued March 25, 2014.

427.   U.S. Patent No. 8,690,799B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued April 8, 2014.

428.   U.S. Patent No. 8,700,111B2 (LeBoeuf et al.), titled "Light-guiding devices and monitoring devices incorporating same," and issued April 15, 2014.

429.   U.S. Patent No. 8,700,112B2 (Kiani), titled "Secondary-emitter sensor position indicator," and issued April 15, 2014.

430.   U.S. Patent No. 8,702,627B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued April 22, 2014.

431.   U.S. Patent No. 8,706,179B2 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatii," and issued April 22, 2014.

432.   U.S. Patent No. 8,712,494B1 (MacNeish, III et al.), titled "Reflective non-invasive sensor," and issued April 29, 2014.

433.   U.S. Patent No. 8,715,206B2 (Telfort et al.), titled "Acoustic patient sensor," and issued May 6, 2014.

434.   U.S. Patent No. 8,718,735B2 (Lamego et al.), titled "Physiological parameter confidence measure," and issued May 6, 2014.

435.   U.S. Patent No. 8,718,737B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 6, 2014.

436.   U.S. Patent No. 8,718,738B2 (Blank et al.), titled "Method and apparatus for coupling a sample probe with a sample site," and issued May 6, 2014.

437.   U.S. Patent No. 8,720,249B2 (Al-Ali), titled "Non-invasive sensor calibration device," and issued May 13, 2014.

438.   U.S. Patent No. 8,721,541B2 (Al-Ali et al.), titled "Physiological monitor," and issued May 13, 2014.

439.   U.S. Patent No. 8,721,542B2 (Al-Ali et al.), titled "Physiological parameter system," and issued May 13, 2014.

440.   U.S. Patent No. 8,723,677B1 (Kiani), titled "Patient safety system with automatically adjusting bed," and issued May 13, 2014.

441.   U.S. Patent No. 8,740,792B1 (Kiani et al.), titled "Patient monitor capable of accounting for environmental conditions," and issued June 3, 2014.

442.   U.S. Patent No. 8,754,776B2 (Poeze et al.), titled "Interference detector for patient monitor," and issued June 17, 2014.

443.   U.S. Patent No. 8,755,535B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued June 17, 2014.

444.   U.S. Patent No. 8,755,856B2 (Diab et al.), titled "Signal processing apparatus," and issued June 17, 2014.

445.   U.S. Patent No. 8,755,872B1 (Marinow), titled "Patient monitoring system for indicating an abnormal condition," and issued June 17, 2014.

446.   U.S. Patent No. 8,760,517B2 (Sarwar et al.), titled "Polarized images for security," and issued June 24, 2014.

447.   U.S. Patent No. 8,761,850B2 (Lamego), titled "Reflection-detector sensor position indicator," and issued June 24, 2014.

448.   U.S. Patent No. 8,764,671B2 (Kiani), titled "Disposable active pulse sensor," and issued July 1, 2014.

449.   U.S. Patent No. 8,768,423B2 (Shakespeare et al.), titled "Multispot monitoring for use in optical coherence tomography," and issued July 1, 2014.

450.   U.S. Patent No. 8,768,426B2 (Haisley et al.), titled "Y-shaped ear sensor with strain relief," and issued July 1, 2014.

451.   U.S. Patent No. 8,771,204B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued July 8, 2014.

452.  U.S. Patent No. 8,777,634B2 (Kiani et al.), titled "Magnetic connector," and issued July 15, 2014.

453.  U.S. Patent No. 8,781,543B2 (Diab et al.), titled "Manual and automatic probe calibration," and issued July 15, 2014.

454.  U.S. Patent No. 8,781,544B2 (Al-Ali et al.), titled "Multiple wavelength optical sensor," and issued July 15, 2014.

455.  U.S. Patent No. 8,781,549B2 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and issued July 15, 2014.

456.  U.S. Patent No. 8,788,003B2 (Schurman et al.), titled "Monitoring blood constituent levels in biological tissue," and issued July 22, 2014.

457.  U.S. Patent No. 8,790,268B2 (Al-Ali), titled "Bidirectional physiological information display," and issued July 29, 2014.

458.  U.S. Patent No. 8,801,613B2 (Al-Ali et al.), titled "Calibration for multi-stage physiological monitors," and issued August 12, 2014.

459.  U.S. Patent No. 8,821,397B2 (Al-Ali et al.), titled "Depth of consciousness monitor including oximeter," and issued September 2, 2014.

460.  U.S. Patent No. 8,821,415B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued September 2, 2014.

461.  U.S. Patent No. 8,830,449B1 (Lamego et al.), titled "Blood analysis system," and issued September 9, 2014.

462.  U.S. Patent No. 8,831,700B2 (Schurman et al.), titled "Apparatus and method for creating a stable optical interface," and issued September 9, 2014.

463.  U.S. Patent No. 8,838,210B2 (Wood et al.), titled "Scanned laser vein contrast enhancer using a single laser," and issued September 16, 2014.

464.  U.S. Patent No. 8,840,549B2 (Al-Ali et al.), titled "Modular patient monitor," and issued September 23, 2014.

465.  U.S. Patent No. 8,847,740B2 (Kiani et al.), titled "Alarm suspend system," and issued September 30, 2014.

466.  U.S. Patent No. 8,849,365B2 (Smith et al.), titled "Multiple wavelength sensor emitters," and issued September 30, 2014.

467. U.S. Patent No. 8,852,094B2 (Al-Ali et al.), titled "Physiological parameter system," and issued October 7, 2014.

468. U.S. Patent No. 8,852,994B2 (Wojtczuk et al.), titled "Method of fabricating bifacial tandem solar cells," and issued October 7, 2014.

469. U.S. Patent No. 8,868,147B2 (Stippick et al.), titled "Method and apparatus for controlling positioning of a noninvasive analyzer sample probe," and issued October 21, 2014.

470. U.S. Patent No. 8,868,150B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued October 21, 2014.

471. U.S. Patent No. 8,870,792B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued October 28, 2014.

472. U.S. Patent No. 8,886,271B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued November 11, 2014.

473. U.S. Patent No. 8,888,539B2 (Al-Ali et al.), titled "Shielded connector assembly," and issued November 18, 2014.

474. U.S. Patent No. 8,888,708B2 (Diab et al.), titled "Signal processing apparatus and method," and issued November 18, 2014.

475. U.S. Patent No. 8,892,180B2 (Weber et al.), titled "Sine saturation transform," and issued November 18, 2014.

476. U.S. Patent No. 8,897,847B2 (Al-Ali), titled "Digit gauge for noninvasive optical sensor," and issued November 25, 2014.

477. U.S. Patent No. 8,909,310B2 (Lamego et al.), titled "Multi-stream sensor front ends for noninvasive measurement of blood constituents," and issued December 9, 2014.

478. U.S. Patent No. 8,911,377B2 (Al-Ali), titled "Patient monitor including multi-parameter graphical display," and issued December 16, 2014.

479. U.S. Patent No. 8,912,909B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued December 16, 2014.

480. U.S. Patent No. 8,920,317B2 (Al-Ali et al.), titled "Multipurpose sensor port," and issued December 30, 2014.

481. U.S. Patent No. 8,920,332B2 (Hong et al.), titled "Wearable heart rate monitor," and issued December 30, 2014.

482.  U.S. Patent No. 8,921,699B2 (Al-Ali et al.), titled "Low noise oximetry cable including conductive cords," and issued December 30, 2014.

483.  U.S. Patent No. 8,922,382B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued December 30, 2014.

484.  U.S. Patent No. 8,929,964B2 (Al-Ali et al.), titled "Multiple wavelength sensor drivers," and issued January 6, 2015.

485.  U.S. Patent No. 8,942,777B2 (Diab et al.), titled "Signal processing apparatus," and issued January 27, 2015.

486.  U.S. Patent No. 8,948,834B2 (Diab et al.), titled "Signal processing apparatus," and issued February 3, 2015.

487.  U.S. Patent No. 8,948,835B2 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued February 3, 2015.

488.  U.S. Patent No. 8,965,471B2 (Lamego), titled "Tissue profile wellness monitor," and issued February 24, 2015.

489.  U.S. Patent No. 8,983,564B2 (Al-Ali), titled "Perfusion index smoother," and issued March 17, 2015.

490.  U.S. Patent No. 8,989,831B2 (Al-Ali et al.), titled "Disposable components for reusable physiological sensor," and issued March 24, 2015.

491.  U.S. Patent No. 8,996,085B2 (Kiani et al.), titled "Robust alarm system," and issued March 31, 2015.

492.  U.S. Patent No. 8,998,809B2 (Kiani), titled "Systems and methods for calibrating minimally invasive and non-invasive physiological sensor devices," and issued April 7, 2015.

493.  U.S. Patent No. 8,998,815 (Venkatraman et al.), titled "Wearable heart rate monitor," and issued April 7, 2015.

494.  U.S. Patent No. 9,028,429B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued May 12, 2015.

495.  U.S. Patent No. 9,036,970B2 (Guyon et al.), titled "Method and device for diffuse excitation in imaging," and issued May 19, 2015.

496.    U.S. Patent No. 9,037,207B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued May 19, 2015.

497.    U.S. Patent No. 9,060,721B2 (Reichgott et al.), titled "Flowometry in optical coherence tomography for analyte level estimation," and issued June 23, 2015.

498.    U.S. Patent No. 9,066,666B2 (Kiani), titled "Patient monitor for monitoring microcirculation," and issued June 30, 2015.

499.    U.S. Patent No. 9,066,680B1 (Al-Ali et al.), titled "System for determining confidence in respiratory rate measurements," and issued June 30, 2015.

500.    U.S. Patent No. 9,072,437B2 (Paalasmaa), titled "Method, apparatus and computer program product for detecting heart rate," and issued July 7, 2015.

501.    U.S. Patent No. 9,072,474B2 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and issued July 7, 2015.

502.    U.S. Patent No. 9,078,560B2 (Schurman et al.), titled "Method for data reduction and calibration of an oct-based physiological monitor," and issued July 14, 2015.

503.    U.S. Patent No. 9,081,889B2 (Ingrassia , Jr. et al.), titled "Supporting the monitoring of a physical activity," and issued July 14, 2015.

504.    U.S. Patent No. 9,084,569B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and issued July 21, 2015.

505.    U.S. Patent No. 9,095,316B2 (Welch et al.), titled "System for generating alarms based on alarm patterns," and issued August 4, 2015.

506.    U.S. Patent No. 9,106,038B2 (Telfort et al.), titled "Pulse oximetry system with low noise cable hub," and issued August 11, 2015.

507.    U.S. Patent No. 9,107,625B2 (Telfort et al.), titled "Pulse oximetry system with electrical decoupling circuitry," and issued August 18, 2015.

508.    U.S. Patent No. 9,107,626B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued August 18, 2015.

509.    U.S. Patent No. 9,113,831B2 (Al-Ali), titled "Physiological measurement communications adapter," and issued August 25, 2015.

510.    U.S. Patent No. 9,113,832B2 (Al-Ali), titled "Wrist-mounted physiological measurement device," and issued August 25, 2015.

511.    U.S. Patent No. 9,119,595B2 (Lamego), titled "Reflection-detector sensor position indicator," and issued September 1, 2015.

512.    U.S. Patent No. 9,131,881B2 (Diab et al.), titled "Hypersaturation index," and issued September 15, 2015.

513.    U.S. Patent No. 9,131,882B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued September 15, 2015.

514.    U.S. Patent No. 9,131,883B2 (Al-Ali), titled "Physiological trend monitor," and issued September 15, 2015.

515.    U.S. Patent No. 9,131,917B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued September 15, 2015.

516.    U.S. Patent No. 9,138,180B1 (Coverston et al.), titled "Sensor adapter cable," and issued September 22, 2015.

517.    U.S. Patent No. 9,138,182B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued September 22, 2015.

518.    U.S. Patent No. 9,138,192B2 (Weber et al.), titled "Variable indication estimator," and issued September 22, 2015.

519.    U.S. Patent No. 9,142,117B2 (Muhsin et al.), titled "Systems and methods for storing, analyzing, retrieving and displaying streaming medical data," and issued September 22, 2015.

520.    U.S. Patent No. 9,153,112B1 (Kiani et al.), titled "Modular patient monitor," and issued October 6, 2015.

521.    U.S. Patent No. 9,153,121B2 (Kiani et al.), titled "Alarm suspend system," and issued October 6, 2015.

522.    U.S. Patent No. 9,161,696B2 (Al-Ali et al.), titled "Modular patient monitor," and issued October 20, 2015.

523.    U.S. Patent No. 9,161,713B2 (Al-Ali et al.), titled "Multi-mode patient monitor configured to self-configure for a selected or determined mode of operation," and issued October 20, 2015.

524.    U.S. Patent No. 9,167,995B2 (Lamego et al.), titled "Physiological parameter confidence measure," and issued October 27, 2015.

525.    U.S. Patent No. 9,176,141B2 (Al-Ali et al.), titled "Physiological monitor calibration system," and issued November 3, 2015.

526.    U.S. Patent No. 9,186,102B2 (Bruinsma et al.), titled "Emitter driver for noninvasive patient monitor," and issued November 17, 2015.

527.    U.S. Patent No. 9,192,312B2 (Al-Ali), titled "Patient monitor for determining microcirculation state," and issued November 24, 2015.

528.    U.S. Patent No. 9,192,329B2 (Al-Ali), titled "Variable mode pulse indicator," and issued November 24, 2015.

529.    U.S. Patent No. 9,192,351B1 (Telfort et al.), titled "Acoustic respiratory monitoring sensor with probe-off detection," and issued November 24, 2015.

530.    U.S. Patent No. 9,195,385B2 (Al-Ali et al.), titled "Physiological monitor touchscreen interface," and issued November 24, 2015.

531.    U.S. Patent No. 9,210,566B2 (Ziemianska et al.), titled "Method and apparatus for automatically adjusting the operation of notifications based on changes in physical activity level," and issued December 8, 2015.

532.    U.S. Patent No. 9,211,072B2 (Kiani), titled "Disposable active pulse sensor," and issued December 15, 2015.

533.    U.S. Patent No. 9,211,095B1 (Al-Ali), titled "Physiological measurement logic engine," and issued December 15, 2015.

534.    U.S. Patent No. 9,218,454B2 (Kiani et al.), titled "Medical monitoring system," and issued December 22, 2015.

535.    U.S. Patent No. 9,226,696B2 (Kiani), titled "Patient safety system with automatically adjusting bed," and issued January 5, 2016.

536.    U.S. Patent No. 9,241,662B2 (Al-Ali et al.), titled "Configurable physiological measurement system," and issued January 26, 2016.

537.    U.S. Patent No. 9,245,668B1 (Vo et al.), titled "Low noise cable providing communication between electronic sensor components and patient monitor," and issued January 26, 2016.

538.    U.S. Patent No. 9,259,185B2 (Abdul-Hafiz et al.), titled "Ear sensor," and issued February 16, 2016.

539.    U.S. Patent No. 9,267,572B2 (Barker et al.), titled "Cable tether system," and issued February 23, 2016.

540.    U.S. Patent No. 9,277,880B2 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued March 8, 2016.

541.    U.S. Patent No. 9,289,167B2 (Diab et al.), titled "Signal processing apparatus and method," and issued March 22, 2016.

542.    U.S. Patent No. 9,295,421B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued March 29, 2016.

543.    U.S. Patent No. 9,307,928B1 (Al-Ali et al.), titled "Plethysmographic respiration processor," and issued April 12, 2016.

544.    U.S. Patent No. 9,311,382B2 (Varoglu et al.), titled "Method and apparatus for personal characterization data collection using sensors," and issued April 12, 2016.

545.    U.S. Patent No. 9,314,197 (Eisen et al.), titled "Wearable pulse oximetry device," and issued April 19, 2016.

546.    U.S. Patent No. 9,323,894B2 (Kiani), titled "Health care sanitation monitoring system," and issued April 26, 2016.

547.    U.S. Patent No. 9,326,712B1 (Kiani), titled "Opticoustic sensor," and issued May 3, 2016.

548.    U.S. Patent No. 9,333,316B2 (Kiani), titled "Drug administration controller," and issued May 10, 2016.

549.    U.S. Patent No. 9,339,220B2 (Lamego et al.), titled "Multi-wavelength physiological monitor," and issued May 17, 2016.

550.    U.S. Patent No. 9,339,236B2 (Frix et al.), titled "Continuous transdermal monitoring system and method," and issued May 17, 2016.

551.    U.S. Patent No. 9,341,565B2 (Lamego et al.), titled "Multiple-wavelength physiological monitor," and issued May 17, 2016.

552.    U.S. Patent No. 9,351,673B2 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 31, 2016.

553.    U.S. Patent No. 9,351,675B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued May 31, 2016.

554.    U.S. Patent No. 9,357,665B2 (Myers et al.), titled "Handheld device enclosure," and issued May 31, 2016.

555.    U.S. Patent No. 9,364,181B2 (Kiani et al.), titled "Physiological sensor combination," and issued June 14, 2016.

556.    U.S. Patent No. 9,368,671B2 (Wojtczuk et al.), titled "Bifacial tandem solar cells," and issued June 14, 2016.

557.    U.S. Patent No. 9,370,325B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued June 21, 2016.

558.    U.S. Patent No. 9,370,326B2 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and issued June 21, 2016.

559.    U.S. Patent No. 9,370,335B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued June 21, 2016.

560.    U.S. Patent No. 9,375,185B2 (Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and issued June 28, 2016.

561.    U.S. Patent No. 9,386,953B2 (Al-Ali), titled "Method of sterilizing a reusable portion of a noninvasive optical probe," and issued July 12, 2016.

562.    U.S. Patent No. 9,386,961B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued July 12, 2016.

563.    U.S. Patent No. 9,392,945B2 (Al-Ali et al.), titled "Automated cchd screening and detection," and issued July 19, 2016.

564.    U.S. Patent No. 9,392,946B2 (Al-Ali et al.), titled "Automated CCHD screening and detection," and issued July 19, 2016.

565.    U.S. Patent No. 9,397,448B2 (Sarantos et al.), titled " Heart rate sensor with high-aspect-ratio photodetector element," and issued July 19, 2016.

566.    U.S. Patent No. 9,408,542B1 (Kinast et al.), titled "Non-invasive blood pressure measurement system," and issued August 9, 2016.

567.    U.S. Patent No. 9,436,645B2 (Al-Ali et al.), titled "Medical monitoring hub," and issued September 6, 2016.

568.    U.S. Patent No. 9,445,759B1 (Lamego et al.), titled "Blood glucose calibration system," and issued September 20, 2016.

569.    U.S. Patent No. 9,466,919B2 (Kiani et al.), titled "Magnetic connector," and issued October 11, 2016.

570.    U.S. Patent No. 9,474,474B2 (Lamego et al.), titled "Patient monitor as a minimally invasive glucometer," and issued October 25, 2016.

571.    U.S. Patent No. 9,480,422B2 (Al-Ali), titled "Cyanotic infant sensor," and issued November 1, 2016.

572.    U.S. Patent No. 9,480,435B2 (Olsen), titled "Configurable patient monitoring system," and issued November 1, 2016.

573.    U.S. Patent No. 9,489,081B2 (Anzures et al.), titled "Electronic touch communication," and issued November 8, 2016.

574.    U.S. Patent No. 9,492,110B2 (Al-Ali et al.), titled "Physiological monitor," and issued November 15, 2016.

575.    U.S. Patent No. 9,497,534B2 (Prest et al.), titled "Sports monitoring system for headphones, earbuds and/or headsets," and issued November 15, 2016.

576.    U.S. Patent No. 9,510,779B2 (Poeze et al.), titled "Analyte monitoring using one or more accelerometers," and issued December 6, 2016.

577.    U.S. Patent No. 9,517,024B2 (Kiani et al.), titled "Optical-based physiological monitoring system," and issued December 13, 2016.

578.    U.S. Patent No. 9,526,430B2 (Srinivas et al.), titled "Method and system to estimate day-long calorie expenditure based on posture," and issued December 27, 2016.

579.    U.S. Patent No. 9,532,722B2 (Lamego et al.), titled "Patient monitoring system," and issued January 3, 2017.

580.    U.S. Patent No. 9,538,949B2 (Al-Ali et al.), titled "Depth of consciousness monitor including oximeter," and issued January 10, 2017.

581.    U.S. Patent No. 9,538,980B2 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and issued January 10, 2017.

582.    U.S. Patent No. 9,549,696B2 (Lamego et al.), titled "Physiological parameter confidence measure," and issued January 24, 2017.

583.    U.S. Patent No. 9,553,625B2 (Hatanaka et al.), titled "Modular functional band links for wearable devices," and issued January 24, 2017.

584.    U.S. Patent No. 9,554,737B2 (Schurman et al.), titled "Noninvasively measuring analyte levels in a subject," and issued January 31, 2017.

585.   U.S. Patent No. 9,560,996B2 (Kiani), titled "Universal medical system," and issued February 7, 2017.

586.   U.S. Patent No. 9,560,998B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued February 7, 2017.

587.   U.S. Patent No. 9,566,019B2 (Al-Ali et al.), titled "Respiratory monitoring," and issued February 14, 2017.

588.   U.S. Patent No. 9,579,039B2 (Jansen et al.), titled "Non-invasive intravascular volume index monitor," and issued February 28, 2017.

589.   U.S. Patent No. 9,591,975B2 (Dalvi et al.), titled "Contoured protrusion for improving spectroscopic measurement of blood constituents," and issued March 14, 2017.

590.   U.S. Patent No. 9,593,969B2 (King), titled "Concealed electrical connectors," and issued March 14, 2017.

591.   U.S. Patent No. 9,622,692B2 (Lamego et al.), titled "Personal health device," and issued April 18, 2017.

592.   U.S. Patent No. 9,622,693B2 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued April 18, 2017.

593.   U.S. Patent No. 9,636,055B2 (Al-Ali et al.), titled "Pulse and confidence indicator displayed proximate plethysmograph," and issued May 2, 2017.

594.   U.S. Patent No. 9,636,056B2 (Al-Ali et al.), titled "Physiological trend monitor," and issued May 2, 2017.

595.   U.S. Patent No. 9,649,054B2 (Lamego et al.), titled "Blood pressure measurement method," and issued May 16, 2017.

596.   U.S. Patent No. 9,651,405B1 (Gowreesunker et al.), titled "Dynamic adjustment of a sampling rate for an optical encoder," and issued May 16, 2017.

597.   U.S. Patent No. 9,662,052B2 (Al-Ali et al.), titled "Reprocessing of a physiological sensor," and issued May 30, 2017.

598.   U.S. Patent No. 9,668,676B2 (Culbert), titled "User identification system based on plethysmography," and issued June 6, 2017.

599.  U.S. Patent No. 9,668,679B2 (Schurman et al.), titled "Method for data reduction and calibration of an oct-based physiological monitor," and issued June 6, 2017.

600.  U.S. Patent No. 9,668,680B2 (Bruinsma et al.), titled "Emitter driver for noninvasive patient monitor," and issued June 6, 2017.

601.  U.S. Patent No. 9,668,703B2 (Al-Ali), titled "Bidirectional physiological information display," and issued June 6, 2017.

602.  U.S. Patent No. 9,675,286B2 (Diab), titled "Plethysmograph pulse recognition processor," and issued June 13, 2017.

603.  U.S. Patent No. 9,681,812B2 (Presura), titled "Optical device for measuring a heart rate of a user," and issued June 20, 2017.

604.  U.S. Patent No. 9,684,900B2 (Motoki et al.), titled "Authentication on mobile device using two-dimensional code," and issued June 20, 2017.

605.  U.S. Patent No. 9,687,160B2 (Kiani), titled "Congenital heart disease monitor," and issued June 27, 2017.

606.  U.S. Patent No. 9,693,719B2 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and issued July 4, 2017.

607.  U.S. Patent No. 9,693,737B2 (Al-Ali), titled "Physiological measurement logic engine," and issued July 4, 2017.

608.  U.S. Patent No. 9,697,928B2 (Al-Ali et al.), titled "Automated assembly sensor cable," and issued July 4, 2017.

609.  U.S. Patent No. 9,699,546B2 (Qian et al.), titled "Earbuds with biometric sensing," and issued July 4, 2017.

610.  U.S. Patent No. 9,716,937B2 (Qian et al.), titled "Earbuds with biometric sensing," and issued July 25, 2017.

611.  U.S. Patent No. 9,717,425B2 (Kiani et al.), titled "Noise shielding for a noninvaise device," and issued August 1, 2017.

612.  U.S. Patent No. 9,717,448B2 (Frix et al.), titled "Continuous transdermal monitoring system and method," and issued August 1, 2017.

613.  U.S. Patent No. 9,717,458B2 (Lamego et al.), titled "Magnetic-flap optical sensor," and issued August 1, 2017.

614.     U.S. Patent No. 9,723,997B1 (Lamego), titled "Electronic device that computes health data," and issued August 8, 2017.

615.     U.S. Patent No. 9,724,016B1 (Al-Ali et al.), titled "Respiration processor," and issued August 8, 2017.

616.     U.S. Patent No. 9,724,024B2 (Al-Ali), titled "Adaptive alarm system," and issued August 8, 2017.

617.     U.S. Patent No. 9,724,025B1 (Kiani et al.), titled "Active-pulse blood analysis system," and issued August 8, 2017.

618.     U.S. Patent No. 9,730,640B2 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued August 15, 2017.

619.     U.S. Patent No. 9,743,887B2 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and issued August 29, 2017.

620.     U.S. Patent No. 9,749,232B2 (Sampath et al.), titled "Intelligent medical network edge router," and issued August 29, 2017.

621.     U.S. Patent No. 9,750,442B2 (Olsen), titled "Physiological status monitor," and issued September 5, 2017.

622.     U.S. Patent No. 9,750,443B2 (Smith et al.), titled "Multiple wavelength sensor emitters," and issued September 5, 2017.

623.     U.S. Patent No. 9,750,461B1 (Telfort), titled "Acoustic respiratory monitoring sensor with probe-off detection," and issued September 5, 2017.

624.     U.S. Patent No. 9,752,925B2 (Chu et al.), titled "Optical sensor," and issued September 5, 2017.

625.     U.S. Patent No. 9,775,545B2 (Al-Ali et al.), titled "Magnetic electrical connector for patient monitors," and issued October 3, 2017.

626.     U.S. Patent No. 9,775,546B2 (Diab et al.), titled "Hypersaturation index," and issued October 3, 2017.

627.     U.S. Patent No. 9,775,548 (Sarantos et al.), titled " Heart rate sensor with high-aspect-ratio photodetector element," and issued Oct. 3, 2017.

628.     U.S. Patent No. 9,775,570B2 (Al-Ali), titled "Adaptive alarm system," and issued October 3, 2017.

629.     U.S. Patent No. 9,778,079B1 (Al-Ali et al.), titled "Physiological monitor gauge panel," and issued October 3, 2017.

630.     U.S. Patent No. 9,781,984B2 (Baranski et al.), titled "Dynamic fit adjustment for wearable electronic devices," and issued October 10, 2017.

631.     U.S. Patent No. 9,782,077B2 (Lamego et al.), titled "Modulated physiological sensor," and issued October 10, 2017.

632.     U.S. Patent No. 9,782,110B2 (Kiani), titled "Opticoustic sensor," and issued October 10, 2017.

633.     U.S. Patent No. 9,787,568B2 (Lamego et al.), titled "Physiological test credit method," and issued October 10, 2017.

634.     U.S. Patent No. 9,788,735B2 (Al-Ali), titled "Body worn mobile medical patient monitor," and issued October 17, 2017.

635.     U.S. Patent No. 9,788,768B2 (Al-Ali et al.), titled "Physiological parameter tracking system," and issued October 17, 2017.

636.     U.S. Patent No. 9,795,300B2 (Al-Ali), titled "Wearable portable patient monitor," and issued October 24, 2017.

637.     U.S. Patent No. 9,795,310B2 (Al-Ali), titled "Patient monitor for determining microcirculation state," and issued October 24, 2017.

638.     U.S. Patent No. 9,795,358B2 (Telfort et al.), titled "Acoustic sensor assembly," and issued October 24, 2017.

639.     U.S. Patent No. 9,795,739B2 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and issued October 24, 2017.

640.     U.S. Patent No. 9,801,556B2 (Kiani), titled "Patient monitor for monitoring microcirculation," and issued October 31, 2017.

641.     U.S. Patent No. 9,801,588B2 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and issued October 31, 2017.

642.     U.S. Patent No. 9,808,188B1 (Perea et al.), titled "Robust fractional saturation determination," and issued November 7, 2017.

643.     U.S. Patent No. 9,814,418B2 (Weber et al.), titled "Sine saturation transform," and issued November 14, 2017.

644. U.S. Patent No. 9,820,691 B2 (Kiani), titled "Fluid titration system," and issued November 21, 2017.

645. U.S. Patent No. 9,833,152 B2 (Kiani et al.), titled "Optical-based physiological monitoring system," and issued December 5, 2017.

646. U.S. Patent No. 9,833,180 B2 (Shakespeare et al.), titled "Multispot monitoring for use in optical coherence tomography," and issued December 5, 2017.

647. U.S. Patent No. 9,838,775 B2 (Qian et al.), titled "Earbuds with biometric sensing," and issued December 5, 2017.

648. U.S. Patent No. 9,839,379 B2 (Al-Ali et al.), titled "Regional oximetry pod," and issued December 12, 2017.

649. U.S. Patent No. 9,839,381 B1 (Weber et al.), titled "Physiological measurement system with automatic wavelength adjustment," and issued December 12, 2017.

650. U.S. Patent No. 9,847,002 B2 (Kiani et al.), titled "Modular patient monitor," and issued December 19, 2017.

651. U.S. Patent No. 9,847,749 B2 (Kiani et al.), titled "Pool solar power generator," and issued December 19, 2017.

652. U.S. Patent No. 9,848,800 B1 (Lee et al.), titled "Respiratory pause detector," and issued December 26, 2017.

653. U.S. Patent No. 9,848,806 B2 (Al-Ali), titled "Low power pulse oximeter," and issued December 26, 2017.

654. U.S. Patent No. 9,848,807 B2 (Lamego), titled "Tissue profile wellness monitor," and issued December 26, 2017.

655. U.S. Patent No. 9,848,823 B2 (Raghuram et al.), titled "Context-aware heart rate estimation," and issued December 26, 2017.

656. U.S. Patent No. 9,861,298 B2 (Eckerbom et al.), titled "Gas sampling line," and issued January 9, 2018.

657. U.S. Patent No. 9,861,304 B2 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued January 9, 2018.

658. U.S. Patent No. 9,861,305 B1 (Weber et al.), titled "Method and apparatus for calibration to reduce coupling between signals in a measurement system," and issued January 9, 2018.

659.  U.S. Patent No. 9,866,671 B1 (Thompson et al.), titled "Tracking activity data between wearable devices paired with a companion device," and issued January 9, 2018.

660.  U.S. Patent No. 9,867,575 B2 (Maani et al.), titled "Heart rate path optimizer," and issued January 16, 2018.

661.  U.S. Patent No. 9,867,578 B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued January 16, 2018.

662.  U.S. Patent No. 9,872,623 B2 (Al-Ali), titled "Arm mountable portable patient monitor," and issued January 23, 2018.

663.  U.S. Patent No. 9,876,320 B2 (Coverston et al.), titled "Sensor adapter cable," and issued January 23, 2018.

664.  U.S. Patent No. 9,877,650 B2 (Muhsin et al.), titled "Physiological monitor with mobile computing device connectivity," and issued January 30, 2018.

665.  U.S. Patent No. 9,877,686 B2 (Al-Ali et al.), titled "System for determining confidence in respiratory rate measurements," and issued January 30, 2018.

666.  U.S. Patent No. 9,891,079 B2 (Dalvi), titled "Pulser with double-bearing position encoder for non-invasive physiological monitoring," and issued February 13, 2018.

667.  U.S. Patent No. 9,891,590 B2 (Shim et al.), titled "Reverse battery protection device and operating method thereof," and issued February 13, 2018.

668.  U.S. Patent No. 9,895,107 B2 (Al-Ali et al.), titled "Disposable components for reusable physiological sensor," and issued February 20, 2018.

669.  U.S. Patent No. 9,898,049 B2 (Myers et al.), titled "Handheld device enclosure having outer periphery members and a front cover assembly," and issued February 20, 2018.

670.  U.S. Patent No. 9,913,617 B2 (Al-Ali et al.), titled "Medical monitoring hub," and issued March 13, 2018.

671.  U.S. Patent No. 9,918,646 B2 (Singh Alvarado et al.), titled "Sensor fusion approach to energy expenditure estimation," and issued March 20, 2018.

672.  U.S. Patent No. 9,924,893 B2 (Schurman et al.), titled "Apparatus and method for creating a stable optical interface," and issued March 27, 2018.

673. U.S. Patent No. 9,924,897B1 (Abdul-Hafiz et al.), titled "Heated reprocessing of physiological sensors," and issued March 27, 2018.

674. U.S. Patent No. 9,936,917B2 (Poeze et al.), titled "Patient monitor placement indicator," and issued April 10, 2018.

675. U.S. Patent No. 9,943,269B2 (Muhsin et al.), titled "System for displaying medical monitoring data," and issued April 17, 2018.

676. U.S. Patent No. 9,949,676B2 (Al-Ali), titled "Patient monitor capable of monitoring the quality of attached probes and accessories," and issued April 24, 2018.

677. U.S. Patent No. 9,952,095B1 (Hotelling et al.), titled "Methods and systems for modulation and demodulation of optical signals," and issued April 24, 2018.

678. U.S. Patent No. 9,955,937B2 (Telfort), titled "Acoustic patient sensor coupler," and issued May 1, 2018.

679. U.S. Patent No. 9,965,946B2 (Al-Ali), titled "Systems and methods for monitoring a patient health network," and issued May 8, 2018.

680. U.S. Patent No. 9,980,667B2 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued May 29, 2018.

681. U.S. Patent No. 9,986,919B2 (Lamego et al.), titled "Patient monitoring system," and issued June 5, 2018.

682. U.S. Patent No. 9,986,952B2 (Dalvi et al.), titled "Heart sound simulator," and issued June 5, 2018.

683. U.S. Patent No. 9,989,560B2 (Poeze et al.), titled "Interference detector for patient monitor," and issued June 5, 2018.

684. U.S. Patent No. 9,993,207B2 (Al-Ali et al.), titled "Medical monitoring hub," and issued June 12, 2018.

685. U.S. Patent No. 10,007,758B2 (Al-Ali et al.), titled "Medical monitoring system," and issued June 26, 2018.

686. U.S. Patent No. 10,010,276B2 (Al-Ali et al.), titled "Regional oximetry user interface," and issued July 3, 2018.

687. U.S. Patent No. 10,032,002B2 (Kiani et al.), titled "Medical monitoring system," and issued July 24, 2018.

688.    U.S. Patent No. 10,039,080B2 (Miller et al.), titled "Situationally-aware alerts," and issued July 31, 2018.

689.    U.S. Patent No. 10,039,482B2 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and issued August 7, 2018.

690.    U.S. Patent No. 10,039,491B2 (Thompson et al.), titled "Methods for reducing noise in optical biological sensors," and issued August 7, 2018.

691.    U.S. Patent No. 10,052,037B2 (Kinast et al.), titled "Non-invasive blood pressure measurement system," and issued August 21, 2018.

692.    U.S. Patent No. 10,055,121B2 (Chaudhri et al.), titled "Activity based thresholds and feedbacks," and issued August 21, 2018.

693.    U.S. Patent No. 10,058,275B2 (Al-Ali et al.), titled "Multipurpose sensor port," and issued August 28, 2018.

694.    U.S. Patent No. 10,064,562B2 (Al-Ali), titled "Variable mode pulse indicator," and issued September 4, 2018.

695.    U.S. Patent No. 10,066,970B2 (Gowreesunker et al.), titled "Dynamic range control for optical encoders," and issued September 4, 2018.

696.    U.S. Patent No. 10,076,257B2 (Lin et al.), titled "Seamlessly embedded heart rate monitor," and issued September 18, 2018.

697.    U.S. Patent No. 10,078,052B2 (Ness et al.), titled "Reflective surface treatments for optical sensors," and issued September 18, 2018.

698.    U.S. Patent No. 10,086,138B1 (Novak , Jr.), titled "Autonomous drug delivery system," and issued October 2, 2018.

699.    U.S. Patent No. 10,092,200B2 (Al-Ali et al.), titled "Plethysmograph variability processor," and issued October 9, 2018.

700.    U.S. Patent No. 10,092,244B2 (Chuang et al.), titled "Biometric detection module with denoising function and biometric detection method thereof," and issued October 9, 2018.

701.    U.S. Patent No. 10,092,249B2 (Kiani et al.), titled "Robust alarm system," and issued October 9, 2018.

702.    U.S. Patent No. 10,098,550B2 (Al-Ali et al.), titled "Plethysmographic respiration rate detection," and issued October 16, 2018.

703.    U.S. Patent No. 10,098,591B2 (Al-Ali et al.), titled "Physiological parameter system," and issued October 16, 2018.

704.    U.S. Patent No. 10,098,610B2 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and issued October 16, 2018.

705.    U.S. Patent No. 10,117,587B2 (Han), titled "Dynamically reconfigurable apertures for optimization of ppg signal and ambient light mitigation," and issued November 6, 2018.

706.    U.S. Patent No. 10,123,726B2 (Al-Ali et al.), titled "Configurable physiological measurement system," and issued November 13, 2018.

707.    U.S. Patent No. 10,130,289B2 (Al-Ali et al.), titled "Pulse and confidence indicator displayed proximate plethysmograph," and issued November 20, 2018.

708.    U.S. Patent No. 10,130,291B2 (Schurman et al.), titled "Method for data reduction and calibration of an oct-based physiological monitor," and issued November 20, 2018.

709.    U.S. Patent No. 10,149,616B2 (Al-Ali et al.), titled "Wireless patient monitoring device," and issued December 11, 2018.

710.    U.S. Patent No. 10,154,815B2 (Al-Ali et al.), titled "Modular physiological sensors," and issued December 18, 2018.

711.    U.S. Patent No. 10,159,412B2 (Lamego et al.), titled "Handheld processing device including medical applications for minimally and non invasive glucose measurements," and issued December 25, 2018.

712.    U.S. Patent No. 10,165,954B2 (Lee), titled "Integrated sensor modules," and issued January 1, 2019.

713.    U.S. Patent No. 10,188,296B2 (Al-Ali et al.), titled "Wireless patient monitoring device," and issued January 29, 2019.

714.    U.S. Patent No. 10,188,331B1 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued January 29, 2019.

715.    U.S. Patent No. 10,188,348B2 (Al-Ali et al.), titled "Parameter upgrade system," and issued January 29, 2019.

716.    U.S. Patent No. 10,194,847B2 (Al-Ali), titled "Perfusion index smoother," and issued February 5, 2019.

717.   U.S. Patent No. 10,194,848B1 (Kiani et al.), titled "Non-invasive physiological sensor cover," and issued February 5, 2019.

718.   U.S. Patent No. 10,201,286B2 (Waydo), titled "Frequency domain projection algorithm," and issued February 12, 2019.

719.   U.S. Patent No. 10,201,298B2 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and issued February 12, 2019.

720.   U.S. Patent No. 10,205,272B2 (Kiani et al.), titled "Magnetic connector," and issued February 12, 2019.

721.   U.S. Patent No. 10,205,291B2 (Scruggs et al.), titled "Pogo pin connector," and issued February 12, 2019.

722.   U.S. Patent No. 10,213,108B2 (Al-Ali), titled "Arm mountable portable patient monitor," and issued February 26, 2019.

723.   U.S. Patent No. 10,215,698B2 (Han et al.), titled "Multiple light paths architecture and obscuration methods for signal and perfusion index optimization," and issued February 26, 2019.

724.   U.S. Patent No. 10,219,706B2 (Al-Ali), titled "Physiological measurement device," and issued March 5, 2019.

725.   U.S. Patent No. 10,219,746B2 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and issued March 5, 2019.

726.   U.S. Patent No. 10,219,754B1 (Lamego), titled "Modulation and demodulation techniques for a health monitoring system," and issued March 5, 2019.

727.   U.S. Patent No. 10,226,187B2 (Al-Ali et al.), titled "Patient-worn wireless physiological sensor," and issued March 12, 2019.

728.   U.S. Patent No. 10,226,576B2 (Kiani), titled "Sepsis monitor," and issued March 12, 2019.

729.   U.S. Patent No. 10,231,657B2 (Al-Ali et al.), titled "Total hemoglobin screening sensor," and issued March 19, 2019.

730.   U.S. Patent No. 10,231,670B2 (Blank et al.), titled "Proximity sensor in pulse oximeter," and issued March 19, 2019.

731.   U.S. Patent No. 10,231,676B2 (Al-Ali et al.), titled "Dual-mode patient monitor," and issued March 19, 2019.

732. U.S. Patent No. 10,247,670B2 (Ness et al.), titled "Reflective surface treatments for optical sensors," and issued April 2, 2019.

733. U.S. Patent No. 10,251,585B2 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and issued April 9, 2019.

734. U.S. Patent No. 10,251,586B2 (Lamego), titled "Tissue profile wellness monitor," and issued April 9, 2019.

735. U.S. Patent No. 10,255,994B2 (Sampath et al.), titled "Physiological parameter alarm delay," and issued April 9, 2019.

736. U.S. Patent No. 10,258,265B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 16, 2019.

737. U.S. Patent No. 10,258,266B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued April 16, 2019.

738. U.S. Patent No. 10,265,024B2 (Lee et al.), titled "Sensor system for heart rate measurement per axis of shared orientation," and issued April 23, 2019.

739. U.S. Patent No. 10,271,748B2 (Al-Ali), titled "Patient monitor for determining microcirculation state," and issued April 30, 2019.

740. U.S. Patent No. 10,278,626B2 (Schurman et al.), titled "Apparatus and method for creating a stable optical interface," and issued May 7, 2019.

741. U.S. Patent No. 10,278,648B2 (Al-Ali et al.), titled "Automated cchd screening and detection," and issued May 7, 2019.

742. U.S. Patent No. 10,279,247B2 (Kiani), titled "Avatar-incentive healthcare therapy," and issued May 7, 2019.

743. U.S. Patent No. 10,285,626B1 (Kestelli et al.), titled "Activity identification using an optical heart rate monitor," and issued May 14, 2019.

744. U.S. Patent No. 10,292,628B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued May 21, 2019.

745. U.S. Patent No. 10,292,657B2 (Abdul-Hafiz et al.), titled "Ear sensor," and issued May 21, 2019.

746.   U.S. Patent No. 10,292,664B2 (Al-Ali), titled "Monitor configuration system," and issued May 21, 2019.

747.   U.S. Patent No. 10,299,708B1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and issued May 28, 2019.

748.   U.S. Patent No. 10,299,709B2 (Perea et al.), titled "Robust fractional saturation determination," and issued May 28, 2019.

749.   U.S. Patent No. 10,305,775B2 (Lamego et al.), titled "Physiological test credit method," and issued May 28, 2019.

750.   U.S. Patent No. 10,307,111B2 (Muhsin et al.), titled "Patient position detection system," and issued June 4, 2019.

751.   U.S. Patent No. 10,325,681B2 (Sampath et al.), titled "Physiological alarm threshold determination," and issued June 18, 2019.

752.   U.S. Patent No. 10,327,337B2 (Triman et al.), titled "Fold flex circuit for lnop," and issued June 18, 2019.

753.   U.S. Patent No. 10,390,716B2 (Shimuta), titled "Pulse transmission time measuring apparatus and biological state estimating apparatus," and issued August 27, 2019.

754.   U.S. Patent No. 10,398,383B2 (van Dinther et al.), titled "Motion artifact reduction using multi-channel ppg signals," and issued September 3, 2019.

755.   U.S. Patent No. 10,406,445B2 (Vock et al.), titled "Personal items network, and associated methods," and issued September 10, 2019.

756.   U.S. Patent No. 10,416,079B2 (Magnussen et al.), titled "Device and method for determining a concentration in a sample," and issued September 17, 2019.

757.   U.S. Patent Application Publication No. 2002/0042558A1 (Mendelson), titled "Pulse oximeter and method of operation," and published April 11, 2002.

758.   U.S. Patent Application Publication No. 2002/0188210A1 (Aizawa), titled "Pulse wave sensor and pulse rate detector," and published December 12, 2002.

759.   U.S. Patent Application Publication No. 2003/0036689A1 (Diab et al.), titled "Signal processing apparatus," and published February 20, 2003.

760. U.S. Patent Application Publication No. 2003/0036690A1 (Geddes et al.), titled "Body-member-illuminating pressure cuff for use in optical noninvasive measurement of blood parameters," and published February 20, 2003.

761. U.S. Patent Application Publication No. 2004/0054290A1 (Chance), titled "Spectrophotometer for in vivo examination of biological tissue," and published March 18, 2004.

762. U.S. Patent Application Publication No. 2004/0114783A1 (Spycher et al.), titled "Device for imaging the papillary lines of a finger," and published June 17, 2004.

763. U.S. Patent Application Publication No. 2005/0277819A1 (Kiani et al.), titled "Physiological sensor combination," and published December 15, 2005.

764. U.S. Patent Application Publication No. 2006/0009607A1 (Lutz et al.), titled "Polyurea coatings for golf equipment," and published January 12, 2006.

765. U.S. Patent Application Publication No. 2006/0161054A1 (Reuss et al.), titled "Limited use medical probe," and published July 20, 2006.

766. U.S. Patent Application Publication No. 2006/0182659A1 (Unlu et al.), titled "Resonant cavity biosensor," and published August 17, 2006.

767. U.S. Patent Application Publication No. 2007/0282478A1 (Al-Ali et al.), titled "Parameter upgrade system," and published December 6, 2007.

768. U.S. Patent Application Publication No. 2008/0030468A1 (Al-Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and published February 7, 2008.

769. U.S. Patent Application Publication No. 2009/0177097A1 (Ma et al.), titled "Exercise device, sensor and method of determining body parameters during exercise," and published July 9, 2009.

770. U.S. Patent Application Publication No. 2009/0247984A1 (Lamego et al.), titled "Use of microneedles for small molecule metabolite reporter delivery," and published October 1, 2009.

771. U.S. Patent Application Publication No. 2009/0275813A1 (Davis), titled "External ear-placed non-invasive physiological sensor," and published November 5, 2009.

772. U.S. Patent Application Publication No. 2009/0275844A1 (Al-Ali), titled "Monitor configuration system," and published November 5, 2009.

773. U.S. Patent Application Publication No. 2010/0004518A1 (Vo et al.), titled "Heat sink for noninvasive medical sensor," and published January 7, 2010.

774. U.S. Patent Application Publication No. 2010/0030040A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published February 4, 2010.

775. U.S. Patent Application Publication No. 2010/0030043A1 (Kuhn), titled "Implantable medical system including multiple sensing modules," and published February 4, 2010.

776. U.S. Patent Application Publication No. 2010/0113948A1 (Yang et al.), titled "Heart rate measurement," and published May 6, 2010.

777. U.S. Patent Application Publication No. 2011/0004106A1 (Iwamiya et al.), titled "Optical biological information detecting apparatus and optical biological information detecting method," and published January 6, 2011.

778. U.S. Patent Application Publication No. 2011/0082711A1 (Poeze et al.), titled "Personal digital assistant or organizer for monitoring glucose levels," and published April 7, 2011.

779. U.S. Patent Application Publication No. 2011/0085721A1 (Guyon et al.), titled "Method and device for diffuse excitation in imaging," and published April 14, 2011.

780. U.S. Patent Application Publication No. 2011/0105854A1 (Kiani et al.), titled "Medical monitoring system," and published May 5, 2011.

781. U.S. Patent Application Publication No. 2011/0125060A1 (Telfort et al.), titled "Acoustic respiratory monitoring systems and methods," and published May 26, 2011.

782. U.S. Patent Application Publication No. 2011/0208015A1 (Welch et al.), titled "Wireless patient monitoring system," and published August 25, 2011.

783. U.S. Patent Application Publication No. 2011/0213212A1 (Al-Ali), titled "Adaptive alarm system," and published September 1, 2011.

784. U.S. Patent Application Publication No. 2011/0230733A1 (Al-Ali), titled "Wellness analysis system," and published September 22, 2011.

785.    U.S. Patent Application Publication No. 2011/0237969A1 (Eckerbom et al.), titled "Gas sampling line," and published September 29, 2011.

786.    U.S. Patent Application Publication No. 2011/0245697A1 (Miettinen), titled "Heart pulse detection," and published October 6, 2011.

787.    U.S. Patent Application Publication No. 2011/0288383A1 (Diab), titled "Plethysmograph pulse recognition processor," and published November 24, 2011.

788.    U.S. Patent Application Publication No. 2011/0301444A1 (Al-Ali), titled "Resposable pulse oximetry sensor," and published December 8, 2011.

789.    U.S. Patent Application Publication No. 2012/0041316A1 (Al-Ali et al.), titled "Pulse and confidence indicator displayed proximate plethysmograph," and published February 16, 2012.

790.    U.S. Patent Application Publication No. 2012/0046557A1 (Kiani), titled "Fluid titration system," and published February 23, 2012.

791.    U.S. Patent Application Publication No. 2012/0059267A1 (Lamego et al.), titled "Blood pressure measurement system," and published March 8, 2012.

792.    U.S. Patent Application Publication No. 2012/0088984A1 (Al-Ali et al.), titled "Megnetic electrical connector for patient monitors," and published April 12, 2012.

793.    U.S. Patent Application Publication No. 2012/0150052A1 (Buchheim et al.), titled "Heart rate monitor," and published June 14, 2012.

794.    U.S. Patent Application Publication No. 2012/0165629A1 (Merritt et al.), titled "Systems and methods of monitoring a patient through frequency-domain photo migration spectroscopy," and published June 28, 2012.

795.    U.S. Patent Application Publication No. 2012/0179006A1 (Jansen et al.), titled "Non-invasive intravascular volume index monitor," and published July 12, 2012.

796.    U.S. Patent Application Publication No. 2012/0197093A1 (LeBoeuf et al.), titled "Apparatus and methods for monitoring physiological data during environmental interference," and published August 2, 2012.

797.    U.S. Patent Application Publication No. 2012/0197137A1 (Jeanne et al.), titled "Method and system for carrying out photoplethysmography," and published August 2, 2012.

798.    U.S. Patent Application Publication No. 2012/0209082A1 (Al-Ali), titled "Medical characterization system," and published August 16, 2012.

799.    U.S. Patent Application Publication No. 2012/0209084A1 (Olsen et al.), titled "Respiratory event alert system," and published August 16, 2012.

800.    U.S. Patent Application Publication No. 2012/0283524A1 (Kiani et al.), titled "Pediatric monitor sensor steady game," and published November 8, 2012.

801.    U.S. Patent Application Publication No. 2012/0296178A1 (Lamego et al.), titled "Personal health device," and published November 22, 2012.

802.    U.S. Patent Application Publication No. 2012/0319816A1 (Al-Ali), titled "Patient monitor capable of monitoring the quality of attached probes and accessories," and published December 20, 2012.

803.    U.S. Patent Application Publication No. 2012/0330112A1 (Lamego et al.), titled "Patient monitoring system," and published December 27, 2012.

804.    U.S. Patent Application Publication No. 2013/0006076A1 (McHale), titled "Oximeter probe off indicator defining probe off space," and published January 3, 2013.

805.    U.S. Patent Application Publication No. 2013/0018233A1 (Cinbis et al.), titled "Implantable tissue perfusion sensing system and method," and published January 17, 2013.

806.    U.S. Patent Application Publication No. 2013/0023775A1 (Lamego et al.), titled "Magnetic reusable sensor," and published January 24, 2013.

807.    U.S. Patent Application Publication No. 2013/0041591A1 (Lamego), titled "Multiple measurement mode in a physiological sensor," and published February 14, 2013.

808.    U.S. Patent Application Publication No. 2013/0046204A1 (Lamego et al.), titled "Modulated physiological sensor," and published February 21, 2013.

809.    U.S. Patent Application Publication No. 2013/0060147A1 (Welch et al.), titled "Occlusive non-inflatable blood pressure device," and published March 7, 2013.

810.    U.S. Patent Application Publication No. 2013/0085346A1 (Lin et al.), titled "Real-time physiological signal measurement and feedback system," and published April 4, 2013.

811.   U.S. Patent Application Publication No. 2013/0096405A1 (Garfio), titled "Fingertip pulse oximeter," and published April 18, 2013.

812.   U.S. Patent Application Publication No. 2013/0096936A1 (Sampath et al.), titled "Systems and methods for storing, analyzing, and retrieving medical data," and published April 18, 2013.

813.   U.S. Patent Application Publication No. 2013/0131474A1 (Gu et al.), titled "Remote controller and display system," and published May 23, 2013.

814.   U.S. Patent Application Publication No. 2013/0190581A1 (Al-Ali et al.), titled "Automated cchd screening and detection," and published July 25, 2013.

815.   U.S. Patent Application Publication No. 2013/0204112A1 (White et al.), titled "Perfusion assessment using transmission laser speckle imaging," and published August 8, 2013.

816.   U.S. Patent Application Publication No. 2013/0211214A1 (Olsen), titled "Configurable patient monitoring system," and published August 15, 2013.

817.   U.S. Patent Application Publication No. 2013/0243021A1 (Siskavich), titled "Epitaxial structures on sides of a substrate," and published September 19, 2013.

818.   U.S. Patent Application Publication No. 2013/0253334A1 (Al-Ali et al.), titled "Wireless patient monitoring device," and published September 26, 2013.

819.   U.S. Patent Application Publication No. 2013/0262730A1 (Al-Ali et al.), titled "Medical monitoring hub," and published October 3, 2013.

820.   U.S. Patent Application Publication No. 2013/0267804A1 (Al-Ali), titled "Low power pulse oximeter," and published October 10, 2013.

821.   U.S. Patent Application Publication No. 2013/0274572A1 (Al-Ali et al.), titled "Physiological parameter tracking system," and published October 17, 2013.

822.   U.S. Patent Application Publication No. 2013/0296672A1 (O'Neil et al.), titled "Noninvasive physiological sensor cover," and published November 7, 2013.

823.   U.S. Patent Application Publication No. 2013/0296713A1 (Al-Ali et al.), titled "Plethysmograph variability processor," and published November 7, 2013.

824.   U.S. Patent Application Publication No. 2013/0317370A1 (Dalvi et al.), titled "Contoured protrusion for improving spectroscopic measurement of blood constituents," and published November 28, 2013.

825.   U.S. Patent Application Publication No. 2013/0324808A1 (Al-Ali et al.), titled "Duo connector patient cable," and published December 5, 2013.

826.   U.S. Patent Application Publication No. 2013/0331660A1 (Al-Ali et al.), titled "Depth of consciousness monitor," and published December 12, 2013.

827.   U.S. Patent Application Publication No. 2013/0331670A1 (Kiani), titled "Congenital heart disease monitor," and published December 12, 2013.

828.   U.S. Patent Application Publication No. 2014/0012100A1 (Al-Ali et al.), titled "Dual-mode patient monitor," and published January 9, 2014.

829.   U.S. Patent Application Publication No. 2014/0034353A1 (Al-Ali et al.), titled "Automated assembly sensor cable," and published February 6, 2014.

830.   U.S. Patent Application Publication No. 2014/0051953A1 (Lamego et al.), titled "Adaptive calibration system for spectrophotometric measurements," and published February 20, 2014.

831.   U.S. Patent Application Publication No. 2014/0051955A1 (Tiao et al.), titled "Detecting device," and published February 20, 2014.

832.   U.S. Patent Application Publication No. 2014/0066783A1 (Kiani et al.), titled "Noise shielding for a noninvaise device," and published March 6, 2014.

833.   U.S. Patent Application Publication No. 2014/0073887A1 (Petersen et al.), titled "Systems and methods for determining physiological characteristics of a patient using pulse oximetry," and published March 13, 2014.

834.   U.S. Patent Application Publication No. 2014/0073960A1 (Rodriguez-Llorente et al.), titled "Methods and systems for determining physiological information based on a combined autocorrelation sequence," and published March 13, 2014.

835. U.S. Patent Application Publication No. 2014/0077956A1 (Sampath et al.), titled "Intelligent medical network edge router," and published March 20, 2014.

836. U.S. Patent Application Publication No. 2014/0081100A1 (Muhsin et al.), titled "Physiological monitor with mobile computing device connectivity," and published March 20, 2014.

837. U.S. Patent Application Publication No. 2014/0081175A1 (Telfort), titled "Acoustic patient sensor coupler," and published March 20, 2014.

838. U.S. Patent Application Publication No. 2014/0094667A1 (Schurman et al.), titled "Noninvasively measuring analyte levels in a subject," and published April 3, 2014.

839. U.S. Patent Application Publication No. 2014/0100434A1 (Diab et al.), titled "Pulse oximeter probe-off detector," and published April 10, 2014.

840. U.S. Patent Application Publication No. 2014/0107493A1 (Yuen et al.), titled "Portable biometric monitoring devices and methods of operating same," and published April 17, 2014.

841. U.S. Patent Application Publication No. 2014/0114199A1 (Lamego et al.), titled "Magnetic-flap optical sensor," and published April 24, 2014.

842. U.S. Patent Application Publication No. 2014/0120564A1 (Workman et al.), titled "Non-invasive measurement of analytes," and published May 1, 2014.

843. U.S. Patent Application Publication No. 2014/0121482A1 (Merritt et al.), titled "Multi-stream sensor for noninvasive measurement of blood constituents," and published May 1, 2014.

844. U.S. Patent Application Publication No. 2014/0121483A1 (Kiani), titled "Universal medical system," and published May 1, 2014.

845. U.S. Patent Application Publication No. 2014/0127137A1 (Bellott et al.), titled "Smmr (small molecule metabolite reporters) for use as in vivo glucose biosensors," and published May 8, 2014.

846. U.S. Patent Application Publication No. 2014/0129702A1 (Lamego et al.), titled "Physiological test credit method," and published May 8, 2014.

847. U.S. Patent Application Publication No. 2014/0135588A1 (Al-Ali et al.), titled "Medical monitoring system," and published May 15, 2014.

848.   U.S. Patent Application Publication No. 2014/0142401A1 (Al-Ali et al.), titled "Reprocessing of a physiological sensor," and published May 22, 2014.

849.   U.S. Patent Application Publication No. 2014/0163344A1 (Al-Ali), titled "Perfusion trend indicator," and published June 12, 2014.

850.   U.S. Patent Application Publication No. 2014/0163402A1 (Lamego et al.), titled "Patient monitoring system," and published June 12, 2014.

851.   U.S. Patent Application Publication No. 2014/0166076A1 (Kiani et al.), titled "Pool solar power generator," and published June 19, 2014.

852.   U.S. Patent Application Publication No. 2014/0171146A1 (Ma et al.), titled "Method and apparatus for automatically setting alarms and notifications," and published June 19, 2014.

853.   U.S. Patent Application Publication No. 2014/0171763A1 (Diab), titled "Pulse and active pulse spectraphotometry," and published June 19, 2014.

854.   U.S. Patent Application Publication No. 2014/0180038A1 (Kiani), titled "Sepsis monitor," and published June 26, 2014.

855.   U.S. Patent Application Publication No. 2014/0180154A1 (Sierra et al.), titled "Non-invasive monitoring of respiratory rate, heart rate and apnea," and published June 26, 2014.

856.   U.S. Patent Application Publication No. 2014/0180160A1 (Brown et al.), titled "System and method for monitoring and controlling a state of a patient during and after administration of anesthetic compound," and published June 26, 2014.

857.   U.S. Patent Application Publication No. 2014/0187973A1 (Brown et al.), titled "System and method for tracking brain states during administration of anesthesia," and published July 3, 2014.

858.   U.S. Patent Application Publication No. 2014/0192177A1 (Bartula et al.), titled "Camera for generating a biometrical signal of a living being," and published July 10, 2014.

859.   U.S. Patent Application Publication No. 2014/0194766A1 (Al-Ali et al.), titled "Respiratory monitoring," and published July 10, 2014.

860.   U.S. Patent Application Publication No. 2014/0206954A1 (Yuen et al.), titled "Portable monitoring devices for processing applications and processing analysis of physiological conditions of a user associated with the portable monitoring device," and published July 24, 2014.

861.    U.S. Patent Application Publication No. 2014/0206963A1 (Al-Ali), titled "Cyanotic infant sensor," and published July 24, 2014.

862.    U.S. Patent Application Publication No. 2014/0213864A1 (Abdul-Hafiz et al.), titled "Ear sensor," and published July 31, 2014.

863.    U.S. Patent Application Publication No. 2014/0221854A1 (Wai), titled "Measuring device, including a heart rate sensor, configured to be worn on the wrist of a user," and published August 7, 2014.

864.    U.S. Patent Application Publication No. 2014/0266790A1 (Al-Ali et al.), titled "Systems and methods for monitoring a patient health network," and published September 18, 2014.

865.    U.S. Patent Application Publication No. 2014/0275808A1 (Poeze et al.), titled "Patient monitor placement indicator," and published September 18, 2014.

866.    U.S. Patent Application Publication No. 2014/0275835A1 (Lamego et al.), titled "Cloud-based physiological monitoring system," and published September 18, 2014.

867.    U.S. Patent Application Publication No. 2014/0275871A1 (Lamego et al.), titled "Wireless optical communication between noninvasive physiological sensors and patient monitors," and published September 18, 2014.

868.    U.S. Patent Application Publication No. 2014/0275872A1 (Merritt et al.), titled "Systems and methods for testing patient monitors," and published September 18, 2014.

869.    U.S. Patent Application Publication No. 2014/0275881A1 (Lamego et al.), titled "Patient monitor as a minimally invasive glucometer," and published September 18, 2014.

870.    U.S. Patent Application Publication No. 2014/0276013A1 (Muehlemann et al.), titled "Optical tomography sensor and related apparatus and methods," and published September 18, 2014.

871.    U.S. Patent Application Publication No. 2014/0276115A1 (Dalvi et al.), titled "Heart sound simulator," and published September 18, 2014.

872.    U.S. Patent Application Publication No. 2014/0276116A1 (Takahashi et al.), titled "Biological information detection apparatus," and published September 18, 2014.

873.  U.S. Patent Application Publication No. 2014/0288400A1 (Diab et al.), titled "Manual and automatic probe calibration," and published September 25, 2014.

874.  U.S. Patent Application Publication No. 2014/0303520A1 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and published October 9, 2014.

875.  U.S. Patent Application Publication No. 2014/0316217A1 (Purdon et al.), titled "System and method for monitoring anesthesia and sedation using measures of brain coherence and synchrony," and published October 23, 2014.

876.  U.S. Patent Application Publication No. 2014/0316218A1 (Purdon et al.), titled "Systems and methods for monitoring brain metabolism and activity using electroencephalogram and optical imaging," and published October 23, 2014.

877.  U.S. Patent Application Publication No. 2014/0316228A1 (Blank et al.), titled "Method and apparatus for coupling a sample probe with a sample site," and published October 23, 2014.

878.  U.S. Patent Application Publication No. 2014/0323825A1 (Al-Ali et al.), titled "Systems and methods for acquiring calibration data usable in a pulse oximeter," and published October 30, 2014.

879.  U.S. Patent Application Publication No. 2014/0323897A1 (Brown et al.), titled "System and method for estimating high time-frequency resolution eeg spectrograms to monitor patient state," and published October 30, 2014.

880.  U.S. Patent Application Publication No. 2014/0323898A1 (Purdon et al.), titled "System and method for monitoring level of dexmedatomidine-induced sedation," and published October 30, 2014.

881.  U.S. Patent Application Publication No. 2014/0330092A1 (Al-Ali et al.), titled "Physiological parameter system," and published November 6, 2014.

882.  U.S. Patent Application Publication No. 2014/0330098A1 (Merritt et al.), titled "Reflectance calibration of fluorescence-based glucose measurements," and published November 6, 2014.

883.  U.S. Patent Application Publication No. 2014/0330099A1 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and published November 6, 2014.

884.    U.S. Patent Application Publication No. 2014/0336481A1 (Shakespeare et al.), titled "Multispot monitoring for use in optical coherence tomography," and published November 13, 2014.

885.    U.S. Patent Application Publication No. 2014/0357966A1 (Al-Ali et al.), titled "Modular patient monitor," and published December 4, 2014.

886.    U.S. Patent Application Publication No. 2014/0361147A1 (Fei), titled "Systems and methods for monitoring physiological parameters," and published December 11, 2014.

887.    U.S. Patent Application Publication No. 2014/0371548A1 (Al-Ali et al.), titled "Depth of consciousness monitor including oximeter," and published December 18, 2014.

888.    U.S. Patent Application Publication No. 2014/0371632A1 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and published December 18, 2014.

889.    U.S. Patent Application Publication No. 2014/0378784A1 (Kiani et al.), titled "Optical-based physiological monitoring system," and published December 25, 2014.

890.    U.S. Patent Application Publication No. 2014/0378844A1 (Fei), titled "Systems and methods for optical sensor arrangements," and published December 25, 2014.

891.    U.S. Patent Application Publication No. 2015/0005600A1 (Blank et al.), titled "Finger-placement sensor tape," and published January 1, 2015.

892.    U.S. Patent Application Publication No. 2015/0011907A1 (Purdon et al.), titled "Systems and methods to infer brain state during burst suppression," and published January 8, 2015.

893.    U.S. Patent Application Publication No. 2015/0012231A1 (Poeze et al.), titled "Interference detector for patient monitor," and published January 8, 2015.

894.    U.S. Patent Application Publication No. 2015/0018650A1 (Al-Ali et al.), titled "Physiological monitor," and published January 15, 2015.

895.    U.S. Patent Application Publication No. 2015/0025406A1 (Al-Ali), titled "Bidirectional physiological information display," and published January 22, 2015.

896.     U.S. Patent Application Publication No. 2015/0032029A1 (Al-Ali et al.), titled "Calibration for multi-stage physiological monitors," and published January 29, 2015.

897.     U.S. Patent Application Publication No. 2015/0038859A1 (Dalvi et al.), titled "Blood pressure monitor with valve-chamber assembly," and published February 5, 2015.

898.     U.S. Patent Application Publication No. 2015/0045637A1 (Dalvi), titled "Double-bearing position encoder," and published February 12, 2015.

899.     U.S. Patent Application Publication No. 2015/0045685A1 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and published February 12, 2015.

900.     U.S. Patent Application Publication No. 2015/0051462A1 (Olsen), titled "Physiological status monitor," and published February 19, 2015.

901.     U.S. Patent Application Publication No. 2015/0065889A1 (Gandelman et al.), titled "Bodily worn multiple optical sensors heart rate measuring device and method," and published March 5, 2015.

902.     U.S. Patent Application Publication No. 2015/0080754A1 (Purdon et al.), titled "Systems and methods for improved brain monitoring during general anesthesia and sedation," and published March 19, 2015.

903.     U.S. Patent Application Publication No. 2015/0087936A1 (Al-Ali et al.), titled "Physiological parameter system," and published March 26, 2015.

904.     U.S. Patent Application Publication No. 2015/0094546A1 (Al-Ali), titled "Patient monitor including multi-parameter graphical display," and published April 2, 2015.

905.     U.S. Patent Application Publication No. 2015/0097701A1 (Al-Ali et al.), titled "System for displaying medical monitoring data," and published April 9, 2015.

906.     U.S. Patent Application Publication No. 2015/0099324A1 (Wojtczuk et al.), titled "Bifacial tandem solar cells," and published April 9, 2015.

907.     U.S. Patent Application Publication No. 2015/0099950A1 (Al-Ali et al.), titled "Regional oximetry sensor," and published April 9, 2015.

908.     U.S. Patent Application Publication No. 2015/0099951A1 (Al-Ali et al.), titled "Regional oximetry pod," and published April 9, 2015.

909.    U.S. Patent Application Publication No. 2015/0099955A1 (Al-Ali et al.), titled "Regional oximetry user interface," and published April 9, 2015.

910.    U.S. Patent Application Publication No. 2015/0101844A1 (Al-Ali et al.), titled "Low noise oximetry cable including conductive cords," and published April 16, 2015.

911.    U.S. Patent Application Publication No. 2015/0106121A1 (Muhsin et al.), titled "Alarm notification system," and published April 16, 2015.

912.    U.S. Patent Application Publication No. 2015/0112151A1 (Muhsin et al.), titled "Patient position detection system," and published April 23, 2015.

913.    U.S. Patent Application Publication No. 2015/0116076A1 (Al-Ali et al.), titled "Multipurpose sensor port," and published April 30, 2015.

914.    U.S. Patent Application Publication No. 2015/0119725A1 (Martin et al.), titled "System and method for obtaining bodily function measurements using a mobile device," and published April 30, 2015.

915.    U.S. Patent Application Publication No. 2015/0126830A1 (Schurman et al.), titled "Apparatus and method for creating a stable optical interface," and published May 7, 2015.

916.    U.S. Patent Application Publication No. 2015/0133755A1 (Smith et al.), titled "Multiple wavelength sensor emitters," and published May 14, 2015.

917.    U.S. Patent Application Publication No. 2015/0140863A1 (Al-Ali et al.), titled "Shielded connector assembly," and published May 21, 2015.

918.    U.S. Patent Application Publication No. 2015/0141781A1 (Weber et al.), titled "Sine saturation transform," and published May 21, 2015.

919.    U.S. Patent Application Publication No. 2015/0165312A1 (Kiani), titled "Avatar-incentive healthcare therapy," and published June 18, 2015.

920.    U.S. Patent Application Publication No. 2015/0173671A1 (Paalasmaa et al.), titled "Physiological monitoring method and system," and published June 25, 2015.

921.    U.S. Patent Application Publication No. 2015/0196237A1 (Lamego), titled "Tissue profile wellness monitor," and published July 16, 2015.

922.    U.S. Patent Application Publication No. 2015/0201874A1 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and published July 23, 2015.

PUBLIC VERSION

923.   U.S. Patent Application Publication No. 2015/0208966A1 (Al-Ali), titled "Physiological trend monitor," and published July 30, 2015.

924.   U.S. Patent Application Publication No. 2015/0216459A1 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and published August 6, 2015.

925.   U.S. Patent Application Publication No. 2015/0230755A1 (Al-Ali et al.), titled "Disposable components for reusable physiological sensor," and published August 20, 2015.

926.   U.S. Patent Application Publication No. 2015/0238722A1 (Al-Ali), titled "Assistive capnography device," and published August 27, 2015.

927.   U.S. Patent Application Publication No. 2015/0245773A1 (Lamego et al.), titled "Handheld processing device including medical applications for minimally and non invasive glucose measurements," and published September 3, 2015.

928.   U.S. Patent Application Publication No. 2015/0245793A1 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and published September 3, 2015.

929.   U.S. Patent Application Publication No. 2015/0245794A1 (Al-Ali), titled "Perfusion index smoother," and published September 3, 2015.

930.   U.S. Patent Application Publication No. 2015/0255001A1 (Haughay et al.), titled "Systems and methods for providing automated workout reminders," and published September 10, 2015.

931.   U.S. Patent Application Publication No. 2015/0257689A1 (Al-Ali et al.), titled "Physiological monitor calibration system," and published September 17, 2015.

932.   U.S. Patent Application Publication No. 2015/0272514A1 (Kiani et al.), titled "Robust alarm system," and published October 1, 2015.

933.   U.S. Patent Application Publication No. 2015/0281424A1 (Vock et al.), titled "Personal items network, and associated methods," and published October 1, 2015.

934.   U.S. Patent Application Publication No. 2015/0318100A1 (Rothkopf et al.), titled "Actuator assisted alignment of connectible devices," and published November 5, 2015.

935.   U.S. Patent Application Publication No. 2015/0351697A1 (Weber et al.), titled "Variable indication estimator," and published December 10, 2015.

936.     U.S. Patent Application Publication No. 2015/0351704A1 (Kiani et al.), titled "Modular patient monitor," and published December 10, 2015.

937.     U.S. Patent Application Publication No. 2015/0359429A1 (Al-Ali et al.), titled "Wireless patient monitoring device," and published December 17, 2015.

938.     U.S. Patent Application Publication No. 2015/0366472A1 (Kiani), titled "Patient monitor for monitoring microcirculation," and published December 24, 2015.

939.     U.S. Patent Application Publication No. 2015/0366507A1 (Blank), titled "Proximity sensor in pulse oximeter," and published December 24, 2015.

940.     U.S. Patent Application Publication No. 2015/0374298A1 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and published December 31, 2015.

941.     U.S. Patent Application Publication No. 2015/0380875A1 (Coverston et al.), titled "Sensor adapter cable," and published December 31, 2015.

942.     U.S. Patent Application Publication No. 2016/0000362A1 (Diab et al.), titled "Hypersaturation index," and published January 7, 2016.

943.     U.S. Patent Application Publication No. 2016/0007930A1 (Weber et al.), titled "Method and apparatus for reducing coupling between signals in a measurement system," and published January 14, 2016.

944.     U.S. Patent Application Publication No. 2016/0019360A1 (Pahwa et al.), titled "Wellness aggregator," and published January 21, 2016.

945.     U.S. Patent Application Publication No. 2016/0022160A1 (Pi et al.), titled "Optical heart rate sensor," and published January 28, 2016.

946.     U.S. Patent Application Publication No. 2016/0023245A1 (Zadesky et al.), titled "Portable electronic device using a tactile vibrator," and published January 28, 2016.

947.     U.S. Patent Application Publication No. 2016/0029932A1 (Al-Ali), titled "Physiological measurement communications adapter," and published February 4, 2016.

948.     U.S. Patent Application Publication No. 2016/0029933A1 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and published February 4, 2016.

949.    U.S. Patent Application Publication No. 2016/0038045A1 (Shapiro), titled "Motion artifact removal by time domain projection," and published February 11, 2016.

950.    U.S. Patent Application Publication No. 2016/0041531A1 (Mackie et al.), titled "Biofeedback watches," and published February 11, 2016.

951.    U.S. Patent Application Publication No. 2016/0045118A1 (Kiani), titled "Opticoustic sensor," and published February 18, 2016.

952.    U.S. Patent Application Publication No. 2016/0051157A1 (Waydo), titled "Frequency domain projection algorithm," and published February 25, 2016.

953.    U.S. Patent Application Publication No. 2016/0051158A1 (Silva), titled "Harmonic template classifier," and published February 25, 2016.

954.    U.S. Patent Application Publication No. 2016/0051205A1 (Al-Ali et al.), titled "System for determining confidence in respiratory rate measurements," and published February 25, 2016.

955.    U.S. Patent Application Publication No. 2016/0058302A1 (Raghuram et al.), titled "Latent load calibration for calorimetry using sensor fusion," and published March 3, 2016.

956.    U.S. Patent Application Publication No. 2016/0058309A1 (Han), titled "Reflective surfaces for ppg signal detection," and published March 3, 2016.

957.    U.S. Patent Application Publication No. 2016/0058310A1 (Lijima), titled "Biological information detection device," and published March 3, 2016.

958.    U.S. Patent Application Publication No. 2016/0058312A1 (Han et al.), titled "Multiple light paths architecture and obscuration methods for signal and perfusion index optimization," and published March 3, 2016.

959.    U.S. Patent Application Publication No. 2016/0058338A1 (Schurman et al.), titled "Method for data reduction and calibration of an oct-based physiological monitor," and published March 3, 2016.

960.    U.S. Patent Application Publication No. 2016/0058347A1 (Reichgott et al.), titled "Flowometry in optical coherence tomography for analyte level estimation," and published March 3, 2016.

961.    U.S. Patent Application Publication No. 2016/0058356A1 (Raghuram et al.), titled "Method and system to calibrate fitness level and direct calorie

burn using motion, location sensing, and heart rate," and published March 3, 2016.

962. U.S. Patent Application Publication No. 2016/0058370A1 (Raghuram et al.), titled "Accurate calorimetry for intermittent exercises," and published March 3, 2016.

963. U.S. Patent Application Publication No. 2016/0066823A1 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and published March 10, 2016.

964. U.S. Patent Application Publication No. 2016/0066824A1 (Al-Ali et al.), titled "Total hemoglobin screening sensor," and published March 10, 2016.

965. U.S. Patent Application Publication No. 2016/0066879A1 (Telfort et al.), titled "Acoustic sensor assembly," and published March 10, 2016.

966. U.S. Patent Application Publication No. 2016/0071392A1 (Hankey et al.), titled "Care event detection and alerts," and published March 10, 2016.

967. U.S. Patent Application Publication No. 2016/0072429A1 (Kiani et al.), titled "Pool solar power generator," and published March 10, 2016.

968. U.S. Patent Application Publication No. 2016/0073967A1 (Lamego et al.), titled "Physiological parameter confidence measure," and published March 17, 2016.

969. U.S. Patent Application Publication No. 2016/0081552A1 (Wojtczuk et al.), titled "Enhanced visible near-infrared photodiode and non-invasive physiological sensor," and published March 24, 2016.

970. U.S. Patent Application Publication No. 2016/0095543A1 (Telfort et al.), titled "Pulse oximetry system with electrical decoupling circuitry," and published April 7, 2016.

971. U.S. Patent Application Publication No. 2016/0095548A1 (Al-Ali et al.), titled "Modular physiological sensors," and published April 7, 2016.

972. U.S. Patent Application Publication No. 2016/0103598A1 (Al-Ali et al.), titled "Physiological monitor touchscreen interface," and published April 14, 2016.

973. U.S. Patent Application Publication No. 2016/0106367A1 (Jorov et al.), titled "Wearable health sensor," and published April 21, 2016.

974.   U.S. Patent Application Publication No. 2016/0113527A1 (Al-Ali.), titled "Patient monitor for determining microcirculation state," and published April 28, 2016.

975.   U.S. Patent Application Publication No. 2016/0143548A1 (Al-Ali), titled "Variable mode pulse indicator," and published May 26, 2016.

976.   U.S. Patent Application Publication No. 2016/0154950A1 (Nakajima et al.), titled "Systems and methods for identifying unauthorized users of an electronic device," and published June 2, 2016.

977.   U.S. Patent Application Publication No. 2016/0157780A1 (Rimminen et al.), titled "Sleep measurement computer system," and published June 9, 2016.

978.   U.S. Patent Application Publication No. 2016/0166182A1 (Al-Ali et al.), titled "Configurable physiological measurement system," and published June 16, 2016.

979.   U.S. Patent Application Publication No. 2016/0166183A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published June 16, 2016.

980.   U.S. Patent Application Publication No. 2016/0196388A1 (Lamego), titled "Medical device management system," and published July 7, 2016.

981.   U.S. Patent Application Publication No. 2016/0197436A1 (Barker et al.), titled "Cable tether system," and published July 7, 2016.

982.   U.S. Patent Application Publication No. 2016/0213281A1 (Eckerbom et al.), titled "Nasal/oral cannula system and manufacturing," and published July 28, 2016.

983.   U.S. Patent Application Publication No. 2016/0213309A1 (Sannholm et al.), titled "System for determining the quality of sleep," and published July 28, 2016.

984.   U.S. Patent Application Publication No. 2016/0228043A1 (O'Neil et al.), titled "Soft boot pulse oximetry sensor," and published August 11, 2016.

985.   U.S. Patent Application Publication No. 2016/0233632A1 (Scruggs et al.), titled "Pogo pin connector," and published August 11, 2016.

986.   U.S. Patent Application Publication No. 2016/0234944A1 (Schmidt et al.), titled "Fold flex circuit for lnop," and published August 11, 2016.

987.   U.S. Patent Application Publication No. 2016/0256058A1 (Pham et al.), titled "Statistical heart rate monitoring for estimating calorie expenditure," and published September 8, 2016.

988.   U.S. Patent Application Publication No. 2016/0256082A1 (Ely et al.), titled "Sensors and applications," and published September 8, 2016.

989.   U.S. Patent Application Publication No. 2016/0267238A1 (Nag), titled "Systems and methods for facilitating health research," and published September 15, 2016.

990.   U.S. Patent Application Publication No. 2016/0270735A1 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and published September 22, 2016.

991.   U.S. Patent Application Publication No. 2016/0283665A1 (Sampath et al.), titled "Medical communication protocol translator," and published September 29, 2016.

992.   U.S. Patent Application Publication No. 2016/0287090A1 (Al-Ali et al.), titled "Plethysmographic respiration processor," and published October 6, 2016.

993.   U.S. Patent Application Publication No. 2016/0287107A1 (Szabados et al.), titled "Intelligent photoplethysmograph signal-to-noise ratio control for recovery of biosignals during times of motion," and published October 6, 2016.

994.   U.S. Patent Application Publication No. 2016/0287181A1 (Han et al.), titled "Wearable multi-modal physiological sensing system," and published October 6, 2016.

995.   U.S. Patent Application Publication No. 2016/0287786A1 (Kiani), titled "Drug administration controller," and published October 6, 2016.

996.   U.S. Patent Application Publication No. 2016/0296169A1 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and published October 13, 2016.

997.   U.S. Patent Application Publication No. 2016/0296173A1 (Culbert), titled "Motion artifact cancelation," and published October 13, 2016.

998.   U.S. Patent Application Publication No. 2016/0296174A1 (Isikman et al.), titled "Method of reducing motion artifacts on wearable optical sensor devices," and published October 13, 2016.

999.   U.S. Patent Application Publication No. 2016/0310027A1 (Han), titled "Dynamically reconfigurable apertures for optimization of ppg signal and ambient light mitigation," and published October 27, 2016.

1000.  U.S. Patent Application Publication No. 2016/0310052A1 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and published October 27, 2016.

1001.  U.S. Patent Application Publication No. 2016/0314260A1 (Kiani), titled "Health care sanitation monitoring system," and published October 27, 2016.

1002.  U.S. Patent Application Publication No. 2016/0324488A1 (Olsen), titled "Noninvasive sensor system with visual infographic display," and published November 10, 2016.

1003.  U.S. Patent Application Publication No. 2016/0327984A1 (Al-Ali et al.), titled "Medical monitoring hub," and published November 10, 2016.

1004.  U.S. Patent Application Publication No. 2016/0331332A1 (Al-Ali), titled "Monitor configuration system," and published November 17, 2016.

1005.  U.S. Patent Application Publication No. 2016/0367173A1 (Dalvi et al.), titled "Non-invasive optical physiological differential pathlength sensor," and published December 22, 2016.

1006.  U.S. Patent Application Publication No. 2016/0378069A1 (Rothkopf), titled "Wearable electronic device," and published December 29, 2016.

1007.  U.S. Patent Application Publication No. 2016/0378071A1 (Rothkopf), titled "Wearable electronic device," and published December 29, 2016.

1008.  U.S. Patent Application Publication No. 2017/0000394A1 (Al-Ali et al.), titled "Advanced pulse oximetry sensor," and published January 5, 2017.

1009.  U.S. Patent Application Publication No. 2017/0007134A1 (Al-Ali et al.), titled "Automated cchd screening and detection," and published January 12, 2017.

1010.  U.S. Patent Application Publication No. 2017/0007183A1 (Dusan et al.), titled "Wearing dependent operation of wearable device," and published January 12, 2017.

1011.  U.S. Patent Application Publication No. 2017/0007198A1 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and published January 12, 2017.

1012. U.S. Patent Application Publication No. 2017/0010858A1 (Prest et al.), titled "Sports monitoring system for headphones, earbuds and/or headsets," and published January 12, 2017.

1013. U.S. Patent Application Publication No. 2017/0014083A1 (Diab et al.), titled "Signal processing apparatus and method," and published January 19, 2017.

1014. U.S. Patent Application Publication No. 2017/0014084A1 (Al-Ali et al.), titled "Automated cchd screening and detection," and published January 19, 2017.

1015. U.S. Patent Application Publication No. 2017/0024748A1 (Haider), titled "Guided discussion platform for multiple parties," and published January 26, 2017.

1016. U.S. Patent Application Publication No. 2017/0042488A1 (Muhsin), titled "Medical monitoring analysis and replay including indicia responsive to light attenuated by body tissue," and published February 16, 2017.

1017. U.S. Patent Application Publication No. 2017/0055851A1 (Al-Ali), titled "Patient-worn wireless physiological sensor," and published March 2, 2017.

1018. U.S. Patent Application Publication No. 2017/0055882A1 (Al-Ali et al.), titled "Systems and methods for patient fall detection," and published March 2, 2017.

1019. U.S. Patent Application Publication No. 2017/0055887A1 (Al-Ali), titled "Wireless patient monitoring systems and methods," and published March 2, 2017.

1020. U.S. Patent Application Publication No. 2017/0055896A1 (Al-Ali et al.), titled "Systems and methods to monitor repositioning of a patient," and published March 2, 2017.

1021. U.S. Patent Application Publication No. 2017/0074897A1 (Mermel et al.), titled "Calculating an estimate of wind resistance experienced by a cyclist," and published March 16, 2017.

1022. U.S. Patent Application Publication No. 2017/0079594A1 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and published March 23, 2017.

1023. U.S. Patent Application Publication No. 2017/0084133A1 (Cardinali et al.), titled "Indicators for wearable electronic devices," and published March 23, 2017.

1024.  U.S. Patent Application Publication No. 2017/0086689A1 (Shui et al.), titled "Electronic device including ambient light compensation circuit for heart rate generation and related methods," and published March 30, 2017.

1025.  U.S. Patent Application Publication No. 2017/0086723A1 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and published March 30, 2017.

1026.  U.S. Patent Application Publication No. 2017/0086742A1 (Harrison-Noonan et al.), titled "Band tightness sensing," and published March 30, 2017.

1027.  U.S. Patent Application Publication No. 2017/0086743A1 (Bushnell et al.), titled "Sensing contact force related to user wearing an electronic device," and published March 30, 2017.

1028.  U.S. Patent Application Publication No. 2017/0094450A1 (Tu et al.), titled "Crowdsourcing activity detection for group activities," and published March 30, 2017.

1029.  U.S. Patent Application Publication No. 2017/0143281A1 (Olsen), titled "Configurable patient monitoring system," and published May 25, 2017.

1030.  U.S. Patent Application Publication No. 2017/0147774A1 (Kiani), titled "Universal medical system," and published May 25, 2017.

1031.  U.S. Patent Application Publication No. 2017/0156620A1 (Al-Ali et al.), titled "Depth of consciousness monitor including oximeter," and published June 8, 2017.

1032.  U.S. Patent Application Publication No. 2017/0164884A1 (Culbert et al.), titled "Measuring respiration rate with multi-band plethysmography," and published June 15, 2017.

1033.  U.S. Patent Application Publication No. 2017/0172435A1 (Presura), titled "Physiological property determination apparatus," and published June 22, 2017.

1034.  U.S. Patent Application Publication No. 2017/0172476A1 (Schilthuizen), titled "Body worn measurement device," and published June 22, 2017.

1035.  U.S. Patent Application Publication No. 2017/0173632A1 (Al-Ali), titled "Varnish-coated release liner," and published June 22, 2017.

1036.  U.S. Patent Application Publication No. 2017/0187146A1 (Kiani et al.), titled "Magnetic connector," and published June 29, 2017.

1037. U.S. Patent Application Publication No. 2017/0188919A1 (Al-Ali et al.), titled "Physiological monitor," and published July 6, 2017.

1038. U.S. Patent Application Publication No. 2017/0196464A1 (Jansen et al.), titled "Non-invasive intravascular volume index monitor," and published July 13, 2017.

1039. U.S. Patent Application Publication No. 2017/0196470A1 (Lamego et al.), titled "Patient monitoring system," and published July 13, 2017.

1040. U.S. Patent Application Publication No. 2017/0202505A1 (Kirenko et al.), titled "Unobtrusive skin tissue hydration determining device and related method," and published July 20, 2017.

1041. U.S. Patent Application Publication No. 2017/0209095A1 (Wagner et al.), titled "Optical physiological sensor modules with reduced signal noise," and published July 27, 2017.

1042. U.S. Patent Application Publication No. 2017/0224262A1 (Al-Ali), titled "Arm mountable portable patient monitor," and published August 10, 2017.

1043. U.S. Patent Application Publication No. 2017/0228516A1 (Sampath et al.), titled "Intelligent medical escalation process," and published August 10, 2017.

1044. U.S. Patent Application Publication No. 2017/0245790A1 (Al-Ali et al.), titled "Reprocessing of a physiological sensor," and published August 31, 2017.

1045. U.S. Patent Application Publication No. 2017/0248446A1 (Gowreesunker et al.), titled "Dynamic adjustment of a sampling rate for an optical encoder," and published August 31, 2017.

1046. U.S. Patent Application Publication No. 2017/0251974A1 (Shreim et al.), titled "Nose sensor," and published September 7, 2017.

1047. U.S. Patent Application Publication No. 2017/0251975A1 (Shreim et al.), titled "Nose sensor," and published September 7, 2017.

1048. U.S. Patent Application Publication No. 2017/0258403A1 (Abdul-Hafiz et al.), titled "Ear sensor," and published September 14, 2017.

1049. U.S. Patent Application Publication No. 2017/0273619A1 (Alvarado et al.), titled "Techniques for jointly calibrating load and aerobic capacity," and published September 28, 2017.

1050.   U.S. Patent Application Publication No. 2017/0281024A1 (Narasimhan et al.), titled "Wrist worn accelerometer for pulse transit time (ptt) measurements of blood pressure," and published October 5, 2017.

1051.   U.S. Patent Application Publication No. 2017/0293727A1 (Klaassen et al.), titled "Intelligent blood pressure monitoring," and published October 12, 2017.

1052.   U.S. Patent Application Publication No. 2017/0311851A1 (Schurman et al.), titled "Method for data reduction and calibration of an oct-based physiological monitor," and published November 2, 2017.

1053.   U.S. Patent Application Publication No. 2017/0311891A1 (Kiani et al.), titled "Optical sensor tape," and published November 2, 2017.

1054.   U.S. Patent Application Publication No. 2017/0325698A1 (Allec et al.), titled "Systems and methods for non-pulsatile blood volume measurements," and published November 16, 2017.

1055.   U.S. Patent Application Publication No. 2017/0325728A1 (Al-Ali et al.), titled "Pulse and confidence indicator displayed proximate plethysmograph," and published November 16, 2017.

1056.   U.S. Patent Application Publication No. 2017/0325744A1 (Allec et al.), titled "Systems and methods for increasing localized pressure to improve ppg motion performance," and published November 16, 2017.

1057.   U.S. Patent Application Publication No. 2017/0332976A1 (Al-Ali), titled "Physiological measurement logic engine," and published November 23, 2017.

1058.   U.S. Patent Application Publication No. 2017/0340209A1 (Klaassen et al.), titled "Blood pressure monitoring using a multi-function wrist-worn device," and published November 30, 2017.

1059.   U.S. Patent Application Publication No. 2017/0340219A1 (Sullivan et al.), titled "Electrical coupling of pulse transit time (ptt) measurement system to heart for blood pressure measurment," and published November 30, 2017.

1060.   U.S. Patent Application Publication No. 2017/0340293A1 (Al-Ali et al.), titled "Automated condition screening and detection," and published November 30, 2017.

1061.   U.S. Patent Application Publication No. 2017/0347885A1 (Tan et al.), titled "Detecting activity by a wheelchair user," and published December 7, 2017.

1062.   U.S. Patent Application Publication No. 2017/0354332A1 (Lamego), titled "Electronic device that computes health data," and published December 14, 2017.

1063.   U.S. Patent Application Publication No. 2017/0354795A1 (Blahnik et al.), titled "Breathing sequence user interface," and published December 14, 2017.

1064.   U.S. Patent Application Publication No. 2017/0358239A1 (Arney et al.), titled "Breathing synchronization and monitoring," and published December 14, 2017.

1065.   U.S. Patent Application Publication No. 2017/0358240A1 (Blahnik et al.), titled "Fluctuating progress indicator," and published December 14, 2017.

1066.   U.S. Patent Application Publication No. 2017/0358242A1 (Thompson et al.), titled "Managing presentation of fitness achievements," and published December 14, 2017.

1067.   U.S. Patent Application Publication No. 2017/0360306A1 (Narasimhan et al.), titled "Systems, devices, and methods for measuring blood pressure of a user," and published December 21, 2017.

1068.   U.S. Patent Application Publication No. 2017/0360310A1 (Kiani), titled "Congenital heart disease monitor," and published December 21, 2017.

1069.   U.S. Patent Application Publication No. 2017/0366657A1 (Thompson et al.), titled "Tracking activity data between wearable devices paired with a companion device," and published December 21, 2017.

1070.   U.S. Patent Application Publication No. 2017/0367632A1 (Al-Ali et al.), titled "Noninvasive oximetry optical sensor including disposable and reusable elements," and published December 28, 2017.

1071.   U.S. Patent Application Publication No. 2018/0008146A1 (Al-Ali et al.), titled "Wearable pulse oximeter and respiration monitor," and published January 11, 2018.

1072.   U.S. Patent Application Publication No. 2018/0013562A1 (Haider et al.), titled "Secure and zero knowledge data sharing for cloud applications," and published January 11, 2018.

1073.   U.S. Patent Application Publication No. 2018/0014752A1 (Al-Ali et al.), titled "Respiration processor," and published January 18, 2018.

1074. U.S. Patent Application Publication No. 2018/0014781A1 (Clavelle et al.), titled "Sensor window with integrated isolation feature," and published January 18, 2018.

1075. U.S. Patent Application Publication No. 2018/0025287A1 (Mathew et al.), titled "Using proxies to enable on-device machine learning," and published January 25, 2018.

1076. U.S. Patent Application Publication No. 2018/0028124A1 (Al-Ali et al.), titled "Pulse oximeter access apparatus and method," and published February 1, 2018.

1077. U.S. Patent Application Publication No. 2018/0042556A1 (Shahparnia et al.), titled "Vital signs monitoring system," and published February 15, 2018.

1078. U.S. Patent Application Publication No. 2018/0049694A1 (Singh Alvarado et al.), titled "Systems and methods for determining individualized energy expenditure," and published February 22, 2018.

1079. U.S. Patent Application Publication No. 2018/0050235A1 (Tan et al.), titled "Pose and heart rate energy expenditure for yoga," and published February 22, 2018.

1080. U.S. Patent Application Publication No. 2018/0055375A1 (Martinez et al.), titled "Systems and methods for determining an intensity level of an exercise using photoplethysmogram (ppg)," and published March 1, 2018.

1081. U.S. Patent Application Publication No. 2018/0055385A1 (Al-Ali), titled "Patient monitor for determining microcirculation state," and published March 1, 2018.

1082. U.S. Patent Application Publication No. 2018/0055390A1 (Kiani et al.), titled "Noise shielding for a noninvasive device," and published March 1, 2018.

1083. U.S. Patent Application Publication No. 2018/0055430A1 (Diab et al.), titled "Hypersaturation index," and published March 1, 2018.

1084. U.S. Patent Application Publication No. 2018/0055439A1 (Pham et al.), titled "Detecting unmeasurable loads using heart rate and work rate," and published March 1, 2018.

1085. U.S. Patent Application Publication No. 2018/0056129A1 (Narasimha Rao et al.), titled "Systems and methods of swimming calorimetry," and published March 1, 2018.

1086.   U.S. Patent Application Publication No. 2018/0064381A1 (Shakespeare et al.), titled "Multispot monitoring for use in optical coherence tomography," and published March 8, 2018.

1087.   U.S. Patent Application Publication No. 2018/0069776A1 (Lamego et al.), titled "Physiological test credit method," and published March 8, 2018.

1088.   U.S. Patent Application Publication No. 2018/0070867A1 (Smith et al.), titled "Multiple wavelength sensor emitters," and published March 15, 2018.

1089.   U.S. Patent Application Publication No. 2018/0078151A1 (Allec et al.), titled "Systems and methods for determining physiological signals using ambient light," and published March 22, 2018.

1090.   U.S. Patent Application Publication No. 2018/0078182A1 (Chen et al.), titled "Workout monitor interface," and published March 22, 2018.

1091.   U.S. Patent Application Publication No. 2018/0082767A1 (Al-Ali et al.), titled "Automated assembly sensor cable," and published March 22, 2018.

1092.   U.S. Patent Application Publication No. 2018/0085068A1 (Telfort), titled "Acoustic respiratory monitoring sensor with probe-off detection," and published March 29, 2018.

1093.   U.S. Patent Application Publication No. 2018/0087937A1 (Al-Ali et al.), titled "Physiological monitor gauge panel," and published March 29, 2018.

1094.   U.S. Patent Application Publication No. 2018/0103874A1 (Lee et al.), titled "Systems and methods for patient fall detection," and published April 19, 2018.

1095.   U.S. Patent Application Publication No. 2018/0103905A1 (Kiani), titled "Fluid titration system," and published April 19, 2018.

1096.   U.S. Patent Application Publication No. 2018/0110469A1 (Maani et al.), titled "Heart rate path optimizer," and published April 26, 2018.

1097.   U.S. Patent Application Publication No. 2018/0110478A1 (Al-Ali), titled "Bidirectional physiological information display," and published April 26, 2018.

1098.   U.S. Patent Application Publication No. 2018/0116575A1 (Perea et al.), titled "Robust fractional saturation determination," and published May 3, 2018.

1099.  U.S. Patent Application Publication No. 2018/0125368A1 (Lamego et al.), titled "Modulated physiological sensor," and published May 10, 2018.

1100.  U.S. Patent Application Publication No. 2018/0125430A1 (Al-Ali et al.), titled "Physiological parameter system," and published May 10, 2018.

1101.  U.S. Patent Application Publication No. 2018/0125445A1 (Telfort et al.), titled "Acoustic sensor assembly," and published May 10, 2018.

1102.  U.S. Patent Application Publication No. 2018/0130325A1 (Kiani et al.), titled "Modular patient monitor," and published May 10, 2018.

1103.  U.S. Patent Application Publication No. 2018/0132769A1 (Weber et al.), titled "Physiological measurement system with automatic wavelength adjustment," and published May 17, 2018.

1104.  U.S. Patent Application Publication No. 2018/0132770A1 (Lamego), titled "Tissue profile wellness monitor," and published May 17, 2018.

1105.  U.S. Patent Application Publication No. 2018/0146901A1 (Al-Ali et al.), titled "Regional oximetry pod," and published May 31, 2018.

1106.  U.S. Patent Application Publication No. 2018/0146902A1 (Kiani et al.), titled "Active-pulse blood analysis system," and published May 31, 2018.

1107.  U.S. Patent Application Publication No. 2018/0153418A1 (Sullivan et al.), titled "Cuff designs and methods," and published June 7, 2018.

1108.  U.S. Patent Application Publication No. 2018/0153442A1 (Eckerbom et al.), titled "Gas sampling line for respiratory gases," and published June 7, 2018.

1109.  U.S. Patent Application Publication No. 2018/0153446A1 (Kiani), titled "Opticoustic sensor," and published June 7, 2018.

1110.  U.S. Patent Application Publication No. 2018/0153447A1 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and published June 7, 2018.

1111.  U.S. Patent Application Publication No. 2018/0153448A1 (Weber et al.), titled "Method and apparatus for calibration to reduce coupling between signals in a measurement system," and published June 7, 2018.

1112.  U.S. Patent Application Publication No. 2018/0161499A1 (Al-Ali et al.), titled "Hemoglobin display and patient treatment," and published June 14, 2018.

1113.   U.S. Patent Application Publication No. 2018/0164853A1 (Myers et al.), titled "Handheld device enclosure," and published June 14, 2018.

1114.   U.S. Patent Application Publication No. 2018/0168491A1 (Al-Ali et al.), titled "Regional oximetry sensor," and published June 21, 2018.

1115.   U.S. Patent Application Publication No. 2018/0174679A1 (Sampath et al.), titled "Improved physiological alarm threshold determination," and published June 21, 2018.

1116.   U.S. Patent Application Publication No. 2018/0174680A1 (Sampath et al.), titled "Physiological alarm threshold determination," and published June 21, 2018.

1117.   U.S. Patent Application Publication No. 2018/0182484A1 (Sampath et al.), titled "Physiological parameter alarm delay," and published June 28, 2018.

1118.   U.S. Patent Application Publication No. 2018/0184917A1 (Kiani), titled "Patient monitor for monitoring microcirculation," and published July 5, 2018.

1119.   U.S. Patent Application Publication No. 2018/0192924A1 (Al-Ali), titled "Low power pulse oximeter," and published July 12, 2018.

1120.   U.S. Patent Application Publication No. 2018/0192953A1 (Shreim et al.), titled "Nose sensor," and published July 12, 2018.

1121.   U.S. Patent Application Publication No. 2018/0192955A1 (Al-Ali et al.), titled "Disposable components for reusable physiological sensor," and published July 12, 2018.

1122.   U.S. Patent Application Publication No. 2018/0196514A1 (Allec et al.), titled "Motion and gesture input from a wearable device," and published July 12, 2018.

1123.   U.S. Patent Application Publication No. 2018/0199871A1 (Pauley et al.), titled "Methods and devices for detecting intensity of light with translucent detector," and published July 19, 2018.

1124.   U.S. Patent Application Publication No. 2018/0206795A1 (Al-Ali), titled "Optical patient monitor," and published July 26, 2018.

1125.   U.S. Patent Application Publication No. 2018/0206815A1 (Telfort), titled "Acoustic patient sensor coupler," and published July 26, 2018.

1126. U.S. Patent Application Publication No. 2018/0213583A1 (Al-Ali), titled "Patient-worn wireless physiological sensor wtih pairing functionality," and published July 26, 2018.

1127. U.S. Patent Application Publication No. 2018/0214031A1 (Kiani et al.), titled "Optical-based physiological monitoring system," and published August 2, 2018.

1128. U.S. Patent Application Publication No. 2018/0214090A1 (Al-Ali et al.), titled "System and method for monitoring respiratory rate measurements," and published August 2, 2018.

1129. U.S. Patent Application Publication No. 2018/0218792A1 (Muhsin et al.), titled "Alarm notification system," and published August 2, 2018.

1130. U.S. Patent Application Publication No. 2018/0225960A1 (Al-Ali et al.), titled "Systems and methods for monitoring a patient health network," and published August 9, 2018.

1131. U.S. Patent Application Publication No. 2018/0228414A1 (Shao et al.), titled "Light restriction designs in optical sensing applications having shared windows," and published August 16, 2018.

1132. U.S. Patent Application Publication No. 2018/0238718A1 (Dalvi), titled "Double-bearing position encoder for non-invasive physiological monitoring," and published August 23, 2018.

1133. U.S. Patent Application Publication No. 2018/0238734A1 (Hotelling et al.), titled "Methods and systems for modulation and demodulation of optical signals," and published August 23, 2018.

1134. U.S. Patent Application Publication No. 2018/0242853A1 (Al-Ali), titled "Arm mountable portable patient monitor," and published August 30, 2018.

1135. U.S. Patent Application Publication No. 2018/0242921A1 (Muhsin et al.), titled "System for displaying medical monitoring data," and published August 30, 2018.

1136. U.S. Patent Application Publication No. 2018/0242923A1 (Al-Ali et al.), titled "Medical monitoring hub," and published August 30, 2018.

1137. U.S. Patent Application Publication No. 2018/0242924A1 (Barker et al.), titled "Modular multi-parameter patient monitoring device," and published August 30, 2018.

1138.   U.S. Patent Application Publication No. 2018/0242926A1 (Muhsin et al.), titled "System for displaying medical monitoring data," and published August 30, 2018.

1139.   U.S. Patent Application Publication No. 2018/0247353A1 (Al-Ali et al.), titled "Managing dynamic licenses for physiological parameters in a patient monitoring environment," and published August 30, 2018.

1140.   U.S. Patent Application Publication No. 2018/0247712A1 (Muhsin et al.), titled "System for displaying medical monitoring data," and published August 30, 2018.

1141.   U.S. Patent Application Publication No. 2018/0249933A1 (Schurman et al.), titled "Apparatus and method for creating a stable optical interface," and published September 6, 2018.

1142.   U.S. Patent Application Publication No. 2018/0253947A1 (Muhsin et al.), titled "Medical monitoring hub," and published September 6, 2018.

1143.   U.S. Patent Application Publication No. 2018/0256087A1 (Al-Ali et al.), titled "Pneumonia screener," and published September 13, 2018.

1144.   U.S. Patent Application Publication No. 2018/0256113A1 (Weber et al.), titled "Variable indication estimator," and published September 13, 2018.

1145.   U.S. Patent Application Publication No. 2018/0279956A1 (Waydo et al.), titled "Detecting conditions using heart rate sensors," and published October 4, 2018.

1146.   U.S. Patent Application Publication No. 2018/0285094A1 (Housel et al.), titled "Medical monitoring hub," and published October 4, 2018.

1147.   U.S. Patent Application Publication No. 2018/0289325A1 (Poeze et al.), titled "Patient monitor placement indicator," and published October 11, 2018.

1148.   U.S. Patent Application Publication No. 2018/0289337A1 (Al-Ali et al.), titled "Physiological acoustic monitoring system," and published October 11, 2018.

1149.   U.S. Patent Application Publication No. 2018/0296161A1 (Shreim et al.), titled "Nose sensor," and published October 18, 2018.

1150.   U.S. Patent Application Publication No. 2018/0300919A1 (Muhsin et al.), titled "Augmented reality system for displaying patient data," and published October 18, 2018.

PUBLIC VERSION

1151. U.S. Patent Application Publication No. 2018/0310822A1 (Indorf et al.), titled "Spot check measurement system," and published November 1, 2018.

1152. U.S. Patent Application Publication No. 2018/0310823A1 (Al-Ali et al.), titled "Medical monitoring device having multiple configurations," and published November 1, 2018.

1153. U.S. Patent Application Publication No. 2018/0317826A1 (Muhsin), titled "System for displaying and controlling medical monitoring data," and published November 8, 2018.

1154. U.S. Patent Application Publication No. 2018/0317841A1 (Novak , Jr.), titled "Autonomous drug delivery system," and published November 8, 2018.

1155. U.S. Patent Application Publication No. 2018/0333055A1 (Lamego et al.), titled "Patient monitoring system," and published November 22, 2018.

1156. U.S. Patent Application Publication No. 2018/0333087A1 (Al-Ali), titled "Patient monitor capable of monitoring the quality of attached probes and accessories," and published November 22, 2018.

1157. U.S. Patent Application Publication No. 2019/0000317A1 (Muhsin et al.), titled "Physiological monitor with mobile computing device connectivity," and published January 3, 2019.

1158. U.S. Patent Application Publication No. 2019/0000362A1 (Kiani et al.), titled "Non-invasive physiological sensor cover," and published January 3, 2019.

1159. U.S. Patent Application Publication No. 2019/0015023A1 (Monfre), titled "Medical monitoring device for harmonizing physiological measurements," and published January 17, 2019.

1160. U.S. Patent Application Publication No. 2019/0021638A1 (Al-Ali et al.), titled "System and method for monitoring the life of a physiological sensor," and published January 24, 2019.

1161. U.S. Patent Application Publication No. 2019/0029574A1 (Schurman et al.), titled "Method for data reduction and calibration of an oct-based physiological monitor," and published January 31, 2019.

1162. U.S. Patent Application Publication No. 2019/0029578A1 (Al-Ali et al.), titled "Regional oximetry user interface," and published January 31, 2019.

1163.   U.S. Patent Application Publication No. 2019/0038143A1 (Al-Ali), titled "Physiological measurement device," and published February 7, 2019.

1164.   U.S. Patent Application Publication No. 2019/0058280A1 (Al-Ali et al.), titled "Water resistant connector for noninvasive patient monitor," and published February 21, 2019.

1165.   U.S. Patent Application Publication No. 2019/0058281A1 (Al-Ali et al.), titled "Water resistant connector for noninvasive patient monitor," and published February 21, 2019.

1166.   U.S. Patent Application Publication No. 2019/0069813A1 (Al-Ali), titled "Low power pulse oximeter," and published March 7, 2019.

1167.   U.S. Patent Application Publication No. 2019/0069814A1 (Al-Ali), titled "Low power pulse oximeter," and published March 7, 2019.

1168.   U.S. Patent Application Publication No. 2019/0076028A1 (Al-Ali et al.), titled "Plethysmographic respiration rate detection," and published March 14, 2019.

1169.   U.S. Patent Application Publication No. 2019/0082979A1 (Al-Ali et al.), titled "Plethysmograph variability processor," and published March 21, 2019.

1170.   U.S. Patent Application Publication No. 2019/0090748A1 (Al-Ali), titled "Physiological measurement device," and published March 28, 2019.

1171.   U.S. Patent Application Publication No. 2019/0090760A1 (Kinast et al.), titled "Non-invasive blood pressure measurement system," and published March 28, 2019.

1172.   U.S. Patent Application Publication No. 2019/0090764A1 (Al-Ali), titled "Variable mode pulse indicator," and published March 28, 2019.

1173.   U.S. Patent Application Publication No. 2019/0104973A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published April 11, 2019.

1174.   U.S. Patent Application Publication No. 2019/0110719A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published April 18, 2019.

1175.   U.S. Patent Application Publication No. 2019/0117070A1 (Muhsin et al.), titled "Medical monitoring system," and published April 25, 2019.

1176.   U.S. Patent Application Publication No. 2019/0117139A1 (Al-Ali et al.), titled "Multipurpose sensor port," and published April 25, 2019.

1177.   U.S. Patent Application Publication No. 2019/0117140A1 (Al-Ali et al.), titled "Advanced pulse oximetry sensor," and published April 25, 2019.

1178.   U.S. Patent Application Publication No. 2019/0117141A1 (Al-Ali), titled "Perfusion index smoother," and published April 25, 2019.

1179.   U.S. Patent Application Publication No. 2019/0117930A1 (Al-Ali), titled "Assistive capnography device," and published April 25, 2019.

1180.   U.S. Patent Application Publication No. 2019/0122763A1 (Sampath et al.), titled "Medical monitoring system," and published April 25, 2019.

1181.   U.S. Patent Application Publication No. 2019/0133525A1 (Al-Ali et al.), titled "Modular physiological sensors," and published May 9, 2019.

1182.   U.S. Patent Application Publication No. 2019/0142283A1 (Lamego et al.), titled "Handheld processing device including medical applications for minimally and non invasive glucose measurements," and published May 16, 2019.

1183.   U.S. Patent Application Publication No. 2019/0142344A1 (Telfort et al.), titled "Acoustic respiratory monitoring sensor having multiple sensing elements," and published May 16, 2019.

1184.   U.S. Patent Application Publication No. 2019/0150800A1 (Poeze et al.), titled "Multi-stream data collection system for noninvasive measurement of blood constituents," and published May 23, 2019.

1185.   U.S. Patent Application Publication No. 2019/0150856A1 (Kiani et al.), titled "Robust alarm system," and published May 23, 2019.

1186.   U.S. Patent Application Publication No. 2019/0167161A1 (Al-Ali et al.), titled "Total hemoglobin screening sensor," and published June 6, 2019.

1187.   U.S. Patent Application Publication No. 2019/0175019A1 (Al-Ali et al.), titled "Wireless patient monitoring device," and published June 13, 2019.

1188.   U.S. Patent Application Publication No. 2019/0192076A1 (McHale et al.), titled "Oximeter probe off indicator defining probe off space," and published June 27, 2019.

1189.   U.S. Design Patent No. D363,120S (Savage et al.), titled "Stethoscope ear tip," and issued October 10, 1995.

1190.  U.S. Design Patent No. D393,830S (Tobler et al.), titled "Patient cable connector," and issued April 28, 1998.

1191.  U.S. Design Patent No. D554,263S (Al-Ali et al.), titled "Portable patient monitor," and issued October 30, 2007.

1192.  U.S. Design Patent No. D566,282S (Al-Ali et al.), titled "Stand for a portable patient monitor," and issued April 8, 2008.

1193.  U.S. Design Patent No. D587,657S (Al-Ali et al.), titled "Connector assembly," and issued March 3, 2009.

1194.  U.S. Design Patent No. D692,145S (Al-Ali et al.), titled "Medical proximity detection token," and issued October 22, 2013.

1195.  U.S. Design Patent No. D755,392S (Hwang et al.), titled "Pulse oximetry sensor," and issued May 3, 2016.

1196.  U.S. Design Patent No. D820,865S (Muhsin et al.), titled "Display screen or portion thereof for graphical user interface for physiological monitoring," and issued June 19, 2018.

1197.  U.S. Design Patent No. D822,215S (Al-Ali et al.), titled "Medical monitoring device," and issued July 3, 2018.

1198.  U.S. Design Patent No. D822,216S (Barker et al.), titled "Medical monitoring device," and issued July 3, 2018.

1199.  U.S. Design Patent No. D833,624S (DeJong et al.), titled "Medical device," and issued November 13, 2018.

1200.  U.S. Reissued Patent No. RE38,476E (Diab et al.), titled "Signal processing apparatus," and issued March 30, 2004.

1201.  U.S. Reissued Patent No. RE39,672E (Shehada et al.), titled "Method and devices for laser induced fluorescence attenuation spectroscopy," and issued June 5, 2007.

1202.  U.S. Reissued Patent No. RE42,753E (Kiani-Azarbayhany et al.), titled "Active pulse blood constituent monitoring," and issued September 27, 2011.

1203.  U.S. Reissued Patent No. RE44,875E (Kiani et al.), titled "Active pulse blood constituent monitoring," and issued April 29, 2014.

1204.  U.S. Design Patent No. D353,195S (Savage et al.), titled "Electronic stethoscope housing," and issued December 6, 1994.

1205.   U.S. Design Patent No. D353,196S (Savage et al.), titled "Stethoscope head," and issued December 6, 1994.

1206.   U.S. Design Patent No. D359,546S (Savage et al.), titled "Housing for a dental unit disinfecting device," and issued June 20, 1995.

1207.   U.S. Design Patent No. D361,840S (Savage et al.), titled "Stethoscope head," and issued August 29, 1995.

1208.   U.S. Design Patent No. D362,063S (Savage et al.), titled "Stethoscope headset," and issued September 5, 1995.

1209.   U.S. Design Patent No. D606,659S (Kiani et al.), titled "Patient monitor," and issued December 22, 2009.

1210.   U.S. Design Patent No. D609,193S (Al-Ali et al.), titled "Connector assembly," and issued February 2, 2010.

1211.   U.S. Design Patent No. D614,305S (Al-Ali et al.), titled "Connector assembly," and issued April 20, 2010.

1212.   U.S. Design Patent No. D621,516S (Kiani et al.), titled "Patient monitoring sensor," and issued August 10, 2010.

1213.   U.S. Design Patent No. D788,312S (Al-Ali et al.), titled "Wireless patient monitoring device," and issued May 30, 2017.

1214.   U.S. Design Patent No. D835,282S (Barker et al.), titled "Medical monitoring device," and issued December 4, 2018.

1215.   U.S. Design Patent No. D835,283S (Barker et al.), titled "Medical monitoring device," and issued December 4, 2018.

1216.   U.S. Design Patent No. D835,284S (Barker et al.), titled "Medical monitoring device," and issued December 4, 2018.

1217.   U.S. Design Patent No. D835,285S (Barker et al.), titled "Medical monitoring device," and issued December 4, 2018.

1218.   U.S. Reissued Patent No. RE38,492E (Diab et al.), titled "Signal processing apparatus and method," and issued April 6, 2004.

1219.   U.S. Reissued Patent No. RE41,317E (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued May 4, 2010.

1220.  U.S. Reissued Patent No. RE41,912E (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued November 2, 2010.

1221.  U.S. Reissued Patent No. RE43,169E (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued February 7, 2012.

1222.  U.S. Reissued Patent No. RE43,860E (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued December 11, 2012.

1223.  U.S. Reissued Patent No. RE44,823E (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued April 1, 2014.

1224.  U.S. Reissued Patent No. RE47,218E (Al-Ali), titled "Adaptive alarm system," and issued February 5, 2019.

1225.  U.S. Reissued Patent No. RE47,244E (Kiani et al.), titled "Alarm suspend system," and issued February 19, 2019.

1226.  U.S. Reissued Patent No. RE47,249E (Kiani et al.), titled "Alarm suspend system," and issued February 19, 2019.

1227.  U.S. Reissued Patent No. RE47,353E (Kiani et al.), titled "Alarm suspend system," and issued April 16, 2019.

**B.**     **Foreign Patent Publications**

1.  Chinese Patent No. CN101484065 (Hayes-Gill et al.), titled "Photoplethysmography," and published November 9, 2011.

2.  Chinese Patent No. CN101564290 (Qingming et al.), titled "Optical multi-parameter physiology monitoring instrument," and published May 25, 2011.

3.  Chinese Patent No. CN103906468 (Leon et al.), titled "Wearable pulse oximetry device," and published July 2, 2014.

4.  European Patent Application No. EP1124609 (Miesel), titled "Multiple lens oxygen sensor for medical electrical lead," and published August 2, 2006.

5.  European Patent Application No. EP2277440 (Onoe et al.), titled "Self-luminous sensor device," and published January 26, 2011.

6.      European Patent Application No. EP3316779 (Al-Ali), titled "Advanced pulse oximetry sensor," and published May 9, 2018.

7.      European Patent Application No. EP630208 (Matti), titled "Wrist-held monitoring device for physical condition," and published December 28, 1994.

8.      European Patent Application No. EP770349 (Noboru et al.), titled "Apparatus for monitoring patients," and published May 2, 1997.

9.      European Patent Application No. EP781527 (Weckstoem et al.), titled "Pulsoximeter sensor," and published July 2, 1997.

10.     European Patent Application No. EP880936 (Koji), titled "Monitoring physical condition of a patient by telemetry," and published December 2, 1998.

11.     European Patent Application No. EP985373 (Cvetkovic), titled "Device for monitoring and evaluation of human body functions such as heart rate, blood pressure etc," and published March 15, 2000.

12.     Japanese Patent No. JP09257508 (Kazuo et al.), titled "Radio guide system,"" and published October 3, 1997.

13.     Japanese Patent No. JP10314133 (Teruo), titled "Biological signal radio equipment of arm mounting type," and published December 2, 1998.

14.     Japanese Patent No. JP11070086 (Kenzo), titled "Emergency informing system," and published March 16, 1999.

15.     Japanese Patent No. JP2919326 (Juji et al.), titled "Helper system," and published July 12, 1999.

16.     Japanese Patent Application Publication No. JP2018/524073 (アマー), titled "Advanced pulse oximetry sensor," and published August 30, 2018.

17.     Japanese Patent Application No. JP2011-147746 (Iwamiya et al.), titled "Apparatus and method for detecting biological information," and published August 4, 2011.

18.     Japanese Patent No. JP5056867B2 (Hiroshi et al.), titled "Biological information detection apparatus and biological information detection method," and published August 10, 2012.

19.     Japanese Patent No. JP2013515528, titled "Monitoring device," and published May 9, 2013.

20. Japanese Patent Application No. JP2009106373 (Maruo et al.), titled "Sensing apparatus for biological surface tissue," and published May 21, 2009.

21. PCT Publication No. WO 0028892 (Satchwell et al.), titled "Wrist mountable monitor," and published May 25, 2000.

22. PCT Publication No. WO 0228274 (MENDELSON, Yizhak), titled "A pulse oximeter and a method of its operation," and published April 11, 2002.

23. PCT Publication No. WO 2006113070 (Colvin et al.), titled "Optical-based sensing devices," and published October 26, 2006.

24. PCT Publication No. WO 2008107238 (Goujon et al.), titled "Device for measuring at least one physiological parameter," and published September 12, 2008.

25. PCT Publication No. WO 2009001988 (Lee et al.), titled "Diagnosis device using image sensor and method of manufacturing the same," and published December 31, 2008.

26. PCT Publication No. WO 2009137524 (Telfort et al.), titled "Pulse oximetry system with electrical decoupling circuitry," and published November 12, 2009.

27. PCT Publication No. WO 2011/051888 (Ackermans et al.), titled "Medical optical sensor," and published May 5, 2011.

28. PCT Publication No. WO 2011069122 (AL-ALI et al.), titled "Calibration for multi-stage physiological monitors," and published June 9, 2011.

29. PCT Publication No. WO 2013030744 (Eisen et al.), titled "Wearable pulse oximetry device," and published March 7, 2013.

30. PCT Publication No. WO 2013106607 (Mehta et al.), titled "Heart rate and blood oxygen monitoring system," and published July 18, 2013.

31. PCT Publication No. WO 2013181368 (Lisogurski), titled "Optical instrument with ambient light removal," and published December 5, 2013.

32. PCT Publication No. WO 2014115075 (Tognetti et al.), titled "Device, system and method for detection and processing of heartbeat signals," and published July 31, 2014.

33.     PCT Publication No. WO 2014153200 (Ferber et al.), titled "Systems and methods of multispectral blood measurement," and published September 25, 2014.

34.     PCT Publication No. WO 2014178793 (Meitav), titled "Wristwatch including an integrated pulse oximeter or other modules that sense physiological data," and published November 6, 2014.

35.     PCT Publication No. WO 2014184447 (Nousianen et al.), titled "Portable pulse measuring device," and published November 20, 2014.

36.     PCT Publication No. WO 2015187732 (Aki et al.), titled "Optical sensor for health monitoring," and published December 10, 2015.

37.     PCT Publication No. WO 2016066312 (Trattler et al.), titled "Optical sensor arrangement for an optical measurement of biological parameters and watch comprising the optical sensor arrangement," and published May 6, 2016.

38.     PCT Publication No. WO 2017004260 (Al-Ali et al.), titled "Advanced pulse oximetry sensor," and published January 5, 2017.

39.     PCT Publication No. WO 9423643 (Steuer et al.), titled "System and method for noninvasive hematocrit monitoring," and published October 27, 1994.

40.     PCT Publication No. WO 9500070 (Sepponen), titled "A device for measuring quantities related to blood circulation," and published January 5, 1995.

41.     PCT Publication No. WO 9627325 (Huch et al.), titled "Device for measuring oxygen saturation in the blood present in the body," and published September 12, 1996

42.     PCT Publication No. WO 9700923 (Murray et al.), titled "Adhesive compositions, bonding films made therefrom and processes for making bonding films," and published January 9, 1997.

43.     PCT Publication No. WO 9709923 (Kang et al.), titled "Real-time biological signal monitoring system using radio communication network," and published March 20, 1997.

44.     PCT Publication No. WO 9963883 (Sarussi), titled "Physiological stress detector device and method," and published December 16, 1999.

45.    South Korea Patent No. KR1020100091592(Kim et al.), titled "Pulse wave measuring apparatus capable of wearing on a wrist," and published August 19, 2010.

46.    UK Patent Application No. GB2243691 (Payne et al.), titled "Physiological monitor," and published November 6, 1991.

## C.    Non-Patent Publications

1.    "Galaxy S5 Explained: The Heart Rate Sensor and S Health 3.0.," Samsung Global Newsroom, 2014.

2.    "Heart Rate Measurement Technology," EPSON, 2019.

3.    "Introducing Easy Pulse: A DIY Photoplethysmographic Sensor for Measuring Heart Rate," Embedded Lab, 2012.

4.    "PerformTek Precision Biometrics," ValenCell, 2013.

5.    "Withings Pulse: Activity Tracker-Sleep Analyzer Hear Rate Analyzer; Installation and Operating Instructions," Withings, 2015.

6.    Anliker et al., "AMON: a wearable multiparameter medical monitoring and alert system," in IEEE Transactions on Information Technology in Biomedicine, vol. 8, No. 4, Dec. 2004.

7.    Asada, et al. "Mobile Monitoring with Wearable Photoplethysmographic Biosensors," IEEE Engineering in Medicine and Biology Magazine, 2003.

8.    Bagha, et al. "A Real Time Analysis of PPG Signal for Measurement of SpO2 and Pulse Rate," International Journal of Computer Applications (0975-8887), vol. 36-No. 11, 2011.

9.    Branche, et al. "Measurement Reproducibility and Sensor Placement Considerations in Designing a Wearable Pulse Oximeter for Military Applications," IEEE, 2004.

10.    Branche, et al. "Signal Quality and Power Consumption of a New Prototype Reflectance Pulse Oximeter Sensor," IEEE, 2005.

11.    Celka, et al. "Motion resistant earphone located infrared based heart rate measurement device," Research Gate, 2004.

12.    Comtois, et al. "A Comparative Evaluation of Adaptive Noise Cancellation Algorithms for Minimizing Motion Artifacts in a Forehead-Mounted Wearable Pulse Oximeter," IEEE, 2007.

13.   Comtois, et al. "A Noise Reference Input to an Adaptive Filter Algorithm for Signal Processing in a Wearable Pulse Oximeter," IEEE, 2007.

14.   Conway, et al. "Wearable computer as a multi-parametric monitor for physiological signals," Proceedings IEEE International Symposium on Bio-Informatics and Biomedical Engineering, pp. 236-242, 2000.

15.   Crilly, et al. "An Integrated Pulse Oximeter System for Telemedicine Applications," IEEE Instrumentation and Measurement Technology Conference, 1997.

16.   Dassel, et al. "Reflective Pulse Oximetry at the Forehead Improves by Pressure on the Probe," J. Clin. Monit, 11:237-244, 1995.

17.   Dresher, et al. "A New Reflectance Pulse Oximeter Housing to Reduce Contact Pressure Effects," IEEE, 2006.

18.   Dresher, et al. "Reflectance Forehead Pulse Oximetry: Effects of Contact Pressure During Walking," IEEE, 2006.

19.   Faulkner, "Apple Watch Heart Rate Sensor: Everything You Need to Know," TechRadar India, TechRadar, 2015.

20.   Gibbs, et al. "Active motion artifact cancellation for wearable health monitoring sensors using collocated MEMS accelerometers," SPIE, vol. 5765, 2005.

21.   Hayes, "How the Sensors inside Fitness Tracker Work," Digital Trends, 2014.

22.   Heerlein, et al. "LED-Based Sensor for Wearable Fitness Tracking Products," EDN, 2014.

23.   Jan. 9, 2020 Complaint for (1) Patent Infringement (2) Trade Secret Misappropriation and (3) Ownership of Patents and Demand for Jury Trial, Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, 64 pages.

24.   Johnston, et al. "Extracting Breathing Rate Information from a Wearable Reflectance Pulse Oximeter Sensor," IEEE, 2004.

25.   Johnston, et al. "Extracting Heart Rate Variability From a Wearable Reflectance Pulse Oximeter," IEEE, 2005.

26.   Keikhosravi, et al. "Effect of deep breath on the correlation between the wrist and finger photoplethysmograms," pp. 135-138, 2012.

27.    Kilbane, et al. "Design Considerations for Wrist-Wearable Heart Rate Monitors," Arrow Intelligent Systems, 2015.

28.    Konig, V. et al., "Reflectance Pulse Oximetry-Principles and Obstetric Application in the Zurich System," J Clin Monit 1998; 14: 403-412.

29.    Konstantas, et al. "Mobile Patient Monitoring: The MobiHealth System," Research Gate, 2004.

30.    Kuboyama, "Motion Artifact Cancellation for Wearable Photoplethysmographic Sensor," Massachusetts Institute of Technology, pp. 1-66, 2010.

31.    Kviesis-Kipge, et al., "Miniature Wireless Photoplethysmography Devices: Integration in Garments and Test Measurements," SPIE vol. 8427 84273H-6, 2012.

32.    Lee, et al. "Development of a Wristwatch-Type PPG Array Sensor Module," IEEE, 2011.

33.    Lin, et al. "RTWPMS: A Real-Time Wireless Physiological Monitoring System," IEEE Transactions on Information Technology in Biomedicine, vol. 10, No. 4, 2006.

34.    Lingaiah, et al. "Measurement of Pulse rate and SPo2 using Pulse Oximeter developed using LabVIEW," IOSR Journal of Electrical and Electronics Engineering (IOSR-JEEE), e-ISSN: 2278-1676, p-ISSN: 2320-3331, vol. 8, Issue 1, pp. 22-26, 2013.

35.    Lukowicz, et al. "AMON: a wearable medical computer for high risk patients," Proceedings. Sixth International Symposium on Wearable Computers, 2002.

36.    Lukowicz, et al. "The Weararm Modular, Low-Power Computing Core," IEEE Micro, 2001.

37.    Mapar "Wearable Sensor for Continuously Cigilant Blood Perfusion and Oxygenation," UCLA, 2012.

38.    Mar. 25, 2020 First Amended Complaint for (1) Patent Infringement (2) Trade Secret Misappropriation (3) Correction of Inventorship and (4) Ownership of Patents and Demand for Jury Trial, and including Exhibits 13-24 (Exhibits 1-12 and 25-31 comprise copies of publicly available U.S. patents and U.S. patent application publications, and are not included herein for ease of transmission), Masimo Corporation and Cercacor Laboratories, Inc. v. Apple Inc., Case No. 8:20-cv-00048, pp. 1-94, 983-1043 (total of 156 pages).

39.     Mendelson et al. "Noninvasive Pulse Oximetry Utilizing Skin Reflectance Photoplethysmography," IEEE Biomedical Engineering, vol. 35 No. 10, 1988.

40.     Mendelson et al., "A Mobile PDA-Based Wireless Pulse Oximeter," Proceedings of the IASTED International Conference Telehealth, Jul. 19-21, 2005, pp. 1-6.

41.     Mendelson et al., "A Wearable Reflectance Pulse Oximeter for Remote Physiological Monitoring," Proceedings of the 28th IEEE EMBS Annual International Conference, Aug. 30-Sep. 3, 2006, pp. 912-915.

42.     Mendelson et al., "Accelerometry-Based Adaptive Noise Cancellation for Remote Physiological Monitoring by a Wearable Pulse Oximeter," Proceedings of the 3rd IASTED International Conference Telehealth, May 31-Jun. 1, 2007, pp. 28-33.

43.     Mendelson et al., "Measurement Site and Photodetector Size Considerations in Optimizing Power Consumption of a Wearable Reflectance Pulse Oximeter," Proceedings of the 25th Annual International Conference of the IEEE EMBS, Sep. 17-21, 2003, pp. 3016-3019.

44.     Mendelson et al., "Minimization of LED Power Consumption in the Design of a Wearable Pulse Oximeter," Proceedings of the IASTED International Conference Biomedical Engineering, Jun. 25-27, 2003, 6 pages.

45.     Y. Mendelson, et al., "Skin Reflectance Pulse Oximetry: In Vivo Measurements from the Forearm and Calf," Journal of Clinical Monitoring, vol. 7, No. 1, Jan. 1991, pp. 7-12.

46.     Mio ALPHA Complete User Guide, https://www.medisana.com/out/pictures/media/manual/mio_alpha_user_g uide_en.pdf

47.     DC RAINMAKER, Mio Alpha Optical Heart Rate Monitor InDepth Review, https://www.dcrainmaker.com/2013/02/monitorbluetooth-smartant.html

48.     Oliver et al., "HealthGear: A Real-time Wearable System for Monitoring and Analyzing Physiological Signals," Proceedings of the International Workshop on Wearable and Implantable Body Sensor Networks, IEEE Computer Society, 2006, pp. 1-4.

49. Pandian et al., "Smart Vest: Wearable Multi-Parameter Remote Physiological Monitoring System," Medical Engineering & Physics 30, 2008. pp. 466-477.

50. Phattraprayoon, et al. "Accuracy of Pulse Oximeter Readings From Probe Placementon Newborn Wrist and Ankle," Journal of Perinatology, vol. 32, pp. 276-280, 2012.

51. Poh et al. "Motion-Tolerant Magnetic Earring Sensor and Wireless Earpiece for Wearable Photoplethysmography," IEEE Transactions on Information Technology in Biomedicine, vol. 14, No. 3, 2010.

52. Pujary, "Investigation of Photodetector Optimization in Reducing Power Consumption by a Noninvasive Pulse Oximeter Sensor," Worcester Polytechnic Institute, pp. 1-133, 2004.

53. Purjary et al., "Photodetector Size Considerations in the Design of a Noninvasive Reflectance Pulse Oximeter for Telemedicine Applications," IEEE, 2003.

54. Renevey et al., "Wrist-Located Pulse Detection Using IR Signals, Activity and Nonlinear Artifact Cancellation," Proceedings of the 23rd Annual EMBS International Conference, Oct. 25-28, 2001, pp. 3030-3033.

55. Rhee et al. "Artifact-Resistant Power-Efficient Design of Finger-Ring Plethysmographic Sensors," IEEE Transactions on Biomedical Engineering, vol. 48, No. 7, Jul. 2001, pp. 795-805.

56. Rhee et al. "Artifact-Resistant, Power Efficient Design of Finger-Ring Plethysmographic Sensors, Part I: Design and Analysis," 22nd Annual International Conference IEEE Engineering in Medicine and Biology Society, Jul. 23-28, 2000, pp. 2792-2795.

57. Rhee et al., "Design of a Artifact-Free Wearable Plethysmographic Sensor," 21st Annual International Conferemce IEEE Engineering in Medicine and Biology Society, Oct. 13-16, 1999, p. 786.

58. Rhee et al., "The Ring Sensor: a New Ambulatory Wearable Sensor for Twenty-Four Hour Patient Monitoring," Proceedings of the 20th Annual International Conference of the IEEE Engineering in Medicine and Biology Society, Oct. 29-Nov. 1, 1998, 4 pages.

59. Savage et al., "Optimizing Power Consumption in the Design of a Wearable Wireless Telesensor: Comparison of Pulse Oximeter Modes," Proceedings of IEEE 29th Annual Nonheust Bioengineering Conference, 2003, pp. 150-151.

60.    Scully, et al. "Physiological Parameter Monitoring from Optical Recordings with a Mobile Phone," IEEE Trans Biomed Eng.; 59(2): 303-306, 2012.

61.    Shaltis et al., "Novel Design for a Wearable, Rapidly Depolyable, Wireless Noninvasive Triage Sensor," Proceedings of the 2005 IEEE, Engineering in Medicine and Biology 27th Annual Conference, Sep. 1-4, 2005, pp. 3567-3570.

62.    Shin et al., "A Novel Headset with a Transmissive PPG Sensor for Heart Rate Measurement," ICBME 2008, Proceedings 23, pp. 519-522, 2009.

63.    Shyamkumar, et al. "Wearable Wireless Cardiovascular Monitoring Using Textile-Based Nanosensor and Nanomaterial Systems," Electronics 3, pp. 504-520, 2014.

64.    Stojanovic, et al. "Design of an Oximeter Based on LED-LED Configuration and FPGA Technology," Sensors, 13, 574-586, 2013.

65.    Stuban, et al. "Optimal filter bandwidth for pulse oximetry," Rev. Sci. Instrum. 83, 104708, 2012.

66.    Tamannagari, "Power Efficient Design of Finder-Ring Sensor for Patient Monitoring," Master of Science in Electrical Engineering, The University of Texas at San Antonio, College of Engineering, Department of Electrical Engineering, Dec. 2008, 74 pages.

67.    Tamura et al. "Wearable Photoplethysmographic Sensors-Past and Present," Electronics, 3, 282-302, 2014.

68.    Tofs, et al. "Body-Heat Powered Autonomous Pulse Oximeter," IEEE Sensors, 2006.

69.    Townsend, et al. "Pulse Oximetry," Medical Electronics, 2001.

70.    Tura, et al., "A Medical Wearable Device with Wireless Bluetooth-based Data Transmission," Measurement Science Review, vol. 3, Section 2, 2003.

71.    US 8,845,543 B2, 09/2014, Diab et al. (withdrawn)

72.    Vogel, et al. "In-Ear Vital Signs Monitoring Using a Novel Microoptic Reflective Sensor," IEEE Transactions on Information Technology in Biomedicine, vol. 13, No. 6, 2009.

73.    Warren, et al. "Designing Smart Health Care Technology into the Home of the Future," United States: N. p., 1999.

74. Written Opinion received in International Application No. PCT/US2016/040190, dated Jan. 2, 2018.

75. Yamashita et al., "Development of a Ring-Type Vital Sign Telemeter," Biotelemetry XIII, Mar. 26-31, 1995, pp. 145-150.

76. Yan, et al. "An Efficient Motion-Resistant Method for Wearable Pulse Oximeter," IEEE Transactions on Information Technology in Biomedicine, vol. 12, No. 3, 2008.

77. Yang, et al. "A Twenty-Four Hour Tele-Nursing System Using a Ring Sensor," Proc. of 1998 Int. Conf. on Robotics and Automation, 1998.

78. Yang, et al. "Development of the Ring Sensor for Healthcare Automation," Robotics and Autonomous Systems, 30, pp. 273-281, 2000.

79. Yang, et al. "SpO2 and Heart Rate Measurement with Wearable Watch Based on PPG," IEEE, 2015.

80. Zhai, et al. "A Wireless Sensor Network for Hospital Patient Monitoring," University of Calgary, 2007.

81. Y. Mendelson, et al., "Design and Evaluation of a New Reflectance Pulse Oximeter Sensor," Worcester Polytechnic Institute, Biomedical Engineering Program, Worcester, MA 01609, Association for the Advancement of Medical Instrumentation, vol. 22, No. 4, 1988, pp. 167-173.

## V.      Identification of Exemplary Prior Art to U.S. Patent No. 7,761,127

### A.      U.S. Patent Publications

1. U.S. Patent No. 3,998,550 (Konishi et al.), titled "Photoelectric oximeter," and issued December 21, 1976.

2. U.S. Patent No. 4,157,708 (Imura), titled "Eye fundus plethysmograph assembly," and issued June 12, 1979.

3. U.S. Patent No. 4,167,331 (Nielsen), titled "Multi-wavelength incremental absorbence oximeter," and issued September 11, 1979.

4. U.S. Patent No. 4,266,554 (Hamaguri), titled "Digital oximeter," and issued May 12, 1981.

5. U.S. Patent No. 4,446,871 (Imura), titled "Optical analyzer for measuring a construction ratio between components in the living tissue," and issued May 8, 1984.

6.     U.S. Patent No. 4,586,513 (Hamaguri), titled "Noninvasive device for photoelectrically measuring the property of arterial blood," and issued May 6, 1986.

7.     U.S. Patent No. 4,621,643 (New et al.), titled "Calibrated optical oximeter probe," and issued November 11, 1986.

8.     U.S. Patent No. 4,653,498 (New et al.), titled "Pulse oximeter monitor," and issued March 31, 1987.

9.     U.S. Patent No. 4,685,464 (Goldberger), titled "Durable sensor for detecting optical pulses," and issued August 11, 1987.

10.    U.S. Patent No. 4,694,833 (Hamaguri), titled "Noninvasive device for photoelectrically measuring the property of arterial blood," and issued September 22, 1987.

11.    U.S. Patent No. 4,700,708 (New et al.), titled "Calibrated optical oximeter probe," and issued October 20, 1987.

12.    U.S. Patent No. 4,714,341 (Hamaguri et al.), titled "Multi-wavelength oximeter having a means for disregarding a poor signal," and issued December 22, 1987.

13.    U.S. Patent No. 4,770,179 (New et al.), titled "Calibrated optical oximeter probe," and issued September 13, 1988.

14.    U.S. Patent No. 4,773,422 (Isaacson et al.), titled "Single channel pulse oximeter," and issued September 27, 1988.

15.    U.S. Patent No. 4,781,195 (Martin), titled "Blood monitoring apparatus and methods with amplifier input dark current correction," and issued November 1, 1988.

16.    U.S. Patent No. 4,800,885 (Johnson), titled "Blood constituent monitoring apparatus and methods with frequency division multiplexing," and issued January 31, 1989.

17.    U.S. Patent No. 4,832,484 (Aoyagi et al.), titled "Apparatus for determining the concentration of a light-absorbing material in blood," and issued May 23, 1989.

18.    U.S. Patent No. 4,846,183 (Martin), titled "Blood parameter monitoring apparatus and methods," and issued July 11, 1989.

19.    U.S. Patent No. 4,863,265 (Flower et al.), titled "Apparatus and method for measuring blood constituents," and issued September 5, 1989.

20. U.S. Patent No. 4,867,571 (Fricket al.), titled "Wave form filter pulse detector and method for modulated signal," and issued September 19, 1989.

21. U.S. Patent No. 4,869,254 (Stone et al.), titled "Method and apparatus for calculating arterial oxygen saturation," and issued September 26, 1989.

22. U.S. Patent No. 4,907,876 (Suzuki et al.), titled "Examination apparatus for measuring oxygenation in body organs," and issued March 13, 1990.

23. U.S. Patent No. 4,911,167 (Corenman et al.), titled "Method and apparatus for detecting optical pulses," and issued March 27, 1990.

24. U.S. Patent No. 4,934,372 (Corenman et al.), titled "Method and apparatus for detecting optical pulses," and issued June 19, 1990.

25. U.S. Patent No. 4,955,379 (Hall), titled "Motion artefact rejection system for pulse oximeters," and issued September 11, 1990.

26. U.S. Patent No. 4,960,126 (Conlon et al.), titled "ECG synchronized pulse oximeter," and issued October 2, 1990.

27. U.S. Patent No. 4,960,128 (Gordon et al.), titled "Method and apparatus for continuously and non-invasively measuring the blood pressure of a patient," and issued October 2, 1990.

28. U.S. Patent No. 4,964,010 (Miyasaka et al.), titled "Apparatus for limiting a time integration value of a pulsed current," and issued October 16, 1990.

29. U.S. Patent No. 4,964,408 (Hink et al.), titled "Oximeter sensor assembly with integral cable," and issued October 23, 1990.

30. U.S. Patent No. 4,967,571 (Sporri), titled "Device for the cryogenic pelletization of liquids," and issued November 6, 1990.

31. U.S. Patent No. 4,975,581 (Robinson et al.), titled "Method of and apparatus for determining the similarity of a biological analyte from a model constructed from known biological fluids," and issued December 4, 1990.

32. U.S. Patent No. 4,986,665 (Yamanishi et al.), titled "Optical density detector," and issued January 22, 1991.

33. U.S. Patent No. 4,997,769 (Lundsgaard), titled "Method and an apparatus for determining blood components," and issued March 5, 1991.

34.  U.S. Patent No. 4,42,877 (Sakai et al.), titled "Device for measuring oxygen saturation degree in arterial blood," and issued July 24, 1990.

35.  U.S. Patent No. 5,033,472 (Sato et al.), titled "Method of and apparatus for analyzing propagation of arterial pulse waves through the circulatory system," and issued July 23, 1991.

36.  U.S. Patent No. 5,041,187 (Hink et al.), titled "Oximeter sensor assembly with integral cable and method of forming the same," and issued August 20, 1991.

37.  U.S. Patent No. 5,054,495 (Uemura et al.), titled "Automatic blood-pressure measuring apparatus," and issued October 8, 1991.

38.  U.S. Patent No. 5,058,588 (Kaestle et al.), titled "Oximeter and medical sensor therefor," and issued October 22, 1991.

39.  U.S. Patent No. 5,069,213 (Polczynski), titled "Oximeter sensor assembly with integral cable and encoder," and issued December 3, 1991.

40.  U.S. Patent No. 5,078,136 (Stone et al.), titled "Method and apparatus for calculating arterial oxygen saturation based plethysmographs including transients," and issued January 7, 1992.

41.  U.S. Patent No. 5,163,438 (Gordon et al.), titled "Method and apparatus for continuously and noninvasively measuring the blood pressure of a patient," and issued November 17, 1992.

42.  U.S. Patent No. 5,190,040 (Aoyagi), titled "Apparatus for measuring the change in the concentration of a pigment in blood," and issued March 2, 1993.

43.  U.S. Patent No. 5,209,230 (Swedlow et al.), titled "Adhesive pulse oximeter sensor with reusable portion," and issued May 11, 1993.

44.  U.S. Patent No. 5,259,381 (Cheung et al.), titled "Apparatus for the automatic calibration of signals employed in oximetry," and issued November 9, 1993.

45.  U.S. Patent No. 5,267,562 (Ukawa et al.), titled "Pulse oximeter with probe difference compensation," and issued December 7, 1993.

46.  U.S. Patent No. 5,267,563 (Swedlow et al.), titled "Oximeter sensor with perfusion enhancing," and issued December 7, 1993.

47.  U.S. Patent No. 5,278,627 (Aoyagi), titled "Apparatus for calibrating pulse oximeter," and issued January 11, 1994.

48.     U.S. Patent No. 5,297,548 (Pologe), titled "Arterial blood monitoring probe," and issued March 29, 1994.

49.     U.S. Patent No. 5,313,940 (Fuse et al.), titled "Photo-electric pulse wave measuring probe," and issued May 24, 1994.

50.     U.S. Patent No. 5,331,549 (Crawford, Jr.), titled "Medical monitor system," and issued July 19, 1994.

51.     U.S. Patent No. 5,335,659 (Pologe et al.), titled "Nasal septum probe for photoplethysmographic measurements," and issued August 9, 1994.

52.     U.S. Patent No. 5,337,744 (Branigan), titled "Low noise finger cot probe," and issued August 16, 1994.

53.     U.S. Patent No. 5,348,004 (Hollub), titled "Electronic processor for pulse oximeter," and issued September 20, 1994.

54.     U.S. Patent No. 5,351,685 (Potratz), titled "Condensed oximeter system with noise reduction software," and issued October 4, 1994.

55.     U.S. Patent No. 5,355,880 (Thomas et al.), titled "Reliable noninvasive measurement of blood gases," and issued October 18, 1994.

56.     U.S. Patent No. 5,355,882 (Ukawa et al.), titled "Pulse oximeter," and issued October 18, 1994.

57.     U.S. Patent No. 5,361,758 (Hall et al.), titled "Method and device for measuring concentration levels of blood constituents non-invasively," and issued November 8, 1994.

58.     U.S. Patent No. 5,368,224 (Richardson et al.), titled "Method for reducing ambient noise effects in electronic monitoring instruments," and issued November 29, 1994.

59.     U.S. Patent No. 5,385,143 (Aoyagi), titled "Apparatus for measuring predetermined data of living tissue," and issued January 31, 1995.

60.     U.S. Patent No. 5,387,122 (Goldberger et al.), titled "Pulse oximeter probe connector," and issued February 7, 1995.

61.     U.S. Patent No. 5,392,777 (Swedlow et al.), titled "Oximeter sensor with perfusion enhancing, " and issued February 28, 1995.

62.     U.S. Patent No. 5,413,101 (Sugiura), titled "Pulse oximeter probe," and issued May 9, 1995.

63.     U.S. Patent No. 5,421,329 (Casciani et al.), titled "Pulse oximeter sensor optimized for low saturation," and issued June 6, 1995.

64.     U.S. Patent No. 5,427,093 (Ogawa et al.), titled "Oximeter probe," and issued June 27, 1995.

65.     U.S. Patent No. 5,429,128 (Cadell et al.), titled "Finger receptor," and issued July 4, 1995.

66.     U.S. Patent No. 5,431,170 (Mathews), titled "Pulse responsive device," and issued July 11, 1995.

67.     U.S. Patent No. 5,435,309 (Thomas et al.), titled "Systematic wavelength selection for improved multivariate spectral analysis," and issued July 25, 1995.

68.     U.S. Patent No. 5,452,717 (Branigan et al.), titled "Finger-cot probe," and issued September 26, 1995.

69.     U.S. Patent No. 5,482,036 (Diab et al.), titled "Signal processing apparatus and method," and issued January 9, 1996.

70.     U.S. Patent No. 5,490,505 (Diab et al.), titled "Signal processing apparatus," and issued February 13, 1996.

71.     U.S. Patent No. 5,490,523 (Isaacson et al.), titled "Finger clip pulse oximeter," and issued February 13, 1996.

72.     U.S. Patent No. 5,494,032 (Robinson et al.), titled "Oximeter for reliable clinical determination of blood oxygen saturation in a fetus," and issued February 27, 1996.

73.     U.S. Patent No. 5,494,043 (O'Sullivan et al.), titled "Arterial sensor," and issued February 27, 1996.

74.     U.S. Patent No. 5,503,148 (Pologe et al.), titled "System for pulse oximetry SPO2 determination," and issued April 2, 1996.

75.     U.S. Patent No. 5,520,177 (Ogawa), titled "Oximeter probe," and issued May 28, 1996.

76.     U.S. Patent No. 5,533,507 (Potratz), titled "Condensed oximeter system with noise reduction software," and issued July 9, 1996.

77.     U.S. Patent No. 5,533,511 (Kaspari et al.), titled "Apparatus and method for noninvasive blood pressure measurement," and issued July 9, 1996.

78.  U.S. Patent No. 5,551,423 (Sugiura), titled "Pulse oximeter probe," and issued September 3, 1996.

79.  U.S. Patent No. 5,553,615 (Carim et al.), titled "Method and apparatus for noninvasive prediction of hematocrit," and issued September 10, 1996.

80.  U.S. Patent No. 5,555,882 (Richardson et al.), titled "Method and apparatus for reducing ambient noise effects in electronic monitoring instruments," and issued September 17, 1996.

81.  U.S. Patent No. 5,562,002 (Lalin), titled "Positive displacement piston flow meter with damping assembly," and issued October 8, 1996.

82.  U.S. Patent No. 5,577,500 (Potratz), titled "Condensed oximeter system with noise reduction software," and issued November 26, 1996.

83.  U.S. Patent No. 5,584,299 (Sakai et al.), titled "Heart pulse wave detecting device using iterative base point detection," and issued December 17, 1996.

84.  U.S. Patent No. 5,588,427 (Tien), titled "Enhancement of physiological signals using fractal analysis," and issued December 31, 1996.

85.  U.S. Patent No. 5,590,649 (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine blood pressure," and issued January 07, 1997.

86.  U.S. Patent No. 5,590,652 (Inai), titled "Drive circuit for light-emitting diode in pulse oximeter," and issued January 07, 1997.

87.  U.S. Patent No. 5,595,176 (Yamaura), titled "Pulse oximeter," and issued January 21, 1997.

88.  U.S. Patent No. 5,596,992 (Haaland et al.), titled "Multivariate classification of infrared spectra of cell and tissue samples," and issued January 28, 1997.

89.  U.S. Patent No. 5,602,924 (Durand et al.), titled "Electronic stethoscope," and issued February 11, 1997.

90.  U.S. Patent No. 5,603,623 (Nishikawa et al.), titled "Lock mechanism for a connector," and issued February 18, 1997.

91.  U.S. Patent No. 5,630,413 (Thomas et al.), titled "Reliable noninvasive measurement of blood gases," and issued May 20, 1997.

92.    U.S. Patent No. 5,632,272 (Diab et al.), titled "Signal processing apparatus," and issued May 27, 1997.

93.    U.S. Patent No. 5,638,816 (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued June 17, 1997.

94.    U.S. Patent No. 5,638,818 (Diab et al.), titled "Low noise optical probe," and issued June 17, 1997.

95.    U.S. Patent No. 5,645,059 (Fein et al.), titled "Medical sensor with modulated encoding scheme," and issued July 8, 1997.

96.    U.S. Patent No. 5,645,060 (Yorkey), titled "Method and apparatus for removing artifact and noise from pulse oximetry," and issued July 8, 1997.

97.    U.S. Patent No. 5,645,440 (Tobler et al.), titled "Patient cable connector," and issued July 8, 1997.

98.    U.S. Patent No. 5,660,567 (Nierlich et al.), titled "Medical sensor connector with removable encoding device," and issued August 26, 1997.

99.    U.S. Patent No. 5,662,106 (Swedlow et al.), titled "Oximeter with motion detection for alarm modification," and issued September 2, 1997.

100.   U.S. Patent No. 5,676,139 (Goldberger et al.), titled "Spring clip probe housing," and issued October 14, 1997.

101.   U.S. Patent No. 5,676,141 (Hollub), titled "Electronic processor for pulse oximeters," and issued October 14, 1997.

102.   U.S. Patent No. 5,678,544 (Delonzor et al.), titled "Disposable pulse oximeter sensor," and issued October 21, 1997.

103.   U.S. Patent No. 5,685,299 (Diab et al.), titled "Signal processing apparatus," and issued November 11, 1997.

104.   U.S. Patent No. 5,685,301 (Klomhaus), titled "Apparatus for precise determination of operating characteristics of optical devices contained in a monitoring probe," and issued November 11, 1997.

105.   U.S. Patent No. 5,687,719 (Sato et al.), titled "Pulse oximeter probe," and issued November 18, 1997.

106.   U.S. Patent No. 5,687,722 (Tien et al.), titled "System and method for the algebraic derivation of physiological signals," and issued November 18, 1997.

107.   U.S. Patent No. 5,690,104 (Kanemoto et al.), titled "Apparatus and method for measuring oxygen saturation in blood and apparatus and method for measuring concentration of light-absorbing materials in blood," and issued November 25, 1997.

108.   U.S. Patent No. 5,692,503 (Kuenstner), titled "Method for noninvasive (in-vivo) total hemoglobin, oxyhemogolobin, deoxyhemoglobin, carboxyhemoglobin and methemoglobin concentration determination," and issued December 2, 1997.

109.   U.S. Patent No. 5,697,371 (Aoyagi), titled "Apparatus for measuring circulating blood volume," and issued December 16, 1997.

110.   U.S. Patent No. 5,713,355 (Richardson et al.), titled "Method and apparatus for reducing ambient noise effects in electronic monitoring instruments," and issued February 3, 1998.

111.   U.S. Patent No. 5,743,262 (Lepper, Jr. et al.), titled "Blood glucose monitoring system," and issued April 28, 1998.

112.   U.S. Patent No. 5,743,263 (Baker, Jr.), titled "Pulse Oximeter using a virtual trigger for heart rate synchronization," and issued April 28, 1998.

113.   U.S. Patent No. 5,746,206 (Mannheimer), titled "Isolated layer pulse oximetry," and issued May 5, 1998.

114.   U.S. Patent No. 5,746,697 (Swedlow et al.), titled "Medical diagnostic apparatus with sleep mode," and issued May 5, 1998.

115.   U.S. Patent No. 5,752,914 (Delonzor et al.), titled "Continuous mesh EMI shield for pulse oximetry sensor," and issued May 19, 1998.

116.   U.S. Patent No. 5,755,226 (Carim et al.), "Method and apparatus for noninvasive prediction of hematocrit," and issued May 26, 1998.

117.   U.S. Patent No. 5,758,644 (Diab et al.), titled "Manual and automatic probe calibration," and issued June 2, 1998.

118.   U.S. Patent No. 5,760,910 (Lepper, Jr. et al.), titled "Optical filter for spectroscopic measurement and method of producing the optical filter," and issued June 2, 1998.

119.   U.S. Patent No. 5,769,785 (Diab et al.), titled "Signal processing apparatus and method," and issued June 23, 1998.

120.   U.S. Patent No. 5,772,587 (Gratton et al.), titled "Photosensor with multiple light sources," and issued June 30, 1998.

121. U.S. Patent No. 5,779,630 (Fein et al.), titled "Medical sensor with modulated encoding scheme," and issued July 14, 1998.

122. U.S. Patent No. 5,782,237 (Casciani et al.), titled "Pulse oximeter and sensor optimized for low saturation," and issued July 21, 1998.

123. U.S. Patent No. 5,782,756 (Mannheimer), titled "Method and apparatus for in vivo blood constituent analysis," and issued July 21, 1998.

124. U.S. Patent No. 5,782,757 (Diab et al.), titled "Low-noise optical probes," and issued July 21, 1998.

125. U.S. Patent No. 5,785,659 (Caro et al.), titled "Automatically activated blood pressure measurement device," and issued July 28, 1998.

126. U.S. Patent No. 5,790,729 (Pologe et al.), titled "Photoplethysmographic instrument having an integrated multimode optical coupler device," and issued August 4, 1998.

127. U.S. Patent No. 5,791,347 (Flaherty et al.), titled "Motion insensitive pulse detector," and issued August 11, 1998.

128. U.S. Patent No. 5,792,052 (Isaacson et al.), titled "Finger clip pulse oximeter," and issued August 11, 1998.

129. U.S. Patent No. 5,793,485 (Gourley), titled "Resonant-cavity apparatus for cytometry or particle analysis," and issued August 11, 1998.

130. U.S. Patent No. 5,800,348 (Kaestle et al.), titled "Apparatus and method for medical monitoring, in particular pulse oximeter," and issued September 1, 1998.

131. U.S. Patent No. 5,800,349 (Isaacson et al.), titled "Offset pulse oximeter sensor," and issued September 1, 1998.

132. U.S. Patent No. 5,803,910 (Potratz), titled "Condensed oximeter system and method with noise reduction software," and issued September 8, 1998.

133. U.S. Patent No. 5,807,246 (Sakaguchi et al.), titled "Display device in medical examination and treatment system," and issued September 15, 1998.

134. U.S. Patent No. 5,807,247 (Merchant et al.), titled "Method and apparatus for facilitating compatibility between pulse oximeters and sensor probes," and issued September 15, 1998.

135.    U.S. Patent No. 5,810,723 (Aldrich), titled "Non-invasive carboxyhemoglobin analyer," and issued September 22, 1998.

136.    U.S. Patent No. 5,810,724 (Gronvall), titled "Reusable sensor accessory containing a conformable spring activated rubber sleeved clip," and issued September 22, 1998.

137.    U.S. Patent No. 5,810,734 (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physiological parameter," and issued September 22, 1998.

138.    U.S. Patent No. 5,817,010 (Hibl), titled "Disposable sensor holder," and issued October 6, 1998.

139.    U.S. Patent No. 5,818,985 (Merchant et al.), titled "Optical oximeter probe adapter," and issued October 6, 1998.

140.    U.S. Patent No. 5,823,950 (Diab et al.), titled "Manual and automatic probe calibration," and issued October 20, 1998.

141.    U.S. Patent No. 5,823,952 (Levinson et al.), titled "Pulse oximeter sensor with differential slip coefficient," and issued October 20, 1998.

142.    U.S. Patent No. 5,827,182 (Raley), titled "Multiple LED sets in oximetry sensors," and issued October 27, 1998.

143.    U.S. Patent No. 5,830,131 (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physical condition of the human arterial system," and issued November 3, 1998.

144.    U.S. Patent No. 5,830,137 (Sharf), titled "Green light pulse oximeter," and issued November 3, 1998.

145.    U.S. Patent No. 5,833,618 (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physiological parameter," and issued November 10, 1998.

146.    U.S. Patent No. 5,839,439 (Nierlich et al.), titled "Oximeter sensor with rigid inner housing and pliable overmold," and issued November 24, 1998.

147.    U.S. Patent No. 5,842,979 (Jarman), titled "Method and apparatus for improved photoplethysmographic monitoring of oxyhemoglobin, deoxyhemoglobin, carboxyhemoglobin and methemoglobin," and issued December 1, 1998.

148.    U.S. Patent No. 5,851,178 (Aronow), titled "Instrumented laser diode probe connector," and issued December 22, 1998.

149. U.S. Patent No. 5,851,179 (Ritson et al.), titled "Pulse oximeter sensor with articulating head," and issued December 22, 1998.

150. U.S. Patent No. 5,853,364 (Baker, Jr. et al.), titled "Method and apparatus for estimating physiological parameters using model-based adaptive filtering," and issued December 29, 1998.

151. U.S. Patent No. 5,857,462 (Thomas et al.), titled "Systematic wavelength selection for improved multivariate spectral analysis," and issued January 12, 1999.

152. U.S. Patent No. 5,860,919 (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring method," and issued January 19, 1999.

153. U.S. Patent No. 5,865,736 (Baker, Jr. et al.), titled "Method and apparatus for nuisance alarm reductions," and issued February 2, 1999.

154. U.S. Patent No. 5,876,348 (Sugo), titled "Blood pressure monitoring apparatus," and issued March 2, 1999.

155. U.S. Patent No. 5,885,213 (Richardson et al.), titled "Method and apparatus for reducing ambient noise effects in electronic monitoring instruments," and issued March 23, 1999.

156. U.S. Patent No. 5,890,929 (Mills et al.), titled "Shielded medical connector," and issued April 6, 1999.

157. U.S. Patent No. 5,891,024 (Jarman et al.), titled "Two stage calibration and analyte measurement scheme for spectrophotomeric analysis," and issued April 6, 1999.

158. U.S. Patent No. 5,904,654 (Wohltmann et al.), titled "Exciter-detector unit for measuring physiological parameters," and issued May 18, 1999.

159. U.S. Patent No. 5,910,108 (Solenberger), titled "Method and apparatus for improving the durability of a sensor," and issued June 8, 1999.

160. U.S. Patent No. 5,916,154 (Hobbs et al.), titled "Method of enhancing performance in pulse oximetry via electrical stimulation," and issued June 29, 1999.

161. U.S. Patent No. 5,919,133 (Taylor), titled "Conformal wrap for pulse oximeter sensor," and issued July 6, 1999.

162. U.S. Patent No. 5,919,134 (Diab), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued July 6, 1999.

163.   U.S. Patent No. 5,921,921 (Potratz et al.), titled "Pulse oximeter with sigma-delta converter," and issued July 13, 1999.

164.   U.S. Patent No. 5,934,277 (Mortz), titled "System for pulse oximetry SpO2 determination," and issued August 10, 1999.

165.   U.S. Patent No. 5,934,925 (Tobler et al.), titled "Patient cable connector," and issued August 10, 1999.

166.   U.S. Patent No. 5,940,182 (Lepper, Jr. et al.), titled "Optical filter for spectroscopic measurement and method of producing the optical filter," and August 17, 1999.

167.   U.S. Patent No. 5,954,644 (Dettling), titled "Method for ambient light subtraction in a photoplethysmographic measurement instrument," and issued September 21, 1999.

168.   U.S. Patent No. 5,978,691 (Mills), titled "Device and method for noninvasive continuous determination of blood gases, pH, hemoglobin level, and oxygen content," and issued November 2, 1999.

169.   U.S. Patent No. 5,983,122 (Jarman et al.), titled "Apparatus and method for improved photoplethysmographic monitoring of multiple hemoglobin species using emitters having optimized center wavelengths," and issued November 9, 1999.

170.   U.S. Patent No. 5,995,855 (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued November 30, 1999.

171.   U.S. Patent No. 5,995,856 (Mannheimer et al.), titled "Non-contact optical monitoring of physiological parameters," and issued November 30, 1999.

172.   U.S. Patent No. 5,995,859 (Takahashi), titled "Method and apparatus for accurately measuring the saturated oxygen in arterial blood by substantially eliminating noise from the measurement signal," and issued November 30, 1999.

173.   U.S. Patent No. 5,997,343 (Mills et al.), titled "Patient cable sensor switch," and issued December 7, 1999.

174.   U.S. Patent No. 5,999,841 (Aoyagi et al.), titled "Apparatus for measuring circulating blood volume," and issued December 7, 1999.

175.   U.S. Patent No. 6,002,952 (Diab et al.), titled "Signal processing apparatus and method," and issued December 14, 1999.

176.     U.S. Patent No. 6,006,119 (Soller et al.), titled "Non-invasive optical measurement of blood hematocrit," and issued December 21, 1999.

177.     U.S. Patent No. 6,011,986 (Diab et al.), titled "Manual and automatic probe calibration," and issued January 4, 2000.

178.     U.S. Patent No. 6,014,576 (Raley), titled "Segmented photoplethysmographic sensor with universal probe-end," and issued January 11, 2000.

179.     U.S. Patent No. 6,018,673 (Chin et al.), titled "Motion compatible sensor for non-invasive optical blood analysis," and issued January 25, 2000.

180.     U.S. Patent No. 6,018,674 (Aronow), titled "Fast-turnoff photodiodes with switched-gain preamplifiers in photoplethysmographic measurement instruments," and issued January 25, 2000.

181.     U.S. Patent No. 6,023,541 (Merchant et al.), titled "Active optical oximeter probe adapter," and issued February 8, 2000.

182.     U.S. Patent No. 6,027,452 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued February 22, 2000.

183.     U.S. Patent No. 6,036,642 (Diab et al.), titled "Signal processing apparatus and method," and issued March 14, 2000.

184.     U.S. Patent No. 6,045,509 (Caro et al.), titled "Apparatus and method for measuring an induced perturbation to determine a physiological parameter," and issued April 4, 2000.

185.     U.S. Patent No. 6,064,898 (Aldrich), titled "Non-invasive blood component analyzer," and issued May 16, 2000.

186.     U.S. Patent No. 6,067,462 (Diab et al.), titled "Signal processing apparatus and method," and issued May 23, 2000.

187.     U.S. Patent No. 6,068,594 (Schloemer et al.), titled "Parameter disturbance response apparatus," and issued May 30, 2000.

188.     U.S. Patent No. 6,073,037 (Alam et al.), titled "Near-infrared noninvasive determination of pH in pulse mode," and issued June 6, 2000.

189.     U.S. Patent No. 6,081,735 (Diab et al.), titled "Signal processing apparatus," and issued June 27, 2000.

190. U.S. Patent No. 6,083,172 (Baker, Jr. et al.), titled "Method and apparatus for estimating physiological parameters using model-based adaptive filtering," and issued July 4, 2000.

191. U.S. Patent No. 6,088,607 (Diab et al.), titled "Low noise optical probe," and issued July 11, 2000.

192. U.S. Patent No. 6,094,592 (Yorkey et al.), titled "Methods and apparatus for estimating a physiological parameter using transforms," and issued July 25, 2000.

193. U.S. Patent No. 6,104,938 (Huiku), titled "Procedure, apparatus and detector for the determination of fractional oxygen saturation," and issued August 15, 2000.

194. U.S. Patent No. 6,110,522 (Lepper, Jr. et al.), titled "Blood glucose monitoring system," and issued August 29, 2000.

195. U.S. Patent No. 6,112,107 (Hannula), titled "Flexible sensor with bulge enhancing contact," and issued August 29, 2000.

196. U.S. Patent No. 6,122,042 (Wunderman et al.), titled "Devices and methods for optically identifying characteristics of material objects," and issued September 19, 2000.

197. U.S. Patent No. 6,144,868 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued November 7, 2000.

198. U.S. Patent No. 6,149,588 (Noda et al.), titled "Blood sugar value measuring method and apparatus," and issued November 21, 2000.

199. U.S. Patent No. 6,151,516 (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued November 21, 2000.

200. U.S. Patent No. 6,151,518 (Hayashi), titled "Instrument for measuring concentrations of constituent parts of blood," and issued November 21, 2000.

201. U.S. Patent No. 6,152,754 (Gerhardt et al.), titled "Circuit board based cable connector," and issued November 28, 2000.

202. U.S. Patent No. 6,154,667 (Miura et al.), titled "Pulse oximeter probe," and issued November 28, 2000.

203. U.S. Patent No. 6,157,041 (Thomas et al.), titled "Methods and apparatus for tailoring spectroscopic calibration models," and issued December 5, 2000.

204.   U.S. Patent No. 6,157,850 (Diab et al.), titled "Signal processing apparatus," and issued December 5, 2000.

205.   U.S. Patent No. 6,165,005 (Mills et al.), titled "Patient cable sensor switch," and issued December 26, 2000.

206.   U.S. Patent No. 6,174,283B1 (Nevo et al.), titled "Apparatus and method for monitoring a system and displaying the status of the system," and issued January 16, 2001.

207.   U.S. Patent No. 6,184,521 (Coffin, IV et al.), titled "Photodiode detector with integrated noise shielding," and issued February 6, 2001.

208.   U.S. Patent No. 6,206,830 (Diab et al.), titled "Signal processing apparatus and method," and issued March 27, 2001.

209.   U.S. Patent No. 6,226,539 (Potratz), titled "Pulse oximeter having a low power led drive," and issued May 1, 2001.

210.   U.S. Patent No. 6,229,856 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued May 8, 2001.

211.   U.S. Patent No. 6,230,035 (Aoyagi et al.), titled "Apparatus for determining concentrations of light-absorbing materials in living tissue," and issued May 8, 2001.

212.   U.S. Patent No. 6,236,872 (Diab et al.), titled "Signal processing apparatus," and issued May 22, 2001.

213.   U.S. Patent No. 6,253,097 (Aronow et al.), titled "Noninvasive medical monitoring instrument using surface emitting laser devices," and issued June 26, 2001.

214.   U.S. Patent No. 6,256,523 (Diab et al.), titled "Low-noise optical probes," and issued July 3, 2001.

215.   U.S. Patent No. 6,263,222 (Diab et al.), titled "Signal processing apparatus," and issued July 17, 2001.

216.   U.S. Patent No. 6,272,363 (Casciani et al.), titled "Pulse oximeter and sensor optimized for low saturation," and issued August 7, 2001.

217.   U.S. Patent No. 6,278,522 (Lepper, Jr. et al.), titled "Optical filter for spectroscopic measurement and method of producing the optical filter," and issued August 21, 2001.

218. U.S. Patent No. 6,280,213 (Tobler et al.), titled "Patient cable connector," and issued August 28, 2001.

219. U.S. Patent No. 6,285,895 (Ristolainen et al.), titled "Measuring sensor for monitoring characteristics of a living tissue," and issued September 4, 2001.

220. U.S. Patent No. 6,285,896 (Tobler et al.), titled "Fetal pulse oximetry sensor," and issued September 4, 2001.

221. U.S. Patent No. 6,298,252 (Kovach et al.), titled "Oximeter sensor with encoder connected to detector," and issued October 2, 2001.

222. U.S. Patent No. 6,304,675 (Osbourne al.), titled "Visual cluster analysis and pattern recognition methods," and issued October 16, 2001.

223. U.S. Patent No. 6,304,767 (Soller et al.), titled "Non-invasive optical measurement of blood hematocrit," and issued October 16, 2001.

224. U.S. Patent No. 6,321,100 (Parker), titled "Reusable pulse oximeter probe with disposable liner," and issued November 20, 2001.

225. U.S. Patent No. 6,330,468 (Scharf), titled "System using green light to determine parmeters of a cardiovascular system," and issued December 11, 2001.

226. U.S. Patent No. 6,334,065 (Al-Ali et al.), titled "Stereo pulse oximeter," and issued December 25, 2001.

227. U.S. Patent No. 6,341,257 (Haaland), titled "Hybrid least squares multivariate spectral analysis methods," and issued January 22, 2002.

228. U.S. Patent No. 6,343,224 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued January 29, 2002.

229. U.S. Patent No. 6,349,228 (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued February 19, 2002.

230. U.S. Patent No. 6,351,658 (Middleman et al.), titled "Multiple-code oximeter calibration element," and issued February 26, 2002.

231. U.S. Patent No. 6,356,774 (Bernstein et al.), titled "Oximeter sensor with encoded temperature characteristic," and issued March 12, 2002.

232. U.S. Patent No. 6,360,113 (Dettling), titled "Photoplethysmographic instrument," and issued March 19, 2002.

233. U.S. Patent No. 6,360,114 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued March 19, 2002.

234. U.S. Patent No. 6,363,269 (Hanna et al.), titled "Synchronized modulation/demodulation method and apparatus for frequency division multiplexed spectrophotometric system," and issued March 26, 2002.

235. U.S. Patent No. 6,371,921 (Caro et al.), titled "System and method of determining whether to recalibrate a blood pressure monitor," and issued April 16, 2002.

236. U.S. Patent No. 6,374,129 (Chin et al.), titled "Motion compatible sensor for non-invasive optical blood analysis," and issued April 16, 2002.

237. U.S. Patent No. 6,377,828 (Chaiken et al.), titled "Method for non-invasive measurement of an analyte," and issued April 23, 2002.

238. U.S. Patent No. 6,377,829 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued April 23, 2002.

239. U.S. Patent No. 6,388,240 (Schulz et al.), titled "Shielded optical probe and method having a longevity indication," and issued May 14, 2002.

240. U.S. Patent No. 6,393,310 (Kuenstner), titled "Methods and systems for clinical analyte determination by visible and infrared spectroscopy," and issued May 21, 2002.

241. U.S. Patent No. 6,397,091 (Diab et al.), titled "Manual and automatic probe calibration," and issued May 28, 2002.

242. U.S. Patent No. 6,397,092 (Norris et al.), titled "Oversampling pulse oximeter," and issued May 28, 2002.

243. U.S. Patent No. 6,397,093 (Aldrich), titled "Non-invasive carboxyhemoglobin analyzer," and issued May 28, 2002.

244. U.S. Patent No. 6,408,198 (Hanna et al.), titled "Method and system for improving photoplethysmographic analyte measurements by de-weighting motion-contaminated data," and issued June 18, 2002.

245. U.S. Patent No. 6,411,833 (Baker, Jr. et al.), titled "Method and apparatus for estimating physiological parameters using model-based adaptive filtering," and issued June 25, 2002.

246. U.S. Patent No. 6,415,166 (Van Hoy et al.), titled "Photoplethysmographic device with remote facsimile," and issued July 2, 2002.

247.    U.S. Patent No. 6,415,233 (Haaland), titled "Classical least squares multivariate spectral analysis," and issued July 2, 2002.

248.    U.S. Patent No. 6,415,236 (Kobayashi et al.), titled "Apparatus for determining concentrations of hemoglobins," and issued July 2, 2002.

249.    U.S. Patent No. 6,430,525 (Weber et al.), titled "Variable mode averager," and issued August 6, 2002.

250.    U.S. Patent No. 6,434,408 (Heckel), titled "Pulse oximetry method and system with improved motion correction," and issued August 13, 2002.

251.    U.S. Patent No. 6,441,388 (Thomas et al.), titled "Methods and apparatus for spectroscopic calibration model transfer," and issued August 27, 2002.

252.    U.S. Patent No. 6,453,184 (Hyogo et al.), titled "Device for measuring light absorption materials in blood," and issued September 17, 2002.

253.    U.S. Patent No. 6,463,310 (Swedlow et al.), titled "Method and circuit for storing and providing historical physiological data," and issued October 8, 2002.

254.    U.S. Patent No. 6,463,311 (Diab), titled "Plethysmograph pulse recognition processor," and issued October 8, 2002.

255.    U.S. Patent No. 6,466,824B1 (Struble), titled "Bi-atrial and/or bi-ventricular patient safety cable and methods regarding same," and issued October 15, 2002.

256.    U.S. Patent No. 6,470,199 (Kopotic et al.), titled "Elastic sock for positioning an optical probe," and issued October 22, 2002.

257.    U.S. Patent No. 6,480,729 (Stone), titled "Method for determining blood constituents," and issued November 12, 2002.

258.    U.S. Patent No. 6,490,466 (Fein et al.), titled "Interconnect circuit between non-compatible oximeter and sensor," and issued December 3, 2002.

259.    U.S. Patent No. 6,497,659 (Rafert), titled "System for identifying a cable transmitting a signal from a sensor to an electronic instrument," and issued December 24, 2002.

260.    U.S. Patent No. 6,501,974 (Huiku), titled "Compensation of human variability in pulse oximetry," and issued December 31, 2002.

261. U.S. Patent No. 6,501,975 (Diab et al.), titled "Signal processing apparatus and method," and issued December 31, 2002.

262. U.S. Patent No. 6,504,943 (Sweatt et al.), titled "Information-efficient spectral imaging sensor," and issued January 07, 2003.

263. U.S. Patent No. 6,505,060 (Norris), titled "Method and apparatus for determining pulse oximetry differential values," and issued January 07, 2003.

264. U.S. Patent No. 6,505,061 (Larson), titled "Pulse oximetry sensor with improved appendage cushion," and issued January 7, 2003.

265. U.S. Patent No. 6,505,133 (Hanna), titled "Simultaneous signal attenuation measurements utilizing code division multiplexing," and issued January 07, 2003.

266. U.S. Patent No. 6,510,329 (Heckel), titled "Detection of sensor off conditions in a pulse oximeter," and issued January 21, 2003.

267. U.S. Patent No. 6,515,273 (Al-Ali), titled "System for indicating the expiration of the useful operating life of a pulse oximetry sensor," and issued February 4, 2003.

268. U.S. Patent No. 6,519,486 (Edgar, Jr. et al.), titled "Method, apparatus and system for removing motion artifacts from measurements of bodily parameters," and issued February 11, 2003.

269. U.S. Patent No. 6,519,487 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued February 11, 2003.

270. U.S. Patent No. 6,522,398 (Cadell et al.), titled "Apparatus for measuring hematocrit," and issued February 18, 2003.

271. U.S. Patent No. 6,525,386 (Mills et al.), titled "Non-protruding optoelectronic lens," and issued February 25, 2003.

272. U.S. Patent No. 6,526,300 (Kiani et al.), titled "Pulse oximeter probe-off detection system," and issued February 25, 2003.

273. U.S. Patent No. 6,526,301 (Larsen et al.), titled "Direct to digital oximeter and method for calculating oxygenation levels," and issued February 25, 2003.

274. U.S. Patent No. 6,528,809 (Thomas et al.), titled "Methods and apparatus for tailoring spectroscopic calibration models," and issued March 4, 2003.

275.     U.S. Patent No. 6,537,225 (Mills), titled "Device and method for noninvasive continuous determination of physiologic characteristics," and issued March 25, 2003.

276.     U.S. Patent No. 6,541,756 (Schulz et al.), titled "Shielded optical probe having an electrical connector," and issued April 1, 2003.

277.     U.S. Patent No. 6,542,764 (Al-Ali et al.), titled "Pulse oximeter monitor for expressing the urgency of the patient's condition," and issued April 1, 2003.

278.     U.S. Patent No. 6,546,267 (Sugiura), titled "Biological sensor," and issued April 8, 2003.

279.     U.S. Patent No. 6,553,241 (Mannheimer et al.), titled "Oximeter sensor with digital memory encoding sensor expiration data," and issued April 22, 2003.

280.     U.S. Patent No. 6,564,077 (Mortara), titled "Method and apparatus for pulse oximetry," and issued May 13, 2003.

281.     U.S. Patent No. 6,571,113 (Fein et al.), titled "Oximeter sensor adapter with coding element," and issued May 27, 2003.

282.     U.S. Patent No. 6,580,086 (Schulz et al.), titled "Shielded optical probe and method," and issued June 17, 2003.

283.     U.S. Patent No. 6,582,964 (Samsoondar et al.), titled "Method and apparatus for rapid measurement of HbA1c," and issued June 24, 2003.

284.     U.S. Patent No. 6,584,336 (Ali et al.), titled "Universal/upgrading pulse oximeter," and issued June 24, 2003.

285.     U.S. Patent No. 6,584,413 (Keenan et al.), titled "Apparatus and system for multivariate spectral analysis," and issued June 24, 2003.

286.     U.S. Patent No. 6,591,123 (Fein et al.), titled "Oximeter sensor with digital memory recording sensor data," and issued July 8, 2003.

287.     U.S. Patent No. 6,594,511 (Stone et al.), titled "Method and apparatus for determining physiological characteristics," and issued July 15, 2003.

288.     U.S. Patent No. 6,595,316 (Cybulski et al.), titled "Tension-adjustable mechanism for stethoscope earpieces," and issued July 22, 2003.

289.     U.S. Patent No. 6,597,933 (Kiani et al.), titled "Pulse oximetry sensor adapter," and issued July 22, 2003.

290.   U.S. Patent No. 6,600,940 (Fein et al.), titled "Oximeter sensor with digital memory," and issued July 29, 2003.

291.   U.S. Patent No. 6,606,509 (Schmitt), titled "Method and apparatus for improving the accuracy of noninvasive hematocrit measurements," and issued August 12, 2003.

292.   U.S. Patent No. 6,606,510 (Swedlow et al.), titled "Oximeter sensor with digital memory encoding patient data," and issued August 12, 2003.

293.   U.S. Patent No. 6,606,511 (Ali et al.), titled "Pulse oximetry pulse indicator," and issued August 12, 2003.

294.   U.S. Patent No. 6,611,698 (Yamashita et al.), titled "Optical measuring instrument," and issued August 26, 2003.

295.   U.S. Patent No. 6,614,521 (Samsoondar et al.), titled "Device for verifying the accuracy of a spectral analyzer," and issued September 2, 2003.

296.   U.S. Patent No. 6,615,064 (Aldrich), titled "Non-invasive blood component analyzer," and issued September 2, 2003.

297.   U.S. Patent No. 6,615,151 (Scecina et al.), titled "Method for creating spectral instrument variation tolerance in calibration algorithms," and issued September 2, 2003.

298.   U.S. Patent No. 6,618,602 (Levin), titled "Method and apparatus for simultaneously determining a patient's identification and blood oxygen saturation," and issued September 9, 2003.

299.   U.S. Patent No. 6,622,095 (Kobayashi et al.), titled "Apparatus for determining concentrations of hemoglobins," and issued September 16, 2003.

300.   U.S. Patent No. 6,628,975 (Fein et al.), titled "Oximeter sensor with digital memory storing data," and issued September 30, 2003.

301.   U.S. Patent No. 6,631,281 (Kastle), titled "Recognition of a useful signal in a measurement signal," and issued October 7, 2003.

302.   U.S. Patent No. 6,632,181 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued October 14, 2003.

303.   U.S. Patent No. 6,640,116 (Diab), titled "Optical spectroscopy pathlength measurement system," and issued October 28, 2003.

304.   U.S. Patent No. 6,643,530 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued November 4, 2003.

305.   U.S. Patent No. 6,650,917 (Diab et al.), titled "Signal processing apparatus," and issued November 18, 2003.

306.   U.S. Patent No. 6,654,623 (Kastle), titled "Interference suppression for measuring signals with periodic wanted signals," and issued November 25, 2003.

307.   U.S. Patent No. 6,654,624 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued November 25, 2003.

308.   U.S. Patent No. 6,657,717 (Cadell et al.), titled "Device for verifying the accuracy of a spectral analyzer," and issued December 2, 2003.

309.   U.S. Patent No. 6,658,276 (Kiani et al.), titled "Pulse oximeter user interface," and issued December 2, 2003.

310.   U.S. Patent No. 6,658,277 (Wasserman), titled "Signal processing method and device for signal-to-noise improvement," and issued December 2, 2003.

311.   U.S. Patent No. 6,661,161 (Lanzo et al.), titled "Piezoelectric biological sound monitor with printed circuit board," and issued December 9, 2003.

312.   U.S. Patent No. 6,662,033 (Casciani et al.), titled "Pulse oximeter and sensor optimized for low saturation," and issued December 9, 2003.

313.   U.S. Patent No. 6,665,551 (Suzuki), titled "Current driving system of light emitting diode," and issued December 16, 2003.

314.   U.S. Patent No. 6,668,183 (Hicks et al.), titled "Diode detection circuit," and issued December 23, 2003.

315.   U.S. Patent No. 6,671,526 (Aoyagi et al.), titled "Probe and apparatus for determining concentration of light-absorbing materials in living tissue," and issued December 30, 2003.

316.   U.S. Patent No. 6,671,531 (Al-Ali et al.), titled "Sensor wrap including foldable applicator," and issued December 30, 2003.

317.   U.S. Patent No. 6,675,031 (Porges et al.), titled "Method and circuit for indicating quality and accuracy of physiological measurements," and issued January 06, 2004.

318.   U.S. Patent No. 6,675,106 (Keenan et al.), titled "Method of multivariate spectral analysis," and issued January 06, 2004.

319.   U.S. Patent No. 6,678,543 (Diab et al.), titled "Optical probe and positioning wrap," and issued January 13, 2004.

320.   U.S. Patent No. 6,681,126 (Solenberger), titled "Method and apparatus for improving the durability of a sensor," and issued January 20, 2004.

321.   U.S. Patent No. 6,684,090 (Ali et al.), titled "Pulse oximetry data confidence indicator," and issued January 27, 2004.

322.   U.S. Patent No. 6,684,091 (Parker), titled "Reusable pulse oximeter probe and disposable bandage method," and issued January 27, 2004.

323.   U.S. Patent No. 6,687,620 (Haaland et al.), titled "Augmented classical least squares multivariate spectral analysis," and issued February 3, 2004.

324.   U.S. Patent No. 6,694,157 (Stone et al.), titled "Method and apparatus for determination of pH pCO2, hemoglobin, and hemoglobin oxygen saturation," and issued February 17, 2004.

325.   U.S. Patent No. 6,697,655 (Sueppel et al.), titled "Low power pulse oximeter," and issued February 24, 2004.

326.   U.S. Patent No. 6,697,656 (Al-Ali), titled "Pulse oximetry sensor compatible with multiple pulse oximetry systems," and issued February 24, 2004.

327.   U.S. Patent No. 6,697,658 (Al-Ali), titled "Low power pulse oximeter," and issued February 24, 2004.

328.   U.S. Patent No. 6,699,194 (Diab et al.), titled "Signal processing apparatus and method," and issued March 2, 2004.

329.   U.S. Patent No. 6,701,170 (Stetson), titled "Blind source separation of pulse oximetry signals," and issued March 2, 2004.

330.   U.S. Patent No. 6,708,049 (Berson et al.), titled "Sensor with signature of data relating to sensor," and issued March 16, 2004.

331.   U.S. Patent No. 6,711,503 (Haaland), titled "Hybrid least squares multivariate spectral analysis methods," and issued March 23, 2004.

332.   U.S. Patent No. 6,714,803 (Mortz), titled "Pulse oximetry SpO2 determination," and issued March 30, 2004.

333.   U.S. Patent No. 6,714,804 (Al-Ali et al.), titled "Stereo pulse oximeter," and issued March 30, 2004.

334.   U.S. Patent No. 6,714,805 (Jeon et al.), titled "Method and apparatus for noninvasively monitoring hemoglobin concentration and oxygen saturation," and issued March 30, 2004.

335.   U.S. Patent No. 6,719,705 (Mills), titled "Device and method for noninvasive continuous determination of physiologic characteristics," and issued April 13, 2004.

336.   U.S. Patent No. 6,720,734 (Norris), titled "Oximeter with nulled op-amp current feedback," and issued April 13, 2004.

337.   U.S. Patent No. 6,721,585 (Parker), titled "Universal modular pulse oximeter probe for use with reusable and disposable patient attachment devices," and issued April 13, 2004.

338.   U.S. Patent No. 6,721,584 (Baker, Jr. et al.), titled "Method and apparatus for estimating physiological parameters using model-based adaptive filtering," and issued April 13, 2004.

339.   U.S. Patent No. 6,725,074 (Kastle), titled "Quality indicator for measurement signals, in particular, for medical measurement signals such as those used in measuring oxygen saturation," and issued April 20, 2004.

340.   U.S. Patent No. 6,725,075 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued April 20, 2004.

341.   U.S. Patent No. 6,726,634 (Freeman), titled "System and method for determining a condition of a patient," and issued April 27, 2004.

342.   U.S. Patent No. 6,735,459 (Parker), titled "Reusable pulse oximeter probe and disposable bandage apparatus," and issued May 11, 2004

343.   U.S. Patent No. 6,741,875 (Pawluczyk et al.), titled "Method for determination of analytes using near infrared, adjacent visible spectrum and an array of longer near infrared wavelengths," and issued May 25, 2004.

344.   U.S. Patent No. 6,741,876 (Scecina et al.), titled "Method for determination of analytes using NIR, adjacent visible spectrum and discrete NIR wavelenths," and issued May 25, 2004.

345.   U.S. Patent No. 6,743,172 (Blike), titled "System and method for displaying medical process diagrams," and issued June 1, 2004.

346. U.S. Patent No. 6,745,060 (Diab et al.), titled "Signal processing apparatus," and issued June 1, 2004.

347. U.S. Patent No. 6,745,061 (Hicks et al.), titled "Disposable oximetry sensor," and issued June 1, 2004.

348. U.S. Patent No. 6,748,253 (Norris et al.), titled "Oversampling pulse oximeter," and issued June 8, 2004.

349. U.S. Patent No. 6,748,254 (O'Neil et al.), titled "Stacked adhesive optical sensor," and issued June 8, 2004.

350. U.S. Patent No. 6,754,515 (Pologe), titled "Stabilization of noisy optical sources in photoplethysmography," and issued June 22, 2004.

351. U.S. Patent No. 6,754,516 (Mannheimer), titled "Nuisance alarm reductions in a physiological monitor," and issued June 22, 2004.

352. U.S. Patent No. 6,760,607 (Al-All), titled "Ribbon cable substrate pulse oximetry sensor," and issued July 6, 2004.

353. U.S. Patent No. 6,760,609 (Jacques), titled "Adaptive calibration pulsed oximetry method and device," and issued July 6, 2004.

354. U.S. Patent No. 6,770,028 (Ali et al.), titled "Dual-mode pulse oximeter," and issued August 3, 2004.

355. U.S. Patent No. 6,771,994 (Kiani et al.), titled "Pulse oximeter probe-off detection system," and issued August 3, 2004.

356. U.S. Patent No. 6,773,397 (Kelly), titled "System for processing signal data representing physiological parameters," and issued August 10, 2004.

357. U.S. Patent No. 6,778,923 (Norris et al.), titled "Reduced cross talk pulse oximeter," and issued August 17, 2004.

358. U.S. Patent No. 6,780,158 (Yarita), titled "Signal processing method and pulse wave signal processing method," and issued August 24, 2004.

359. U.S. Patent No. 6,788,849 (Pawluczyk), titled "Volume or stacked holographic diffraction gratings for wavelength division multiplexing and spectroscopy," and issued September 7, 2004.

360. U.S. Patent No. 6,792,300 (Diab et al.), titled "Low-noise optical probes for reducing light piping," and issued September 14, 2004.

361.    U.S. Patent No. 6,801,797 (Mannheimer et al.), titled "Pulse oximeter sensor with piece-wise function," and issued October 5, 2004.

362.    U.S. Patent No. 6,801,799 (Mendelson), titled "Pulse oximeter and method of operation," and issued October 5, 2004.

363.    U.S. Patent No. 6,810,277 (Edgar, Jr. et al.), titled "Method, apparatus and system for removing motion artifacts from measurements of bodily parameters," and issued October 26, 2004.

364.    U.S. Patent No. 6,813,511 (Diab et al.), titled "Low-noise optical probes for reducing ambient noise," and issued November 2, 2004.

365.    U.S. Patent No. 6,816,741 (Diab), titled "Plethysmograph pulse recognition processor," and issued November 9, 2004.

366.    U.S. Patent No. 6,819,950 (Mills), titled "Method for noninvasive continuous determination of physiologic characteristics," and issued November 16, 2004.

367.    U.S. Patent No. 6,822,564 (Al-Ali), titled "Parallel measurement alarm processor," and issued November 23, 2004.

368.    U.S. Patent No. 6,825,619 (Norris), titled "Feedback-controlled LED switching," and issued November 30, 2004.

369.    U.S. Patent No. 6,826,419 (Diab et al.), titled "Signal processing apparatus and method," and issued January November 30, 2004.

370.    U.S. Patent No. 6,829,496 (Nagai et al.), titled "Blood component measurement apparatus," and issued December 7, 2004.

371.    U.S. Patent No. 6,830,711 (Mills et al.), titled "Mold tool for an optoelectronic element," and issued December 14, 2004.

372.    U.S. Patent No. 6,836,679 (Baker, Jr. et al.), titled "Method and apparatus for estimating physiological parameters using model-based adaptive filtering," and issued December 28, 2004.

373.    U.S. Patent No. 6,839,579 (Chin), titled "Temperature indicating oximetry sensor," and issued January 04, 2005.

374.    U.S. Patent No. 6,839,580 (Zonios et al.), titled "Adaptive calibration for pulse oximetry," and issued January 04, 2005.

375.    U.S. Patent No. 6,839,582 (Heckel), titled "Pulse oximetry method and system with improved motion correction," and issued January 4, 2005.

376.  U.S. Patent No. 6,842,702 (Haaland et al.), titled "Augmented classical least squares multivariate spectral analysis," and issued January 11, 2005.

377.  U.S. Patent No. 6,845,256 (Chin et al.), titled "Motion compatible sensor for non-invasive optical blood analysis," and issued January 18, 2005.

378.  U.S. Patent No. 6,847,835 (Yamanishi), titled "Transcutaneous bilirubin concentration measuring apparatus and a measurement data checking plate for use with the same," and issued January 25, 2005.

379.  U.S. Patent No. 6,850,787 (Weber et al.), titled "Signal component processor," and issued February 1, 2005.

380.  U.S. Patent No. 6,850,788 (A1-Ali), titled "Physiological measurement communications adapter," and issued February 1, 2005.

381.  U.S. Patent No. 6,852,083 (Caro et al.), titled "System and method of determining whether to recalibrate a blood pressure monitor," and issued February 8, 2005.

382.  U.S. Patent No. 6,861,639 (A1-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued March 1, 2005.

383.  U.S. Patent No. 6,869,402 (Arnold), titled "Method and apparatus for measuring pulsus paradoxus," and issued March 22, 2005.

384.  U.S. Patent No. 6,882,874 (Huiku), titled "Compensation of human variability in pulse oximetry," and issued April 19, 2005.

385.  U.S. Patent No. 6,898,452 (Al-Ali et al.), titled "Stereo pulse oximeter," and issued May 24, 2005.

386.  U.S. Patent No. 6,912,049 (Pawluczyk et al.), titled "Electromagnetic radiation attenuating and scattering member with improved thermal stability," and issued June 28, 2005.

387.  U.S. Patent No. 6,917,422 (Samsoondar et al.), titled "Device for reference measurement and photometric correction in non-invasive glucose measurement using near infrared spectroscopy," and issued July 12, 2005.

388.  U.S. Patent No. 6,919,566 (Cadell), titled "Method of calibrating a spectroscopic device," and issued July 19, 2005.

389.  U.S. Patent No. 6,920,345 (Al-Ali et al.), titled "Optical sensor including disposable and reusable elements," and issued July 19, 2005.

390. U.S. Patent No. 6,921,367 (Mills), titled "Device and method for noninvasive continuous determination of physiologic characteristics," and issued July 26, 2005.

391. U.S. Patent No. 6,922,645 (Haaland et al.), titled "Augmented classical least squares multivariate spectral analysis," and issued July 26, 2005.

392. U.S. Patent No. 6,928,311 (Pawluczyk et al.), titled "Compact device for measuring, tissue analytes," and issued August 9, 2005.

393. U.S. Patent No. 6,931,268 (Kiani-Azarbayjany et al.), titled "Active pulse blood constituent monitoring," and issued August 16, 2005.

394. U.S. Patent No. 6,931,269 (Terry), titled "Multi-domain motion estimation and plethysmographic recognition using fuzzy neural-nets," and issued August 16, 2005.

395. U.S. Patent No. 6,934,570 (Kiani et al.), titled "Physiological sensor combination," and issued August 23, 2005.

396. U.S. Patent No. 6,939,305 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued September 6, 2005.

397. U.S. Patent No. 6,943,348 (Coffin, IV), titled "System for detecting injection holding material," and issued September 13, 2005.

398. U.S. Patent No. 6,944,487 (Maynard et al.), titled "Determination of pH including hemoglobin correction," and issued September 13, 2005.

399. U.S. Patent No. 6,950,687 (A1-Ali), titled "Isolation and communication element for a resposable pulse oximetry sensor," and issued September 27, 2005.

400. U.S. Patent No. 6,956,572B2 (Zaleski), titled "Patient medical parameter user interface system," and issued October 18, 2005.

401. U.S. Patent No. 6,961,598 (Diab), titled "Pulse and active pulse spectraphotometry," and issued November 1, 2005.

402. U.S. Patent No. 6,970,792 (Diab), titled "Systems and methods for determining blood oxygen saturation values using complex number encoding," and issued November 29, 2005.

403. U.S. Patent No. 6,975,891 (Pawluczyk), titled "Raman spectroscopic system with integrating cavity," and issued December 13, 2005.

404.  U.S. Patent No. 6,979,812 (Al-Ali), titled "Systems and methods for indicating an amount of use of a sensor," and issued December 27, 2005.

405.  U.S. Patent No. 6,985,764 (Mason et al.), titled "Flex circuit shielded optical sensor," and issued January 10, 2006.

406.  U.S. Patent No. 6,987,994 (Mortz), titled "Pulse oximetry SpO2 determination," and issued January 17, 2006.

407.  U.S. Patent No. 6,993,371 (Kiani et al.), titled "Pulse oximetry sensor adaptor," and issued January 31, 2006.

408.  U.S. Patent No. 6,996,427 (Ali et al.), titled "Pulse oximetry data confidence indicator," and issued February 7, 2006.

409.  U.S. Patent No. 6,999,904 (Weber et al.), titled "Variable indication estimator," and issued February 14, 2006.

410.  U.S. Patent No. 7,001,337 (Dekker), titled "Monitoring physiological parameters based on variations in a photoplethysmographic signal," and issued February 21, 2006.

411.  U.S. Patent No. 7,003,338 (Weber et al.), titled "Method and apparatus for reducing coupling between signals," and issued February 21, 2006.

412.  U.S. Patent No. 7,003,339 (Diab et al.), titled "Method and apparatus for demodulating signals in a pulse oximetry system," and issued February 21, 2006.

413.  U.S. Patent No. 7,006,856 (Baker, Jr. et al.), titled "Signal quality metrics design for qualifying data for a physiological monitor," and issued February 28, 2006.

414.  U.S. Patent No. 7,015,451 (Dalke et al.), titled "Power supply rail controller," and issued March 21, 2006.

415.  U.S. Patent No. 7,024,233 (Ali et al.), titled "Pulse oximetry data confidence indicator," and issued April 4, 2006.

416.  U.S. Patent No. 7,027,849 (Al-Ali), titled "Blood parameter measurement system," and issued April 11, 2006.

417.  U.S. Patent No. 7,030,749 (Al-Ali), titled "Parallel measurement alarm processor," and issued April 18, 2006.

418.  U.S. Patent No. 7,039,449 (Al-Ali), titled "Resposable pulse oximetry sensor," and issued May 2, 2006.

419.   U.S. Patent No. 7,041,060 (Flaherty et al.), titled "Rapid non-invasive blood pressure measuring device," and issued May 9, 2006.

420.   U.S. Patent No. 7,044,918 (Diab), titled "Plethysmograph pulse recognition processor," and issued May 16, 2006.

421.   U.S. Patent No. 7,075,537B2 (Simond et al.), titled "Apparatus for measuring a biological parameter equipped with a graphic representation display," and published July 11, 2006

422.   U.S. Patent No. 7,248,910B2 (Li et al.), titled "Physiological parameter monitoring system and sensor assembly for same," and issued July 24, 2007.

423.   U.S. Patent No. 7,292,209B2 (Rast), titled "System and method of driving an array of optical elements," and issued November 6, 2007.

424.   U.S. Patent No. 7,471,969B2 (Diab et al.), titled "Pulse oximeter probe-off detector," and issued December 30, 2008.

425.   U.S. Design Patent No. D353,195 (Savage et al.), titled "Electronic stethoscope housing," and issued December 6, 1994.

426.   U.S. Design Patent No. D353,196 (Savage et al.), titled "Stethoscope head," and issued December 6, 1994.

427.   U.S. Design Patent No. D361,840 (Savage et al.), titled "Stethoscope head," and issued August 29, 1995.

428.   U.S. Design Patent No. D362,063 (Savage et al.), titled "Stethoscope headset," and issued September 5, 1995.

429.   U.S. Design Patent No. D363,120 (Savage et al.), titled "Stethoscope ear tip," and issued October 10, 1995.

430.   U.S. Design Patent No. D393,830 (Tobler et al.), titled "Patient cable connector," and issued April 28, 1998.

431.   U.S. Reissued Patent No. RE33,643 (Isaacson et al.), titled "Pulse oximeter with circuit leakage and ambient light compensation," and issued July 23, 1991.

432.   U.S. Reissued Patent No. RE35,122 (Corenman et al.), titled "Method and apparatus for detecting optical pulses," and issued December 19, 1995.

433.   U.S. Patent No. RE36,000 (Swedlow et al.), titled "Adhesive pulse oximeter sensor with reusable portion," and issued December 22, 1998.

434.   U.S. Reissued Patent No. RE38,476 (Diab et al.), titled "Signal processing apparatus," and issued March 30, 2004.

435.   U.S. Reissued Patent No. RE38,492 (Diab et al.), titled "Signal processing apparatus and method," and issued April 6, 2004.

436.   U.S. Patent Application Publication No. 2001/0044700 (Kobayashi et al.), titled "Apparatus for determining concentrations of hemoglobins," and published November 22, 2001.

437.   U.S. Patent Application Publication No. 2001/0045532 (Schulz et al.), titled "Shielded optical probe having an electrical connector," and published November 29, 2001.

438.   U.S. Patent Application Publication No. 2002/0021269 (Rast), titled "System and method of driving an array of optical elements," and published February 21, 2002.

439.   U.S. Patent Application Publication No. 2002/0038078 (Ito), titled "Apparatus for measuring/determining concentrations of light absorbing materials in blood," and published March 28, 2002.

440.   U.S. Patent Application Publication No. 2002/0038081 (Fein et al.), titled "Oximeter sensor with digital memory recording sensor data," and published March 28, 2002.

441.   U.S. Patent Application Publication No. 2002/0059047 (Haaland), titled "Hybrid least squares multivariate spectral analysis methods," and published May 16, 2002.

442.   U.S. Patent Application Publication No. 2002/0072660 (Kiani et al.), titled "Pulse oximeter probe-off detector," and published June 13, 2002.

443.   U.S. Patent Application Publication No. 2002/0111748 (Kobayashi et al.), titled "Apparatus for determining concentrations of hemoglobins," and published August 15, 2002.

444.   U.S. Patent Application Publication No. 2002/0154665 (Funabashi et al.), titled "Semiconductor laser device having a diffraction grating on a light reflection side," and published October 24, 2002.

445.   U.S. Patent Application Publication No. 2002/0156353 (Larson), titled "Pulse oximetry sensor with improved appendage cushion," and published October 24, 2002.

446.   U.S. Patent Application Publication No. 2002/0161291 (Kiani et al.), titled "Pulse oximeter user interface," and published October 31, 2002.

447. U.S. Patent Application Publication No. 2002/0183819 (Struble), titled "Bi-atrial and/or bi-ventricular patient safety cable and methods regarding same," and published December 5, 2002.

448. U.S. Patent Application Publication No. 2003/0109775 (O'Neil et al.), titled "Stacked adhesive optical sensor," and published June 12, 2003.

449. U.S. Patent Application Publication No. 2003/0120160 (Yarita), titled "Signal processing method and pulse wave signal processing method," and published June 26, 2003.

450. U.S. Patent Application Publication No. 2003/0139656 (Diab et al.), titled "Pulse oximeter probe-off detection system," and published July 24, 2003.

451. U.S. Patent Application Publication No. 2003/0139657 (Solenberger), titled "Method and apparatus for improving the durability of a sensor," and published July 24, 2003.

452. U.S. Patent Application Publication No. 2003/0195402 (Fein et al.), titled "Oximeter sensor with digital memory recording sensor data," and published October 16, 2003.

453. U.S. Patent Application Publication No. 2004/0006261 (Swedlow et al.), titled "Oximeter sensor with digital memory encoding patient data," and published January 8, 2004.

454. U.S. Patent Application Publication No. 2004/0033618 (Haass et al.), titled "Accommodating subject and instrument variations in spectroscopic determinations," and published February 19, 2004.

455. U.S. Patent Application Publication No. 2004/0034898 (Bruegl), titled "Self-tinting helmet visor and method of making same," and published February 26, 2004.

456. U.S. Patent Application Publication No. 2004/0059209 (A1 Ali et al.), titled "Stereo pulse oximeter," and published March 25, 2004.

457. U.S. Patent Application Publication No. 2004/0064259 (Haaland et al.), titled "Augmented classical least squares multivariate spectral analysis," and published April 1, 2004.

458. U.S. Patent Application Publication No. 2004/0081621 (Arndt et al.), titled "Optical imaging method, and an apparatus for optical imaging," and published April 29, 2004.

459.   U.S. Patent Application Publication No. 2004/0092805 (Yarita), titled "Signal processing method, and pulse photometer using the method," and published May 13, 2004.

460.   U.S. Patent Application Publication No. 2004/0133087 (Ali et al.), titled "Pulse oximetry data confidence indicator," and published July 8, 2004.

461.   U.S. Patent Application Publication No. 2004/0138538 (Stetson), titled "Selection of preset filter parameters based on signal quality," and published July 15, 2004.

462.   U.S. Patent Application Publication No. 2004/0138540 (Baker, Jr. et al.), titled "Signal quality metrics design for qualifying data for a physiological monitor," and published July 15, 2004.

463.   U.S. Patent Application Publication No. 2004/0147823 (Kiani et al.), titled "Pulse oximetry sensor adaptor," and published July 29, 2004.

464.   U.S. Patent Application Publication No. 2004/0158134 (Diab et al.), titled "Pulse oximeter probe-off detector," and published August 12, 2004.

465.   U.S. Patent Application Publication No. 2004/0158135 (Baker, Jr. et al.), titled "Pulse oximeter sensor off detector," and published August 12, 2004.

466.   U.S. Patent Application Publication No. 2004/0162472 (Berson et al.), titled "Sensor with signature of data relating to sensor," and published August 19, 2004.

467.   U.S. Patent Application Publication No. 2004/0167382 (Gardner et al.), titled "Non-invasive determination of direction and rate of change of an analyte," and published August 26, 2004.

468.   U.S. Patent Application Publication No. 2004/0176670 (Takamura et al.), titled "Apparatus for measuring concentration of light-absorbing substance in blood," and published September 9, 2004.

469.   U.S. Patent Application Publication No. 2004/0181134 (Baker, Jr. et al.), titled "Pulse oximeter with parallel saturation calculation modules," and published September 16, 2004.

470.   U.S. Patent Application Publication No. 2004/0199063 (O'Neil et al.), titled "Stacked adhesive optical sensor," and published October 7, 2004.

471.   U.S. Patent Application Publication No. 2004/0204639 (Casciani et al.), titled "Pulse oximeter and sensor optimized for low saturation," and published October 14, 2004.

472.   U.S. Patent Application Publication No. 2004/0204868 (Maynard et al.), titled "Reduction of errors in non-invasive tissue sampling," and published October 14, 2004.

473.   U.S. Patent Application Publication No. 2004/0262046 (Simon et al.), titled "Apparatus for measuring a biological parameter equipped with a graphic representation display," and published December 30, 2004.

474.   U.S. Patent Application Publication No. 2004/0267103 (Li et al.), titled "Physiological parameter monitoring system and sensor assembly for same," and published December 30, 2004.

475.   U.S. Patent Application Publication No. 2004/0267140 (Ito et al.), titled "Method for reducing noise, and pulse photometer using the method," and published December 30, 2004.

476.   U.S. Patent Application Publication No. 2005/0011488 (Doucet), titled "Flow guiding structure for an internal combustion engine," and published January 20, 2005.

477.   U.S. Patent Application Publication No. 2005/0043902 (Haaland et al.), titled "Augmented classical least squares multivariate spectral analysis," and published February 24, 2005.

478.   U.S. Patent Application Publication No. 2005/0049469 (Aoyagi et al.), titled "Pulse oximeter," and published March 3, 2005.

479.   U.S. Patent Application Publication No. 2005/0070773 (Chin et al.), titled "Motion compatible sensor for non-invasive optical blood analysis," and published March 31, 2005.

480.   U.S. Patent Application Publication No. 2005/0070775 (Chin et al.), titled "Motion compatible sensor for non-invasive optical blood analysis," and published March 31, 2005.

481.   U.S. Patent Application Publication No. 2005/0075546 (Samsoondar et al.), titled "Near infrared risk assessment of diseases," and published April 7, 2005.

482.   U.S. Patent Application Publication No. 2005/0085735 (Baker, Jr. et al.), titled "Method and apparatus for estimating a physiological parameter," and published April 21, 2005.

483.   U.S. Patent Application Publication No. 2005/0124871 (Baker, Jr. et al.), titled "Pulse oximeter with parallel saturation calculation modules," and published June 9, 2005.

484.   U.S. Patent Application Publication No. 2005/0143634 (Baker, Jr. et al.), titled "Method and apparatus for estimating a physiological parameter," and published June 30, 2005.

485.   U.S. Patent Application Publication No. 2005/0143943 (Brown), titled "Adaptive compensation for measurement distortions in spectroscopy," and published June 30, 2005.

486.   U.S. Patent Application Publication No. 2005/0148834 (Hull et al.), titled "Determination of a measure of a glycation end-product or disease state using tissue fluorescence," and published July 7, 2005.

487.   U.S. Patent Application Publication No. 2005/0184895 (Petersen et al.), titled "Multi-bit ADC with sigma-delta modulation," and published August 25, 2005.

488.   U.S. Patent Application Publication No. 2005/0187448 (Petersen et al.), titled "Oximeter ambient light cancellation," and published August 25, 2005.

489.   U.S. Patent Application Publication No. 2005/0187449 (Chew et al.), titled "Oximeter red and IR zero calibration control," and published August 25, 2005.

490.   U.S. Patent Application Publication No. 2005/0187447 (Chew et al.), titled "Switch-mode oximeter LED drive with a single inductor," and published August 25, 2005.

491.   U.S. Patent Application Publication No. 2005/0187450 (Chew et al.), titled "LED forward voltage estimation in pulse oximeter," and published August 25, 2005.

492.   U.S. Patent Application Publication No. 2005/0187452 (Petersen et al.), titled "Oximeter cross-talk reduction," and published August 25, 2005.

493.   U.S. Patent Application Publication No. 2005/0187453 (Petersen et al.), titled "Delta-sigma modulator for outputting analog representation of physiological signal," and published August 25, 2005.

494.   U.S. Patent Application Publication No. 2005/0197549 (Baker, Jr.), titled "Selection of ensemble averaging weights for a pulse oximeter based on signal quality metrics," and published September 8, 2005.

495.   U.S. Patent Application Publication No. 2005/0197579 (Baker, Jr.), titled "Method and apparatus for optical detection of mixed venous and arterial blood pulsation in tissue," and published September 8, 2005.

496. U.S. Patent Application Publication No. 2005/0197793 (Baker, Jr.), titled "Pulse oximeter with separate ensemble averaging for oxygen saturation and heart rate," and published September 8, 2005.

497. U.S. Patent Application Publication No. 2005/0203357 (Debreczeny et al.), titled "Pulse oximetry motion artifact rejection using near infrared absorption by water," and published September 15, 2005.

498. U.S. Patent Application Publication No. 2005/0228253 (Debreczeny), titled "Photoplethysmography with a spatially homogenous multi-color source," and published October 13, 2005.

499. U.S. Patent Application Publication No. 2005/0250997 (Takeda et al.), titled "Apparatus for determining concentrations of light absorbing substances in blood," and published November 10, 2005.

500. U.S. Patent Application Publication No. 2006/0030764 (Porges et al.), titled "Method and circuit for indicating quality and accuracy of physiological measurements," and published February 9, 2006.

B. **Foreign Patent Publications**

1. Austrian Patent No. AT468808 (T) (Al-Ali et al.), titled "Noninvasive Multiparameter Patient Monitor," and published June 15, 2010.

2. European Patent Application No. EP0569670 (Weisner et al.), titled "Method for use of color and selective highlighting to indicate patient critical events in a centralized patient monitoring system," and published May 17, 2000.

3. European Patent Application No. EP1860989 (Diab et al.), titled "Physiological parameter confidence measure," and published November 21, 2018.

4. European Patent Application No. EP1860990 (Al-Ali et al.), titled "Multiple wavelength sensor equalization," and published September 19, 2018.

5. European Patent Application No. EP1860991 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and published April 24, 2019.

6. European Patent Application No. EP1860992 (Al-Ali et al.), titled "Configurable physiological measurement system," and published February 27, 2019.

7.      European Patent Application No. EP1860993 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and published January 23, 2019.

8.      European Patent Application No. EP1860994 (Al-Ali et al.), titled "Multiple wavelength sensor emitters," and published October 16, 2019.

9.      European Patent Application No. EP1860995 (Al-Ali et al.), titled "Multiple wavelength sensor substrate," and published December 5, 2007.

10.     European Patent Application No. EP1860996 (Al-Ali et al.), titled "Multiple wavelength sensor drivers," and published August 1, 2018.

11.     European Patent Application No. EP1860997 (Al-Ali et al.), titled "Multiple wavelength sensor interconnect," and published April 25, 2018.

12.     European Patent Application No. EP1863380 (Schultz et al.), titled "Multiple wavelength sensor attachment," and published October 2, 2019.

13.     European Patent Application No. EP1895892 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and published May 26, 2010.

14.     European Patent Application No. EP2228005, titled "Noninvasive multi-parameter patient monitor," and published September 15, 2010.

15.     European Patent Application No. EP2286721 (Lamego et al.), titled "Physiological Parameter Confidence Measure," and published October 24, 2018.

16.     European Patent Application No. EP2305104 (Al-Ali et al.), titled "Multiple wavelength sensor drivers," and published October 17, 2018.

17.     European Patent Application No. EP3662817 (Al-Ali et al.), titled "Multiple wavelength sensor emitters," and published June 10, 2020.

18.     Japanese Patent Application Publication No. JP 2004327760A (Oya et al.), titled " Process for manufacturing led lamp," and published November 18, 2004.

19.     Japanese Patent Application Publication No. JP01500495A (チェング, ピーター　ウィングープーン et al.), titled "Method and device for automatically calibrating the signal used for measuring the oxygen concentration," and published February 23, 1989.

20.  Japanese Patent Application Publication No. JP02126829A (Katsuji), titled "Wristwatch with blood pressure detecting function," and published May 15, 1990.

21.  Japanese Patent Application Publication No. JP02257930A (Manfureeto et al.), titled "Method and apparatus for determining local density of pigment and dispersion parameter for animal and human tissue," and published October 18, 1990.

22.  Japanese Patent Application Publication No. JP05200017A (Delonzor et al.), titled "Disposable pulse oxymeter sensor," and published August 10, 1993.

23.  Japanese Patent Application Publication No. JP0559734B2 (Hamaguri et al.), and published August 31, 1993.

24.  Japanese Patent Application Publication No. JP06007828B2 (Manfureeto et al.), titled "A device for determining the local concentration of the biotissue," and published February 2, 1994.

25.  Japanese Patent Application Publication No. JP06050042Y2 (井垣 誠吾 et al.), titled "A guide for a fingerprint sensor," and published December 14, 1994.

26.  Japanese Patent Application Publication No. JP06237013A (Noguchi), titled "System for controlling spectrum of emitted light," and published August 23, 1994.

27.  Japanese Patent Application Publication No. JP06319724A (Kono), titled "Measuring device," and published November 22, 1994.

28.  Japanese Patent Application Publication No. JP06505903A (ディアブ, モハメッド・ケイ et al.), titled "Low-noise optical probe," and published July 7, 1994.

29.  Japanese Patent Application Publication No. JP07163527A (Ueisunaa et al.), titled "Method for using color or selective emphasis for indicating critical condition of patient in intensive patient monitoring device," and published June 27, 1995.

30.  Japanese Patent Application Publication No. JP07281618A (Nelson et al.), titled "Integrated electro-optic package," and published October 27, 1995.

31.  Japanese Patent Application Publication No. JP07325546A (Neruson et al.), titled "Integrated opto-electronic package," and published December 12, 1995.

32.     Japanese Patent Application Publication No. JP09192120A (Aoyanagi), titled "Intra-blood light absorbing material density measurement device and pulse oximeter," and published July 29, 1997.

33.     Japanese Patent Application Publication No. JP09308623A (Kan et al.), titled "Non-invasive biochemical measuring instrument," and published December 2, 1997.

34.     Japanese Patent Application Publication No. JP10314150A (Kaluza et al.), titled "System and method for detecting blood oxygen saturation degree," and published December 2, 1998.

35.     Japanese Patent Application Publication No. JP10500026A (フェイン, マイケル・イー et al.), titled "Modulation encoding method uses a sensor," and published January 6, 1998.

36.     Japanese Patent Application Publication No. JP11037932A (安中敏男 et al.), titled "Absorptiometer," and published February 12, 1999.

37.     Japanese Patent Application Publication No. JP11183377A (Tadashi et al.), titled "Optical content meter," and published July 09, 1999.

38.     Japanese Patent Application Publication No. JP11506834A (Diab et al.), titled "Light source with adjustable wavelength for an oximeter," and published June 15, 1999.

39.     Japanese Patent Application Publication No. JP2000116625A (Yuichi et al.), titled "Light measuring method and apparatus," and published April 25, 2000.

40.     Japanese Patent Application Publication No. JP2000199880A (Toshiya et al.), titled "Wavelength equalizer," and published July 18, 2000.

41.     Japanese Patent Application Publication No. JP2002150821A (AKIRA), titled "Flat light source," and published May 24, 2002.

42.     Japanese Patent Application Publication No. JP2002228579A (Naoki et al.), titled "Hemoglobin concentration measurement system," and published August 14, 2002.

43.     Japanese Patent Application Publication No. JP2002315739A (Naoki et al.), titled "Hemoglobin concentration measuring apparatus," and published October 29, 2002.

44.     Japanese Patent Application Publication No. JP2002352609A (Soji et al.), titled "Light transmissive coating material for light source and light source having this coating material," and published December 6, 2002.

45.     Japanese Patent Application Publication No. JP2002516689A (アルーア
        リ、 アマー et al.), titled "Stereo pulse oximeter," and published June 11,
        2002.

46.     Japanese Patent Application Publication No. JP2002525151A (バーンス
        タイン，マイケル ジェイ. et al.), titled "A temperature characteristic
        of an oxygen sensor," and published August 13, 2002.

47.     Japanese Patent Application Publication No. JP2002535026A (キアニ、
        マッシ、イー. et al.), titled "General/pulse for up-grade oxygen
        concentration meter," and published October 22, 2002.

48.     Japanese Patent Application Publication No. JP2003507718A (メイソン
        、ユージーン、イー et al.), titled "The optical probe with shield and
        method," and published February 25, 2003.

49.     Japanese Patent Application Publication No. JP2003521985A (アルーア
        リ、アマー), titled "The sensor life monitor system," and published July
        22, 2003.

50.     Japanese Patent Application Publication No. JP2004/158132A1
        (Moriwaki et al.), titled "Magnetic head and manufacturing method of the
        same," and published June 3, 2004.

51.     Japanese Patent Application Publication No. JP2004020323A (Sugioka),
        titled "Measuring instrument provided with function for finding
        uncertainty," and published January 22, 2004.

52.     Japanese Patent Application Publication No. JP2004070179A (Shinya),
        titled "Chain-like led display system," and published March 4, 2004.

53.     Japanese Patent Application Publication No. JP2004173866A (Okuno et
        al.), titled "Quantitative device for non-invasive biocomponent," and
        published June 24, 2004.

54.     Japanese Patent Application Publication No. JP2004226277A (Miki),
        titled "Optical measuring method and optical measuring apparatus of
        organism substance and chemical substance," and published August 12,
        2004

55.     Japanese Patent Application Publication No. JP2004296736A
        (Mizuyoshi), titled "Light emitting device," and published October 21,
        2004.

56.     Japanese Patent Application Publication No. JP2004510467A (フェイン, マイケルイー. et al.), titled "Sensor data is encoded digital memory to oxygen sensor," and published April 08, 2004.

57.     Japanese Patent Application Publication No. JP2004532526A (メイソン、 ジーン et al.), titled "A flex circuit and the flex circuit, an optical sensor, an optical sensor, a shield for shielding a manufacturing method," and published October 21, 2004.

58.     Japanese Patent Application Publication No. JP2005501589A (サムパレトニック et al.), titled "An oxygen meter fingers having finger gripping suspension system," and published January 20, 2005

59.     Japanese Patent Application Publication No. JP2008505706A (アルーアリ、 アマー), titled "Infant sensor cyanosis," and published February 28, 2008.

60.     Japanese Patent Application Publication No. JP2008531211A (マルセロ・ラメゴモハメッド・ディアブアマー・アルーアリ), titled "The reliability of the physiological parameter," and published August 14, 2008.

61.     Japanese Patent Application Publication No. JP2008531212A (アマー・アルーアリモハメッド・ディアブマルセロ・ラメゴジェームズ・ピー・コフィンアブドゥルーハフィズ・ヤシール), titled "Multi-wavelength sensor equalization," and published August 14, 2008.

62.     Japanese Patent Application Publication No. JP2008531214A (アマー・アルーアリ et al.), titled "Setting a physiological measuring system," and published August 14, 2008.

63.     Japanese Patent Application Publication No. JP2008531215A (アマー・アルーアリ et al.), titled "Multi-wavelength sensor attachment," and published August 14, 2008.

64.     Japanese Patent Application Publication No. JP2008531216A (アマー・アルーアリ et al.), titled "Multi-wavelength sensor substrate," and published August 14, 2008.

65.     Japanese Patent Application Publication No. JP2008531217A (アマー・アルーアリ et al.), titled "Multi-wavelength sensor driver," and published August 14, 2008.

66.     Japanese Patent Application Publication No. JP2008531218A (アマー・アルーアリ et al.), titled "A multi-parameter non-invasive patient monitor," and published August 14, 2008.

67.     Japanese Patent Application Publication No. JP2008531225A (アマー・アルーアリ et al.), titled "Multi-wavelength sensor interconnected," and published August 14, 2008.

68.     Japanese Patent Application Publication No. JP2008532589A (アマー・アルーアリ et al.), titled "A multi-parameter non-invasive patient monitor," and published August 21, 2008.

69.     Japanese Patent Application Publication No. JP2008535540A (アマー・アルーアリ et al.), titled "A multi-parameter non-invasive patient monitor," and published September 04, 2008.

70.     Japanese Patent Application Publication No. JP2008538186A (アマー・アルーアリ et al.), titled "Multi-wavelength emitting body sensor," and published October 16, 2008.

71.     Japanese Patent Application Publication No. JP2012110746A (Al-Ali et al.), titled "Multiple wavelength sensor emitter," and published June 14, 2012.

72.     Japanese Patent Application Publication No. JP2012130756A (Al-Ali et al.), titled "Multiple wavelength sensor attachment," and published July 12, 2012.

73.     Japanese Patent Application Publication No. JPH0233381B2 (Motoyama et al.), and published July 26, 1990.

74.     Japanese Patent No JP11163412A (Akiba et al.), titled "Led illuminator," and published June 18, 1999.

75.     Japanese Patent No. JP02145457U, titled "A guide for a fingerprint sensor," and published December 10, 1990.

76.     Japanese Patent No. JP03252604A (MASAKI et al.), titled "Optical filter and photoirradiating device using this filter," and published November 11, 1991.

77.     Japanese Patent No. JP05207993A (Tanaka Masami et al.), titled "Pulse oximeter," and published August 20, 1993.

78.     Japanese Patent No. JP06050042Y2 (井垣 誠吾 et al.), titled "A guide for a fingerprint sensor," and published December 14, 1994.

79.  Japanese Patent No. JP06505903A (ディアブ，モハメッド・ケイ et al.) titled "Low-noise optical probe," and published July 07, 1994.

80.  Japanese Patent No. JP07325546A (Neruson et al.), titled "Integrated opto-electronic package," and published December 12, 1995.

81.  Japanese Patent No. JP10216112A (Tsuyoshi et al.), titled "Non-invasion biochemical measuring apparatus," and published August 18, 1998.

82.  Japanese Patent No. JP10269344A (Mitsuo), titled "Fingerprint reader," and published October 09, 1998.

83.  Japanese Patent No. JP10295676A (Toshikazu et al.), titled "Sensor and device for measuring interruption in blood circulation," and issued November 10, 1998.

84.  Japanese Patent No. JP10305026A (Dena et al.), titled "Oxygen concentration measuring sensor," and published November 17, 1998.

85.  Japanese Patent No. JP10509352A (ディアブ、モハメッド ケール et al.), titled "A low-noise optical probe," and published September 14, 1998.

86.  Japanese Patent No. JP11164826A (Atsushi et al.), titled "Organism light measuring device," and published June 22, 1999.

87.  Japanese Patent No. JP11508691A (ラブジョイ，デビッド エイ et al.), titled "Spectral absorption measurement device," and published July 27, 1999.

88.  Japanese Patent No. JP2975160B2 (Noguchi), titled "An emission spectrum control system," and published November 10, 1999.

89.  Japanese Patent No. JP3107630B2 (田中 正美大内 健次), titled "Pulseoxymeter," and published November 13, 2000.

90.  Japanese Patent No. JP3225513 (楠原 昌樹), titled "The optical filter and a light irradiation device using the same," and published November 5, 2001.

91.  Japanese Patent No. JP3234294B2 (ラッセル デロンザー), titled "Disposable pulse oximeter sensor," and published December 4, 2001.

92.  Japanese Patent No. JP3449745B2 (スティーヴン・ジェイ・ウェイスナー et al.), titled "Patient monitoring device for indicating the condition

of patient in intensive method using color and selective enhancement," and published September 22, 2003.

93.    Japanese Patent No. JP3464215B2 (ディアブ，モハメッド・ケイ et al.), titled "A low-noise optical probe," and published November 05, 2003.

94.    Japanese Patent No. JP3576168B2 (ディアブ、モハメッド ケール et al.), titled "A low-noise optical probe," and published October 13, 2004.

95.    Japanese Patent No. JP3615824B2 (ロナルド・ジェイ・ネルソン et al.), titled "Integrated electronic package," and published February 02, 2005.

96.    Japanese Patent No. JP3741717B2 (フェイン，マイケル・イー et al.), titled "Modulation encoding method uses a sensor," and published February 01, 2006.

97.    Japanese Patent No. JP3745560B2 (松田 俊哉 et al.), titled "Wavelength equalizer control method," and published February 15, 2006.

98.    Japanese Patent No. JP3837161B2 (ディアブ、モハメッド ケール et al.), titled "For pulseoxymeter adjustable light source having a wavelength," and published October 25, 2006.

99.    Japanese Patent No. JP4055266B2 (山下 優一, 牧 敦, 川口 文男), titled "Measuring device," and published March 5, 2008.

100.   Japanese Patent No. JP4325179B2 (奥野 要 et al.), titled "Non-invasive biological component metering device," and published September 2, 2009.

101.   Japanese Patent No. JP4360699B2 (ミハエル・カルツァ et al.), titled "A system and method for detecting blood oxygen saturation blood oxygen saturation," and published November 11, 2009.

102.   Japanese Patent No. JP4366189B2 (サム パレトニック et al.), titled "An oxygen meter fingers having finger gripping suspension system," and published November 18, 2009.

103.   Japanese Patent No. JP4450512B2 (バーンスタイン，マイケル ジェイ et al.), titled "A temperature characteristic of an oxygen sensor," and published April 14, 2010.

104.   Japanese Patent No. JP4540256B2 (土屋 宗次 et al.), titled "The light source comprises a light source for the transparent covering member and the covering member," and published September 8, 2010.

105. Japanese Patent No. JP4755799B2 (石田 真也), titled "Led display system like gobang," and published August 24, 2011.

106. Japanese Patent No. JP4865737B2 (マルセロ・ラメゴ et al.), titled "The reliability of the physiological parameter," and published February 1, 2012.

107. Japanese Patent No. JP4879913B2 (アマー・アルーアリ et al.), titled "Multi-wavelength sensor substrate," and published February 22, 2012.

108. Japanese Patent No. JP4986324B2 (キアニ、マッシ、イー. et al.), titled "General/pulse for up-grade oxygen concentration meter," and published July 25, 2012.

109. Japanese Patent No. JP5000827B2 (アルーアリ、アマー), titled "The sensor life monitor system," and published August 15, 2012.

110. Japanese Patent No. JP5096174B2 (アマー・アルーアリ et al.), titled "Multi-wavelength sensor equalization," and published December 12, 2012.

111. Japanese Patent No. JP5166619B2 (アマー・アルーアリ et al.), titled "Multi-wavelength sensor attachment," and published March 21, 2013.

112. Japanese Patent No. JP5328159B2 (アマー・アルーアリ et al.), titled "Multi-wavelength sensor light emitter," and published October 30, 2013.

113. Japanese Patent No. JP5456976B2 (アマー・アルーアリ et al.), titled "Configurable physiological measurement system," and published April 2, 2014.

114. Japanese Patent No. JP60176624A (Hamaguri et al.), titled "Artery blood oxygen saturation degree measuring apparatus," and published September 10, 1985.

115. Japanese Patent No. JP61028172A (Hiroshi et al.), titled "Picture input device," and published February 07, 1986.

116. Japanese Patent No. JP62324 (A) (Motoyama et al.), titled "Apparatus for diagnosis of internal organs and nerval function," and published January 6, 1987.

117. Japanese Patent No. JP63275327A (SUSUMU et al.), titled "Diagnostic apparatus," and published November 14, 1998.

118.  PCT Publication No. WO 2001/030414A9 (Ennen et al.), titled "Anesthesia instrumentation user interface," and published January 24, 2002.

119.  PCT Publication No. WO2001/013790A1 (Masom et al.), titled "Shielded optical probe and method," and published March 1, 2001.

120.  PCT Publication No. WO2002/089664A3 (Mason et al.), titled "Flex circuit shielded optical sensor and method of fabricating the same," and published March 13, 2003.

121.  PCT Publication No. WO2004/034898A2 (Neumann et al.), titled "Method for the presentation of information concerning variations of the perfusion," and published April 29, 2004.

122.  PCT Publication No. WO2004/034898A3 (Neumann et al.), titled "Method for the presentation of information concerning variations of the perfusion," and published July 15, 2004.

123.  PCT Publication No. WO2004/038801A2 (Hall), titled "Led light engine for ac operation and methods of fabricating same," and published May 6, 2004.

124.  PCT Publication No. WO2004/038801A3 (Hall), titled "Light emitting diode assembly for ac operation and methods of fabricating same," and published October 7, 2004.

125.  PCT Publication No. WO2005/004712A1 (PESACH et al.), titled "Wearable glucometer," and published January 20, 2005.

126.  PCT Publication No. WO2005/011488A3 (Al-Ali et al.), titled "Multipurpose sensor port," and published March 24, 2005.

127.  PCT Publication No. WO2006/094107A1 (Lamego et al.), titled "Physiological parameter confidence measure," and published September 8, 2006.

128.  PCT Publication No. WO2006/094108A1 (Al-Ali et al.), titled "Multiple wavelength sensor equalization," and published September 8, 2006.

129.  PCT Publication No. WO2006/094109A1 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and published September 8, 2006.

130.  PCT Publication No. WO2006/094155A1 (Al-Ali et al.), titled "Configurable physiological measurement system," and published September 8, 2006.

131.    PCT Publication No. WO2006/094168A1 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and published September 8, 2006.

132.    PCT Publication No. WO2006/094169A1 (Smith et al.), titled "Multiple wavelength sensor emitters," and published September 8, 2006.

133.    PCT Publication No. WO2006/094170A1 (Al-Ali et al.), titled "Multiple wavelength sensor substrate," and published September 8, 2006.

134.    PCT Publication No. WO2006/094171A1 (Al-Ali et al.), titled "Multiple wavelength sensor drivers," and published September 8, 2006.

135.    PCT Publication No. WO2006/094279A1 (Al-Ali et al.), titled "Multiple wavelength sensor interconnect," and published September 8, 2006.

136.    PCT Publication No. WO2006/115580A3 (Al-Ali et al.), titled "Multiple wavelength sensor attachment," and published February 15, 2007.

137.    PCT Publication No. WO2006/118654A1 (Al-Ali et al.), titled "Noninvasive multi-parameter patient monitor," and published November 9, 2006.PCT Publication No. WO 98/43071 (Baker et al.), titled "Method and apparatus for arbitrating to obtain best estimates for blood constituent values and rejecting harmonics," and published October 1, 1998.

138.    PCT Publication No. WO 00/59374 (Scheuing et al.), titled "Patient sensor for clinical spectrophotometric apparatus," and published October 12, 2000.

139.    PCT Publication No. WO 03/068060 (Huiku), titled "Compensation of human variability in pulse oximetry," and published August 21, 2003.

## C.    Non-Patent Publications

1.    Schmitt, Joseph M. et al., "Measurement of Blood Hematocrit by Dual-wavelength Near-Photoplethysmography," 1641 Proc. SPIE 150-61, (Thomas S. Mang; Ed.) May 1992.

*CERTAIN LIGHT-BASED PHYSIOLOGICAL MEASUREMENT*
*DEVICES AND COMPONENTS THEREOF*

Inv. No. 337-TA-1276

CERTIFICATE OF SERVICE

I, Lanta M. Chase, hereby certify that true and correct copies of the foregoing, **PUBLIC VERSION OF RESPONSE OF APPLE INC. TO FIRST AMENDED COMPLAINT AND NOTICE OF INVESTIGATION**, have been filed and served on this 23rd day of September, 2021, on the following in the manner indicated:

| | |
|---|---|
| The Honorable Lisa R. Barton<br>Secretary<br>U.S. International Trade Commission<br>500 E Street, S.W.<br>Washington, DC 20436 | ☒ Via Electronic Filing<br>Via Hand Delivery (2 Copies)<br>Via Overnight Delivery<br>Via Facsimile |
| The Honorable Monica Bhattacharyya<br>Administrative Law Judge<br>U.S. International Trade Commission<br>500 E Street, S.W., Room 317<br>Washington, DC 20436 | Via Hand Delivery (2 Copies)<br>Via Overnight Delivery<br>Via Facsimile<br>☒ Via Electronic Mail<br>edward.jou@usitc.gov<br>michael.maas@usitc.gov |
| Stephen C. Jensen<br>Joseph R. Re<br>Sheila N. Swaroop<br>Ted. M. Cannon<br>Alan G. Laquer<br>Kendall M. Loebbaka<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>2040 Main Street<br>Fourteenth Floor<br>Irvine, CA 92614<br><br>William R. Zimmerman<br>Jonathan E. Bachand<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>1717 Pennsylvania Avenue N.W., Suite 900<br>Washington, DC 20006<br><br>Brian C. Horne<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>1925 Century Park East<br>Suite 600<br>Los Angeles, CA 90067 | ☐ Via Hand Delivery (2 Copies)<br>☐ Via Overnight Delivery<br>☐ Via Facsimile<br>☒ Via Electronic Mail<br>masimo.appleitc@knobbe.com |

| | |
|---|---|
| Karl W. Kowalis<br>Matthew S. Friedrichs<br>**KNOBBE, MARTENS, OLSON & BEAR, LLP**<br>1155 Avenue of the Americas<br>24th Floor<br>New York, NY 10036<br><br>*Counsel for Complainants* | |

*/s/ Lanta M. Chase*
Lanta M. Chase