IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>                      Plaintiff,<br><br>      v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>                     Defendants. | Civil Action No. 22-1378-MN-JLH |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

      Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac* vice of Douglas B. Wentzel to represent Defendants Masimo Corporation and Sound United, LLC in the above-captioned matter.

| | |
|---|---|
| Dated: April 28, 2023 | PHILLIPS, MCLAUGHLIN & HALL, P.A.<br><br>*/s/ Megan C. Haney*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com<br><br>*Attorneys for Defendants* |

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____             _____
                                                      The Honorable Jennifer L. Hall
                                                      United States Magistrate Judge