# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,  )<br>  )<br>        Plaintiff,  )<br>  )<br>        v.  )<br>  )<br>MASIMO CORPORATION and  )<br>SOUND UNITED, LLC,  )<br>  )<br>        Defendants.  )<br>_____)<br>MASIMO CORPORATION and CERCACOR  )<br>LABORATORIES, INC.,  )<br>  )<br>        Counter-Claimants,  )<br>  )<br>        v.  )<br>  )<br>APPLE INC.,  )<br>  )<br>        Counter-Defendant.  )  | C.A. No. 22-1378-MN-JLH<br><br>**JURY TRIAL DEMANDED** |

## **UNOPPOSED MOTION TO EXTEND TIME**

Plaintiff Apple Inc. respectfully moves the Court to extend the deadline for the Joint Status Letter as required by the Court's Order on April 12, 2023 (D.I. 74) to May 1, 2023. Pursuant to Local Rule 7.1.1, the parties met and conferred, and Defendants do not oppose this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais | By: */s/ David E. Moore* |
| Jordan N. Malz | David E. Moore (#3983) |
| Cosmin Maier | Bindu A. Palapura (#5370) |
| Kerri-Ann Limbeek | Andrew L. Brown (#6766) |
| DESMARAIS LLP | Hercules Plaza, 6th Floor |
| 230 Park Avenue | 1313 N. Market Street |
| New York, NY 10169 | Wilmington, DE 19801 |
| Tel: (212) 351-3400 | Tel: (302) 984-6000 |
|  | dmoore@potteranderson.com |
| Peter C. Magic | bpalapura@potteranderson.com |
| DESMARAIS LLP | abrown@potteranderson.com |
| 101 California Street |  |
| San Francisco, CA 94111 | *Attorneys for Plaintiff/Counter-Defendant* |
| Tel: (415) 573-1900 | *Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: April 28, 2023
10782535 / 12209.00052

    IT IS SO ORDERED this ____ day of _____, 2023.

                                                The Honorable Jennifer L. Hall
                                                United States District Court Magistrate Judge