**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>        Defendants. | C.A. No. 22-1377-MN-JLH<br><br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION,<br><br>        Counter-Claimant,<br><br>    v.<br><br>APPLE INC.,<br><br>        Counter-Defendant. | |
| APPLE INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>       Defendants. | C.A. No. 22-1378-MN-JLH<br><br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC.,<br><br>        Counter-Claimants,<br><br>    v.<br><br>APPLE INC.,<br><br>       Counter-Defendant. | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, the parties submitted a proposed scheduling order to the Court on May 12, 2023 (D.I. 95/83) in which the parties proposed a deadline to file a proposed protective order on May 17, 2023;

WHEREAS, the parties have been able to resolve several disputes regarding the contents of the proposed protective order and continue to confer to attempt to resolve additional disputes;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties and subject to the approval of the Court, that the time for the parties to submit their proposed protective order or a Motion for Teleconference to Resolve Protective Order Dispute is extended from May 17, 2023 to May 22, 2023.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
| By: */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Plaintiff Apple Inc.* | By: */s/ John C. Phillips, Jr.*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>Tel: (302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com<br><br>*Attorneys for Defendants Masimo Corporation and Sound United, LLC* |

Dated: May 17, 2023

IT IS SO ORDERED this ___ day of May, 2023.

_____
The Honorable Jennifer L. Hall
United States District Court Magistrate Judge

10817770