**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., </br></br> Plaintiff, </br></br> v. </br></br> MASIMO CORPORATION and SOUND UNITED, LLC, </br></br> Defendants. | C.A. No. 22-1377-MN-JLH </br></br> **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION, </br></br> Counter-Claimant, </br></br> v. </br></br> APPLE INC., </br></br> Counter-Defendant. | |
| APPLE INC., </br></br> Plaintiff, </br></br> v. </br></br> MASIMO CORPORATION and SOUND UNITED, LLC, </br></br> Defendants. | C.A. No. 22-1378-MN-JLH </br></br> **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., </br></br> Counter-Claimants, </br></br> v. </br></br> APPLE INC., </br></br> Counter-Defendant. | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on May 19, 2023, upon the following attorneys of record as indicated below:

> PLAINTIFF APPLE INC.'S PRODUCTION OF CORE TECHNICAL DOCUMENTS AND SALES FIGURES **[CONFIDENTIAL – ATTORNEYS' EYES ONLY]**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr.<br>Megan C. Haney<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 N. Broom Street<br>Wilmington, DE  19806<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com | Joseph R. Re<br>Stephen C. Jensen<br>Stephen W. Larson<br>Jared C. Bunker<br>Benjamin A. Katzenellenbogen<br>Matthew Pham<br>Douglas B. Wentzel<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614<br>Jared.Bunker@knobbe.com<br>Knobbe.MasimoDE@knobbe.com |
| Brian Horne<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1925 Century Park E., Suite 600<br>Los Angeles, CA  90067<br>Knobbe.MasimoDE@knobbe.com | Adam Powell<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>Knobbe.MasimoDE@knobbe.com |

| | |
|---|---|
| OF COUNSEL:<br><br>John M. Desmarais<br>Cosmin Maier<br>Jordan N. Malz<br>Kerri-Ann Limbeek<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400<br><br>Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com<br><br>*Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: May 24, 2023
10830016 / 12209.00051