## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASIMO CORPORATION and )<br>SOUND UNITED, LLC, )<br>)<br>Defendants. )<br>MASIMO CORPORATION and )<br>CERCACOR LABORATORIES, INC., )<br>)<br>Counter-Claimants, )<br>)<br>v. )<br>)<br>APPLE INC., )<br>)<br>Counter-Defendant. ) | C.A. No. 22-1378-MN-JLH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on May 25, 2023, upon the following attorneys of record as indicated below:

APPLE'S PRELIMINARY INFRINGEMENT CONTENTIONS WITH EXHIBITS A-F **[CONFIDENTIAL-ATTORNEYS' EYES ONLY]**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr.<br>Megan C. Haney<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 N. Broom Street<br>Wilmington, DE  19806<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com | Joseph R. Re<br>Stephen C. Jensen<br>Stephen W. Larson<br>Jared C. Bunker<br>Benjamin A. Katzenellenbogen<br>Douglas B. Wentzel<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614 |

| | |
|---|---|
| | Knobbe.MasimoDE@knobbe.com |
| Brian Horne | Adam Powell |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 1925 Century Park E., Suite 600 | 3579 Valley Centre Drive, Suite 300 |
| Los Angeles, CA 90067 | San Diego, CA 92130 |
| Knobbe.MasimoDE@knobbe.com | Knobbe.MasimoDE@knobbe.com |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

By:  /s/ David E. Moore
David E. Moore (#3983)
John M. Desmarais
Bindu A. Palapura (#5370)
Cosmin Maier
Andrew L. Brown (#6766)
Jordan N. Malz
Hercules Plaza, 6th Floor
Kerri-Ann Limbeek
1313 N. Market Street
DESMARAIS LLP
Wilmington, DE 19801
230 Park Avenue
Tel: (302) 984-6000
New York, NY 10169
dmoore@potteranderson.com
Tel: (212) 351-3400
bpalapura@potteranderson.com
abrown@potteranderson.com

Peter C. Magic
DESMARAIS LLP    *Attorneys for Plaintiff/Counter-Defendant*
101 California Street    *Apple Inc.*
San Francisco, CA 94111
Tel: (415) 573-1900

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated:  May 26, 2023
10834315 / 12209.00052

2