**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC, | |
| Plaintiff, | |
| v. | Civil Action No. 22-1377 (MN) |
| MASIMO CORPORATION and SOUND UNITED, LLC, | |
| Defendants. | |
| APPLE INC, | |
| Plaintiff, | |
| v. | Civil Action No. 22-1378 (MN) |
| MASIMO CORPORATION and SOUND UNITED, LLC, | |
| Defendants. | |

<u>**NOTICE OF SERVICE**</u>

PLEASE TAKE NOTICE that on May 30, 2023, copies of Defendants Masimo

Corporation and Sound United, LLC's and Counterclaimants Masimo Corporation and Cercacor

Labs, Inc.'s Second Set of Interrogatories to Apple Inc. (6-18) and Defendants Masimo

Corporation and Sound United, LLC's and Counterclaimant Cercacor's Third Set of Requests for

Production to Apple Inc. (166-184) were caused to be served on the following as indicated

below:

<u>**VIA E-MAIL**</u>

David E. Moore
Bindu A. Palapura
Potter Anderson & Corroon LLP

Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com

John M. Desmarais
Kerri-Ann Limbeek
Cosmin Maier
Jordan N. Malz
Benjamin N. Luehrs
Joze Welsh
Jamie L. Kringstein
Jennifer M. Przybylski
Carson Olsheski
Desmarais LLP
230 Park Avenue
New York, NY 10169
jdesmarais@desmaraisllp.com
klimbeek@desmaraisllp.com
cmaier@desmaraisllp.com
jmalz@desmaraisllp.com
bluehrs@desmaraisllp.com
jwelsh@desmaraisllp.com
jkringstein@desmaraisllp.com
jprzybylski@desmaraisllp.com
colsheski@desmaraisllp.com

Peter C. Magic
Desmarais LLP
101 California Street
San Francisco, CA 94111
pmagic@desmaraisllp.com

Jennifer Milici
Dominic Vote
Leon B. Greenfield
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
jennifer.milici@wilmerhale.com
dominic.vote@wilmerhale.com
leon.greenfield@wilmerhale.com

Mark A. Ford
Wilmer Cutler Pickering Hale and Dorr LLP

60 State Street
Boston, MA 02109
mark.ford@wilmerhale.com

AppleMasimoService@desmaraisllp.com

Dated: May 30, 2023                              PHILLIPS, MCLAUGHLIN & HALL, P.A.

                                                 */s/ Megan C. Haney*
                                                 John C. Phillips, Jr. (#110)
                                                 Megan C. Haney (#5016)
                                                 1200 North Broom Street
                                                 Wilmington, DE 19806
                                                 (302) 655-4200
                                                 jcp@pmhdelaw.com
                                                 mch@pmhdelaw.com

                                                 *Attorneys for Defendants*