# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC, <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | Civil Action No. 22-1377 (MN) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 8, 2023, a copy of Masimo Corporation and Sound United, LLC's Initial Invalidity Contentions was caused to be served on the following as indicated below:

## VIA E-MAIL

David E. Moore
Bindu A. Palapura
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com

John M. Desmarais
Kerri-Ann Limbeek
Cosmin Maier
Jordan N. Malz
Benjamin N. Luehrs
Joze Welsh
Jamie L. Kringstein
Jennifer M. Przybylski
Carson Olsheski
Desmarais LLP
230 Park Avenue

New York, NY 10169
jdesmarais@desmaraisllp.com
klimbeek@desmaraisllp.com
cmaier@desmaraisllp.com
jmalz@desmaraisllp.com
bluehrs@desmaraisllp.com
jwelsh@desmaraisllp.com
jkringstein@desmaraisllp.com
jprzybylski@desmaraisllp.com
colsheski@desmaraisllp.com

Peter C. Magic
Desmarais LLP
101 California Street
San Francisco, CA 94111
pmagic@desmaraisllp.com

Jennifer Milici
Dominic Vote
Leon B. Greenfield
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
jennifer.milici@wilmerhale.com
dominic.vote@wilmerhale.com
leon.greenfield@wilmerhale.com

Mark A. Ford
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
mark.ford@wilmerhale.com

Dated: June 8, 2023　　　　　　　　　　　　　PHILLIPS, MCLAUGHLIN & HALL, P.A.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Megan C. Haney*
　　　　　　　　　　　　　　　　　　　　　　John C. Phillips, Jr. (#110)
　　　　　　　　　　　　　　　　　　　　　　Megan C. Haney (#5016)
　　　　　　　　　　　　　　　　　　　　　　1200 North Broom Street
　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19806
　　　　　　　　　　　　　　　　　　　　　　(302) 655-4200
　　　　　　　　　　　　　　　　　　　　　　jcp@pmhdelaw.com
　　　　　　　　　　　　　　　　　　　　　　mch@pmhdelaw.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*