**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN-JLH |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) | |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1378-MN-JLH |
| | ) | |
| MASIMO CORPORATION and | ) | **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MASIMO CORPORATION and | ) | |
| CERCACOR LABORATORIES, INC., | ) | |
| | ) | |
| Counter-Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

**PLAINTIFF'S MOTION AND PROPOSED ORDER
GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER
REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiff respectfully requests an exemption at the June 15, 2023 hearing for its lead counsel, Jordan N. Malz, Kerri-Ann Limbeek, Jamie L. Kringstein, Jennifer Milici, Mark A. Ford ("Lead Counsel") and its in-house counsel, Natalie Pous and Meaghan Thomas-Kennedy ("In-House Counsel"), from the Court's Standing Order, effective May 15, 2023, titled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States*. Pursuant to paragraph 2 of the Standing Order, all cell phones and personal electronic devices are required to be off and placed in a locked pouch while visitors are in the courthouse. Paragraph 4 of the Standing Order exempts attorneys with a valid bar card.

Lead counsel have been admitted *pro hac vice* in this matter. However, Lead Counsel are attorneys without bar cards. Additionally, In-House Counsel are attorneys without bar cards. As such, Plaintiff requests an exemption for Lead Counsel and In-House Counsel from the Standing Order identical to attorneys that possess a valid bar card. Lead Counsel and In-House Counsel will continue to be bound by Local Civil Rule 83.2 prohibiting photographs or broadcasting.

|  |  |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais | By: */s/ David E. Moore* |
| Jordan N. Malz | David E. Moore (#3983) |
| Cosmin Maier | Bindu A. Palapura (#5370) |
| Kerri-Ann Limbeek | Andrew L. Brown (#6766) |
| DESMARAIS LLP | Hercules Plaza, 6th Floor |
| 230 Park Avenue | 1313 N. Market Street |
| New York, NY 10169 | Wilmington, DE 19801 |
| Tel: (212) 351-3400 | Tel: (302) 984-6000 |
| | dmoore@potteranderson.com |
| Peter C. Magic | bpalapura@potteranderson.com |
| DESMARAIS LLP | abrown@potteranderson.com |
| 101 California Street | |
| San Francisco, CA 94111 | *Attorneys for Plaintiff/Counter-Defendant* |
| Tel: (415) 573-1900 | *Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
   AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: June 13, 2023
10866721 / 12209.00051

      IT IS SO ORDERED this ____ day of _____, 2023.

                                                                                      The Honorable Jennifer L. Hall