**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APPLE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:22-cv-01377-MN-JLH |
| | ) | |
| v. | ) | |
| | ) | |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| APPLE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 1:22-cv-01378-MN-JLH |
| | ) | |
| v. | ) | |
| | ) | |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., | ) | |
| | ) | |
| Counter-Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

**[PROPOSED] ORDER**

At Wilmington, this _____ day of _____, 2023, having considered Defendant Masimo Corporation's ("Masimo") Motion for Leave to file an Amended Answer and Counterclaims ("Motion") in the above-captioned cases and the papers submitted in connection therewith;

IT IS HEREBY ORDERED that (1) Masimo may file its First Amended Answer to Complaint and Counterclaims, attached as Attachment C to the Motion, in C.A. No. 22-1377-MN-JLH within three days of this Order; and (2) Masimo may file its Answer to Complaint and First Amended Counterclaims, attached as Attachment D to the Motion, in C.A. No. 22-1378-MH-JLH within three days of this Order.

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge