# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-1377-MN-JLH |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) |
| SOUND UNITED, LLC, | ) |
| | ) |
| Defendants. | ) |
| MASIMO CORPORATION, | ) |
| | ) |
| Counter-Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| APPLE INC., | ) |
| | ) |
| Counter-Defendant. | ) |
| APPLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1378-MN-JLH |
| | ) |
| MASIMO CORPORATION and | ) **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) |
| | ) |
| Defendants. | ) |
| MASIMO CORPORATION and | ) |
| CERCACOR LABORATORIES, INC., | ) |
| | ) |
| Counter-Claimants, | ) |
| | ) |
| v. | ) |
| | ) |
| APPLE INC., | ) |
| | ) |
| Counter-Defendant. | ) |

## **[PROPOSED] ORDER**

At Wilmington this _____ day of _____, 2023, the Court having considered Plaintiff and Counterclaim-Defendant Apple Inc.'s letter regarding discovery disputes and accompanying Exhibits;

IT IS HEREBY ORDERED that Defendant and Counterclaimant Masimo Corporation shall produce three samples of the following accused products: (1) Freedom smartwatch; (2) the Redesigned W1 Masimo referenced in Opposition to Apple's Motion for an Expedited Trial (1377 Case, D.I. 58 at 5); and (3) the Freedom Band (or "B1").

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge

10897075/12209.00051