**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 22-1377-MN-JLH |
| | ) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) |
| Defendants. | ) |
| MASIMO CORPORATION, | ) |
| Counter-Claimant, | ) |
| v. | ) |
| APPLE INC., | ) |
| Counter-Defendant. | ) |
| APPLE INC., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 22-1378-MN-JLH |
| | ) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) |
| Defendants. | ) |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., | ) |
| Counter-Claimants, | ) |
| v. | ) |
| APPLE INC., | ) |
| Counter-Defendant. | ) |

## **[PROPOSED] ORDER**

Having considered Plaintiff and Counterclaim-Defendant Apple Inc.'s Unopposed Motion to Reissue the Report and Recommendation;

IT IS HEREBY ORDERED this _____ day of _____, 2023 that the Motion is GRANTED.

_____
United States District Judge

10897103/12209.00051