**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN-JLH |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) | |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1378-MN-JLH |
| | ) | |
| MASIMO CORPORATION and | ) | **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION and | ) | |
| CERCACOR LABORATORIES, INC., | ) | |
| | ) | |
| Counter-Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Kyle Curry and Maria Tartakovsky of Desmarais LLP, 101 California Street,

Suite 3070, San Francisco, CA 94111and David J. Cho, Ph.D. of Desmarais LLP, 1899 Pennsylvania Avenue NW, Suite 400, Washington, D.C. 20006 to represent Plaintiff Apple Inc. in this matter.

|  |  |
|---|---|
| OF COUNSEL:<br><br>John M. Desmarais<br>Cosmin Maier<br>Jordan N. Malz<br>Kerri-Ann Limbeek<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400<br><br>Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900<br><br>Jennifer Milici<br>Leon B. Greenfield<br>Dominic Vote<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Tel: (202) 663-6000<br><br>Mark A. Ford<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>60 State Street<br>Boston, MA  02109<br>Tel: (617) 526-6423<br><br>Dated: July 6, 2023<br>10902914 / 12209.00051 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>Tel:  (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                            _____

                                                                  United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 6, 2023                    Signed: */s/ Kyle Curry*
                                              Kyle Curry
                                              Desmarais LLP
                                              101 California Street
                                              Suite 3070
                                              San Francisco, CA 94111
                                              Tel: (415) 573-1900
                                              kcurry@desmaraisllp.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 6, 2023                     Signed: */s/ Maria Tartakovsky*
                                              Maria Tartakovsky
                                              Desmarais LLP
                                              101 California Street
                                              Suite 3070
                                              San Francisco, CA 94111
                                              Tel: (415) 573-1900
                                              mtartakovsky@desmaraisllp.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of California and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 6, 2023              Signed: */s/ David J. Cho, Ph.D.*
                                David J. Cho, Ph.D.
                                Desmarais LLP
                                1899 Pennsylvania Avenue NW
                                Suite 400
                                Washington, D.C. 20006
                                Tel: (202) 451-4900
                                dcho@desmaraisllp.com