**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN-JLH |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) ) ) | |
| Defendants. | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1378-MN-JLH |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) ) ) | |
| Defendants. | ) | |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., | ) ) ) | |
| Counter-Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on July 5, 2023, upon the following attorneys of record as indicated below:

PLAINTIFF APPLE INC.'S OBJECTIONS & RESPONSES TO DEFENDANTS' AND COUNTERCLAIMANTS' THIRD SET OF INTERROGATORIES (NOS. 19-23) **[CONFIDENTIAL – ATTORNEY'S EYES ONLY]**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr. <br> Megan C. Haney <br> PHILLIPS, MCLAUGHLIN & HALL, P.A. <br> 1200 N. Broom Street <br> Wilmington, DE 19806 <br> jcp@pmhdelaw.com <br> mch@pmhdelaw.com | Joseph R. Re <br> Stephen C. Jensen <br> Stephen W. Larson <br> Jared C. Bunker <br> Benjamin A. Katzenellenbogen <br> Douglas B. Wentzel <br> Kendall M. Loebbaka <br> KNOBBE, MARTENS, OLSON & BEAR, LLP <br> 2040 Main Street, 14th Floor <br> Irvine, CA 92614 <br> Knobbe.MasimoDE@knobbe.com |
| Brian Horne <br> KNOBBE, MARTENS, OLSON & BEAR, LLP <br> 1925 Century Park E., Suite 600 <br> Los Angeles, CA 90067 <br> Knobbe.MasimoDE@knobbe.com | Adam Powell <br> KNOBBE, MARTENS, OLSON & BEAR, LLP <br> 3579 Valley Centre Drive, Suite 300 <br> San Diego, CA 92130 <br> Knobbe.MasimoDE@knobbe.com |

|  |  |
|---|---|
| OF COUNSEL:<br><br>John M. Desmarais<br>Cosmin Maier<br>Jordan N. Malz<br>Kerri-Ann Limbeek<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400<br><br>Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900<br><br>Jennifer Milici<br>Leon B. Greenfield<br>Dominic Vote<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>Tel: (202) 663-6000<br><br>Mark A. Ford<br>WILMER CUTLER PICKERING HALE<br>  AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6423<br><br>Dated: July 6, 2023<br>10905405 / 12209.00051 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com<br><br>*Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |