IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC, <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | Civil Action No. 22-1377 (MN-JLH) |
| APPLE INC, <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | Civil Action No. 22-1378 (MN-JLH) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on July 6, 2023, copies of Defendants Masimo Corporation and Sound United, LLC and Counterclaimants Masimo Corporation and Cercacor Labs, Inc.'s Fourth Set of Requests for Production to Apple Inc. (185-210) and Defendants Masimo Corporation and Sound United, LLC and Counterclaimants Masimo Corporation and Cercacor Labs, Inc.'s Fifth Set of Interrogatories to Apple Inc. (29-30) were caused to be served on the following as indicated below:

**VIA E-MAIL**

David E. Moore
Bindu A. Palapura
Potter Anderson & Corroon LLP

Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com

Jennifer Milici
Dominic Vote
Leon B. Greenfield
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
jennifer.milici@wilmerhale.com
dominic.vote@wilmerhale.com
leon.greenfield@wilmerhale.com

Mark A. Ford
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
mark.ford@wilmerhale.com

AppleMasimoService@desmaraisllp.com

|  |  |
|---|---|
| Dated:  July 10, 2023 | PHILLIPS, MCLAUGHLIN & HALL, P.A. |
|  | */s/ Megan C. Haney* |
|  | John C. Phillips, Jr. (#110) |
|  | Megan C. Haney (#5016) |
|  | 1200 North Broom Street |
|  | Wilmington, DE 19806 |
|  | (302) 655-4200 |
|  | jcp@pmhdelaw.com |
|  | mch@pmhdelaw.com |
|  |  |
|  | *Attorneys for Defendants* |