IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC, <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | Civil Action No. 22-1377 (MN) (JLH) <br><br> **REDACTED - PUBLIC VERSION** |
| APPLE INC, <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | Civil Action No. 22-1378 (MN) (JLH) <br><br> **REDACTED - PUBLIC VERSION** |

**DECLARATION OF BILAL MUHSIN IN SUPPORT OF MASIMO'S JULY 3, 2023 LETTER TO THE HONORABLE JENNIFER L. HALL FROM JOHN C. PHILLIPS, JR.**

John C. Phillips, Jr. (No. 110)
Megan C. Haney (No. 5016)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
Telephone: (302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

Dated: July 3, 2023

*Attorneys for Defendants*

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC, <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | Civil Action No. 22-1377 (MN) (JLH) <br><br> **CONFIDENTIAL - ATTORNEYS' EYES ONLY** <br><br> **FILED UNDER SEAL** |
| APPLE INC, <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | Civil Action No. 22-1378 (MN) (JLH) <br><br> **CONFIDENTIAL - ATTORNEYS' EYES ONLY** <br><br> **FILED UNDER SEAL** |

## DECLARATION OF BILAL MUHSIN

I, Bilal Muhsin, declare as follows:

1. I am the Chief Operating Officer ("COO") at Masimo Corporation. I have personal knowledge of the facts set forth herein and, if called upon to do so, I could and would testify competently to them.

2. I have been COO of Masimo since May 2019. My responsibilities as COO include overseeing operations, engineering, research and development, regulatory, and quality control. As part of these responsibilities, I oversee manufacturing, including the manufacturing of Masimo's W1.

The Honorable Jennifer L. Hall  
July 3, 2023

Page 2 of 3

3. I understand that Apple is accusing the W1 with the wave electrode, the Freedom Watch, and the Freedom Band ("Forthcoming Products") of patent infringement. ████████

████████████████████████

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 3, 2023.

_____
Bilal Muhsin