**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN-JLH |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) | |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1378-MN-JLH |
| | ) | |
| MASIMO CORPORATION and | ) | **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION and | ) | |
| CERCACOR LABORATORIES, INC., | ) | |
| | ) | |
| Counter-Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Bethany Stevens and Hannah Cannom of Walker Stevens Cannom LLP,

500 Molino Street, Suite 118, Los Angeles, CA 90013 to represent Plaintiff Apple Inc. in this matter.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By:  /s/ Bindu A. Palapura |
|  | David E. Moore (#3983) |
| John M. Desmarais | Bindu A. Palapura (#5370) |
| Cosmin Maier | Andrew L. Brown (#6766) |
| Jordan N. Malz | Hercules Plaza, 6th Floor |
| Kerri-Ann Limbeek | 1313 N. Market Street |
| DESMARAIS LLP | Wilmington, DE  19801 |
| 230 Park Avenue | Tel:  (302) 984-6000 |
| New York, NY 10169 | dmoore@potteranderson.com |
| Tel: (212) 351-3400 | bpalapura@potteranderson.com |
|  | abrown@potteranderson.com |
| Peter C. Magic |  |
| DESMARAIS LLP | *Attorneys for Plaintiff/Counter-Defendant* |
| 101 California Street | *Apple Inc.* |
| San Francisco, CA 94111 |  |
| Tel: (415) 573-1900 |  |
| Jennifer Milici |  |
| Leon B. Greenfield |  |
| Dominic Vote |  |
| WILMER CUTLER PICKERING HALE |  |
|   AND DORR LLP |  |
| 2100 Pennsylvania Avenue NW |  |
| Washington, DC 20037 |  |
| Tel: (202) 663-6000 |  |
| Mark A. Ford |  |
| WILMER CUTLER PICKERING HALE |  |
|   AND DORR LLP |  |
| 60 State Street |  |
| Boston, MA  02109 |  |
| Tel: (617) 526-6423 |  |

Dated:  July 12, 2023
10912606/ 12209.00051

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                                    _____
                                                                                United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 12, 2023            Signed: */s/ Bethany Stevens*
                                       Bethany Stevens
                                       Walker Stevens Cannom LLP
                                       500 Molino Street
                                       Suite 118
                                       Los Angeles, CA 90013
                                       Tel: (213) 712-9145
                                       bstevens@wscllp.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 12, 2023              Signed: */s/ Hannah Cannom*
                                 Hannah Cannom
                                 Walker Stevens Cannom LLP
                                 500 Molino Street
                                 Suite 118
                                 Los Angeles, CA 90013
                                 Tel: (213) 337-9972
                                 hcannom@wscllp.com