**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN-JLH |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) ) | |
| | ) | |
| Defendants. | ) ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) ) | |
| Counter-Defendant. | ) | |
| APPLE INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | C.A. No. 22-1378-MN-JLH |
| | ) | |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) ) | |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., | ) ) ) | |
| Counter-Claimants, | ) ) | |
| v. | ) ) | |
| APPLE INC., | ) ) | |
| Counter-Defendant. | ) | |

**PLAINTIFF'S MOTION AND ~~PROPOSED~~ ORDER
GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER
REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiff Apple Inc. respectfully requests an exemption from the Court's May 15, 2023 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following attorneys may bring their personal electronic devices to the July 14, 2023 hearing in this matter: Benjamin Luehrs, Cosmin Maier and Carson Olsheski (collectively "Lead Counsel") and Natalie Pous ("In-House Counsel").

Lead Counsel, who have been admitted *pro hac vice* in this matter, are not in possession of their bar identification cards. Additionally, In-House Counsel is not in possession of her bar identification card. Lead Counsel and In-House Counsel will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>Jeffrey Scott Seddon, II<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400<br><br>Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900 | By: */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

2

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
 AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
 AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: July 12, 2023
10911544 / 12209.00051

      IT IS SO ORDERED this 12th day of July, 2023.

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge