EXHIBIT 2



ENGLISH ∨    SEARCH 🔍

PROFESSIONAL HEALTH        CONSUMER HEALTH        CONSUMER AUDIO

TECHNOLOGY ∨        PRODUCT ∨        SOLUTION ∨        CLINICAL EVIDENCE ∨        SUPPORT ∨

Home / Root Platform / Next Generation SedLine® Brain Function Monitoring



# Next Generation SedLine® Brain Function Monitoring

A More Complete Picture Starts with More Complete Data

Root® with Next Generation SedLine Brain Function Monitoring helps clinicians monitor the state of the brain under anesthesia with bilateral data acquisition and processing of electroencephalogram (EEG) signals.

Next Generation SedLine Features:

> Four simultaneous channels of frontal EEG waveforms
> An enhanced Patient State Index (PSi), a processed EEG parameter related to the effect of anesthetic agents
> A Density Spectral Array (DSA) display, which contains left and right spectrograms representing the power of the EEG on both sides of the brain
> An optional Multitaper DSA, which may enhance visibility of EEG features

## Improved Patient State Index (PSi)



Next Generation SedLine features an enhanced signal processing engine which provides an enhanced Patient Sate Index (PSi), a processed EEG parameter related to the effect of anesthetic agents.

EEG experts scored the improvement in PSi performance between the original SedLine PSi and Next Generation SedLine PSi. A 25% average improvement in Next Generation PSi performance was found.

Expert Scoring of Next Generation SedLine[1]



To evaluate the performance of Original PSi and Next Generation PSi, independent EEG experts reviewed cases with both Original PSi and Next Generation PSi (blinded to the version), along with additional clinical information (MOAAS scores, EEG waveforms, drug doses, and vital signs). Compared to the expert-assessed anesthetic depth, an error was defined as a case when expert assessment of PSi was 'Low' or 'High' and success was defined as a case when the expert assessment of PSi was 'Good'.

## Parallel Signal Processing Engines

EMG is a common confounding factor that can interfere with EEG signals used in brain function monitoring.[2] Next Generation SedLine utilizes Masimo's Parallel Signal

## Adaptive Signal Processing with Band-Independent Features

Power across all frequency bands decreases with age.[3] When computing PSi, Next Generation SedLine uses adaptive signal processing with band-independent features

...brain function monitoring. Next Generation SedLine utilizes multiple Parallel Signal Processing Engines to extract a clearer EEG signal for computing PSi.

Conventional SedLine used adaptive signal processing with a single engine to search for EEG features across many frequency bands.





This image captures a moment when Next Generation SedLine detects EMG in the two engines depicted.

## Multitaper Density Spectral Array (DSA)



Next Generation SedLine offers clinicians the flexibility of choosing to display either an enhanced Multitaper Density Spectral Array (DSA) or a standard Hanning DSA. The DSA contains left and right spectrograms representing the power of the EEG on both sides of the brain.

When using a Multitaper DSA, EEG data are transformed into the frequency domain, which may provide a better display of EEG features.

## A More Complete Picture of the Brain

The Next Generation SedLine module easily plugs into the Root patient monitoring platform via Masimo Open Connect® (MOC-9®) ports. Root's customizable, easily-interpretable display offers multiple views of brain monitoring information expanding visibility in the operating room and intensive care unit.

Next Generation SedLine can be used simultaneously with O3® Regional Oximetry on the Root platform for a more complete picture of the brain.





## RD SedLine™ EEG Sensor



> Four active EEG leads collect data in the frontal lobe
> Soft foam pads for comfortable application on a patient's forehead
> Adhesive anchors ensure secure sensor placement for optimal signal quality
> Pre-filled gel electrodes help streamline sensor application workflows
> Application graphics for O3 regional oximetry sensor placement simplify simultaneous application of both monitoring technologies

## Brain Monitoring Solutions

Explore the Root Platform and Brain Monitoring Sensors & Cables







Root® Platform

Root with O3® Regional Oximetry

Brain Monitoring Sensors

REQUEST MORE INFORMATION

References:

[1] Analyse rétrospective des données cliniques.
[2] Lobo, Francisco A., and Stefan Schraag. Limitations of anaesthesia depth monitoring. *Current Opinion in Anesthesiology*. 24, no. 6 (2011): 657-664.
[3] Purdon P et al. *Brit J of Anaesth*. 10.1093 46-57.

## RESOURCES



| | Next Generation SedLine — Brochure | PDF |
| | Root with SedLine Brain Function Monitoring — Product Information | PDF |
| | Perioperative Care Solutions — Brochure | PDF |
| | RD SedLine Sensor — Product Information | PDF |
| | Guide SedLine — Quick Reference | PDF |
| | Next Generation SedLine — Video | 🔗 |
| | Brain Monitoring - DSA Interpretation | 🔗 |

RD SedLine sensor is not licensed for sale in Canada.

Caution: Federal (USA) law restricts this device to sale by or on the order of a physician. See instructions for use for full prescribing information, including indications, contraindications, warnings, and precautions.

# Masimo

Follow Us

   

+ Improve Life™
+ Improve patient outcomes and reduce cost of care®
+ Take noninvasive monitoring to new sites and applications™

**ABOUT US**
Contact Us
Guiding Principles
Corporate Brochure
Sustainability Report
Company Evolution
Investor Relations
Press Room
Media Room
Careers
Newsletter sign-up

**FOR HEALTHCARE**
Technology
Product
Solutions
Clinical Evidence
OEM Solutions
Sensors and Cannulas
Support
Resources

**FOR CONSUMERS**
Products
Experience
Education
Support

**LEGAL**
Compliance
Codes of Conduct
Patents
Terms

**PRIVACY**
Privacy Notice
CA Privacy
Cookie Notice
Cookie Preferences

SITEMAP