# EXHIBIT 6



# Wearables To Track Epilepsy

3.5M people in the US and 65M people worldwide have epilepsy. ~35% of the US population do not respond to anti seizure medications. For as long as their seizures remain uncontrolled, epilepsy patients are at risk of a number of complications, including Sudden Unexpected Death from Epilepsy or SUDEP.



### SUDEP risk monitoring

Our wearables record key biological signals related to epilepsy and SUDEP



### Nighttime Monitoring

Our holistic monitoring approach provides important peace of mind to caregivers in the form of accurate and timely alerts at night



### Expedite Treatment

All recorded data is wirelessly transmitted to physicians to expedite formulation of treatment and management plans

" UCB is proud to support Neurava, a medical device startup leveraging groundbreaking epilepsy research to develop new wearable solutions for patients with epilepsy. Neurava is translating the discovery of a potential mechanism of action behind Sudden Unexpected Death in Epilepsy (SUDEP) into a first-of-its-kind smart wearable device capable of identifying and alerting for seizures and impending SUDEP risk. Because studies suggest that roughly one out of every 1,000 deaths are a result of SUDEP every year in the U.S., a device like this has the potential to save lives in the future. "

-Colin Lake, Head of Digital Business Transformation, U.S. Neurology at UCB



# In The News

ected into
artups at
ous 2021
s Plan

2, 2021

READ MORE ›

A wearable device may help prevent unexpected death in epilepsy

FRIDAY, APR 02, 2021

READ MORE ›

**Neurava awarded Innovation of the Year 2021**

**FRIDAY, APR 23, 2022**

READ MORE ›

Neurava receives a strategic investment from global epilepsy leaders UCB

FRIDAY, DEC 03, 2021

READ MORE ›

Neurava r
$650,000 i
Capital

MONDAY, N

READ MORE ›

MORE NEWS

# Our Partners















Home    News    About Us    Contact Us

Copyright © 2021 Neurava - All Rights Reserved.