# EXHIBIT 8

# Knobbe Martens

KNOBBE, MARTENS, OLSON & BEAR, LLP

2040 Main St., 14th Fl., Irvine, CA 92614
T (949) 760-0404

Kendall M. Loebbaka
Kendall.Loebbaka@knobbe.com

June 30, 2023
*Via Email*

Carson Olsheski
Desmarais LLP
230 Park Avenue
New York, NY  10169

Re:   *Apple Inc. v. Masimo Corp.,* Civil Action Nos. 22-1377; 22-1378

Dear Carson,

    I write in response to Apple's June 21, 2023 email disclosing Pedro Irazoqui in the parties' Delaware litigation.  Pursuant to Paragraph 12 of the Protective Order, Masimo objects to Dr. Irazoqui receiving Masimo's confidential information, and it is our understanding that Apple will not disclose such information to Dr. Irazoqui pending resolution of Masimo's objection.

    Dr. Irazoqui's CV indicates that he is a scientific advisor to Neurava, which is commercializing a wearable solution for epilepsy and SUDEP.  Neurava's website indicates that the wearable records "key biological signals related to epilepsy and SUDEP."  On June 27, Masimo requested additional information about Dr. Irazoqui's work with wearable devices, identifying, among other things, Neurava.  On June 29, Apple refused to provide any information, instead claiming that such information was contained within Irazoqui's CV.  Masimo immediately requested that Apple provide details about Dr. Irazoqui's work.  Instead of providing the requested information, Apple pointed Masimo to the website for Neurava, insisting that the requested information was available there.  However, it is not apparent from the website what, if any, physiological parameters are monitored with these wearable devices.  Absent an understanding of Dr. Irazoqui's current and planned research and work on technology, for commercial use, of non-invasive physiological measurements, Masimo cannot permit Dr. Irazoqui to view its confidential information.

    In an effort to resolve Masimo's objection, Masimo repeats its request that Apple provide the requested information about Dr. Irazoqui's current and planned research and work on technology, for commercial use, of non-invasive physiological measurements.

    We also request a meet and confer on Masimo's objection on Monday, July 3. Please let us know your availability at or after 2pm ET.

Sincerely,

Kendall M. Loebbaka

INTELLECTUAL PROPERTY + TECHNOLOGY LAW | knobbe.com