# EXHIBIT 9

May 12, 2020

# A wearable device may help prevent unexpected death in epilepsy



WEST LAFAYETTE, Ind. – More than one-third of the people in the United States who have epilepsy are at risk for a deadly complication called "sudden unexpected death in epilepsy." That means 1.2 million people are at risk for the complication each year – and it will kill about 4,000 of them. They typically have refractory epilepsy, which means medicines do not bring their seizures under control.

SUDEP is defined as the sudden and unexpected, non-traumatic and non-drowning death of a person with epilepsy.

*The Purdue University team created this initial prototype SUDEP detection device. (Image provided)* **Download image (https://news.uns.purdue.edu/images/2020/sudep-prototype.JPG?_ga=2.79189716.1133507983.1689011853-767150245.1687456371)**

Now, a **Purdue University (http://www.purdue.edu/)**–affiliated startup is working on a device to help stop this deadly condition.

**Neurava (https://neurava.org/)** was co-founded by Jay Shah and Vivek Ganesh, graduate students in the lab of Pedro Irazoqui, the Reilly Professor of **Biomedical Engineering (https://engineering.purdue.edu/BME)** and professor of **Electrical and Computer Engineering (https://engineering.purdue.edu/ECE)** at Purdue. Shah and Ganesh, Ph.D. students in Purdue's **College of Engineering (https://engineering.purdue.edu/Engr)**, are developing a wearable device for patients with refractory epilepsy, the type that puts them most at risk for SUDEP.

"We want to provide a simple device that is easy to use and can save lives," Ganesh said. "Our device monitors key biomarkers and then sends a wireless signal to a caregiver when it detects abnormalities typically linked to SUDEP."

The founders of Neurava received a $20,000 award from **Elevate Ventures (https://www.elevateventures.com/)**, which will help with prototype development and market research. Elevate is a private venture development organization that supports the development and success of entrepreneurs across Indiana.

The co-founders of Neurava received entrepreneurial support from the **Purdue Foundry (https://purduefoundry.com/)** and are working with the **Purdue Research Foundation (http://www.prf.org) Office of Technology Commercialization (https://www.prf.org/otc/)** to license the technology.

"Purdue continues to provide an amazing community of support for entrepreneurs and innovators who want to take their ideas and turn them into life-saving technologies," Shah said.

**About Purdue Research Foundation**

The **Purdue Research Foundation (https://www.prf.org/)** is a private, nonprofit foundation created to advance the mission of Purdue University. Established in 1930, the foundation accepts gifts; administers trusts; funds scholarships and grants; acquires property; protects Purdue's intellectual property; and promotes entrepreneurial activities on behalf of Purdue. The foundation manages the Purdue Foundry, Purdue Office of Technology Commercialization, Purdue Research Park, Purdue Technology Centers and University Development Office. In 2020, the **IPWatchdog Institute (https://www.ipwatchdog.com/)** ranked Purdue third nationally in startup creation and in the top 20

7/10/23, 6:42 PM
A wearable device may help prevent unexpected death in epilepsy - Purdue University News
Case 1:22-cv-01378-MN-JLH   Document 166-9   Filed 07/13/23   Page 3 of 4 PageID #: 7560

for patents. The foundation received the 2019 Innovation and Economic Prosperity Universities Award for Place from the Association of Public and Land-grant Universities. For more information on licensing a Purdue innovation, contact the Purdue Office of Technology Commercialization at **otcip@prf.org (mailto:otcip@prf.org)**. For more information about involvement and investment opportunities in startups based on a Purdue innovation, contact the Purdue Foundry at **foundry@prf.org (mailto:foundry@prf.org)**.

**Writer:** Chris Adam, 765-588-3341**, cladam@prf.org (mailto:cladam@prf.org)**

**Source:** Jay Shah, **shah337@purdue.edu (mailto:shah337@purdue.edu)**

# Research Foundation News

- **Purdue researchers fabricate sensors with potential health-monitoring applications onto ready-made wearables (http://www.purdue.edu/newsroom/releases/2023/Q3/purdue-researchers-fabricate-sensors-with-potential-health-monitoring-applications-onto-ready-made-wearables.html)**
- **AnalySwift receives nearly $800,000 NASA contract to improve simulation of next-generation composites (http://www.purdue.edu/newsroom/releases/2023/Q2/analyswift-receives-nearly-800,000-nasa-contract-to-improve-simulation-of-next-generation-composites.html)**
- **Purdue-launched solid rocket motor-maker Adranos flies off with Anduril (http://www.purdue.edu/newsroom/releases/2023/Q2/purdue-launched-solid-rocket-motor-maker-adranos-flies-off-with-anduril.html)**
- **Beyond on and off: Purdue engineers create continuously tunable thermal regulators for batteries and electronic devices (http://www.purdue.edu/newsroom/releases/2023/Q2/beyond-on-and-off-purdue-engineers-create-continuously-**

tunable-thermal-regulators-for-batteries-and-electronic-devices.html)
- **Independence Science and ViewPlus Technologies partner to create science access tools for students who experience blindness or low vision (http://www.purdue.edu/newsroom/releases/2023/Q2/independence-science-and-viewplus-technologies-partner-to-create-science-access-tools-for-students-who-experience-blindness-or-low-vision.html)**