# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN-JLH |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) | |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1378-MN-JLH |
| | ) | |
| MASIMO CORPORATION and | ) | **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION and | ) | |
| CERCACOR LABORATORIES, INC., | ) | |
| | ) | |
| Counter-Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## JOINT CLAIM CONSTRUCTION CHART FOR ASSERTED APPLE PATENTS

The parties have met and conferred pursuant to Paragraph 11 of the Scheduling Order (D.I. 103 in -1377 matter, D.I. 92 in -1378 matter), and present the following Joint Claim Construction Chart (attached as Exhibit A), which sets forth the disputed claims/terms from U.S. Patent Nos.: D883,279; D947,842; D962,936; D735,131; 10,076,257; 10,627,783; 10,942,491; 10,987,054; 11,106,352; and 11,474,483.

The attached Joint Claim Construction Chart (Exhibit A) identifies the disputed claims, terms, and phrases of the patents-at-issue, and provides each party's proposed constructions of those claims, terms, and phrases as well as the intrinsic evidence supporting each party's respective proposed constructions. Pursuant to Paragraph 11 of the Scheduling Order, copies of the patents-at-issue as well as the portions of the intrinsic record relied upon by Apple are attached as Exhibit B, and the portions of the intrinsic record relied upon by Masimo are attached as Exhibit C. The parties have made a good faith effort to include all known support in the intrinsic record for their respective proposed constructions, but reserve their rights to supplement the Joint Claim Construction Chart with additional evidence and to rely upon additional evidence in their claim construction briefs.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
| By: */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Andrew L. Brown (#6766)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com<br><br>*Attorneys for Plaintiff Apple Inc.* | By: */s/ John C. Phillips, Jr.*<br>John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>Tel: (302) 655-4200<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com<br><br>*Attorneys for Defendants Masimo Corporation and Sound United, LLC* |

Dated: July 13, 2023
10915261/12209.00051