## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-1378-MN-JLH |
| ) | |
| MASIMO CORPORATION and ) | **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| MASIMO CORPORATION and ) | |
| CERCACOR LABORATORIES, INC., ) | |
| ) | |
| Counter-Claimants, ) | |
| ) | |
| v. ) | |
| ) | |
| APPLE INC., ) | |
| ) | |
| Counter-Defendant. ) | |

## **NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on July 14, 2023, upon the following attorneys of record as indicated below:

PLAINTIFF APPLE INC.'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS' INTERROGATORY NO. 4

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr. | Joseph R. Re |
| Megan C. Haney | Stephen C. Jensen |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | Stephen W. Larson |
| 1200 N. Broom Street | Jared C. Bunker |
| Wilmington, DE 19806 | Benjamin A. Katzenellenbogen |
| jcp@pmhdelaw.com | Matthew Pham |
| mch@pmhdelaw.com | Douglas B. Wentzel |
| | Kendall M. Loebbaka |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |

| | 2040 Main Street, 14th Floor |
| --- | --- |
| | Irvine, CA 92614 |
| | Knobbe.MasimoDE@knobbe.com |
| Brian Horne | Adam Powell |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 1925 Century Park E., Suite 600 | 3579 Valley Centre Drive, Suite 300 |
| Los Angeles, CA 90067 | San Diego, CA 92130 |
| Knobbe.MasimoDE@knobbe.com | Knobbe.MasimoDE@knobbe.com |

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

John M. Desmarais
Jordan N. Malz
Cosmin Maier
Kerri-Ann Limbeek
Jeffrey Scott Seddon, II
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

By: */s/ David E. Moore*
   David E. Moore (#3983)
   Bindu A. Palapura (#5370)
   Andrew L. Brown (#6766)
   Hercules Plaza, 6th Floor
   1313 N. Market Street
   Wilmington, DE 19801
   Tel: (302) 984-6000
   dmoore@potteranderson.com
   bpalapura@potteranderson.com
   abrown@potteranderson.com

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

*Attorneys for Plaintiff/Counter-Defendant Apple Inc.*

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: July 14, 2023
10915555 / 12209.00052