**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> *Defendants.* | C.A. No. 22-1377-MN-JLH |
| MASIMO CORPORATION, <br><br> *Counter-Claimant*, <br><br> v. <br><br> APPLE INC. <br><br> *Counter-Defendant.* | |
| APPLE INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> *Defendants.* | C.A. No. 22-1378-MN-JLH |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., <br><br> *Counter-Claimants,* <br><br> v. <br><br> APPLE INC. <br><br> *Counter-Defendant.* | |

**JOINT MOTION FOR IN-PERSON CONFERENCE
TO RESOLVE DISCOVERY DISPUTES**

The parties respectfully move this Court to schedule an in-person conference subject to the Court's approval and availability, to address outstanding disputes regarding the following discovery matters:

- Apple's position that it need not provide discovery on Masimo's antitrust theories regarding (1) predatory infringement and (2) monopoly leveraging.

- Whether the parties' de-duping of newly collected documents against documents made available pursuant to cross-use should be limited to solely exclude documents that are identical, including with respect to metadata and custody.

- Apple's responses to Masimo's RFP Nos. 62-65, 76-90, 112-114, 118, and Interrogatory No. 16.

- Masimo's responses to Apple's RFP Nos. 61-62, 64-65, and 76-78.

- Masimo's response to Apple's RFP No. 74.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following dates: July 6, 2023, July 10, 2023, and July 12, 2023.

Delaware Counsel:
For Masimo: John C. Phillips, Jr.
For Apple: Bindu A. Palapura, Dave Moore (one or both on each date)

Lead Counsel:
For Masimo: Stephen Larson, Adam Powell (July 12 only), Justin Gillett (PHV to be filed)
For Apple: Mark Ford, Jennifer Milici

The parties are available for an in-person conference on the following dates: **July 28, 2023, August 2, 2023 and August 3, 2023**.

Dated: July 18, 2023

| POTTER ANDERSON & CORROON LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
|---|---|
| /s/ *David E. Moore* | /s/ *John C. Phillips, Jr.* |
| David E. Moore (#3983) | John C. Phillips, Jr. (#110) |
| Bindu A. Palapura (#5370) | Megan C. Haney (#5016) |
| Hercules Plaza, 6th Floor | 1200 North Broom Street |
| 1313 N. Market Street | Wilmington, Delaware 19806 |
| Wilmington, DE 19801 | (302) 655-4200 |
| (302) 984-6000 | jcp@pmhdelaw.com |
| dmoore@potteranderson.com | mch@pmhdelaw.com |
| bpalapura@potteranderson.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |