# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>     Plaintiff,<br><br>  v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>     Defendants. | Civil Action No. 22-1377 (MN) (JLH) |
| APPLE INC,<br><br>     Plaintiff,<br><br>  v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>     Defendants. | Civil Action No. 22-1378 (MN) (JLH) |

## SOUND UNITED'S OPPOSITION TO PLAINTIFF'S RENEWED MOTION TO DISMISS

*Of Counsel:*

Joseph R. Re
Stephen C. Jensen
Benjamin A. Katzenellenbogen
Stephen W. Larson
Jared C. Bunker
Matthew Pham
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
(949) 760-0404 Telephone
(949) 760-9502 Fax
joe.re@knobbe.com
steve.jensen@knobbe.com
stephen.larson@knobbe.com
ben.katzenellenbogen@knobbe.com

John C. Phillips, Jr. (No. 110)
Megan C. Haney (No. 5016)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200 Telephone
(302) 655-4210 Fax
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Counsel for Defendants*
*Masimo Corporation and Sound United, LLC*

Dated: July 19, 2023

jared.bunker@knobbe.com

Brian Horne
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
(310) 551-3450 Telephone
(310) 551-3458 Fax
brian.horne@knobbe.com

Adam Powell
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
(858) 707-4000 Telephone
(858) 707-4001 Facsimile
adam.powell@knobbe.com

On July 18, Apple filed a Motion to Dismiss and Strike on two grounds. D.I. 184.[1] Apple asks the Court to issue an R&R denying Apple's motion to dismiss Sound United's inequitable conduct allegations for the same reasons the Court denied Apple's motion to dismiss Masimo's inequitable conduct allegations. *Id.* at 2-3. Apple intends to then object to both R&Rs because they decline to dismiss allegations about Apple's Chief IP counsel, Jeff Myers. *Id.* at 3.

Sound United agrees that its inequitable conduct allegations are the same as Masimo's inequitable conduct allegations. Thus, Sound United agrees the Court should issue an R&R denying Apple's motion to dismiss Sound United's inequitable conduct allegations for the same reasons the Court denied Apple's motion to dismiss Masimo's inequitable conduct allegations. Sound United incorporates and adopts Masimo's arguments made in its oppositions and at the hearing. *See* D.I. 68 at 17-19; D.I. 83 (-1377) at 3-18; 6/15/2023 Tr. at 22-30.

|  |  |
|---|---|
| July 19, 2023 | Respectfully submitted,<br><br>PHILLIPS MCLAUGHLIN & HALL, P.A.<br><br>By: */s/ John C. Phillips, Jr.*<br>    John C. Phillips, Jr. (No. 110)<br>    Megan C. Haney (No. 5016)<br>    1200 North Broom Street<br>    Wilmington, DE 19806<br>    (302) 655-4200 Telephone<br>    (302) 655-4210 Fax<br>    jcp@pmhdelaw.com<br>    mch@pmhdelaw.com<br><br>*Counsel for Defendants*<br>*Masimo Corporation and Sound United, LLC* |
| *Of Counsel:*<br><br>Joseph R. Re<br>Stephen C. Jensen<br>Benjamin A. Katzenellenbogen<br>Stephen W. Larson<br>Matthew Pham<br>Jared C. Bunker<br>Knobbe, Martens, Olson & Bear, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614<br>(949) 760-0404 Telephone<br>(949) 760-9502 Facsimile<br>joe.re@knobbe.com |  |

---

[1] Unless stated otherwise, all citations are to 22-cv-01378.

-2-

    steve.jensen@knobbe.com
    stephen.larson@knobbe.com
    ben.katzenellenbogen@knobbe.com
    jared.bunker@knobbe.com

Brian Horne
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
(310) 551-3450 Telephone
(310) 551-3458 Facsimile
brian.horne@knobbe.com

Adam Powell
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
(858) 707-4000 Telephone
(858) 707-4001 Facsimile
adam.powell@knobbe.com