## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-1378-MN-JLH |
| ) | |
| MASIMO CORPORATION and ) | **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| MASIMO CORPORATION and ) | |
| CERCACOR LABORATORIES, INC., ) | |
| ) | |
| Counter-Claimants, ) | |
| ) | |
| v. ) | |
| ) | |
| APPLE INC., ) | |
| ) | |
| Counter-Defendant. ) | |

## **NOTICE OF SUBPOENA**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant Apple Inc., will serve the attached subpoenas (Exhibit 1) in the above referenced action.

**VIA ELECTRONIC MAIL**

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 N. Broom Street
Wilmington, DE 19806
jcp@pmhdelaw.com
mch@pmhdelaw.com

Joseph R. Re
Jared C. Bunker
Benjamin A. Katzenellenbogen
Douglas B. Wentzel
Kendall M. Loebbaka
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
joseph.re@knobbe.com
jared.bunker@knobbe.com
Ben.Katzenellenbogen@knobbe.com

| | |
|---|---|
| | douglas.wentzel@knobbe.com <br> kendall.loebbaka@knobbe.com |
| Brian Horne <br> KNOBBE, MARTENS, OLSON & BEAR, LLP <br> 1925 Century Park E., Suite 600 <br> Los Angeles, CA  90067 <br> brian.horne@knobbe.com | Adam Powell <br> KNOBBE, MARTENS, OLSON & BEAR, LLP <br> 3579 Valley Centre Drive, Suite 300 <br> San Diego, CA 92130 <br> adam.powell@knobbe.com |
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By:  /s/ Bindu A. Palapura <br>       David E. Moore (#3983) |
| John M. Desmarais <br> Jordan N. Malz <br> Cosmin Maier <br> Kerri-Ann Limbeek <br> Jeffrey Scott Seddon, II <br> DESMARAIS LLP <br> 230 Park Avenue <br> New York, NY 10169 <br> Tel: (212) 351-3400 |       Bindu A. Palapura (#5370) <br>       Andrew L. Brown (#6766) <br>       Hercules Plaza, 6th Floor <br>       1313 N. Market Street <br>       Wilmington, DE  19801 <br>       Tel:  (302) 984-6000 <br>       dmoore@potteranderson.com <br>       bpalapura@potteranderson.com <br>       abrown@potteranderson.com |
| Peter C. Magic <br> DESMARAIS LLP <br> 101 California Street <br> San Francisco, CA 94111 <br> Tel: (415) 573-1900 | *Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |
| Jennifer Milici <br> Leon B. Greenfield <br> Dominic Vote <br> WILMER CUTLER PICKERING HALE <br>   AND DORR LLP <br> 2100 Pennsylvania Avenue NW <br> Washington, DC 20037 <br> Tel: (202) 663-6000 | |
| Mark A. Ford <br> WILMER CUTLER PICKERING HALE <br>   AND DORR LLP <br> 60 State Street <br> Boston, MA  02109 <br> Tel: (617) 526-6423 | |

Dated:  July 21, 2023
10927003 / 12209.00052