# EXHIBITS 6-8

# REDACTED IN

# THEIR ENTIRETY