# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., *Plaintiff,* v. MASIMO CORPORATION and SOUND UNITED, LLC, *Defendants.* | C.A. No. 22-1377-MN-JLH |
| APPLE INC., *Plaintiff,* v. MASIMO CORPORATION and SOUND UNITED, LLC, *Defendants.* | C.A. No. 22-1378-MN-JLH |

**[PROPOSED] <u>ORDER</u>**

At Wilmington, this _____ day of _____, 2023, having considered the parties' Joint Motion for Teleconference to Resolve Discovery Dispute (C.A. 22-1377, D.I. 180; C.A. 22-1378, D.I. 180) and the papers submitted in connection therewith;

IT IS HEREBY ORDERED that (1) discovery shall proceed on Masimo's antitrust theories regarding predatory infringement and monopoly leveraging and (2) Apple shall produce documents in response to Defendants' Requests for Production Nos. RFP Nos. 62-65, 77-78, 80-84, 86-90, and 112-114 as narrowed by Defendants.

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge