# EXHIBIT 7

| | |
|---|---|
| **From:** | Jared Bunker |
| **To:** | Benjamin Luehrs |
| **Cc:** | Knobbe.MasimoDE; Palapura, Bindu A.; Jack Phillips; Greenfield, Leon; Milici, Jennifer; Kerri-Ann Limbeek; Megan C. Haney; Vote, Dominic; Ford, Mark; Jordan Malz; Peter Magic; Megan C. Haney; Apple Masimo Service; Moore, David E.; Carson Olsheski |
| **Subject:** | RE: Apple v. Masimo (C.A. Nos. 1377/1378) - Follow Up On Friday"s Hearing |
| **Date:** | Tuesday, July 18, 2023 9:45:26 AM |

Ben,

I understood from our July 10 meet and confer that Apple was going to provide its promised supplement to Masimo's Interrogatory Nos. 1 and 3 by yesterday. But we did not receive anything. As you know, Apple promised to provide these supplements several weeks ago, and we still have not received them.

Please provide the promised supplements tomorrow or let us know your availability tomorrow afternoon Pacific Time to meet and confer on this issue.

Sincerely,
Jared

**Jared Bunker**
Partner

949-721-2957 Direct

**Knobbe Martens**

**From:** Benjamin Luehrs <BLuehrs@desmaraisllp.com>
**Sent:** Monday, July 10, 2023 7:55 AM
**To:** Jared Bunker <Jared.Bunker@knobbe.com>; Carson Olsheski <COlsheski@desmaraisllp.com>
**Cc:** Knobbe.MasimoDE <Knobbe.MasimoDE@knobbe.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Jack Phillips <JCP@PMHDELaw.com>; Greenfield, Leon <Leon.Greenfield@wilmerhale.com>; Milici, Jennifer <Jennifer.Milici@wilmerhale.com>; Kerri-Ann Limbeek <KLimbeek@desmaraisllp.com>; Megan C. Haney <mch@PMHDELaw.com>; Vote, Dominic <Dominic.Vote@wilmerhale.com>; Ford, Mark <Mark.Ford@wilmerhale.com>; Jordan Malz <JMalz@desmaraisllp.com>; Peter Magic <PMagic@desmaraisllp.com>; Megan C. Haney <mch@PMHDELaw.com>; Apple Masimo Service <AppleMasimoService@desmaraisllp.com>; Moore, David E. <dmoore@potteranderson.com>
**Subject:** RE: Apple v. Masimo (C.A. Nos. 1377/1378) - Follow Up On Friday's Hearing


Jared,

Thank you for your email. We are available to meet and confer today at 3PM ET. Please send us a dial-in for the call.

During our meet and confer, please also confirm that Apple may inspect Masimo's prototypes on Thursday, July 20, and please confirm the location where the inspection will occur.

Sincerely,
Ben

**From:** Jared Bunker <Jared.Bunker@knobbe.com>
**Sent:** Sunday, July 9, 2023 9:47 AM
**To:** Carson Olsheski <COlsheski@desmaraisllp.com>; Benjamin Luehrs <BLuehrs@desmaraisllp.com>
**Cc:** Knobbe.MasimoDE <Knobbe.MasimoDE@knobbe.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Jack Phillips <JCP@PMHDELaw.com>; Greenfield, Leon <Leon.Greenfield@wilmerhale.com>; Milici, Jennifer <Jennifer.Milici@wilmerhale.com>; Kerri-Ann Limbeek <KLimbeek@desmaraisllp.com>; Megan C. Haney <mch@PMHDELaw.com>; Vote, Dominic <Dominic.Vote@wilmerhale.com>; Ford, Mark <Mark.Ford@wilmerhale.com>; Jordan Malz <JMalz@desmaraisllp.com>; Peter Magic <PMagic@desmaraisllp.com>; Megan C. Haney <mch@PMHDELaw.com>; Apple Masimo Service <AppleMasimoService@desmaraisllp.com>; Moore, David E. <dmoore@potteranderson.com>
**Subject:** [Ext] Apple v. Masimo (C.A. Nos. 1377/1378) - Follow Up On Friday's Hearing

**\*\*EXTERNAL EMAIL\*\* This email originated from outside the company. Do not click on any link unless you recognize the sender and have confidence the content is safe.**

Ben and Carson,

As you know, on Friday, the Judge instructed the parties to confer about a few unresolved items and address them in our letter briefs if we could not reach an agreement. Below is our view of those items. We'd like to confer with you on Monday so that we can address any remaining disputes in our letter brief.

Here's our understanding of the outstanding items, along with our position:

**Identification of Apple Watches covered by Apple's asserted claims.** As I mentioned at the hearing, it is unclear from Apple's response to Interrogatory No. 4 which products it contends are covered by each of its asserted patent claims. Please tell us if Apple intends to supplement its response to Interrogatory No. 4 to identify on a claim-by-claim basis which Apple Watches it contends are covered. If so, please identify the date Apple will provide that supplement. On a related note, we have asked several times for Apple's promised supplement to Interrogatory Nos. 1 and 3, which Apple represented it would provide two weeks ago. Please identify the date Apple will provide those supplements.

**Documents from AliveCor litigation**. As requested by the Court, if Apple contends that running keyword searches on Apple's document production in the AliveCor litigation is unduly burdensome, please explain the basis for Apple's contention.

**Radar System**. We propose that a "custodian" for purposes of Apple's obligation to search its Radar

system includes individuals who initiated, were assigned to, edited, or annotated a Radar. Please tell us Apple's position.

Please let us know your availability to confer tomorrow.

Sincerely,
Jared

**Jared Bunker**
Partner
949-721-2957 Direct
**Knobbe Martens**

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.


This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.