# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MASIMO CORPORATION and ) <br> SOUND UNITED, LLC, ) <br> ) <br> Defendants. ) <br> ──────────────────────────── ) <br> MASIMO CORPORATION and ) <br> CERCACOR LABORATORIES, INC., ) <br> ) <br> Counter-Claimants, ) <br> ) <br> v. ) <br> ) <br> APPLE INC., ) <br> ) <br> Counter-Defendant. ) | C.A. No. 22-1378-MN-JLH <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on July 31, 2023, upon the following attorneys of record as indicated below:

> APPLE INC.'S FIRST SUPPLEMENTAL RESPONSE TO DEFENDANTS'
> FIRST SET OF INTERROGATORIES (NO. 3) **[HIGHLY CONFIDENTIAL -
> ATTORNEYS' EYES ONLY]**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr. <br> Megan C. Haney <br> PHILLIPS, MCLAUGHLIN & HALL, P.A. <br> 1200 N. Broom Street <br> Wilmington, DE 19806 <br> jcp@pmhdelaw.com <br> mch@pmhdelaw.com | Joseph R. Re <br> Stephen C. Jensen <br> Stephen W. Larson <br> Jared C. Bunker <br> Benjamin A. Katzenellenbogen <br> Douglas B. Wentzel <br> Kendall M. Loebbaka <br> KNOBBE, MARTENS, OLSON & BEAR, LLP |

|  |  |
|---|---|
|  | 2040 Main Street, 14th Floor<br>Irvine, CA  92614<br>Knobbe.MasimoDE@knobbe.com |
| Brian Horne<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1925 Century Park E., Suite 600<br>Los Angeles, CA  90067<br>Knobbe.MasimoDE@knobbe.com | Adam Powell<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>Knobbe.MasimoDE@knobbe.com |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Cosmin Maier<br>Jordan N. Malz<br>Kerri-Ann Limbeek<br>Jeffrey Scott Seddon, II<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400 | By:  */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900 | *Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated:  August 3, 2023
10952401/ 12209.00052