## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN-JLH |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) | |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1378-MN-JLH |
| | ) | |
| MASIMO CORPORATION and | ) | **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION and | ) | |
| CERCACOR LABORATORIES, INC., | ) | |
| | ) | |
| Counter-Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on August 17, 2023, upon the following attorneys of record as indicated below:

PLAINTIFF APPLE INC.'S REPLY CLAIM CONSTRUCTION BRIEF

COUNTER-DEFENDANT APPLE INC.'S FINAL SUPPLEMENTAL IDENTIFICATION OF INVALIDITY REFERENCES

## VIA ELECTRONIC MAIL

| | |
|---|---|
| John C. Phillips, Jr. | Joseph R. Re |
| Megan C. Haney | Stephen C. Jensen |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | Stephen W. Larson |
| 1200 N. Broom Street | Jared C. Bunker |
| Wilmington, DE  19806 | Benjamin A. Katzenellenbogen |
| jcp@pmhdelaw.com | Douglas B. Wentzel |
| mch@pmhdelaw.com | Kendall M. Loebbaka |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | 2040 Main Street, 14th Floor |
| | Irvine, CA  92614 |
| | Knobbe.MasimoDE@knobbe.com |
| | |
| Brian Horne | Adam Powell |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 1925 Century Park E., Suite 600 | 3579 Valley Centre Drive, Suite 300 |
| Los Angeles, CA  90067 | San Diego, CA 92130 |
| Knobbe.MasimoDE@knobbe.com | Knobbe.MasimoDE@knobbe.com |

OF COUNSEL:

John M. Desmarais
Jordan N. Malz
Cosmin Maier
Kerri-Ann Limbeek
Jeffrey Scott Seddon, II
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated:  August 18, 2023
10975481 / 12209.00051

POTTER ANDERSON & CORROON LLP

By:  */s/ Bindu A. Palapura*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff/Counter-Defendant
Apple Inc.*