# EXHIBIT 11

| | |
|---|---|
| **From:** | Carson Olsheski |
| **To:** | Mark Lezama; bpalapura@potteranderson.com; dmoore@potteranderson.com; Greenfield, Leon; Vote, Dominic; Ford, Mark; Milici, Jennifer; Apple Masimo Service |
| **Cc:** | Knobbe.MasimoDE; Jack Phillips; Megan C. Haney; Elena K. Wentz |
| **Subject:** | RE: Apple v. Masimo (Delaware) - Interrogatory Responses |
| **Date:** | Friday, July 28, 2023 2:04:09 PM |

Let's do August 2 at 4:30.

**From:** Mark Lezama <Mark.Lezama@knobbe.com>
**Sent:** Friday, July 28, 2023 4:50 PM
**To:** Carson Olsheski <COlsheski@desmaraisllp.com>; bpalapura@potteranderson.com; dmoore@potteranderson.com; Greenfield, Leon <Leon.Greenfield@wilmerhale.com>; Vote, Dominic <Dominic.Vote@wilmerhale.com>; Ford, Mark <Mark.Ford@wilmerhale.com>; Milici, Jennifer <Jennifer.Milici@wilmerhale.com>; Apple Masimo Service <AppleMasimoService@desmaraisllp.com>
**Cc:** Knobbe.MasimoDE <Knobbe.MasimoDE@knobbe.com>; Jack Phillips <JCP@PMHDELaw.com>; Megan C. Haney <mch@PMHDELaw.com>; Elena K. Wentz <EKW@PMHDELaw.com>
**Subject:** [Ext] RE: Apple v. Masimo (Delaware) - Interrogatory Responses

**EXTERNAL EMAIL** This email originated from outside the company. Do not click on any link unless you recognize the sender and have confidence the content is safe.



Carson,

How about 2:00 or 4:30 Eastern on either day (August 1 or 2)?

**Mark Lezama**
Partner
mark.lezama@knobbe.com
949-721-5362 Direct

Knobbe Martens

2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/mark-lezama

**From:** Carson Olsheski <COlsheski@desmaraisllp.com>
**Sent:** Thursday, July 27, 2023 10:58 AM
**To:** Mark Lezama <Mark.Lezama@knobbe.com>; bpalapura@potteranderson.com;

dmoore@potteranderson.com; Greenfield, Leon <Leon.Greenfield@wilmerhale.com>; Vote, Dominic <Dominic.Vote@wilmerhale.com>; Ford, Mark <Mark.Ford@wilmerhale.com>; Milici, Jennifer <Jennifer.Milici@wilmerhale.com>; Apple Masimo Service <AppleMasimoService@desmaraisllp.com>
**Cc:** Knobbe.MasimoDE <Knobbe.MasimoDE@knobbe.com>; Jack Phillips <JCP@PMHDELaw.com>; Megan C. Haney <mch@PMHDELaw.com>; Elena K. Wentz <EKW@PMHDELaw.com>
**Subject:** RE: Apple v. Masimo (Delaware) - Interrogatory Responses


Hi Mark,

We are available to confer regarding this issue on August 1 or August 2.  Could you please propose a few times that work for your team on those dates?

Best,

Carson Olsheski
Desmarais LLP
230 Park Avenue
New York, NY 10169
212-808-2911 | direct


**From:** Carson Olsheski
**Sent:** Friday, July 21, 2023 6:17 PM
**To:** Mark Lezama <Mark.Lezama@knobbe.com>; bpalapura@potteranderson.com; dmoore@potteranderson.com; Greenfield, Leon <Leon.Greenfield@wilmerhale.com>; Vote, Dominic <Dominic.Vote@wilmerhale.com>; Ford, Mark <Mark.Ford@wilmerhale.com>; Milici, Jennifer <Jennifer.Milici@wilmerhale.com>; Apple Masimo Service <AppleMasimoService@desmaraisllp.com>
**Cc:** Knobbe.MasimoDE <Knobbe.MasimoDE@knobbe.com>; Jack Phillips <JCP@PMHDELaw.com>; Megan C. Haney <mch@PMHDELaw.com>; Elena K. Wentz <EKW@PMHDELaw.com>
**Subject:** RE: Apple v. Masimo (Delaware) - Interrogatory Responses

Mark,

As memorialized in Jared Bunker's email of June 5, the parties agreed to "endeavor to respond to deficiency letters within 7 days of receiving the letters and meeting and conferring within 10 days of receiving the letters."  Your request for immediate conferral regarding, among other things, Apple's fulsome contention interrogatory responses is unreasonable.  As agreed, Apple will endeavor to respond to your July 20 letter within seven days, and earlier if possible, and we are also looking into times when we can meet and confer next week.

Best,

Carson Olsheski

Desmarais LLP

230 Park Avenue

New York, NY 10169

212-808-2911 | direct

---

**From:** Mark Lezama <Mark.Lezama@knobbe.com>
**Sent:** Friday, July 21, 2023 3:40 PM
**To:** Carson Olsheski <COlsheski@desmaraisllp.com>; bpalapura@potteranderson.com; dmoore@potteranderson.com; Greenfield, Leon <Leon.Greenfield@wilmerhale.com>; Vote, Dominic <Dominic.Vote@wilmerhale.com>; Ford, Mark <Mark.Ford@wilmerhale.com>; Milici, Jennifer <Jennifer.Milici@wilmerhale.com>; Apple Masimo Service <AppleMasimoService@desmaraisllp.com>
**Cc:** Knobbe.MasimoDE <Knobbe.MasimoDE@knobbe.com>; Jack Phillips <JCP@PMHDELaw.com>; Megan C. Haney <mch@PMHDELaw.com>; Elena K. Wentz <EKW@PMHDELaw.com>
**Subject:** [Ext] RE: Apple v. Masimo (Delaware) - Interrogatory Responses

Mimecast Attachment Protection has deemed this file to be safe, but always exercise caution when opening files.

**\*\*EXTERNAL EMAIL\*\* This email originated from outside the company. Do not click on any link unless you recognize the sender and have confidence the content is safe.**

---

Counsel,

I'm following up on my email below from yesterday. Please let us know whether you have time to confer on these issues today. If not, please identify today when on Monday you're available.

**Mark Lezama**
Partner
mark.lezama@knobbe.com

949-721-5362 **Direct**

# Knobbe Martens

2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/mark-lezama

---

**From:** Mark Lezama <Mark.Lezama@knobbe.com>
**Sent:** Thursday, July 20, 2023 12:21 PM
**To:** Carson Olsheski <COlsheski@desmaraisllp.com>; bpalapura@potteranderson.com;

dmoore@potteranderson.com; Greenfield, Leon <Leon.Greenfield@wilmerhale.com>; Vote, Dominic <Dominic.Vote@wilmerhale.com>; Ford, Mark <Mark.Ford@wilmerhale.com>; Milici, Jennifer <Jennifer.Milici@wilmerhale.com>; Apple Masimo Service <AppleMasimoService@desmaraisllp.com>
**Cc:** Knobbe.MasimoDE <Knobbe.MasimoDE@knobbe.com>; Jack Phillips <JCP@PMHDELaw.com>; Megan C. Haney <mch@PMHDELaw.com>; Elena K. Wentz <EKW@PMHDELaw.com>
**Subject:** Apple v. Masimo (Delaware) - Interrogatory Responses

Counsel,

I'm attaching a letter addressing Apple's responses to Masimo's fourth set of interrogatories, as well as interrogatory 3. Please let us know when on July 21 or 24 you are available to confer.

**Mark Lezama**
Partner
mark.lezama@knobbe.com

949-721-5362 **Direct**

**Knobbe** Martens

2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/mark-lezama

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.