# EXHIBITS 12-13

# REDACTED IN

# THEIR ENTIRETY