# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> *Defendants.* | C.A. No. 22-1377-MN-JLH |
| APPLE INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> *Defendants.* | C.A. No. 22-1378-MN-JLH |

**[PROPOSED] ORDER**

At Wilmington, this _____ day of _____, 2023, the Court having considered the parties' Motion for Teleconference to Resolve Protective Order and Discovery Disputes (C.A. 22-1377, D.I. 222; C.A. 22-1378, D.I. 239) and the papers submitted in connection therewith;

IT IS HEREBY ORDERED that (1) Apple shall respond fully to Masimo's Interrogatory 25 within three business days of this order and (2) Apple shall respond fully to Masimo's Interrogatories 3 and 27 within three business days of this order.

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge