## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASIMO CORPORATION and )<br>SOUND UNITED, LLC, )<br>)<br>Defendants. )<br>MASIMO CORPORATION and )<br>CERCACOR LABORATORIES, INC., )<br>)<br>Counter-Claimants, )<br>)<br>v. )<br>)<br>APPLE INC., )<br>)<br>Counter-Defendant. ) | C.A. No. 22-1378-MN-JLH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on August 31, 2023, upon the following attorneys of record as indicated below:

COUNTER-DEFENDANT APPLE INC.'S FINAL NONINFRINGEMENT CONTENTIONS **[CONFIDENTIAL-ATTORNEYS' EYES ONLY]**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr.<br>Megan C. Haney<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com | Joseph R. Re<br>Stephen C. Jensen<br>Stephen W. Larson<br>Jared C. Bunker<br>Benjamin A. Katzenellenbogen<br>Douglas B. Wentzel<br>Kendall M. Loebbaka<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor |

Brian Horne
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park E., Suite 600
Los Angeles, CA  90067
Knobbe.MasimoDE@knobbe.com

OF COUNSEL:

John M. Desmarais
Jordan N. Malz
Cosmin Maier
Kerri-Ann Limbeek
Jeffrey Scott Seddon, II
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated:  September 1, 2023
11011360 / 12209.00051

Irvine, CA  92614
Knobbe.MasimoDE@knobbe.com

Adam Powell
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Knobbe.MasimoDE@knobbe.com

POTTER ANDERSON & CORROON LLP

By:  */s/ Bindu A. Palapura*
     David E. Moore (#3983)
     Bindu A. Palapura (#5370)
     Andrew L. Brown (#6766)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19801
     Tel:  (302) 984-6000
     dmoore@potteranderson.com
     bpalapura@potteranderson.com
     abrown@potteranderson.com

*Attorneys for Plaintiff/Counter-Defendant Apple Inc.*