# EXHIBIT A
# PUBLIC VERSION

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**

# EXHIBIT B
# PUBLIC VERSION

**THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY**