**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | C.A. No. 22-1377-MN-JLH <br><br> **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION, <br><br> Counter-Claimant, <br><br> v. <br><br> APPLE INC., <br><br> Counter-Defendant. | |
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | C.A. No. 22-1378-MN-JLH <br><br> **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., <br><br> Counter-Claimants, <br><br> v. <br><br> APPLE INC., <br><br> Counter-Defendant. | |

**<u>NOTICE OF SERVICE</u>**

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on August 31, 2023, upon the following attorneys of record as indicated below:

NOTICE OF 30(B)(1) DEPOSITIONS FOR (1) AMMAR AL-ALI; (2) BENJAMIN TRIMAN; (3) BILAL MUHSIN; (4) BLAIR TRIPODI; (5) CHAD DE JONG; (6) CRYSTAL WEI; (7) DAVID DALKE; (8) DAVID TAN; (9) ERIC KINAST; (10) FRANCO LODATO; (11) GERRY HAMMARTH; (12) GREG OLSEN; (13) JOE KIANI; (14) JON COLEMAN; (15) KOHL KAUFMAN; (16) KRISTEN BUDREAU; (17) KYLA KOTCHERHA; (18) MARK BLAKE; (19) MATT ANACONE; (20) MICAH YOUNG; (21) MOHAMMED DIAB; (22) NAOKI KOKAWA; (23) NICHOLAS BARKER; (24) OMAR AHMED; (25) PETER KOO; (26) RICHARD PRIDDELL; (27) RICK FISHEL; (28) ROGER WU; (29) STEPHEN JENSEN; (30) STEPHEN SCRUGGS; (31) SUJIN HWANG; (32) TAO LEVY; (33) TOM MCCLENAHAN; (34) WILLIAM WILSON; AND (35) YASSIR ABDUL-HAFIZ

FED. R. CIV. P. 45 SUBPOENAS TO TESTIFY UPON (1) ROBERT SMITH; AND (2) DEVESH MENAWAT

**VIA ELECTRONIC MAIL**

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 N. Broom Street
Wilmington, DE  19806
jcp@pmhdelaw.com
mch@pmhdelaw.com

Joseph R. Re
Stephen C. Jensen
Stephen W. Larson
Jared C. Bunker
Benjamin A. Katzenellenbogen
Douglas B. Wentzel
Kendall M. Loebbaka
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Knobbe.MasimoDE@knobbe.com

Brian Horne
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park E., Suite 600
Los Angeles, CA  90067
Knobbe.MasimoDE@knobbe.com

Adam Powell
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Knobbe.MasimoDE@knobbe.com

2

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>Jeffrey Scott Seddon, II<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400 | By: */s/ Bindu A. Palapura*<br>   David E. Moore (#3983)<br>   Bindu A. Palapura (#5370)<br>   Andrew L. Brown (#6766)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE 19801<br>   Tel: (302) 984-6000<br>   dmoore@potteranderson.com<br>   bpalapura@potteranderson.com<br>   abrown@potteranderson.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900 | *Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
   AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: September 1, 2023
11011452 / 12209.00051