**<u>CERTIFICATION BY COUNSEL TO BE ADMITTED <i>PRO HAC VICE</i></u>**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's office upon the filing of this motion.

Dated:  September 1, 2023

_____
Daniel P. Hughes
KNOBBE MARTENS OLSON & BEAR LLP
3579 Valley Centre Drive
Suite 300
San Diego CA 92130
Phone:  (858) 707-4000
daniel.hughes@knobbe.com