**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC.,<br><br>               Plaintiff,<br><br>       v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>               Defendants. | Civil Action No. 22-1377 (MN-JLH) |
| APPLE INC.,<br><br>               Plaintiff,<br><br>       v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>               Defendants. | Civil Action No. 22-1378 (MN-JLH) |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that on September 1, 2023, copies of (1) Defendants Masimo Corporation and Sound United, LLC's Notice of Deposition of Aditya Dua; (2) Defendants Masimo Corporation and Sound United, LLC's Notice of Deposition of Brian Land; (3) Defendants Masimo Corporation and Sound United, LLC's Notice of Deposition of Eric Jue; (4) Defendants Masimo Corporation and Sound United, LLC's Notice of Deposition of Erno Klaassen; (5) Defendants Masimo Corporation and Sound United, LLC's Notice of Deposition of Evan Doll; (6) Defendants Masimo Corporation and Sound United, LLC's Notice of Deposition of Jackie Harlow; (7) Defendants Masimo Corporation and Sound United, LLC's Notice of Deposition of Mark Rollins; (8) Defendants Masimo Corporation and Sound United,

LLC's Notice of Deposition of Paul Mannheimer; (9) Defendants Masimo Corporation and

Sound United, LLC's Notice of Deposition of Saahil Mehra; (10) Defendants Masimo

Corporation and Sound United, LLC's Notice of Deposition of Tao Shui; (11) Defendants

Masimo Corporation and Sound United, LLC's Notice of Deposition of Ueyn Block; and (12)

Defendants Masimo Corporation and Sound United, LLC's Notice of Deposition of Vivek

Venugopal were caused to be served on the following as indicated below:

**<u>VIA E-MAIL</u>**

David E. Moore
Bindu A. Palapura
Andrew L. Brown
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

John M. Desmarais
Kerri-Ann Limbeek
Cosmin Maier
Jordan N. Malz
Benjamin N. Luehrs
Joze Welsh
Jamie L. Kringstein
Jennifer M. Przybylski
Carson Olsheski
Jeffrey Scott Seddon, II
Amy I. Wann
Raymond N. Habbaz
Lee Matalon
Taeg Sang Cho
Eli Balsam
Patrick Reilly
Marie Weisfeiler
Ryan G. Thorne
Desmarais LLP
230 Park Avenue, 26th Floor
New York, NY 10169

2

jdesmarais@desmaraisllp.com
klimbeek@desmaraisllp.com
cmaier@desmaraisllp.com
jmalz@desmaraisllp.com
bluehrs@desmaraisllp.com
jwelsh@desmaraisllp.com
jkringstein@desmaraisllp.com
jprzybylski@desmaraisllp.com
colsheski@desmaraisllp.com
jseddon@desmaraisllp.com
awann@desmaraisllp.com
rhabbaz@desmaraisllp.com
lmatalon@desmaraisllp.com
tcho@desmaraisllp.com
ebalsam@desmaraisllp.com
preilly@desmaraisllp.com
mweisfeiler@desmaraisllp.com
rthorne@desmaraisllp.com

Peter C. Magic
Kyle Curry
Maria Tartakovsky
Desmarais LLP
101 California Street, Suite 3070
San Francisco, CA 94111
pmagic@desmaraisllp.com
kcurry@desmaraisllp.com
mtartakovsky@desmaraisllp.com

David J. Cho
David J. Shaw
Desmarais LLP
1899 Pennsylvania Avenue NW, Suite 400
Washington, DC 20006
dcho@desmaraisllp.com
dshaw@desmaraisllp.com

Jennifer Milici
Dominic Vote
Leon B. Greenfield
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
jennifer.milici@wilmerhale.com
dominic.vote@wilmerhale.com
leon.greenfield@wilmerhale.com

Mark A. Ford
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
mark.ford@wilmerhale.com

Lydia Turnage
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
lydia.turnage@wilmerhale.com

Bethany Stevens
Hannah Cannom
Walker Stevens Cannom LLP
500 Molino Street, Suite 118
Los Angeles, CA 90013
bstevens@wscllp.com
hcannom@wscllp.com

AppleMasimoService@desmaraisllp.com

whmasimoantitrustservice@wilmerhale.com

IPservice@potteranderson.com

Dated: September 1, 2023                    PHILLIPS, MCLAUGHLIN & HALL, P.A.

                                            /s/ Megan C. Haney
                                            John C. Phillips, Jr. (#110)
                                            Megan C. Haney (#5016)
                                            1200 North Broom Street
                                            Wilmington, DE 19806
                                            (302) 655-4200
                                            jcp@pmhdelaw.com
                                            mch@pmhdelaw.com

                                            *Attorneys for Defendants*