**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN-JLH |
| v. | ) | |
| | ) | |
| MASIMO CORPORATION and | ) | **PUBLIC VERSION** |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1378-MN-JLH |
| | ) | |
| MASIMO CORPORATION and | ) | **PUBLIC VERSION** |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION and | ) | |
| CERCACOR LABORATORIES, INC., | ) | |
| | ) | |
| Counter-Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## NOTICE OF MULTIMEDIA FILING

PLEASE TAKE NOTICE that Plaintiff Apple Inc. and Defendants Masimo Corporation and Sound United, LLC hereby jointly file manually with the Court a USB flash drive containing the Joint Appendix (Exhibits 1-51) in support of the Joint Claim Construction Brief for Apple Patents to be filed in the above-referenced actions. Exhibits 39, 42, and z_48 are marked confidential and should be treated as filed under seal.

RESPECTFULLY SUBMITTED,

|  |  |
|---|---|
| POTTER ANDERSON & CORROON LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
| By: */s/ Bindu A. Palapura* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Andrew L. Brown (#6766) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> abrown@potteranderson.com <br><br> *Attorneys for Plaintiff Apple Inc.* | By: */s/ Megan C. Haney* <br> John C. Phillips, Jr. (#110) <br> Megan C. Haney (#5016) <br> 1200 North Broom Street <br> Wilmington, DE 19806 <br> Tel: (302) 655-4200 <br> jcp@pmhdelaw.com <br> mch@pmhdelaw.com <br><br> *Attorneys for Defendants Masimo Corporation and Sound United, LLC* |

Dated: August 31, 2023
1100486212209.00051

Public Version Dated: September 7, 2023