IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> *Defendants.* <br> MASIMO CORPORATION and CERCACOR LABORATORIES, INC., <br><br> *Counter-Claimants,* <br><br> v. <br><br> APPLE INC. <br><br> *Counter-Defendant.* | C.A. No. 22-1378-MN-JLH <br><br> **JURY TRIAL DEMANDED** <br><br> **REDACTED - PUBLIC VERSION** |

## NOTICE OF MULTIMEDIA FILING

PLEASE TAKE NOTICE THAT Plaintiff Apple Inc., Defendants Masimo Corporation, and Sound United, LLC, and Counter-Claimant Cercacor Laboratories, Inc. hereby jointly file manually with the Court a USB flash drive containing the Joint Appendix in support of the Joint Claim Construction Brief to be filed in the above-referenced action.

Dated: August 31, 2023

| POTTER ANDERSON & CORROON LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
|---|---|
| /s/ *David E. Moore* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br><br> *Attorneys for Plaintiff* | /s/ *Megan C. Haney* <br> John C. Phillips, Jr. (#110) <br> Megan C. Haney (#5016) <br> 1200 North Broom Street <br> Wilmington, Delaware 19806 <br> (302) 655-4200 <br> jcp@pmhdelaw.com <br> mch@pmhdelaw.com <br><br> *Attorneys for Defendants* |