## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN-JLH |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) | |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1378-MN-JLH |
| | ) | |
| MASIMO CORPORATION and | ) | **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| MASIMO CORPORATION and | ) | |
| CERCACOR LABORATORIES, INC., | ) | |
| | ) | |
| Counter-Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Lauren Ige of Wilmer of Cutler, Pickering, Hale and Dorr LLP, 350 South Grand

Avenue, Suite 2400, Los Angeles, CA 90071, Cristina Salcedo of Wilmer Cutler Pickering Hale

and Dorr LLP, 250 South Grand Avenue, Suite 2400, Los Angeles, CA 90071 and Vinita Ferrera

of Wilmer, Cutler, Pickering, Hale and Dorr LLP, 60 State Street, Boston, MA 02109 to

represent Plaintiff Apple Inc. in this matter.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

John M. Desmarais
Cosmin Maier
Jordan N. Malz
Kerri-Ann Limbeek
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated:  September 7, 2023
11041823/ 12209.00051

By:  */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Andrew L. Brown (#6766)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
abrown@potteranderson.com

*Attorneys for Plaintiff/Counter-Defendant
Apple Inc.*

2

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____

_____

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid

☐    to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted

☒    to the Clerk's Office upon the filing of this motion

Date: September 7, 2023          Signed: */s/     Lauren Ige*
                                          Lauren Ige
                                          Wilmer Cutler Pickering Hale and Dorr LLP
                                          250 South Grand Avenue
                                          Suite 2400
                                          Los Angeles, CA 90071
                                          Tel: (213) 443-5300
                                          Lauren.Ige@wilmerhale.com

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid

☐    to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted

☒    to the Clerk's Office upon the filing of this motion

Date: September 7, 2023            Signed: _/s/      Cristina Salcedo_____
                                              Cristina Salcedo
                                              Wilmer Cutler Pickering Hale and Dorr LLP
                                              250 South Grand Avenue
                                              Suite 2400
                                              Los Angeles, CA 90071
                                              Tel: (213) 443-5300
                                              Cristina.Salcedo@wilmerhale.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00 has been paid

☐   to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted

☒   to the Clerk's Office upon the filing of this motion

Date: September 7, 2023                Signed: */s/      Vinita Ferrera                */
                                                       Vinita Ferrera
                                                       Wilmer Cutler Pickering Hale and Dorr LLP
                                                       60 State Street
                                                       Boston, MA 02109
                                                       Tel: (617) 526-6000
                                                       Vinita.Ferrera@wilmerhale.com