# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | Civil Action No. 22-1377 (MN-JLH) |
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | Civil Action No. 22-1378 (MN-JLH) |

## NOTICE OF LODGING

Defendants Masimo Corporation and Sound United, LLC and Counterclaimant Cercacor Laboratories, Inc. (collectively "Masimo") hereby lodge with the Court Plaintiff Apple Inc.'s Patent Owner Preliminary Response for the D'131 Patent in the inter partes review proceeding before the United States Patent and Trademark Office ("D'131 POPR"). Apple filed its D'131 POPR on August 24, 2023, after the parties had served sur-reply claim construction briefs. *See* D.I. 273 (22-1377) at 10, n.3. Masimo lodges the D'131 POPR as Exhibit A. The D'131 POPR is relevant because Apple relied on detailed verbal descriptions of the scope of the claimed designs in its effort to distinguish prior art. *See, e.g.*, Ex. A at 3-10, 24, 34-37, 57-58, 70-73; D.I. 273 (22-1377) at 10. Masimo provides notice that it may rely on the D'131 POPR during the claim

construction hearing scheduled for September 14, 2023 at 10:00 a.m.

Dated:  September 8, 2023                    PHILLIPS MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806-4204
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
jcp@pmhdelaw.com
mch@pmhdelaw.com


*Of Counsel:*

Joseph R. Re
Stephen C. Jensen
Stephen W. Larson
Benjamin A. Katzenellenbogen
Jared C. Bunker
Kendall M. Loebbaka
Douglas B. Wentzel
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
(949) 760-0404 Telephone
(949) 760-9502 Facsimile
joe.re@knobbe.com
steve.jensen@knobbe.com
stephen.larson@knobbe.com
ben.katzenellenbogen@knobbe.com
jared.bunker@knobbe.com
kendall.loebbaka@knobbe.com
douglas.wentzel@knobbe.com

Brian Horne
Knobbe, Martens, Olson & Bear, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
(310) 551-3450 Telephone
(310) 551-3458 Facsimile

brian.horne@knobbe.com

Adam Powell
Knobbe, Martens, Olson & Bear, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
(858) 707-4000 Telephone
(858) 707-4001 Facsimile
adam.powell@knobbe.com

*Attorneys for Defendants*