**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN-JLH |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) | |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1378-MN-JLH |
| | ) | |
| MASIMO CORPORATION and | ) | **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MASIMO CORPORATION and | ) | |
| CERCACOR LABORATORIES, INC., | ) | |
| | ) | |
| Counter-Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

**PLAINTIFF'S MOTION AND ~~PROPOSED~~ ORDER
GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER
REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiff Apple Inc. respectfully requests an exemption from the Court's May 15, 2023 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following individuals may bring their personal electronic devices for courtroom setup in Courtroom 6D on September 13, 2023 and on September 14, 2023 for a hearing in this matter: Clinton Lam, Managing Director of Impact Trial Consulting LLC and Shannon Hamlin, paralegal at Potter Anderson & Corroon, LLP of (collectively "Supporting Staff Members").

Supporting Staff Members are not in possession of bar identification cards. Supporting Staff Members will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

|  | Respectfully submitted, |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |

John M. Desmarais
Jordan N. Malz
Cosmin Maier
Kerri-Ann Limbeek
Jeffrey Scott Seddon, II
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated:  September 12, 2023
11041828/12209.00051

By:  */s/ David E. Moore*
　　David E. Moore (#3983)
　　Bindu A. Palapura (#5370)
　　Andrew L. Brown (#6766)
　　Hercules Plaza, 6th Floor
　　1313 N. Market Street
　　Wilmington, DE  19801
　　Tel:  (302) 984-6000
　　dmoore@potteranderson.com
　　bpalapura@potteranderson.com
　　abrown@potteranderson.com

*Attorneys for Plaintiff/Counter-Defendant Apple Inc.*

---

IT IS SO ORDERED this 13th day of September, 2023.

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge