**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN-JLH |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) | |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1378-MN-JLH |
| | ) | |
| MASIMO CORPORATION and | ) | **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MASIMO CORPORATION and | ) | |
| CERCACOR LABORATORIES, INC., | ) | |
| | ) | |
| Counter-Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |

**PLAINTIFF'S MOTION AND ~~PROPOSED~~ ORDER
GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER
REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiff Apple Inc. respectfully requests an exemption from the Court's May 15, 2023 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following attorney may bring his personal electronic devices to the September 14, 2023 hearing in this matter: Christian Dorman.

Mr. Dorman, who has been admitted *pro hac vice* in this matter, is not in possession of his bar identification card. Mr. Dorman will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais | By: /s/ Bindu A. Palapura |
| Jordan N. Malz | David E. Moore (#3983) |
| Cosmin Maier | Bindu A. Palapura (#5370) |
| Kerri-Ann Limbeek | Andrew L. Brown (#6766) |
| Jeffrey Scott Seddon, II | Hercules Plaza, 6th Floor |
| DESMARAIS LLP | 1313 N. Market Street |
| 230 Park Avenue | Wilmington, DE 19801 |
| New York, NY 10169 | Tel: (302) 984-6000 |
| Tel: (212) 351-3400 | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
| Peter C. Magic | abrown@potteranderson.com |
| DESMARAIS LLP |  |
| 101 California Street | *Attorneys for Plaintiff/Counter-Defendant* |
| San Francisco, CA 94111 | *Apple Inc.* |
| Tel: (415) 573-1900 |  |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: September 13, 2023
11041828/12209.00051

IT IS SO ORDERED this 13th day of September, 2023.

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge