# EXHIBITS 1-4 REDACTED IN ENTIRETY