# EXHIBITS 8-10 REDACTED IN ENTIRETY