# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., *Plaintiff,* v. MASIMO CORPORATION and SOUND UNITED, LLC, *Defendants.* | C.A. No. 22-1377-MN-JLH |
| APPLE INC., *Plaintiff,* v. MASIMO CORPORATION and SOUND UNITED, LLC, *Defendants.* | C.A. No. 22-1378-MN-JLH |

**[PROPOSED] ORDER**

At Wilmington, this _____ day of _____, 2023, the Court having considered the parties' joint Motion for Conference to Resolve Discovery Dispute and Masimo's Motion for Conference to Resolve Discovery Dispute (C.A. 22-1377, D.I. 276, 278; C.A. 22-1378, D.I. 298, 300) and the papers submitted in connection therewith;

IT IS HEREBY ORDERED that (1) Apple shall provide discovery regarding any unreleased Apple Watch that Apple may announce or offer for sale in the U.S. this year; (2) Apple shall produce (or if applicable, identify on a privilege log) all emails that hit on Masimo's Email Request No. 5; (3) Apple shall produce (or if applicable, identify on a privilege log) all of Jeffrey Myers's emails that hit on Masimo's narrowed list of 10 queries; and (4) Apple shall produce (or if applicable, identify on a privilege log) all emails that hit on Masimo's Email Requests and shall not withhold any hits based on, for example, any "responsiveness" filter or review.

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge