# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 22-1377-MN-JLH |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and | ) |
| SOUND UNITED, LLC, | ) |
| | ) |
| Defendants. | ) |
| APPLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1378-MN-JLH |
| | ) |
| MASIMO CORPORATION and | ) **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) |
| | ) |
| Defendants. | ) |

## JOINT LETTER TO JUDGE HALL REGARDING
## SEPTEMBER 14, 2023 DISCOVERY DISPUTE CONFERENCE

David E. Moore (#3983)  
Bindu A. Palapura (#5370)  
Andrew L. Brown (#6766)  
POTTER ANDERSON & CORROON LLP  
Hercules Plaza, 6th Floor  
1313 N. Market Street  
Wilmington, DE 19801  
Tel: (302) 984-6000  
dmoore@potteranderson.com  
bpalapura@potteranderson.com  
abrown@potteranderson.com  

*Attorneys for Plaintiff/Counter-Defendant Apple Inc.*

Dated: September 13, 2023  
11054443/12209.00051

John C. Phillips, Jr. (#110)  
Megan C. Haney (#5016)  
PHILLIPS MCLAUGHLIN & HALL, P.A.  
1200 North Broom Street  
Wilmington, DE 19806  
Tel: (302) 655-4200  
jcp@pmhdelaw.com  
mch@pmhdelaw.com  

*Attorneys for Defendants Masimo Corporation and Sound United, LLC and Counter-Claimant Cercacor Laboratories, Inc.*

Re:  *Apple Inc. v. Masimo Corporation, et al*, C.A. Nos. 22-1377/1378-MN-JLH

Dear Judge Hall:

The Parties jointly submit this letter to report that they have resolved the following two disputes set to be heard at tomorrow's hearing:

1. Issue #1 in Apple's Sept. 6, 2023 Letter Brief (C.A. No. 22-1377, DI 296; C.A. No. 22-1378, D.I. 319): "The Court Should Order Masimo To Produce Email Responsive To Apple's Revised Search Terms". Masimo has agreed to produce emails in response to Apple's revised terms, beginning on September 14, 2023 and continuing on a rolling basis until complete by October 5, 2023.

2. Issue #1 in Masimo's Sept. 6, 2023 Letter Brief (C.A. No. 22-1377, DI 295; C.A. No. 22-1378, D.I. 318): "Apple Is Improperly Refusing To Provide Discovery On Accused Apple Watches". Based on its investigation regarding document availability, Apple has agreed to use diligent efforts to complete its document production relating to Apple Watch Series 9 and Ultra 2 by September 30, 2023.

The Parties appreciate the Court's assistance with this matter.

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:nmt/11054443/12209.00051

cc:  Clerk of Court (via hand delivery)
     Counsel of Record (via electronic mail)