IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>    *Plaintiff,*<br><br>v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>    *Defendants.* | C.A. No. 22-1377-MN-JLH<br>C.A. No. 22-1378-MN-JLH |
| MASIMO CORPORATION, CERCACOR LABORATORIES, INC.,<br><br>    *Counter-Claimants,*<br><br>v.<br><br>APPLE INC.,<br><br>    *Counter-Defendant.* | |

## JOINT MOTION TO AMEND THE CASE SCHEDULE

Plaintiff and counter-defendant Apple Inc. ("Apple"), defendant and counter-claimant Masimo Corporation ("Masimo"), defendant Sound United, LLC ("Sound United"), and counter-claimant Cercacor Laboratories, Inc. ("Cercacor") (collectively, the "parties," and individually, each a "party") respectfully submit this joint motion to modify certain dates of the Scheduling Orders entered by the Court on May 25, 2023 [D.I. 103 (-1377) & D.I. 92 (-1378)].

There is good cause for the requested modification of the Scheduling Order because the modification will allow the parties to complete ESI productions prior to the close of fact discovery and to sequence depositions such that, for appropriate witnesses, the deposition may follow completion of the relevant ESI production. Given the parties' need to extend the deadline for

completing fact discovery, the parties further require a commensurate extension of the remaining case deadlines. The parties have endeavored to propose limited extensions to try to minimize the impact on the current case schedule.

Accordingly, the parties jointly and respectfully request that the Court grant this motion and amend the Scheduling Orders [D.I. 103 (-1377) & D.I. 92 (-1378)] to reflect the below proposed dates:

| EVENT | Current Deadline | New Deadline |
|---|---|---|
| Parties to identify 15 opposing witnesses they can depose before October 19, 2023 | N/A | Sept. 19, 2023 |
| Deadline for the completion of all email production (¶8(b)) | N/A | Oct. 5, 2023 |
| Parties to depose witnesses identified on September 19, 2023 (subject to witness availability) | N/A | Oct. 19, 2023 |
| Deadline for the close of fact discovery (¶8(a)) | Sept. 21, 2023 | Nov. 9, 2023 |
| Deadline for opening expert reports for each party that bears the initial burden of proof (¶8(f)(i)) | Oct. 4, 2023 | Nov. 22, 2023 |
| Deadline for rebuttal expert reports (¶8(f)(i)) | Oct. 24, 2023 | Dec. 15, 2023 |
| Deadline for reply expert reports (¶8(f)(i)) | Nov. 6, 2023 | Jan. 5, ~~2023~~ 2024 |
| Interim Status Report (¶15) | Nov. 9, 2023 | Jan. 12, ~~2023~~ 2024 |
| Deadline for the completion of expert discovery (¶8(f)(iv)) | Nov. 17, 2023 | Jan. 30, 2024 |
| Deadline for the parties to file all case dispositive and *Daubert* motions, as well as an opening brief, statement of facts, and affidavits, if any (¶16) | Nov. 22, 2023 | Feb. 5, 2024 |
| Deadline for the parties to oppose case dispositive and *Daubert* motions (¶16) | Dec. 8, 2023 | Feb. 21, 2024 |
| Deadline for the parties to reply to case dispositive and *Daubert* motions (¶16) | Dec. 15, 2023 | Feb. 28, 2024 |
| Deadline for parties to file joint letter (no longer than six pages single-spaced) | 10 days before Jan. CMC | 10 days prior to Mar. CMC |
| Case Management Conference | Jan. __, 2024 | Mar. [handwritten], 2024 *in person at 1pm.* |

| EVENT | Current Deadline | New Deadline |
|---|---|---|
| Deadline to serve a draft pretrial order (¶19; L.R. 16.3(d)(1)) | TBD | TBD |
| Deadline for parties to serve motions *in limine* (¶18) | TBD | TBD |
| Deadline for parties to serve oppositions to motions *in limine* (¶18) | TBD | TBD |
| Deadline for parties to serve replies to motions in limine (¶18) | TBD | TBD |
| Deadline to serve response to draft pretrial order (¶19; L.R. 16.3(d)(1)) | TBD | TBD |
| Deadline for parties to file joint pretrial order (¶18) | 7 days prior to Pretrial Conference | 7 days prior to Pretrial Conference |
| Deadline for the parties to file proposed jury instructions, voir dire, and verdict forms (¶20) | 7 days prior to Pretrial Conference | 7 days prior to Pretrial Conference |
| Pretrial Conference (¶20) | TBD | TBD |
| Trial (¶21) | TBD | TBD |

POTTER ANDERSON & CORROON LLP

/s/ David E. Moore
David E. Moore (#3983)
Bindu A. Palapura (#5370)
**POTTER ANDERSON & CORROON LLP**
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

OF COUNSEL:

John M. Desmarais
Cosmin Maier
Jordan N. Malz
Kerri-Ann Limbeek
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

PHILLIPS, McLAUGHLIN & HALL, P.A.

By: /s/ Megan C. Haney
John C. Phillips, Jr.
Megan C. Haney
**PHILLIPS, MCLAUGHLIN & HALL, P.A.**
1200 N. Broom Street
Wilmington, DE 19806
jcp@pmhdelaw.com
mch@pmhdelaw.com

OF COUNSEL:

Joseph R. Re
Stephen C. Jensen
Stephen W. Larson
Jared C. Bunker
Benjamin A. Katzenellenbogen
Douglas B. Wentzel
Kendall M. Loebbaka
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
2040 Main Street, 14th Floor

3

Peter C. Magic
**DESMARAIS LLP**
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

Jennifer Milici
Leon B. Greenfield
Dominic Vote
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

*Counsel for Plaintiff/Counter-Defendant Apple Inc.*

Dated: September 13, 2023

Irvine, CA 92614
Knobbe.MasimoDE@knobbe.com

Brian Horne
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
1925 Century Park E., Suite 600
Los Angeles, CA 90067
Knobbe.MasimoDE@knobbe.com

Adam Powell
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Knobbe.MasimoDE@knobbe.com

*Counsel for Defendant/Counter-Claimant Masimo Corporation, Defendant Sound United, LLC, and Counter-Claimant Cercacor Laboratories, Inc.*

IT IS SO ORDERED this 21 day of September, 2023.

_____
The Honorable Jennifer L. Hall

4