# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>    Plaintiff,<br><br>v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>    Defendants. | Civil Action No. 22-1377 (MN-JLH) |
| APPLE INC,<br><br>    Plaintiff,<br><br>v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>    Defendants. | Civil Action No. 22-1378 (MN-JLH) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac* vice of Nicholas M. Zovko to represent Defendants Masimo Corporation and Sound United, LLC in the above-captioned matters.

Dated: September 29, 2023

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ Megan C. Haney*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com
*Attorneys for Defendants*

2

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____

                                        The Honorable Jennifer L. Hall
                                        United States Magistrate Judge