**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>      Defendants. | C.A. No. 22-1377-MN-JLH<br><br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION,<br><br>      Counter-Claimant,<br><br>  v.<br><br>APPLE INC.,<br><br>      Counter-Defendant. | |
| APPLE INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>      Defendants. | C.A. No. 22-1378-MN-JLH<br><br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC.,<br><br>      Counter-Claimants,<br><br>  v.<br><br>APPLE INC.,<br><br>      Counter-Defendant. | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on September 29, 2023, upon the following attorneys of

record as indicated below:

> PLAINTIFF APPLE INC.'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS' AND COUNTERCLAIMANTS' THIRD SET OF INTERROGATORIES (NO. 23) **[CONFIDENTIAL – ATTORNEYS' EYES ONLY]**
>
> PLAINTIFF APPLE INC.'S FIRST SUPPLEMENTAL RESPONSE TO DEFENDANTS MASIMO CORPORATION AND SOUND UNITED, LLC'S FIFTH SET OF INTERROGATORIES TO APPLE INC. (NOS. 29–30) **[CONFIDENTIAL – ATTORNEYS' EYES ONLY]**
>
> PLAINTIFF APPLE INC.'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANTS' SECOND SET OF INTERROGATORIES (NOS. 11, 13-15, 18) **[CONFIDENTIAL – ATTORNEYS' EYES ONLY]**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr.<br>Megan C. Haney<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com | Joseph R. Re<br>Stephen C. Jensen<br>Stephen W. Larson<br>Jared C. Bunker<br>Benjamin A. Katzenellenbogen<br>Douglas B. Wentzel<br>Kendall M. Loebbaka<br>Brian C. Claassen<br>Mark Lezama<br>Edward M. Cannon<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>Knobbe.MasimoDE@knobbe.com |
| Brian Horne<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1925 Century Park E., Suite 600<br>Los Angeles, CA 90067<br>Knobbe.MasimoDE@knobbe.com | Adam Powell<br>Daniel P. Hughes<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>Knobbe.MasimoDE@knobbe.com |
| Carol Pitzel Cruz<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>925 Fourth Ave., Suite 2500<br>Seattle, WA 98104<br>Knobbe.MasimoDE@knobbe.com | |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>Jeffrey Scott Seddon, II<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400 | By:  */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900 | *Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated:  October 2, 2023
11090044 / 12209.00051