# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC,<br><br>                         Plaintiff,<br><br>      v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>                       Defendants. | Civil Action No. 22-1377 (MN-JLH) |
| APPLE INC,<br><br>                         Plaintiff,<br><br>      v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>                       Defendants. | Civil Action No. 22-1378 (MN-JLH) |

## MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac* vice of Baraa Kahf and Raymond Lu to represent Defendants Masimo Corporation and Sound United, LLC in the above-captioned matters.

Dated:  October 18, 2023                                  PHILLIPS, MCLAUGHLIN & HALL, P.A.

                                                               */s/ Megan C. Haney*
                                                               John C. Phillips, Jr. (#110)
                                                               Megan C. Haney (#5016)
                                                               1200 North Broom Street
                                                               Wilmington, DE 19806
                                                               (302) 655-4200
                                                               jcp@pmhdelaw.com
                                                               mch@pmhdelaw.com
                                                               *Attorneys for Defendants*

## **ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Dated: _____     _____
                The Honorable Jennifer L. Hall
                United States Magistrate Judge