**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC, <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | Civil Action No. 22-1377 (MN-JLH) |
| APPLE INC, <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | Civil Action No. 22-1378 (MN-JLH) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac* vice of Marko Zoretic to represent Defendants Masimo Corporation and Sound United, LLC in the above-captioned matters.

Dated:  October 18, 2023						PHILLIPS, MCLAUGHLIN & HALL, P.A.

							*/s/ Megan C. Haney*
							John C. Phillips, Jr. (#110)
							Megan C. Haney (#5016)
							1200 North Broom Street
							Wilmington, DE 19806
							(302) 655-4200
							jcp@pmhdelaw.com
							mch@pmhdelaw.com
							*Attorneys for Defendants*

## **ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____       _____
               The Honorable Jennifer L. Hall
               United States Magistrate Judge