## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>*Defendants.* | C.A. No. 22-1377-MN-JLH |
| APPLE INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>*Defendants.* | C.A. No. 22-1378-MN-JLH |

### **[PROPOSED] ORDER**

At Wilmington, this _____ day of _____, 2023, the Court having considered third parties Knobbe, Martens, Olsen & Bear, LLP ("Knobbe") and Stephen Jensen's Motion to Quash[1] Apple's subpoenas to Mr. Jensen and Knobbe and the papers submitted in connection therewith;

IT IS HEREBY ORDERED that Apple's subpoenas to Knobbe and Mr. Jensen are QUASHED.

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge

---

[1] All third parties consented to this Court resolving this motion. (C.A. No. 22-1377, D.I. 366; C.A. No. 22-1378, D.I. 382).