# EXHIBITS 7-8

# REDACTED IN

# THEIR ENTIRETY