# EXHIBIT 22

**CONFIDENTIAL – ATTORNEYS EYES ONLY**

## Apple's Requested ESI Custodians and Search Terms

### (2023-09-05)

**Custodians:**

1. Ammar Al-Ali
2. Bilal Muhsin
3. Blair Tripodi
4. Chad de Jong
5. Crystal Wei
6. Devesh Menawat
7. Eric Kinast
8. Eugene Goldberg
9. Joe Kiani
10. Jon Coleman
11. Kohl Kaufman
12. Kristen Budreau
13. Kyla (Scott) Kotcherha
14. Matt Anacone
15. Micah Young
16. Naoki Kokawa
17. Richard Priddell
18. Stephen Scruggs
19. Steve Jensen
20. Tao Levy

**Time Frame:** Identified below by term.

**Limitations on searches regarding names of companies and custodians:**

1) Masimo may omit the terms "masimo" and "massimo" when searching Masimo custodial emails; "cercacor" and "ceracor" when searching Cercacor custodial emails; and "(sound* AND unit*)" when searching Sound United custodial emails.
2) While searching the e-mails of a particular custodian, Masimo may remove the first name and last name of that custodian from the search query

**CONFIDENTIAL – ATTORNEYS EYES ONLY**

<u>**Search Terms**</u>

1. [BROKEN DOWN BY TIME FRAME]
    a. (patent* OR application* OR publication*) NEAR/5 (911 OR "'911" OR "10984911" OR "10,984,911" OR "US10984911" OR "US10,984,911" OR 655 OR "'655" OR "028655" OR "028,655" OR "17028655" OR "17/028,655" OR "17/028655"  OR "US17028655" OR "US17/028,655" OR "US17/028655" OR 634 OR "'634" OR "0007634" OR "20210007634" OR "2021/0007634" OR "US0007634" OR "US20210007634" OR "US2021/0007634" OR 223 OR "'223" OR "8190223" OR "8,190,223" OR "US8190223" OR "US8,190,223" OR 033 OR "'033" OR "367033" OR "367,033" OR "11367033" OR "11/367,033" OR "11/367033"  OR "US11367033" OR "US11/367,033" OR "US11/367033" OR 992 OR "'992" OR "0226992" OR "20060226992" OR "2006/0226992" OR "US0226992" OR "US20060226992" OR "US2006/0226992")
        i. **Time Frame: January 1, 2005–Present**
    b. (patent* OR application* OR publication*) NEAR/5 (279 OR "'279" OR "D279" OR "D'279" OR "883279" OR "D883279" OR "USD883279" OR "883,279" OR "D883,279" OR "USD883,279"  OR 822 OR "'822" OR "684822" OR "684,822" OR "29684822" OR "29/684,822"  OR "29/684822" OR 842 OR "'842" OR "D842" OR "D'842" OR "947842" OR "D947842" OR "USD947842" OR "947,842" OR "D947,842" OR "USD947,842" OR 024 OR "'024" OR "816024" OR "816,024" OR "29816024" OR "29/816,024" OR "29/816024" OR 936 OR "'936" OR "D936" OR "D'936" OR "962936" OR "D962936" OR "USD962936" OR "962,936" OR "D962,936" OR "USD962,936"  OR 025 OR "'025" OR "816025" OR "816,025" OR "29816025" OR "29/816,025" OR "29/816025"   OR 131 OR "'131" OR "D131" OR "D'131" OR "735131" OR "D735131" OR "USD735131" OR "735, 131" OR "D735,131" OR "USD735,131" OR 998 OR "'998" OR "498998" OR "498,998" OR "29498998" OR "29/498,998" OR "29/498998" OR 257 OR "'257" OR "10076257" OR "10,076,257" OR "US10076257" OR "US10,076,257" OR 658 OR "'658" OR "136658" OR "136,658" OR "14136658" OR "14/136,658" OR "14/136658" OR "US14136658" OR "US14/136,658" OR "US14/136658" OR 776 OR "'776" OR "0171776" OR "20140171776" OR "2014/0171776" OR "US0171776" OR "US20140171776" OR "US2014/0171776" OR 783 OR "'783" OR "10627783" OR "10,627,783" OR "US10627783" OR "US10,627,783" OR 917 OR "'917" OR "261917" OR "261,917" OR "15261917" OR "15/261,917" OR "15/261917" OR "US15261917" OR "US15/261,917" OR "US15/261917" OR 071 OR "'071" OR "0378071" OR "20160378071" OR "2016/0378071" OR "US0378071" OR "US20160378071" OR "US2016/0378071" OR 491 OR "'491" OR "10942491" OR "10,942,491" OR "US10942491" OR "US10,942,491" OR 130 OR "'130" OR "826130" OR "826,130" OR "16826130" OR "16/826,130" OR "16/826130" OR "US16826130" OR "US16/826,130" OR "US16/826130" OR 380 OR "'380" OR "0233380" OR "20200233380" OR "2020/0233380" OR "US0233380" OR

**CONFIDENTIAL – ATTORNEYS EYES ONLY**

      "US20200233380" OR "US2020/0233380" OR 054 OR "'054" OR "10987054" OR "10,987,054" OR "US10987054" OR "US10,987,054" OR 543 OR "'543" OR "841549" OR "841,549" OR "16841549" OR "16/841,549" OR "16/841549" OR "US16841549" OR "US16/841,549" OR "US16/841549" OR 761 OR "'761" OR "0229761" OR "20200229761" OR "2020/0229761" OR "US0229761" OR "US20200229761" OR "US2020/0229761" OR 912 OR "'912" OR "0072912" OR "20190072912" OR "2019/0072912" OR "US0072912" OR "US20190072912" OR "US2019/0072912" OR 352 OR "'352" OR "11106352" OR "11,106,352" OR "US11106352" OR "US11,106,352" OR 971 OR "'971" OR "915971" OR "915,971" OR "16915971" OR "16/915,971" OR "16/915971" OR "US16915971" OR "US16/915,971" OR "US16/915971" OR 935 OR "'935" OR "0333935" OR "20200333935" OR "2020/0333935" OR "US0333935" OR "US20200333935" OR "US2020/0333935" OR 483 OR "'483" OR "11474483" OR "11,474,483" OR "US11474483" OR "US11,474,483" OR 653 OR "'653" OR "672653" OR "672,653" OR "17672653" OR "17/672,653" OR "17/672653" OR "US17672653" OR "US17/672,653" OR "US17/672653" OR 344 OR "'344" OR "0171344" OR "20220171344" OR "2022/0171344" OR "US0171344" OR "US20220171344" OR "US2022/0171344" OR 743 OR "'743" OR "10687743" OR "10,687,743" OR "US10687743" OR "US10,687,743" OR 955 OR "'955" OR "791955" OR "791,955" OR "16791955" OR "16/791,955" OR "16/791955" OR "US16791955" OR "US16/791,955" OR "US16/791955" OR 159 OR "'159" OR "10722159" OR "10,722,159" OR "US10722159" OR "US10,722,159" OR 963 OR "'963" OR "791963" OR "791,963" OR "16791963" OR "16/791,963" OR "16/791963" OR "US16791963" OR "US16/791,963" OR "US16/791963" OR 867 OR "'867" OR "0178867" OR "20200178867" OR "2020/0178867" OR "US0178867" OR "US20200178867" OR "US2020/0178867" OR 507 OR "'507" OR "10736507" OR "10,736,507" OR "US10736507" OR "US10,736,507" OR 071 OR "'071" OR "880071" OR "880,071" OR "15880071" OR "15/880,071" OR "15/880071" OR "US15880071" OR "US15/880,071" OR "US15/880071" OR 317 OR "'317" OR "0000317" OR "20190000317" OR "2019/0000317" OR "US0000317" OR "US20190000317" OR "US2019/0000317" OR akana OR anderson OR andre OR aoyagi OR ashcroft OR bataill* OR diebel OR hankey OR howarth OR jaede OR kerr OR russell OR clarke OR shaffer OR silvanto OR tan OR tissandier OR whang OR lin OR nakajima OR rahul OR hodge OR rothkopf OR ive OR hoenig OR zorkendorfer OR pandya OR clavelle OR jong OR wittenberg OR harrison OR noonan OR melcher OR zhang OR roach OR cardinali OR tyler)

      i. **Time frame: January 1, 2008–Present**

2. apple AND (cercacor OR ceracor OR (sound* NEAR/5 unit*) OR watch OR iwatch OR smartwatch OR (series NEAR/5 ("0" OR "4" OR "5" OR "6" OR "7" OR "8")) OR ultra OR blood* OR heart* OR pulse OR spo2 OR ispo2 OR oximet* OR oxygen OR light OR shoebox OR (shoe NEAR/5 box) OR charg* OR induc* OR magnet* OR wireless* OR dome* OR optic* OR photo* OR diode* OR detect* OR emit* OR led* OR group*

**CONFIDENTIAL – ATTORNEYS EYES ONLY**

OR ppg* OR pleth* OR sapphire OR crystal OR back* OR rear* OR opening* OR window* OR signal* OR wave* OR sensing OR sensor* OR ecg* OR ekg* OR electrod* OR lead OR leads OR pad OR pads OR conduct* OR insulat* OR isolat* OR arc* OR circl* OR circular* OR oval* OR round* OR case OR shape OR pattern* OR seam* OR embed* OR crown* OR (irregular* AND rhythm*) OR arryth* OR irn OR (hospital NEAR/5 grade) OR desat* OR accu* OR perform* OR speed* OR whitepaper OR (white NEAR/5 paper) OR mightysat OR sleep OR (safetynet) OR radius* OR radical* OR rad-g OR rad-5 OR rad-97 OR root OR bedside OR (bed NEAR/5 side) OR slot* OR wing*)
   a. **Time frame: January 1, 2017–Present**
3. apple AND (market* OR compet* OR consum* OR compar* OR analy* OR stud* OR report* OR swot OR plan* OR launch* OR forecast* OR promo* OR adverti* OR strateg* OR market* OR sale* OR sell* OR pric* OR discount* OR rebat* OR demand* OR suppl* OR channel*)
   a. **Time frame: January 1, 2020–Present**
4. apple AND (patent* OR application* OR publication* OR (user* NEAR/5 (interfac* OR experien*)) OR gui OR ui OR ux OR (ui*ux) OR cx OR hf OR (human* NEAR/5 factor*) OR indust* OR design* OR redesign* OR suit* OR lawsuit* OR sue* OR complain* OR infring* OR copy* OR copie* OR similar* OR ip OR (intellectual NEAR/5 property) OR clone* OR imitat* OR steal* OR (lookalike) OR (look* NEAR/5 (like OR alike OR feel)) OR cheap* OR quality OR expedit* OR trial* OR injunc* OR enjoin* OR litig* OR itc OR (trad* NEAR/5 comm*) OR (exclu* NEAR/5 order*) OR pininfarina* OR pinin* OR pf OR bmw* OR designworks* OR (design NEAR/5 works) OR viper* OR joe OR kiani OR gerry OR hammarth OR jensen)
   a. **Time frame:  January 1, 2017–Present**
5. (freedom OR w1 OR stk OR skt OR (square NEAR/5 kite)) AND (cercacor OR ceracor OR (sound* NEAR/5 unit*)) OR (series NEAR/5 ("0" OR "4" OR "5" OR "6" OR "7" OR "8")) OR ultra OR apple OR blood* OR heart* OR pulse OR spo2 OR ispo2 OR oximet* OR oxygen OR light OR shoebox OR (shoe NEAR/5 box) OR charg* OR induc* OR magnet* OR wireless* OR dome* OR optic* OR photo* OR diode* OR detect* OR emit* OR led* OR group* OR ppg* OR pleth* OR sapphire OR crystal OR back* OR rear* OR OR window* OR signal* OR wave* OR sensing OR sensor* OR ecg* OR ekg* OR electrod* OR lead OR leads OR pad OR pads OR conduct* OR insulat* OR isolat* OR arc* OR circl* OR circular* OR round* OR  seam* OR embed* OR crown* OR (irregular* AND rhythm*) OR arryth* OR irn OR (hospital NEAR/5 grade) OR desat* OR accu* OR perform* OR speed* OR whitepaper OR (white NEAR/5 paper) OR mightysat OR sleep OR (safetynet) OR radius* OR radical* OR rad-g OR rad-5 OR rad-97 OR root OR bedside OR (bed NEAR/5 side) OR slot* OR wing* OR laminat* OR delaminat* OR fluid* OR moist* OR ingress* OR seal* OR overmold* OR (over NEAR/5 mold*))
   a. **Time frame: January 1, 2018–Present**
6. (freedom OR w1 OR stk OR skt OR (square NEAR/5 kite)) AND (market* OR compet* OR consum* OR compar* OR analy* OR stud* OR report* OR swot OR plan* OR launch* OR forecast* OR promo* OR adverti* OR strateg* OR market* OR sale* OR sell* OR pric* OR discount* OR rebate* OR demand* OR suppl* OR channel* OR

**CONFIDENTIAL – ATTORNEYS EYES ONLY**

("r&d") OR research* OR invest* OR develop* OR forecast* OR project* OR sale* OR budget* OR cost*)
   a. **Time frame: January 1, 2020–Present**
7. (freedom OR w1 OR stk OR skt OR (square NEAR/5 kite)) AND (patent* OR application* OR publication* OR (user* NEAR/5 (interfac* OR experien*)) OR gui OR ui OR ux OR (ui*ux) OR cx OR hf OR (human* AND factor*) OR indust* OR design* OR redesign* OR infring* OR copy* OR copie* OR similar* OR ip OR (intellectual NEAR/5 property) OR clone* OR imitat* OR steal* OR (lookalike) OR (look* NEAR/5 (like OR alike OR feel)) OR cheap* OR quality OR expedit* OR pininfarina* OR pinin* OR pf OR bmw* OR designworks* OR (design NEAR/5 works) OR viper* OR gerry OR hammarth OR jensen)
   a. **Time frame: January 1, 2018–Present**
8. (freedom OR w1 OR stk OR skt OR watch OR (square NEAR/5 kite)) AND (al*ali OR alali OR joe OR kiani OR diab OR olsen OR wu OR fishel OR muhsin OR smith OR sujin OR hwang OR triman)
   a. **Time frame: January 1, 2018–Present**
9. ("sensor module*" OR "health module*" OR "health sensor*" OR "sensor board*") AND (oem* OR (original* NEAR/5 (equipment OR manufactur*)) OR standalone OR (stand* NEAR/5 alone) OR (party NEAR/5 (third OR 3rd)) OR component* OR custom* OR watch OR stk OR skt OR freedom)
   a. **Time frame: January 1, 2017–Present**
10. (Samsung OR Samsung*Masimo OR galaxy OR tristar) AND (module* OR sensor OR hardware OR component OR MSF OR MSFB OR negotiat* OR propos* OR offer* OR license OR royalt* OR contract OR agreement OR deal OR partner* OR Yongsam)
    a. **Time frame: July 1, 2019 - Present**
11. (stock* OR share*) AND (price* OR close OR open OR NASDAQ) AND (move* OR drop* OR decrease* or increase* OR low* OR high* OR fall OR btig OR (loop AND capital) OR needham OR (piper AND sandler) OR (raymond AND james) OR stifel OR wolfe)
    a. **Time frame: October 1, 2022 – December 31, 2022**
12. N/A - DROPPED
    a. **Time frame: N/A**
13. infring* AND (apple OR *watch OR patent*)
    a. **Time frame: January 1, 2017–Present**
14. patent* NEAR/20 (nellcor OR oxinet OR medtronic OR nonin OR fitbit OR surge OR sotera OR visi OR philips OR phillips OR lifewatch OR intellivue OR stryker OR lifepak OR physio* OR radical OR set OR novametrix OR hp OR  n395 OR n-395 OR o4* OR o5* OR mp-404, OR npb195 OR npb295 OR n595 OR lnop OR "ds-100a" OR "d-ys" OR "d-yse" OR "d-yspb" OR m1990a OR m1991a OR m1992a OR m1993a OR m1994a OR 7300 OR onyx OR wristox OR 4100 OR oem OR 8500 OR nvision OR healthvault OR "health vault" OR "code-stat" OR express OR n3000 OR oximax OR xpod OR itamar OR watchpat OR iwamiya OR chin OR schulz OR mannheimer OR grubisic OR takatani)
    a. **Time frame: January 1, 2000 – April 20, 2021**

**CONFIDENTIAL – ATTORNEYS EYES ONLY**

15. (oxygen* OR oximet* OR *spo2) NEAR/20 (oxinet OR surge OR visi OR lifewatch OR intellivue OR lifepak OR novametrix OR n395 OR n-395 OR o4* OR o5* OR mp-404, OR npb195 OR npb295 OR n595 OR lnop OR "ds-100a" OR "d-ys" OR "d-yse" OR "d-yspb" OR m1990a OR m1991a OR m1992a OR m1993a OR m1994a OR 7300 OR onyx OR wristox OR 4100 OR 8500 OR nvision OR healthvault OR "health vault" OR "code-stat" OR express OR n3000 OR oximax OR xpod OR itamar OR watchpat)
    a. **Time frame: January 1, 2000 – April 20, 2021**
16. [BROKEN DOWN BY TIME FRAME] - **all custodians except Steve Jensen**
    a. (jensen* OR sjensen*) AND (oxinet OR surge OR visi OR lifewatch OR intellivue OR lifepak OR novametrix OR n395 OR n-395 OR o4* OR o5* OR mp-404, OR npb195 OR npb295 OR n595 OR lnop OR "ds-100a" OR "d-ys" OR "d-yse" OR "d-yspb" OR m1990a OR m1991a OR m1992a OR m1993a OR m1994a OR 7300 OR onyx OR wristox OR 4100 OR 8500 OR nvision OR healthvault OR "health vault" OR "code-stat" OR express OR n3000 OR oximax OR xpod OR itamar OR watchpat)
        i. **Time frame: January 1, 2000 – April 20, 2021**
    b. (jensen* OR sjensen*) AND (freedom OR w1 OR stk OR skt OR watch OR (square NEAR/5 kite) OR cercacor OR board OR vp OR oem OR manag* OR stock* OR share* OR market* OR launch* OR pric* OR abstain* OR resign*)
        i. **Time frame: January 1, 2018–Present**
17. (freedom OR w1 OR stk OR skt OR watch OR (square NEAR/5 kite)) AND (cover OR lens* OR ceramic* OR glass* OR plastic* OR metal*)
    a. **Time frame: January 1, 2018 – Present**
18. ((app OR application) AND (("masimo health") OR ("health app") OR (safetynet) OR (safety AND net) OR ember OR w1 OR freedom))
    a. **Time frame: January 1, 2020 – Present**
19. mendelson
    a. **Time frame: January 1, 2000 – Present**
20. watch AND (cercacor OR ceracor OR (sound* NEAR/5 unit*) OR (series NEAR/5 ("0" OR "4" OR "5" OR "6" OR "7" OR "8")) OR ultra OR apple OR blood* OR heart* OR pulse OR spo2 OR ispo2 OR oximet* OR oxygen OR light OR shoebox OR (shoe NEAR/5 box) OR charg* OR induc* OR magnet* OR wireless* OR dome* OR optic* OR photo* OR diode* OR detect* OR emit* OR led* OR group* OR ppg* OR pleth* OR sapphire OR crystal OR back* OR rear* OR window* OR signal* OR wave* OR sensing OR sensor* OR ecg* OR ekg* OR electrod* OR lead OR leads OR pad OR pads OR conduct* OR insulat* OR isolat* OR arc* OR circl* OR circular* OR round* OR seam* OR embed* OR crown* OR (irregular* AND rhythm*) OR arryth* OR irn OR (hospital NEAR/5 grade) OR desat* OR accu* OR perform* OR speed* OR whitepaper OR (white NEAR/5 paper) OR mightysat OR sleep OR (safetynet) OR radius* OR radical* OR rad-g OR rad-5 OR rad-97 OR root OR bedside OR (bed NEAR/5 side) OR slot* OR wing* OR laminat* OR delaminat* OR fluid* OR moist* OR ingress* OR seal* OR overmold* OR (over NEAR/5 mold*)) OR patent* OR application* OR publication* OR (user* NEAR/5 (interfac* OR experien*)) OR gui OR ui OR ux OR (ui*ux) OR cx OR hf OR (human* AND factor*) OR indust* OR design* OR redesign* OR infring* OR copy* OR copie* OR similar* OR ip OR (intellectual NEAR/5 property)

**CONFIDENTIAL – ATTORNEYS EYES ONLY**

OR clone* OR imitat* OR steal* OR (lookalike) OR (look* NEAR/5 (like OR alike OR feel)) OR cheap* OR quality OR expedit* OR pininfarina* OR pinin* OR pf OR bmw* OR designworks* OR (design NEAR/5 works) OR viper* OR gerry OR hammarth OR jensen OR al*ali OR alali OR joe OR kiani OR diab OR olsen OR wu OR fishel OR muhsin OR smith OR sujin OR hwang OR triman
   a. **Time frame: January 1, 2018–Present**