# EXHIBIT 23

| From: | Jeffrey Seddon |
|---|---|
| To: | Jared Bunker |
| Cc: | Knobbe.MasimoDE; Apple Masimo Service; whmasimoantitrustservice@wilmerhale.com; Jack Phillips; David Shaw; Megan C. Haney; Palapura, Bindu A.; Moore, David E.; Lee Matalon; Jordan Malz |
| Subject: | Apple v. Masimo (22-1377, -1378) - Masimo"s Myers Email Requests |
| Date: | Thursday, September 28, 2023 7:18:49 PM |

Jared,

Per the Court's direction, Apple has estimated the costs of review and logging all documents and families that hit on Masimo's broad set of email search terms for Mr. Myers. Based on the total number of unique documents (43,567 documents, including families), Apple estimates that review and logging will cost approximately $600,000. The Court directed Masimo to pay Apple's cost for revising any documents over and above Apple's proposed search, which resulted in 770 unique documents, thus Masimo will be responsible for 98.2% of Apple's costs based on the current document totals. Of course, if Masimo narrows its search terms, Apple will provide updated document counts and revise its estimate accordingly.

Please note that Apple's estimate is just that, an estimate, and Apple's final costs for review and logging of Mr. Myers' emails may be different. Masimo will still be responsible for its pro rata share (98.2% based on the current search terms) of Apple's final costs (including attorneys' fees) for review and logging even if different. Additionally, Apple's estimate does not include fees from logging non-responsive emails, which would considerably increase the cost and time for any such review. Similarly, Apple's estimate does not include fees from any disputes regarding Mr. Myers' emails or the resulting log, which Masimo would also bear if any such disputes arise.

If Masimo wishes to narrow its search terms or to discuss this issue, please let us know. For ease of reference, we have also included the hit counts from the Myers search terms below (previously provided on 9/11).

Best,
Jeff

| Jeff Myers | |
|---|---|
| Masimo Term | Hits + Family |
| 1 | 21467 |
| 2 | 984 |
| 3 | 14201 |
| 4 | 21467 |
| 6 | 302 |
| 7 | 4153 |
| 8 | 6134 |
| 9 | 2087 |
| 10 | 4092 |
| Apple Term | Hits + Family |

| 1 | 605 |
|---|-----|
| 2 | 49  |
| 3 | 246 |
| 4 | 6   |
| 5 | 5   |
| 6 | 21  |

This email may contain confidential and privileged material for the use of the intended recipient. Any review, use, or distribution by anyone other than the addressee is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and delete all copies of this message.