# EXHIBIT 25

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 10/11/2022 at 10:00 AM EDT and filed on 10/11/2022

| | |
|---|---|
| **Case Name:** | Advanced Cluster Systems, Inc. v. Nvidia Corporation |
| **Case Number:** | 1:19-cv-02032-MN |
| **Filer:** | |
| **Document Number:** | 251(No document attached) |

**Docket Text:**
 **ORAL ORDER: The Court, having reviewed the discovery dispute motion ("Motion"), (D.I. 205), filed by Defendants and third party Knobbe Martens Olson & Bear LLP ("Knobbe"), via which Knobbe requests that the Court quash Defendants' subpoena and grant it a protective order as to certain Rule 30(b)(6) deposition topics, (D.I. 197 at 1), and Defendants cross-move to compel such testimony, (D.I. 210 at 1), hereby ORDERS as follows: (1) With regard to Topics 5 and 6, Knobbe's request is GRANTED and Defendants' request is DENIED. Knobbe persuasively argues that the topics are framed such that they appear to amount to contention topics, which are generally not permitted, (D.I. 197 at 3 (citing cases)), and Defendants did not meaningfully counter that assertion.; (2) With regard to Topics 11 and 12, Knobbe's request is GRANTED and Defendants' request is DENIED. These topics seek information about the collective knowledge of a non-party law firm on general topics relating to computing systems (i.e., "[y]our knowledge of cluster computing systems with a peer-to-peer architecture" or "[y]our knowledge of FFTW"). (D.I. 197, ex. 3 at 11-12) Without any more precise tailoring to the subject matter of this case, such topics are surely overbroad, and the burden to Knobbe of preparing one or more witnesses to testify on them far outweighs any likely benefit.; and (3) The Court will address the remaining topics in dispute on today's teleconference. Ordered by Judge Christopher J. Burke on 10/11/2022. (nmg)**

**1:19-cv-02032-MN Notice has been electronically mailed to:**

John W. Shaw     jshaw@shawkeller.com, cal@shawkeller.com

Karen Elizabeth Keller     kkeller@shawkeller.com, cal@shawkeller.com

Jon W. Gurka     jon.gurka@knobbe.com

Carrie L. Williamson     carrie.williamson@dlapiper.com, christine.cain@dlapiper.com

Brian A. Biggs     brian.biggs@dlapiper.com, angela.pedicone-baker@dlapiper.com, brian-biggs-7450@ecf.pacerpro.com, docketingbaltimore@dlapiper.com, julian-stamper-7975@ecf.pacerpro.com, julian.stamper@us.dlapiper.com

Stephanie E. O'Byrne     Stephanie.OByrne@us.dlapiper.com, paula.palmere@us.dlapiper.com

Cheryl T. Burgess     Cheryl.Burgess@knobbe.com, litigation@knobbe.com

Brian Claassen     brian.claassen@knobbe.com

Nicholas T. Verna     nick.verna@wbd-us.com, heidi.sasso@wbd-us.com, liz.thomas@wbd-us.com

Nathan Roger Hoeschen     nhoeschen@shawkeller.com, cal@shawkeller.com

David Yang     dyang@hycounsel.com, dyang@ecf.courtdrive.com

Erin E. Larson     erin.larson@dlapiper.com, angela.pedicone-baker@us.dlapiper.com

Mark Fowler     mark.fowler@us.dlapiper.com

Jake Zolotorev     jake.zolotorev@dlapiper.com

Monica De Lazzari     monica.delazzari@us.dlapiper.com

Ben K. Shiroma     ben.shiroma@knobbe.com, knobbeadmin@ecf.courtdrive.com

Karl W. Kowallis     karl.kowallis@knobbe.com, knobbeadmin@ecf.courtdrive.com

Peter F. Nelson     peter.nelson@us.dlapiper.com

Emily DiBenedetto     edibenedetto@shawkeller.com, cal@shawkeller.com

**1:19-cv-02032-MN Filer will deliver document by other means to:**

Asa Wynn-Grant
UNDELIVERABLE EMAIL 7/20/2022