# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | )<br>) |
|       Plaintiff, | )<br>) |
| v. | ) C.A. No. 22-1377-MN-JLH<br>)<br>) **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and<br>SOUND UNITED, LLC, | )<br>)<br>) |
|       Defendants. | ) |
| MASIMO CORPORATION, | )<br>) |
|       Counter-Claimant, | )<br>) |
| v. | )<br>) |
| APPLE INC., | )<br>) |
|       Counter-Defendant. | ) |
| APPLE INC., | )<br>) |
|       Plaintiff, | )<br>) |
| v. | ) C.A. No. 22-1378-MN-JLH<br>) |
| MASIMO CORPORATION and<br>SOUND UNITED, LLC, | ) **JURY TRIAL DEMANDED**<br>)<br>) |
|       Defendants. | ) |
| MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC., | )<br>)<br>) |
|       Counter-Claimants, | )<br>) |
| v. | )<br>) |
| APPLE INC., | )<br>) |
|       Counter-Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of John O'Toole of Wilmer Cutler Pickering Hale and Dorr LLP, 2100 Pennsylvania Avenue NW, Washington, D.C. 20037 to represent Plaintiff Apple Inc. in this matter.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Cosmin Maier<br>Jordan N. Malz<br>Kerri-Ann Limbeek<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400 | By:  /s/ Bindu A. Palapura<br>     David E. Moore (#3983)<br>     Bindu A. Palapura (#5370)<br>     Andrew L. Brown (#6766)<br>     Hercules Plaza, 6th Floor<br>     1313 N. Market Street<br>     Wilmington, DE  19801<br>     Tel:  (302) 984-6000<br>     dmoore@potteranderson.com<br>     bpalapura@potteranderson.com<br>     abrown@potteranderson.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900 | *Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated:  October 31, 2023
11140150/ 12209.00051

2

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                              _____
                                                                  United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: October 31, 2023         Signed: */s/ John O'Toole*
                               John O'Toole
                               Wilmer Cutler Pickering Hale and Dorr LLP
                               2100 Pennsylvania Avenue NW
                               Washington, D.C. 20037
                               Tel: (202) 663-6000
                               John.O'Toole@wilmerhale.com