**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br> v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>    Defendants.<br>_____<br>MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC.,<br><br>    Counter-Claimants,<br><br> v.<br><br>APPLE INC.,<br><br>    Counter-Defendant. | C.A. No. 22-1378-MN-JLH<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR LEAVE
TO AMEND FINAL INVALIDITY CONTENTIONS**

Plaintiff and Counter-Defendant Apple Inc. ("Apple") respectfully moves the Court for leave to amend its final invalidity contentions. The deadline for final invalidity contentions was August 24, 2023.  D.I. 92.  Specifically, Apple seeks to add an obviousness-type double patenting ground for the invalidity of Masimo Corporation's ("Masimo") U.S. Patent No. 8,190,223 patent based on U.S. Patent No. 8,626,255.  Good cause exists because the United States Court of Appeals for the Federal Circuit subsequently issued a precedential opinion that held double patenting defenses may apply when patents "have different expirations dates only because of [Patent Term Adjustment]."  *See In re: Cellect, LLC*, 2023 WL 5519716, at *8-9 (Fed. Cir. Aug. 28, 2023). Apple provided a copy of its proposed amended final invalidity contentions to Masimo.

Pursuant to District of Delaware Local Rule 7.1.1, counsel for the parties met and conferred, and Masimo does not oppose this Motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>Jeffrey Scott Seddon, II<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400 | By:  */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel:  (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900 | *Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated:  November 3, 2023
111462

SO ORDERED, this _____ day of _____ , 2023.

_____
United States District Judge