**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| APPLE INC.,<br><br>   *Plaintiff,*<br><br>v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>   *Defendants.* | C.A. No. 22-1377-MN-JLH |
| MASIMO CORPORATION,<br><br>   *Counter-Claimant*,<br><br>v.<br><br>APPLE INC.<br><br>   *Counter-Defendant.* | |
| APPLE INC.,<br><br>   *Plaintiff,*<br><br>v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>   *Defendants.* | C.A. No. 22-1378-MN-JLH |
| MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC.,<br><br>   *Counter-Claimants,*<br><br>v.<br><br>APPLE INC.<br><br>   *Counter-Defendant.* | |

**JOINT MOTION FOR TELECONFERENCE TO
<u>RESOLVE DISCOVERY DISPUTES</u>**

Pursuant to Paragraph 8(g) of the Scheduling Order (D.I. 103, C.A. No. 22-1377; D.I. 92, C.A. No. 22-1378), Plaintiff Apple Inc., and Defendant Masimo Corporation, Defendant Sound United, LLC, Counterclaimant Cercacor Laboratories, Inc., respectfully move to schedule a teleconference to address outstanding disputes regarding the following discovery issues:

- Whether the Court should enter a protective order precluding a deposition of Apple's Chief IP Counsel Jeffrey Myers.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date: November 3, 2023.

Delaware Counsel:
For Masimo: Megan C. Haney
For Apple: David E. Moore and Bindu A. Palapura

Lead Counsel:
For Masimo: Douglas Wentzel
For Apple: Ben Luehrs

The parties are available for a teleconference on the following dates: November 9, 13, and 14.

Dated: November 3, 2023

| POTTER ANDERSON & CORROON LLP | PHILLIPS MCLAUGHLIN & HALL, P.A. |
|---|---|
| */s/ David E. Moore* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Andrew L. Brown (#6766) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> abrown@potteranderson.com <br><br> *Attorneys for Plaintiff Apple Inc.* | */s/ Megan C. Haney* <br> John C. Phillips, Jr. (#110) <br> Megan C. Haney (#5016) <br> 1200 North Broom Street <br> Wilmington, Delaware 19806 <br> (302) 655-4200 <br> jcp@pmhdelaw.com <br> mch@pmhdelaw.com <br><br> *Attorneys for Defendants Masimo Corporation and Sound United, LLC, Counterclaimant Cercacor Laboratories, Inc.,* |