Case 1:22-cv-01378-MN-JLH   Document 417   Filed 11/08/23   Page 1 of 2 PageID #: 23621



1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**David E. Moore**
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Firm Fax

November 8, 2023

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Maryellen Noreika
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

      Re:    *Apple Inc. v. Masimo Corporation et al*, C.A. No. 22-1377-MN-JLH
              *Apple Inc. v. Masimo Corporation et al*, C.A. No. 22-1378-MN-JLH

Dear Judge Noreika:

      Pursuant to the Standing Order for Objections Filed Under Fed. R. Civ. P. 72, and Plaintiff and Counterclaim-Defendant Apple Inc.'s Objections (D.I. 392; C.A. No 22-1377 and D.I. 414; C.A. No 22-1378) to Magistrate Judge Jennifer L. Hall's October 24, 2023 Report and Recommendation (D.I. 377; C.A. No. 22-1377 and D.I. 393 C.A. No. 22-1378), enclosed are courtesy copies of <u>all</u> filings associated with the matter to which the Report and Recommendation relates. For the Court's convenience, we refer the submissions for both cases but have only enclosed the pleadings in the C.A. No. 22-1377 case.

- D.I. 158 (1377) / D.I. 153 (1378) - Plaintiff Apple Inc.'s Renewed Motion to Dismiss and Strike and Proposed Order

- DI 174 (1377) / D.I. 171 (1378) – Defendants' Masimo Corporation, Sound United, LLC's Answering Brief to Plaintiff's Renewed Motion to Dismiss and Strike with Exhibits A-C

- D.I. 176 (1377) / D.I. 174 (1378) - Plaintiff Apple Inc.'s Reply Brief in Support of its Renewed Motion to Dismiss

- D.I. 184 (1377) / D.I. 184 (1378) - Plaintiff Apple Inc.'s Motion to Dismiss and Strike Sound United's Answer and Counterclaims and Proposed Order

- D.I. 186 (1377) / D.I. 187 (1378) – Defendant Sound United, LLC's Answering Brief to Plaintiff's Motion to Dismiss and Strike Sound United's Answer and Counterclaims

- D.I. 187 (1377) / D.I. 190 (1378) - Plaintiff Apple Inc.'s Reply Brief in Support of its Motion to Dismiss and Strike Sound United's Answer and Counterclaims

The Honorable Maryellen Noreika
November 7, 2023
Page 2

- D.I. 377 (1377) / D.I. 393 (1378) - Magistrate Judge Jennifer Hall's Report and Recommendation re Plaintiff/Counterclaim-Defendant Apple Inc.'s Renewed Motions to Dismiss and Strike and Apple's Motions to Dismiss and Strike Sound United's Answer and Counterclaims

- D.I. 392 (1377) / D.I. 413 (1378) – Apple's Sealed Objections to the October 24, 2023, Report and Recommendation and Certificate of Counsel

- D.I. 393 (1377) / D.I. 414 (1378) – Sealed Declaration of David E. Moore with Exhibits 1-3

Respectfully,

*/s/ David E. Moore*

David E. Moore

DEM:sjh/11133786

Enclosures
cc:  Counsel of Record (via electronic mail, w/o encls.)