# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>      Defendants. | C.A. No. 22-1377-MN-JLH<br><br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION,<br><br>      Counter-Claimant,<br><br>  v.<br><br>APPLE INC.,<br><br>      Counter-Defendant. | |
| APPLE INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>      Defendants. | C.A. No. 22-1378-MN-JLH<br><br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC.,<br><br>      Counter-Claimants,<br><br>  v.<br><br>APPLE INC.,<br><br>      Counter-Defendant. | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on November 9, 2023, upon the following attorneys of record as indicated below:

PLAINTIFF APPLE INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS' SECOND SET OF INTERROGATORIES (NO. 17) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANTS' AND COUNTERCLAIMANTS' THIRD SET OF INTERROGATORIES (NOS. 19-21) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO COUNTERCLAIMANTS' SIXTH SET OF INTERROGATORIES (NO. 33) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO COUNTERCLAIMANTS' FIRST SET OF REQUESTS FOR ADMISSION (NO. 6)

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr. | Joseph R. Re |
| Megan C. Haney | Stephen C. Jensen |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | Stephen W. Larson |
| 1200 N. Broom Street | Jared C. Bunker |
| Wilmington, DE 19806 | Benjamin A. Katzenellenbogen |
| jcp@pmhdelaw.com | Douglas B. Wentzel |
| mch@pmhdelaw.com | Kendall M. Loebbaka |
| | Brian C. Claassen |
| | Mark Lezama |
| | Edward M. Cannon |
| | Nicholas M. Zovko |
| | Perry D. Oldham |
| | Baraa Kahf |
| | Raymond Lu |
| | Marko Zoretic |
| | Irfan Lateef |
| | Justin J. Gillett |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | 2040 Main Street, 14th Floor |
| | Irvine, CA 92614 |
| | Knobbe.MasimoDE@knobbe.com |

| | |
|---|---|
| Brian Horne<br>Ben Shiroma<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1925 Century Park E., Suite 600<br>Los Angeles, CA  90067<br>Knobbe.MasimoDE@knobbe.com | Adam Powell<br>Daniel P. Hughes<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>Knobbe.MasimoDE@knobbe.com |

Carol Pitzel Cruz
Logan Young
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Ave., Suite 2500
Seattle, WA 98104
Knobbe.MasimoDE@knobbe.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>Jeffrey Scott Seddon, II<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400 | By: */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com |

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

*Attorneys for Plaintiff/Counter-Defendant Apple Inc.*

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: November 10, 2023
11157546 / 12209.00051

4