## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1377-MN-JLH |
| | ) |
| MASIMO CORPORATION and | ) **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) |
| | ) |
| Defendants. | ) |
| MASIMO CORPORATION, | ) |
| | ) |
| Counter-Claimant, | ) |
| | ) |
| v. | ) |
| | ) |
| APPLE INC., | ) |
| | ) |
| Counter-Defendant. | ) |
| APPLE INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1378-MN-JLH |
| | ) |
| MASIMO CORPORATION and | ) **JURY TRIAL DEMANDED** |
| SOUND UNITED, LLC, | ) |
| | ) |
| Defendants. | ) |
| MASIMO CORPORATION and | ) |
| CERCACOR LABORATORIES, INC., | ) |
| | ) |
| Counter-Claimants, | ) |
| | ) |
| v. | ) |
| | ) |
| APPLE INC., | ) |
| | ) |
| Counter-Defendant. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on November 9, 2023, upon the following attorneys of record as indicated below:

PLAINTIFF APPLE INC.'S FOURTH SUPPLEMENTAL RESPONSE TO DEFENDANTS' SECOND SET OF INTERROGATORIES (NOS. 6-9, 11-15) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S THIRD SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS' AND COUNTERCLAIMANTS' THIRD SET OF INTERROGATORIES (NO. 23) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANTS MASIMO CORPORATION AND SOUND UNITED, LLC'S FIFTH SET OF INTERROGATORIES TO APPLE INC. (NOS. 29–30) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS' EIGHTH SET OF INTERROGATORIES (NOS. 44 - 47) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S OBJECTIONS AND RESPONSES TO MASIMO CORPORATION, SOUND UNITED, LLC, AND CERCACOR LABS., INC.'S NINTH SET OF INTERROGATORIES (NO. 50) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANTS' INTERROGATORY NOS. 1, 3, 4 **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

APPLE INC.'S FOURTH SUPPLEMENTAL RESPONSE TO DEFENDANTS' FIRST SET OF INTERROGATORIES (NO. 3) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S SUPPLEMENTAL RESPONSES TO DEFENDANTS MASIMO CORPORATION AND SOUND UNITED, LLC'S FOURTH SET OF INTERROGATORIES TO APPLE INC. (NOS. 24-28) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S FIRST SUPPLEMENTAL OBJECTIONS AND RESPONSES TO COUNTERCLAIMANTS' SIXTH SET OF INTERROGATORIES (NO. 35) **[CONFIDENTIAL - ATTORNEYS' EYES ONLY]**

PLAINTIFF APPLE INC.'S FIRST SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO COUNTERCLAIMANTS' SEVENTH SET OF
INTERROGATORIES (NO. 37) **[CONFIDENTIAL - ATTORNEYS' EYES
ONLY]**

PLAINTIFF APPLE INC.'S SECOND SUPPLEMENTAL OBJECTIONS AND
RESPONSES TO COUNTERCLAIMANTS' EIGHTH SET OF
INTERROGATORIES (NOS. 41 & 49) **[CONFIDENTIAL - ATTORNEYS'
EYES ONLY]**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr. | Joseph R. Re |
| Megan C. Haney | Stephen C. Jensen |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | Stephen W. Larson |
| 1200 N. Broom Street | Jared C. Bunker |
| Wilmington, DE  19806 | Benjamin A. Katzenellenbogen |
| jcp@pmhdelaw.com | Douglas B. Wentzel |
| mch@pmhdelaw.com | Kendall M. Loebbaka |
| | Brian C. Claassen |
| | Mark Lezama |
| | Edward M. Cannon |
| | Nicholas M. Zovko |
| | Perry D. Oldham |
| | Baraa Kahf |
| | Raymond Lu |
| | Marko Zoretic |
| | Irfan Lateef |
| | Justin J. Gillett |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| | 2040 Main Street, 14th Floor |
| | Irvine, CA  92614 |
| | Knobbe.MasimoDE@knobbe.com |
| | |
| Brian Horne | Adam Powell |
| Ben Shiroma | Daniel P. Hughes |
| KNOBBE, MARTENS, OLSON & BEAR, LLP | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 1925 Century Park E., Suite 600 | 3579 Valley Centre Drive, Suite 300 |
| Los Angeles, CA  90067 | San Diego, CA 92130 |
| Knobbe.MasimoDE@knobbe.com | Knobbe.MasimoDE@knobbe.com |

Carol Pitzel Cruz
Logan Young
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Ave., Suite 2500
Seattle, WA 98104
Knobbe.MasimoDE@knobbe.com

OF COUNSEL:

John M. Desmarais
Jordan N. Malz
Cosmin Maier
Kerri-Ann Limbeek
Jeffrey Scott Seddon, II
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
    AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
    AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated: November 14, 2023
11156879 / 12209.00051

POTTER ANDERSON & CORROON LLP

By:  */s/ Bindu A. Palapura*
        David E. Moore (#3983)
        Bindu A. Palapura (#5370)
        Andrew L. Brown (#6766)
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, DE  19801
        Tel:  (302) 984-6000
        dmoore@potteranderson.com
        bpalapura@potteranderson.com
        abrown@potteranderson.com

*Attorneys for Plaintiff/Counter-Defendant
Apple Inc.*