**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 22-1377-MN-JLH |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) ) ) | |
| Defendants. | ) | |
| MASIMO CORPORATION, | ) | |
| | ) | |
| Counter-Claimant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE INC., | ) | |
| | ) | |
| Counter-Defendant. | ) | |
| APPLE INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1378-MN-JLH |
| | ) | |
| MASIMO CORPORATION and SOUND UNITED, LLC, | ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |
| MASIMO CORPORATION and CERCACOR LABORATORIES, INC., | ) ) | |
| Counter-Claimants, | ) | |
| v. | ) | |
| APPLE INC., | ) | |
| Counter-Defendant. | ) | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on November 22, 2023, upon the following attorneys of record as indicated below:

> OPENING EXPERT REPORT OF ALAN D. BALL WITH EXHIBITS 1-10 **[CONFIDENTIAL – ATTORNEYS' EYES ONLY]**
>
> OPENING EXPERT REPORT OF PEDRO P. IRAZOQUI, PH.D. CONCERNING MASIMO CORPORATION AND SOUND UNITED, LLC'S INFRINGEMENT OF U.S. PATENT NOS. 10,076,257; 10,627,783; 10,942,491; 11,474,483; AND 10,987,054 WITH APPENDICES A-F **[CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]**
>
> OPENING EXPERT REPORT OF JAMES E. MALACKOWSKI **[HIGHLY CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]**
>
> EXPERT REPORT OF MAJID SARRAFZADEH, Ph.D. REGARDING INVALIDITY OF U.S. PATENT NOS. 10,687,743 & 10,722,159 WITH EXHIBITS A-B **[CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]**
>
> OPENING EXPERT REPORT OF LOREN TERVEEN, PH.D. CONCERNING MASIMO CORPORATION AND SOUND UNITED, LLC'S INFRINGEMENT OF U.S. PATENT NO. 11,106,352 WITH EXHIBITS **[CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]**
>
> EXPERT REPORT OF STEVEN WARREN, Ph.D. REGARDING INVALIDITY OF U.S. PATENT NOS. 8,190,223, 10,736,507, & 10,984,911 WITH APPENDICES A-B **[CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY]**

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr. | Joseph R. Re |
| Megan C. Haney | Stephen C. Jensen |
| PHILLIPS, MCLAUGHLIN & HALL, P.A. | Stephen W. Larson |
| 1200 N. Broom Street | Jared C. Bunker |
| Wilmington, DE 19806 | Benjamin A. Katzenellenbogen |
| jcp@pmhdelaw.com | Douglas B. Wentzel |
| mch@pmhdelaw.com | Kendall M. Loebbaka |
| | Brian C. Claassen |
| | Mark Lezama |
| | Edward M. Cannon |
| | Nicholas M. Zovko |
| | Perry D. Oldham |
| | Baraa Kahf |

2

Brian Horne
Ben Shiroma
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park E., Suite 600
Los Angeles, CA  90067
Knobbe.MasimoDE@knobbe.com

Carol Pitzel Cruz
Logan Young
KNOBBE, MARTENS, OLSON & BEAR, LLP
925 Fourth Ave., Suite 2500
Seattle, WA 98104
Knobbe.MasimoDE@knobbe.com

Raymond Lu
Marko Zoretic
Irfan Lateef
Justin J. Gillett
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Knobbe.MasimoDE@knobbe.com

Adam Powell
Daniel P. Hughes
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Knobbe.MasimoDE@knobbe.com

Andrea Cheek
KNOBBE, MARTENS, OLSON & BEAR, LLP
1717 Pennsylvania Ave. N.W., Ste. 900
Washington D.C. 20006
Knobbe.MasimoDE@knobbe.com

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| John M. Desmarais<br>Jordan N. Malz<br>Cosmin Maier<br>Kerri-Ann Limbeek<br>Jeffrey Scott Seddon, II<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY 10169<br>Tel: (212) 351-3400 | By: */s/ Bindu A. Palapura*<br>   David E. Moore (#3983)<br>   Bindu A. Palapura (#5370)<br>   Andrew L. Brown (#6766)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE 19801<br>   Tel: (302) 984-6000<br>   dmoore@potteranderson.com<br>   bpalapura@potteranderson.com<br>   abrown@potteranderson.com |
| Peter C. Magic<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>Tel: (415) 573-1900 | *Attorneys for Plaintiff/Counter-Defendant Apple Inc.* |

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: November 27, 2023
11180075 / 12209.00051

4