# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 22-1377-MN-JLH<br>) |
| MASIMO CORPORATION and<br>SOUND UNITED, LLC, | ) **JURY TRIAL DEMANDED**<br>)<br>) |
| Defendants. | ) |
| MASIMO CORPORATION, | )<br>) |
| Counter-Claimant, | )<br>) |
| v. | )<br>) |
| APPLE INC., | )<br>) |
| Counter-Defendant. | ) |
| APPLE INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 22-1378-MN-JLH<br>) |
| MASIMO CORPORATION and<br>SOUND UNITED, LLC, | ) **JURY TRIAL DEMANDED**<br>)<br>) |
| Defendants. | ) |
| MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC., | )<br>) |
| Counter-Claimants, | )<br>) |
| v. | )<br>) |
| APPLE INC., | )<br>) |
| Counter-Defendant. | ) |

## **NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of the following document was caused to be served on November 22, 2023, upon the following attorneys of record as indicated below:

Supplemental Expert Report of Dr. Itamar Simonson with Appendices

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John C. Phillips, Jr.<br>Megan C. Haney<br>PHILLIPS, MCLAUGHLIN & HALL, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806<br>jcp@pmhdelaw.com<br>mch@pmhdelaw.com | Joseph R. Re<br>Stephen C. Jensen<br>Stephen W. Larson<br>Jared C. Bunker<br>Benjamin A. Katzenellenbogen<br>Douglas B. Wentzel<br>Kendall M. Loebbaka<br>Brian C. Claassen<br>Mark Lezama<br>Edward M. Cannon<br>Nicholas M. Zovko<br>Perry D. Oldham<br>Baraa Kahf<br>Raymond Lu<br>Marko Zoretic<br>Irfan Lateef<br>Justin J. Gillett<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>Kendall.Loebbaka@knobbe.com<br>Knobbe.MasimoDE@knobbe.com |
| Brian Horne<br>Ben Shiroma<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1925 Century Park E., Suite 600<br>Los Angeles, CA 90067<br>Knobbe.MasimoDE@knobbe.com | Adam Powell<br>Daniel P. Hughes<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130<br>Knobbe.MasimoDE@knobbe.com |

| | |
|---|---|
| Carol Pitzel Cruz<br>Logan Young<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>925 Fourth Ave., Suite 2500<br>Seattle, WA 98104<br>Knobbe.MasimoDE@knobbe.com | Andrea Cheek<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1717 Pennsylvania Ave. N.W., Ste. 900<br>Washington D.C. 20006<br>Knobbe.MasimoDE@knobbe.com |

OF COUNSEL:

John M. Desmarais
Jordan N. Malz
Cosmin Maier
Kerri-Ann Limbeek
Jeffrey Scott Seddon, II
DESMARAIS LLP
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400

Peter C. Magic
DESMARAIS LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 573-1900

Jennifer Milici
Leon B. Greenfield
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA  02109
Tel: (617) 526-6423

Dated: November 28, 2023
11182194 / 12209.00051

POTTER ANDERSON & CORROON LLP

By:  /s/ Bindu A. Palapura
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Andrew L. Brown (#6766)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel:  (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com
    abrown@potteranderson.com

*Attorneys for Plaintiff/Counter-Defendant Apple Inc.*

3