IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>              Plaintiff,<br><br>   v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>             Defendants. | Civil Action No. 22-1378 (MN-JLH) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on December 15, 2023, copies of the (1) Rebuttal Expert Report of Darrin J. Young, Ph.D. on Noninfringement of U.S. Patent No. 10,627,783, U.S. Patent No. 10,942,491 and U.S. Patent No. 11,474,483; (2) Rebuttal Report of Steven Schwartz, Ph.D.; (3) Expert Report of Robert L. Stoll; (4) Rebuttal Expert Report of Craig S. Rosenberg, Ph.D. on Noninfringement of U.S. Patent No. 11,106,352; and (5) Rebuttal Expert Report of James Zavislan, Ph.D. were caused to be served on the following as indicated below:

**VIA E-MAIL**

AppleMasimoService@desmaraisllp.com

whmasimoantitrustservice@wilmerhale.com

IPservice@potteranderson.com

Dated: December 18, 2023

PHILLIPS MCLAUGHLIN & HALL, P.A.

*/s/ Megan C. Haney*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806-4204
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants*