## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>               Plaintiff,<br><br>      v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>             Defendants. | Civil Action No. 22-1377 (MN-JLH) |
| APPLE INC.,<br><br>               Plaintiff,<br><br>      v.<br><br>MASIMO CORPORATION and SOUND UNITED, LLC,<br><br>             Defendants. | Civil Action No. 22-1378 (MN-JLH) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 15, 2023, copies of the (1) Rebuttal Expert Report of Alan L. Oslan on Noninfringement of U.S. Patent No. 10,076,257 and U.S. Patent No. 10,987,054; (2) Rebuttal Expert Report of Vijay K. Madisetti, Ph.D.; (3) Expert Report of Cleve B. Tyler, Ph.D. were caused to be served on the following as indicated below:

**VIA E-MAIL**

AppleMasimoService@desmaraisllp.com

whmasimoantitrustservice@wilmerhale.com

IPservice@potteranderson.com

Dated: December 18, 2023

PHILLIPS MCLAUGHLIN & HALL, P.A.

*/s/ Megan C. Haney*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806-4204
Telephone: (302) 655-4200
Facsimile: (302) 655-4210
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants*