# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., *Plaintiff,* v. MASIMO CORPORATION and SOUND UNITED, LLC, *Defendants.* MASIMO CORPORATION and CERCACOR LABORATORIES, INC., *Counter-Claimants,* v. APPLE INC. *Counter-Defendant.* | C.A. No. 22-1378-MN-JLH **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

At Wilmington, this _____ day of _____, 2023, having considered Defendants Masimo Corporation and Sound United, LLC's Motion for Stay Pending *Inter Partes* Review and the papers submitted in connection therewith:

IT IS HEREBY ORDERED that Defendants Masimo Corporation and Sound United, LLC's Motion for Stay is GRANTED as to Counts I-VI of Apple's Complaint.

_____
The Honorable Jennifer L. Hall
United States District Court Magistrate Judge