# IN THE U.S. DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MASIMO CORPORATION and<br>SOUND UNITED, LLC,<br><br>*Defendants.* | C.A. No. 22-1378-MN-JLH<br><br>**JURY TRIAL DEMANDED** |
| MASIMO CORPORATION and<br>CERCACOR LABORATORIES, INC.,<br><br>*Counter-Claimants,*<br><br>v.<br><br>APPLE INC.<br><br>*Counter-Defendant.* | |

**DECLARATION OF EDWARD M. CANNON IN SUPPORT OF
DEFENDANTS MASIMO CORPORATION AND SOUND UNITED, LLC'S
<u>MOTION FOR STAY PENDING *INTER PARTES* REVIEW</u>**

I, Edward M. Cannon, declare as follows:

1. I am a partner with the law firm of Knobbe, Martens, Olson & Bear, LLP, counsel of record for Defendants Masimo Corporation and Sound United, LLC in the above-captioned matter. I have personal knowledge of the matters set forth herein and if I am called upon to testify, I could and would testify competently thereto.

2. I submit this Declaration in support of Defendants' Motion for Stay pending IPR.

3. Masimo filed petitions for IPR challenging the patentability of each of Apple's asserted utility patents. I am counsel of record for Masimo in each of these petitions.

4. On February 27, 2023, Masimo filed petition IPR2023-00634 challenging all claims 1-20 of the '783 patent. On September 25, 2023, the USPTO instituted IPR on all grounds set forth in the petition. Attached hereto as **Exhibit 1** is a true and correct copy of the USPTO's decision granting institution of IPR2023-00634.

5. On February 27, 2023, Masimo filed petition IPR2023-00635 challenging all claims 1-20 of the '054 patent. On September 18, 2023, the USPTO denied institution of IPR. Attached hereto as **Exhibit 2** is a true and correct copy of the USPTO's decision denying institution of IPR2023-00635. On October 18, 2023, Masimo filed a request for rehearing of the Board's decision denying institution.

6. On March 6, 2023, Masimo filed petition IPR2023-00664 challenging all claims 1-24 of the '352 patent. On September 20, 2023, the USPTO instituted IPR on all grounds set forth in the petition. Attached hereto as **Exhibit 3** is a true and correct copy of the USPTO's decision granting institution of IPR2023-00664. On December 13, 2023, Apple moved to conditionally amend challenged claims 3-5, 7, 8, 11-13, 15, 16, 19-21, 23, and 24 of the '352 patent. Attached

hereto as **Exhibit 4** is a true and correct copy of Patent Owner's Contingent Motion to Amend in IPR2023-00664.

7. On March 20, 2023, Masimo filed petition IPR2023-00734 challenging all claims 1-19 of the '491 patent. On October 5, 2023, the USPTO instituted IPR on all grounds set forth in the petition. Attached hereto as **Exhibit 5** is a true and correct copy of the USPTO's decision granting institution of IPR2023-00734.

8. On March 22, 2023, Masimo filed petition IPR2023-00745 challenging claims 1-4 and 8-22 of the '257 patent. On October 16, 2023, the USPTO instituted IPR on all grounds set forth in the petition. Attached hereto as **Exhibit 6** is a true and correct copy of the USPTO's decision granting institution of IPR2023-00745. Attached hereto as **Exhibit 7** is a true and correct copy of an email that Grace Kim, counsel of record for Apple in IPR2023-00745, sent to the trials@uspto.gov on December 14, 2023. As shown therein, Ms. Kim states: "Patent Owner, Apple Inc., intends to file a motion to amend in the IPR2023-00745 proceeding."

9. On April 4, 2023, Masimo filed petition IPR2023-00807 challenging all claims 1-20 of the '483 patent. On November 21, 2023, the USPTO denied institution of IPR. Attached hereto as **Exhibit 8** is a true and correct copy of the USPTO's decision denying institution of IPR2023-00807.

10. Attached hereto as **Exhibit 9** is a true and correct copy of Defendant Apple Inc.'s Memorandum of Points and Authorities in Support of Its Motion to Stay the Patent Infringement

Case Pending *Inter Partes* Review Proceedings in *Masimo Corp. et al. v. Apple Inc.*, Case No. 8:20-cv-00048-JVS-JDE (C.D. Cal.).

11. Attached hereto as **Exhibit 10** is a true and correct copy of the redacted Order Regarding Motion for Stay by Judge James V. Selna in *Masimo Corp. et al. v. Apple Inc.*, Case No. 8:20-cv-00048-JVS-JDE (C.D. Cal.).

12. Attached hereto as **Exhibit 11** is a true and correct copy of Apple's Opposition to AliveCor's Motion to Stay Pending *Inter Partes* Review in *Apple Inc. v. AliveCor, Inc.*, Case No. 4:22-cv-07608-HSG (N.D. Cal.).

13. Attached hereto as **Exhibit 12** is a true and correct copy of a printout of a December 19, 2023 Docket Navigator documents search using search parameters "Types of Document: Motion to Stay Pending Inter Partes Review" and "Defendants: Apple Inc.".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 20, 2023, in Irvine, California.

                                              */s/ Edward M. Cannon*
                                              Edward M. Cannon

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused to be served copies of the foregoing document on December 20, 2023, upon the following in the manner indicated:

***VIA ELECTRONIC MAIL:***

| | |
|---|---|
| David E. Moore<br>Bindu A. Palapura<br>Andrew L. Brown<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>abrown@potteranderson.com | John M. Desmarais<br>Kerri-Ann Limbeek<br>Cosmin Maier<br>Jordan N. Malz<br>Benjamin N. Luehrs<br>Joze Welsh<br>Jamie L. Kringstein<br>Jennifer M. Przybylski<br>Carson Olsheski<br>Jeffrey Scott Seddon, II<br>Amy I. Wann<br>Raymond N. Habbaz<br>Lee Matalon<br>Taeg Sang Cho<br>Eli Balsam<br>Patrick Reilly<br>Marie Weisfeiler<br>Ryan G. Thorne<br>Paul A. Bondor<br>Desmarais LLP<br>230 Park Avenue, 26th Floor<br>New York, NY 10169<br>jdesmarais@desmaraisllp.com<br>klimbeek@desmaraisllp.com<br>cmaier@desmaraisllp.com<br>jmalz@desmaraisllp.com<br>bluehrs@desmaraisllp.com<br>jwelsh@desmaraisllp.com<br>jkringstein@desmaraisllp.com<br>jprzybylski@desmaraisllp.com<br>colsheski@desmaraisllp.com<br>jseddon@desmaraisllp.com |

| | |
|---|---|
| | awann@desmaraisllp.com<br>rhabbaz@desmaraisllp.com<br>lmatalon@desmaraisllp.com<br>tcho@desmaraisllp.com<br>ebalsam@desmaraisllp.com<br>preilly@desmaraisllp.com<br>mweisfeiler@desmaraisllp.com<br>rthorne@desmaraisllp.com<br>pbondor@desmaraisllp.com |
| Peter C. Magic<br>Kyle Curry<br>Maria Tartakovsky<br>DESMARAIS LLP<br>101 California Street<br>San Francisco, CA 94111<br>pmagic@desmaraisllp.com<br>kcurry@desmaraisllp.com<br>mtartakovsky@desmaraisllp.com | Jennifer Milici<br>Dominic Vote<br>Leon B. Greenfield<br>Heath Brooks<br>John O'Toole<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>jennifer.milici@wilmerhale.com<br>dominic.vote@wilmerhale.com<br>leon.greenfield@wilmerhale.com<br>heath.brooks@wilmerhale.com<br>john.otoole@wilmerhale.com |
| Mark A. Ford<br>Vinita Ferrera<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>mark.ford@wilmerhale.com<br>vinita.ferrera@wilmerhale.com | David J. Cho<br>David J. Shaw<br>Desmarais LLP<br>1899 Pennsylvania Avenue NW, Suite 400<br>Washington, DC 20006<br>dcho@desmaraisllp.com<br>dshaw@desmaraisllp.com |
| Lydia Turnage<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>lydia.turnage@wilmerhale.com | Bethany Stevens<br>Hannah Cannom<br>Walker Stevens Cannom LLP<br>500 Molino Street, Suite 118<br>Los Angeles, CA 90013<br>bstevens@wscllp.com<br>hcannom@wscllp.com |
| Lauren Ige<br>Cristina Salcedo<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>250 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071<br>lauren.ige@wilmerhale.com<br>cristina.salcedo@wilmerhale.com | IPservice@potteranderson.com |
| AppleMasimoService@desmaraisllp.com | whmasimoantitrustservice@wilmerhale.com |

-7-

Dated: December 20, 2023        */s/ Megan C. Haney*
                                                        Megan C. Haney (#5016)