# EXHIBIT 7

| | |
|---|---|
| **From:** | Grace Kim |
| **To:** | Trials |
| **Cc:** | IPR50095-0150IP1; MasimoIPR-257 |
| **Subject:** | Request for Conference Call, Masimo Corp. v. Apple Inc., Case No. IPR2023-00745 |
| **Date:** | Thursday, December 14, 2023 2:29:07 PM |

Your Honors:

Patent Owner, Apple Inc., intends to file a motion to amend in the IPR2023-00745 proceeding. Per the Board's scheduling order and 37 C.F.R. § 42.121(a), Patent Owner respectfully requests a conference call to confer with the Board regarding the potential motion.

This request is being made at least two weeks prior to Due Date 1, and is therefore timely.

Patent Owner is currently available for a call at the following days and times:
- Monday, December 18 at 1:00-2:00 pm Eastern, and 4:00-5:00 pm Eastern
- Wednesday, December 20 at 9 am-3:00 pm Eastern
- Friday, December 22 at 9:00 am -2:00 pm Eastern
- Wednesday, December 27 at 9:00 am – 4 pm Eastern
- Friday, December 29 at 9:00 am – 2 pm Eastern

If helpful to the Board for purposes of scheduling the conference call, the parties will confer and offer times of joint availability.

Respectfully,

Grace

**Grace Kim ::** Principal **::** Fish & Richardson P.C.
612 337 2510 direct **::** gkim@fr.com
fr.com **::** Bio **::** LinkedIn

```
***************************************************************************
****************************************
This email message is for the sole use of the intended recipient(s) and may contain
confidential and privileged information. Any unauthorized use or disclosure is
prohibited. If you are not the intended recipient, please contact the sender by
reply email and destroy all copies of the original message.
***************************************************************************
****************************************
```