IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION and SOUND UNITED, LLC, <br><br> Defendants. | C.A. No. 22-1377-JLH <br> C.A. No. 22-1378-JLH <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION AND PROPOSED ORDER
GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER
REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiff Apple Inc. respectfully requests an exemption from the Court's May 15, 2023 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following attorneys and trial support staff may bring their personal electronic devices, including cellular phones, smart phones, laptop computers, smart watches, and tablet computers (along with monitors, computer mice, charging devices, power cords, extension cords, USB drives, HDMI matrix, MiFi/Hotspot devices) to the pretrial conference on October 11, 2024 in this matter:

| Counsel | | | |
|---|---|---|---|
| John Desmarais | Peter Magic | Cosmin Maier | Kerri-Ann Limbeek |
| David Shaw | Jeff Seddon | Paul Bondor | Ben Luehrs |
| Taeg Sang (Tim) Cho | Lindsey Miller | Carson Olsheski | Jamie Kringstein |
| Kyle Curry | Lee Matalon | David Cho | Maria Tartakovsky |
| Raymond Habbaz | Marie Weisfeiler | Emily Weber | Kurt Frederickson |
| Mark A. Ford | | | |

| Client Representatives | | | |
|---|---|---|---|
| Natalie Pous | Tucker Terhufen | | |

| Paralegal and Administrative Staff | | | |
|---|---|---|---|
| Gwen Brons | Jamell Watson | Joseph Nassiri | Nicole Romeu |
| Erica Baldwin | Shannon Hamlin | Ann Duggan | Thomas McAuley |
| Lauretta Camara | | | |

| Tech Support | | | |
|---|---|---|---|
| Rou Wen | Kristen Zavodjancik | Henry Grant | Scott Perloff |
| Thomas S.Y. Lee | | | |

All persons named herein will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

2

| | |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| John M. Desmarais | By: */s/ Bindu A. Palapura* |
| Jordan N. Malz | David E. Moore (#3983) |
| Cosmin Maier | Bindu A. Palapura (#5370) |
| Kerri-Ann Limbeek | Andrew M. Moshos (#6685) |
| Jeffrey Scott Seddon, II | Hercules Plaza, 6th Floor |
| DESMARAIS LLP | 1313 N. Market Street |
| 230 Park Avenue | Wilmington, DE 19801 |
| New York, NY 10169 | Tel: (302) 984-6000 |
| Tel: (212) 351-3400 | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| Peter C. Magic | amoshos@potteranderson.com |
| DESMARAIS LLP | |
| 101 California Street | *Attorneys for Plaintiff/Counter-Defendant* |
| San Francisco, CA 94111 | *Apple Inc.* |
| Tel: (415) 573-1900 | |

Jennifer Milici
Dominic Vote
WILMER CUTLER PICKERING HALE
   AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: October 9, 2024
11821431 / 12209.00051

    IT IS SO ORDERED this ____ day of _____, 2024.

                                                                     U.S.D.J.