# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MASIMO CORPORATION and )<br>SOUND UNITED, LLC, )<br>)<br>Defendants. )<br>_____ )<br>MASIMO CORPORATION and )<br>CERCACOR LABORATORIES, INC., )<br>)<br>Counter-Claimants, )<br>)<br>v. )<br>)<br>APPLE INC., )<br>)<br>Counter-Defendant. ) | C.A. No. 22-1378-JLH<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT APPLE INC.'S
MOTION FOR JUDGMENT AS A MATTER OF LAW
OR, IN THE ALTERNATIVE, FOR A NEW TRIAL**

Pursuant to Federal Rule of Civil Procedure 50(b), Plaintiff and Counterclaim-Defendant Apple Inc. moves for judgment as a matter of law that: (i) Defendants infringe claim 13 of U.S. Patent No. 11,474,483 patent (the "'483 patent"); (ii) claim 13 of the '483 patent is not invalid; and (iii) Defendants infringe claim 1 of U.S. Patent No. 10,987,054 (the "'054 patent"). In the alternative, Apple moves for a new trial pursuant to Federal Rule of Civil Procedure 59(a) on: (i) infringement of claim 13 of the '483 patent; (ii) validity of claim 13 of the '483 patent; and (iii) infringement of claim 1 of the '054 patent. Apple respectfully requests that the Court grant the motion based on the evidence presented at trial, as well as the grounds set forth in Apple's

supporting brief and accompanying evidence, which will be filed according to the post-trial briefing schedule stipulated by the parties and ordered by the Court. *See* -1378, D.I. 784.

|  |  |
|---|---|
| | Respectfully submitted, |
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| John M. Desmarais | By: */s/ David E. Moore* |
| Paul A. Bondor | David E. Moore (#3983) |
| Jordan N. Malz | Bindu A. Palapura (#5370) |
| Cosmin Maier | Andrew M. Moshos (#6685) |
| Kerri-Ann Limbeek | Hercules Plaza, 6th Floor |
| Jeffrey Scott Seddon, II | 1313 N. Market Street |
| DESMARAIS LLP | Wilmington, DE 19801 |
| 230 Park Avenue | Tel: (302) 984-6000 |
| New York, NY 10169 | dmoore@potteranderson.com |
| Tel: (212) 351-3400 | bpalapura@potteranderson.com |
| | amoshos@potteranderson.com |
| Peter C. Magic | |
| DESMARAIS LLP | *Attorneys for Plaintiff/Counter-Defendant* |
| 101 California Street | *Apple Inc.* |
| San Francisco, CA 94111 | |
| Tel: (415) 573-1900 | |

Jennifer Milici
Dominic Vote
WILMER CUTLER PICKERING HALE
  AND DORR LLP
2100 Pennsylvania Avenue, NW
Washington DC 20037
Tel: (202) 663-6000

Mark A. Ford
WILMER CUTLER PICKERING HALE
  AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6423

Dated: December 11, 2024
11922936 / 12209.00052